

"Here's to the man who wears the "D"
Makes a good fight for Varsity
Here's to the man who's fought and won,
Made a good fight as a true Drake son;
Here's to the man who's brave and bold,
Ready to battle as knights of old;
Fights like a bulldog for victory!
Oh, here's to the man who wears the "D".

*Exhibit 1*