

*Exhibit 2*