

*Exhibit 3*