

*Exhibit 4*