

*Exhibit 5*