

*Exhibit 6*