

HONOR 'D' CLUB

Exhibit 7