

*Exhibit 8*