

*Exhibit 9*