

*Exhibit 10*