

*Exhibit 11*