

*Exhibit 13*