

*Exhibit 14*