

**Exhibit 15**