

*Exhibit 16*