

*Exhibit 17*