

The uniform shorts for Drake University's "hometown team" weekend of basketball games include the city of Des Moines' arched-bridge imagery from its flag on the hem, along with a traditional Drake block "D." *Photo Courtesy Of Drake Athletics*

Danny Lawhon, *LOOK: Drake Salutes Des Moines with City-Themed Jerseys for 'Hometown Team' Games*, Des Moines Register (Jan. 15, 2020), https://www.desmoinesregister.com/story/sports/college/drake/drake-bulldogs/2020/01/15/drake-basketball-uniforms-des-moines-hometown-team/4481457002/

*Exhibit 18*