

*Exhibit 19*