

*Exhibit 20*