

*Exhibit 21*