

*Exhibit 22*