



*Exhibit 23*