

*Exhibit 24*