

*Exhibit 25*