

*Exhibit 26*