

*Exhibit 27*