

*Exhibit 28*