

*Exhibit 29*