

**Exhibit 30**