

*Exhibit 31*