Int. Cls.: **25 and 41**

Prior U.S. Cls.: **39 and 107**

**United States Patent and Trademark Office**  Reg. No. 1,567,283
Registered Nov. 21, 1989

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



DRAKE UNIVERSITY (IOWA CORPORATION)
25TH AND UNIVERSITY
DES MOINES, IA 50311

FOR: SWEATSHIRTS, JACKETS, T-SHIRTS, VISORS AND HATS, IN CLASS 25 (U.S. CL. 39).
  FIRST USE 1-2-1974; IN COMMERCE 1-2-1974.
  FOR: ENTERTAINMENT AND EDUCATIONAL SERVICES, NAMELY, CONDUCTING COLLEGIATE EDUCATIONAL PROGRAMS LEADING TO UNDERGRADUATE, POSTGRADUATE, AND PROFESSIONAL DEGREES, AND CONDUCTING COLLEGIATE SPORTING EVENTS, NAMELY, FOOTBALL, BASKETBALL, WRESTLING AND TRACK EVENTS, IN CLASS 41 (U.S. CL. 107).
  FIRST USE 1-2-1974; IN COMMERCE 1-2-1974.
  THE LINING AND STIPPLING IN THE DRAWING ARE FEATURES OF THE MARK AND ARE NOT INTENDED TO INDICATE COLOR.

SER. NO. 790,196, FILED 3-31-1989.

ANNE FITZPATRICK, EXAMINING ATTORNEY

Exhibit 32