Int. Cls.: 21, 25 and 41

Prior U.S. Cls.: 2, 13, 22, 23, 29, 30, 33, 39, 40, 50, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,498,202
Registered Sep. 9, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



DRAKE UNIVERSITY (IOWA CORPORATION)
2507 UNIVERSITY AVENUE
DES MOINES, IA 50311

   FOR: BEVERAGE CONTAINERS, NAMELY, COFFEE MUGS; DRINKING GLASSES, STEINS, STEMWARE, SHOT GLASSES, SIPPY CUPS; WATER BOTTLES SOLD EMPTY; TRAVEL MUGS; THERMAL INSULATED CONTAINERS FOR BEVERAGES, SERVING BOWLS, INSULATED SLEEVE-HOLDERS FOR BEVERAGE CONTAINERS; ORNAMENTS OF CHINA, CRYSTAL, GLASS, PORCELAIN NOT BEING CHRISTMAS TREE ORNAMENTS; CERAMIC FIGURES; COASTERS NOT OF PAPER AND NOT BEING TABLE LINEN, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

   FIRST USE 8-12-2005; IN COMMERCE 8-12-2005.

   FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY, SHIRTS, SHORTS, T-SHIRTS, HATS, CAPS, SOCKS, JACKETS, PANTS, SWEATSUITS, SWEATSHIRTS, SWEATPANTS, SLEEPWEAR, RAINWEAR, SWEATERS AND VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

   FIRST USE 8-12-2005; IN COMMERCE 8-12-2005.

   FOR: ENTERTAINMENT AND EDUCATIONAL SERVICES, NAMELY, CONDUCTING COLLEGIATE EDUCATIONAL PROGRAMS LEADING TO UNDERGRADUATE, POSTGRADUATE, AND PROFESSIONAL DEGREES, AND CONDUCTING COLLEGIATE SPORTING EVENTS, NAMELY, FOOTBALL, BASEBALL, SOFTBALL, TENNIS, SOCCER, CREW, CROSS COUNTRY, GOLF, VOLLEYBALL, BASKETBALL, AND TRACK EVENTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

   FIRST USE 8-12-2005; IN COMMERCE 8-12-2005.

   SER. NO. 77-309,671, FILED 10-22-2007.

MARK PILARO, EXAMINING ATTORNEY

*Exhibit 33*