

*Exhibit 35*