

*Exhibit 36*