

*Exhibit 37*