

*Exhibit 38*