***Exhibit 39***