

*Exhibit 40*