

*Exhibit 41*