

*Exhibit 42*