

*Exhibit 43*