

*Exhibit 44*