

**Exhibit 45**