

*Exhibit 46*