

*Exhibit 47*