

*Exhibit 48*