

*Exhibit 49*