

*Exhibit 50*