

*Exhibit 51*