

*Exhibit 52*