

*Exhibit 53*