

**Exhibit 54**