

*Exhibit 55*