

*Exhibit 56*