

*Exhibit 57*