

*Exhibit 58*