

https://www.raygunsite.com/products/drake-bulldog

*Exhibit 59*