

*Exhibit 60*