

*Exhibit 61*