

*Exhibit 62*