

*Exhibit 63*