

*Exhibit 64*