

*Exhibit 65*