

*Exhibit 66*