

*Exhibit 67*