

*Exhibit 68*