

*Exhibit 69*