

*Exhibit 70*