

https://www.raygunsite.com/collections/drake/products/des-moines-looks-great-in-blue

**Exhibit 71**