

*Exhibit 72*