
1966-1968


1969-1972


1973-1976


1977-1984


1985-1987


1988-TODAY



https://www.youtube.com/watch?v=ZO1A1uFigQY

*Exhibit 73*