*Exhibit 74*

