

https://www.facebook.com/DMACCHACR/

*Exhibit 75*