

*Exhibit 76*