

*Exhibit 77*