

*Exhibit 78*