

*Exhibit 79*