

*Exhibit 80*