

*Exhibit 81*