

*Exhibit 82*