

*Exhibit 83*