

*Exhibit 84*