

*Exhibit 85*