

*Exhibit 86*