## Most Popular

   

| Des Moines Brushed Bull Denim Visor DMACC Athletic D -... | Des Moines Sportsman Bucket Hat DMACC... | Des Moines Champion Fleece Crew DMACC... | Des Moines Youth Fleece Hood DMACC Athletic D with... |
| --- | --- | --- | --- |
| $18.00 | $22.00 | $40.00 | $38.00 |

01   02   03

## Most Popular

   

| Des Moines Full Color Mousepad DMACC Athletic D with... | Des Moines Plush 6 inch Terrific Tiger w/Navy Shirt... | Des Moines Plush Big Paw 8 1/2 inch Bear w/Navy Shirt... | Des Moines Plush Big Paw 8 1/2 inch Bear w/Light Shirt... |
| --- | --- | --- | --- |
| $26.00 | $17.00 | $18.00 | $18.00 |

01   02   03

## Most Popular

   

| Des Moines Full Color Mug 15oz DMACC Athletic D with... | Des Moines Full Color Mug 15oz DMACC - Alumni Stacked -...<br>SELECT OPTIONS → | Des Moines Structured Adjustable Pro... | Des Moines Sportsman Bucket Hat DMACC... |
| --- | --- | --- | --- |
| $16.00 | $16.00 | $20.00 | $22.00 |

01   02   03

*Exhibit 87*