

**Exhibit 88**