

*Exhibit 89*