

**Blue** = Drake Campus
**Red** = DMACC Campuses

*Exhibit 91*