

**Blue** = Drake Campus
**Purple** = DMACC Learning Centers

*Exhibits 92*