

*Exhibit 93*