

*Exhibit 94*