

*Exhibit 95*