

*Exhibit 96*