**From:** Marty Martin <earl.martin@drake.edu>
**Date:** March 26, 2024 at 10:06:11 AM EDT
**To:** Venessa Macro <venessa.macro@drake.edu>
**Subject: Fwd: Drake**

Let's get a call scheduled with our attorney.

Sent from my iPhone

Begin forwarded message:

> **From:** "Denson, Robert J." <rjdenson@dmacc.edu>
> **Date:** March 26, 2024 at 8:41:16 AM CDT
> **To:** Marty Martin <earl.martin@drake.edu>
> **Subject: FW: Drake**
>
> ***This Email is from an EXTERNAL source. Ensure you trust this sender before clicking on any links or attachments.***
>
> Marty,
>
> Thank you for the email follow-up to the conversation.  As you know, DMACC has been a proud member of the Iowa educational community since 1966 and we have always emphasized the "D" in DMACC – you can't say DMACC without saying the D first.  Our DMACC logo, which has been in use since last October does not cause confusion, is not likely to cause confusion, and should not present any issues for Drake.  The video you sent merely shows a Rotary Club Santa poking fun at our marketing director, which we all know was done in jest.
>
> At the end of the day, we are advised that Drake simply does not own the letter "D".  Drake's own branding guide recognizes this, requiring a very specifically stylized "D". Nor does Drake own the colors of blue and white.  Drake apparently has also recognized this for years.  For example, Duke has been using those colors with its "D"s for decades, without apparent issue.  Drake did not object to Duke registering its "D" and the trademark examiner found no conflicting marks when Duke sought to register it.  Duke is not alone.  There are many other colleges and universities using a "D" logo as well.  For example, Davidson has used a block-style "D", Daemon uses a blue and white "D", the University of Delaware registered a block style "D"; schools in North and South Dakota have "D" logos, and even Dordt University in Sioux Center recently registered their "D" logo - all apparently without any issues or complaints from Drake.  The attached federal trademark registrations are but a few of the many examples of other schools using variations of a "D" logo without causing Drake any apparent harm. Our "D" with accompanying "DMACC" would be the same.
>
> Drake's trademark rights are narrow in scope, as they must be, and limited to a very stylized "D" – the one shown in your branding guide.  No one is confusing Drake and DMACC based on these very different "D" marks, particularly as our "DMACC" will be present.  I do hope we will not have to spend money fighting over logos.
>
> Scott Johnson of Fredrikson & Byron, P.A. will be representing DMACC (rsjohnson@fredlaw.com) if this needs to proceed further.

*Exhibit 97*

Thanks.

Rob

---

**From:** Marty Martin <earl.martin@drake.edu>
**Sent:** Monday, March 25, 2024 12:02 PM
**To:** Denson, Robert J. <rjdenson@dmacc.edu>
**Subject:** RE: Drake

> *The e-mail below is from an external source to DMACC. Please do not open attachments or click links from an unknown or suspicious origin. If you believe this message is malicious in nature, please report it by using the Phish Alert button.*

Good morning Rob,

I am sorry I didn't get back to you before the end of last week. All things basketball ended up taking up all my time.

I have consulted with my internal team who have been involved in the trademark issue and with our board leadership. We are not willing to acquiesce to DMACC's use of the very prominent "D". Even when connected to the remaining lower case letters, the D is the thing that immediately catches the eye and dominates the presentation. As was shared with your team in the last meeting, D for us is Drake and has been for the totality of our existence. D for you is "Des", and thus, does not have the same essentiality for you as it does for us. The D is our identity.

I would like your cell phone number so that I can send you a video that I received back in December. It is of Todd Jones being roasted a little by Santa Clause at a Rotary meeting about the DMACC rebranding. It was certainly intended to be all in good fun, but in the humor is the truth that DMACC's new branding creates a real conflict with our long-standing use of the D brand.

I appreciate this is not the news you hoped for. Once you have had a chance to digest this, I will need to know where we stand so that I can be responsive to our board's expectations.


Best,


Marty

---

**Marty Martin | President | Drake University | 515-271-2191**

*Together we transform lives and strengthen communities*

---

**From:** Denson, Robert J. <rjdenson@dmacc.edu>
**Sent:** Wednesday, March 20, 2024 7:55 AM
**To:** Marty Martin <earl.martin@drake.edu>
**Subject:** RE: Drake

***This Email is from an EXTERNAL source. Ensure you trust this sender before clicking on any links or attachments.***

As further assurance, the actual mark we filed has the DMACC under it so we will never use it without the DMACC.

---

**From:** Marty Martin <earl.martin@drake.edu>
**Sent:** Tuesday, March 19, 2024 6:43 PM
**To:** Denson, Robert J. <rjdenson@dmacc.edu>
**Subject:** RE: Drake

*The e-mail below is from an external source to DMACC. Please do not open attachments or click links from an unknown or suspicious origin. If you believe this message is malicious in nature, please report it by using the Phish Alert button.*

Hi Rob,

I have another call with my board chair on Thursday. I will come back to you after that.


Marty


**Marty Martin | President** | Drake University | 515-271-2191
*Together we transform lives and strengthen communities*

---

**From:** Denson, Robert J. <rjdenson@dmacc.edu>
**Sent:** Tuesday, March 19, 2024 12:00 PM
**To:** Marty Martin <earl.martin@drake.edu>
**Subject:** RE: Drake

***This Email is from an EXTERNAL source. Ensure you trust this sender before clicking on any links or attachments.***

Are we good, with these assurances?

---

**From:** Denson, Robert J.
**Sent:** Wednesday, March 13, 2024 3:43 PM

**To:** 'Marty Martin' <earl.martin@drake.edu>
**Subject:** RE: Drake

Here is the Bear – No "D" will be with it

---

**From:** Denson, Robert J.
**Sent:** Wednesday, March 13, 2024 3:21 PM
**To:** 'Marty Martin' <earl.martin@drake.edu>
**Subject:** RE: Drake

Thanks

YES, we will only us the "D" with "DMACC" under it.

I'll get something with the BEAR. I haven't seen an example yet.

Thanks!

---

**From:** Marty Martin <earl.martin@drake.edu>
**Sent:** Wednesday, March 13, 2024 3:15 PM
**To:** Denson, Robert J. <rjdenson@dmacc.edu>
**Subject:** RE: Drake

> *The e-mail below is from an external source to DMACC. Please do not open attachments or click links from an unknown or suspicious origin. If you believe this message is malicious in nature, please report it by using the Phish Alert button.*

Hi Rob,

Our take-away from the meeting last week between our teams was that DMACC intends to continue to use the prominent blue D as part of its brand identity. The position articulated was in keeping with what you represent in your email of March 4 (below) regarding "locking" the D with either the DMACC name or your bear logo.

So as not to presume that this means, I am copying a graphic from your website to ask if this is what is meant by locking the D with the DMACC name:


Also, I interpret the bear lockup position as meaning that the prominent blue D would appear on its own when associated with your mascot. I would appreciate seeing a represetation of what is intended here.

I look forward to hearing back from you at your earliest convenience.

Best,

Marty

**Marty Martin | President** | Drake University | 515-271-2191
*Together we transform lives and strengthen communities*

---

**From:** Denson, Robert J. <rjdenson@dmacc.edu>
**Sent:** Tuesday, March 5, 2024 11:25 AM
**To:** Marty Martin <earl.martin@drake.edu>
**Subject:** Re: Drake

**\*\*\*This Email is from an EXTERNAL source. Ensure you trust this sender before clicking on any links or attachments.\*\*\***
Thanks

> On Mar 5, 2024, at 11:13 AM, Marty Martin <earl.martin@drake.edu> wrote:
>
> *The e-mail below is from an external source to DMACC. Please do not open attachments or click links from an unknown or suspicious origin. If you believe this message is malicious in nature, please report it by using the Phish Alert button.*
>
> Good morning Rob,
>
> Sorry for the delay in my response. I am in Maimi on Drake business and it has been a busy start to the week.
>
> Going to last point first – our intent and hope is to resolve this quietly. Our Board meetings are public in a very limited sense, but this is something that will only be addressed in executive session – me and board members only.
>
> Our teams are connecting again tomorrow for their follow-up. Let's let that happen and see where we stand then.
>
> Best,
>
> Marty
>
> **Marty Martin | President** | Drake University | 515-271-2191

*Together we transform lives and strengthen communities*

<image001.png>

---

**From:** Denson, Robert J. <rjdenson@dmacc.edu>
**Sent:** Monday, March 4, 2024 3:06 PM
**To:** Marty Martin <earl.martin@drake.edu>
**Subject:** FW: Drake

**\*\*\*This Email is from an EXTERNAL source. Ensure you trust this sender before clicking on any links or attachments.\*\*\***

Marty:

The DMACC Marketing team reported a positive meeting with your team, in which they discussed the situation and presented the compromise of a logo "lock up". For a term of three years, we would never present our lone "D" without either the DMACC name or our Bear logo accompanying it to make it clear the D is associated with DMACC. The Drake team expressed appreciation for the idea and shared they would bring it to you and the Board in April.

I do apologize that we are in this position. We had done our due diligence and reviewed Drake's Brand Standards and Style Guide 2020.1. Pages 12 – 15 (attached) are clear as to what the Drake Logo, Other Drake Marks, and Affiliate Marks are, and we considered ours to be substantially different.

I know this may go to your Board and I'm not sure if your Board meetings are public like ours. If they are public, I'd hope we can try to resolve this outside of the public arena. Would you be willing to consider our proposal prior their April meeting?

We'd like to continue our long relationship as good partners.

Thanks.

Rob