IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>     Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION,<br>     Defendant. | No.<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Notice is hereby given that the undersigned, Joshua J. Conley of ZarleyConley PLC files this Notice of Appearance on behalf of the Plaintiff, Drake University.

                                                                Respectfully submitted,

Dated: July 8, 2024                              **ZARLEYCONLEY PLC**

                           By:      /s/Joshua J. Conley
                                       Joshua J. Conley, AT0011828
                                       John D. Gilbertson, AT0014515
                                       580 Market Street, Suite 101
                                       West Des Moines, IA 50266
                                       Telephone:  (515) 558-0200
                                       Facsimile:   (515) 558-7790
                                       jconley@zarleyconley.com
                                       jgilbertson@zarleyconley.com
                                       **ATTORNEYS FOR PLAINTIFF**