IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION,<br>    Defendant. | No.<br><br>**NOTICE OF REQUEST TO FREDRIKSON & BYRON TO WITHDRAW FROM REPRESENTING DEFENDANT** |

Plaintiff, Drake University ("Drake"), by and through its undersigned counsel, hereby provides notice to the Court of its written request to Fredrikson & Byron P.A. to immediately withdraw and cease from its representation of Defendant, Des Moines Area Community College Foundation ("DMACC") with respect to the ongoing dispute described in the allegations in Drake's Complaint (Dkt. 1k).  Notice is being provided hereby to apprise the Court of this request made upon Fredrikson & Byron on July 3, 2024.  A copy of the request accompanies this Notice.

Additionally, Drake intends to move and seek emergency relief from the Court to seal and subsequently strike any and all filings submitted by Fredrikson & Byron on behalf of DMACC to limit, if not prevent, the irreparable harm that such filings will cause.  Drake asks that the Court exercise its inherent authority to proactively strike or seal any filing made on behalf of Fredrikson & Byron in the above-captioned matter to avoid such harm.

If required, Drake will seek disqualification of Fredrikson & Byron from the present suit should one or more of its attorneys appear on DMACC's behalf.

//

//

//

//

        Respectfully submitted,

Dated: July 8, 2024      **ZARLEYCONLEY PLC**

      By: /s/Joshua J. Conley
        Joshua J. Conley, AT0011828
        John D. Gilbertson, AT0014515
        580 Market Street, Suite 101
        West Des Moines, IA 50266
        Telephone: (515) 558-0200
        Facsimile: (515) 558-7790
        jconley@zarleyconley.com
        jgilbertson@zarleyconley.com
        **ATTORNEYS FOR PLAINTIFF**