**VIA EMAIL**
rsjohnson@fredlaw.com
lmyers@fredlaw.com

R. Scott Johnson
Laura Myers
Shareholders
Fredrikson & Byron P.A.
111 E. Grand Avenue
Suite 301
Des Moines, Iowa 50309

| Title | | Re: | |
|---|---|---|---|
| Drake Univ. v. Des Moines Area Cmty. Coll. Found. | | Withdrawal of Representation | |
| Case No. | Our Docket | Attorney Contact | Date |
| N/A | L00194 | jconley@zarleyconley.com | July 3, 2024 |

Dear Mr. Johnson and Ms. Myers:

We are writing on behalf of Drake University ("Drake") to insist that Fredrikson & Byron P.A. ("Fredrikson") immediately withdraw from representing Des Moines Area Community College ("DMACC") with respect to its ongoing dispute with Drake.

**Applicable Rules and Precedent**

Iowa Rule of Professional Conduct ("IRPC") 32:1.9(b) requires in pertinent part that a lawyer shall not knowingly represent an entity in the same or a substantially related matter in which a firm with which the lawyer was formerly associated had previously represented a client whose interests are materially adverse to that entity unless the former client gives informed consent, confirmed in writing.  *See also* Minnesota Rules of Professional Conduct ("MRPC") 1.9(b).

The determination of whether a matter is substantially related is based on (1) the nature and scope of the former client's representation, (2) the nature of representation against the former client, and (3) whether the client might have disclosed a confidence during the prior representation that could be relevant to the current representation.  *Hoffman v. Internal Med., P.C. of Ottumwa*, 533 N.W.2d 834, 836–37 (Iowa App. 1995).  Comment [6] to IRPC 32:1.9 highlights that a lawyer who has general access to files of all clients of a law firm and may regularly participate in discussion of their affairs is considered privy to all information about all the firm's clients.  *See also* MRPC 1.9, Cmt. [6].  Moreover, Canon 4 of the ABA Code of Professional Responsibility states that the existence of an attorney-client relationship raises an **irrefutable** presumption that confidences were disclosed.  *See State of Ark. V. Dean Foods Prods. Co., Inc.*, 605 F.2d 380, 384–85 (8th Cir. 1979).  Therefore, it


is not necessary to identify actual confidential communications to establish a substantial relation; it is sufficient to establish only the scope of representation. *Hoffman*, 533 N.W.2d at 836–37.

IRPC 32:1.10 requires in pertinent part that while lawyers are associated in a firm, none of them shall knowingly represent a client when any one of them practicing alone would be prohibited from doing so under 32:1.9 unless (1) it is based on a personal interest, or (2) the prohibition is based on IRCP 32:1.9(b) and (i) the lawyer has been timely screened from participating, (ii) written notice is promptly given to the former client with (a) a description of the screening measures undertaken, (b) a statement of the compliance with the applicable rules, (c) a statement that may be available for review before a tribunal, and (d) an agreement by the firm to respond promptly to any written inquiries or objections to the screening process raised by the former client. *See also* MRPC 1.10. Confidences imputed to one attorney are presumed to have been shared among the partners and employees associated with the attorney. *Engineered Prods. Co. v. Donaldson, Co., Inc.*, 290 F. Supp.2d 974, 980–81 (N.D. Iowa 2003). Succinctly stated, "[w]hen one lawyer is involved the entire firm is involved." *Hoffman*, 533 N.W.2d at 836.

In sum, confidential disclosures, actual or presumed, **necessitate** disqualification when the lawyer represents an adverse interest in a related matter. *Engineered Prods.*, 290 F. Supp.2d at 980. The "liability to disqualification" extends to partners and employees in the lawyer's firm and cannot be remediated through dissolution of or departure from the firm. *See Dean Foods Prods.*, 605 F.2d at 384–85. When disqualification is required and the lawyer insists on "litigating the question rather than bowing out gracefully," it can be proper to find that decision to be in bad faith, warranting reimbursement to the former client for the expenses and fees incurred in obtaining an order to disqualify. *Analytica, Inc. v. NPD Research, Inc.* 708 F.2d 1263, 1269–70 (7th Cir. 1983).

The implications of these rules are demonstrated in *Engineered Products*. In that case, a lawyer working at a first firm represented a client and thereafter left that firm to join a different firm. That lawyer was presumed to have knowledge concerning the former client in his subsequent representation of an adversary in a substantially related matter. Based on those facts, the Northern District of Iowa determined that the presumptions requiring disqualification were present and not rebuttable. *See also Iowa S. Ct. Atty Bd. v. Leitner*, 998 N.W.2d 627, 640–41 (Iowa 2023) (finding a violation of IRPC 32:1.9(b) in a disciplinary hearing).

**Fredrikson's Disqualification**

Drake has entrusted its confidences in McKee, Voorhees & Sease ("MVS") for decades regarding its intellectual property matters. These confidences include MVS's representation of Drake with respect to U.S. Trademark Registration Nos. 1,567,283; 3,498,202; and 4,625,043 (the '283, '202, and '043 Registrations, respectively). *See* Attachments 1–3.

Mr. Johnson was an attorney at MVS for over 20 years. During a portion of his tenure, Mr. Johnson served on a management committee. Tina Yin Sowatzke, formerly Fredrikson counsel at Fredrikson's Des



Moines and Minneapolis offices, was also employed at MVS for a period of three years.  From our investigation, it is our understanding that during the time that Mr. Johnson and Ms. Yin Sowatzke were attorneys at MVS, general access to client files was the standard rather than the exception, including general access to Drake's client files.

Mr. Johnson is identified as an appointed counsel on each of the Registrations.  *See* Attachments 2–4.  On the '202 and '043 Registrations, Mr. Johnson was identified as an appointed attorney at the time each of the respective applications were filed.  *See* Attachments 2–3.  Moreover, Ms. Yin Sowatzke is identified as an appointed counsel on the '283 Registration.  *See* Attachment 4.

It is unquestionable that within the scope of providing counsel to Drake, confidences were relayed to MVS that pertain to the strength of Drake's various trademarks, services marks, and brand generally.  It is axiomatic that Mr. Johnson and Ms. Yin Sowatzke were privy to these confidences as well as those related to tactics, strategies, and concerns related to securing, commercializing, and enforcing Drake's intellectual property portfolio.  Even if not expressly identified as they are, their mere employ at MVS is sufficient to presume confidences were shared with each of them.

Fredrikson's representation of DMACC in its dispute with Drake involves the very intellectual property in which MVS holds confidences from Drake.  Undoubtedly, the confidences entrusted to MVS by Drake during Mr. Johnson's and Ms. Yin Sowatzke's employ are relevant to Fredrikson's present representation of DMACC.

The conflict is present throughout Mr. Johnson's letter dated May 8, 2024.  Most prominently, on pages 3 and 4, Mr. Johnson calls into question each of the Registrations discussed.  This is exceedingly problematic and may well constitute a violation of Mr. Johnson's ethical obligations, a matter we assume Mr. Johnson finds equally concerning.  Moreover, the collaboration with Ms. Myers, located at Fredrikson's Minneapolis office–– where Ms. Yin Sowatzke was also based––readily demonstrates that Mr. Johnson's conflicts have spread between counsel at Fredrikson and among Fredrikson's offices.

The conflict that exists with respect to Mr. Johnson and Ms. Yin Sowatzke cannot be remediated.  Drake has not, nor will it, consent to a waiver permitting Fredrikson's representation of DMACC in this matter.  Furthermore, for Fredrikson to avoid imputation of Mr. Johnson's and Ms. Yin Sowatzke's conflict, Mr. Johnson would have had to have been timely screened, which he clearly was not given his letter regarding the underlying dispute.  Furthermore, the notice required under the IRPC and MRPC has not been provided.

The conflict that Fredrikson has with this dispute cannot be rebutted.  Disqualification is mandatory.

**Expectation**

Drake insists that written confirmation be provided immediately that Fredrikson has withdrawn its representation of DMACC with respect to its dispute with Drake.  Such confirmation must indicate that (1) Fredrikson has not provided counsel to DMACC in violation of the Professional Rules to ensure that Drake's



confidences have not been violated, and (2) Fredrikson will not aid or assist substitute counsel for DMACC as it relates to the present dispute.  If confirmation of the foregoing is not received by **Monday, July 8, 2024**, we will take appropriate steps to protect our client's confidences.

   Should Drake be required to seek disqualification, it will be compelled to also seek its fees and expenses.  Moreover, upon disqualification, a violation of the Professional Rules will have occurred without question, which triggers the reporting obligations under IRCP 32:8.2.  *See* IRPC 32:5.1 (discussing the extension of responsibility of a lawyer's violation to other lawyers within an organization); MRPC 5.1 (same).

   If you do not intend to comply, I am available in the morning on July 8, 2024 to have a meet-and-confer.

Best Regards,

Josh Conley

JJC/JDG

cc: Melodie R. Rose

   Attachments

**COMBINED RENEWAL**

PTO-102 (8-78)
U.S. Dept. of Commerce-Patent and Trademark Office

| Field | Value |
|---|---|
| 1. REG. NO. | 1567283 |
| 2. REG. DATE | NOV 21 1989 |
| 3. MARK | D AND DESIGN |
| 4. SER. NO. | 73/790196 |
| 5. REGISTER | PRINCIPAL |
| 6. INTERNATIONAL CLASS | 25-41 |
| 7. PRIOR U.S. CLASS | 39-107 |
| 8. FILING DATE | 03/31/89 |
| 9. LAW OFFICE | 550 |

10. APPLICANT AND POST OFFICE
DRAKE UNIVERSITY
25TH AND UNIVERSITY
DES MOINES, IOWA 50311
CORPORATION OF IOWA

11. CORRESPONDENCE ADDRESS
MICHAEL G. VOORHEES
ZARLEY, MCKEE, THOMTE, VOORHESS & SEASE
2400 RUAN CENTER
DES MOINES, IA 50309

12. DOMESTIC REPRESENTATIVE

13. APPLICANT'S ATTORNEY
MICHAEL G. VOORHEES

15. GOODS--SERVICES
025-SWEATSHIRT, JACKETS, T-SHIRTS, VISORS AND HATS 041-ENTERTAINMENT AND EDUCATIONAL SERVICES, NAMELY, CONDUCTING COLLEGIATE EDUCATIONAL PROGRAMS LEADING TO UNDERGRADUATE, POSTGRADUATE, AND PROFESSIONAL DEGREES, AND CONDUCTING COLLEGIATE SPORTING EVENTS, NAMELY, FOOTBALL, BASKETBALL, WRESTLING AND TRACK EVENTS.

16. EXAMINING ATTORNEY — Fitzpatrick
17. TYPE OF MARK — TRADEMARK / SERVICE MARK
18. FIRST USE — ICL 025 01/02/1974, ICL 041 01/02/1974
19. IN COMMERCE — ICL 025 01/02/1974, ICL 041 01/02/1974
20. FOREIGN REG. AND APPL. DATA

21. OTHER DATA
15 - The lining and stippling in the drawing are features of the mark and are not intended to indicate color.

PTO-102L (REV. 12/82) U.S. DEPT. OF COMMERCE--PATENT AND TRADEMARK OFFICE

**PRINCIPAL REGISTER**

| 22. AMENDED | | 25. Supervisory Examiner | |
|---|---|---|---|
| | | 26. Examiner | Anne E Fitzpatrick |
| 23. AFFIDAVIT | Section 8 — C. R. Hill | 27. Passed for Publication | Shawn R Marsh |
| | Section 15 | 28. Passed for Registration | |
| | Section 12 C | 29. O.G. Date | |
| 24. RENEWAL | Passed for Renewal — C. R. Hill | | PUBLISHED AUG 29 1989 |
| | Renewed From nov. 21, 1999 | | |
| | ☐ Less Goods | | |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

Serial Number: 77309671
Filing Date: 10/22/2007

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 77309671 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS2\EXPORT14\773\096 \77309671\xml1\APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | D |
| COLOR MARK | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 309 x 250 |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Drake University |
| *STREET | 2507 University Avenue |
| *CITY | Des Moines |
| *STATE (Required for U.S. applicants) | Iowa |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 50311 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Iowa |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 021 |
| *IDENTIFICATION | Beverage containers, namely coffee mugs; drinking glasses, steins, stemware, shot glasses, sippy cups; water bottles sold empty; travel mugs; thermal insulated containers for beverages, serving bowls, insulated sleeve-holders for beverages; ornaments, ceramic figures; coasters not of paper |
| FILING BASIS | SECTION 1(a) |
|     FIRST USE ANYWHERE DATE | At least as early as 08/12/2005 |
|     FIRST USE IN COMMERCE DATE | At least as early as 08/12/2005 |

ATTACHMENT 2

| | |
|---|---|
| **FAX** | 515-288-1338 |
| **EMAIL ADDRESS** | patatty@ipmvs.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | Bruce W. McKee, Michael G. Voorhees, Edmund J. Sease, Mark D. Hansing, Kirk M. Hartung, Heidi Sease Nebel, Wendy K. Marsh, Jeffrey D. Harty, R. Scott Johnson, John D. Goodhue, Steven P. Smith, Robert A. Hodgson, Janae Lehman Bell, Kurt R. Van Thomme, Janet E. Phipps Burkhead, and Kyle S. Coleman |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Christine Lebron-Dykeman |
| **FIRM NAME** | McKee, Voorhees & Sease, PLC |
| **STREET** | 801 Grand Avenue |
| **INTERNAL ADDRESS** | Suite 32300 |
| **CITY** | Des Moines |
| **STATE** | Iowa |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 50309-2721 |
| **PHONE** | 515-288-3667 |
| **FAX** | 515-288-1338 |
| **EMAIL ADDRESS** | patatty@ipmvs.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **NUMBER OF CLASSES** | 3 |
| **FEE PER CLASS** | 325 |
| *****TOTAL FEE DUE** | 975 |
| *****TOTAL FEE PAID** | 975 |
| **SIGNATURE INFORMATION** | |
| **ORIGINAL PDF FILE** | hw_207199243193-120946493_._D162-27_Delcaration_10.22.07.PDF |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS2\EXPORT14\773\096\77309671\xml1\APP0008.JPG |
| **SIGNATORY'S NAME** | Victoria Payseur |
| **SIGNATORY'S POSITION** | VP Business & Finance |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

Serial Number: 86257849
Filing Date: 04/21/2014

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 86257849 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT16\IMAGEOUT 16\862\578\86257849\xml1\APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | D |
| COLOR MARK | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the capital letter "D" with the picture of a bulldog leaning over the left side of the D. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 366 x 371 |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Drake University |
| *STREET | 2507 University Avenue |
| *CITY | Des Moines |
| *STATE (Required for U.S. applicants) | Iowa |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 50311 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Iowa |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 021 |
| *IDENTIFICATION | Beverage containers, namely, coffee mugs; drinking glasses, steins, stemware, shot glasses, sippy cups; water bottles sold empty; travel mugs; thermal insulated containers for beverages, serving bowls, insulated sleeve-holders for beverage containers; ornaments of china, crystal, glass, porcelain not being Christmas tree ornaments; ceramic figures; coasters not of paper and not being table linen |
| FILING BASIS | SECTION 1(a) |

ATTACHMENT 3

| | |
|---|---|
| **FIRST USE ANYWHERE DATE** | At least as early as 08/12/2005 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 08/12/2005 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPE0-3810813320-142144376_._Specimen_Class_21.pdf |
| **CONVERTED PDF FILE(S)** <br> **(1 page)** | \\TICRS\EXPORT16\IMAGEOUT16\862\578\86257849\xml1\APP0003.JPG |
| **SPECIMEN DESCRIPTION** | Picture of coffee mug with the logo on the mug. |
| **INTERNATIONAL CLASS** | 025 |
| ***IDENTIFICATION** | Clothing for men, women and children, namely, shirts, shorts, T-shirts, hats, caps, socks, jackets, pants, sweatsuits, sweatshirts, sweatpants, sleepwear, rainwear, sweaters and visors |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 08/12/2005 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 08/12/2005 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPE0-3810813320-142144376_._Specimen_Class_25.pdf |
| **CONVERTED PDF FILE(S)** <br> **(1 page)** | \\TICRS\EXPORT16\IMAGEOUT16\862\578\86257849\xml1\APP0004.JPG |
| **SPECIMEN DESCRIPTION** | Picture of a shirt with the logo on the shirt |
| **INTERNATIONAL CLASS** | 041 |
| ***IDENTIFICATION** | Entertainment and educational services, namely, conducting collegiate educational programs leading to undergraduate, postgraduate, and professional degrees, and conducting collegiate sporting events, namely, football, baseball, softball, tennis, soccer, crew, cross country, golf, volleyball, basketball, and track events |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 08/12/2005 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 08/12/2005 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPE0-3810813320-142144376_._Specimen_Class_41.pdf |
| **CONVERTED PDF FILE(S)** <br> **(1 page)** | \\TICRS\EXPORT16\IMAGEOUT16\862\578\86257849\xml1\APP0005.JPG |
| **SPECIMEN DESCRIPTION** | Copy of soccer schedule with the logo on the schedule. |
| **ADDITIONAL STATEMENTS SECTION** | |
| **PRIOR REGISTRATION(S)** | The applicant claims ownership of U.S. Registration Number(s) 3498204, 3498203, and 3498202. |
| **ATTORNEY INFORMATION** | |
| **NAME** | Christine Lebron-Dykeman |
| **ATTORNEY DOCKET NUMBER** | T55461US00 |
| **FIRM NAME** | McKee, Voorhees & Sease, PLC |
| **STREET** | 801 Grand Avenue, Suite 3200 |
| **CITY** | Des Moines |

| | |
|---|---|
| **STATE** | Iowa |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 50309-2721 |
| **PHONE** | 515-288-3667 |
| **FAX** | 515-288-1338 |
| **EMAIL ADDRESS** | patatty@ipmvs.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | Bruce W. McKee, Edmund J. Sease, Mark D. Hansing, Kirk M. Hartung, Heidi Sease Nebel, Jeffrey D. Harty, R. Scott Johnson, John D. Goodhue, Michael C. Gilchrist, Kyle S. Coleman, Bruce A. Johnson, Jill N. Link, Luke T. Mohrhauser, Luke C. Holst, Jonathan L. Kennedy, Daniel M. Lorentzen, and Alexandria M. Christian, all Iowa bar members |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Christine Lebron-Dykeman |
| **FIRM NAME** | McKee, Voorhees & Sease, PLC |
| **STREET** | 801 Grand Avenue, Suite 3200 |
| **CITY** | Des Moines |
| **STATE** | Iowa |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 50309-2721 |
| **PHONE** | 515-288-3667 |
| **FAX** | 515-288-1338 |
| **EMAIL ADDRESS** | patatty@ipmvs.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **NUMBER OF CLASSES** | 3 |
| **FEE PER CLASS** | 325 |
| ***TOTAL FEE DUE** | 975 |
| ***TOTAL FEE PAID** | 975 |
| **SIGNATURE INFORMATION** | |
| **ORIGINAL PDF FILE** | hw_3810813320-153234760_._Dec_4-21-14.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\862\578\86257849\xml1\APP0006.JPG |
| **SIGNATORY'S NAME** | Debra Lukehart |
| **SIGNATORY'S POSITION** | Executive Director, Marketing and Communications |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1963 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 1567283 |
| **REGISTRATION DATE** | 11/21/1989 |
| **SERIAL NUMBER** | 73790196 |
| **MARK SECTION** | |
| **MARK** | D (stylized and/or with design, see https://tmng-al.uspto.gov/resting2/api/img/73790196/large) |
| **ATTORNEY SECTION (no change)** | |
| **NAME** | Christine Lebron-Dykeman |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | NOT SPECIFIED |
| **YEAR OF ADMISSION** | NOT SPECIFIED |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | NOT SPECIFIED |
| **FIRM NAME** | McKee, Voorhees & Sease, PLC |
| **STREET** | 801 Grand Avenue, Suite 3200 |
| **CITY** | Des Moines |
| **STATE** | Iowa |
| **POSTAL CODE** | 50309-2721 |
| **COUNTRY** | United States |
| **PHONE** | 515-288-3667 |
| **FAX** | 515-288-1338 |
| **EMAIL** | patatty@ipmvs.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | T01136US0 |
| **ATTORNEY SECTION (proposed)** | |
| **NAME** | Christine Lebron-Dykeman |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | McKee, Voorhees & Sease, PLC |
| **STREET** | 801 Grand Avenue, Suite 3200 |

ATTACHMENT 4

| | |
|---|---|
| **CITY** | Des Moines |
| **STATE** | Iowa |
| **POSTAL CODE** | 50309-2721 |
| **COUNTRY** | United States |
| **PHONE** | 515-288-3667 |
| **FAX** | 515-288-1338 |
| **EMAIL** | patatty@ipmvs.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | T01136US0 |
| **OTHER APPOINTED ATTORNEY** | Bruce W. McKee, Edmund J. Sease, Mark D. Hansing, Kirk M. Hartung, Patricia A. Sweeney, Heidi S. Nebel, Michael C. Gilchrist, R. Scott Johnson, Cassandra J. Edgar, Jill N. Link, Luke T. Mohrhauser, Jonathan L. Kennedy, Brandon W. Clark, Nicholas J. Krob, Sarah M. Dickhut, Gregory Gunnerson, Oliver P. Couture, Tina G. Yin Sowatzke, Julie L. Spieker |
| **CORRESPONDENCE SECTION (no change)** | |
| **NAME** | Christine Lebron-Dykeman |
| **FIRM NAME** | McKee, Voorhees & Sease, PLC |
| **STREET** | 801 Grand Avenue, Suite 3200 |
| **CITY** | Des Moines |
| **STATE** | Iowa |
| **POSTAL CODE** | 50309-2721 |
| **COUNTRY** | United States |
| **PHONE** | 515-288-3667 |
| **FAX** | 515-288-1338 |
| **EMAIL** | patatty@ipmvs.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | T01136US0 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 025 |
| **GOODS OR SERVICES TO BE DELETED** | VISORS AND HATS |
| **GOODS OR SERVICES IN USE IN COMMERCE OR FOR WHICH OWNER CLAIMS EXCUSABLE NONUSE** | SWEATSHIRTS, JACKETS, AND T-SHIRTS |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\737\901\73790196\xml2\ S890002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\737\901\73790196\xml2\ S890003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\737\901\73790196\xml2\ S890004.JPG |
| **SPECIMEN DESCRIPTION** | photos of shirts showing the mark, screenshot of website showing shirts showing the mark |
| **INTERNATIONAL CLASS** | 041 |