IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>　　　Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION,<br>　　　Defendant. | No. 4:24-cv-00227<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>**EXPEDITED RELIEF REQUESTED** |

Plaintiff Drake University ("Drake") hereby moves for leave to file an Overlength Brief in Support of its Motion for Preliminary Injunction.

1. Pursuant to Local Rule 7(h), briefs in support of a preliminary injunction motion should not exceed 20 pages.

2. In the Eighth Circuit, motions for preliminary injunctive relief require consideration of a four-factor test set forth in *Dataphase Sys., Inc. v. C L Sys. Inc.*, 640 F.2d 109, 113 (8th Cir. 1981). One such factor is the probability of success on the merits. *Id*. To evaluate the probability of success on a claim of trademark infringement, the Eighth Circuit requires consideration of a six-factor test set forth in *SquirtCo. v. Seven-Up Co.*, 628 F.2d 1086, 1091 (8th Cir. 1980).

3. Due to the inherent length required to addressing two multi-factor tests, Drake respectfully requests permission to file an overlength brief.

4. Drake's brief is 34 pages in length, excluding Cover Page, Table of Contents, Signature Block, and Certificate of Service.

5. Local Rule 7(k) requires that Drake confer with counsel for DMACC. However, given that the present Motion is filed contemporaneously with Drake's Complaint, and because Drake for good cause has requested that Defendant DMACC's counsel withdraw due to an incurable conflict

of interest, it is not practicable for Drake to confer with counsel for DMACC prior to filing the present Motion.

For the reasons stated above, and for good cause shown, Drake respectfully requests that the Court issue an Order granting permission to file its Overlength Brief in Support of its Motion for Preliminary Injunction.

Respectfully submitted,

Dated: July 8, 2024     **ZARLEYCONLEY PLC**

By:   /s/Joshua J. Conley
      /s/John D. Gilbertson
      Joshua J. Conley, AT0011828
      John D. Gilbertson, AT0014515
      580 Market Street, Suite 101
      West Des Moines, IA 50266
      Telephone: (515) 558-0200
      Facsimile: (515) 558-7790
      jconley@zarleyconley.com
      jgilbertson@zarleyconley.com
      **ATTORNEYS FOR PLAINTIFF**