# Des Moines Register

EDUCATION

# Only one Iowa school made the Wall Street Journal's top 100 best colleges in the U.S.

**Biong M. Biong** Des Moines Register
Published 6:07 a.m. CT Sept. 22, 2023 | Updated 6:14 a.m. CT Sept. 22, 2023

Drake University is the only Iowa college to make it on the Wall Street Journal's top 100 list for the best colleges in the United States in 2024.

The ranking is based on student outcomes, learning environment and diversity, as well as the average annual cost of attendance and the value added to graduate salaries by attending the university. Coming in at 97th, Drake ranked above Johns Hopkins University and below George Mason University.

The New York Times also recently listed Drake also a top U.S. college with the greatest economic diversity. It ranked 133rd on that list.

"The inclusion of Drake in these two prominent rankings reinforces the incredible work being done across our campus to create a positive, collaborative, and inclusive environment as we carry out our work to transform lives and strengthen communities," Marty Martin, president of Drake University, said in a news release. "As we continue to invest in our campus and pave the way toward a brighter future for the generations to come, this is a reminder of all the incredible progress we've already made toward that vision."

Drake's 2022 graduating class shows why it made the Wall Street Journal's list, which is "designed to assist students and families in their search for the best value in higher education," the news release said.

According to the university, statistics from the 2022 class include:

> 97% of undergraduate degree recipients are employed, enrolled in graduate or professional school or involved in an activity related to their professional goals.
> 98% of graduate degree recipients were employed or pursuing additional education within six months of graduation.
> 93% of undergraduates reported having an internship or other practical experience while at Drake.

The university also said 91% of students earn a bachelor's degree within four years.

**Exhibit 100**

Drake's class of 2027 is one of the most diverse classes in the university's history, the news release said. Almost one-fourth of incoming and transfer students are first-generation college students. Students in the class come from 28 states and 17 countries.

Iowa State University ranked 145th on the Wall Street Journal's list and the University of Iowa, 160th.

*Biong M. Biong is a reporting intern for the Des Moines Register. Reach him at bbiong@gannett.com.*