# DMACC PROFILE 2024

## As a Matter of Fact...

### FOUNDED
**1966** — MARCH 18

**PRESIDENT:** ROBERT J. DENSON

**BOARD OF DIRECTORS:**
Joe Pugel, Chair | Kevin Halterman, Vice Chair
- Cheryl Langston
- Fred Greiner
- Jim Gossett
- Dennis Presnall
- Madelyn Tursi
- Felix Gallagher
- Angela Jackson

### SIX CAMPUSES:
- Ankeny
- Boone
- Carroll
- Newton
- Urban/Des Moines
- West Des Moines

### SEVEN LEARNING CENTERS:
- Ames Center
- Capitol Center
- Evelyn K. Davis Center for Working Families
- Perry Center
- Southridge Center
- Templeton Center
- Transportation Institute

### DMACC FOOTPRINT:
**2,300,000** sq. feet among
**62** Buildings on 6 Campuses and 7 Learning Centers across Central Iowa.

From 2015–Current, the college has invested $100 million on new and renovated facilities.

### DISTRICT:
**6,560** sq. miles over all or part of a 22-county region

### DMACC RECEIVED:
**52 GRANTS** IN 2023 TOTALING **$14.5 MILLION**

**LOWEST TUITION & FEES** of any college or university in Iowa

### STUDENTS:
- Average Age: **24**
- Median Age: **20**
- 57% / 43%

### DIVERSITY:
| | % | # |
|---|---|---|
| Asian | 4.4% | 439 |
| Black or African-American | 8.5% | 831 |
| Hispanic or Latinx | 10.1% | 936 |
| White | 69.8% | 7,211 |

**27.3%** of degree-seeking students are students of color

**125** are International Students

### STUDENTS SERVED: (2022–2023)
- Credit Students: **34,206**
- Continuing Education Students: **21,164**
- High School Students: **17,237**

### OUR TEAM:
- **1,516** Staff
- **982** Faculty
- **19:1** STUDENT-TO-FACULTY RATIO

### SCHOLARSHIPS:
**1,772 STUDENTS** received scholarships

### PROGRAMS:
**220+** — **10 PATHWAYS**
Career Programs, Certificates, and Technical Programs, as well as Liberal Arts Transfer Degrees and Preprofessional Programs

### TOP 6 MAJORS
- Liberal Arts—AA
- Associate in General Studies
- Homeland Security
- Liberal Arts—AS
- Business Transfer—AA
- Nursing—AAS

### 26 PROGRAMS FULLY ACCREDITED
★★★★★
MORE THAN ANY OTHER COMMUNITY COLLEGE IN IOWA

### TOP 7 DMACC PROGRAMS WITH THE HIGHEST ANNUAL EARNINGS (IN IOWA)*
- Fire Science Technology ............ $84,501
- Real Time Court Reporting ......... $80,255
- Dental Hygiene ...................... $77,959
- Computer Information Systems .... $77,910
- Criminal Justice .................... $76,884
- Funeral Services .................... $76,451
- Accounting Specialist .............. $63,973

*Iowa Workforce Development, Central Iowa projections through 2030

### DMACC TRANSFER PARTNERSHIPS:
- Buena Vista University
- Central College
- Drake University
- Grand View University
- Grinnell College
- Iowa State University
- Purdue Global
- Simpson College
- Tuskegee University
- University of Iowa
- University of Northern Iowa
- ... And many others!

**95%** of businesses that employ community college graduates recommend community college education.

---

### MISSION
DMACC PROVIDES QUALITY, AFFORDABLE, STUDENT-CENTERED EDUCATION AND TRAINING TO EMPOWER OUR DIVERSE COMMUNITIES AND TO SERVE AS A CATALYST FOR ECONOMIC DEVELOPMENT.

### VISION
IMPROVING QUALITY OF LIFE, SUPPORTING OUR COMMUNITIES, AND CULTIVATING A PROSPEROUS IOWA.

### VALUES
- ACCESSIBLE LEARNING
- DIVERSITY & INCLUSION
- QUALITY & EXCELLENCE
- SERVICE
- ENGAGEMENT

*Exhibit 103*

# Did You Know . . .

## GRADUATES:

**95%*** of DMACC graduates are employed, continuing their education, or in military service

**95%** stay in Iowa

*Source: www.iowastudentoutcomes.com/credit_program_outcomes*

On average, DMACC graduates had the highest median annual wage rate among all Iowa community colleges over both a five-and ten-year period.

**5 YEAR** ANNUAL WAGE **$47,695**
**10 YEAR** ANNUAL WAGE **$52,864**



**LIFETIME EARNINGS** of an Associate's Degree graduate are **$1.6 million**, **$400,000 MORE** than a high school graduate earns.



The most **COMMON PROGRAMS OF STUDY** offered at community colleges in the U.S. are:

**BUSINESS/MANAGEMENT/MARKETING** & **HEALTH PROFESSIONS**

## DMACC BUSINESS RESOURCES: (DBR FY2022)

**5,965** Number of Iowa workers trained

**44** Iowa Companies participated in Accelerated Career Education Program—ACE Projects that fund DMACC instructors and equipment

**109** Separate training projects

**42** Projects managed—Iowa Jobs Training Program (260F) for Current Employees

**$16,850,000** Issued in 260E bonds for:

**30** Companies Pledging
**1,873** New Jobs

**FAFSA CODE: 004589**

 DMACC students ride **dart. FREE**



**70%** of all U.S. jobs are projected to require post-secondary education and training by 2027

*Georgetown University*

## IN THE NEWS:

*CityView:* Voted DMACC the **BEST COMMUNITY COLLEGE** in Iowa 

*Forbes Magazine:* Named DMACC the **BEST PLACE TO WORK** in Iowa 

*Amazon:* Named DMACC its exclusive **"AMAZON CAREER CHOICE"** Program, which covers the cost for an employee's tuition, books, and fees 

*National Champions:* DMACC'S Men's Basketball Team won a **NATIONAL CHAMPIONSHIP TITLE** in 2021 and was 3rd in the nation in 2022 

*U.S. Department of Defense & the National Security Agency (NSA):* Designated DMACC as a **NATIONAL CENTER OF ACADEMIC EXCELLENCE** in cyberdefense 

*Transportation Security Administration (TSA):* Named DMACC as their premier training partner, providing training for all 50 states & U.S. Territories 

**MORE THAN 3,600** students have participated in the TSA Associates/DMACC Homeland Security Program

**1,000** have completed it to date



**#3 IN THE NATION** DMACC ONLINE BUSINESS DEGREE

**#1 IN THE NATION** DMACC ONLINE ENTREPRENEUR PROGRAM

*BY INTELLIGENT.COM*

*The American Association of Community Colleges:* Voted DMACC alumni Bonnie Campbell, former Iowa Attorney General, and Dennis Albaugh, agribusiness giant, **NATIONAL ALUMNI OF THE YEAR.**  



Approximately **11.5 MILLION STUDENTS** are enrolled in community colleges across the United States.

Community colleges are an **AMERICAN** invention.

Nearly 100,000 international students attend community colleges, about **39 PERCENT** of all international undergraduate students in the United States.

**COMMUNITY COLLEGES ACCOUNT FOR NEARLY HALF OF ALL U.S. UNDERGRADUATES.**