**IOWA CAPITAL DISPATCH**
PART OF STATES NEWSROOM

**EDUCATION**

**CAPITAL CLICKS**

# DMACC launches updated website, logos with new brand

BY: **BROOKLYN DRAISEY** - OCTOBER 30, 2023    5:36 PM

     



📷 Des Moines Area Community College will update its branding and logos for the first time in almost 40 years. (Photo courtesy of DMACC)

Des Moines Area Community College is launching its first rebranding initiative in almost 40 years this week, gearing up for a marketing campaign next year.

The community college unveiled its new website, three-dimensional DMACC logo and other materials Monday. The DMACC Bear mascot will also get a facelift in the coming months, president Rob Denson said.



✉ **GET THE MORNING HEADLINES DELIVERED TO YOUR INBOX**

**SUBSCRIBE**

Signage in and around the college's seven locations will be transitioned to the new branding over the next few months, Denson said, but the first phase of the website revamp is already available to visitors. The website

*Exhibit 105*

6/27/24, 1:39 PM
Case 4:24-cv-00227-SMR-SBJ   Document 5-9   Filed 07/08/24   Page 2 of 4
DMACC launches updated website, logos with new brand • Iowa Capital Dispatch



📷 DMACC has launched a new brand, with an updated website and logos. (Logo courtesy of DMACC)

project's first phase focused on design, navigation and content, and the second phase, slated to launch January of next year, will redesign program pages and update internal site content.

The new branding, which Denson said was all developed internally, is the result of several years of research and collaboration.

When DMACC last rebranded in 1988, the college was building its first Transportation Institute and adding to its Des Moines campus, and planning student housing in Ankeny. Now it educates almost 55,000 students, nearly tripling in size of both enrollment and facilities.

Enrollment is up 13% this fall compared to last year, Denson said, and is 5% higher than in 2019. With students and families facing rising costs and other struggles with higher education and the job market, DMACC is increasingly seen as a good fit for college and career preparation, he said.

"DMACC has worked hard to meet and engage with prospective students on their educational journey," Denson said in a news release. "And that includes a new and refreshed brand that communicates who and what we are right now."





REPUBLISH

*Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website. AP and Getty images may not be republished. Please see our republishing guidelines for use of any other photos and graphics.*



### BROOKLYN DRAISEY  

Brooklyn Draisey is a Report for America corps member covering higher education. She previously worked for the Quad-City Times and The Gazette covering topics ranging from business to culture.

Iowa Capital Dispatch is part of States Newsroom, the nation's largest state-focused nonprofit news organization.

**MORE FROM AUTHOR**

## RELATED NEWS



**Century-old schools sold, property tax back on the ballot in…**

BY **JACK O'CONNOR**

June 25, 2024



**Federal rulings out of Kansas, Missouri put Biden…**

BY **ANNELISE HANSHAW**

June 25, 2024

## COMMUNITY JOURNALISM FOR DEMOCRACY

**DEMOCRACY TOOLKIT** 



Iowans value integrity in their government. Free and independent journalism is what keeps our public servants accountable and responsive to the people. That's why Iowa Capital Dispatch, a nonprofit, independent source for quality journalism, is working every day to keep you informed about what government officials are doing with your money, your freedom and your safety.

We're part of States Newsroom, the nation's largest state-focused nonprofit news organization.

DEIJ Policy | Ethics Policy | Privacy Policy

Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website.

   

© Iowa Capital Dispatch, 2024

v1.27.0

## STATES NEWSROOM

### FAIR. FEARLESS. FREE.