# DMACC Announces Launch of New College-Wide Brand and Logo

BY DMACC | OCTOBER 30, 2023

Fresh new look reflects strong and continued growth at DMACC

- DMACC is officially launching a new brand and logo this week.
- The College, which was founded in 1966, unveiled its last comprehensive brand update in 1988 and has experienced tremendous growth in the years since.
- DMACC now serves nearly 55,000 students across six campuses and seven learning centers every year.
- In the past decade, DMACC has invested approximately $100 million in facility and instructional improvements while remaining committed to keeping its tuition and fees among the lowest in Iowa.
- A 2024 marketing campaign will feature the College's new brand elements.

The last time DMACC unveiled a new brand, the College was building its first-ever Transportation Institute to train future truck drivers; working on plans to create student housing at the DMACC Ankeny Campus; and constructing an addition at the burgeoning DMACC Urban Campus in Des Moines, which has since more than doubled in size.

That was 1988. Today, more than three decades later, DMACC has become one of the largest undergraduate institutions in Iowa and serves nearly 55,000 students across its six campuses and seven learning centers every year.

"A lot has changed in the last 35 years, especially in higher education," said DMACC President Rob Denson. "During that time, DMACC has nearly tripled in size, both in student enrollment and in the number of facilities and locations we have; however, we've also worked hard to maintain our strong commitment to keeping costs down for students. DMACC is dedicated to offering high-quality, accessible and affordable education, with tuition and fees that are among the lowest in Iowa."

Denson said Iowans have also come to expect more for their education dollar and classroom experience.

"Today, people are looking for more choices when it comes to how, when and where they want to learn, including both inside and outside of the classroom, as well as improved campus amenities and increased opportunities for engagement.

"DMACC is proud to deliver on these needs as we continue to grow with the community, and we're excited to refresh our brand with a new visual energy that reflects who we are today."

In the past decade, DMACC has invested approximately $100 million in new and remodeled facilities, as well as education infrastructure, including the implementation of Canvas, a Web-based learning management system, and the launch of 10 pathways. Together, these pathways feature more than 220 credit and non-credit programs, degrees and certificates currently available at DMACC, and are designed to help students explore and identify the best career path for their future.

### New brand, new logo

The new DMACC brand, which is the result of research and creative collaboration over the past several years at the College, officially launches this week with the introduction of a new corporate logo that highlights a three-dimensional D; a new College Seal that connects the College to its founding in 1966; a graphic claw that celebrates the DMACC Bear mascot; and perhaps most importantly, a redesigned dmacc.edu website that offers a more modern and improved user experience.

"This brand change also relates to how we serve and support students," said Erica Spiller, Vice President of Student Affairs at DMACC. "People of all ages are choosing to attend DMACC based on the affordable, flexible and excellent education they receive here, along with a vibrant college experience. DMACC is one of the largest undergraduate institutions in Iowa, and we want to embrace our collegiate atmosphere as we work to further connect with our students' needs and goals."

Spiller said DMACC continues to see strong feedback from both current and prospective students, highlighting a 2023 Marshall Marketing survey that found 88 percent of Central Iowans surveyed would recommend and support their children enrolling at DMACC.

**Exhibit 106**

Todd Jones, Director of Marketing and Public Relations at DMACC, said a powerful brand can help a college build new and stronger relationships with prospective students and the communities it serves.

"A brand is more than a slogan, logo or new graphics; it's an overall identity and helps shape how a company, organization or educational institution is perceived by the people it serves," Jones said. "This is an important opportunity for DMACC to continue to grow and modernize while highlighting its reputation as one of the leading educational institutions in the state of Iowa."

DMACC President Rob Denson also said the pace of change has accelerated coming out of the COVID-19 pandemic, with organizations across the country working to build a stronger brand with their customers.

A recent Hanover Research Study found that 75 percent of companies worked on their brand between 2020 and 2021, while a 2022 UpCity survey found that 51 percent of businesses had changed their brand since the COVID-19 pandemic began.

"DMACC has worked hard to meet and engage with prospective students on their educational journey," Denson said. "And that includes a new and refreshed brand that communicates who and what we are right now."

DMACC will begin the rolling out its new brand this week across marketing and advertising efforts, including updated campus signage and program materials, with a larger marketing campaign slated to launch in January 2024. A short video about the new DMACC brand is also available online (watch it here).

To learn more about DMACC, visit dmacc.edu.

**For more information, contact**:

Rob Denson, DMACC President, (515) 964-6638, rjdenson@dmacc.edu

Todd Jones, DMACC Director of Marketing & Public Relations, (515) 964-6242, tgjones@dmacc.edu



(800) 362-2127
- or -
Contact Us