SPORTS

# Women's NCAA championship TV ratings crush the men's competition

APRIL 10, 2024 6:41 AM ET


Vanessa Romo



An average of about 18.7 million viewers tuned in to watch the South Carolina Gamecocks triumph over the Iowa Hawkeyes in the 2024 NCAA

**Exhibit 107**

Women's Basketball National Championship on Sunday.
*Morry Gash/AP*

The University of South Carolina wasn't the only winner of the NCAA women's basketball tournament. The television networks carrying the game were, too – with a record-setting number of viewers tuning in to watch the championship on Sunday.

The final game, between South Carolina's Gamecocks and the University of Iowa's Hawkeyes, averaged about 18.7 million viewers and peaked at a whopping 24 million combined on ESPN and ABC, making it the first time in history that a women's final has drawn a larger TV audience than the men's, according to ESPN.

In contrast, the victory of the men's Division 1 UConn Huskies over Purdue averaged 14.82 million on TBS and TNT.

Sponsor Message

But it's not the only sports glass ceiling that was crushed; Sunday's game was also the most-watched basketball game, either men's or women's and college or professional, since 2019.



**SPORTS**

**Ticket prices for the women's Final Four games rival the men's**

Sunday's title game was the third consecutive record-setting night for television viewership of the women's college tournament. The Elite Eight matchup between Iowa and LSU — a rematch of the 2023 NCAA championship, drew a then-record 12.3 million viewers, ESPN said, with a peak audience of 16.1 million. The subsequent semifinals between Iowa and the University of Connecticut broke that

record, attracting 14.2 million TV viewers, ESPN said.

ESPN Chairman Jimmy Pitaro called the championship faceoff "a fitting finale" to the March Madness tournament.

"These exceptional athletes, coaches and teams captured our attention in unprecedented ways and it's incumbent on all of us to keep the incredible momentum going," Pitaro said in a statement.

A new generation of superstar athletes has fueled a new passion for women's basketball, particularly Iowa's Caitlin Clark, who became the most prolific scorer in NCAA history this season.



SPORTS

**These 4 stars are poised for a deep run in March Madness. Here's who to watch**

Other huge draws this season include LSU's Angel Reese, the NCAA's record-holder for double-doubles

in a season; UConn's Paige Bueckers, who will be back on the team next year for her senior season instead of entering the 2024 WNBA draft; and the freshman phenom from USC, JuJu Watkins.

espn   march madness   ncaa women's basketball

women's ncaa championship   tv ratings

