

# DMACC Partnership Programs

Learn how DMACC partners with these universities to help you earn your four-year degree.

## Partnership Programs



Transferring to Drake University from a Community College

### Drake Admission Partnership Program

The Drake Admission Partnership Program (DAPP) is for DMACC students who attend at least a year before transferring to Drake University to complete their bachelor's degree. DAPP includes guaranteed admission to Drake and transfer support after successful completion of DMACC coursework. Visit the DAPP website for details.

**Drake also has an Associate in Arts (AA) or Associate in Science (AS) articulation agreement** with Iowa community colleges. Admitted transfer students with an AA or AS degree from an Iowa community college who have at least 60 semester credits acceptable for transfer and a minimum 2.00 cumulative grade point average will enter Drake University having fulfilled the Drake Curriculum general education requirements with the exception of the Senior Capstone requirement in the student's major(s) area of study.

If you have questions about transferring to Drake University, please contact Rachelle Setsodi at rachelle.setsodi@drake.edu.

- Visit the Drake Transfer website for more information
- DMACC to Drake Pathways

*Exhibit 108*

## Cross Enrollment

Under a special agreement, a limited number of students may enroll in one class each semester with no tuition at Drake University, Grand View University, and Iowa State University.

- Cross Enrollment Program

## Transfer Plans and Course Equivalency Guide

- View colleges/universities where DMACC Credits can transfer



(800) 362-2127

- or -

Contact Us