

*Exhibit 109*