

Exhibit 110