

Office of Institutional Research and Assessment
www.drake.edu/oira

## Enrollment by Level and Full-Time Part-Time Status

|  | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Full-Time** | | | | | | | | | | |
| Undergraduate | 3177 | 3167 | 3102 | 2955 | 2834 | 2830 | 2731 | 2776 | 2744 | 2607 |
| Graduate | 140 | 114 | 109 | 107 | 134 | 159 | 133 | 158 | 118 | 108 |
| Law | 331 | 310 | 306 | 310 | 306 | 314 | 316 | 321 | 315 | 327 |
| Pro Health Care | 420 | 432 | 447 | 462 | 486 | 464 | 464 | 442 | 407 | 385 |
| **Total** | **4068** | **4023** | **3964** | **3834** | **3760** | **3767** | **3644** | **3697** | **3584** | **3427** |
| **Part-time** | | | | | | | | | | |
| Undergraduate | 187 | 171 | 165 | 143 | 181 | 124 | 117 | 126 | 91 | 95 |
| Graduate | 792 | 773 | 858 | 900 | 917 | 983 | 1002 | 1037 | 996 | 974 |
| Law | 8 | 20 | 10 | 24 | 9 | 7 | 8 | 12 | 10 | 5 |
| Pro Health Care | 7 | 4 | 4 | 3 | 2 | 3 | 3 | 3 | 4 | 3 |
| **Total** | **994** | **968** | **1037** | **1070** | **1109** | **1117** | **1130** | **1178** | **1101** | **1077** |
| **Total Number of Students** | | | | | | | | | | |
| Undergraduate | 3364 | 3338 | 3267 | 3098 | 3015 | 2954 | 2848 | 2902 | 2835 | 2702 |
| Graduate | 932 | 887 | 967 | 1007 | 1051 | 1142 | 1135 | 1195 | 1114 | 1082 |
| Law | 339 | 330 | 316 | 334 | 315 | 321 | 324 | 333 | 325 | 332 |
| Pro Health Care | 427 | 436 | 451 | 465 | 488 | 467 | 467 | 445 | 411 | 388 |
| **Total** | **5062** | **4991** | **5001** | **4904** | **4869** | **4884** | **4774** | **4875** | **4685** | **4504** |

| 2023 New Undergraduate Students | Full-Time | Part-Time | Total |
|---|---|---|---|
| New Bachelor's | 616 | 0 | 616 |
| New Associate's | 22 | 0 | 22 |
| Incoming Transfer Bachelor's | 102 | 7 | 109 |
| Incoming Transfer Associate's | 1 | 0 | 1 |

*Exhibit 119*