IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION,<br>    Defendant. | No.<br><br>**DECLARATION OF<br>JOHN D. GILBERTSON** |

I, John D. Gilbertson, declare under penalty of perjury that the following is true and correct:

1. I am counsel of record for Plaintiff Drake University and am competent to make this declaration based on my personal knowledge.

2. Exhibit 1 is a true and correct copy of the Drake University Fight Song lyrics.

3. Exhibit 2 is a true and correct copy of a photograph of a banner displaying the Drake University Fight Song lyrics hanging in the Knapp Center in Des Moines, Iowa.

4. Exhibit 3 is a true and correct copy of a 1903 Drake University yearbook cover.

5. Exhibit 4 is a true and correct copy of a 1908 Drake University yearbook cover.

6. Exhibit 5 is a true and correct copy of a 1910 Drake University yearbook cover.

7. Exhibit 6 is a true and correct copy of a photograph depicting Drake University students in athletic uniforms from the early 1900s.

8. Exhibit 7 is a true and correct copy of an historical photograph depicting Drake University students of the Honor 'D' Club from the early 1900s.

9. Exhibit 8 is a true and correct copy of an historical photograph depicting Drake University students in athletic uniforms from the early 1900s.

10. Exhibit 9 is a true and correct copy of an historical photograph depicting Drake University students participating in an athletic event from the early 1900s.

**Exhibit 98**

11. Exhibit 10 is a true and correct copy of an undated photograph of a Drake University student wearing a letter jacket.

12. Exhibit 11 is a true and correct copy of a photograph used for marketing and recruitment depicting students at Drake University circa 1960.

13. Exhibit 12 is a true and correct copy of a photograph used for marketing and recruitment depicting students at Drake University in the 1970s.

14. Exhibit 13 is a true and correct copy of a photograph used for marketing and recruitment depicting students at Drake University circa 1980.

15. Exhibit 14 is a true and correct copy of a sweatshirt for sale featuring the Vintage Drake "D" and Drake's bulldog mascot.

16. Exhibit 15 is a true and correct copy of a photograph depicting a sweatshirt for sale at the Drake University Bookstore.

17. Exhibit 16 is a true and correct copy of a photograph depicting a t-shirt for sale at the Drake University Bookstore.

18. Exhibit 17 is a true and correct copy of a photograph depicting a decal for sale at the Drake University Bookstore.

19. Exhibit 18 is a true and correct copy of an excerpt from an article posted on the Des Moines Register's website entitled "LOOK: Drake Salutes Des Moines with City-Themed Jerseys for 'Hometown Team' Games," which is available at: https://www.desmoinesregister.com/story/sports/college/drake/drake-bulldogs/2020/01/15/drake-basketball-uniforms-des-moines-hometown-team/4481457002/

20. Exhibit 19 is a true and correct copy of a photograph depicting the Vintage Drake "D" painted on the floor in the Knapp Center.

21. Exhibit 20 is a true and correct copy of the Drake D Club's logo.

22. Exhibit 21 is a true and correct copy of a photograph depicting the plaque presented to recipients of the Drake Double D Award, presented by the Drake D Club.

23. Exhibit 22 is a true and correct copy of a screenshot of Drake's website taken on a mobile device.

24. Exhibit 23 is a true and correct copy of a screenshot of the Athletics portion of Drake's website taken on a mobile device.

25. Exhibit 24 is a true and correct copy of a photograph depicting the exterior of the Knapp Center.

26. Exhibit 25 is a true and correct copy of a photograph depicting Drake University football players on the field.

27. Exhibit 26 is a true and correct copy of a screenshot from Drake's online Bulldog Shop of a product listing for a t-shirt featuring the Athletic "D."

28. Exhibit 27 is a true and correct copy of a photograph depicting Johnny Bright Field at Drake Stadium.

29. Exhibit 28 is a true and correct copy of a sample Iowa personalized license plate for Drake University.

30. Exhibit 29 is a true and correct copy of a photograph depicting Drake's "Des Moines' Hometown Team" logo on the exterior of the Knapp Center.

31. Exhibit 30 is a true and correct copy of a photograph depicting cans of Confluence Brewing Company's Bulldog beer, made in collaboration with Drake University.

32. Exhibit 31 is a true and correct copy of the Drake Seal.

33. Exhibit 32 is a true and correct copy of the registration certificate for Trademark Registration No. 1,567,283.

34. Exhibit 33 is a true and correct copy of the registration certificate for Trademark Registration No. 3,498,202.

35. Exhibit 34 is a true and correct copy of the registration certificate for Trademark Registration No. 4,625,043.

36. Exhibit 35 is a true and correct copy of a photograph depicting Drake's former live mascot, Griff I, in his letter jacket.

37. Exhibit 36 is a true and correct copy of a photograph depicting Drake's current live mascot, Griff II, in his letter jacket.

38. Exhibit 37 is a true and correct copy of a photograph depicting the front of Griff's letter jacket.

39. Exhibit 38 is a true and correct copy of a photograph depicting the back of Griff's letter jacket.

40. Exhibit 39 is a true and correct copy of a photograph depicting Griff II next to the Missouri Valley Conference Championship trophy awarded to the Drake Women's basketball team in 2023.

41. Exhibit 40 is a true and correct copy of a photograph posted on Drake social media depicting Griff II in his letter jacket in front of Old Main at Drake University.

42. Exhibit 41 is a true and correct copy of a photograph posted on Drake social media depicting Griff II in his letter jacket on a basketball court.

43. Exhibit 42 is a true and correct copy of a photograph posted on Drake social media depicting Griff II in his letter jacket next to a pile of books.

44. Exhibit 43 is a true and correct copy of a photograph posted on Drake social media depicting Griff II in his letter jacket with a heart-themed headband.

45. Exhibit 44 is a true and correct copy of a photograph depicting Griff II on set at WHO Channel 13 News.

46. Exhibit 45 is a true and correct copy of a photograph depicting Griff II onscreen during a weather segment on local news.

47. Exhibit 46 is a true and correct copy of a photograph depicting Griff II and Representative Liz Cheney at Drake's Martin Bucksbaum Distinguished Lecture Series in 2024.

48. Exhibit 47 is a true and correct copy of a photograph depicting a portion of the "Griffmobile."

49. Exhibit 48 is a true and correct copy of a photograph depicting Griff II alongside stuffed "mini-Griffs" in front of the Drake University Bookstore.

50. Exhibit 49 is a true and correct copy of a Griff bobblehead sitting on the Athletic "D."

51. Exhibit 50 is a true and correct copy of photographs depicting copies of *Griff: My Life as Drake's Top Dog*.

52. Exhibit 51 is a true and correct copy of a marketing photograph depicting Griff II in a sweater with the Vintage Drake "D."

53. Exhibit 52 is a true and correct copy of a marketing photograph depicting Griff II in a sweater with the Vintage Drake "D."

54. Exhibit 53 is a true and correct copy of a marketing photograph depicting Griff II in a sweater with the Vintage Drake "D."

55. Exhibit 54 is a true and correct copy of a marketing photograph depicting Griff II in a sweater with the Vintage Drake "D" and Griff I in his letter jacket in front of Old Main on Drake's campus.

56. Exhibit 55 is a true and correct copy of a screenshot of the 2023 "Griff Holiday Card" video prepared by Drake University.

57. Exhibit 56 is a true and correct copy of a photograph depicting Griff in a track jacket with the Vintage Drake "D" at the Drake Relays.

58. Exhibit 57 is a true and correct copy of a photograph depicting Drake the rapper wearing a Drake University letter jacket while performing on stage at Wells Fargo Arena in 2016.

59. Exhibit 58 is a true and correct copy of a photograph depicting Drake the rapper wearing a Drake University letter jacket while posing on Drake University's monument signage.

60. Exhibit 59 is a true and correct copy of an image of a t-shirt from RAYGUN depicting a design with Drake the rapper's head superimposed on Marching Spike.

61. Exhibit 60 is a true and correct copy of a photograph depicting Paul Morrison wearing a Drake letter jacket at a public appearance.

62. Exhibit 61 is a true and correct copy of a photograph depicting Michael Admire wearing a sweater with the Vintage Drake "D."

63. Exhibit 62 is a true and correct copy of a photograph depicting Michael Admire and a colleague wearing sweaters with the Vintage Drake "D."

64. Exhibit 63 is a true and correct copy of a photograph depicting Michael Admire wearing a sweater with the Vintage Drake "D."

65. Exhibit 64 is a true and correct copy of a photograph depicting Michael Admire wearing a sweater with the Vintage Drake "D."

66. Exhibit 65 is a true and correct copy of a photograph depicting Michael Admire wearing a sweater with the Vintage Drake "D."

67. Exhibit 66 is a true and correct copy of a screenshot from Drake University's website.

68. Exhibit 67 is a true and correct copy of excerpts taken from Drake's recruitment and acceptance materials.

69. Exhibit 68 is a true and correct copy of a photograph depicting Griff II in front of a "Griffmobile."

70. Exhibit 69 is a true and correct copy of an aerial photograph depicting the Blue Oval™ at Drake Stadium.

71. Exhibit 70 is a true and correct copy of a photograph depicting a fire hydrant in front of the Knapp Center.

72. Exhibit 71 is a true and correct copy of a t-shirt from RAYGUN that reads "DES MOINES LOOKS GREAT IN BLUE," with the Athletic "D."

73. Exhibit 72 is a true and correct copy of the Des Moines Area Community College ("DMACC") former logo (the "Former Logo").

74. Exhibit 73 is a true and correct copy of a screenshot from a YouTube video announcing DMACC's Rebrand, available at https://www.youtube.com/watch?v=ZO1A1uFigQY.

75. Exhibit 74 is a true and correct copy of a screenshot from DMACC's former website pulled from archive.org, which uses its Former Logo and navy blue and red/orange color scheme ("Former Colors").

76. Exhibit 75 is a true and correct copy of a screenshot from the Facebook page for DMACC's Heating, Air Conditioning, and Refrigeration Technology Program, available at https://www.facebook.com/DMACCHACR/.

77. Exhibit 76 is a true and correct copy of a photograph of the exterior of a building on a DMACC campus.

78. Exhibit 77 is a true and correct copy of a photograph depicting a DMACC marketing and recruitment kiosk.

79. Exhibit 78 is a true and correct copy of the DMACC "D" portrayed in the New DMACC Colors.

80. Exhibit 79 is a true and correct copy of the DMACC "D" in grayscale.

81. Exhibit 80 is a true and correct copy of the "New DMACC Seal."

82. Exhibit 81 is a true and correct copy of a photograph depicting the DMACC "D" painted on the floor of a DMACC athletics court.

83. Exhibit 82 is a true and correct copy of a hat displaying the DMACC "D" in the New DMACC Colors for sale online and at the DMACC Bookstore.

84. Exhibit 83 is a true and correct copy of an umbrella displaying the DMACC "D" in the New DMACC Colors for sale online and at the DMACC Bookstore.

85. Exhibit 84 is a true and correct copy of a stadium chair displaying the DMACC "D" in the New DMACC Colors for sale online and at the DMACC Bookstore.

86. Exhibit 85 is a true and correct copy of a soft-sided cooler displaying the DMACC "D" in the New DMACC Colors for sale online and at the DMACC Bookstore.

87. Exhibit 86 is a true and correct copy of a stuffed dog wearing a shirt displaying the DMACC "D" in the New DMACC Colors for sale online and at the DMACC Bookstore.

88. Exhibit 87 is a true and correct copy of screenshots of DMACC's online store featuring merchandise displaying the DMACC "D."

89.     Exhibit 88 is a true and correct copy of a screenshot from the Des Moines Register's Facebook page depicting comments to a story about DMACC's Rebrand.

90.     Exhibit 89 is a true and correct copy of a screenshot from DMACC's Facebook page depicting a post announcing the Rebrand and comments made in reaction thereto.

91.     Exhibit 90 is a true and correct copy of a video taken at a holiday event held by the Rotary Club of Des Moines in late 2023.

92.     Exhibit 91 is a true and correct copy of an excerpt from a Des Moines area map indicating a color-coded view of the geographic locations of Drake and DMACC Campuses.

93.     Exhibit 92 is a true and correct copy of an excerpt from a Des Moines area map indicating a color-coded view of the geographic locations of Drake and DMACC Learning Centers.

94.     Exhibit 93 is a true and correct copy of an excerpt from Google Maps showing a 4-minute or 1.2-mile drive from Drake's Legal Clinic to DMACC's Urban Campus.

95.     Exhibit 94 is a true and correct copy of a front and back view of a stuffed bulldog version of Griff II wearing a jacket featuring the Vintage Drake "D."

96.     Exhibit 95 is a true and correct copy of a color spectrum with plot points and Pantone codes indicating where Drake's colors and DMACC's New Colors fall on the color spectrum.

97.     Exhibit 96 is a true and correct copy of an excerpt from printout graphic that Drake President Marty Martin showed to DMACC President Rob Denson when the two met for a conversation regarding Drake's concern over the Rebrand.

98.     Exhibit 97 is a true and correct copy of an email exchange between Mr. Martin and Mr. Denson.

99.     Exhibit 98 is this declaration.

100. Exhibit 99 is a true and correct copy of the report posted on Drake University's News & Events webpage entitled "The Wall Street Journal ranks Drake University among nation's top 100 schools," which is available at:  https://news.drake.edu/2023/09/21/the-wall-street-journal-ranks-drake-university-among-nations-top-100-schools/.

101. Exhibit 100 is a true and correct copy of an article posted on the Des Moines Register's website entitled "Only one Iowa school made the Wall Street Journal's top 100 best colleges in the U.S.," which is available at:  https://www.desmoinesregister.com/story/news/education/2023/09/22/drake-earns-a-spot-in-the-wall-street-journals-top-100-best-colleges-2024-in-the-united-states/70922851007/.

102. Exhibit 101 is a true and correct copy of the declaration of Leslie Maynes, Executive Director of University Communications and Marketing at Drake University.

103. Exhibit 102 is a true and correct copy of the article posted on TIME's website entitled "The Long Emotional Journey to Drake's Sneaky Drake University Visit," which is available at: www.time.com/4517295/bring-drake-to-drake.

104. Exhibit 103 is a true and correct copy of a digital factsheet entitled "DMACC PROFILE," which is available at:  https://www.dmacc.edu/about/Documents/FactSheet.pdf.

105. Exhibit 104 is a true and correct copy of the DMACC webpage entitled "Tuition," which is available at: https://www.dmacc.edu/tuition/index.html.

106. Exhibit 105 is a true and correct copy of an article posted on Iowa Capital Dispatch's website entitled "DMACC launches updated website, logos with brand," which is available at: https://iowacapitaldispatch.com/briefs/dmacc-launches-updated-website-logos-with-new-brand/.

107.  Exhibit 106 is a true and correct copy of a press release on DMACC's website entitled "DMACC Announces Launch of New College-Wide Brand and Logo," which is available at: https://www.dmacc.edu/news/2023/20231030.html.

108.  Exhibit 107 is a true and correct copy of an article posted on NPR's website entitled "Women's NCAA championship TV ratings crush the men's competition," which is available at: https://www.npr.org/2024/04/10/1243801501/womens-ncaa-championship-tv-ratings.

109.  In a letter dated May 8, 2024, DMACC's legal counsel wrote: "DMACC's logo (consist[s] of a distinct 'D' design always accompanied by the 'DMACC' name)."

110.  The letter referenced in the preceding paragraph has not been produced due to a potential conflict of interest between DMACC's legal counsel's prior employment at a firm that has represented Drake University for decades with respect to intellectual property.

111.  Exhibit 108 is a true and correct copy of the DMACC webpage entitled "DMACC Partnership Programs," which is available at: https://www.dmacc.edu/transfer/partnership-programs.html.

112.  Exhibit 109 is a true and correct of a screen capture from the DMACC Campus Recreation post dated November 20, 2023, which is available at: https://www.facebook.com/DMACCCampusRec/posts/pfbid02ch2EbwXqHdDCPSfZpt9tzYkGcD7anWGvW6da8oLUE8DX6FDqeT9k9yjLqeCoK9Xcl.

113.  Exhibit 110 is a true and correct of a screen capture from the Denison University website posted September 5, 2023, which is available at: https://denisonbigred.com/news/2023/9/5/womens-volleyball-schedule-update-changes-for-denison-volleyball-vs-muskingum.aspx.

114.  Exhibit 111 is a true and correct excerpt from the May 8, 2024 letter referred to in Paragraph 109 herein.

115.   Exhibit 112 is a true and correct copy of the declaration of Timothy J. Zarley.

116.   Exhibit 113 is a true and correct copy of the DMACC webpage entitled "College History," which is available at: https://www.dmacc.edu/about/history.html.

117.   Exhibit 114 is a true and correct copy of the DMACC webpage entitled "DMACC History – 2000s," which is available at: https://www.dmacc.edu/history/images/dmacc-history-2000s.jpg.

118.   Exhibit 115 is a true and correct copy of the University of Iowa's webpage entitled "About Iowa," available at: https://uiowa.edu/about-iowa.

119.   Exhibit 116 is a true and correct copy of the Iowa State University's webpage entitled "Enrollment Statistics," which is available at: https://www.registrar.iastate.edu/resources/enrollment-statistics.

120.   Exhibit 117 is a true and correct copy of the University of Northern Iowa's webpage entitled, "UNI'S enrollment tops 9,000 students, incoming freshman students up 8%," which is available at: https://insideuni.uni.edu/campus-community/uni%E2%80%99s-enrollment-tops-9000-students-incoming-freshman-students-8.

121.   Exhibit 118 is a true and correct copy of the DMACC webpage entitled "UNI@DMACC," which is available at: https://www.dmacc.edu/transfer/uni.html.

122.   Exhibit 119 is a true and correct copy of the Drake University report entitled "Enrollment by Level and Full-Time Part-Time Status," which is available the webpage located at: https://www.drake.edu/oira/trendsreports/.

Respectfully submitted,

Dated: July 8, 2024  **ZARLEYCONLEY PLC**

By: /s/John D. Gilbertson
John D. Gilbertson, AT0014515
Joshua J. Conley, AT0011828
580 Market Street, Suite 101
West Des Moines, IA 50266
Telephone:  (515) 558-0200
Facsimile:   (515) 558-7790
jgilbertson@zarleyconley.com
jconley@zarleyconley.com
**ATTORNEYS FOR PLAINTIFF**