7/3/24, 10:54 AM          The Wall Street Journal ranks Drake University among nation's top 100 schools - Drake University Newsroom

Case 4:24-cv-00227-SMR-SBJ   Document 8-2   Filed 07/09/24   Page 1 of 2



**Drake News**   **Events**   **Campus Maps**   **Expert Guide**   **Social Media Directory**

**For Media**

OFFICIAL NEWS RELEASES

# The Wall Street Journal ranks Drake University among nation's top 100 schools

2023-09-21



**8**
**SHARES**

*The New York Times also recognizes Drake as a top U.S. college for diversity*

Drake University was ranked among the top 100 best colleges in the U.S. by [The Wall Street Journal's 2024 College Pulse Rankings](#). Drake was the highest-rated Iowa school and the only school in the state to rank in the top 100.

Started in 2016, The Wall Street Journal's (WSJ) methodology for its college ranking process primarily focuses on graduate outcomes with an emphasis on employability and return on investment. The WSJ's rankings are designed to assist students and families in their search for the best value in higher education. Drake University's graduating Class of 2022 is an excellent example of the value of a Drake degree, as proven by the following:

97.3% of Drake undergraduate degree recipients are employed, enrolled in graduate or professional school, or involved in an activity related to their professional goals.

98.2% of Drake graduate degree recipients were employed or pursuing additional education within six months of graduation.

*Exhibit 99*



…most diverse classes in the University's history.

This year's entering first-year class hails from 28 states with an additional 17 co… by 35 international students. Nearly one-fourth of all incoming first year and tra… generation students—those who are the first in their family to attend a four-yea… 100% of the class was awarded a scholarship or need-based grant to help cove… Drake continues its efforts to eliminate financial barriers to a college education.

"The inclusion of Drake in these two prominent rankings reinforces the incredib… across our campus to create a positive, collaborative, and inclusive environmen… work to transform lives and strengthen communities," said Marty Martin, Presid… University. "As we continue to invest in our campus and pave the way toward a … generations to come, this is a reminder of all the incredible progress we've alre… vision."

To learn more about Drake and what it has to offer current and prospective stu…