IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY<br>COLLEGE FOUNDATION,<br>    Defendant. | No.<br><br>**DECLARATION OF<br>LESLIE MAYNES** |

I, Leslie Maynes, declare under penalty of perjury that the following is true and correct:

1. I am over 18 years of age and competent to make this declaration based on my personal knowledge of the facts stated herein.

2. I am the Executive Director of Communications & Marketing at Drake University.

3. Aubrey Drake Graham (a.k.a. "Drake") performed for a sold-out Wells Fargo Arena in Des Moines, Iowa in 2016.

4. Drake was provided a custom-made letter jacket similar to the one worn by Drake University's live mascot, Griff II (the "Jacket").

5. The Jacket was commissioned by Wells Fargo Arena staff and Drake University's Communications & Marketing department.

6. After his performance, Drake visited Drake University, which was captured in a photo and posted to Drake's Instagram account (the "Post").

7. Drake University's Instagram following doubled in the two days following the Post.

8. In the immediate aftermath of the Post, visits to Drake University's undergraduate programs webpage tripled, traffic to Drake University's campus visit webpage doubled, and visitors to Drake University's undergraduate application webpage more than doubled.

**Exhibit 101**

9.  Drake's visit to Drake University's campus was partially the result of a "Bring Drake to Drake" campaign that made international headlines.

10. Drake maintains a public archive (content.library.drake.edu) of historical materials, including yearbooks, photographs, marketing materials, student newspapers, commencement programs, and information on notable events and alumni.

11. Drake maintains a Brand Standards & Style Guide that sets forth some of the elements of Drake University's brand, such as fonts, colors (including Pantone codes), trademarks, and the parameters within which such materials should be presented.

12. While publicly accessible, the Brand Standards & Style Guide is only intended for internal use by departments operating within Drake University.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 3, 2024

_____
Leslie Maynes