

# Tuition at DMACC

DMACC is the largest college in Iowa with the lowest tuition and fees in the state. Learn about our accessible tuition rates and find out how much you can save at DMACC with our Tuition Savings Calculator. We assist more than 17,000 students each year with grants, scholarships, work-study and low-interest loans.

The cost for DMACC credit classes is set annually by the DMACC Board of Trustees. Your total cost will vary depending on residence, the number of credits taken, any fees and the class format.

## Face-to-Face & Web-Blended (Face-to-Face & Online)

### Fall 2024/Spring 2025/Summer 2025

> **Iowa Resident Tuition:** $193 per credit hour
> **Non-Resident Tuition:** $223 per credit hour *(Non-Resident policy)*

How to identify these classes:

- **Face-to-Face** – class location listed as: **[CAMPUS, Building & Room Number]**
- **Web-Blended (Face-to-Face & Online)** – class location listed as: **[CAMPUS, Building & Room Number]** AND **TBA Web Blended – Web**

## Online Classes, Web Blended (Virtual & Online), & Real-Time Virtual Classes

### Fall 2024/Spring 2025/Summer 2025

> **Iowa Resident & Non-Resident Tuition:** $223* per credit hour
> *Online Tuition calculation = $193 tuition + $30 online support fee per credit hour.*

How to identify these classes:

- **Online** - class location listed as: **Online-Web**
- **Web-Blended (Virtual & Online)** – class location listed as: **Web Blended-WEB** AND **Online Virtual Classroom**
- **Real-Time Virtual -** class location listed as: **Online Virtual Classroom**

**Note:** DMACC reserves the right to change tuition and fees at any time.

💬 QUESTIONS? ASK DMACC BEARBOT

*Exhibit 104*

[Pay your bill - Payment Policy](#)

[Get a refund - Refund Policy](#)

Updated 05/10/2024

## Tuition Savings Calculator

**See how much you can save!**

Pick the four-year college/university you are considering, and see how much you'll save by attending DMACC for the first two years.



School: Drake University

TOTAL SAVINGS

$84,244

Source: [Iowa College Student Aid Commission](#) & [NCES](#)



## By the numbers

### #1

We have lowest tuition and fees in Iowa

