

TEAMS | INSIDE ATHLETICS | WATCH LIVE    DENISON    GIVING | SHOP | 🔍 | 📅

# WOMEN'S VOLLEYBALL

ROSTER **|** SCHEDULE **|** STATISTICS **|** MORE +

# VOLLEYBALL SCHEDULE UPDATE

Women's Volleyball | 9/5/2023 7:14:00 PM

## Schedule Update: Changes for Denison volleyball vs. Muskingum

*Exhibit 110*