| | |
|---|---|
| 5,121,807 (Denison University). |  |

*Exhibit 111*