IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>      Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION,<br>      Defendant. | No.<br><br>**DECLARATION OF<br>TIMOTHY J. ZARLEY** |

       I, Timothy J. Zarley, declare under penalty of perjury that the following is true and correct:

1. I am over 18 years of age and competent to make this declaration based on my personal knowledge of the facts stated herein.

2. I am an alumnus of Drake University and Drake Law School.

3. I am an attorney at ZarleyConley PLC, which represents Drake University in the present dispute.

4. I have not been involved in the representation of Drake University in its dispute with Des Moines Area Community College.

5. On or about April 2024, I was shown the below hat:



6. I was asked what I believed the "D" on the hat represented.

**Exhibit 112**

7.   Without further prompt, I indicated that it was my belief that the "D" on the hat represented Drake University.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 3, 2024

_Timothy J. Zarley_
Timothy J. Zarley