7/3/24, 11:36 AM
dmacc-history-2000s.jpg (980×1260)
Case 4:24-cv-00227-SMR-SBJ   Document 8-17   Filed 07/09/24   Page 1 of 1




## 2000–2009

Our uniquely designed and innovative West Des Moines Campus opened in 2001. Student housing was built and then later expanded at the DMACC Boone Campus. The Jasper County Career Academy was built on the Newton Campus. Rob Denson was appointed as DMACC's new President and oversaw soaring new enrollment increases across the College. In one year alone, 2009 fall enrollment increased 19.4 percent.

At the Urban Des Moines Campus, the Charles H. Betts Jr. Building opens, adding needed classroom and lab space for the growing campus. The College also purchased the old Roberts Dairy property for a future Urban Campus expansion. In 2005 the Ames Hunziker Center opened its doors. At the Ankeny Campus, the beautiful, state-of-the art Health Sciences facility was built and named after its largest donor, UnityPoint – Des Moines. In collaboration with Iowa corporate ag leaders, a new 60,000 sq ft classroom, office and conference center was added to the Ankeny Campus. The FFA Enrichment Center became home to the Iowa FFA and DMACC's ag program.






