6/28/24, 2:06 PM
Enrollment Statistics | Office of the Registrar | Iowa State University
Case 4:24-cv-00227-SMR-SBJ Document 8-19 Filed 07/09/24 Page 1 of 2

# Enrollment Statistics



## Iowa State Fall 2023 at a glance

**Total Enrollment:** 30,177

**Undergraduate Total:** 25,332 students

**Graduate Students:** 4,210 students

**Professional Students:** 635 students

**Fall 2023 University Summary Report**

**ISU News Service Release**

---

# Quick Facts 2023

- New student enrollment is up, with 8,715 new students enrolling for Fall 2023. This includes 5,859 first-year students, an increase of 131 compared to Fall 2022 and the largest since 2018.
- The academic profile of the first-year class is among ISU's best—Average high school GPA is 3.73.
- Students come from every county in Iowa, every state in the country, and from 117 countries.
- 60.2% of all enrolled students are in a STEM major at Iowa State University of Science and Technology.

*Exhibit 116*

- This fall, 16,297 Iowans are attending Iowa State (54% of the student body).
- A total of 2,718 international students enrolled at Iowa State in Fall 2023, comprising 9% of the total enrollment.
- Of the total number of students enrolled in Fall 2023, 13,719 (45.5%) were women and 16,458 (54.5%) were men.
- Of undergraduate students, 44.6% were women, while 82.8% of professional students were women and 45% of graduate students were women.

# About the Data

Enrollment reports are released on the 10th academic day of the Fall and Spring semesters (early-September and late-January), and on the 10th day of the second summer session (late-June).

The above information was prepared by the Office of the Registrar, Iowa State University. Iowa State employees may access additional data through the Student Self-Service portal of e-Data via the uBusiness tab in AccessPlus. Supervisors can request employees have access to e-Data through **this link**. Additional public reports are available from **Institutional Research**.