UNI HOME / INSIDE UNI / CAMPUS & COMMUNITY / UNI'S ENROLLMENT TOPS 9,000 STUDENTS, INCOMING FRESHMAN STUDENTS UP 8%

Explore Topics

# UNI's enrollment tops 9,000 students, incoming freshman students up 8%

Sep 06, 2023

**CEDAR FALLS, Iowa** — The University of Northern Iowa's total fall enrollment for 2023 is 9,021 students, marking the institution's biggest year-to-year increase in over a decade. UNI's population has been bolstered by an incoming freshman class of 1,552 students, an 8% increase over 2022. UNI's freshman class is comprised of 1,399 students from the state of Iowa.

In total, UNI's overall student population represents all of Iowa's 99 counties, 45 U.S. states and 53 countries from around the world. The institution's new student cohort for 2023 includes 857 transfer students, a 12% increase over last year and the school's **highest number of transfers since 2017 [https://insideuni.uni.edu/campus-community/uni-named-one-most-transfer-friendly-universities-nation?utm_source=inside-uni&utm_medium=website&utm_campaign=communications&utm_term&utm_content=unis-enrollment-tops-9000]**.



UNI continues to be a destination of choice for community college students seeking a four-year degree with 73% of new transfer students coming from one of Iowa's community colleges. Enrollment in UNI's partnership with Iowa community colleges, known as **UNI@IACC [https://iacc.uni.edu/?utm_source=inside-uni&utm_medium=website&utm_campaign=communications&utm_term=&utm_content=unis-enrollment-tops-9000]**, has grown dramatically with a 68% increase over last year. UNI has also enrolled 632 new graduate students, a 42% increase over 2022 and the institution's highest starting graduate population since 2020.

Another encouraging sign that more students are seeking a traditional on-campus college experience at UNI is the school's increase in residence hall contracts for the 2023-24 academic year. A total of 3,114 students have signed housing contracts, a 7.5% increase from a year ago.

"We are grateful to all of these students and families for selecting UNI as their college home," said UNI President Mark Nook. "Our faculty and staff are staunchly committed to student support and success. As UNI's degree programs continue to respond to the needs of Iowa's workforce in regards to health, nursing, engineering and other in-demand areas, our education and business programs are among many areas of study that remain vital to our state, its students and Iowa's economy. We are excited about UNI's positive trajectory for these and many more reasons."



We use cookies on this site to enhance your user experience. If you click the Accept button, you agree to us doing so. **UNI Privacy Policy [https://policies.uni.edu/web-privacy-statement]**

Accept      No, thanks

**Exhibit 117**

6/28/24, 2:23 PM
UNI's enrollment tops 9000 students, incoming freshman students up 8% | Inside UNI
Case 4:24-cv-00227-SMR-SBJ   Document 8-20   Filed 07/09/24   Page 2 of 2

**Campus & Community**

   

**Media Contact:**
**Adam Amdor**

adam.amdor@uni.edu

We use cookies on this site to enhance your user experience. If you click the Accept button, you agree to us doing so.  **UNI Privacy Policy** [https://policies.uni.edu/web-privacy-statement]