

# An academic partnership with you in mind.

## The Opportunity to Complete Your Bachelor's Degree Online Is Here!

You have more ways than ever to advance your education after earning an Associate degree from DMACC – without leaving home.

Through the UNI@DMACC partnership, you now have access several bachelor degree programs.

- Earn a Bachelor's degree from UNI while living in the Des Moines area and without relocating.
- Take classes part-time while balancing work, family, and other responsibilities. All degree programs include the same classes offered on the University of Northern Iowa (UNI) campus
- Complete your degree online without needing to move to Cedar Falls to attend classes.
- Get the additional education to open doors for career advancement, personal and professional growth, and even increased earnings.

## UNI@DMACC Online Degree Programs

- **Bachelor of Liberal Studies (BLS)**. A highly customizable program that focuses on developing the skills you need to excel in numerous fields in the workforce.
- **Accounting - Bachelor of Arts (BA)**. A flexible, hybrid program that focuses on developing the skills you need to excel in numerous fields in the workforce. Courses are offered online and face-to-face on the DMACC Urban campus.
- **Criminology & Criminal Justice* - Bachelor of Arts (BA)**. A flexible, versatile degree completion program providing Associate of Arts (AA) graduates with endless career options in the Criminal Justice & Criminology fields..
- **Criminal Justice - Bachelor of Applied Science (BAS)**. Provides a solid background for career advancement in the fields of criminal justice, including corrections, courts, policing, and private security.
- **Elementary Education - Online Transfer Program (formerly 2+2) - Bachelor of Arts (BA).**. Prepares you for a career in elementary or middle level teaching.
- **Elementary Education - Purple Pathway for Paraeducators (BA)**. Built exclusively for individuals who are currently working as paraeducators, prepares you for a career in elementary or middle level teaching.
- **Human Services - Bachelor of Arts (BA)**. Designed to prepare students for careers that meet the needs of individuals, families and the community.
- **Management: Business Administration - Bachelor of Arts (BA)**. Prepares you for a variety of organizational roles by providing exposure to core business concepts, including accounting, management, sales, and marketing.
- **Managing Business and Organizations - Bachelor of Applied Science (BAS)**. Focuses on developing knowledge and professional competencies needed to serve effectively in managerial and supervisory roles.
- **Sports Administration - Bachelor of Arts (BA)**. Turn your passion for the sports industry into a lifelong, fulfilling career.
- **Technology Management - Bachelor of Arts (BA)**. Focuses on developing knowledge and professional competencies needed to serve effectively in managerial and supervisory roles.

\* *Requires completion of an Associate of Applied Science (AAS) degree.*

**Exhibit 118**

## More Information



(800) 362-2127
- or -
Contact Us