IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>          Plaintiff,<br><br>          vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION,<br>          Defendant. | No. 4:24-cv-00227<br><br>**MOTION FOR LEAVE TO AMEND PLAINTIFF'S BRIEF IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**<br><br>**EXPEDITED RELIEF REQUESTED** |

Plaintiff Drake University ("Drake") hereby moves for leave to amend its Brief in support of its Motion for Preliminary Injunction (Dkt. 8), as well as amend Exhibit 98 (Dkt. 8-1), and add a single Exhibit in support thereof.

1. Drake filed its Complaint and Exhibits 1–97 on July 8, 2024 (Dkt. 1, 1-1 through 1-97).

2. The same day, Drake also filed a Motion for Preliminary Injunction and Brief in support thereof, as well as Exhibits 98–119 (Dkt. 4, 5-1).

3. On July 9, 2024, Des Moines news outlet KCCI Channel 8 posted a video segment on its website showing the reactions of people on the street to the allegations in Drake's Complaint (the "Video").

4. The Video features interviewees being shown images of merchandise featuring the DMACC "D" and asking which school they belonged to. The Video shows at least two people mistakenly identifying DMACC merchandise as Drake merchandise.

5. The Video is evidence of actual confusion. The existence of actual confusion is a critical factor Courts consider when evaluating a trademark infringement claim in this Circuit. *See SquirtCo. v. Seven-Up Co.*, 628 F.2d 1086, 1091 (8th Cir. 1980). This factor is discussed in Section IV(A)(1)(e) (p. 27–28) of Drake's original Brief (Dkt. 5-1, 8). Drake thus respectfully moves this

Court to permit a short amendment to the above-referenced section of its Brief to include discussion of the Video and its impact on the likelihood of confusion analysis.

6.    The proposed amendment will ***not*** change the page count of Drake's brief, which remains at 34 pages excluding cover page, table of contents, and signature block. This allows the Amended Brief to remain within the scope of the Court's Order granting Drake's Motion to File an Overlength Brief in Support of its Preliminary Injunction Motion. *See* Dkt. 5, 6.

7.    In support of its proposed amendment to its Brief, Drake respectfully requests that the Court also grant it leave to add the Video as Exhibit 120. This would incidentally require amendment to Exhibit 98 (Dkt. 8-1), which is a declaration by the undersigned attesting to the authenticity of all exhibits, which would need to be amended to include Exhibit 120.

8.    Because evidence of actual confusion is "undoubtedly the best evidence of a likelihood of confusion," its inclusion will have a substantial impact on the merits of Drake's Motion for Preliminary Injunction. *Iowa Paint Mfg. Co. v. Hirshfield's Paint Mfg., Inc.*, 296 F.Supp.2d 983, 994 (S.D. Iowa 2003).

9.    Defendant DMACC will not be prejudiced by granting this Motion, as Drake's Motion for Preliminary Injunction was filed just two days ago, and was only served on DMACC yesterday afternoon (July 9). Moreover, the inclusion of the Video does not substantially change the issues to which DMACC must respond, which already includes allegations of actual confusion. *See* Dkt. 8, at 27–28; *see also* Dkt. 8-15 (Exhibit 12). Furthermore, through amendment, consideration of the issues will be more streamlined as DMACC will be able to address the Video in its resistance rather than a surreply.

10.    Local Rule 7(k) requires that Drake confer with counsel for DMACC. However, given that Drake for good cause has requested that Defendant DMACC's counsel withdraw due to an

incurable conflict of interest, it is not practicable for Drake to confer with counsel for DMACC prior to filing the present Motion.

**WHEREFORE**, for the reasons stated above and for good cause shown, Drake respectfully requests that the Court issue an Order granting Drake leave to amend its Preliminary Injunction Brief (Dkt. 8) and Exhibit 98 (Dkt. 8-1), as well as add Exhibit 120.

Respectfully submitted,

Dated: July 10, 2024

**ZARLEYCONLEY PLC**

By:  /s/John D. Gilbertson
/s/Joshua J. Conley
John D. Gilbertson, AT0014515
Joshua J. Conley, AT0011828
580 Market Street, Suite 101
West Des Moines, IA 50266
Telephone:  (515) 558-0200
Facsimile:  (515) 558-7790
jconley@zarleyconley.com
jgilbertson@zarleyconley.com
**ATTORNEYS FOR PLAINTIFF**