

**PLACEHOLDER FOR VIDEO**

*Exhibit 120*