

*PLACEHOLDER FOR VIDEO*

*Exhibit 120*