# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Southern District of Iowa

Case Number: 4:24-CV-00227-SMR-SBJ

Plaintiff: **DRAKE UNIVERSITY**
vs.
Defendant: **DES MOINES AREA COMMUNITY COLLEGE**

For:
Zarley Conley Law
580 Market Street
Suite 101
West Des Moines, IA 50266

Received by Burris Process Serving, LLC on the 9th day of July, 2024 at 12:00 pm to be served on **DES MOINES AREA COMMUNITY COLLEGE C/O TARA CONNOLLY, BORGEN ADMINISTRATION CENTER, 2006 SOUTH ANKENY BLVD, BLDG 22, ANKENY, IA 50023**.

I, Meliah Guzman, being duly sworn, depose and say that on the **9th day of July, 2024** at **1:28 pm, I:**

served an **EDUCATIONAL INSTITUTION** by delivering a true copy of the **Complaint, Exhibits 1–97, Notice of Appearance of Counsel, Notice of Request to Fredrikson & Byron P.A. to Withdraw from Representing DMACC Due to Conflict of Interest, Letter to Fredrikson & Byron Requesting Withdrawal Due to Conflict of Interest, Motion for Preliminary Injunction, Motion to File Overlength Brief in Support of Motion for Preliminary Injunction, Brief in Support of Motion for Preliminary Injunction, Exhibits 98–119, Order Granting Motion to File Overlength Brief, Summons, Corporate Disclosure Packet, Brief in Support of Motion for Preliminary Injunction (detached and docketed by Clerk,) Exhibits 98–119 (detached and docketed by Clerk)** with the date and hour of service endorsed thereon by me, to: **TARA CONNOLLY** as **EXECUTIVE DIRECTOR** for **DES MOINES AREA COMMUNITY COLLEGE**, at the address of: **BORGEN ADMINISTRATION CENTER, 2006 SOUTH ANKENY BLVD, BLDG 22, ANKENY, IA 50023**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 9th day of July, 2024.

NOTARY PUBLIC

ALESE A BURRIS
Commission Number 794476
My Commission Expires
February 09, 2025

Meliah Guzman
Process Server

Burris Process Serving, LLC
699 Walnut Street
Suite 400
Des Moines, IA 50309
(515) 978-8558

Our Job Serial Number: BPL-2024000588