IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION,<br>    Defendant. | No. 4:24-cv-227<br><br>**CERTIFICATE OF SERVICE OF DOCUMENTS ON DEFENDANT** |

Pursuant to Fed. R. Civ. P. 5(d)(1)(B)(i), Plaintiff Drake University ("Drake") hereby provides a Certificate of Service of Documents on Defendant Des Moines Area Community College Foundation ("DMACC"):

1. On July 9, 2024, DMACC was served with the following documents by personal service (*see* Dkt. 13):

| Docket No. | Document |
|---|---|
| 1 | Complaint |
| 1-1 to 1-97 | Exhibits 1–97 |
| 2 | Notice of Appearance of Counsel |
| 3 | Notice of Request to Fredrikson & Byron P.A. to Withdraw from Representing DMACC Due to Conflict of Interest |
| 3-1 | Letter to Fredrikson & Byron Regarding Withdrawal Due to Conflict of Interest |
| 4 | Motion for Preliminary Injunction |
| 5 | Motion to File Overlength Brief in Support of Motion for Preliminary Injunction |
| 5-1 | Brief in Support of Motion for Preliminary Injunction |
| 5-2 to 5-23 | Exhibits 98–119 |
| 6 | Order Granting Motion to File Overlength Brief |
| 7 | Summons |
| 7-1 | Corporate Disclosure Packet |

| 8 | Brief in Support of Motion for Preliminary Injunction (detached and docketed by Clerk) |
|---|---|
| 8-1 to 8-22 | Exhibits 98–119 (detached and docketed by Clerk) |

2. On July 10, 2024, Drake filed a Motion for Leave to Amend its Brief in Support of its Motion for Preliminary Injunction (Dkt. 10) (the "Motion"). The Motion included a clean version of Drake's proposed amended brief as an attachment (Dkt. 10-2). The same day, the Court issued an order granting the Motion (Dkt. 11) (the "Order"). The Order directed Drake to file its amended Brief (Dkt. 10-2) under a new docket entry no later than July 11, 2024.

3. In the afternoon of July 10, 2024, DMACC was served with the following documents by hand delivery:

| Docket No. | Document |
|---|---|
| 1-90 | Exhibit 90 (in physical form via flash drive) |
| 9 | Report on Filing or Determination of an Action regarding patent and/or trademark number(s). |
| 9-1 | Complaint and Exhibits 1–97 |
| 10 | Plaintiff's Motion to Amend its Brief in Support of its Motion for Preliminary Injunction |
| 10-1 | Plaintiff's Proposed Amended Brief (redline) |
| 10-2 | Plaintiff's Proposed Amended Brief (clean) |
| 10-3 | Proposed Amended Exhibit 98 (redline) |
| 10-4 | Proposed Amended Exhibit 98 (clean) |
| 10-5 | Proposed Exhibit 120 (both in PDF and physical form via flash drive) |

4. On July 11, 2024, pursuant to the Order, Drake filed its Amended Brief as a standalone docket entry (Dkt. 12). As Docket 12 is identical to Docket 10-2, and DMACC was served with Docket 10-2 on July 10, 2024, DMACC has already been served with Drake's Amended Brief in support of its Preliminary Injunction Motion (Dkt. 4). Moreover, Drake's Amended Brief (Dkt. 12) is identical to Drake's original Brief (Dkt. 5-1, 8) but for the inclusion of additional evidence

of actual confusion. *See* Dkt. 10-1, at 27–28. Thus, DMACC has been aware of the substance of virtually all of Drake's allegations in support of its Motion for Preliminary Injunction since July 9 for which **expedited relief** has been requested.

5. The undersigned certifies that the following documents were mailed to DMACC via First Class Mail on July 11, 2024.

| Docket No. | Document |
|---|---|
| 11 | Order Granting Drake's Motion to Amend its Preliminary Injunction Brief |
| 12 | Drake's Amended Brief in support of its Motion for Preliminary Injunction |
| 12-1 | Amended Exhibit 98 (to include reference to Exhibit 120) |
| 12-2 | Exhibit 120 (pdf) |
| 13 | Affidavit of Service of Process |
| 14 | This Notice |

6. The undersigned further certifies that copies of Exhibits 90 and 120 (digital videos) were provided to the Clerk of Court via flash drives on July 9 and July 10, 2024 for inclusion in the record.

Respectfully submitted,

Dated: July 11, 2024          **ZARLEYCONLEY PLC**

By:  /s/John D. Gilbertson
John D. Gilbertson, AT0014515
Joshua J. Conley, AT0011828
580 Market Street, Suite 101
West Des Moines, IA 50266
Telephone: (515) 558-0200
Facsimile: (515) 558-7790
jgilbertson@zarleyconley.com
jconley@zarleyconley.com
**ATTORNEYS FOR PLAINTIFF**