IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION,<br>　　　　Defendant. | No. 4:24-cv-00227<br><br>**MOTION FOR LEAVE TO AMEND COMPLAINT AND PRELIMINATY INJUNCTION MATERIALS TO ADD PARTY**<br><br>**EXPEDITED RELIEF REQUESTED** |

Plaintiff Drake University ("Drake") hereby moves for leave to amend its Complaint (Dkt. 1) and its Motion for Preliminary Injunction and supporting Brief (Dkt. 4, 12) for the **sole purpose** of adding Des Moines Area Community College ("DMACC") as a defendant pursuant to Fed. R. Civ. P. 19(a) in addition to existing defendant Des Moines Area Community College *Foundation* (the "Foundation"). In support of this motion Drake states the following:

**I.　ARGUMENT**

1. This action arises from the use of infringing trademarks in connection with the operation of Des Moines Area Community College.

2. Drake filed its original Complaint and Exhibits 1–97 on July 8, 2024. Dkt. 1, 1-1 through 1-97.

3. The same day, Drake filed a Motion for Preliminary Injunction and Brief in support thereof, and Exhibits 98–119. Dkt. 4, 5-1.

4. Drake's Complaint, Motion for Preliminary Injunction and associated Brief were served on the Foundation on July 9, 2024. *See* Dkt. 13, 14.

5. On July 10, 2024, Drake filed a Motion for leave to amend its Preliminary Injunction Brief to include reference to a video segment posted by KCCI the night before (Dkt. 10); the Court

granted the motion on July 10, 2024 directing Drake to file its amended brief and supporting materials by July 11, 2024. Dkt. 11. Drake did so. Dkt. 12–12-2.

6. Drake's Amended Brief (Dkt. 10-2) in support of its Motion for Preliminary Injunction was served on the Foundation on July 10, 2024. *See* Dkt. 11, at 2. An additional copy of Drake's Amended Brief and exhibits (Dkt. 12–12-2) was mailed to the Foundation on July 11, 2024. *See id*, at 3.

7. The original Complaint listed the Foundation as the sole defendant. Dkt. 1. As of July 16, 2024, the Foundation is the only DMACC-related organization registered with the Iowa Secretary of State.

8. Counsel for the Foundation also represents DMACC. Exhibit 1.

9. In an email dated July 12, 2024, counsel for defendants alleged that the Foundation "does not sell anything or provide any educational services," and that Drake should "refile" its case against DMACC rather than the Foundation. *Id*.

10. At this early stage of the proceedings without the benefit of fulsome discovery, Drake lacks sufficient information to determine whether DMACC or the Foundation, or both, are indeed the proper listed defendant(s).

11. Given defense counsel's representation that DMACC is the entity engaging in the unauthorized use of Drake's intellectual property as alleged in the Complaint—either in lieu of or in addition to the Foundation — DMACC must be joined as a required party, as the Court cannot accord complete relief without it. Fed. R. Civ. P. 19(a)(1).

12. The same email indicated that defense counsel was actively preparing responses to the Complaint and the Preliminary Injunction. Exhibit 1.

13. As demonstrated by defense counsel's email, the Foundation and ostensibly DMACC have been served with and have had in their possession the entirety of the Complaint and Preliminary Injunction Motion and Amended Brief since July 10, 2024. Dkt. 13, 14.

14. Defendants and its counsel have been aware of this dispute for a number of months as efforts to resolve the dispute without judicial intervention have been ongoing for some time. *See, e.g.,* Dkt. 1-97 (email exchanges between the Presidents of Drake and DMACC).

15. DMACC's leadership has also issued public statements about this case. *See, e.g.* Exhibit 2, at 2.

## II. PROPOSED DOCUMENTS

16. Pursuant to Local Rule 15, clean and redlined versions of Drake's First Amended Complaint are attached hereto. They are **identical** to Drake's original Complaint (Dkt. 1) but for the addition of DMACC.

17. Clean and redlined versions of Drake's Amended Motion for Preliminary Injunction and supporting Brief are also attached hereto; like the Complaint, they are **identical** to the documents already filed and served on the Foundation but for the addition of DMACC. *See* Dkt. 14.

18. **No new subject matter is being raised** by the present Motion that would require additional time to address, and DMACC will experience no unfair surprise in being named as a defendant.

## III. PRAYER

19. If the Court grants the present Motion, Drake respectfully requests that all existing deadlines remain in place.

20. The deadline to resist Drake's Motion for Preliminary Injunction is set for July 22, 2024.

21. The deadline to file an Answer is set for July 30, 2024.

22.     Drake is seeking expedited relief for the irreparable harm being presently inflicted on it due to Defendants' widespread, unauthorized use of Drake's brand identity. *See* Dkt. 12, at 33–36.

23.     No Defendant will be prejudiced by granting this Motion and keeping all deadlines in place.

24.     Pursuant to Local Rule 7(k), counsel for Drake personally conferred with counsel for DMACC in a telephone call on July 15, 2024. Counsel for DMACC stated they would consent to the present motion *only* in exchange for extending the time to (1) resist Drake's Preliminary Injunction Motion and (2) file Defendants' Answer to July 31, 2024. As Drake's proposed amendments do nothing except add DMACC as a party, and for additional reasons outlined in depth in Drake's Motion for Preliminary Injunction and referenced herein, obtaining defendants' consent is not possible.

25.     Upon issuance of the Summons, Drake will immediately take measures to effect service, including on the same day if feasible.

**WHEREFORE**, for the reasons stated above and for good cause shown, Drake respectfully requests that the Court issue an Order granting Drake leave to amend its Complaint (Dkt. 1) and its Motion for Preliminary Injunction and supporting Brief (Dkt. 4, 12) for the **sole purpose** of adding Des Moines Area Community College as a defendant pursuant to Fed. R. Civ. P. 19(a).

//

//

//

//

//

                                              Respectfully submitted,

Dated: July 16, 2024                        **ZARLEYCONLEY PLC**

                                  By:    <u>/s/John D. Gilbertson</u>
                                             <u>/s/Joshua J. Conley</u>
                                             John D. Gilbertson, AT0014515
                                             Joshua J. Conley, AT0011828
                                             580 Market Street, Suite 101
                                           West Des Moines, IA 50266
                                           Telephone:  (515) 558-0200
                                           Facsimile:   (515) 558-7790
                                           jconley@zarleyconley.com
                                           jgilbertson@zarleyconley.com
                                           **ATTORNEYS FOR PLAINTIFF**