IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br>    Defendants. | No. 4:24-cv-227<br><br>**CERTIFICATE OF SERVICE OF DKT. 16 ON COUNSEL FOR DEFENDANTS** |

The undersigned hereby certifies that pursuant to the Court's Order dated July 16, 2024 (Dkt. 16) (the "Order"), a copy of the Order has been served via email on the following known counsel for Defendants:

R. Scott Johnson
Laura Myers
Fredrikson & Byron P.A.
111 E. Grand Avenue, Suite 301
Des Moines, Iowa 50309
rsjohnson@fredlaw.com
lmyers@fredlaw.com

Respectfully submitted,

Dated: July 17, 2024

**ZARLEYCONLEY PLC**

By:  /s/John D. Gilbertson
John D. Gilbertson, AT0014515
Joshua J. Conley, AT0011828
580 Market Street, Suite 101
West Des Moines, IA 50266
Telephone:  (515) 558-0200
Facsimile:   (515) 558-7790
jgilbertson@zarleyconley.com
jconley@zarleyconley.com
**ATTORNEYS FOR PLAINTIFF**