IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>    Defendants. | Case No. 4:24-cv-00227-SMR-SBJ<br><br>**DECLARATION OF R. SCOTT JOHNSON IN SUPPORT OF DEFENDANT DES MOINES AREA COMMUNITY COLLEGE FOUNDATION'S BRIEF IN SUPPORT OF MOTION TO DISMISS DEFENDANT DES MOINES AREA COMMUNITY COLLEGE FOUNDATION** |

I, R. Scott Johnson, declare as follows:

1. I am an attorney at Fredrikson & Byron, P.A., and am one of the lawyers representing Des Moines Area Community College Foundation ("DMACCF") in this action.

2. I make this declaration in support of DMACCF's Brief in Support of its Motion to Dismiss Defendant DMACCF or For a More Definite Statement as to the Claims Against Defendant DMACCF.

3. Attached as Exhibit 1 is a true and accurate copy of an email from John Gilbertson to Scott Johnson et al. on July 12, 2024. This email is attached to show Plaintiff's counsel erroneously named DMACCF in their original petition because they did not know what type of entity DMACC was or whether it existed at all.

4. Attached as Exhibit 2 is a true and accurate copy of the heavily stylized Drake "D" as it appears on the USPTO.

I declare under penalty of perjury of the laws of the United States that the foregoing is true

and correct.

Dated: July 31, 2024                                         */s/ R. Scott Johnson*
                                                              R. Scott Johnson

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2024, I electronically filed the **DECLARATION OF R. SCOTT JOHNSON IN SUPPORT OF DEFENDANT DES MOINES AREA COMMUNITY COLLEGE FOUNDATION'S BRIEF IN SUPPORT OF MOTION TO DISMISS DEFENDANT DES MOINES AREA COMMUNITY COLLEGE FOUNDATION OR FOR A MORE DEFINITE STATEMENT AS TO THE CLAIMS AGAINST DEFENDANT DES MOINES AREA COMMUNITY COLLEGE FOUNDATION** with the Clerk of the Court using the ECF, who in turn sent notice to the following:

Joshua J. Conley, Esq.
 jconley@zarleyconley.com
John D. Gilbertson, Esq.
 jgilbertson@zarleyconley.com
ZARLEYCONLEY PLC
580 Market Street, Suite 101
West Des Moines, IA  50266

*Attorneys for Plaintiff*

 */s/ Erica Palmer*
Erica Palmer