# EXHIBIT 1

| | |
|---|---|
| **From:** | Johnson, R. Scott |
| **To:** | John Gilbertson; Josh Conley |
| **Cc:** | Litigation; Emily A. Marty; Myers, Laura; Palmer, Erica |
| **Subject:** | RE: L00194 - Drake University v. DMACC - Withdrawal of Representation |
| **Date:** | Monday, July 15, 2024 9:49:38 AM |
| **Attachments:** | image002.png |
| | image004.png |
| | image005.png |

John,

Happy to discuss all of the issues with you this afternoon.  Please let me know what time you prefer.

-Scott

**R. Scott Johnson |** Shareholder **|** Intellectual Property Litigation

# Fredrikson

111 E. Grand Avenue, Suite 301 | Des Moines, IA  50309
Main: 515.242.8900 | Direct: 515.242.8930 | rsjohnson@fredlaw.com

**\*\*This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately.\*\***

**From:** John Gilbertson <jgilbertson@zarleyconley.com>
**Sent:** Friday, July 12, 2024 5:10 PM
**To:** Johnson, R. Scott <RSJohnson@fredlaw.com>; Josh Conley <jconley@zarleyconley.com>
**Cc:** Litigation <litigation@zarleyconley.com>; Emily A. Marty <emarty@zarleyconley.com>; Myers, Laura <LMyers@fredlaw.com>; Palmer, Erica <EPalmer@fredlaw.com>
**Subject:** RE: L00194 - Drake University v. DMACC - Withdrawal of Representation

**CAUTION: EXTERNAL E-MAIL**

Scott,

We are unavailable to meet and confer on such short notice but can be available Monday afternoon to discuss the matters raised in your email and letter.

With regard to entity, there is no Des Moines Area Community College or DMACC registered with the Iowa Secretary of State.  If Des Moines Area Community College is the proper party, what kind of entity is it?

Best,



John Gilbertson
Intellectual Property Attorney

| O | 515-558-0200 | D | 515-203-4329 | W | www.zarleyconley.com | A | West Des Moines, Iowa |
|---|---|---|---|---|---|---|---|

This email may contain confidential or privileged information. Please contact us if you received this in error.

---

**From:** Johnson, R. Scott <RSJohnson@fredlaw.com>
**Sent:** Friday, July 12, 2024 4:40 PM
**To:** Josh Conley <jconley@zarleyconley.com>; John Gilbertson <jgilbertson@zarleyconley.com>
**Cc:** Litigation <litigation@zarleyconley.com>; Emily A. Marty <emarty@zarleyconley.com>; Myers, Laura <LMyers@fredlaw.com>; Palmer, Erica <EPalmer@fredlaw.com>
**Subject:** RE: L00194 - Drake University v. DMACC - Withdrawal of Representation

Josh and John,

Please see the attached letter regarding your disqualification assertions.  Hopefully, this puts the matter to rest.

We are in the process of preparing a response to the motion for preliminary injunction and the complaint.  Initially, it appears you have filed suit against the wrong party.  The DMACC Foundation does not sell anything or provide any educational services.  We would ask that you agree to refile your case against DMACC instead of its Foundation.  If you agree to do so, we will agree to a motion to amend instead of proceeding to file a motion to dismiss, but we will ask that you agree such an amendment would reset all currently pending deadlines.

Given the 38 page length of your brief, the 21 exhibits attached to it, the fact that you've already amended both the brief and an exhibit, and the fact that you sued the wrong party, DMACC requests until July 31 to file an opposition and for up to 50 pages of briefing, if needed, to respond to the many issues raised.

Happy to have a meet and confer this afternoon at 4:45 or between 1:30 and 4 on Monday if you would like to discuss.

Let us know how you would like to proceed.

-Scott

**R. Scott Johnson | **Shareholder** | **Intellectual Property Litigation

**Fredrikson**

111 E. Grand Avenue, Suite 301 | Des Moines, IA  50309
Main: 515.242.8900 | Direct: 515.242.8930 | rsjohnson@fredlaw.com

\*\*This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately.\*\*

---

**From:** Emily A. Marty <emarty@zarleyconley.com>
**Sent:** Wednesday, July 10, 2024 5:00 PM

**To:** Johnson, R. Scott <RSJohnson@fredlaw.com>; Myers, Laura <LMyers@fredlaw.com>; Rose, Melodie <mrose@fredlaw.com>
**Cc:** Josh Conley <jconley@zarleyconley.com>; John Gilbertson <jgilbertson@zarleyconley.com>; Litigation <litigation@zarleyconley.com>
**Subject:** L00194 - Drake University v. DMACC - Withdrawal of Representation

**CAUTION: EXTERNAL E-MAIL**

Dear Scott,

Please see attached letter. Should a meet and confer be necessary, please advise on the earliest available time to discuss.

Best Regards,



**Emily Marty**
Client & Portfolio Manager

**O** 515-558-0200    **D** 319-289-9834    **W** www.zarleyconley.com    **A** West Des Moines, Iowa

This email may contain confidential or privileged information. Please contact us if you received this in error.