# EXHIBIT 2

**Generated on:** This page was generated by TSDR on 2024-07-31 18:09:10 EDT

**Mark:** D



| | | |
|---|---|---|
| **US Serial Number:** 77309671 | | **Application Filing Date:** Oct. 22, 2007 |
| **US Registration Number:** 3498202 | | **Registration Date:** Sep. 09, 2008 |
| **Register:** Principal | | |
| **Mark Type:** Trademark, Service Mark | | |

**TM5 Common Status Descriptor:** 

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Sep. 07, 2018

**Publication Date:** Jun. 24, 2008

# Mark Information

**Mark Literal Elements:** D

**Standard Character Claim:** No

**Mark Drawing Type:** 5 - AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Beverage containers, namely, coffee mugs; drinking glasses, steins, stemware, shot glasses, sippy cups; water bottles sold empty; travel mugs; thermal insulated containers for beverages, serving bowls, insulated sleeve-holders for beverage containers; ornaments of china, crystal, glass, porcelain not being Christmas tree ornaments; ceramic figures; coasters not of paper and not being table linen

**International Class(es):** 021 - Primary Class    **U.S Class(es):** 002, 013, 023, 029, 030, 033, 040, 050

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 12, 2005    **Use in Commerce:** Aug. 12, 2005

**For:** Clothing for men, women and children, namely, shirts, shorts, T-shirts, hats, caps, socks, jackets, pants, sweatsuits, sweatshirts, sweatpants, sleepwear, rainwear, sweaters and visors

**International Class(es):** 025 - Primary Class    **U.S Class(es):** 022, 039

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 12, 2005    **Use in Commerce:** Aug. 12, 2005

**For:** Entertainment and educational services, namely, conducting collegiate educational programs leading to undergraduate, postgraduate, and professional degrees, and conducting collegiate sporting events, namely, football, baseball, softball, tennis, soccer, crew, cross country, golf, volleyball, basketball, and track events

| | | | |
|---|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Aug. 12, 2005 | **Use in Commerce:** | Aug. 12, 2005 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | Drake University | | |
| **Owner Address:** | 2507 University Avenue<br>Des Moines, IOWA UNITED STATES 50311 | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | IOWA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Christine Lebron-Dykeman | **Docket Number:** | T55463US00 |
| **Attorney Primary Email Address:** | patatty@ipmvs.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | CHRISTINE LEBRON-DYKEMAN<br>MCKEE, VOORHEES & SEASE, PLC<br>801 GRAND AVE<br>STE 32300<br>DES MOINES, IOWA UNITED STATES 50309-2721 | | |
| **Phone:** | 515-288-3667 | **Fax:** | 515-288-1338 |
| **Correspondent e-mail:** | patatty@ipmvs.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 07, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Sep. 07, 2018 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Sep. 07, 2018 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Sep. 07, 2018 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| May 24, 2018 | POST REGISTRATION ACTION MAILED - SEC. 8 & 9 | |
| May 09, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Apr. 30, 2018 | TEAS SECTION 8 & 9 RECEIVED | |
| Sep. 09, 2017 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Mar. 19, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Mar. 19, 2014 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Feb. 27, 2014 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Mar. 19, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |

| | |
|---|---|
| Feb. 27, 2014 | TEAS SECTION 8 & 15 RECEIVED |
| Sep. 09, 2008 | REGISTERED-PRINCIPAL REGISTER |
| Jun. 24, 2008 | PUBLISHED FOR OPPOSITION |
| Jun. 04, 2008 | NOTICE OF PUBLICATION |
| May 21, 2008 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| May 21, 2008 | ASSIGNED TO LIE |
| May 21, 2008 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| May 01, 2008 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| May 01, 2008 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| May 01, 2008 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Feb. 01, 2008 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Feb. 01, 2008 | NON-FINAL ACTION E-MAILED |
| Feb. 01, 2008 | NON-FINAL ACTION WRITTEN |
| Jan. 31, 2008 | ASSIGNED TO EXAMINER |
| Oct. 26, 2007 | NOTICE OF PSEUDO MARK MAILED |
| Oct. 25, 2007 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE    **Date in Location:** Sep. 07, 2018