# EXHIBIT C

PageVault

| | |
|---|---|
| Document title: | Facebook |
| Capture URL: | https://www.facebook.com/DMACCCampusRec |
| Page loaded at (UTC): | Thu, 18 Jul 2024 15:27:44 GMT |
| Capture timestamp (UTC): | Thu, 18 Jul 2024 15:38:21 GMT |
| Capture tool: | 10.48.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 188 |
| Capture ID: | iWCZWfZfrMDiRTu981timQ |
| User: | fb-vhandler |

Search Facebook
DMACC Campus Recreation
494 likes • 540 followers
Message
Like
Search
Posts
About
Mentions
Reels
Photos
Videos
More
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Posts
Filters
DMACC Campus Recreation updated their cover photo.
July 11 at 7:18 PM ·
3
Like
Comment
Share
Write a comment...
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ·

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
Write a comment...
DMACC Campus Recreation updated their cover photo.
6 days ago
DMACC
Like
Comment
Write a comment...
DMACC Campus Recreation
May 3
2024 TPAW Summer Basketball League begins Wednesday, May 22. Deadline to sign-up is Wednesday, May 15. Register online at www.mytrailpoint.com or at the Trail Point Membership Desk!
See you on the Court!
@DMACCINTRAMURALS

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

2 5 shares

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
April 29 ·

Stop by and grab a slice of pizza, a can of soda and play a game or 2!
Game systems: Sega, Atari, Playstation 5, XBOX, Switch and Pac Man!
Bldg. 5 in the eSports Arena from 5-8pm.

1 share

Like Comment Share

Write a comment...



 

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECR
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
Write a comment...
DMACC Campus Recreation
March 12
March is HERE!
CAMPUS RECREATION
DMACC Madness
3-Point Contest, Dunk Contest (8ft hoop), Free Throw Contest
& Knock-Out Tournament
Tuesday, March 26 from 5-8pm
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
March 5
DMACC vs. Simpson on the Iowa Wolves Court at Wells Fargo
Extramural Basketball 2024

Search Facebook

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

2

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
February 22 ·

TPAW Summer Basketball League Registration is now OPEN!
Go to https://hnd-p-ols.spectrumng.net/.../PR/Programs.aspx... to register or stop by the Trail Point Membership Desk to sign-up!






 Search Facebook

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

2 shares

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
January 30 ·

The 2024 Intramural Volleyball Season Tipped-Off last night! If you are still looking to play we have a couple teams still looking for players. Please email Campus Recreation Coordinator, Andy Nelson at arnelson@dmacc.edu if you interested in playing this semester!

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
3
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
January 23
2 days left to signup! We are looking for a few more teams. Games will be played 4-on-4 on Monday nights between the hours of 5-9pm.
Signup at www.imleagues.com today!
CAMPUS RECREATION
INTRAMURAL
VOLLEYBALL
LEAGUE
REGISTER AT
WWW.IMLEAGUES.COM
REGISTRATION DEADLINE: WEDNESDAY, JANUARY 24
PLAY BEGINS: MONDAY, JANUARY 29
CO-ED LEAGUE ON MONDAY NIGHTS
QUESTIONS CONTACT: CAMPUS RECREATION COORDINATOR,
ANDY NELSON AT ARNELSON@DMACC.EDU
1
1 share
Like
Comment
Share
Write a comment...

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

Write a comment...

**DMACC Campus Recreation**
January 17

Registration Deadlines have been extended for Intramural Volleyball, Ping Pong and Basketball due to the recent snow days. If you know of anyone who is still interested in playing please let them know to get signed up.

1

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
January 10

Intramural Registration is underway! Go to www.imleagues.com to register using your DMACC email address.

Campus View Student Housing, LLC
Prairie Pointe Student Living
Campus Town... **See more**

campus RECREATION

SPRING 2024 Intramural Schedule

**Sports Leagues**

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| Indoor Volleyball 4v4 League | Tuesday, January 16 | Monday, January 22 | Monday, April 1 |
| Ping Pong Tournament | Tuesday, January 16 | Tuesday, January 23 | Tuesday, January 23 |
| Short Ct. Basketball League | Wednesday, January 17 | Wednesday, January 24 | Wednesday, April 3 |
| Billiards Tournament | Tuesday, January 23 | Tuesday, January 30 | Tuesday, January 30 |
| Pickleball Tournament | Tuesday, January 30 | Tuesday, February 6 | Tuesday, February 6 |
| Wallyball Tournament | Tuesday, February 6 | Tuesday, February 13 | Tuesday, February 13 |
| Badminton Tournament | Tuesday, February 13 | Tuesday, February 20 | Tuesday, February 20 |
| Broomball Tournament | Tuesday, February 20 | Tuesday, February 27 | Tuesday, February 27 |
| Texas Hold'em Tournament | Tuesday, February 27 | Tuesday, March 5 | Tuesday, March 5 |
| Water Volleyball Tournament | Tuesday, March 19 | Tuesday, March 26 | Tuesday, March 26 |
| Disc Golf Tournament | Wednesday, April 3 | Wednesday, April 10 | Wednesday, April 10 |
| Golf Tournament | Tuesday, April 23 | Tuesday, April 30 | Tuesday, April 30 |

**eSports Leagues & Tournaments**

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| Counter-Strike: Global Offensive | TBD | | |
| Call of Duty: Warzone | TBD | | |
| Dota 2 | TBD | | |
| Overwatch 2 | TBD | | |
| Arena of Valor | TBD | | |
| FIFA | TBD | | |

**Special Events & Tournaments**

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| DMACC Madness – 3-Point Contest, Free Throw Contest, Dunk Contest | Wednesday, March 6 | Tuesday, March 19 | Tuesday, March 19 |
| NCAA Brackets | Wednesday, March 20 | Thursday, March 21 | Monday, April 8 |

DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
DMACC Madness – 3-Point Contest, Free Throw Contest, Dunk Contest | Wednesday, March 6 | Tuesday, March 19 | Tuesday, March 19
NCAA Brackets | Wednesday, March 20 | Thursday, March 21 | Monday, April 8
Capture the Flag | Tuesday, March 26 | Tuesday, April 2 | Tuesday, April 2
Retro Game Night | n/a | Monday, April 8 | Monday, April 8
Glow in the Dark Dodgeball | Wednesday, April 3 | Tuesday, April 9 | Tuesday, April 9
IMLEAGUES.COM
You will need an IMLeagues account to participate in DMACC Intramurals. Follow the directions located on the backside of this flier to sign-up. Please remember to use your DMACC email address and that you need to be a current DMACC student (taking 6+ credits), faculty or staff to participate. If you have any questions please email Campus Recreation Coordinator, Andy Nelson at arnelson@dmacc.edu.
SUBSCRIBE TODAY!
Like Comment Share
Write a comment...
DMACC Campus Recreation
December 12, 2023
The Champs are HERE!
2
Like Comment Share
Write a comment...
DMACC Campus Recreation
December 12, 2023
Registration NOW open! Register at Trail Point Aquatics & Wellness. Ages 7-18. Open to the public.
Registration Now Open
PATRICK JACKSON SPEED CLINIC
AT DMACC
October Clinic
February Clinic
April Clinic

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
October Clinic
February Clinic
April Clinic
About the Coach: Patrick Jackson
TRAIL POINT
Register Today!
https://www.mytrailpoint.com/Pages/programs-events.aspx
3
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
November 30, 2023 ·
Signup today for Spring 2024 Intramurals!
INTRAMURA
SPRING
REGISTER NOW!
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
November 20, 2023 ·
Due to a scheduling conflict we are moving this weeks Intramural Volleyball League Games to December 4.
Go to www.imleagues.com to see the updated schedule.
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Like Comment Share

Write a comment...

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
November 17, 2023 ·

Happy #featurefriday!!! This is a series we will be starting introducing students involved in intramurals. Up first this week, Luke Wheatley!!!

Luke's hometown is Runnels Iowa and he is studying CAD Drafting at DMACC. In his spare time you can find him playing golf, video games, and ping pong 🏓⛳🎮 If you see him around maybe you could challenge him to a game of ping pong at Trail Point 👀

Of course we asked him a very important question, Pancheros or Chipotle? He is a Pancher... **See more**

3

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
November 16, 2023 ·

Document title: Facebook
Capture URL: https://www.facebook.com/DMACCCampusRec
Capture timestamp (UTC): Thu, 18 Jul 2024 15:38:21 GMT



DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

4 · 1 share

Like · Comment · Share

Write a comment...

**DMACC Campus Recreation** is at **DMACC**.
November 14, 2023 · Ankeny, IA

Retro Game Night at the new Esports Arena in Building 5! Come get free pizza 🍕



 

 DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

YBALL SCHEDULE U

Feature Friday

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

6 1 share

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
November 14, 2023 ·

The DMACC Ankeny Campus eSports Arena is NOW OPEN!
Open Monday - Friday, 4-9pm in building 5. Come check it out!
#DMACC #dmaccbears

12 2 shares

DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
12
2 shares
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
November 14, 2023 ·
Join us tonight in the eSports Room in bldg. 5 for Retro Game Night! Free Pizza and Soda! Register or just show up!
campus RECREATION
RETRO GAME NIGHT
TUE
14 NOV
ESPORTS ROOM 5-8PM
REGISTER NOW
REGISTER NOW
Pizza
Soda
3
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
October 18, 2023 ·

Search Facebook

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
October 18, 2023 ·

Tell your DMACC friends!!!! Time is running out!

1 share

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
October 9, 2023 ·

campus RECREATION
RETRO GAME NIGHT

Document title: Facebook
Capture URL: https://www.facebook.com/DMACCCampusRec
Capture timestamp (UTC): Thu, 18 Jul 2024 15:38:21 GMT





DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
October 9, 2023





DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
Tuesday, November 7 from 8-10pm
Trail Point Pool
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
October 9, 2023
BASKETBALL
LEAGUE
campus
RECREATION

Search Facebook

DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECR
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
WEDNESDAY AND THURSDAY NIGHTS
STARTS WEDNESDAY
NOVEMBER 1 FROM 5-9PM
SIGNUP AT WWW.IMLEAGUES.COM
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
October 9, 2023
VOLLEYBALL
LEAGUE
6 VS. 6 INTRAMURAL LEAGUE
BEGINS MONDAY, OCTOBER 30
MONDAY NIGHTS BETWEEN 5-9PM
Signup at www.imleague.com
campus
RECREATION
Like
Comment
Share
Write a comment...

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
Monday, April 29
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECR
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
Write a comment...
DMACC Campus Recreation
October 3, 2023
Go to www.imleagues.com to register! All participants will receive a FREE t-shirt.
~ Costumes Optional ~
October 26
7pm-9pm
HALLOWEEN GLOW RUN 5K
Takes place @ the Ankeny DMACC lake trail
Meet at the gazebo prior to the race
3
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 26, 2023
Week 1 of the DMACC Campus Recreation Intramural season starts tonight!
Who's ready for some football?

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRI
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
campus RECREATION
1
2 shares
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 6, 2023
Intramural Registration Deadlines Coming Soon! Click the QR Code to sign-up today!
1
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
August 28, 2023
Intramural Registration is underway! Get signed up for Fantasy Football, Soccer, Flag Football, Volleyball, Basketball and more! Sign-up today!!!! Go to www.imleagues.com and sign-up using your DMACC email address.

Search Facebook

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

Football, Volleyball, Basketball and more! Sign-up today!!!! Go to www.imleagues.com and sign-up using your DMACC email address.

Like Comment Share

Write a comment...

**DMACC Campus Recreation**

August 9, 2023 ·

campus RECREATION

FALL 2023 Intramural Schedule

**Sports Leagues & Challenges**

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| Fantasy Football League | Friday, September 1 | Thursday, September 7 | Sunday, February 11 |
| Spike Ball Tournament | Monday, September 18 | Monday, September 18 | Monday, September 18 |
| Bags Tournament | Tuesday, September 19 | Tuesday, September 19 | Tuesday, September 19 |
| Outdoor Basketball Tournament | Tuesday, September 19 | Monday, September 25 | Monday, September 25 |
| Outdoor Soccer League | Wednesday, September 20 | Tuesday, September 26 | Tuesday, October 24 |
| Flag Football League | Wednesday, September 20 | Wednesday, September 27 | Wednesday, October 25 |
| Golf Tournament | Friday, September 29 | Thursday, October 5 | Thursday, October 5 |
| Tennis Tournament | Wednesday, October 11 | Thursday, October 19 | Thursday, October 19 |
| Sand Volleyball Tournament | Wednesday, October 18 | Monday, October 23 | Monday, October 23 |
| Indoor Volleyball League 6v6 | Wednesday, October 25 | Monday, October 30 | Monday, December 4 |
| QBS4 Tournament | Wednesday, October 25 | Tuesday, October 31 | Tuesday, October 31 |
| Full Ct. Basketball League | Wednesday, October 25 | Wednesday, November 1 | Wednesday, December 6 |

**eSports Leagues & Tournaments**

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| League of Legends | TBD | | |
| Call of Duty | TBD | | |
| Fortnite | TBD | | |

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
League of Legends TBD
Call of Duty TBD
Fortnite TBD
Rocket league TBD
Madden TBD
NBA 2K TBD
Special Events & Tournaments
EVENT / REGISTRATION DEADLINE / PLAY BEGINS / PLAY ENDS
Canoe Races Wednesday, September 20 Wednesday, September 20 Wednesday, September 20
Halloween Glow Run 5K Thursday, October 19 Thursday, October 26 Thursday, October 26
H2O Battleship Wednesday, November 1 Tuesday, November 7 Tuesday, November 7
Retro Game Night n/a Tuesday, November 14 Tuesday, November 14
Glow in the Dark Volleyball Friday, November 17 Tuesday, November 28 Tuesday, November 28
NCAA Bowl Pick'em Thursday, December 14 Friday, December 15 Monday, January 8
IMLEAGUES.COM
You will need an IMLeagues account to participate in DMACC Intramurals. Follow the directions located on the backside of this flier to sign-up. Please remember to use your DMACC email address and that you need to be a current DMACC student (taking 6+ credits), faculty or staff to participate. If you have any questions please email Campus Recreation Coordinator, Andy Nelson at arnelson@dmacc.edu.
SUBSCRIBE TODAY!
1 share
Like Comment Share
Write a comment...
DMACC Campus Recreation
August 9, 2023
WE ARE HIRING
OPEN POSITIONS
SCOREBOARD KEEPER
OFFICIAL
CAMPUS REC LEAD

DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
APPLY NOW
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
May 15, 2023
PATRICK JACKSON SPEED CAMP
AT DMACC
June Camp
Dates: 12, 13, 14, 15 & 16
Ages 7 - 18
Time: 9am - 10am
July Camp
Dates: 10, 11, 12, 13 & 14
Ages 7 - 18
Time: 9am - 10am
August Camp
Dates: 7, 8, 9, 10 & 11
Ages 7 - 18
Time: 9am - 10am
Held at Trail Point Aquatics and Wellness, Patrick Jackson Speed Camp will focus on the fundamentals of running including proper form, explosion, running technique, and breathing. Rest assured, this is not just be a "line up and run" type of camp. We will help participants build confidence in running doing a variety of workouts that help build and promote speed. Once the camp is finished, Patrick hopes to give participants the tools needed to continue to grow as runners.
About the Coach: Patrick Jackson
*2x Track All American in the 4x100 at Coe College
*Still holds 4x100 team record at Coe College
*2x Drake Relays small college champion in the 4x100 Relay
*2x Conference Champion at the Drake Relays
He has more then 10 years of experience coaching youth activities and currently serves as the assistant coach with Ankeny's Turbo Track Club.
TRAIL POINT
Trail Point Aquatics & Wellness
May 12, 2023
React quick! Registration for June's camp is now open!
https://tinyurl.com/pjspeedcamp
Like
Comment
Share
Write a comment...
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

Search Facebook
DMACC Campus Recreation
Like
Comment
Share
Write a comment...
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECR
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
DMACC Campus Recreation
May 10, 2023
Trail Point Aquatics & Wellness · Follow
· Reels · May 10
The excitment continues! Bryan Scott cant wait to see you at the Fred Jackson football camp.
2
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
May 8, 2023
Trail Point Aquatics & Wellness · Follow
· Reels · May 3

DMACC Campus Recreation

Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
Monday, April 29
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Guess who's amped for the Fred Jackson football camp?!
Point Aquatics & We
2
Like
Comment
Share
Write a comment...

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
April 25, 2023 ·

Spring 2023 Extramural Volleyball Champions!

DMACC played Simpson College at Trail Point Aquatics & Wellness on Thursday, April 20th. DMACC won 2 games to 0 in a very competitive match-up.

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

14 · 1 comment 5 shares

Like Comment Share

**DMACC Campus Recreation**
April 25, 2023 ·

Spring 2023 DMACC Intramural Basketball Champions!

7 · 1 comment 1 share

Like Comment Share

**DMACC Campus Recreation**
April 25, 2023 ·

Spring 2023 DMACC Intramural Volleyball Champions!

Search Facebook

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECR
YBALL SCHEDULE U
Feature Friday

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

April 25, 2023 ·

Spring 2023 DMACC Intramural Volleyball Champions!

6 · 1 share

Like · Comment · Share

Write a comment...

**DMACC Campus Recreation**

April 19, 2023 ·

Intramural Basketball Playoffs are tonight from 6-9pm. All games will be played in gym 1 on courts 1 & 2.

PLAYOFFS

2 · 1 share

Like · Comment · Share

Write a comment...

Document title: Facebook
Capture URL: https://www.facebook.com/DMACCCampusRec
Capture timestamp (UTC): Thu, 18 Jul 2024 15:38:21 GMT
Page 27 of 187



 

DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
DMACC Campus Recreation
April 11, 2023
Intramural Glow in the Dark Dodgeball Tournament is tonight from 7-9pm at Trail Point. We are still accepting teams. Use the QR code to signup! See you tonight!
campus RECREATION
GLOW IN THE DARK
Dodgeball
1
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
April 11, 2023
campus RECREATION
WE ARE HIRING.

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

Job Positions:

- Summer '23 Basketball League Officials & Score Keepers ($12.00 an hr)

- Fall '23 Officials & Score Keepers ($12.00 an hr)

- Summer/Fall '23 Campus Recreation Leads ($12.50 an hr)

Contact Campus Recreation Coordinator, Andy Nelson at:

arnelson@dmacc.edu

515-9646539

2 · 3 shares

Like Comment Share

Write a comment...

DMACC Campus Recreation · Follow
· Reels · Apr 11 ·







DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

The DMACC Campus Recreation Department is looking for Officials for the Trail Point Summer Basketball League.

Contact Campus Recreation Coordinator,... **See more**

MACC Campus Recreat

**DMACC Campus Recreation**

April 10, 2023 ·

Here is your last chance to signup for the Glow in the Dark Dodgeball Tournament. The tournament is from 7-9pm on Tuesday, April 11 in the TPAW Gym 1. Single elimination. Everyone gets a t-shirt and the winner receives an Intramural Champion T-shirt. So get signed up today! www.imleagues.com

1 2 shares

DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
1
2 shares
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
March 23, 2023
LIVE
NOW HIRING
SUMMER BASKETBALL
OFFICIALS & SCOREKEEPERS
FALL CAMPUS RECREATION
STAFF - ALL POSITIONS
campus
RECREATION
Contact Campus Recreation Coordinator, Andy Nelson at arnelson@dmacc.edu or 515-964-6539
1
2 shares
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
March 23, 2023
DMACC vs. Simpson Extramural Basketball. We played at Wells Fargo Arena in Des Moines yesterday and we got the W! It was awesome experience for these students!
DMACC 0
0 SIMPSON
+60
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

24 · 7 comments 7 shares

Like Comment Share

**DMACC Campus Recreation**
January 11, 2023

Time is running out to sign-up for the following 2023 Spring Semester Intramurals:
* Short Court Basketball League
* 4-on-4 Volleyball League... **See more**

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
December 13, 2022

For the 1st time in the history of DMACC Intramurals we had a Free Agent team win a championship! Congrats to the FA!



DMACC Campus Recreation

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

25 · 1 comment · 7 shares

Like · Comment · Share

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
December 2, 2022

2022 Intramural Glow in the Dark Volleyball Tournament!

7

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
7
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
November 17, 2022
Time is running out! Sign-up before 4:00pm on Monday, November 21st. FREE t-shirts to every participant!
DMACC STUDENT LIFE
PRESENTS
GLOW IN THE
DARK VOLLEYBALL
Intramural
Tournament
THURSDAY, DECEMBER 1
START 07.00 PM - 09.00 PM
More For Information :
515.964.6539 | arnelson@dmacc.edu
Trail Point Aquatice & Wellness
2
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
November 3, 2022
DMACC vs. Simpson Extramurals
Flag Football Fall 2022

Search Facebook

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

November 3, 2022

DMACC vs. Simpson Extramurals
Flag Football Fall 2022

We fought hard but Simpson was better that day! Good effort guys!

14 · 2 shares

Like · Comment · Share

Write a comment...

**DMACC Campus Recreation**
November 1, 2022

**DMACC Athletics**
November 1, 2022

DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
Monday, April 29
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
DMACC Athletics
November 1, 2022
It's basketball season Bear Fans!!! @DMACC_MBB opens up its season tonight on the road as DMACC travels to Kansas to take on KCK.
= KCK
= Kansas City, KS
= 7... See more
1
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
October 27, 2022
Fall 2022 Intramural Flag Football Intramural Champions!
+2
11
1 comment 7 shares
Like
Comment
Share
DMACC Campus Recreation
October 11, 2022
Congrats to the Fall '22 Intramural Indoor Pre-Season Volleyball Tournament Champions!

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

4 · 1 share

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
October 10, 2022 ·

Took a trip to Indianola on Friday, October 7th! Played some extramural Sand Volleyball against Simpson College. Although it wasn't the result we wanted we had a great time. Thanks for hosting us Simpson Intramurals!

  

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

5 1 comment 3 shares

Like Comment Share

**DMACC Campus Recreation**
October 7, 2022 ·

Congrats to the Fall '22 Intramural Pickleball Champion, Isaac Meyer!

2 1 share

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
2
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
October 4, 2022
GAME TIME
ESPORTS
TOURNAMENTS
NBA 2K TOURNAMENT - NOV. 1
MADDEN TOURNAMENT - NOV. 8
ROCKET LEAGUE TOURNAMENT - NOV. 15
FORTNITE TOURNAMENT - NOV. 29
1
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
October 4, 2022





DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

2

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
October 4, 2022 ·

H20 BATTLESHIP



DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

BATTLESHIP
TOURNAMENT
Thursday, October 13 from 8pm - 10pm at the Trail Point Aquatics & Wellness Lap Pool
Registration Deadline: Sunday, October 9

2 · 1 share

Like · Comment · Share

Write a comment...

**DMACC Campus Recreation**
September 27, 2022

Congrats to the Fall 2022 Intramural Sand Volleyball Champions! Now onto Simpson for an Extramural Showdown!




DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

9 3 shares

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
September 21, 2022 ·

Congratulations to Issac Meyer for winning the Intramural Tennis Tournament on Monday!

2

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECR
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
2
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 20, 2022
UPCOMING REGISTRATION DEADLINES
GOLF TOURNAMENT
PRE-SEASON VOLLEYBALL TOURNAMENT
PICKLEBALL TOURNAMENT
H2O BATTLESHIP TOURNAMENT
1
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 16, 2022
REGISTRATION DEADLINES COMING SOON!

 Search Facebook

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

3

1 share

Like Comment Share

Write a comment...

**DMACC Campus Recreation**

September 15, 2022 ·

Tomorrow is the last chance to sign-up for the Intramural Canoe Races! Prizes for 1st, 2nd & 3rd. Intramural Champion T-Shirt to the winner! Races begin at 4:30pm at the DMACC Lake on the Ankeny Campus!








Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECR
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
1
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 12, 2022
Registration Deadline is Wednesday, September 14!
TENNIS TOURNAMENT
MONDAY, SEPTEMBER 19
ANKENY CAMPUS OUTDOOR COURTS
SIGN-UP AT WWW.IMLEAGUES.COM
intramural SPORTS
1
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 8, 2022
The NFL Season starts TONIGHT and so does the DMACC Intramural Fantasy Football League (if our auto draft ever takes place)!
For those who are playing, keep an eye on your rosters. Not sure when the draft will be complete. Good luck!




DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

1

Like Comment Share

Write a comment...

**DMACC Campus Recreation**

September 7, 2022 ·

Sign Up Now for DMACC Campus Recreation Intramurals
Get involved with DMACC Campus Recreation Intramurals!

Students from all DMACC campuses and centers are welcome and encouraged to participate.... **See more**

campus RECREATION

FALL 2022 Intramural Schedule

Sports Leagues & Challenges

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| Fantasy Football League | Thursday, September 1 | Thursday, September 8 | Sunday, January 8 |
| Tennis Tournament | Wednesday, September 14 | Monday, September 19 | Monday, September 19 |
| Outdoor Soccer League | Wednesday, September 21 | Tuesday, September 27 | Thursday, October 25 |
| Flag Football League | Wednesday, September 21 | Wednesday, September 28 | Wednesday, October 26 |
| Indoor Volleyball League | Wednesday, October 26 | Monday, October 31 | Monday, December 12 |
| Full Ct. Basketball League | Wednesday, October 26 | Wednesday, November 2 | Wednesday, December 14 |

eSports Leagues & Tournaments

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| NBA 2K Tournament | Tuesday, October 25 | Tuesday, November 1 | Tuesday, November 1 |
| Madden Tournament | Tuesday, November 1 | Tuesday, November 8 | Tuesday, November 8 |
| Rocket League Tournament | Tuesday, November 8 | Tuesday, November 15 | Tuesday, November 15 |
| Fortnite Tournament | Tuesday, November 15 | Tuesday, November 29 | Tuesday, November 29 |
| Retro Game Night | N/A | Thursday, November 10 | Thursday, November 10 |

Special Events & Tournaments

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| Kickball Tournament | Thursday, September 15 | Thursday, September 22 | Thursday, September 22 |
| Canoe Races | Monday, September 19 | Wednesday, September 21 | Wednesday, September 21 |



DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS
Kickball Tournament | Thursday, September 15 | Thursday, September 22 | Thursday, September 22
Canoe Races | Monday, September 19 | Wednesday, September 21 | Wednesday, September 21
Sand Volleyball Tournament | Wednesday, September 21 | Monday, September 26 | Monday, September 26
Golf Tournament | Thursday, September 22 | Thursday, September 29 | Thursday, September 29
Pre-Season Volleyball Tourney | Wednesday, September 28 | Monday, October 3 | Monday, October 10
Pickleball Tournament | Thursday, September 29 | Thursday, October 6 | Thursday, October 6
Battleship H2O | Thursday, October 6 | Thursday, October 13 | Thursday, October 13
Pre-Season Basketball Tourney | Wednesday, October 12 | Monday, October 17 | Monday, October 24
Broomball Tournament | Thursday, October 13 | Thursday, October 20 | Thursday, October 20
Halloween Glow Run 5K | Thursday, October 20 | Thursday, October 27 | Thursday, October 27
QB 54 Tournament | Thursday, October 27 | Thursday, November 3 | Thursday, November 3
Glow in the Dark Volleyball | Thursday, November 17 | Thursday, December 1 | Thursday, December 1
NCAA Bowl Pick'em | Thursday, December 15 | Friday, December 16 | Monday, January 9
IMLEAGUES.COM
You will need an IMLeagues account, with your own school account, to sign up for DMACC Campus Recreation Extramural Activities. To sign up for the Fall 2020 Extramurals, you will need to add the DMACC Campus Recreation Virtual Extramurals Network. Once you have added it, it can be accessed through the dropdown shown in the picture below. It will operate just like your regular account. Email arnelson@dmacc.edu if you have any questions.
SUBSCRIBE TODAY!
3
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 1, 2022
DMACC CAMPUS RECREATION PRESENTS...
CANOE RACES
Wednesday, September 21
Cash Prizes for 1st 2nd 3rd
sign up here!

Document title: Facebook
Capture URL: https://www.facebook.com/DMACCCampusRec
Capture timestamp (UTC): Thu, 18 Jul 2024 15:38:21 GMT
Page 47 of 187

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRI
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
sign up here!
4:30pm
DMACC Lake
3
1 comment
Like
Comment
Share
DMACC Campus Recreation
September 1, 2022 ·
DMACC CAMPUS RECREATION
INTRAMURAL DEADLINE APPROACHING! SIGN UP TODAY!
TENNIS (SEPT. 14)
KICKBALL (SEPT. 15)
CANOE RACES (SEPT. 19)
FLAG FOOTBALL (SEPT. 21)
SAND VOLLEYBALL (SEPT 21)
GOLF (SEPT. 22)
SIGN UP!
TM
2
1 comment

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
2
1 comment
Like
Comment
Share
DMACC Campus Recreation
September 1, 2022
Today is the last chance to sign-up for the Intramural Fantasy Football League. We have 6 spots left. Sign-up before the end of the day!
Here is the link:
https://football.fantasysports.yahoo.com/.../invitation...
yahoo!fantasy
FOOTBALL
FOOTBALL.FANTASYSPORTS.YAHOO.COM
Join my Yahoo Sports Fantasy Football league, Intramural League
Click the link above and follow the steps to join my league. Good luck!
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
August 24, 2022
Registration Deadline for the DMACC Campus Recreation Intramural Fantasy Football League is coming soon! Below is the link to register if interested. Limited spots available:
https://football.fantasysports.yahoo.com/.../invitation...
yahoo!fantasy
FOOTBALL
FOOTBALL.FANTASYSPORTS.YAHOO.COM
Join my Yahoo Sports Fantasy Football league, Intramural League

**Intro**

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

FOOTBALL.FANTASYSPORTS.YAHOO.COM

**Join my Yahoo Sports Fantasy Football league, Intramural League**

Click the link above and follow the steps to join my league. Good luck!

1 share

Like Comment Share

Write a comment...

**DMACC Campus Recreation**

August 18, 2022 ·

The FALL 2022 Intramural Schedule is HERE! Go to www.imleagues.com today and sign-up!

*Please use your DMACC email address when registering.

campus RECREATION — FALL 2022 Intramural Schedule

**Sports Leagues & Challenges**

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| Fantasy Football League | Thursday, September 1 | Thursday, September 8 | Sunday, January 8 |
| Tennis Tournament | Wednesday, September 14 | Monday, September 19 | Monday, September 19 |
| Outdoor Soccer League | Wednesday, September 21 | Tuesday, September 27 | Thursday, October 25 |
| Flag Football League | Wednesday, September 21 | Wednesday, September 28 | Wednesday, October 26 |
| Indoor Volleyball League | Wednesday, October 26 | Monday, October 31 | Monday, December 12 |
| Full Ct. Basketball League | Wednesday, October 26 | Wednesday, November 2 | Wednesday, December 14 |

**eSports Leagues & Tournaments**

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| NBA 2K Tournament | Tuesday, October 25 | Tuesday, November 1 | Tuesday, November 1 |
| Madden Tournament | Tuesday, November 1 | Tuesday, November 8 | Tuesday, November 8 |
| Rocket League Tournament | Tuesday, November 8 | Tuesday, November 15 | Tuesday, November 15 |
| Fortnite Tournament | Tuesday, November 15 | Tuesday, November 29 | Tuesday, November 29 |
| Retro Game Night | N/A | Thursday, November 10 | Thursday, November 10 |

**Special Events & Tournaments**

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| Kickball Tournament | Thursday, September 15 | Thursday, September 22 | Thursday, September 22 |
| Canoe Races | Monday, September 19 | Wednesday, September 21 | Wednesday, September 21 |
| Sand Volleyball Tournament | Wednesday, September 21 | Monday, September 26 | Monday, September 26 |
| Golf Tournament | Thursday, September 22 | Thursday, September 29 | Thursday, September 29 |
| Pre-Season Volleyball Tourney | Wednesday, September 28 | Monday, October 3 | Monday, October 10 |
| Pickleball Tournament | Thursday, September 29 | Thursday, October 6 | Thursday, October 6 |
| Battleship H2O | Thursday, October 6 | Thursday, October 13 | Thursday, October 13 |
| Pre-Season Basketball Tourney | Wednesday, October 12 | Monday, October 17 | Monday, October 24 |
| Broomball Tournament | Thursday, October 13 | Thursday, October 20 | Thursday, October 20 |
| Halloween Glow Run 5K | Thursday, October 20 | Thursday, October 27 | Thursday, October 27 |
| QB 54 Tournament | Thursday, October 27 | Thursday, November 3 | Thursday, November 3 |
| Glow In the Dark Volleyball | Thursday, November 17 | Thursday, December 1 | Thursday, December 1 |
| NCAA Bowl Pick'em | Thursday, December 15 | Friday, December 16 | Monday, January 9 |

**IMLEAGUES.COM**

You will need an IMLeagues account, with your own school account, to sign up for DMACC Campus Recreation Extramural Activities. To sign up for the Fall 2020 Extramurals, you will need to add the DMACC Campus Recreation Virtual Extramurals Network. Once you have added it, it can be accessed through the dropdown shown in the picture below. It will operate just like your regular account. Email arnelson@dmacc.edu if you have any questions.

SUBSCRIBE TODAY!

5 · 1 share

Like Comment Share

Write a comment...



DMACC Campus Recreation

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
July 28, 2022

The 2022 TPAW Summer League has come to a close. Thanks to all who played and congratulations to the winners: The Ankeny Hawks!

6 · 1 share

Like · Comment · Share

Write a comment...

**DMACC Campus Recreation**
June 2, 2022

Summer League is underway! Week 1 is in the books!



Search Facebook
DMACC Campus Recreation

Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
8
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
May 5, 2022 ·
TRAIL POINT
AQUATICS & WELLNESS
TPAW SUMMER LEAGUE
TPAW SUMMER BASKETBALL LEAGUE
Registration: April 1st – May 25th
Register at the Trail Point front desk or website
>> League Play: June 1-July 13
>> Members and Non-Members League
>> 18+ to play
>> Games are on Wednesday

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECR
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
>> Games are on Wednesday Nights between 5pm-10pm
>> Playoffs (eligible teams): July 20
>> Games are played on the short courts
>> 18+ to play
>> $220 per team
>> Winners will receive Championship t-shirts
>> Officials Needed! $9.50 an hour
(if interested email arnelson@dmacc.edu)
Trail Point Aquatics & Wellness
April 12, 2022
There's still time to register for our Summer Basketball League! Cost is $220 per team - which must be paid in full at time of registration.
Please contact An... See more
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
May 5, 2022
TRAIL POINT
AQUATICS & WELLNESS
CAMPUS RECREATION
IS HIRING
SUMMER STAFF
Trail Point Aquatics & Wellness
April 16, 2022
Looking for a summer job? Become a Basketball Official with Campus Rec!
Contact Andy Nelson (arnelson@dmacc.edu) today!
1
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
May 5, 2022
PATRICK JACKSON SPEED CAMP
AT DMACC
TRAIL POINT
AQUATICS & WELLNESS



DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

DMACC
GAME Night
Monday, April 29
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

AT DMACC
AQUATICS & WELLNESS
Camp 1
Dates: June 13, 14, 15, 16, 17
Ages 7 – 12: 9:00 AM – 10:00 AM
Ages 13 – 18: 1:00 PM – 2:00 PM
Camp 2
Dates: June 20, 21, 22, 23, 24
Ages 7 – 12: 9:00 AM – 10:00 AM
Ages 13 – 18: 1:00 PM – 2:00 PM
ABOUT THE COACH
PATRICK JACKSON
2x Track All American in the 4x100 at Coe College
Still holds 4x100 team at Coe College
2x Drake Relays Small College Champion in the 4x100
He is a 2x Conference Champion at Drake Relays
He has more than ten years of experience coaching youth activities and currently serves as the assistant coach with Ankeny's Turbo track Club.
JACKSON 402

**Trail Point Aquatics & Wellness**
April 28, 2022

HAVE YOU HEARD THE NEWS ?

The Patrick Jackson Speed Camp still has spots available.

Click the link to get all the info ‼️
https://... **See more**

2

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
May 5, 2022

YET?



DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**Trail Point Aquatics & Wellness**
May 5, 2022 ·

New Adult MMA class starts Friday 5/27 at 12:30pm! Contact Drew at adness@mytrailpoint.com to reserve your spot!

1

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
April 25, 2022 ·

Spring 2022 Intramural Basketball Champs!

3 · 1 comment 4 shares

Like Comment Share

**DMACC Campus Recreation**
April 20, 2022 ·

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
DMACC Campus Recreation
April 20, 2022
DMACC Intramural Basketball Playoffs - TONIGHT at 6:00pm
1
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
April 19, 2022
TRAIL POINT
AQUATICS & WELLNESS
TPAW SUMMER LEAGUE
TPAW SUMMER BASKETBALL LEAGUE
Registration: April 1st - May 25th
Register at the Trail Point front desk or website
>> League Play: June 1-July 13
>> Members and Non-Members League

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
>> League Play: June 1-July 13
>> Games are on Wednesday Nights between 5pm-10pm
>> Playoffs (eligible teams): July 20
>> Games are played on the short courts
>> Members and Non-Members League
>> 18+ to play
>> $220 per team
>> Winners will receive Championship t-shirts
>> Officials Needed! $9.50 an hour (if interested email arnelson@dmacc.edu)
Trail Point Aquatics & Wellness
April 12, 2022
There's still time to register for our Summer Basketball League! Cost is $220 per team - which must be paid in full at time of registration.
Please contact An... See more
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
April 19, 2022
Apply today!
TRAIL POINT
AQUATICS & WELLNESS
CAMPUS RECREATION
IS HIRING
SUMMER STAFF
Trail Point Aquatics & Wellness
April 16, 2022
Looking for a summer job? Become a Basketball Official with Campus Rec!
Contact Andy Nelson (arnelson@dmacc.edu) today!
1
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
April 19, 2022
Congratulations to the Spring 2022 Intramural Volleyball Champions!



Search Facebook
DMACC Campus Recreation

Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECR
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
3
1 comment 1 share
Like
Comment
Share
DMACC Campus Recreation
April 5, 2022
The Spring 2022 Intramural Glow in the Dark Dodgeball Champions!
3
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
DMACC Campus Recreation
March 31, 2022
TRAIL POINT
AQUATICS & WELLNESS
TPAW SUMMER LEAGUE
TPAW SUMMER BASKETBALL LEAGUE
Registration: April 1st - May 25th
Register at the Trail Point front desk or website
>> League Play: June 1-July 13
>> Games are on Wednesday Nights between 5pm-10pm
>> Playoffs (eligible teams): July 20
>> Games are played on the short courts
>> Members and Non-Members League
>> 18+ to play
>> $220 per team
>> Winners will receive Championship t-shirts
>> Officials Needed! $9.50 an hour (if interested email arnelson@dmacc.edu)
Trail Point Aquatics & Wellness
March 31, 2022
Registration for Summer Basketball League opens on Friday, April 1! Cost is $220 per team - which must be paid in full at time of registration.
Please contact... See more
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
March 24, 2022
Congratulations to Dylan Cunard, the Spring 2022 Intramural Ping Pong Champion!

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

March 24, 2022

Congratulations to Dylan Cunard, the Spring 2022 Intramural Ping Pong Champion!

3 · 1 share

Like · Comment · Share

Write a comment...

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Campus Recreation**

March 9, 2022

What a great event! The DMACC Students didn't disappoint. Here are some pictures from the 3-pt. Contest, Dunk Contest, Free Throw Contest and Knock-OUT!

7 · 1 share

Like · Comment · Share

Write a comment...

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
DMACC Campus Recreation
March 9, 2022
Here is the winning dunk from DMACC Madness Dunk Contest winner, Gatlin Menninga.
4
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
March 9, 2022
DMACC Madness was a great way to start off March Madness! Here is the 2nd Place Dunk by Blessing Gbambo.

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

2

1 share

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
March 4, 2022

March Madness is almost here. Don't forget to fill out your bracket on www.imleagues.com for your chance to win an Intramural Champion T-shirt!

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
March 4, 2022

The Intramural DMACC Madness Event is next week Tuesday, March 8th! You can participate in the 3 Point Contest, the Free Throw Contest or the Dunk Contest (8 ft Hoop). Event starts at 6:00pm. Go to www.imleagues.com to register!

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
Monday, April 29
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
1
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
March 4, 2022 ·
The DMACC Intramural Glow in the Dark Dodgeball Tournament is scheduled for Tuesday, March 29th at 6pm.
Go to www.imleagues.com to register!

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
Monday, April 29
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
February 1, 2022
DMACC Intramural Volleyball opening night!
6
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
January 21, 2022
The Intramural Volleyball & Basketball League Season start dates have been pushed back one week. Please go to www.imleagues.com to check your updated schedule. We apologize for the change.

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
January 18, 2022 ·

Registration Deadline for Intramural Basketball and Volleyball is tomorrow at NOON! Remember you don't need a team. You can sign-up as a FREE AGENT if you don't have a team.

Get signed up today!!!!

www.imleagues.com

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
January 13, 2022 ·

Registration Deadlines are COMING SOON! Go to www.imleagues.com and sign-up TODAY! Use your DMACC email address to register!!!!

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| 4-on-4 Volleyball League | Wednesday, January 19 | Monday, January 24 | Monday, April 18 |
| Short Court Basketball League | Wednesday, January 19 | Wednesday, January 26 | Wednesday, April 20 |

eSports Leagues & Tournaments

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Short Court Basketball League
Wednesday, January 19
Wednesday, January 26
Wednesday, April 20
eSports Leagues & Tournaments
EVENT
REGISTRATION DEADLINE
PLAY BEGINS
PLAY ENDS
Call of Duty: Warzone Tourney
Wednesday, March 30
Tuesday, April 5
Tuesday, April 5
NBA 2K Tournament
Wednesday, April 6
Tuesday, April 12
Tuesday, April 12
Special Events & Tournaments
EVENT
REGISTRATION DEADLINE
PLAY BEGINS
PLAY ENDS
Billiards Tournament
Thursday, January 13
Wednesday, January 19
Wednesday, January 19
Texas Hold'em Tournament
Wednesday, January 19
Tuesday, January 25
Tuesday, January 25
H2O Battleship Tournament
Wednesday, January 26
Monday, January 31
Monday, April 31
Badminton Tournament
Wednesday, February 2
Tuesday, February 8
Tuesday, February 8
DMACC Madness
Wednesday, March 2
Tuesday, March 8
Tuesday, March 8
NCAA Brackets
Wednesday, March 16
Thursday, March 17
Monday, April 4
Ping Pong Tournament
Thursday, March 10
Tuesday, March 22
Tuesday, March 22
Glow in the Dark Dodgeball
Wednesday, March 23
Tuesday, March 29
Tuesday, March 29
Broomball Tournament
Wednesday, April 13
Tuesday, April 19
Tuesday, April 19
DMACC Masters Golf Tournament
Wednesday, April 20
Monday, April 25
Monday, April 25
Capture the Flag Tournament
Wednesday, April 20
Tuesday, April 26
Tuesday, April 26
Outdoor Basketball Tournament
Wednesday, April 20
Wednesday, April 27
Wednesday, April 27
IMLEAGUES.COM
You will need an IMLeagues account, with your own school account, to sign up for DMACC Campus Recreation Extramural Activities. To sign up for the Fall 2020 Extramurals, you will need to add the DMACC Campus Recreation Virtual Extramurals Network. Once you have added it, it can be accessed through the dropdown shown in the picture below. It will operate just like your regular account. Email arnelson@dmacc.edu if you have any questions.
imleagues
SUBSCRIBE TODAY!
Like
Comment
Share
Write a comment...
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
DMACC Campus Recreation
January 11, 2022
KCCI with Des Moines Area Community College.
Paid Partnership · January 10, 2022
Trail Point Aquatics & Wellness, located on DMACC's Ankeny campus, offers everything from fitness and nutritional guidance to get your new year off to a great s... See more
Like
Comment
Share

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
Monday, April 29
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
January 3, 2022
BUILD STRENGTH
Mixed Martial Arts NOW available!
Call now
Trail Point Aquatics & Wellness
January 2, 2022
Join us for Kickboxing Fundamentals & Jiu Jitsu Fundamentals! Evening classes start next week for members & non members, 18+. Contact Drew to learn more or regi... See more
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
December 21, 2021
MMA classes NOW Offered at Trail Point!
Stop in, give us a call or email us if you are interested!
Contact: Andy Nelson, Campus Recreation Coordinator... See more
KICKBOXING FUNDAMENTALS
Wednesdays 6:30-7:30pm
Ongoing: Starting Jan 19!
Member Cost: $65 monthly
How It Works
This program covers proper footwork, punching/kicking techniques.
Through this course, participants will gain the awareness and confidence to build a great base in self-defense and ability to advance as a

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

1

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
December 1, 2021

Registration for Spring 2022 Intramurals OPENS Friday! Get signed up before you leave for Christmas break.

Happy Holidays!

**Sports Leagues & Challenges**

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| 4-on-4 Volleyball League | Wednesday, January 19 | Monday, January 24 | Monday, April 18 |
| Short Court Basketball League | Wednesday, January 19 | Wednesday, January 26 | Wednesday, April 20 |

**eSports Leagues & Tournaments**

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| Call of Duty: Warzone Tourney | Wednesday, March 30 | Tuesday, April 5 | Tuesday, April 5 |
| NBA 2K Tournament | Wednesday, April 6 | Tuesday, April 12 | Tuesday, April 12 |

**Special Events & Tournaments**

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| Billiards Tournament | Thursday, January 13 | Wednesday, January 19 | Wednesday, January 19 |
| Texas Hold'em Tournament | Wednesday, January 19 | Tuesday, January 25 | Tuesday, January 25 |
| H20 Battleship Tournament | Wednesday, January 26 | Monday, January 31 | Monday, April 31 |
| Badminton Tournament | Wednesday, February 2 | Tuesday, February 8 | Tuesday, February 8 |
| DMACC Madness | Wednesday, March 2 | Tuesday, March 8 | Tuesday, March 8 |
| NCAA Brackets | Wednesday, March 16 | Thursday, March 17 | Monday, April 4 |
| Ping Pong Tournament | Thursday, March 10 | Tuesday, March 22 | Tuesday, March 22 |
| Glow in the Dark Dodgeball | Wednesday, March 23 | Tuesday, March 29 | Tuesday, March 29 |
| Broomball Tournament | Wednesday, April 13 | Tuesday, April 19 | Tuesday, April 19 |
| DMACC Masters Golf Tournament | Wednesday, April 20 | Monday, April 25 | Monday, April 25 |
| Capture the Flag Tournament | Wednesday, April 20 | Tuesday, April 26 | Tuesday, April 26 |
| Outdoor Basketball Tournament | Wednesday, April 20 | Wednesday, April 27 | Wednesday, April 27 |

**IMLEAGUES.COM**

You will need an IMLeagues account, with your own school account, to sign up for DMACC Campus Recreation Extramural Activities. To sign up for the Fall 2020 Extramurals, you will need to add the DMACC Campus Recreation Virtual Extramurals Network. Once you have added it, it can be accessed through the dropdown shown in the picture below. It will operate just like your regular account. Email arnelson@dmacc.edu if you have any questions.

Search Facebook

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

1 · 1 share

Like · Comment · Share

Write a comment...

**DMACC Campus Recreation**
November 29, 2021

Fall 2021 Intramural Full Court Basketball Champions!

9 · 1 comment · 1 share

Like · Comment · Share

Search Facebook
DMACC Campus Recreation
Like
Comment
Share
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
Monday, April 29
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
DMACC Campus Recreation
November 25, 2021
2021 Fall Intramural Glow in the Dark Volleyball Tournament Champions!
3
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
November 25, 2021
2021 Intramural Glow in the Dark Volleyball Tournament!
+2

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECR
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
1
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
November 11, 2021
The TPAW Winter Racquetball League registration is NOW open!
Go to www.mytrailpoint.com and Click Log In > Click the home Icon > Program Registration > Sports & Leagues > TPAW Racquetball League or stop by the Membership Desk to Register!
TRAIL POINT AQUATICS & WELLNESS
TPAW RACQUETBALL LEAGUE
TPAW WINTER RACQUETBALL LEAGUES
TPAW Winter Racquetball Leagues
>> Register on-line or at the Trail Point Membership Desk
>> Registration – November 8 - December 29
>> Leagues Begin – January 6 - March 24
>> Games played on Thursday Nights and Sunday Afternoons
>> Cost - $20
>> Members and Non-Members Welcome
>> Single Player League – ages 16+
>> T-shirts to the winning players in each division
>> Divisions – Competitive and Recreational
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
November 5, 2021
Photos from the Intramural Flag Football Playoffs!



Search Facebook
DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

Photos
See all photos
DMACC
GAME Night
Monday, April 29
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

+2
3
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
November 5, 2021 ·
Fall 2021 Intramural Flag Football Champions!

Search Facebook

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

2

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
November 5, 2021 ·

Photos from the Intramural Soccer Playoffs!

3

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
November 5, 2021 ·

Fall 2021 Intramural Soccer Champions!

DMACC Campus Recreation

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

2

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
November 2, 2021

More photos from last nights Intramural Sand Volleyball Playoffs!

2

Like Comment Share



Search Facebook
DMACC Campus Recreation

Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

Like
Comment
Share
Write a comment...
DMACC Campus Recreation
November 2, 2021 ·
There's still a lot of great Intramural opportunities to get involved in this semester. Check out what's still to come!
*Battleship H2O: When your Favorite Childhood Game comes to life. Sink your opponents battleship (canoe) and win!
*3-on-3 Basketball Tournament: Lace'm up and battle it out in this half court basketball tournament with the winner walking away with the Intramural Championship T-shirt!... See more
2
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
November 2, 2021 ·
Fall 2021 Intramural Sand Volleyball Championship Game action!
What a great game. Both teams fought hard to win the Championship T-shirt!

Document title: Facebook
Capture URL: https://www.facebook.com/DMACCCampusRec
Capture timestamp (UTC): Thu, 18 Jul 2024 15:38:21 GMT

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

3

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
November 2, 2021

Fall 2021 Intramural Sand Volleyball Champions!

Congratulations to Laura, Victor and Mack of the Free Agents (2)!

4 · 1 share

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
October 28, 2021



DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
October 28, 2021 ·

Due to the weather we are going to have to CANCEL tonight's Halloween Scare Glow Run 5K. We don't have plans to reschedule due to scheduling conflicts. Check out these other opportunities to get involved:

Monday, November 8 is the 3-on-3 Basketball Tournament in Gym 1 - 5pm-8pm

Tuesday, November 9 is the Pickleball Tournament in Gym 2 - 5pm-8pm... **See more**

1 2 shares

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
October 21, 2021 ·

Join us Thursday, October 28th at 7:00pm for our Run for your Life Halloween Glow Run 5k! We'll have people in costume along the trail that will scare you into wanting to keep running.

Costumes are optional, but encouraged!

Mark your calendar now!



Search Facebook

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

1

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
October 13, 2021 ·

DMACC Students - did you know that you are able to get a FREE Trail Point Membership if you are enrolled for 6 + credits this semester? Once you have your membership card, you will have access to free group fitness classes, pool access, weights, cardio, and more. So stop by the Trail Point Membership Desk in building 5 TODAY!

3 1 share

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
October 1, 2021 ·

Great first week of Intramurals! If you still want to play go to www.imleagues.com and

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
Monday, April 29
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
October 1, 2021
Great first week of Intramurals! If you still want to play go to www.imleagues.com and sign-up today!
2
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 27, 2021

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**Trail Point Aquatics & Wellness**
September 27, 2021 ·

Meet Victor & Ricky -the PROs we're bringing in to teach our MMA Youth & Adult classes. Youth classes meet Saturday mornings. Adult Jiu Jitsu and Kickboxing cla... **See more**

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
September 24, 2021 ·

1st Place in the 2021 Canoe Races - Staff Division
Dale Chell and Ned Crane

8 4 comments

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
8
4 comments
Like
Comment
Share
DMACC Campus Recreation
September 24, 2021 ·
3rd Place in the 2021 Canoe Races - Student Division
Maria Medberry and Mayah Corsh
Around the World
3
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 24, 2021 ·
2nd Place in the 2021 Canoe Races - Student Division
Devin Snook and Nolan Grove

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECR
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
2nd Place in the 2021 Canoe Races - Student Division
Devin Snook and Nolan Grove
3
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 24, 2021 ·
1st Place in the 2021 Canoe Races - Student Division
Ben Schroch and Trevon Kyer




DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

YBALL SCHEDULE U

Feature Friday

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

6

Like Comment Share

Write a comment...

**DMACC Campus Recreation**

September 24, 2021 ·

The 2021 Canoe Races

What a great way to start the Fall Semester and the Intramural Season. We had a great event with a great group of students! Thanks to all of you who participated and came out to watch.

Search Facebook

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

8

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
September 17, 2021 ·

Get Involved!

The Registration Deadlines for the Flag Football League, Sand Volleyball League, Basketball League, Soccer League and the Canoe Races are next week.

If you don't have a team, sign-up as a FREE AGENT and we will put you on the team.... **See more**

campus RECREATION — FALL 2021 Intramural Schedule

**Sports Leagues & Challenges**

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| Fantasy Football League | Friday, September 3 | Thursday, September 9 | Sunday, January 9 |
| Sand Volleyball League | Wednesday, September 22 | Monday, September 27 | Monday, November 1 |
| Outdoor Soccer League | Wednesday, September 22 | Tuesday, September 28 | Tuesday, November 2 |
| Flag Football League | Wednesday, September 22 | Wednesday, September 29 | Wednesday, November 3 |
| Full Court Basketball League | Wednesday, September 22 | Thursday, September 30 | Thursday, November 18 |

**eSports Leagues & Tournaments**

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| NBA 2K Tournament | Wednesday, November 17 | Monday, November 29 | Monday, November 29 |
| Madden Tournament | Wednesday, November 17 | Tuesday, November 30 | Tuesday, November 30 |
| Rocket League Tournament | Wednesday, November 17 | Wednesday, December 1 | Wednesday, December 1 |
| Fort Nite Tournament | Wednesday, November 17 | Thursday, December 2 | Thursday, December 2 |

**Special Events & Tournaments**

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| Golf Tournament | Friday, September 17 | Tuesday, September 21 | Tuesday, September 21 |
| Canoe Races | Thursday, September 23 | Thursday, September 23 | Thursday, September 23 |
| Halloween Glow Run | Thursday, October 28 | Thursday, October 28 | Thursday, October 28 |
| 3-on-3 Basketball Tournament | Wednesday, November 3 | Monday, November 8 | Monday, November 8 |
| Pickleball Tournament | Wednesday, November 3 | Tuesday, November 9 | Tuesday, November 9 |
| Battleship H2O | Wednesday, November 3 | Wednesday, November 10 | Wednesday, November 10 |
| Retro Game Night | No Registration | Thursday, November 11 | Thursday, November 11 |
| Glow in the Dark Volleyball | Wednesday, November 10 | Wednesday, November 17 | Wednesday, November 17 |
| NCAA Bowl Pick'em | TBD | Monday, December 13 | TBD |

**IMLEAGUES.COM**

imleagues

You will need an IMLeagues account, with your own school account, to sign up for DMACC Campus Recreation Extramural Activities. To sign up for the Fall 2020 Extramurals, you will need to add the DMACC Campus Recreation Virtual Extramurals Network. Once you have added it, it can be accessed through the dropdown shown in the picture below. It will operate just like your regular account. Email **arnelson@dmacc.edu** if you have any questions.

SUBSCRIBE TODAY!

1 · 1 share

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
September 16, 2021 ·

Document title: Facebook
Capture URL: https://www.facebook.com/DMACCCampusRec
Capture timestamp (UTC): Thu, 18 Jul 2024 15:38:21 GMT



Search Facebook
DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECR
YBALL SCHEDULE U
Feature Friday

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

DMACC Campus Recreation
September 16, 2021 ·
Trail Point Aquatics & Wellness
September 15, 2021 ·
Intramural Leagues are HERE for DMACC Students! Join us for Basketball, Canoe Races, H2O Battleship, E-Sports, and more! Register today: https://www.imleagues.c... See more
Like Comment Share
Write a comment...
DMACC Campus Recreation
September 8, 2021 ·
DMACC Students can get involved in Campus Recreation and Intramural Events this fall. Check out the fall schedule and instructions on how to join.
https://www.dmacc.edu/.../new.../intramuralposteraug2021.pdf
Questions? Email Andy Nelson at arnelson@dmacc.edu.
Trail Point Aquatics & Wellness
September 4, 2021 ·
DMACC Students can get involved in Campus Recreation and Intramural Events this fall. Check out the fall schedule and instructions on how to join.
https://www.d... See more
1
Like Comment Share
Write a comment...

Search Facebook

DMACC Campus Recreation

Write a comment...

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
September 8, 2021 ·

Registration Deadlines are coming soon! Tell your friends!

campus RECREATION

FALL 2021 Intramural Schedule

**Sports Leagues & Challenges**

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| Fantasy Football League | Friday, September 3 | Thursday, September 9 | Sunday, January 9 |
| Sand Volleyball League | Wednesday, September 22 | Monday, September 27 | Monday, November 1 |
| Outdoor Soccer League | Wednesday, September 22 | Tuesday, September 28 | Tuesday, November 2 |
| Flag Football League | Wednesday, September 22 | Wednesday, September 29 | Wednesday, November 3 |
| Full Court Basketball League | Wednesday, September 22 | Thursday, September 30 | Thursday, November 18 |

**eSports Leagues & Tournaments**

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| NBA 2K Tournament | Wednesday, November 17 | Monday, November 29 | Monday, November 29 |
| Madden Tournament | Wednesday, November 17 | Tuesday, November 30 | Tuesday, November 30 |
| Rocket League Tournament | Wednesday, November 17 | Wednesday, December 1 | Wednesday, December 1 |
| Fort Nite Tournament | Wednesday, November 17 | Thursday, December 2 | Thursday, December 2 |

**Special Events & Tournaments**

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| Golf Tournament | Friday, September 17 | Tuesday, September 21 | Tuesday, September 21 |
| Canoe Races | Thursday, September 23 | Thursday, September 23 | Thursday, September 23 |
| Halloween Glow Run | Thursday, October 28 | Thursday, October 28 | Thursday, October 28 |
| 3-on-3 Basketball Tournament | Wednesday, November 3 | Monday, November 8 | Monday, November 8 |
| Pickleball Tournament | Wednesday, November 3 | Tuesday, November 9 | Tuesday, November 9 |
| Battleship H2O | Wednesday, November 3 | Wednesday, November 10 | Wednesday, November 10 |
| Retro Game Night | No Registration | Thursday, November 11 | Thursday, November 11 |
| Glow in the Dark Volleyball | Wednesday, November 10 | Wednesday, November 17 | Wednesday, November 17 |
| NCAA Bowl Pick'em | TBD | Monday, December 13 | TBD |

**IMLEAGUES.COM**

imleagues

You will need an IMLeagues account, with your own school account, to sign up for DMACC Campus Recreation Extramural Activities. To sign up for the Fall 2020 Extramurals, you will need to add the DMACC Campus Recreation Virtual Extramurals Network. Once you have added it, it can be accessed through the dropdown shown in the picture below. It will operate just like your regular account. Email arnelson@dmacc.edu if you have any questions.

SUBSCRIBE TODAY!

1 share

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
September 8, 2021 ·

Victor Moreno from Absolute MMA and his staff will be offering a Youth MMA Bully Proofing 6-week class at Trail Point. Check it out and sign-up today! Classes start soon!



DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
September 8, 2021 ·

Former Bellator Vet, Victor Moreno will be offering a 6-week Jiu Jitsu Class at Trail Point. What an opportunity to learn from one of the best. Sign-up today! Classes start soon!

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
September 8, 2021 ·

Don't miss out in this great opportunity to learn from one of the best in the UFC, Ricky Glenn! Sign-up today!





 

 

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
This program covers proper footwork, punching/kicking techniques.
Through this course, participants will gain the awareness and confidence to build a great base in self-defense and ability to advance as a martial art.
(*This is a low contact class with NO live sparring.)
UFC
1
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 2, 2021
Get Involved! with DMACC Campus Recreation
LEARN MORE AT
www.dmacc.edu/campusrecreation
2
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 2, 2021
It's Fantasy Football Season! The Registration Deadline for the DMACC Campus Recreation Fantasy Football League is tomorrow at 12pm. If interested go to:
https://football.fantasysports.yahoo.com/.../invitation...

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

FOOTBALL.FANTASYSPORTS.YAHOO.COM

**Join my Yahoo Sports Fantasy Football league, Intramural League**

Click the link above and follow the steps to join my league. Good luck!

1 share

Like Comment Share

Write a comment...

**DMACC Campus Recreation**

August 31, 2021 ·

Exciting news!! Adult and Youth MMA Programs now available at Trail Point.

Check out the 6-Week MMA Training Program with former Bellator Vet, Victor Moreno and UFC Lightweight Fighter Ricky Glenn.

Contact Trail Point Aquatics & Wellness for details!!!!



Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRI
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
Trail Point Aquatics & Wellness
August 31, 2021
NEW PROGRAM ALERT: MMA Adult & Youth Training‼ Offered to Trail Point Members only - limited spots available! LEARN MORE: https://mytrailpoint.com/Pages/progr... See more
Like
Comment
Share
Write a comment...
DMACC Campus Recreation is at Trail Point Aquatics & Wellness.
August 25, 2021 · Ankeny, IA
Attention DMACC Students, Faculty, Staff and Trail Point Members:
Are you looking to play pick-up basketball? Come to Trail Point, Gym 1 on the Ankeny Campus. We plan to play on Wednesday's and Friday's from 12pm-3pm.
Hope to see you on the court!
DMACC Campus Recreation
Company
Send message
2
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
August 20, 2021
Here are some pictures from 2021 TPAW Summer Basketball League Championship Game.



DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

5

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
August 20, 2021 ·

The 2021 TPAW Summer Basketball League ended with a buzzer beater in OT! What. A. Finish! Congratulations to the Uncle Drew's team!

2

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
July 27, 2021 ·

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024



DMACC Campus Recreation

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

THU, JUL 29, 2021

**Destination Registration at DMACC: July 29**

In-person at the DMACC location nearest you or virtually - YOU choose!

Interested

Like Comment Share

Write a comment...

**DMACC Campus Recreation**

July 19, 2021

🏀 We have reached the halfway mark now that week 3 of the TPAW Summer League is over. Teams are starting to make their playoff push. Top 8 will make the playoffs. 🏀 Let's goooo!

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
5
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
July 12, 2021
Week 2 of the TPAW Summer Basketball League is in the books! It was another great week of action packed competitive games and a buzzer beater!
+2
5
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
July 2, 2021
Opening Night of the TPAW Summer Basketball League! It was a fun first night. Can't wait until next week!

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
+2
7
2 shares
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
June 23, 2021
The TPAW Summer Racquetball League Registration Deadline is today! We hope to see you on the court!
TRAIL POINT
AQUATICS & WELLNESS
TPAW RACQUETBALL
LEAGUE
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
June 23, 2021
The TPAW Summer Basketball League Registration Deadline is today! We hope to see you on the court!
TRAIL POINT

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECR
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
TRAIL POINT
AQUATICS & WELLNESS
TPAW SUMMER LEAGUE
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
June 21, 2021 ·
Registration Deadlines are this week! Sign-up today!!!
DMACC Campus Recreation
May 26, 2021 ·
Interested in playing Basketball or Racquetball this summer?
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
May 26, 2021 ·
Interested in playing Basketball or Racquetball this summer?

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
1
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
May 26, 2021
THE BEAR ESSENTIALS
BE involved. BE active. BE informed. BE you.
hello summer
JOIN THE HUB-JOIN THE FUN
AUDITION ANNOUNCEMENT
ANKENY THEATRE
2 Events - 1 Night
$600+ in Prizes!
FREE PRIZES at each event!
DMACC Student Activities Council - Ankeny Campus
May 24, 2021
Happy First week of Summer classes DMACC Bears!
Here is your Bear Essentials Newsletter for this week! Check out the great events we have with Iowa's Comm... See more
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
May 24, 2021

Search Facebook

DMACC Campus Recreation

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
May 24, 2021 ·

Registration is OPEN!

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
May 24, 2021 ·

Registration is OPEN!

Registration
May 10–June 23
*Register at the Trail Point front desk or website*

League Play
July 1–August 5

TRAIL POINT
AQUATICS & WELLNESS
TPAW RACQUETBALL

Co-ed Divisions
• A (Advanced) - is above average players in good condition who are looking for above average competition. Advanced
• B (Competitive) - is experienced intermediate

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
League Play
July 1-August 5
Games are on
Thursday Nights between 5pm-10pm and Sunday afternoons between 1pm-5pm
Playoffs (eligible players)
August 12th - 19th
Members and Non-Members League
• $20 per player
• 16+ to play
TPAW RACQETBALL LEAGUE
THURSDAY NIGHTS
Advanced
• B (Competitive) - is experienced intermediate players who like to play different people and get a good workout.
• C (Recreational) - is for less experienced players who want to play more on a regular basis.
If there isn't enough players for a division, divisions will be combined
T-SHIRT AND A PLAQUE TO THE WINNING PLAYER
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
May 24, 2021 ·
Des Moines Register
ANKENY'S BEST
2021
PART OF THE USA TODAY NETWORK
WINNERS
Congratulations to all of the 2021 Best of the Best Winners!
Des Moines Area Community College is at Trail Point Aquatics & Wellness.
May 20, 2021 · Ankeny, IA ·
Trail Point Aquatics & Wellness on our Ankeny Campus has been voted Ankeny's #BestofTheBest Fitness Center/Gym once again! This marks the fourth year that Trail ... See more
1 share
Like
Comment
Share
Write a comment...

DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
May 18, 2021
TRAIL POINT PRESENTS
7-WEEK VIRTUAL NUTRITION PROGRAM
ACCOUNTABILITY EDUCATION, & PERSONAL RESULTS.
Trail Point Aquatics & Wellness
May 17, 2021
We all know the types of foods that we should be eating... now learn how to change your mindset and actually DO IT! Join our virtual nutrition "bootcamp" and to... See more
1
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
May 17, 2021
"Education is the most powerful weapon which you can use to change the world."
— Nelson Mandela

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Student Activities Council - Ankeny Campus**
May 12, 2021 ·

Congratulations to our graduates! We are proud of you and all you have accomplished! Best of luck on your future journey!
*DMACC Student Life & Iowa's Comm... **See more**

1

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
May 13, 2021 ·

**Trail Point Aquatics & Wellness**
May 11, 2021 ·

Our Summer Basketball League is BACK! Games are played on the short courts, Wednesday nights - June 30 - August 4. Playoffs run August 11-18.
Members and non-m... **See more**

1 share

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
May 11, 2021 ·

TPAW RACQUETBALL LEAGUE



DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

DMACC
GAME Night
Monday, April 29
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

CHAMPION
TPAW RACQUETBALL LEAGUE
TPAW RACQUETBALL LEAGUE
THURSDAY NIGHTS

**Trail Point Aquatics & Wellness**
May 11, 2021 ·

Our Racquetball league is back! Join us Thursday nights and Sunday afternoons between July 1 - August 5. Playoffs run August 12-19.
Members & non-members 16+ w... **See more**

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
May 11, 2021 ·

TPAW SUMMER BASKETBALL LEAGUE
Registration: May 10th – June 23rd
Register at the Trail Point front desk or websit
League Play: June 30-August 4
Games are on Wednesday Nights between 5pm-10pm
Playoffs (eligible teams): August 11th – 18
Games are played on the short courts
>> Members and Non-Members League
>> $220 per team
>> T-shirts and plaques to the winning team
>> Officials Needed! $9.50 an hour (if interested email arnelson@dmacc.edu)

**Trail Point Aquatics & Wellness**
May 11, 2021 ·

Our Summer Basketball League is BACK! Games are played on the short courts, Wednesday nights - June 30 - August 4. Playoffs run August 11-18.
Members and non-m... **See more**

1 1 share

Like Comment Share

DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
1
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
May 10, 2021
The Trail Point Summer League is BACK!
This is an 18+ and older league. The league is open to members and non-members. Masks are not required but are recommended. To sign-up please go to the Trail Point website or stop by and sign-up at the Membership Desk. If you have any questions feel free to email the Campus Recreation Coordinator, Andy Nelson at arnelson@dmacc.edu.
TRAIL POINT
AQUATICS & WELLNESS
TPAW SUMMER LEAGUE
TPAW SUMMER BASKETBALL LEAGUE
Registration: May 10th – June 23rd
Register at the Trail Point front desk or website
>> League Play: June 30–August 4
>> Games are on Wednesday Nights between 5pm–10pm
>> Playoffs (eligible teams): August 11th – 18
>> Games are played on the short courts
>> Members and Non-Members League
>> $220 per team
>> T-shirts and plaques to the winning team
>> Officials Needed! $9.50 an hour (if interested email arnelson@dmacc.edu)
2
Like
Comment
Share
Write a comment...
DMACC Campus Recreation

DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
DMACC Campus Recreation
May 10, 2021
Pick-up Basketball is BACK!!!!
Trail Point Aquatics & Wellness
May 8, 2021
Pick-up basketball will resume on Monday morning at 5:00 am!
Please bring your own basketball. No reservations required.
Masks will be required during the fo... See more
2
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
April 28, 2021
THE BEAR ESSENTIALS
BE involved. BE active. BE informed. BE you.
DMACC STUDENT LIFE WEEKLY NEWSLET
DMACC ANKENY THEATRE PRESENTS:



DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Student Activities Council - Ankeny Campus**
April 26, 2021

We're here with your weekly "Bear Essentials" newsletter! So many exciting events to check out including an awesome performance from DMACC Ankeny Theatre! Chec... **See more**

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
April 26, 2021

DMACC is the 2021 D2 NJCAA NATIONAL CHAMPIONS!!!!

**DMACC Athletics**
April 25, 2021

YOUR 2021 D2 NJCAA NATIONAL CHAMPIONS!!!!

6

DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
6
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
April 21, 2021
LEARN MORE AT
www.dmacc.edu/campusrecreation
DMACC Campus Recreation
March 23, 2021
Intramural Registration Deadlines are coming soon! #Getinvolved
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
April 21, 2021
Time is running out!!!!
campus RECREATION
CANOE RACES
Prizes and SWAG

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
April 12, 2021 ·

Get Involved! Intramural Canoe Races

You can sign-up at http://imleagues.com using your DMACC email address. Teams of two. Sign-up today!

1 share

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
April 19, 2021 ·

**DMACC Student Activities Council - Ankeny Campus**

DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
DMACC Student Activities Council - Ankeny Campus
April 19, 2021
We've got your "Bear Essentials" right here! Lots of events and announcements and special ideas to celebrate #EarthWeek2021
Find a full version with links h... See more
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
April 12, 2021
Overcoming ADVERSITY
The Diversity Commission is hosting a virtual event with speaker JJ Moses.
DAY
Monday, April 12, 2021
TIME
12:00pm-1:00pm
To register or learn more about this event, visit:
HTTPS://FORMS.OFFICE.COM/R/FLX1IW25BA
Registration is required. A Zoom link will be sent prior to the date of the event.
JJ Moses
MON, APR 12, 2021
DMACC Diversity Commission Virtual Event with J.J. Moses
15 people interested
Interested
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
April 12, 2021
THE BEAR ESSENTIALS
BE involved. BE active. BE informed.
DMACC STUDENT LIFE WEEKLY NEWSLET
DFI PRESENTS: PROHIBITED VIP & VIRTUAL FASHION SHOW
DMACC STUDENT ACTIVITIES
UPCOMING MENTAL HEALTH WORKSHOP

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Student Activities Council - Ankeny Campus**
March 29, 2021

This week's Bear Essentials newsletter is FULL of announcements, events, PRIZES and info! Check out the full version here 👉https://bit.ly/3iJUAqM

🎬Tonight's Mo... **See more**

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
April 12, 2021

Get Involved! Intramural Canoe Races

You can sign-up at http://imleagues.com using your DMACC email address. Teams of two. Sign-up today!

5 · 2 shares

Like Comment Share

Write a comment...

**DMACC Campus Recreation**

Search Facebook

DMACC Campus Recreation

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
March 23, 2021

Intramural Registration Deadlines are coming soon! #Getinvolved

LEARN MORE AT
www.dmacc.edu/campusrecreation

1 · 1 comment · 2 shares

Like · Comment · Share

**DMACC Campus Recreation**
March 23, 2021

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**Trail Point Aquatics & Wellness**
March 23, 2021

Hooray for the return of Pickleball! Starting Wednesday (3/24), we will have three pickleball courts available during designated hours (below) in Gym 2, Court B... **See more**

2

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
March 22, 2021

With the 2021 NCAA Wrestling Championships in the books the DMACC Campus Recreation Department teamed up with the Moonlight Graham Show with another great interview.

Today's interview is with Kyven Gadson. He is an American amateur wrestler. Currently a senior competitor in amateur freestyle wrestling. Gadson also wrestled for the Iowa State Cyclones, was a three-time All-American in NCAA Division I collegiate wrestling and won the 2015 NCAA Division I Wrestling Championship... **See more**

2 · 1 share

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
March 19, 2021

Happy Friday Everyone!!!

Today we have another interview thanks to our partnership with the Moonlight

Search Facebook



DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation



## Photos

See all photos














Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

Happy Friday Everyone!!!

Today we have another interview thanks to our partnership with the Moonlight Graham Show. This time with DMACC alumni Nick Overton.

Nick Overton grew up in Johnston and played video games like most of us. But as he started getting more successful at Halo, Call of Duty, Fortnite and other games and started making videos that he would share online to teach others through his gameplay. His combination of personality and gaming skill has helped him gai... **See more**






1 · 2 shares

Like · Comment · Share

Write a comment...



**DMACC Campus Recreation**
March 18, 2021 ·

Pictured are the Spring 2011 Intramural Short Court Basketball Champions!




2

Like · Comment · Share

Write a comment...

**DMACC Campus Recreation**
March 12, 2021 ·

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

March 12, 2021

1

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
March 12, 2021

Calling all gamers! Do you play Rocket League or know some one who does? Then contact DMACC Campus Recreation Coordinator, Andy Nelson at arnelson@dmacc.edu for more information.

1 2 shares

Like Comment Share

DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
March 11, 2021
UPCOMING SPRING 2021 INTRAMURALS
For more info: Andy Nelson
arnelson@dmacc.edu
Keep an eye out for upcoming local athlete interviews with DMACC Campus Recreation and The Moonlight Graham Show!
Trail Point Aquatics & Wellness
March 11, 2021
DMACC Students, Faculty, Staff: Check out what DMACC Campus Recreation has to offer! Meet new friends and have fun this spring!
2
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
March 8, 2021
THE BEAR ESSENTIALS
DMACC STUDENT LIFE WEEKLY NEWSLETTER
WOMEN'S HISTORY MONTH
THIS WEEK'S VIRTUAL EVENTS & ACTIVITIES

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

**DMACC Student Activities Council - Ankeny Campus**
March 8, 2021

Happy Bear Essentials Day DMACC Bears! 🐻

🎉Here is this week's newsletter with lots of info, announcements and events to check out! Find a full version with lin... **See more**

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
March 5, 2021

Happy Friday! With the help of the Moonlight Graham Show we have another great interview for you today! This time with former ISU Basketball Player, former NBA Player and author, Paul Shirley.

Have a great weekend everyone!

Tim Flattery

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
March 4, 2021

Pictured are the Fall 2009 Intramural Indoor Volleyball Champions!

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024



 

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
THROWBACK THURSDAY
3
2 shares
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
March 4, 2021
Get involved with DMACC Campus Recreation!
LEARN MORE AT
www.dmacc.edu/campusrecreation
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
March 3, 2021

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**Trail Point Aquatics & Wellness**
March 3, 2021 ·

Spring session for Youth & Adult programs is approaching! Check out the programs offered for our next session, running March 29 - May 9. Member Registration op... **See more**

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
March 2, 2021 ·

The DMACC Campus Recreation Department has again partnered with the Moonlight Graham Show to bring you another special interview. This time with Alan Roach. For those of you who don't know him, he has announced 8 Super Bowls, 5 Olympic gold medal hockey games, and multiple All-Star games for the National Football League, National Hockey League, Major League Baseball and has Iowa ties.

We hope you enjoy the interview!



Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRI
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
Tim Flattery
4
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
March 1, 2021
COVER LETTER
WED, MAR 3, 2021
Cover Letter Workshop w/DMACC Career Center and ISU Writing & Media Center
19 people interested
Interested
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
March 1, 2021
Happy March! Racquetball Courts reopen for singles play!
Masks and distancing will be required at all times. Reservations are required (per court) using our online system. Note: This differs from our Family Swim reservations which require ALL individuals to make a reservation. Read a full list of details and our new processes: https://www.dmacc.edu/coronavirus/Pages/trail-point-faq.aspx
TRAIL POINT
AQUATICS & WELLNESS
2
Like
Comment
Share

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
Monday, April 29
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
2
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
March 1, 2021
Trail Point Aquatics & Wellness is sharing a COVID-19 Update.
February 26, 2021
Please remember that Family Swim reservations are required for EACH individual within the pool for for up to 60 minutes. So, if you have a family of fiv...
See more
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
March 1, 2021
Photo taken prior to COVID



DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**Trail Point Aquatics & Wellness** is feeling excited.
February 28, 2021

It's Les Mills Launch Week! GRIT 35 & BodyPump 116 new release will be offered during our scheduled class times (shown below). Reservations Are still required.... **See more**

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
March 1, 2021

**DMACC Student Activities Council - Ankeny Campus**
March 1, 2021

Happy March! Here's your Bear Essentials newsletter with loads of activities, announcements, and events to get involved with!

Find a full verion here http... **See more**

Like Comment Share

Write a comment...

DMACC Campus Recreation
Like
Comment
Share
Write a comment...
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC Campus Recreation
February 24, 2021
SPRING 2021
THE BEAR ESSENTIALS
SPECIAL EDITION: VIRTUALLY "SPRING" INTO DMACC DEPARTMENTS
DMACC Student Activities
DMACC STUDENT LIFE
DMACC Campus Recreation
campus RECREATION
DMACC Student Activities Council - Ankeny Campus
February 24, 2021
Special Edition Bear Essentials Newsletter!
Check out this Special Spring Edition of the Bear Essentials that hightlights departments and resources to help ... See more
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
February 22, 2021
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**Trail Point Aquatics & Wellness**
February 19, 2021 ·

Hooray! The B-ball hoops will open at 5:30 am Monday for shooting only (no game play at this time). Reservations are required using our online system and will o... **See more**

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
February 22, 2021 ·

**DMACC Student Activities Council - Ankeny Campus**
February 22, 2021 ·

We've got your 🐻 Bear Essentials for you! Visit our page for a full version with links: https://bit.ly/3iJUAqM

Hop on over to the Iowa Community College Studen... **See more**

1

Like Comment Share

Write a comment...

Search Facebook
DMACC Campus Recreation
Like
Comment
Share
Write a comment...
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
Monday, April 29
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
DMACC Campus Recreation
February 18, 2021 ·
Pictured are the Fall 2018 Intramural Sand Volleyball Champions! Don't miss out on your chance to become a champion. Go to www.imleagues.com to sign-up today!
THROWBACK THURSDAY
4
2 comments
Like
Comment
Share
DMACC Campus Recreation
February 11, 2021 ·
In-person Intramurals are BACK! Check out what is on the schedule and get signed-up! We hope to see you on the court!!!
campus RECREATION
FALL 2020 Intramural Schedule
IMLEAGUES.COM
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
February 11, 2021 ·
Pictured are the 2018 Intramural Canoeing Champions!
Don't forget to sign-up for your chance to become an Intramural Canoeing Champion! Go to www.imleagues.com to register!
Get Involved!

Search Facebook

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

Get Involved!

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
February 10, 2021 ·

There is a "NEW" Champion in the NFL. What's everyone think about Brady getting his 7th Championship?

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
February 10, 2021 ·

Get Involved!

Search Facebook

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Student Activities Council - Ankeny Campus**
February 8, 2021

It's a new week and a new Bear Essentials Newsletter full of events, info and ways to get involved! 😎

Check out the full version with links here: https://bit.ly... **See more**

1

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
February 3, 2021

2021 National Recreation Movement

During a time when social distancing is the norm, let's come together digitally through fitness. The 2021 Recreation Movement is about staying active together, even when we're apart.

1. Create an Account!... **See more**

1

Like Comment Share

Write a comment...

Search Facebook

DMACC Campus Recreation

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

Write a comment...

**DMACC Campus Recreation**
February 2, 2021 ·

😱😱😱😱😱

**SportsCenter**
February 2, 2021 ·

EA Sports is rebooting its college football series for Next Generation consoles.

The announcement ends the hiatus that the game has taken since then-Michigan ... **See more**

2 · 2 comments

Like · Comment · Share

**DMACC Campus Recreation**
February 2, 2021 ·

Who is interested in Intramural eSports Leagues and Tournaments?

If you answered yes to this question go to www.imleagues.com to sign-up. Please use your DMACC email address to sign-up. Winners will receive an Intramural T-shirt, Rec Swag and be entered into a drawing to win a gift card.



DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

TUESDAY TALK
DMACC
BEARS
GAMING
2
2 shares
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
February 1, 2021
Join us today at 4:15pm for our Monday Movie Matinee on Teleparty. We will be showing The Speed Cubers! We will post the URL at 3:45pm on our social media. We hope that you will join us!
MONDAY MATINEE
SPEED CUBI
1
2 comments 1 share
Like
Comment
Share
DMACC Campus Recreation
February 1, 2021
2021 National Recreation Movement
During a time when social distancing is the norm, let's come together digitally through fitness. The 2021 Recreation Movement is about staying active together, even when we're apart.
1. Create an Account!... See more
RECREATION MOVEMENT





 

DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
MOVEMENT
Like Comment Share
Write a comment...
DMACC Campus Recreation
February 1, 2021
THE BEAR ESSENTIAL
DMACC STUDENT LIFE WEEKLY NEWSLETTER
BLACK HISTORY MONTH 2021:
DMACC PRESENTATIONS
VOICES OF DIVERSITY: JUSTICE & MASS INCARCERATION PT. II
Tim Wise Presentation
How to be an Antiracist- Ibram X. Kendi
UPCOMING SPRING 2021 INTRAMURALS
DMACC Student Activities Council - Ankeny Campus
February 1, 2021
New Week-more events! Come join us for all the fun and prizes this week plus a FREE Virtual Concert from American Idol winner and Iowa Native Maddie Poppe on T... See more
2
1 share
Like Comment Share
Write a comment...
DMACC Campus Recreation
February 1, 2021
Get Involved! with DMACC Campus Recreation

Search Facebook

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

3

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
January 28, 2021 ·

Pictured are the Spring 2010 Intramural 3-on-3 Basketball Champions!

2

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
January 26, 2021 ·



Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECR
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
DMACC Campus Recreation
January 26, 2021
Who's enjoying the snow?
TUESDAY TALK
1
2 comments
Like
Comment
Share
DMACC Campus Recreation
January 25, 2021
Get Involved! with DMACC Campus Recreation



Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECR
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
LEARN MORE AT
www.dmacc.edu/campusrecreation
13
2 comments 7 shares
Like
Comment
Share
DMACC Campus Recreation
January 19, 2021 ·
DMACC Students, Faculty and Staff......Welcome Back!!!!
THE BEAR ESSENTIALS
This Week's Student Life Events:
UPCOMING MOVIE PARTIES
campus RECREATION
SPRING 2021 INTRAMURAL
DMACC Student Activities Council - Ankeny Campus
January 19, 2021 ·
Happy First Day of Spring Classes DMACC Bears!
We hope your semester is off to a great start and we've have a lot of events happening this week to make it FUN... See more
1
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
January 13, 2021 ·
Exciting news!
Tim Flattery of the Moonlight Graham Show sat down to talk to Daniel Tillo. Tillo was a three-sport star for the Sioux City North Stars who had his choice for college opportunities. At just 24 years old, Tillo has rocketed up the ranks in the Royals organization and was primed to breakout before COVID 19 through a wrench into things.
It's a great interview that we are sure you will enjoy!




DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

3 4 shares

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
January 11, 2021

The Spring 2021 Semester is here! Check-out all these awesome ways to get involved this semester!

**DMACC Student Activities Council - Ankeny Campus**
January 11, 2021

Welcome Back Bears! 🐻
We know the semester doesn't start until Jan 19th, but we're starting the FUN 🎉this week! Check out this week's Bear Essentials newslett... **See more**

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
January 11, 2021

It's Monday Movie Matinee time! Join the Campus Recreation Department at 4:00pm today to watch Real Steal on Teleparty. Below is the URL. We hope that you will join us!

https://www.tele.pe/netflix/c76628c4204d8037?s=s191



DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

4 · 2 comments

Like Comment Share

**DMACC Campus Recreation**
January 8, 2021

It's a new year and with that comes a new Intramural Schedule. Go to www.imleagues.com to sign-up for Spring 2021 Intramurals. We will be virtual with The Moonlight Graham Show, trivia, Challenges, eSports and provide some on-campus Intramurals. Intramurals are part of the total college experience. So get involved!

3

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
January 7, 2021

Pictured is the Spring 2010 Intramural 1-on-1 Basketball Champion!

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
Monday, April 29
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
THROWBACK THURSDAY
1
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
January 4, 2021
This. Is. Awesome.
DMACC
REC OF THE MONTH
CAMPUSRECMAG.COM
Trail Point Aquatics and Wellness at DMACC - Campus Rec Magazine
3
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
December 21, 2020
It's the last Monday Movie Matinee of 2020! Join the Campus Rec Department today at 4:00pm to watch "A Very Murray Christmas" on Teleparty.
Look for the URL around 3:30pm today. We will post on all of our social media. Have a great Monday!
MONDAY
NETFLIX

DMACC Campus Recreation

MONDAY MATINEE

1 comment

Like Comment Share

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
December 14, 2020

At 4:30pm the Campus Recreation Department will be showing The Grinch on Netflix Party. We hope that you will join us. Below is the URL. Enjoy!

https://www.tele.pe/netflix/dd78f0fd047e4c56?s=s148

2

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
December 11, 2020

Throwback Thursday on a Friday! Pictured are the Fall 2017 Intramural Basketball Champions!

2

Like Comment Share

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
Monday, April 29
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
2
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
December 9, 2020
Trail Point Aquatics & Wellness
December 9, 2020
Let us help clear up any confusion... Yes, we have lots of Andrews.
1
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
December 8, 2020

DMACC Campus Recreation

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

DMACC Recruitment was live.
December 8, 2020
2
Like Comment Share
Write a comment...
DMACC Campus Recreation
December 7, 2020
Below is the URL for The Stars in the Sky - A Hunting Story. We hope that you will join us. https://www.tele.pe/netflix/5362fd920dc9c6dc?s=s154
MONDAY MATINEE
2 shares
Like Comment Share
Write a comment...
DMACC Campus Recreation
December 7, 2020
THE BEAR ESSENTIALS
UPCOMING EVENTS
JOIN THE FUN!
DMACC ANKENY THEATRE PRESENTS....
ROMEO & INTERNET
DMACC campus recreation
8 Secrets to Staying Fit During the Holidays
DMACC Student Activities Council - Ankeny Campus
December 7, 2020

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
DMACC Student Activities Council - Ankeny Campus
December 7, 2020
Hello DMACC Bears!
We are here with your Bear Essentials newsletter with all kinds of events this week! Leadership workshop, LGBTQ workshops, movies, trivia ... See more
1
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
December 7, 2020
THERE'S A NEW FACE AROUND HERE!
WELCOME
ANDY LAUGHLIN
DIRECTOR, TRAIL POINT
Trail Point Aquatics & Wellness
December 7, 2020
The team is excited to welcome Andy to Trail Point. Check out our welcome video below where we reveal Andy's favorites that we've been asking you about all weekend!
2
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
December 4, 2020

Search Facebook
DMACC Campus Recreation

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

DMACC
GAME Night
Monday, April 29
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECR
YBALL SCHEDULE U
Feature Friday

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

+4
WELCOME
ANDY LAUGHLIN
Andy joins us on Monday, December 7th as the new Director of Trail Point.
Prior to joining us, Andy was the Assistant Director of Facilities & Aquatics at Iowa State University.

**Eric Ver Helst** is with **Bj Mcginn**.
December 4, 2020 ·

WOW BJ, its been a long time coming. The opening is near. I don't think I can be anymore impressed with this gem. I am excited for our athletes and students, to... **See more**

8

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
December 4, 2020 ·

Welcome Andy!

**Trail Point Aquatics & Wellness**
December 4, 2020 ·

We're SO excited to announce that Andy Laughlin will join us on Monday as the new Director of Trail Point!

2

Like Comment Share

Write a comment...



DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
December 3, 2020
Pictured are the Spring 2019 Extramural Basketball Champions vs. Grandview!
THROWBACK THURSDAY
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
November 30, 2020
Hope everyone had a great Thanksgiving! Today is Monday Movie Matinee Day! We hope you will join us to watch The Bad News Bears today at 4:00pm on Teleparty. We will post the URL at 3:30pm on ALL of our social media. See you then!
MONDAY MATINEE
BAD NEWS Bears
2
1 comment
Like
Comment
Share
DMACC Campus Recreation
November 19, 2020
Pictured is the Fall 2017 Intramural Pickleball Champion!
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

3

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
November 16, 2020

Hey Everyone! Here is the URL for Greater:
https://www.tele.pe/netflix/0c40683cae8b7b08?s=s151
We will start the movie at 4:15pm! We hope that you will join us.

TELE.PE
**Teleparty Invite**

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
November 12, 2020

The Masters Tournament has teed off and this week with the help of The Moonlight Graham Show we have Des Moines own Jack Newman. Jack won an underdog tournament to become the biggest underdog in the biggest golf tournament in the US. Jack Newman won the 2008 U.S. Amateur Public Links tournament to earn a tee time at the Masters. Newman went to Hoover High School in Des Moines and got his start playing Waveland. After a very successful high school career, he went on to play go... **See more**



DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
4
6 shares
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
November 3, 2020
Don't forget to check out this weeks Moonlight Graham Show podcast!
TRAFFIC.LIBSYN.COM
Nick Nurse
This week's Moonlighter started his career in Iowa, circled the globe, and ended up on top of the world. Nick Nurse played in the red and gold of the Kuemper Knights but more recently has been...
1
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
November 3, 2020
It's Election Day! Don't forget to vote.
GO
VOTE

DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
1
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
November 2, 2020
Hey Everyone! Today's Netflix Movie Matinee is #Rucker50. We will start the movie at 4pm. Here is the URL: https://www.tele.pe/netflix/a0822db9604ca0e1?s=s146
MONDAY MATINEE
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
November 2, 2020
THE BEAR ESSENTIALS
DMACC Student Life Weekly Newsletter
Tues., November 3
Your Vote is Your Voice.
#GetOutTheVote2020
PHOTO CONTEST
UPCOMING EVENTS
DMACC CAMPUS RECREATION
Netflix Parties:

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Student Activities Council - Ankeny Campus**
November 2, 2020

Here is this weeks "Bear" Essentials Newsletter from DMACC Student Life! We've got some fun movies, trivia and a leadership workshop you don't to miss! Also, a... **See more**

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
October 30, 2020

Friday is here and so is another Fitness Friday from the DMACC Campus Recreation Department. Below are some fitness tips for this winter:

1. Seek out an exercise partner or group
2. Enlist the thermostat in your cause... **See more**

1 · 1 share

Like Comment Share

Write a comment...

**DMACC Campus Recreation**

Search Facebook

DMACC Campus Recreation

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
October 29, 2020 ·

Pictured are the Spring 2009 Intramural Indoor Soccer Champions!

1

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
October 27, 2020 ·

We have a special Talk Tuesday! Today's interview is courtesy of The Moonlight Graham Show and features Scott Schebler, a 2010 alum of Des Moines Area Community College Baseball and the DMACC-Boone Campus. Schebler, who grew up in Shueyville, Iowa, and attend Prairie High School (Cedar Rapids, Iowa), has spent the last 10 years in professional baseball.

This interview took place toward the end of the crazy 2020 regular season as Schebler and the Atlanta Braves tried to stay... **See more**

7 · 7 shares

Like Comment Share

Write a comment...

**DMACC Campus Recreation**

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
DMACC Campus Recreation
October 26, 2020
Here is the URL for today's Netflix Party!
https://www.tele.pe/netflix/1725647845241190?s=s169
TELE.PE
Teleparty Invite
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
October 26, 2020
THE BEAR ESSENTIALS
Share you Halloween Costume and Pumpkin carving photos with us!
Tag us on Facebook (SACAnkeny), Twitter & Instagram (DMACCSACAnkeny) and we'll pick some random winners for prizes!
DMACC BEST BUDDIES
Monday, Oct.26
Tuesday, Oct. 27
TUESDAY TRIVIA
Wednesday, Oct. 28
UPCOMING EVENTS
CAREER FAIR
DMACC FOUNDATION SPRING 2021
DMACC Student Activities Council - Ankeny Campus
October 26, 2020
Check it out! This week's Bear Essentials newsletter! Mentalist, Human iPod, trivia and more! Join us and DMACC Campus Recreation for our Netlfix Movies TODA... See more
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
October 26, 2020
Join us today at 4:00pm for a Netflix Party! We will be showing Moneyball. A story about how MLB's Oakland A's general manager Billy Beane's successful attempt to assemble a baseball team on a lean budget by employing computer-generated analysis to acquire new players.
The URL will be posted on all of our social media platforms at 3:30pm. Hope to see you then!
BRAD PITT
MONEYBALL
JONAH HILL PHILIP SEYMOUR HOFFMAN
BASED ON A TRUE STORY

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

MONDAY MATINEE

1 · 1 share

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
October 22, 2020

VIRTUAL BINGO
3 PM TO 4 PM
LOG IN WITH ZOOM & DOWNLOAD A BINGO CARD AT BINGOMAKER.COM

THU, OCT 22, 2020
**Virtual Bingo**
2 people went
Interested

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
October 19, 2020

DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
Performances will be virtual-only and shown LIVE via Zoom
All performances are free to attend!
#GetOutTheVote 2020
Make a plan to vote
Visit www.dmacc.edu/vote for more info
Voices of Diversity Speaker Don Tate
Monday, Oct. 25 12:15pm
NETFLIX MOVIE PARTY
Mon., Oct. 19th 8:00 PM
DMACC Student Activities Council - Ankeny Campus
October 19, 2020
This week's Bear Essentials is packed with events such as a leadership workshop, LGBTQ speaker, virtual bingo, and more!
Also check out the DMACC Ankeny Theatr... See more
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
October 19, 2020
No movie this week. Tune in next week for Moneyball!
MONDAY MATINEE
1 share
Like
Comment
Share

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
October 15, 2020
Pictured are the 2012 Intramural Full Court Basketball Champions!
THROWBACK
THURSDAY
2
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
October 9, 2020
A day late but here are the Fall 2010 Intramural Flag Football Champions!
THROWBACK
THURSDAY
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
October 6, 2020
Today is a BIG DAY! The Campus Recreation Department and The Moonlight Graham Show have partnered to bring you an interview with former Buffalo Bills and Seattle Seahawks Running Back - Fred Jackson. Check it out!

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

DMACC
GAME Night
Monday, April 29
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

Seahawks Running Back - Fred Jackson. Check it out!

Tim Flattery
fredrickjackson
NETFLIX.COM
The Last Dance | Netflix
This docuseries chronicles the rise of superstar Michael Jordan and the 1990s Chic...

19 · 10 shares

Like · Comment · Share

Write a comment...

**DMACC Campus Recreation**
October 5, 2020

Here is the URL for The Last Dance part 8!
https://www.netflix.com/watch/81002662...

1

Like · Comment · Share

Write a comment...

**DMACC Campus Recreation**
October 5, 2020

Join us today at 4pm for part 8 of The Last Dance. We will post the URL at 3:30pm for the Netflix Party! Hope to see you there!

Document title: Facebook
Capture URL: https://www.facebook.com/DMACCCampusRec
Capture timestamp (UTC): Thu, 18 Jul 2024 15:38:21 GMT
Page 149 of 187

 

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

Join us today at 4pm for part 8 of The Last Dance. We will post the URL at 3:30pm for the Netflix Party! Hope to see you there!

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
October 1, 2020 ·

Pictured are the Intramural Spring 2009 Arena Football Champions!

1

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
September 30, 2020 ·

Is there any Karate Kid fans out there? Did you see that Cobra Kai (Karate Kid movie spin off) is now on Netflix!

  

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRI
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
WHAT'S NEW WEDNESDAY
Cobra Kai
1
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 29, 2020
Who wins: Heat or Lakers? In how many games? Final combined score of the close out game? The person that gets this right will receive an Intramural Champion T-shirt. Post here!
TUESDAY TALK
NBA FINAL
3 comments
Like
Comment
Share
DMACC Campus Recreation
September 28, 2020
Here is the URL to The Last Dance part 8. Hope that you will join us!
https://www.netflix.com/watch/81002662...

Document title: Facebook
Capture URL: https://www.facebook.com/DMACCCampusRec
Capture timestamp (UTC): Thu, 18 Jul 2024 15:38:21 GMT

DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
NETFLIX.COM
The Last Dance | Netflix
This docuseries chronicles the rise of superstar Michael Jordan and the 1990s Chic...
1
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 28, 2020
THE BEAR ESSENTIALS
DMACC STUDENT LIFE WEEKLY NEWSLETTER
CAMPUS RECREATION-UPCOMING EVENTS
Your Vote is your Voice
US CENSUS
DMACC Student Activities Council - Ankeny Campus
September 28, 2020
Here's your weekly newsletter from #dmaccstudentlife-The Bear Essentials!
Don't miss tonight's featured events:
7:00pm The Carson King Story with Carson King (... See more
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 28, 2020
Join us at 4pm today for part 8 of The Last Dance! The URL will be posted at 3:30pm. See you then!
MONDAY
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

Document title: Facebook
Capture URL: https://www.facebook.com/DMACCCampusRec
Capture timestamp (UTC): Thu, 18 Jul 2024 15:38:21 GMT



Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECR
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
MONDAY MATINEE
THE LAST DANCE
1
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 25, 2020
Busch Light Supply Needs Replenished ~Venmo~ Carson-King-25
MON, SEP 28, 2020
Featured Speaker: Carson King
12 people interested
Interested
1
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 24, 2020
Pictured are the Fall 2017 Intramural Sand Volleyball Champions!
THROWBACK THURSDAY
3

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
3
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 23, 2020
Fall 2020 Intramural Plank Challenge Winner - Katie Base
WHAT'S NEW WEDNESDAY
2
1 comment
Like
Comment
Share
DMACC Campus Recreation
September 22, 2020
Who is interested in video games? Which games would you like to play in a tournament or league setting? Let us know. Also, don't forget to checkout our current Intramural Schedule!
TUESDAY

Search Facebook

DMACC Campus Recreation

TALK

Like Comment Share

Write a comment...

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
September 18, 2020

Want to try something new? How about Aqua Zumba? Join us on Friday's from 9:15-10:00am at Trail Point on the Ankeny Campus.

FITNESS FRIDAY

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
September 17, 2020

Campus Rec Virtual Frisbee Golf Tournament
Registration Deadline: Thursday, October 1st
Tournament Date: Thursday, October 1st - Friday, October 2nd
Virtual Frisbee Golf Tournament Rules:... **See more**

VIRTUAL
FRISBEE

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
GOLF
CHALLENGE
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 17, 2020
Campus Rec Virtual Golf Tournament
Registration Deadline: Thursday, October 8
Tournament Date: Sunday, October 4 - Thursday, October 8
Virtual Golf Tournament Rules:... See more
VIRTUAL
GOLF
CHALLENGE
Like
Comment
Share
Write a comment...

Document title: Facebook
Capture URL: https://www.facebook.com/DMACCCampusRec
Capture timestamp (UTC): Thu, 18 Jul 2024 15:38:21 GMT
Page 156 of 187

DMACC Campus Recreation

Write a comment...

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
September 17, 2020

Pictured are the Spring 2014 Intramural Basketball Champions!

THROWBACK THURSDAY

1

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
September 16, 2020

Football Fans.....do you miss watching NFL games with your friends? Then check this out:
WATCH TOGETHER WITH FRIENDS!
Catch live local & prime time NFL games with up to three friends, only on your phones.... **See more**

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

WEDNESDAY

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
September 16, 2020

**DMACC Student Activities Council - Ankeny Campus**
September 16, 2020

Here is this week's Bear Essentials newsletter from DMACC Student Life! There are so many great things to get involved with-don't miss out! Register to receiv...
**See more**

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
September 16, 2020

Intramural Registration Deadline are coming soon. Go to http://imleagues.com and sign-up today!



DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
WHAT'S NEW WEDNESDAY
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 15, 2020
Game 7 between Clippers & Nuggets....Who you got?
TUESDAY TALK
PREDICTION
VS
CLIPPERS
DENVER
1
9 comments
Like
Comment
Share
DMACC Campus Recreation
September 14, 2020
Here is the URL for part 6 of The Last Dance. We hope you will join us!!!
https://www.netflix.com/watch/81002660...
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

Document title: Facebook
Capture URL: https://www.facebook.com/DMACCCampusRec
Capture timestamp (UTC): Thu, 18 Jul 2024 15:38:21 GMT
Page 159 of 187

DMACC Campus Recreation

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

NETFLIX.COM

**The Last Dance | Netflix**

This docuseries chronicles the rise of superstar Michael Jordan and the 1990s Chic...

1

Like Comment Share

Write a comment...

**DMACC Campus Recreation**

September 14, 2020

DMACC Students: Join DMACC Campus Recreation for some awesome new programs including Sports Leagues/Challenges, eSports, Special Events, and More! Learn more: https://www.dmacc.edu/campusrecreation/Pages/welcome.aspx

DMACC.EDU

**DMACC Campus Recreation**

Get the most out of the college experience by joining the programs offered throug...

1 — 1 share

Like Comment Share

Write a comment...

**DMACC Campus Recreation**

September 14, 2020

Join us today for part 6 of The Last Dance at 4:00pm. The URL will be shared at 3:30pm for Netflix Party.



DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
September 11, 2020 ·

Happy Friday!

There is still time to sign-up for Fall Intramurals. Go to www.imleagues.com to register. If you have any questions please contact Campus Recreation Coordinator, Andy Nelson at arnelson@dmacc.edu or 515-964-6539.

IMLEAGUES.COM
**IMLeagues**

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
September 11, 2020 ·

Fitness Tip:

F - Food that is clean
I - Intense Workouts
T - Take time for yourself... **See more**

Search Facebook

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

FRIDAY

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
September 10, 2020 ·

Pictured is the Spring 2007 Free Throw Champion.

THROWBACK THURSDAY

3

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
September 9, 2020 ·

Maddie Poppe
Amerian Idol Winner
Virtual Performance

THU, SEP 10, 2020
**American Idol Winner: Maddie Poppe**
Music · 104 people

Interested

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

Search Facebook

DMACC Campus Recreation

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

THU, SEP 10, 2020

**American Idol Winner: Maddie Poppe**

Music · 104 people

Interested

Like Comment Share

Write a comment...

**DMACC Campus Recreation**

September 8, 2020

DMACC Students: Join DMACC Campus Recreation for some awesome new programs including Sports Leagues/Challenges, eSports, Special Events, and More! Learn more: https://www.dmacc.edu/campusrecreation/Pages/welcome.aspx

**Trail Point Aquatics & Wellness**

September 4, 2020

DMACC Students: Join DMACC Campus Recreation for some awesome new programs including Sports Leagues/Challenges, eSports, Special Events, and More! Learn more: h... **See more**

Like Comment Share

Write a comment...

**DMACC Campus Recreation**

September 8, 2020

The Bear Essentials Newsletter. Check it out. There is a lot of great opportunities to get involved.

THE BEAR ESSENTIALS
ANNOUNCING: Auditions for our first productions of the 2020-2021 season!
ANKENY THEATRE

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Student Activities Council - Ankeny Campus**
September 8, 2020

Here's your weekly newsletter, The "Bear" Essentials! Find out some fun ways to get involved and get connected with DMACC Student Life!

visit www.dmacc.edu/an... **See more**

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
September 3, 2020

Pictured are the Summer 2013 Intramural Basketball Champions!

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
September 1, 2020



Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
Tuesday, September 2 6:00pm Virtual Show
Join us as we listen to Jessi Beyer: Author and Mental Health Advoc will speak on how to safely and su support someone who's struggli their mental health.
ARE READY FOOTBA
C ANKENY THEATRE
WILLY BEAU
Monday, August 31st 8:00pm "Just Go With It"
Subscribe to g Student Life Info links and Mo
Follow us.
DMACC Student Activities Council - Ankeny Campus
August 31, 2020
We're here with your weekly Newsletter, The Bear Essentials! Find all event info and updates from DMACC Student Activities Council and DMACC Campus Recreation!... See more
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 1, 2020
Join SAC tomorrow evening at 6:00pm as we listen to author and mental health advocate, Jessi Beyer. She was teach us how we can safely and successfully support someone who is struggling with their mental health. Link to join the converstation is on the event page below.
#Empower #Educate #Inspire #dmaccstudentlife #Dmacc #dmaccbears
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 1, 2020
Fall 2020 Intramural Schedule
campus RECREATION
FALL 2020 Intramural Schedule
IMLEAGUES.COM

DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
September 1, 2020
Who wants some Campus Recreation Swag?!?!
Anyone who signs up for an Intramural THIS week, I will send you some DMACC Campus Recreation swag.
Here is what you do:... See more
TUESDAY TALK
2
2 shares
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
August 31, 2020
Here is the URL to watch part 5 of the Last Dance. We hope that you join us. The movie will start at 4:00pm. Enjoy!
https://www.netflix.com/watch/80203144...



Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
NETFLIX.COM
The Last Dance | Netflix
This docuseries chronicles the rise of superstar Michael Jordan and the 1990s Chic...
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
August 31, 2020
Time is running out!!! Get signed-up today!!!!
yahoo!fantasy
FOOTBALL
FOOTBALL.FANTASYSPORTS.YAHOO.COM
Join my Yahoo Sports Fantasy Football league, Intramural League
Click the link above and follow the steps to join my league. Good luck!
1
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
August 31, 2020
Join us today for part 5 of The Last Dance. The Netflix Party will be at 4:00pm. The URL will be posted at 3:45pm. Hope you will join us.
THE LAST DANCE

Search Facebook

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

1 · 1 share

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
August 28, 2020

There is still time to sign-up for the DMACC Campus Recreation Fantasy Football League. Below is the link to sign-up:

https://football.fantasysports.yahoo.com/.../invitation...

FOOTBALL.FANTASYSPORTS.YAHOO.COM

**Join my Yahoo Sports Fantasy Football league, Intramural League**

Click the link above and follow the steps to join my league. Good luck!

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
August 28, 2020

Fitness Friday!!! Get sign-ed up for the 3rd Annual DMACC 5K!!

**Trail Point Aquatics & Wellness**
August 26, 2020

Have you started your training for the 3rd Annual DMACC 5K Walk/Run? Join us on

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
Trail Point Aquatics & Wellness
August 26, 2020
Have you started your training for the 3rd Annual DMACC 5K Walk/Run? Join us on the TPAW RUNNER'S CLUB FB Group for training plans for this (now) virtual race, ... See more
1
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
August 27, 2020
Don't miss out! Welcome Back!!
Justin Rupple
Aug 27th
Streaming Show
7:30pm
Presented By
Iowa Community Colleges
JUSTIN
JUST-IMPRESSIONS
RUPPLE
VOICE LIST
DMACC Student Activities Council - Ankeny Campus
August 27, 2020
#WelcomeWeek2020 continues, #DMACCBears
Tonight LIVE: Comedian Justin Rupple
Justin Rupple brings his live comedy/impressions show ONLINE! The only show wher... See more
1
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
August 27, 2020
Spring 2019 Extramural Basketball Champions vs. Grandview
THROWBACK
THURSDAY
CHARLES S. JOHNSON WELLNESS CENTER

Search Facebook

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

THURSDAY

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
August 26, 2020

DMACC Students.........The Fall 2020 Intramural Schedule is out! Go to www.imleagues.com to get signed up.

# FALL 2020 Intramural Schedule

campus RECREATION

- DMACC Intramural activities are open to any DMACC student or employee, male or female.
- Intramurals and events are subject to cancel or change depending on participants and gym availability.
- Start times for most intramural activities are 4pm unless otherwise stated. See the flyers posted prior to events for exact times and locations, and follow us on Twitter and Facebook.
- All participants are expected to maintain the highest level of sportsmanship and courtesy toward fellow players, intramural officials, and recreation staff members at all times.
- Participants in the eSports Leagues and Fantasy Football League will be playing against fellow DMACC Students as well as Students from Kirkwood CC and Simpson College.

Most Intramurals start at 4:00pm unless otherwise indicated. Intramural Winners will receive a Special Edition Intramural Champion T-Shirt, Drawstring Backpack, Water Bottle, Touchless Key Tool, Hand Sanitizer and a Mask. Please register before the registration deadline at **www.imleagues.com**.

| Intramural **Event** | Registration **Deadline** | Play **Begins** | Play **Ends** |
|---|---|---|---|
| Moonlight Graham Show Spotlight | Monday, December 14 | TBD | TBD |
| Monday Movie Matinee | Monday, December 14 | Monday, August 3 | Monday, December 14 |
| Plank Challenge | Sunday, December 20 | Monday, August 3 | TBD |
| Fantasy Football League | Friday, September 4 | Thursday, September 10 | TBD |
| Virtual 5K | Sunday, September 20 | Thursday, September 24 | Friday, September 25 |
| eSports NHL21 League | Sunday, September 20 | Monday, September 28 | Friday, October 30 |
| eSports Madden21 League | Sunday, September 20 | Monday, September 28 | Friday, October 30 |
| eSports FIFA21 League | Sunday, September 20 | Monday, September 28 | Friday, October 30 |
| eSports NBA 2K21 League | Sunday, September 20 | Monday, September 28 | Friday, October 30 |
| Virtual H.O.R.S.E. Challenge | Sunday, September 27 | Wednesday, September 30 | Thursday, October 1 |
| Quarantine Sports | Sunday, September 27 | Monday, October 5 | Friday, October 30 |
| Virtual Free Throw Challenge | Sunday, September 27 | Thursday, October 8 | Tuesday, October 9 |
| Virtual Golf Tournament | Sunday, October 4 | Thursday, October 8 | Friday, October 9 |
| eSports Rocket League | Sunday, October 18 | Monday, October 26 | Thursday, November 27 |
| eSports Mario Kart 8 Deluxe League | Sunday, October 18 | Monday, October 26 | Thursday, November 27 |
| eSports Super Smash Bros League | Sunday, October 18 | Monday, October 26 | Thursday, November 27 |
| eSports The Show21 League | Sunday, October 18 | Monday, October 26 | Thursday, November 27 |
| eSports Call of Duty (MW) League | Sunday, October 18 | Monday, October 26 | Thursday, November 27 |
| Sports Fortnite League | Sunday, October 18 | Monday, October 26 | Thursday, November 27 |
| Sports Trivia | Sunday, November 8 | Wednesday, November 11 | Thursday, November 12 |
| NCAA Bowl Pick'em | Friday, December 18 | Saturday, December 19 | Monday, January 11 |

TRAIL POINT AQUATICS & WELLNESS

FIND CAMPUS REC ON:

**DMACC Campus Recreation Intramurals will be on-line this semester.**
If you have any question please contact Andy Nelson, Campus Recreation Coordinator, at 515-964-6539 or arnelson@dmacc.edu.

DMACC DES MOINES AREA COMMUNITY COLLEGE Life's Calling

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
August 26, 2020

Students, Welcome Back! The DMACC Campus Recreation Department has a lot of fun and exciting things for you to get involved with this semester. Please follow us on




DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

Students, Welcome Back! The DMACC Campus Recreation Department has a lot of fun and exciting things for you to get involved with this semester. Please follow us on all of our social media, sign-up for the our Student Life texting info, get an IMleagues account, look for the Bear Essentials News letter and the DMACC Daily. Contact the Campus Recreation Coordinator at arnelson@dmacc.edu with any and all questions.

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
August 25, 2020

What was your favorite Intramural you have participated in?

TUESDAY TALK

1 comment

Search Facebook

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

1 comment

Like Comment Share

**DMACC Campus Recreation**
August 24, 2020 ·

If you're a gamer, then this info is for you!!!! New this semester the DMACC Campus Recreation Department will be hosting Gaming Leagues for DMACC Students and any other college student (in Iowa) with an IMleagues account! Use the below instructions to be apart of the fun!

You will need an IMleagues account, with your own school account to sign-up for DMACC Campus Recreation Extramural Activities. To sign-up for the Fall 2020 Extramurals you will need to add the DMACC Campus... **See more**

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
August 24, 2020 ·

**DMACC Student Activities Council - Ankeny Campus**
August 24, 2020 ·

Hello #DMACC Bears 🐻
Here is the August 24 installment of DMACC Student Life's weekly newsletter: The "Bear" Essentials!

You'll find our Welcome Week events lis... **See more**

Like Comment Share

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECR
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
August 24, 2020
Here is the URL for part 4 of The Last Dance. Join us at 4pm!!!!
https://www.netflix.com/watch/81002658...
NETFLIX.COM
The Last Dance | Netflix
This docuseries chronicles the rise of superstar Michael Jordan and the 1990s Chic...
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
August 24, 2020
Are ready for some FOOTBALL?!?! The season is just around the corner and so is Fantasy Football. Join the Campus Recreation Fantasy Football League and play against students, faculty and staff from DMACC and other colleges from around the state. Go to www.imleagues.com or email Campus Recreation Coordinator, Andy Nelson at arnelson@dmacc.edu for the registration details.
YAHOO! SPORTS
FANTASY FOOTBALL
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
August 24, 2020



Search Facebook

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
August 24, 2020 ·

The Intramural Schedule is COMPLETE! Intramurals will be on-line this semester but we have a lot of FUN & NEW opportunities like:

*The Campus Recreation Department has partnered with The Moonlight Graham Show to bring DMACC Students the untold stories in sports directly from the athletes who experienced them. Dedicated to the Underdogs and Role Players.

* Video Game Leagues that include players from other schools from all over the state... **See more**

# FALL 2020 Intramural Schedule

- DMACC Intramural activities are open to any DMACC student or employee, male or female.
- Intramurals and events are subject to cancel or change depending on participants and gym availability.
- Start times for most intramural activities are 4pm unless otherwise stated. See the flyers posted prior to events for exact times and locations, and follow us on Twitter and Facebook.
- All participants are expected to maintain the highest level of sportsmanship and courtesy toward fellow players, intramural officials, and recreation staff members at all times.
- Participants in the eSports Leagues and Fantasy Football League will be playing against fellow DMACC Students as well as Students from Kirkwood CC and Simpson College.

FIND CAMPUS REC ON:

Most Intramurals start at 4:00pm unless otherwise indicated. Intramural Winners will receive a Special Edition Intramural Champion T-Shirt, Drawstring Backpack, Water Bottle, Touchless Key Tool, Hand Sanitizer and a Mask. Please register before the registration deadline at **www.imleagues.com**.

| Intramural **Event** | Registration **Deadline** | Play **Begins** | Play **Ends** |
|---|---|---|---|
| Moonlight Graham Show Spotlight | Monday, December 14 | TBD | TBD |
| Monday Movie Matinee | Monday, December 14 | Monday, August 3 | Monday, December 14 |
| Plank Challenge | Sunday, December 20 | Monday, August 3 | TBD |
| Fantasy Football League | Friday, September 4 | Thursday, September 10 | TBD |
| Virtual 5K | Sunday, September 20 | Thursday, September 24 | Friday, September 25 |
| eSports NHL21 League | Sunday, September 20 | Monday, September 28 | Friday, October 30 |
| eSports Madden21 League | Sunday, September 20 | Monday, September 28 | Friday, October 30 |
| eSports FIFA21 League | Sunday, September 20 | Monday, September 28 | Friday, October 30 |
| eSports NBA 2K21 League | Sunday, September 20 | Monday, September 28 | Friday, October 30 |
| Virtual H.O.R.S.E. Challenge | Sunday, September 27 | Wednesday, September 30 | Thursday, October 1 |
| Quarantine Sports | Sunday, September 27 | Monday, October 5 | Friday, October 30 |
| Virtual Free Throw Challenge | Sunday, September 27 | Thursday, October 8 | Tuesday, October 9 |
| Virtual Golf Tournament | Sunday, October 4 | Thursday, October 8 | Friday, October 9 |
| eSports Rocket League | Sunday, October 18 | Monday, October 26 | Thursday, November 27 |
| eSports Mario Kart 8 Deluxe League | Sunday, October 18 | Monday, October 26 | Thursday, November 27 |
| eSports Super Smash Bros League | Sunday, October 18 | Monday, October 26 | Thursday, November 27 |
| eSports The Show21 League | Sunday, October 18 | Monday, October 26 | Thursday, November 27 |
| eSports Call of Duty (MW) League | Sunday, October 18 | Monday, October 26 | Thursday, November 27 |
| Sports Fortnite League | Sunday, October 18 | Monday, October 26 | Thursday, November 27 |
| Sports Trivia | Sunday, November 8 | Wednesday, November 11 | Thursday, November 12 |
| NCAA Bowl Pick'em | Friday, December 18 | Saturday, December 19 | Monday, January 11 |

**DMACC Campus Recreation Intramurals will be on-line this semester.**
If you have any question please contact Andy Nelson, Campus Recreation Coordinator, at 515-964-6539 or arnelson@dmacc.edu.

DMACC Des Moines Area Community College Life's Calling

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
August 24, 2020 ·

Join us today for part 4 of The Last Dance. The Netflix Party will be at 4:00pm. The URL will be posted at 3:45pm. Hope you will join us.



Search Facebook

DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos** See all photos

DMACC

GAME
Night
Monday, April 29

DMACC Madness

TPAW SUMMER
LEAGUE

CAMP
RECRI

YBALL SCHEDULE U

Feature Friday

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

Like Comment

Share

Write a comment...

**DMACC Campus Recreation**
August 24, 2020 ·

DMACC Fall 2020
STUDENT LIFE updates
On behalf of DMACC Student Life we would like to say hello, and welcome to Fall 2020!
We would like to share with you the plans for the department. We will continue to provide meaningful and comprehensive experiences for students and collaborate with our faculty, departments, and student clubs. We will have a variety of virtual programs that we are co-hosting with several community colleges across the state of Iowa.
WELCOME TO DMACC!
Email: studentinvolvement@dmacc.edu
Website: www.dmacc.edu/ankeny/studentactivities

**DMACC Student Activities Council - Ankeny Campus**
August 24, 2020 ·

Hey #dmaccbears! We have a lot of exciting events planned for you this Fall 2020 semester! We can't wait to share more!

#getinvolved #dmaccstudentlife #DMACC... **See more**

1

Like Comment Share

Write a comment...

**DMACC Campus Recreation**

Search Facebook

DMACC Campus Recreation

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

DMACC

GAME Night

DMACC Madness

TPAW SUMMER LEAGUE

CAMP RECRE

YBALL SCHEDULE U

Feature Friday

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
August 24, 2020

Welcome Week "Virtual" Events!
Lets have some fun
Brian Imbus Mentalist
Tues., Aug. 25th Live Streaming 7:30 pm
Mark Poolos Comedian
Wed., Aug. 26th Live Streaming 12:30 pm
Justin Rupple Comedian
Thurs., Aug. 27th Live Streaming 7:30 pm
To register visit www.dmacc.edu/students and click on the blue Student Life Events box on the left side of the screen!
Sponsored By: Iowa Community Colleges
DMACC STUDENT LIFE
SAC

**DMACC Student Activities Council - Ankeny Campus**
August 19, 2020

Hey DMACC students! we've got a semester FULL of fun virtual events and activities hosted out of the Student Life Office!

Join us for one, or all, of our Welc... **See more**

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
August 21, 2020

TOP 10 RESISTANCE BAND EXERCISES

1. WALL LATERAL PULLDOWN
2. TRICEPS EXTENSION
3. BICEP CURL... **See more**

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
FITNESS FRIDAY
Like
Comment
Share
Write a comment...
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
August 20, 2020

Pictured are the Fall 2013 Intramural Basketball Champions!

THROWBACK THURSDAY

3

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
August 19, 2020

Are ready for some FOOTBALL?!?! The season is just around the corner and so is Fantasy Football. Here is the URL for the DMACC Campus Recreation League. Don't be left out.....join today!!!

https://football.fantasysports.yahoo.com/.../invitation...

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

FOOTBALL.FANTASYSPORTS.YAHOO.COM

**Join my Yahoo Sports Fantasy Football league, Intramural League**

Click the link above and follow the steps to join my league. Good luck!

Like Comment Share

Write a comment...

**DMACC Campus Recreation**

August 18, 2020 ·

What a Playoff Debut!

Did you see 4 players under 25 went for 30 or more?....... and Donavan Mitchell went for 57 points (the 3rd most points in a playoff game)!!!

The NBA is in Good Hands!

Like Comment Share

Write a comment...

**DMACC Campus Recreation**

August 17, 2020 ·

Today at 4:00pm the DMACC Campus Recreation Department will be hosting a Netflix Party. We will be showing part 3 of The Last Dance. The URL will be posted at 3:45pm. See you then!!

 

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECRE
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
MONDAY MATINEE
THE LAST
1
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
August 14, 2020 ·
10 Ways to Get the Most Out of Your Workout
1. Lift weights
2. Listen to music
3. Swap stretching for a dynamic warmup... See more
FITNESS FRIDAY
Like
Comment
Share
Write a comment...
DMACC Campus Recreation

Search Facebook

DMACC Campus Recreation

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
August 13, 2020 ·

Still looking for people to play in the DMACC Campus Recreation Fantasy Football League. Below is the link to join:
https://football.fantasysports.yahoo.com/.../invitation...

FOOTBALL.FANTASYSPORTS.YAHOO.COM
**Join my Yahoo Sports Fantasy Football league, Intramural League**
Click the link above and follow the steps to join my league. Good luck!

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
August 13, 2020 ·

Pictured are the Fall 2011 Intramural Flag Football Champions!

1

Like Comment Share

Write a comment...

**DMACC Campus Recreation**
August 11, 2020 ·

Is the 2020 college football season in jeopardy?

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
Monday, April 29
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECR
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
TUESDAY TALK
NCAA
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
August 10, 2020
Here is the URL for part 2 of The Last Dance! Enjoy!!!
https://www.netflix.com/watch/81002656...
NETFLIX.COM
The Last Dance | Netflix
This docuseries chronicles the rise of superstar Michael Jordan and the 1990s Chic...
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
August 10, 2020
Technical difficulties.....the Netflix Party will start at 5:30pm. We had internet issues. We will post the URL at 5:15pm. Stay tuned!
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
August 10, 2020

 Search Facebook

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Campus Recreation**

August 10, 2020 ·

Join us today to watch part 2 of The Last Dance. We will be hosting a Netflix Party at 5:00pm. The URL will be posted at 4:45pm today on our social media platforms. Hope to see you there!

Like Comment Share

Write a comment...

**DMACC Campus Recreation**

August 7, 2020 ·

7-Minute Workout

Grab a timer or download a stopwatch app. Perform the exercises in order, completing as many reps of each as you can in 30 seconds. Be sure not to compromise form for speed.
Rest for 5 seconds between exercises. To make this workout even more challenging, complete the circuit 2 or 3 times in a row.... **See more**

Search Facebook
DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
DMACC
GAME Night
DMACC Madness
TPAW SUMMER LEAGUE
CAMP RECR
YBALL SCHEDULE U
Feature Friday
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
1
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
August 6, 2020 ·
Pictured are the Spring 2011 Intramural Volleyball Champions!
5
1 share
Like
Comment
Share
Write a comment...
DMACC Campus Recreation
August 6, 2020 ·
Are you ready for some FOOTBALL?!?! Below is the link for the DMACC Campus Recreation Fantasy Football League:
https://football.fantasysports.yahoo.com/.../invitation...
yahoo!fantasy

Search Facebook

DMACC Campus Recreation

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

FOOTBALL.FANTASYSPORTS.YAHOO.COM

**Join my Yahoo Sports Fantasy Football league, Intramural League**

Click the link above and follow the steps to join my league. Good luck!

1

Like Comment Share

Write a comment...

**DMACC Campus Recreation**

August 4, 2020 ·

Should the other professional/collegiate sports turn to the "bubble" like the NBA to make play safe?

Like Comment Share

Write a comment...

**DMACC Campus Recreation**

August 3, 2020 ·

Here is the URL for The Last Dance part 1 :
https://www.netflix.com/watch/81002655...

Search Facebook

DMACC Campus Recreation

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

August 3, 2020

Here is the URL for The Last Dance part 1 :
https://www.netflix.com/watch/81002655...

NETFLIX.COM

**The Last Dance | Netflix**

This docuseries chronicles the rise of superstar Michael Jordan and the 1990s Chic...

Like Comment Share

Write a comment...

**DMACC Campus Recreation**

August 3, 2020

Anyone excited about Fantasy Football? Below is the Campus Recreation Fantasy Football Link. Sign-up today!!!

https://football.fantasysports.yahoo.com/.../invitation...

yahoo!fantasy
FOOTBALL

FOOTBALL.FANTASYSPORTS.YAHOO.COM

**Join my Yahoo Sports Fantasy Football league, Intramural League**

Click the link above and follow the steps to join my league. Good luck!

2 · 1 share

Like Comment Share

Write a comment...

**DMACC Campus Recreation**

August 3, 2020

Tune in today at 4:00pm to watch The Last Dance with the DMACC Campus



DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
August 3, 2020

Tune in today at 4:00pm to watch The Last Dance with the DMACC Campus Recreation Department. The URL will be posted at 3:45pm today.

1 · 1 share

Like · Comment · Share

Write a comment...

**DMACC Campus Recreation**
July 31, 2020

Flip a Coin Workout

Heads: Burpees, crunches, squats, plank knee tucks, in and out jump squats, Russian twists & skater lunges

Tails: Mountain climbers, toe touches, lunges, forearm plank, scissor jumps, leg lifts & calf raises... **See more**

DMACC Campus Recreation
Intro
Page · Company
2006 S. Ankeny Blvd., Bldg. 5
arnelson@dmacc.edu
dmacc.edu/campusrecreation
Photos
See all photos
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024
FRIDAY
1 share
Like Comment Share
Write a comment...
DMACC Campus Recreation
July 30, 2020
Pictured are the Fall 2018 Intramural Canoe Race Champions!
THROWBACK THURSDAY
1
Like Comment Share
Write a comment...
DMACC Campus Recreation
July 29, 2020
Tomorrow the NBA is back! Here are the first games, times and where you can watch:
Thursday, July 30 @ 5:30pm (CT) on TNT
Utah Jazz
New Orleans Pelicans... See more
WHAT'S NEW WEDNESDAY
NBA
E NBA IS BAC
Like Comment Share