# EXHIBIT H

☰ MENU    TICKETS  DONATE  SHOP  🔍

## WOMEN'S BASKETBALL

Schedule  Roster  Coaching Staff  Statistics  News  Facilities  More Links ⌄



Women's Basketball | 1/9/2019 2:00:00 PM | Drake Athletic Communications

# Women's Basketball Hosts Loyola Friday in MVC Home Opener

Tipoff is scheduled for 6 p.m. and doors will open at 5 p.m. Fans can take advantage of the Starting $5 Hour from 5 to 6 p.m. with four concession items specially priced during that time with $1 hotdogs, popcorn and soft drinks along with $2 slices of Papa John's pizza.

     

**DES MOINES, Iowa** – The Drake University women's basketball team returns to the Knapp Center Friday night when it hosts Loyola in the team's Missouri Valley Conference home opener. Tipoff is scheduled for 6 p.m. and doors will open at 5 p.m. Fans can take advantage of the Starting $5 Hour from 5 to 6 p.m. with four concession items specially priced during that time with $1 hotdogs, small popcorns and 16 oz. soft drinks along with $2 slices of Papa John's pizza.

In its first MVC games, Drake (10-4, 2-0 MVC) never trailed in each road win over Bradley and Illinois State last weekend. The Bulldogs, who lead the nation in total assists with 312, handed out 47 assists in the two victories. **Sara Rhine** (Eldon, Mo.) posted double-doubles in each contest and was awarded her fourth MVC Player of the Week award of the season on Monday in recognition for performances.

Rhine and **Becca Hittner** (Urbandale, Iowa) at 19.0 points per game and 18.3 are No. 1 and 2, respectively, in the conference leaders.

Loyola (7-5, 1-0 MVC) has already matched its win total from last season after it defeated Valparaiso (4-9, 0-1 MVC) in

BUY TICKETS
LOYOLA ESPN+
VALPARAISO ESPN3
LIVE STATS
DRAKE GAME NOTES
LOYOLA NOTES



**Related Stories**


07.24.24
Drake Women Ninth in 2023-24 WBCA Academic Top 25


04.03.24
Grace Berg to Represent Drake in Women's College All-Star Game


03.22.24
Charging Colorado Squad Ends Bulldogs' Record-Setting Season in NCAA First Round


03.21.24
Women's Basketball Preview: NCAA Tournament First & Second Rounds


03.17.24
Miller Buzzer Beater Lifts Bulldogs to Ninth MVC Tournament Title in Program History

**Related Videos**


03.19.24
Hoops in the Heartland Championship 2024


03.18.24
NCAA Tournament Selection Show 2024 || Drake Women's Basketball


03.18.24
The Shot™ || Women's Basketball Championship Winner

Document title: Women's Basketball Hosts Loyola Friday in MVC Home Opener - Drake University Athletics
Capture URL: https://godrakebulldogs.com/news/2019/1/9/womens-basketball-hosts-loyola-friday-in-mvc-home-opener
Capture timestamp (UTC): Wed, 31 Jul 2024 18:24:35 GMT
Page 1 of 2



☰ MENU                                                    TICKETS   DONATE   SHOP

**WOMEN'S BASKETBALL**        Schedule    Roster    Coaching Staff    Statistics    News    Facilities    More Links ⌄

and doors will open at 5 p.m. Fans can take advantage of the Starting $5 Hour from 5 to 6 p.m. with four concession items specially priced during that time with $1 hotdogs, small popcorns and 16 oz. soft drinks along with $2 slices of Papa John's pizza.

VALPARAISO ESPN3

LIVE STATS

DRAKE GAME NOTES

LOYOLA NOTES

In its first MVC games, Drake (10-4, 2-0 MVC) never trailed in each road win over Bradley and Illinois State last weekend. The Bulldogs, who lead the nation in total assists with 312, handed out 47 assists in the two victories. Sara Rhine (Eldon, Mo.) posted double-doubles in each contest and was awarded her fourth MVC Player of the Week award of the season on Monday in recognition for performances.

Rhine and Becca Hittner (Urbandale, Iowa) at 19.0 points per game and 18.3 are No. 1 and 2, respectively, in the conference leaders.

Loyola (7-5, 1-0 MVC) has already matched its win total from last season after it defeated Valparaiso (4-9, 0-1 MVC) in its league opener. The Ramblers are led by sophomore Abby O'Conner who averages a team-high 14.6 points and 7.1 rebounds. Drake has won nine consecutive in the series and holds a 13-3 advantage.

Following Friday's game, Drake welcomes Valparaiso Sunday afternoon. Tipoff with the Crusaders is set for 2 p.m. and the game will be streamed on ESPN3.

Valpo is led by first-year head coach Mary Evans who previously was an assistant for four seasons at Ohio. Senior guard Meredith Hamlet leads the team in scoring at 14.2. The Bulldogs won all three meetings last year in Valpo's first year in the MVC after the teams hadn't played since 1995.

Print Friendly Version

PLAYERS MENTIONED ⌄

#5 Becca Hittner                                         #50 Sara Rhine
G / 6' 0" / Junior                                       F / 6' 1" / Redshirt Junior

 03.19.24
Hoops in the Heartland Championship 2024

 03.18.24
NCAA Tournament Selection Show 2024 || Drake Women's Basketball

 03.18.24
The Shot™ || Women's Basketball Championship Winner

 03.14.24
DSM Feature || Megan Meyer's Return

 03.04.24
Women's Basketball || MVC Regular Season Conference Champion Reaction

    



Copyright © 2023 Drake University Athletics
2507 University Avenue, Des Moines, IA 50311-4505

Terms of Service    Privacy Policy    Accessibility    Do Not Sell or Share My Personal Information