# EXHIBIT N



The only OFFICIAL store for Dowling Catholic High School supporting all DCHS students!



Home / Activity & Team Apparel / Football / New Era 9Forty Football Hat

  







# New Era New Era 9Forty Football Hat

Article number: FB Hat

$40.00
-

✓ In stock (2)

Quantity:

— 1 +

Add to cart

Buy now

⇆ Add to compare



CONTACT US | 515.222.1012 | campusstore@dowlingcatholic.org

  

## My account

Register

My orders

## Categories

Store Hours

Activity & Team Apparel

Accessories

Kairos

Men's Apparel

Women's Apparel

Youth Apparel

Inventory Reduction Sale

School Uniforms

Sweatshirts & Tees

Spirit & Yard Signs

## Information

Store Hours

About us

Contact Us

General terms & conditions

Shipping & In Store Pick Up

Return Policy

Privacy policy

FAQ's

Payment methods

Maroon Boutique

Volunteer Opportunities

© Copyright 2024 Dowling Catholic Campus Store - Powered by Lightspeed

