# EXHIBIT O

**Third-Party University, College, and School Bulldog Trademarks
from the United States Patent and Trademark Office Website**

| Bulldog Trademark | Owner | U.S. Registration No./ U.S. Application Serial No. |
|---|---|---|
|  | University of Georgia | 3,105,938 |
|  | University of Georgia | 98/458,500 98/458,557 98/458,559 98/458,564 98/458,567 98/458,572 |
|  | South Carolina State University | 3,863,985 |
|  | Mississippi State University | 98/195,161 98/198,243 |
|  | Mississippi State University | 4,382,986 |

**Third-Party University, College, and School Bulldog Trademarks
from the United States Patent and Trademark Office Website**

| Bulldog Trademark | Owner | U.S. Registration No./ U.S. Application Serial No. |
|---|---|---|
|  | Butler University | 5,874,791 |
|  | Butler University | 6,357,003 |
|  | Dean College | 5,807,359 |
|  | Pitt Community College | 4,164,137 |
|  | Everman Independent School District | 6,395,065 6,395,424 6,401,303 6,415,414 |

**Third-Party University, College, and School Bulldog Trademarks
from the United States Patent and Trademark Office Website**

| Bulldog Trademark | Owner | U.S. Registration No./ U.S. Application Serial No. |
|---|---|---|
|  | Barton College | 5,145,116 |
|  | Truman State University | 6,634,337 |
|  | Barker Central School District | 98/624,974 |
|  | Barker Central School District | 98/624,981 |
|  | Alabama Agricultural and Mechanical University | 7,142,493 7,323,641 |

3