# EXHIBIT U

PageVault

| | |
|---|---|
| Document title: | (3) KCCI and Drake - Search Results \| Facebook |
| Capture URL: | https://www.facebook.com/search/top/?q=KCCI%20and%20Drake |
| Page loaded at (UTC): | Wed, 31 Jul 2024 19:14:53 GMT |
| Capture timestamp (UTC): | Wed, 31 Jul 2024 19:25:22 GMT |
| Capture tool: | 10.48.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 7 |
| Capture ID: | go2yGCCNnYoBExGEyN6xPV |
| User: | fb-vhandler |

PDF REFERENCE #:     dTqyhJGiKhvrNYERgKNqfL







Search results

Filters

All

Posts

People

Photos

Videos

Marketplace

Pages

Places

Groups

Events

**KCCI's Post**

**KCCI** · Follow

July 10 at 12:35 AM ·

The university claims the new block letter "D" from DMACC looks too similar to its vintage block letter "D."

DMACC's Rebrand

143. In late October of 2023, DMACC announced its first rebranding initiative in 35 years (the "Rebrand").

144. Among other changes to its brand identity, DMACC scrapped its Former Logo in favor of a prominent block-style "D" (the "DMACC 'D'").

KCCI.COM

**D vs. D: Drake University sues DMACC over new logo**

The university claims the new block letter "D" from DMACC looks too similar to its vi...

681 470 comments 88 shares

Like Comment Share

Most relevant

**Sarah Schroeder**
That's the most basic "school athletic" font ever made. Seeing as both schools have design programs, you'd think either one of them could do better. Drake is really punching down though. DMACC is no threat to them. They're not gonna go bankrupt if they miss the sale of 5 tshirts over the course of 10 years because people don't notice the difference.

3w Like Reply 74

View all 3 replies

**Jo Scott**
Sounds like a contest for who has the best D in town

3w Like Reply 117

View all 2 replies

Top fan
**Anthony San**
I thought Drake University was changing their name to Kendrick University?

3w Like Reply 88

Write a comment...

m up to make

mments 104 shares

Share

Share

Document title: (3) KCCI and Drake - Search Results | Facebook
Capture URL: https://www.facebook.com/search/top/?q=KCCI%20and%20Drake
Capture timestamp (UTC): Wed, 31 Jul 2024 19:25:22 GMT

KCCI and Drake

Search results

Filters

All

Posts

People

Photos

Videos

Marketplace

Pages

Places

Groups

Events

**KCCI's Post**

If Drake fails to protect its copyright by taking action against violators it can risk losing the rights to its copyright.

2w Like Reply 12

View 1 reply

**Tammy Schultz Mortenson**
The representative from DMACC is incorrect about both names always starting with a D. DMACC used to be called Area 11. That being said, this has got to be one of the most trivial lawsuits I've ever heard of.

3w Like Reply 50

View all 2 replies

**Becky Bechtel**
Grow up. Everyone knows the difference and if someone doesn't it really doesn't matter.

3w Like Reply 17

View 1 reply

Top fan
**Abby Grose**
As a drake student this is hilarious

3w Like Reply 21

View all 5 replies

Top fan
**John W. Elkin**
Forgo court and instead settle it on the football field!

3w Like Reply Edited 22

View all 7 replies

**Trudi DeVries Hytone**
It's Waukee Wisconsin all over again 🙄

3w Like Reply Edited 45

View all 8 replies

Top fan
**Anthony San**
Last one... Tenacious D battle...

2w Like Reply 😆

Top fan
**Ann Bailey**
Well this is interesting. Has DMACC ever represented themselves by just that D and nothing else .... Maybe. Is a fairly common font so how many D schools could say the same. Gonna say Drake has this one.

3w Like Reply Edited 10

View all 8 replies

**Lynnette Wall**
Get over your D Drake! You have way more funding than the junior college! Let them alone!

Write a comment...

m up to make

mments 104 shares

Share

Share

**KCCI's Post**

I hope **Drake University** understands that this makes them look petty and small.

3w · Like · Reply · 64

**Travis Moore** (Top fan)
Dartmouth called...they want their D back 😀
3w · Like · Reply · 21

**Bruce Marilyn Jepson**
I have always thought fighting over the designs of a letter in the alphabet is ridiculous. These are distinct in themselves. Save some money and put it towards a more practical use.
3w · Like · Reply · 14

**Aleasha Stientjes** (Top fan)
Petty! And a terrific example of what's truly wrong in our world today!!
3w · Like · Reply · 43

**Brian Ingledue** (Top fan)
I feel like the law school has a slight advantage in this one
3w · Like · Reply · 25

View 1 reply

**Mike Coveyou**
I am by no means an expert on copyright law (and am not an attorney) but I seem to recall that rights to a copyright or trademark can be lost if rights to its exclusive use are not vigorously defended.
3w · Like · Reply · 7

View 1 reply

**Carol Kirk Crandall** (Top fan)
Really? Get a grip, Drake. This is ridiculous!
3w · Like · Reply · 12

View all 2 replies

**Jason Michael Letsche**
Drama with a capital 'D'
3w · Like · Reply · 27

**Meredith Davies-Vogt**
There are only so many ways to make the letter D
3w · Like · Reply · 32

**Mick Syverson**
Does Drake own the letter D?
3w · Like · Reply · 25

   **Mira Simpson**
   **Mick Syverson** they think so
   3w · Like · Reply · 2

   **Kathy Ericson**
   **Mick Syverson** lol
   3w · Like · Reply

**Emma Marie Hepworth** (Top fan)
I feel like any college university could use this lettering - it's pretty universal.

KCCI and Drake

Search results

Filters

All

Posts

People

Photos

Videos

Marketplace

Pages

Places

Groups

Events

**KCCI's Post**

View all 2 replies

**Bob Swyter**
Ridiculous Suit. Throw it out.
3w Like Reply 35

**Dennis Dyer**
I was president of the student senate in 1969 when we adopted the genie lamp logo and the color blue, you should have kept it then you wouldn't be in this mess. We also petitioned Ankeny for a stoplight out front on Ankeny Blvd and that turned out marvelously, it was a free for all before that.
3w Like Reply 5

**Will Lounsbery**
Drake is losing all its credibility from cutting programs to this frivolous lawsuit.
3w Like Reply 15

View 1 reply

Top fan
**Tiffany Noelle**
This: 🤣🤣🤣
"DMACC has not responded yet in court, but did send KCCI a statement Tuesday reading in part, "Both names for our outstanding institutions have always started with the letter D – you can't say DMACC without it, and we both have always had blue as our primary color. Drake University simply does not own the letter D."
3w Like Reply 70

View all 6 replies

Top fan
**Louis Duke Fountain**
They are the same size "D!" **#pause**
3w Like Reply 13

**Karen Riley Sievers**
Agencies and schools defend their logos based on copyright. Drake went to DMACC early and said there's an infringement. They could have made a simple change and chose not to. Being in the same city makes it even a worse break from identity logos. Marketing at this level is a big deal. Even Register's headline was misleading.
3w Like Reply 5

View all 3 replies

**Grant Woodard**
If Drake has this type of money to waste, maybe it can start paying property taxes.
3w Like Reply 27

View all 7 replies

**Wyvonn Willis**
Private college suing a community college just gross
3w Like Reply 25

**Gerald Landon Hill** · Follow
For those who have difficulty understanding Drake's position... Try opening a burger joint called "McDowell's" and then having your logo being a big "M" and having a sandwich called the "Big Mick"... 🙂 😀 sound familiar?!?!
**#ComingToAmerica**
3w Like Reply 6

View 1 reply

Write a comment...

m up to make

mments 104 shares

Share

Share

Search results

Filters

All

Posts

People

Photos

Videos

Marketplace

Pages

Places

Groups

Events

**KCCI's Post**

unique logo for DMACC. I think DMACC is in desperate need of new leadership. (What a waste of $$$ DMACC has caused.)

3w Like Reply 11

View all 5 replies

**Dawn Walton**
It's a basic block D that you'd get on a letterman's jacket. Drake's a little misled if they think they originated that style.

3w Like Reply 8

View 1 reply

**Kitty KatDou**
Lol, when local colleges sue each other, the taxpayers pay twice

3w Like Reply 6

**Mike Leffler**
Duke should sue Drake then

3w Like Reply 33

View all 2 replies

**Jen Huddleson**
This is the epitome of the sue happy society we live in, D-isgusting!

3w Like Reply 12

**Dave Barry**
Literally identical minus color, even the 3d shadow... sucks for DMACC, but they will need to change theirs. That's how trademarks work. **#mansplaining101**

3w Like Reply 7

View 1 reply

**Rachel Martens**
Just came here for the comments... 🤣

3w Like Reply 14

View 1 reply

**Mark Chamberlain**
Next they are going to sue anybody with a blue all weather track.

3w Like Reply 3

**Marci Lynn**
Isn't there better use of our time?

3w Like Reply 8

Top fan
**Nate Mulder**
The letter D looks like the letter D. Who knew?

3w Like Reply 11

Top fan
**Nate Groenewold**
Jesus drake. Let it go. Dmacc isn't even close to your level. What's next going after high schools with the d logo

3w Like Reply Edited 31

View all 4 replies

**Elaine White Pearson**
No one owns the letter "D", good grief!

Write a comment...

m up to make

mments 104 shares

Share

Share

KCCI and Drake

Search results

Filters

All

Posts

People

Photos

Videos

Marketplace

Pages

Places

Groups

Events

**KCCI's Post**

3w Like Reply 11

Top fan
**Nate Groenewold**
Jesus drake. Let it go. Dmacc isn't even close to your level. What's next going after high schools with the d logo

3w Like Reply Edited 31

View all 4 replies

**Elaine White Pearson**
No one owns the letter "D", good grief!

3w Like Reply 4

**Jonathon Anderson**
Tell Drake they'll get the D later hehe

3w Like Reply 15

**Anne Rehnstrom**
Not once did I think of Drake when I saw it! There's color as part of it - Drake doesn't have it - I'm sure they did their due diligence ahead of time!

2w Like Reply 2

View all 2 replies

**Janel Sinclair**
I think it technically still falls under copyright infringement percentage wise and the fact it will easily be misconstrued and confused for each other 🤷‍♀️. It's okay, DMACC still has their very own graduation rate! 😲

3w Like Reply 5

View 1 reply

**Keri Lee**
Good lord! 🤦‍♀️

3w Like Reply 5

**Todd Dralle**
Is this what tuition pays for these days? Frivolous lawsuits?

2w Like Reply Edited

**Deric McLaren**
Good gosh, what a waste of many peoples time and the lawyer fees for Private School vs a community college. Sorry I side with DMACC on this one and attended neither.

2w Like Reply 2

Write a comment...

m up to make

mments 104 shares

Share

Share





