IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>　　Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>　　Counterclaim Defendant. | Case No. 4:24-CV-00227-SMR-SBJ<br><br>**EXPEDITED RELIEF REQUESTED** |

**DEFENDANTS'/COUNTERCLAIM PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN RESISTANCE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendant Des Moines Area Community College Foundation and Defendant and Counterclaim Plaintiff Des Moines Area Community College (collectively "DMACC") move for leave to file an overlength brief in support of their Resistance to Plaintiff Drake University's ("Drake") Motion for Preliminary Injunction. In support thereof DMACC states:

　　1.　　The deadline for filing a Resistance to Drake's Motion for Preliminary Injunction is July 31, 2024 (*see* ECF No. 16).

2. Under LR 7(h), a brief is limited to 20 pages unless a party files a motion demonstrating good cause for the proposed length.

3. DMACC requests a 43-page limit for their brief (excluding caption, table of contents, table of authorities, signature block, and certificate of service).

4. DMACC states that good cause exists for the proposed length of the brief so they can address the many facts and legal issues raised as concisely as possible. Drake's amended brief in support of its motion for a preliminary injunction is 34 pages (excluding caption, table of contents, and signature block), which was approved by the Court. Drake's motion relies on nine separate elements of a so-called "Drake Brand" and addressing Drake's shortcomings with respect to each element requires additional pages. Drake is requesting extraordinary relief that would greatly impact DMACC's business; therefore, good cause exists to allow DMACC to use 43 pages to defend their interests.

5. Per Local Rule 7(k), the parties have conferred regarding brief length. After the parties' initial discussion on this issue and Drake's refusal to consent, Drake indicated its willingness to discuss a more definite proposal than 50 pages or under (as initially requested by DMACC), but Drake rejected DMACC's subsequent email request for 43 pages. Drake was only willing to provide DMACC 40 pages <u>if</u> DMACC agreed to file all of its papers under seal—even though there is nothing confidential contained therein. DMACC was unwilling to agree to such an unreasonable demand; therefore, the parties reached an impasse and Drake opposes this motion. Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of the parties' email correspondence from today.

WHEREFORE, DMACC respectfully requests that this Court grant this Motion for Leave to File an Overlength Brief in Resistance to Drake's Motion for Preliminary Injunction.

Respectfully submitted,

Date: July 31, 2024   /s/ *R. Scott Johnson*

R. Scott Johnson (#AT0004007)
FREDRIKSON & BYRON, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA  50309-1977
Telephone:  (515) 242-8900
E-mail:  RSJohnson@fredlaw.com

Laura L. Myers (Minn. #0387116)
(*Pro Hac Vice* forthcoming)
FREDRIKSON & BYRON, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
Telephone:  (612) 492-7000
E-mail:  LMyers@fredlaw.com

***Attorneys for Defendants and Counterclaim Defendant***

## CERTIFICATE OF SERVICE

      I hereby certify that on July 31, 2024, I electronically filed the **DEFENDANTS'/COUNTERCLAIM PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN RESISTANCE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** with the Clerk of the Court using the ECF, who in turn sent notice to the following:

    Joshua J. Conley, Esq.
     jconley@zarleyconley.com
    John D. Gilbertson, Esq.
     jgilbertson@zarleyconley.com
    ZARLEYCONLEY PLC
    580 Market Street, Suite 101
    West Des Moines, IA  50266

    *Attorneys for Plaintiff*

                                                                       */s/ Erica Palmer*
                                                                       Erica Palmer

#83252473