# EXHIBIT A

| | |
|---|---|
| **From:** | Johnson, R. Scott |
| **To:** | John Gilbertson; Myers, Laura; Emily A. Marty |
| **Cc:** | Josh Conley; Litigation; Palmer, Erica; Buresh, Cassie |
| **Subject:** | RE: L00194 - Drake v. DMACC - Meet & Confer Recap |
| **Date:** | Wednesday, July 31, 2024 2:37:39 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

John,

Thank you for the response. We will indicate Drake opposes our motion for overlength and submit your email. We are not relying on any confidential information and see no reason to submit anything under seal. You may proceed however you wish.

-Scott

**R. Scott Johnson |** Shareholder **|** Intellectual Property Litigation

# Fredrikson

111 E. Grand Avenue, Suite 301 | Des Moines, IA  50309
Main: 515.242.8900 | Direct: 515.242.8930 | rsjohnson@fredlaw.com

**\*\*This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately.\*\***

**From:** John Gilbertson <jgilbertson@zarleyconley.com>
**Sent:** Wednesday, July 31, 2024 2:21 PM
**To:** Myers, Laura <LMyers@fredlaw.com>; Emily A. Marty <emarty@zarleyconley.com>; Johnson, R. Scott <RSJohnson@fredlaw.com>
**Cc:** Josh Conley <jconley@zarleyconley.com>; Litigation <litigation@zarleyconley.com>; Palmer, Erica <EPalmer@fredlaw.com>; Buresh, Cassie <CBuresh@fredlaw.com>
**Subject:** RE: L00194 - Drake v. DMACC - Meet & Confer Recap

**CAUTION: EXTERNAL E-MAIL**

Laura:

I apologize for the delay in responding to you; Josh is occupied with a pressing matter for another client and I am out of town.

As you are aware, we believe an incurable conflict of interest is present with respect to Fredrikson's representation of DMACC in this matter and plan to move to disqualify the firm as a whole. From that perspective, we cannot in good faith to our client consent to the filing of *any* pages containing arguments attacking the strength or validity of Drake's trademarks, at least on the public docket. Our proposal is thus as follows:

We can agree to 40 pages if you would consent to filing your resistance brief and supporting materials under seal pending the outcome of our motion to disqualify which will be filed in the very near future.  A full half of our preliminary injunction brief is dedicated to background facts (many of which are taken from DMACC's own marketing materials) and articulation of legal standards, neither of which are necessary to restate in a resistance.  Under these circumstances, we do not believe it is unreasonable to request that your brief be limited to 40 pages, i.e. twice the normally-permitted length.

To the extent the Court is not able to rule on a motion to file under seal given the short timeline, we will not object if the documents cannot be filed today, on the condition that a courtesy copy is provided to us today.

Should you decline and file any documents on the public docket, we will promptly move to seal pending the outcome of our motion to disqualify.

Best,



John Gilbertson
Intellectual Property Attorney

| O | 515-558-0200 | D | 515-203-4329 | W | www.zarleyconley.com | A | West Des Moines, Iowa |
|---|---|---|---|---|---|---|---|

This email may contain confidential or privileged information. Please contact us if you received this in error.

**From:** Myers, Laura <LMyers@fredlaw.com>
**Sent:** Wednesday, July 31, 2024 7:59 AM
**To:** Emily A. Marty <emarty@zarleyconley.com>; Johnson, R. Scott <RSJohnson@fredlaw.com>
**Cc:** Josh Conley <jconley@zarleyconley.com>; John Gilbertson <jgilbertson@zarleyconley.com>; Litigation <litigation@zarleyconley.com>; Palmer, Erica <EPalmer@fredlaw.com>; Buresh, Cassie <CBuresh@fredlaw.com>
**Subject:** RE: L00194 - Drake v. DMACC - Meet & Confer Recap

Counsel,

I am following up on your offer "to reconsider consent to additional pages if a more precise request can be made."  DMACC's brief has 43 pages of substance (excluding caption, table of contents, table of authorities, signature block and certificate of service).  Please let us know if Drake will consent to that number of pages.

Thanks.

Laura

**From:** Emily A. Marty <emarty@zarleyconley.com>
**Sent:** Wednesday, July 17, 2024 11:27 AM
**To:** Johnson, R. Scott <RSJohnson@fredlaw.com>; Myers, Laura <LMyers@fredlaw.com>
**Cc:** Josh Conley <jconley@zarleyconley.com>; John Gilbertson <jgilbertson@zarleyconley.com>;

Litigation <<litigation@zarleyconley.com>>
**Subject:** L00194 - Drake v. DMACC - Meet & Confer Recap

**CAUTION: EXTERNAL E-MAIL**

Dear Scott,

Please see attached letter and order.

Best Regards,



**Emily Marty**
Client & Portfolio Manager

| **O** | 515-558-0200 | **D** | 319-289-9834 | **W** | www.zarleyconley.com | **A** | West Des Moines, Iowa |

This email may contain confidential or privileged information. Please contact us if you received this in error.