**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>               Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY<br>COLLEGE FOUNDATION and<br>DES MOINES AREA COMMUNITY<br>COLLEGE,<br><br>               Defendants. | Case No. 4:24-CV-00227-SMR-SBJ<br><br>**DECLARATION OF TODD G. JONES<br>IN SUPPORT OF DEFENDANTS'<br>RESISTANCE TO PLAINTIFF'S<br>AMENDED MOTION FOR<br>PRELIMINARY INJUNCTION** |

I, TODD G. JONES, declare as follows:

1.    I am the Director of Marketing and Public Relations at Des Moines Area Community College ("DMACC"). I make this declaration based on personal knowledge in support of Defendants' Resistance to Plaintiff's Amended Motion for Preliminary Injunction.

2.    DMACC began offering college education services in Iowa in 1966. DMACC is now the largest college in Iowa with the lowest tuition and fees in the state.

3.    Since at least 1972, DMACC has referred to itself and its offered goods and services under the abbreviation "DMACC"—a trademark that has been federally registered since 2013. Attached hereto as **Exhibit A** is a true and correct copy of U.S. Registration No. 4,300,418 for the "DMACC" trademark.

4.    Given the prominence of the letter "D" in its colloquial name, DMACC has historically used a standalone "D" to refer to DMACC. For example, since at least 2000, DMACC has used the trademark on the next page, which has been federally registered since 2014.



Attached hereto as **Exhibit B** is a true and correct copy of U.S. Registration No. 4,621,044 for the trademark above.

5.     Attached hereto as **Exhibit C** is a true and correct copy of DMACC's Campus Recreation Facebook page showing DMACC's use of the registered trademark above as well as the "D" alone.

6.     Drake never complained about DMACC's use of the standalone "D" from the registered trademark above despite its use in commerce since at least 2014.

7.     In October 2023, DMACC began using the trademark below, which incorporates the "D" in DMACC's trademarks above along with the "DMACC" name (the "DMACC Logo").



The DMACC Logo was intended to formally update DMACC's brand to a sleeker, more modern style while maintaining the consistency of the shorthand "D" and "DMACC" that DMACC had been using for years.

8.     DMACC's 2023 brand refresh had absolutely nothing to do with Drake. And because Drake's brand guide is publicly available, DMACC intentionally avoided Drake's modern, stylized "D" by using the block-style "D" DMACC had been using for years with added features Drake expressly prohibits in its own marks—including the use of multiple colors and

2

shadowing. Attached hereto as **Exhibit D** is a true and correct copy of Drake's publicly available brand guide.

9.    On November 19, 2023, DMACC filed an application to federally register the DMACC Logo. Attached hereto as **Exhibit E** is a true and correct copy of the current status information from the United States Patent and Trademark Office for U.S. Application Serial No. 98/277,324 for the Drake Logo.

10.    Despite the name of both schools beginning with the letter "D" and DMACC's use of a blue and white standalone "D" for at least a decade, Drake and DMACC have—until Drake's recent aggressions—peacefully co-existed and maintained a mutually beneficial relationship for the betterment of higher education in Iowa.

11.    Drake was originally offered the UNI@DMACC program but turned it down.

12.    Drake and DMACC were recently involved in joint efforts to purchase additional nursing equipment. DMACC has had a nursing program for years and Drake is just starting one.

13.    DMACC has used the color blue (and white) in its branding for years.

14.    DMACC's mascot is a bear.

15.    The vast majority of isolated use of the standalone "D" from the DMACC Logo originated with a third-party vendor without notice to or approval from DMACC. Out of an abundance of caution, DMACC pulled these items after receiving Drake's Complaint, which was the first time these items were identified by Drake to DMACC. The logo on the basketball court is scheduled to be replaced next month to one with the "DMACC" name and DMACC's bear mascot.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of July, 2024.

7-30-24

Todd G. Jones

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2024, I electronically filed the **DECLARATION OF TODD G. JONES IN SUPPORT OF DEFENDANTS' RESISTANCE TO PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION** with the Clerk of the Court using the ECF, who in turn sent notice to the following:

> Joshua J. Conley, Esq.
>   jconley@zarleyconley.com
> John D. Gilbertson, Esq.
>   jgilbertson@zarleyconley.com
> ZARLEYCONLEY PLC
> 580 Market Street, Suite 101
> West Des Moines, IA  50266
>
> *Attorneys for Plaintiff*

/s/ Erica Palmer
Erica Palmer

#83236430v1