# EXHIBIT E

Case 4:24-cv-00227-SMR-SBJ     Document 23-8     Filed 07/31/24     Page 1 of 3

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-07-30 09:16:44 EDT |
| **Mark:** | D DMACC |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 98277324 | **Application Filing Date:** | Nov. 19, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/APPLICATION/Published for Opposition<br><br>A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration. |
| **Status:** | Application has been published for opposition. The opposition period begins on the date of publication. | | |
| **Status Date:** | Jul. 30, 2024 | | |
| **Publication Date:** | Jul. 30, 2024 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | D DMACC |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 5 - AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM |
| **Description of Mark:** | The mark consists of A stylized letter "D" and literal element "DMACC". |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Educating at university or colleges; Educational services, namely, conducting distance learning instruction at the community college level; Educational services, namely, providing courses of instruction at the community college level and distribution of course material in connection therewith | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Oct. 23, 2023 | **Use in Commerce:** | Oct. 23, 2023 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |

| | | | |
|---|---|---|---|
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Des Moines Area Community College |
| **Owner Address:** | 2006 South Ankeny Blvd.<br>Ankeny, IOWA UNITED STATES 50023 |
| **Legal Entity Type:** | non-profit corporation |
| **State or Country Where Organized:** | IOWA |

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | Matthew Coryell |
| **Attorney Primary Email Address:** | matt.coryell@dentons.com |
| **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | MATTHEW CORYELL<br>DENTONS DAVIS BROWN<br>215 10TH STREET, STE. 1300<br>DES MOINES, IOWA UNITED STATES 50309 |
| **Phone:** | 515-288-2500 |
| **Correspondent e-mail:** | matt.coryell@dentons.com angie.kenin@dentons.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 30, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 30, 2024 | PUBLISHED FOR OPPOSITION | |
| Jul. 10, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 24, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 24, 2024 | ASSIGNED TO EXAMINER | 80804 |
| Jan. 02, 2024 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 22, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | SINGH, TEJBIR | **Law Office Assigned:** | LAW OFFICE 106 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Jun. 25, 2024 |