# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　　Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　　Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>　　　　Counterclaim Defendant. | Case No. 4:24-CV-00227-SMR-SBJ<br><br><br>**DECLARATION OF LAURA L. MYERS IN SUPPORT OF DEFENDANTS' RESISTANCE TO PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION** |

I, LAURA L. MYERS, declare as follows:

1. I am a shareholder at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendant Des Moines Area Community College Foundation and Defendant and Counterclaim Plaintiff Des Moines Area Community College (collectively, "DMACC") in this case. I make this declaration based on personal knowledge.

2. DMACC's pending federal trademark application was recently published for opposition, which indicates that the United States Patent and Trademark Office ("USPTO") found no conflict between the DMACC Logo and any other marks, including Drake University's ("Drake") registered trademarks. *See* Exhibit G to the Declaration of Todd G. Jones.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a list of universities, colleges, and schools beginning with the letter "D" from Linkedin.

4. Attached hereto as **Exhibit 2** is a true and correct chart of 34 federally registered or pending trademarks for the letter "D" owned by universities, colleges, or schools found on the USPTO website.

5. Attached hereto as **Exhibit 3** is a true and correct screenshot from Duke University's bookstore website showing Duke University merchandise.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Drake's "blue" newsletter from Fall 2005.

7. Attached hereto as **Exhibit 5** is a true and correct screenshot from the Wayback Machine internet archive showing a July 26, 2005, Drake press release regarding its rebrand.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the current status information from the USPTO website for Drake's cancelled federal trademark registration for the "Drake Seal."

9. Attached hereto as **Exhibit 7** is a true and correct screenshot from Drake's Bulldog Shop showing the merchandise currently available for sale.

10. Attached hereto as **Exhibit 8** is a true and correct chart of 15 federally registered or pending trademarks for bulldog mascots along with the first initial of their school name owned by universities, colleges, or schools found on the USPTO website.

11. Attached hereto as **Exhibit 9** is a true and correct copy of U.S. Registration No. 2,892,273 owned by the Trustees of Dartmouth College.

12. Attached as **Exhibit 10** is a true and correct screenshot from Dartmouth College's bookstore website showing Dartmouth College merchandise.

3

13.     Attached as **Exhibit 11** is a true and correct copy of a list of universities and colleges that have bulldog mascots from Wikipedia.

I declare under penalty of perjury that the foregoing is true and correct. Executed this  31st  day of July, 2024.

                                        */s/ Laura L. Myers*
                                        Laura L. Myers
                                        lmyers@fredlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2024, I electronically filed the **DECLARATION OF LAURA L. MYERS IN SUPPORT OF DEFENDANTS' RESISTANCE TO PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION** with the Clerk of the Court using the ECF, who in turn sent notice to the following:

    Joshua J. Conley, Esq.
     jconley@zarleyconley.com
    John D. Gilbertson, Esq.
     jgilbertson@zarleyconley.com
    ZARLEYCONLEY PLC
    580 Market Street, Suite 101
    West Des Moines, IA  50266

    *Attorneys for Plaintiff and*
    *Counterclaim Defendant*

          */s/ Erica Palmer*
          Erica Palmer

#83236223