# EXHIBIT 1



Join now    Sign in

# Schools starting with 'D'

Browse By

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  #

## Featured

DePaul University

DeVry University

Duke University

Drexel University

Damascus University

Daffodil International University-DIU

Dartmouth College

De Anza College

Duquesne University

Dallas College

Davenport University

Dhaka International University

Diablo Valley College

Drake University

Dhaka City College

Descomplica Faculdade Digital

Des Moines Area Community College

Duke University - The Fuqua School of Business

Descomplica

Daytona State College

Dallas Baptist University

Dhaka College

Delta College

Delaware County Community College

Delgado Community College

Dale Carnegie Training

Denison University

Dominican University

Delaware State University

Del Mar College

DePauw University

Democritus University of Thrace - (D.U.Th.)

Delta State University

Dickinson College

Defense Language Institute Foreign Language Center

Delaware Technical Community College

Davidson College

DePaul Driehaus College of Business

Dutchess Community College

Drexel University's LeBow College of Business

Drury University

Donetsk National University

Dowling College

Dixie State University

Damanhour University

DeSales University

Drew University

Damásio Educacional

Debreceni Egyetem

DataCamp

Damietta University

Dnipropetrovs'kij Nacional'nij Universitet

Durham Technical Community College

Doane University

Delaware Valley University

D'Amore-McKim School of Business at Northeastern University

Dominican University of California

Dhaka College

Delta University for Science and Technology

Dalton State College

D'Youville University

Duke University School of Law

Defense Acquisition University

DIO

Daemen University

DePaul University College of Law

Dakota State University

Dean College

Dillard University

Dunwoody College of Technology

Dhaka University of Engineering and Technology

Dnipro University of Technology

Dakota County Technical College

Duke University School of Medicine

Dallas Theological Seminary

Drexel University College of Medicine

Dhaka Polytechnic Institute

David Geffen School of Medicine at UCLA

Dhaka University of Engineering & Technology

Davis Technical College

D. A. Tsenov Academy of Economics

Dominican University New York

Dordt University

Digital House Brasil

Des Moines University

Dar Al Uloom University

Defense Information School

DigiPen Institute of Technology

Dhaka Commerce College

Danang University of Science and Technology

DRMC - Dhaka Residential Model College

Dekalb Community College

Diplomatic Academy of Vietnam

Darton College

D. Y. Patil College of Engineering ( DYPCOE ) , Akurdi, Pune

Donetsk National Technical University

Deerfield Academy

Dai hoc Quôc Gia Tp. Hô Chí Minh

Designlab

Daniel Webster College

Divine Word University

Deree College

Defiance College

Duy Tan University

D. S. Senanayake College

Dai hoc Da Nang

Dinajpur Government College

Dow University of Health Sciences

Dickinson State University

Drexel University's College of Nursing and Health Professions

Daneshgahe Esfahan

Drake University Law School

Dom Helder Escola Superior

Dai hoc Huê

Dyersburg State Community College

DNV GL Training

Devmountain

Dar es Salaam Institute of Technology

Dai hoc Quoc Gia Hànôi

Drucker School of Management

Dakota Wesleyan University

Dhanmondi Govt. Boys' High School

Danville Area Community College/Danville Junior College

Dharmaraja College - Kandy

Dai hoc Giao Thông Vân Tai

Davis and Elkins College

Denver Seminary

Dev Club

Darul Ihsan University, Dhaka

Don Bosco Technical Institute

Devi Balika Vidyalaya

Deraya University

Dougherty Valley High School

Duke University School of Nursing

Denver College of Nursing

Dodge City Community College

Dnipropetrovskij Deržavnij Agrarnij Universitet

Daugavpils Universitate

Dublin High School

Delaware Area Career Center

Dr. Phillips High School

Drexel University's Westphal College of Media Arts & Design

Drake State Community and Technical College

Downstate Health Sciences University

Drexel University College of Engineering

Dnipropetrovsk State Technical University of Railway Transport

Doha College

Duke University Nicholas School of the Environment

Danville Community College

Duquesne University Palumbo Donahue School of Business

Digital Marketing Skill Institute

Drexel University College of Nursing & Health Professions Division of Undergraduate Nursing

DePaul University Jarvis College of Computing and Digital Media

Dallas Christian College

David N. Myers University

Davis High School

Distance Education Public High School of The MoNE of Turkiye

Diaconia University of Applied Sciences

Dar Al-Hekma University

Djameeat Ibn khaldun-Teaarat

Don Bosco Preparatory High School

Dover Business College

DeVry University - Westminster

Diamond Bar High School

Dual Diploma

Dublin Coffman High School

DMI St. John the Baptist University

Divers Institute of Technology

Department of Technical Education & Training - Sri Lanka

Dana College

Daneshgahe Azad Eslami, Vahed-e Pezeshki Tehran

Duncanville High School

Duke Divinity School

Dublin Jerome High School

Downey Adult School

Del Norte High School

Duquesne University School of Nursing

Darien High School

DOBA Business School

Dammam Community College - KFUPM

De Mazenod College

Doña Ana Community College

Dar es Salaam Institute of Technology ETE

De La Salle High School

Davidson-Davie Community College

Denver East High School

DMI St. Eugene University

Dunwoody High School

Duke University Pratt School of Engineering

Duke University Sanford School of Public Policy

Dwight D. Eisenhower School for National Security and Resource Strategy

Delta Technical College

Denmark Technical College

Delbarton School

Drexel University's Thomas R. Kline School of Law

David B. Falk College of Sport & Human Dynamics at Syracuse University

Davis University

Donetsk State University of Management

Damghan University

Dev Bootcamp

Deerfield High School

Dinajpur Zilla School

Department of Educational Foundations and Administration at SQU

Detroit Country Day School

Deutsche Berufsschule am Colegio Humboldt São Paulo

Dharmapala Vidyalaya Pannipitiya

Draper University

DataCamp

Dai hoc Dan Lap Hùng Vuong

Detroit Catholic Central High School

Debre Tabor University

Dorsey College - Roseville Campus

DigitalCampus

Dodge College of Film and Media Arts

Divine Child High School

Dublin Institute of Technology

Dhaka Imperial College

Daneshgah-e-Semnan

Danbury High School

Daytona College

Dulles High School

Drug Enforcement Administration

Delta College of Arts & Technology

DJ Sindh Government Science College

Downey High School

Dixie Technical College

Dallas Institute of Funeral Service

Dr. William M. Scholl College of Podiatric Medicine at Rosalind Franklin University of Medicine and

Doha Institute for Graduate Studies معهد الدوحة للدراسات العليا

Delaware Law School

Douglas Education Center

DigitalCrafts

Davis Senior High School

Dai hoc Quan ly va Kinh doanh Hanoi

Dana Hills High School

Dnipropetrovsk University of Economics and Law

Defence School of Aeronautical Engineering (DSAE)

Digitálna Univerzita

Drexel University Dornsife School of Public Health

Daneshgahe Oloom Pezeshki Mashhad

Design Institute of San Diego

Dwight-Englewood School

DAVE School

Donetsk State University of Economics and Trade

Davis College

Dr. Sears Wellness Institute

Dar es Salaam University College of Education (DUCE)

Donetsk State Medical University 'M. Gorky'

DGC CONGO

Daymar Institute-Clarksville

Dnipropetrovs'ka Deržavna Medicna Akademija

Dwight School

Delaware College of Art and Design

Dos Pueblos Senior High School

DeMatha Catholic High School

Drexel University College of Computing & Informatics

Dawn Career Institute

Dammam community college

Dowling Catholic High School

Divine Savior Holy Angels High School

Dulaney High School

DARYUS Consultoria e Treinamento

Dai hoc Mo' Bán Công Tp. Hô Chí Minh

Dhahran Ahliyya Schools

Driven Education

Dataquest.io

Duke University Graduate School

Digital College Brasil

Dewitt Clinton High School

Donnelly College

DevQuest - Dev em Dobro

Digital Film Academy

DICKINSON HIGH SCHOOL

Desert Vista High School

Dana Hall School

Data Privacy Brasil

Donbas State Mechanical Engineering Academy

DELAND HIGH SCHOOL

Département Génie Biologique - IUT de Tours

Damodaram Sanjivayya National Law University, Visakhapatnam

Decatur High School

DM3 Institute

De Smet Jesuit High School

Dai hoc y Hái Phòng

De La Salle Collegiate High School

DSST Public Schools

Deer Park High School - South Campus

Drohobych State 'Ivan Franko' Pedagogical Institute

Dorsey College - Madison Heights Campus

Downingtown STEM Academy

DPT Business School

Dublin Scioto High School

Dorman High School

Dhaka National Medical College

Dallastown Area Senior High School

Downingtown High School East Campus

Dorsey College - Wayne Campus

Dr. Michael M. Krop Senior High School

Darlington School

Damghan University of Basic Sciences

Denmark High School

Doral Academy Charter High School

Dakota College at Bottineau

Duluth Business University

Desert Ridge High School

Duxbury Public Schools

Diman Regional Vocational Technical High School

Daneshgahe Oloom Pezeshki va Khadamat Behdashti Darmani Iran

Divergence Academy

Durango High School

Douglas County High School

Digital Media Arts College

De Kuilen High School

Dobson High School

DCI Career Institute

Department of Mathematics, University of Zagreb

Deep Run High School

Dinajpur Polytechnic Institute, Dinajpur

Dreyfoos School of the Arts

Divine Mercy University

Du Pont Manual High School

Damascus High School

Debub University

Duluth High

Dudley Beauty College

Deerfield Beach High School

Dhaka Mohila Polytechnic Institute

Dover-Sherborn High School

Dawson Community College

David Douglas High School

Drexel University School of Biomedical Engineering, Science and Health Systems

Digital Bros Game Academy

Deltona High School

Dhaka University I ঢাকা বিশ্ববিদ্যালয়

Druid Hills High School

Dell Medical School at the University of Texas at Austin

Durham Academy

Decatur High School

Dacula High School

Denbigh High School

Deutsche Schule Athen

Dobie High School

Deer Valley High School

Department of Economics, University of Guyana

Desoto High School & Isteam3D

Dhamar University

Douglas Anderson School of The Arts

Dorsey College - Woodhaven Campus

Dania College

Del Mar High School

Deerwalk Institute of Technology

Denning Technology & Management Program

DeLaSalle High School - Minneapolis

Dakota Ridge Senior High School

Denton High School

Decatur Central High School

DesignBoost

Downingtown High School West Campus

D. Serikbayev East Kazakhstan State Technical University

Divine Word College

Deutsche Schule der Borromäerinnen (DSB)

Dauphin County Tech School

Doha British School

Daniel Hand High School

Dexter Southfield School

Descola

Davis Catalyst Center

Dubois Area Senior High School

Downtown Magnets High School

Duke Ellington School of the Arts

De La Salle Institute - Chicago, IL

Del Valle High School

Donald & Barbara Zucker School of Medicine

David H. Hickman High School

Dr. Henry A. Wise, Jr. High School

Desert Pines High School

Dundalk High School

Dundee-Crown High School

Duval High School

Drohobych Ivan Franko State Pedagogical University

Dixie M. Hollins High School

Dixie Heights High School

Deer Valley High School

Danvers High School

Derby High School

Data Way - Escola Técnica

Delaware Valley High School

Dallas High School

Doral Performing Arts & Entertainment Academy

Douglas County High School

Dunlap High School

Divers Academy International

Davison High School

Dongseo University

Douglas S. Freeman High School

Dong Nai Technology University

Dexter High School

Dutchtown High School

Data Science Dojo

Deep Creek High School

Desert Oasis High School

Delcastle Technical High School

Durant High School

David Pressley School of Cosmetology

Dothan High School

Dalton High School

Deanship of Student Affairs: The University of Jordan

Dār Al-Ulūm at Cairo University

Doherty High School

Dearborn High School

Davie County High School

DeWitt High School

Del Oro High School

Dr Ronald McNair High School

De Anza High School

Dysart High School

Dartmouth High School

Dover High School

Douglas County High School

Desert Edge High School

Drake College of Business-Elizabeth

Dutch Fork High School

Don Bosco Cristo Rey High School and Corporate Work Study Program

Dillard 6-12

Duncan U. Fletcher High School

Dehban Digital Marketing Academy

Dripping Springs High School

Dulaty University (Taraz State University named after M. Kh. Dulaty)

Ducere Global Business School

Desert View High School

Diversified Vocational College

Dinâmica

Digital Institute

Del Sol Academy of the Performing Arts

Dakar Institute of Technology

Dobyns - Bennett High School

David W Carter High School

Durham School of the Arts

Daymar College-Bowling Green

Dunedin High School

Diman Regional Technical Institute

DON ANTONIO LUGO HIGH SCHOOL

Del Rio High School

Destrehan High School

Delta Academy

Dominion High School

David Starr Jordan Senior High

Del Campo High School

Desoto Central High School

Denver School of The Arts

Desert Hills High School

Detroit Business Institute-Downriver

Del Valle High School

Dominguez High School

Design & Architecture Senior High School

Departamento de Ciência da Computação - UFMG

DePaul Catholic High School

Daffodil International College

Deer Park High School

Deer Creek High School

DeKalb High School

Denham Springs High School

Dr. Mikel J Harry Six Sigma Management Institute Asia

Dinwiddie County High School

DeKalb High School

Doherty Memorial High School

Delsea Regional High School

Daymar Institute-Nashville

Dunbar High School

Deptford Township High School

Dixie High School

Dakota High School

Democracy Preparatory Charter School

Delano High School

Deutsche Schule Rom

Dayton School of Medical Massage

Dedham High School

Daphne High School

Dniprodzeržins'kij Deržavnij Tehnicnij Universitet

David Crockett High School

Doukas School

Daymar Institute-Murfreesboro

Deutsche Schule Budapest - Thomas Mann Gymnasium

Dharul Hasanath Academy (DHA)

Dept. of Political Science and International Relations, University of the Peloponnese

Dai hoc Hong Duc

Debakey High School for Health Professionals

Dutchtown High School

Diamond Ranch High School

Delta High School

Daymar College-Owensboro

Dracut Senior High School

Douglas Byrd High School

Dubuque Senior High School

Daneshgahe Tabriz

Department of Banking and Financial Management

Daneshgah-e-Oloom Pezeshki va Khadamat-e-Behdashti Darmani Tehran

D. W. Daniel High School

Daviess County High School

Danville High School

Daniel Boone Area High School

Donetsk State Institute of Artificial Intelligence

Dunbar High School

Damonte Ranch High School

Drexel University's School of Education

Duchesne Academy Of The Sacred Heart

Dudley Senanayake Central College

Denver Health Paramedic School

Delaware Military Academy

DOMINICAN ACADEMY

Daniel Boone High School

D'Evelyn Junior/Senior High School

De La Salle College Sixth Form Malta

Dumont High School

Diamond Oaks

Denison High School

Dickson County High School

Dimond High School

Desert Rose High School

Da Vinci Science

Dennis-Yarmouth Regional High School

Delran High School

Decker College of Nursing and Health Sciences

Digital Harbor High School

Dumka Engineering College, Dumka

Deering High School

Dnipropetrovsk State University of Internal Affairs

Design Academy

Despertar

Derby High School

Davis High School Aldine

Darunnazat Siddikia Kamil Madrasah

Division Avenue Senior High School

Discovery Canyon Campus High School

Duquesne University School of Pharmacy

Devon Preparatory School

Dover Senior High School

Donna High School

Dean Institute of Technology

Doss High School

Departamento de Engenharia Industrial - PUC-Rio

DM Arts Academy

Dawson County High School

Del City High School

Dominican School of Philosophy & Theology

Dover Area High School

David Geffen School of Drama at Yale

DigitalPRO

Dayton High School

Dell'Arte International School of Physical Theatre

Donegal High School

DSST: Green Valley Ranch High School

Dragon Rises College of Oriental Medicine

Dobbs Ferry High School

Deer Park High School

Damien High School

Davis High School

De Soto High School

Dougherty Comprehensive High School

Detroit Cristo Rey High School

Dr. Michael M. Krop Senior High School

Data Career Jumpstart

Dallas Center-Grimes High School

Dominican High School

Dharmasoka College - Ambalangoda

Devslopes Academy

Delaware Valley Regional High School

Deutsche Schule Thessaloniki

Dighton-Rehoboth Regional High School

Dev Samurai

DePaul University-College of Education

Drew School

Department of Environment (Τμήμα Περιβάλλοντος) | University of the Aegean

Downtown College Prep

Dardanelle High School

Dunnellon High School

Drake College of Business-Newark

Dar Al-Kalima University College of Art & Culture

Dixon High School

Dozier-Libbey Medical High School

Desert Hot Springs High School

DevPoint Labs

Desert Mountain High School RETIRED

Danville Community High School

Design and Technology Jobs

Dorsey College - Saginaw Campus

DATS LLC-Dental Assistant School

Dallas International University

Duarte High School

Dodge City High School

Dillon High School

Dakar American University of Science and Technology (DAUST)

Dublin School

Denby High School

Design Academy

DePaul University College of Communication

Debreceni Református Kollégium

Dunn School

Damien High School

Diberville Senior High School

Dorsey Business Schools-Waterford Pontiac

Dunbar High School

Davies Career-Tech High School

Denfeld High School

Div Academy

Dropout Prevention School

Departamento de Economia PUC-Rio

Deutsche Höhere Privatschule Windhoek (DHPS)

Desert Mirage High School

Desoto Sr. High School

DeKalb School of the Arts

Denver Academy

Dr. Homi Bhabha State University, Mumbai

Dutchess BOCES-School of Practical Nursing

Donna North High School

DuVall's School of Cosmetology

D'Shaw Institute of Cosmetology

Dryden High School

Dunbar Vocational Career Acad High School

Detroit Business Institute-Southfield

Dumas High School

De Toledo High School

Duncan High School

Dhaka Medical College

Dr Leo Cigarroa High School

Deep Springs College

DOCTORS CHARTER SCHOOL OF MIAMI SHORES

DSST Montview High School

Dr. Regis Chaperon State Secondary School

Derry Area Senior High School

Douglas High School

Duchesne Academy of the Sacred Heart

DAV Public School, Aundh, Pune

Deutsche Schule der Borrmomäerinnen

Delano Senior High School

Del Lago Academy

Delone Catholic High School

D'Mart Institute

Detroit School of Arts

Daymar College-Online

De La Salle High School New Orleans

Dixon High School

D H Conley High School

Dohn Community High School

Dutchess BOCES

Deylaman Institute of Higher Education

Del Norte High School

Da Vinci Communications

Dr. TJ Owens Gilroy Early College Academy

Department of Public Policy at Central European University

Delaware County Christian School

Darul Arqam School

Diplomatic Academy of the Serbian Ministry of Foreign Affairs

Desert Oasis High School

Donbas Mining Metallurgical Institute

Dover High School

DeSoto County High School

Diamond Hill-Jarvis High School

Despark International College

Dallas Senior High School

D C Everest High School

Digital Center of Excellence

Dwight High School

De Forest High School

Delavan-Darien High School

De La Salle North Catholic High School

Disney II Magnet High School

Dover High School

Dobbins AVT High School

Dyersburg High School

Donbas'ka Deržavna Akademija Budivnictva i Arhitekturi

DevSuperior

Dyer County High School

Delhi Public School Riyadh

Delta College Inc

Da Vinci Design

Davidson Fine Arts Magnet School

DD Eisenhower High School (Campus)

DeLaSalle Education Center

Deer Lakes High School

Davenport Senior High School

Dr Kirk Lewis Career And Technical High School

DAN.IT education

Dallas County High School

Durant High School

Donald E Gavit Middle/High School

Dock Mennonite Academy

Delhi High School

Dolores High School

Delmar High School

Denison High School

DuCret School of Arts

Damien Memorial School

Dukhan English School

Dharmadutha College

Delaware Valley Academy of Medical and Dental Assistants

DALE CARNEGIE Rio de Janeiro

DIAMOND PUBLIC SCHOOL

Deerfield High School

Dunmore Junior/Senior High School

Dr. Maya Angelou Community High School

Delaware Learning Institute of Cosmetology

DePaul Cristo Rey High School

Desert Hills High School

Decagon

DeRidder High School

David Posnack Jewish Day School

Dallas Can Academy Charter-Oak Cliff

Dayton Christian School

Dr Pedro Albizu Campos Puerto Rican High School

Durant High School

Deming High School

Demopolis High School

Dorothea Hopfer School of Nursing-Mt Vernon Hospital

Dawson School

Delta State University Graduate Studies

Dekalb Early College Academy

DaVinci Academy of Science and the Arts

Decatur High School

Dade County High School

Dover High School

Deer Park Jr/Sr High School

David Brearley Middle/High School

DataTech Florida

Diesel Driving Academy-Shreveport

David Aghmashenebeli University of Georgia

Decatur High School

Dalton McMichael High School

Delaware County Technical Schools

Denver Academy of Court Reporting

Daneshgahe Tarbeeat Moal-lem

Digital Workshop Center

Don Roberts Beauty Schools

Dodge County High School

Devine High School

Divine Savior Academy

Deutsche Schule Helsinki

De La Salle College, Thessaloniki

Des Moines Christian School

Delta High School

DeRose Method

Don Bosco College, Andisheh High School

Designwich School

Durango High School

Duchesne High School

Dr. Jorge Alvarez High School

Dickinson High School

Department of African American Studies, Princeton University

Decorah High School

Drs Yeshiva High School For Boys

Daoist Traditions College of Chinese Medical Arts

Devry Advantage Academy High School

Dan River High School

Dr Wright L Lassiter Jr Early College High School

Dos Palos High School

Dr. M A Wazed Miah Textile Engineering College

Dharma Coaching Institute (DCI)

Divya Jyoti Group of Institutions

Dongguk Royal University

DiGrigoli School of Cosmetology

Denver Center for International Studies

Darnell Cookman Middle/High School

Dupo High School

Department of Civil Engineering at the University of Peradeniya

Dassel-Cokato Senior High School

DSDTDetroit

Durand Area High School

Desert Sands Charter School

Davidson Academy

Dorsey College - Roseville Campus (Culinary Building)

Dade Medical College-Hollywood

Danville Regional Medical Center School of Health Professions

Da Vinci Charter Academy

Duval Charter High School At Baymeadows

DevLeague

Daymar College-Bellevue

Department of Chemistry, Faculty of Science, University of Kragujevac

Daniel Webster High School

Detroit Lakes Senior High School

Dove Science Academy

Delphian School

Dhaka Collegiate School

Delphi Community High School

Dunkirk Senior High School

Discovery High School

Diesel Driving Academy-Baton Rouge

Dakahlia STEM High School

DesignSpot Community

Dulai High School

Di An High School, Binh Duong

Denmark Olar High School

Dallas College of Oriental Medicine

Dance Theatre of Harlem Inc

Dunellen High School

Dixie County High School

Deerfield-Windsor School

Dundee Community High School

Dipartimento di Filosofia - Università degli Studi di Milano

Douglas High School

Department of Supply Chain Management I.H.U. Katerini Greece

Don Roberts Beauty School

Davidson Day School

Dade Medical College-Hialeah

Dakota Valley High School

Doyle High School

DaVinci Coders

Dallas Skin Institute

Detroit Edison Public School Academy - High School

Darrow School

Design Digital - UFC Quixadá

Diego Hills Charter School

Duval County Public Schools

Dutchtown High School

Dave Thomas Education Center West

Darlington High School

Domain Academy

Dhaka University Research Society (DURS)

Darlington High School

Dalton High School

Dayton High School

Destiny College International

Del Norte High School

Dallas Can Academy Charter

Dansville High School

Donetsk 'S.S. Prokofyev' State Conservatoire

Dodgeville High School

Dalian Minzu University

Dallas County Technical Center

Davinci School for Science And The Arts

Delaware County Technical School-Practical Nursing Program

Danville High School

Dalhart High School

Dickson High School

Dr. Cecilio Putong National High School

Design's School of Cosmetology

Doane Academy

Deshler High School

Drury High School

Damascus Christian School

DePaul University-Institute for Professional Development

Diploma Success Community School

Drew Central High School

Donetsk National Medical University

Detroit Collegiate Preparatory High School @ Northwestern

Donna Klein Jewish Academy

Dynamic Worldwide Training Consultants

Deaf High School (FSDB)

Diboll High School

Dallas Academy

Developmental Learning Center (DLC)

Darjavna muzikalna akademija 'Prof. Panèo Vladigerov'

Douglas High School

Depew High School

David Prouty High School

Daymar College-Paducah Main

Dixon High School

Data Science at Vanderbilt University

Dade Medical College-Homestead

Dale County High School

Desert Winds Continuation High School

Dean's Scholars Honors Program

Denham Springs Beauty School

Dixon High School

Don Law Institute

Department of Biology at Colorado State University

Desert Junior-Senior High School

Doniphan High School

Denver Senior High School

Deržavna L'otna Akademija Ukraini

Detroit Training Center

Dayton Early College Academy

Detroit International Academy for Young Women

Delmarva Beauty Academy

Douglass High School

Department of Cultural Studies, Sofia University St. Kliment Ohridski

Donaldsonville High School

Department of Electrical and Computer Engineering at Carnegie Mellon University

Dental Assistant Pro LLC-Lebanon

Detroit Institute of Technology at Cody

Dewey High School

Donelson Christian Academy

DK Academy

Denver City High School

Delton-Kellogg High School

Defiance Junior High School

DevPleno

DSU SUCCESS Academy

Dehiattakandiya National School

DESTINY HIGH SCHOOL

Dallas Can Academy At Pleasant Grove

Davidson Early College

DeQuincy High School

Dr. Charles E. Brimm Medical Arts High School

Data Bootcamp

Daymar College-Chillicothe

Dayton High School

Dilley High School

DCG Nouméa

David Thibodaux STEM Magnet Academy

Deniyaya Central College

Diego Valley Public Charter School

Denair High School

Dade Christian School

Dollarway High School

Daniel Pearl Journalism & Communications Magnet

Durham High School

Douglas High School

Dai hoc y Te Công Công

Darlington County Institute of Technology

Dilworth-Glyndon-Felton Senior High School

Data Masters

Department of Computer and Information Sciences at Towson University

DeQueen High School

Designly

De Anza College Film/Television Department

Devils Lake High School

Dublin High School

Davis Aerospace High School

Delcambre High School

Dharma Gate Buddhist College

DIGITAL ARTS & TECHNOLOGY ACADEMY

Discovery High School

Duanesburg High School

Dexter High School

Digital Marketing at USF

Daulatpur H. B. High School

Daylight/Twilight High School

Dallas Lutheran School

Danbury High School

Dansville High School

Desert Christian High School

Dumas High School

Delta High School

Dike-New Hartford High School

Dora High School

Daleville High School

Delta Charter

Dialysis Education Services

Daleville Jr-Sr High School

Declo Senior High School

DePaul University College of Liberal Arts & Social Sciences

Defensoria do Brasil

Dresden High School

Dishman Hills High School

Denver Jewish Day School

Delta Academy

Desert Heights Preparatory Academy

Dadeville High School

Docent Academy

Dryden High School

Daingerfield High School

Department of Informatics and Telecommunications, University of the Peloponnese, Greece

Duval Virtual Instruction Academy

Delta High School

Don Alejandro Roces Sr. Science-Technology High School

Delhi Charter School Inc

Do Well Do Good Education Africa

D. A. Dorsey Educational Center

Deep Dive Coding

Dysart Unified School District

Duquoin High School

Daniel Morgan Graduate School

Department of Structural Mechanics TNTU

Douglas High School

Dr Susan S Mckinney Secondary School of The Arts

Du Bois Business College-Du Bois

Dignity Health Global Education

Duke University Master of Engineering Management

Dixie High School

Daymar College-New Boston

Danville High School

Daryn school for gifted children

Dexter Regional High School

Defscope TRD

Duplin Early College High School

Davis County Community High School

David Whyte and Invitas

Downtown High School

Detroit Community Schools - High School

Defence Services College Colombo

D.A. Dorsey Technical College

DBAOCM Education

Dr. Hesabi top high school of Varamin

Diamond High School

Delhi High School

Dekalb High School

Dodgeland High School

Deane Bozeman School

Denver Online High School

Durand Middle/High

Discovery

Dewey Academy

Donaldson Career Center

Dirigo High School

Dayspring Christian Academy

Dialysis Training Institute

Dayton Barber College

Dauphin Island Sea Lab

Delaware Valley Friends School

Doddridge County High School

De La Salle College Colombo

Duke University Energy Initiative

Dawson-Bryant High School

Delaware County Technical High School-As

Del Puerto High School

DETROIT PUBLIC SAFETY ACADEMY

Douglas High School

DeWitt High School

Daymar College-Lancaster

Dream Academy

Dell Rapids High School

Delaware Academy High School

Delphi University

Developing Virtue Secondary School

DevMentor.pl

D-Jays School of Beauty Arts and Sciences

Diversified Language Institute

Douglas County West High School

Desert Academy at Santa Fe

De Wolff College Hair Styling and Cosmetology

Denver Ad School

Dover-Eyota High School

Desert Christian High School

Design Science Early College High School

Dora High School

De La Salle Institute - Lourdes Hall Campus

Davie County Early College High School

Da Vinci Connect

Dayton Business Technology High School

Daniel Hale Williams Preparatory School of Medicine

Durand High School

Department of Electrical & Electronic Engineering - UOP

Diamonds Cosmetology College

DDD Academy

Designmatters at ArtCenter College of Design

Derby Academy

Denair Charter Academy

Dooly County High School

DEPEW HIGH SCHOOL ACADEMY OF FINANCE

Dillard Alternative High School

Dibble High School

Denton Calvary Academy

Dominion Christian High School

Durango School District 9-R

Daniel C Oakes High School--Castle Rock

Durham Beauty Academy

Denver Christian Schools

Davenport Assumption

Desales Catholic High School

Du Bois Business College-Oil City

DATA

Drummond High School

Dakota Jr Sr High School

Drummond High School

Deyali University

Dunkerton High School

Donoho School

Destinations Career Academy of Colorado

Davis High School

Dallas Can Academy - Grant East

Dieterich Jr/Sr High School

Delta Charter Online

Department of Health and Exercise Science at Colorado State University

Dewolf Continuation High School

Dorchester Academy

Dayton High School

Department of English at Georgetown University

Dearborn Academy

Dierks High School

Danville Junior-Senior High School

Dan Phuong Highschool

Drone e-Learning

Daegu High School

Douglass High School

Deckerville Community High School

Duncan High School

Digital Communications Institute

Dee-Mack High School

Dale High School

Decipher Academy

Dr. Martin Luther King Charter School for Sci/Tech

Dr. Robert K. Jabs School of Business

Dental Assistant Pro LLC-Columbus

Delaware Area Career Center North Campus

Doyline High School

Detroit Leadership Academy Middle/High

Desert Valley High School

Duke University, Department of Chemistry

Department of Communication Studies at the University of North Texas

Da Lat University

Dover High School

Danville High School

DCIS at Montebello

Desert Rose Academy Charter School

Drummond High School

Delaware-Chenango-Madison-Otsego Boces

Dunbar Early College High School

Darkei Noam Rabbinical College

Delaware Valley CHS

Drumright High School

Delta Beauty College

Dubois Area Catholic School

Driscoll Catholic High School

Dar ul Hijra Pakistani School

Delmarva Christian Schools

Dixie High School

Donetsk University of Economics and Law

DataBrasil

Dahls College of Beauty

Davison Alternative Education

Designer's Beauty Academy

Deweyville High School

Destiny Christian School

Dorchester Career and Technology Center

De Sales High School

Dehryl A Dennis Prof-Tech Center

Dawson High School

Dimensions Academy

Diamond Ranch Academy

Dario Cassina High School

Digicare School

Darrington Sr High School

Desert Oasis High School

DeRuyter Central School

David L. Cooperrider Center for Appreciative Inquiry

Dar Almarifa

Detroit Mercy College of Humanities, Arts & Social Sciences

Durant Public School

Department of Earth Sciences, University of Southern California

Duke Ellington High School

Department of Economics at CSUN

Dodson High School

Dogwagiac Union High School

Danbury High School

DALI Lab

Delavan High School

Drita School

Dhaka School of Economics

Demmons School of Beauty

Douglass High School

De Leon High School

Davis H. Hart Career Center

Dayspring Christian Academy

Dimmitt High School

Dr. Paul L. Kelley Volunteer Academy

Delta Learning Center

Dermott High School

Deposit High School

Dublin Christian Academy

Dniepropetrovs'kij Institut Fizicnoj Kul'turi i Sportu

Dentrilogy Academy

Del Rio Continuation High School

Dayspring Christian Academy-Mountville, PA

Del Amigo High School

David-Curtis School of Floral Design

Dr. Mikel J. Harry Six Sigma Management Institute Europe

Davenport Learning Center

Dharma Realm Buddhist University

Department of Geography at South Dakota Sate University

Dale Kietzman Academy

DesignOps School

Decatur Heritage

Downey Christian School

Defence University, College of Engineering

DONNA J. BEASLEY TECHNICAL ACADEMY

Douglass High School

Delta Junction Sr. High School

Doniphan West JR/SR High School

Dale Jackson Career Center

Department of Anthropology, University of Illinois at Urbana-Champaign

Department of Product

Day Spa Career College

Del Valle Opportunity Center

DTech Scholars Program

Dehesa Charter School

Donovan Sr High School

Department of Civil and Environmental Engineering, UT Knoxville

Dawson Boyd High School

Duval MYcroSchool of Integrated Academics and Technologies

DePue High School

Davidson County High School

Dillingham Middle/High School

DePaul University School of Music

DENVER JUSTICE HIGH SCHOOL

David Anderson High School

Dominion School of Hair Design

Dexter High School

Dewar High School

Delaware Chenango Madison Ostego BOCES-Practical Nursing

Delta charter school

Department of Urban Planning and Design, Budapest University of Technology and Economics

Denbigh Baptist Christian School

Delaney Academy

Discovery Charter Preparatory School #2

Dublin High School

Denver Waldorf School Assn

Dale Young Community High School

Dorothy Dot Kearns Academy at HPC

De Soto High School

Damásio Taboão da Serra

Discovery High School

Drake University Alumni of the Chicago Area

Decatur Township School for Excellence

Dawson Springs Jr/Sr High School

DrupalEasy

Delta High School

Daniel Morgan Technology Center

Dugger Union Community School Corp

Disruptive MBA

Delaware State University Foundation Inc

Delphi Academy of Los Angeles

Destinations Career Academy of Wisconsin High School

Dekalb Jr.-Sr. High School

Department of Economics, University of Alberta

Deer Isle-Stonington High School

Data Driven U

David's Academy of Beauty

Discovery Connections

Digital Forensic Research Lab (DFRLab)

DiAnne M. Pellerin Center

Department of Communication at Appalachian State University

Done School

DaVinciK12

Des Lacs-Burlington High School

Delaware County Tech School

Deaconess/EVSC Health Science Institute

Decoto School for Independent Study

Danville School

Discovery High School

Del Valle Continuation High School

DNA Training & Consulting

Daymar College-Jackson

Daymar College-Scottsville

Douglas High School

Dulce Junior/Senior High School

Dr. William Henderson Upper

Delaware Christian School

Denver Christian School

Duke Master in Interdisciplinary Data Science (MIDS)

Duke Department of Population Health Sciences

Droopnath Ramphul State College

DF Malan High School

Dignity University

Doniphan-Trumbull Secondary

Dunedin Academy

Deer River Secondary

Dundee Junior-Senior High School

Dexter School

Dunseith High School

Digital Cinema at Southern Oregon University

Drywall Qatar Ltd

Design Lab @ Health Careers

Daniel Murphy High School

Deep Creek Academy

Del Rio Freshman School

Dhaka Coaching Centre

Des Arc High School

Duluth Area Learning Center

Donbas National Academy of Civil Engineering and Architecture

Denver Center for 21st Learning at Wyman

Diamond Edge Communications

DappCamp

David Demuth Institute of Cosmetology

Deuel High School

Detroit High School

Dedham Country Day School

Drexel University Interiors

Del Norte High School

Durham's Performance Learning Center

Downsville Community Charter School

David City Secondary School

Drury University Hammons School of Architecture

Dillon Christian School

Destiny Achievers Academy of Excellence

Dolphin Park High School

Desert Learning Academy

Dietrich School of Arts and Sciences, University of Pittsburgh

Deák Tibor College for Advanced Studies

Delta Sigma Pi, Miami University

Department of Geological and Environmental Sciences at Appalachian State University

Da Vinci RISE High

Discovery High School

Drones & Good

Dallas Can Academy At Carrollton-Farmers Branch

Department of Media and Public Communications (UNWE, Sofia)

Duchesne High School

Durango Big Picture High School

Dearborn Academic Center of Excellence

Dragontree Life Coaching

Danville High School

Dalles High School

Davis School for Independent Study

Dundy County Stratton High School

Del Mar High School

Doris A. Sanders Learning Center

D'Hanis School

Dikaios Christian Academy

Disston Academy

Dollar Bay High School

Dayton High School

Desert Chapel Christian

Davenport Community Campus

Department of Management & Economics, Texas A&M Commerce

Dallas County Career Tech Center

Darbonne Woods Charter School INC

DELAWARE ACADEMY FOR PUBLIC SAFETY AND SECURITY INC

Doctoral School of Political Science, Public Policy and International Relations

Dishari Public School, Rajshahi

Diagnostic Imaging Tech Educ Center

Dawson High School

Decatur Christian School

Dickinson Public School District

Digital Israel Academy

Drexel High School

David Emanuel Academy

Deer Creek School

Diagnostic Center

Dunlap Leadership Academy

Dhammissara National School

Durbar High School, Kathmandu

Department of Biochemistry and Cell Biology

Dane County School Consortium

DevSchool

Devereux School

Deubrook High School

Data School

Dan Chadwick Campus

Dunes Alternative High School

Division des Ingénieurs Statisticiens Economistes

Dakota Christian High School

Dunsmuir High School

Delta Keys Charter

Dream Degree

Destinations Academy

Decatur High School

Dell Scholars Program

Dothan Tech Center

Denali PEAK

Douglas R. Welch High School

Digital Skills

Daymar College-Madisonville

De La Salle Vocational School

Digital Storytelling

Dreeben School of Education

Deseret Academy

Dar Al-Hekma Business

Dartmoor School

Deming Cesar Chavez

Digital Talents Academy

Department of English at Appalachian State University

Drexel University Sport Business

De Luxe Beauty School

Delta High School

DevTestSchool

Devereux Foundation - Pennsylvania

Damar Charter Academy

Dakota Adventist Academy

Design with Alice K

Dakota Ridge School

Duke High School

Dutch Institute of Chartered Accountants (NIVRA)

Digital Gold Institute

Dearborn High School

Dugway Education Center

Detroit Lakes Alternative Prog.

Downsville Central School

Dickson County Adult High School

David Grant Medical Center

Dubnoff Center For Child Development

DEI Leadership Institute

Dalton-Nunda Secondary School

Deer Park Home Link Program

De Kalb County High School

Dr Robert Ketterer CS Inc.

Dora High School

Desert Mountain Community

Departamento de Engenharia Elétrica - UFMG

Duluth Edison Charter Schools

Dekalb Vocational School

Dunedin Academy Prep School

Dishchii'bikoh Community School

Downriver High School

De LA Salle Vocational

DataCoach

Du Bois Business College-Huntingdon

Desoto School

Deiyandara National School

Discovery High School-Achieve

Douglass Academy High School

Detroit Delta Preparatory Academy for Social Justice

DevMastery

Desoto County Vocational Complex

D&D INGLÊS

Desoto County Career Center East

Douglass School

Darkei Tshivo of Dinov

DeSales Catholic School

Dean Rusk International Law Center

Dutchtown High School Alumni Association

Department of Medicine, Health, and Society at Vanderbilt

Dar Al-Hekma Design

DolceVita Institute of Technology

Darsey Private School

Delta Charter

Dexter High School

Diversity in Leadership Institute

Dartmouth Alumni Magazine

Demarest Hall

Dinius

Department of Art and Art History

Delaware Valley Medical Career Institute

Delta Vision School

Dekalb Annex School

Dr Brenda Noach Elementary & Secondary School

Dukan Technical Institute

Dawson Street Christian School

Dimetra Academy

Diego Springs Academy

Danville Head Start

DeepSchool

DensityDesign Research Lab

Dillon County Applied Technology Center

Discipline Alternative Education Program

Desert Christian School

David E. Glover Emerging Technology Center

Dedham Public Schools

Detroit Urban Lutheran School

DeTour Arts and Technology Academy

Douglass Academy for Young Men

DANVILLE CHRISTIAN ACADEMY

D & L Academy of Hair Design

Denton Creek

Dar Al-Hekma Engineering

Damar Freeway Academy

Dr Rosa Minoka-Hill School

Dorothy M. Wallace Cope Center

Duke Psychiatry & Behavioral Sciences

Data School

Dixie Academy

Director Middle School

Dublin Institute of Business

Discovery Montessori

District Instructional Center (DIC)

D&AD Creative Leaders Programme

Delta Launch Charter

Diane S. Leichman Special Education Center

Day Head Start

DRONE EDULAB

DataDems

DCMST

DCUBELK

Digital Business University

Desire Street Academy

DAISYS RESOURCE DEVELOPMENTAL CENTER

Devereux Cleo Wallace Center

Dar Al-Hekma Health

Day Treatment

Domina estrategias de marketing y Ventas en LinkedIn | Academia DesarrollaPRO

Digestive Disease Research Institute

Decatur High Development

Denver Center

Department of Civil Engineering and Geodesy

Devereux Mapleton Schools

DuBois High of Leadership Public Policy

Davidson Magnet School

Don B. Huntley College of Agriculture

Downtown Campus

Desert Valley Hope Academy

Diann Banks-Williamson Educational Center

DevBetaTestSchool

Don Smith Learning Academy

Diasporic Peoples Writing Collective

Durango Transitional Learning Center

Duval Virtual Instruction Program

DeQueen/Mena Area Vocational Center

Dorothy B Hersh High School

Discovery to Product

Department of Travel and Tourism

Douglas School

David Williams Jr Career &Tech Cnt

Dunsmuir Joint Union High Schl

Department of Converging Technologies

Department of Statistics

David Brainerd Christian School

Develi Medical Vocational High School

Department of Mathematics at AUB

Daytop Preparatory School

District Summer Center L

Developmental Learning Center Warren

Deal Yeshiva

Denicole Private School

DuBois Academy of Arts and Technology

De Sales High School

Department of Chemistry, University of Texas at Austin

Department of Energy Engineering

Discipline Alternative Education Placement

DeBusk Enrichment Center of Texas (DECATS)

Durham Center

Desoto County Alternative Center

Dassel-Cokato Alternative Center

Digital Business Management

Dukagjini College

Delphi Academy of Campbell

Diagnostic Center

Department of Health Informatics

Del Norte County ROP

Disciplinary Alternative Education Program

Delaware Valley Torah Institute

Deal Yeshiva - Boys Division

DaoIsTheWay

Dan W. Peterson

Deshler Career Technical Center

DeSoto Virtual Instruction Program

Dell Aspire Scholars

Duval Virtual Instruction (Course Offerings)

Department of Military Instruction

Diederich College of Communication

De Coach voor Scholen

School Directory  /  D

**Linked in** © 2024

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language ❯