# EXHIBIT 3

Page Vault

| | |
|---|---|
| Document title: | Caps Hats & Visors \| Duke Stores |
| Capture URL: | https://shop.duke.edu/apparel/hats/caps-hats-visors |
| Page loaded at (UTC): | Fri, 26 Jul 2024 13:48:03 GMT |
| Capture timestamp (UTC): | Fri, 26 Jul 2024 13:48:04 GMT |
| Capture tool: | 2.60.0 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 4 |
| Capture ID: | tRFxtkLfdCYmLcyPS6GEbi |
| User: | automation@page-vaul |



To provide a better shopping experience, our website uses cookies. Continuing use of the site implies consent. ✕

FREE SHIPPING on all standard orders over $75*

Login or Register    Gift Card Balance    Quick Order

### APPAREL >
### ACCESSORIES >
### GIFTS >
### SPECIALTIES >
### SALE >

Login  or Register

Quick Order

Home > Apparel > Hats > Caps Hats & Visors

# Caps Hats & Visors

**HATS** ︿

Knit

**FILTER**

132 Products

24 per page ⌄    Relevance ⌄

**COLOR** ︿

☐ Black
☐ Charcoal
☐ Green
☐ Khaki
☐ Navy
☐ Oxford
☐ Pink
☐ Royal
☐ White

**SIZE** ︿

☐ Small
☐ Medium
☐ Large
☐ XL
☐ 7
☐ 8
☐ S/M
☐ M/L
☐ L/XL
☐ 6 7/8
☐ 7 1/8



**DUKE® DRI-FIT CLUB UNSTRUCTURED FEATHERLIGHT CAP BY NIKE®**
$30.00

**DUKE® DRI-FIT CLUB UNSTRUCTURED FEATHERLIGHT CAP BY NIKE®**
$30.00

**DUKE® DRI-FIT RISE STRUCTURED TRUCKER CAP BY NIKE®**
$32.00

**DUKE® APEX BUCKET HAT BY NIKE®**
$34.00

**DUKE® APEX BUCKET HAT BY NIKE®**
$34.00

**DUKE® DRI FIT-ID W/PATCH-CLUB STRUCTURED CAP BY NIKE®**
$28.00

**DEVILHEAD RISE STRUCTURED SWOOSHFLEX CAP BY NIKE®**
$34.00

**DRI FIT-BLUE DEVILS-ACE VISOR BY NIKE®**
$26.00

☐ 7
☐ 8
☐ S/M
☐ M/L
☐ L/XL
☐ 6 7/8
☐ 7 1/8
☐ 7 1/4
☐ 7 3/8
☐ 7 1/2
☐ 7 5/8
☐ 7 3/4
☐ 7 7/8
☐ ALL

$13.00          $110.00

▶━━━━━━━━━━━◀

**DUKE® APEX BUCKET HAT BY NIKE®**
$34.00



**DUKE® DRI FIT-ID W/PATCH-CLUB STRUCTURED CAP BY NIKE®**
$28.00

**DRI FIT-ID STRUCTURED SWOOSHFLEX CAP BY NIKE®**
$34.00



**DRI FIT-BLUE DEVILS-ACE VISOR BY NIKE®**
$26.00



**DRI FIT-BLUE DEVILS-ACE VISOR BY NIKE®**
$26.00



**DRI FIT-BLUE DEVILS-ACE VISOR BY NIKE®**
$26.00



**YOUTH BLOCK DUKE® / ID RISE CAP BY NIKE®**
$28.00



**YOUTH BLOCK DUKE® CLUB CAP BY NIKE®**
$28.00



**YOUTH BLOCK DUKE® CLUB CAP BY NIKE®**
$28.00



**YOUTH BLOCK DUKE® CLUB CAP BY NIKE®**
$28.00



**DUKE® DRI FIT-CLUB UNSTRUCTURED SWOOSH CAP BY NIKE®**
$28.00



**DUKE® RISE STRUCTURED TRUCKER CAP BY NIKE®**
$30.00



**DUKE® RISE STRUCTURED TRUCKER CAP BY NIKE®**
$30.00



Best Seller

**BLOCK DUKE® TRI-GLIDE CAP BY NIKE®**
$28.00



Best Seller

**BLOCK DUKE® TRI-GLIDE CAP BY NIKE®**
$28.00



**DUKE® VINTAGE DEVIL HEAD CLEAN UP CAP BY '47®**
$32.00

**DUKE® MOM CAP BY LEAGUE®**
$27.95

**DUKE® STANDING DEVIL SIDEBAND TRUCKER CAP BY '47®**
$40.00

**DUKE® WOMEN'S SIDNEY CLEAN UP CAP BY '47®**
$34.00

**DUKE® WOMEN'S POLLINATOR BUCKET HAT BY '47®**
$42.00






**YOUTH BLOCK DUKE® CLUB CAP BY NIKE®**
$28.00

**YOUTH BLOCK DUKE® CLUB CAP BY NIKE®**
$28.00

**DUKE® DRI FIT-CLUB UNSTRUCTURED SWOOSH CAP BY NIKE®**
$28.00

**DUKE® RISE STRUCTURED TRUCKER CAP BY NIKE®**
$30.00






**DUKE® RISE STRUCTURED TRUCKER CAP BY NIKE®**
$30.00

**BLOCK DUKE® TRI-GLIDE CAP BY NIKE®**
$28.00

**BLOCK DUKE® TRI-GLIDE CAP BY NIKE®**
$28.00

**DUKE® VINTAGE DEVIL HEAD CLEAN UP CAP BY '47®**
$32.00






**DUKE® MOM CAP BY LEAGUE®**
$27.95

**DUKE® STANDING DEVIL SIDEBAND TRUCKER CAP BY '47®**
$40.00

**DUKE® WOMEN'S SIDNEY CLEAN UP CAP BY '47®**
$34.00

**DUKE® WOMEN'S POLLINATOR BUCKET HAT BY '47®**
$42.00

1 2 3 4 5 6 NEXT



**HERE TO HELP**
Returns & Exchanges
Gift Cards
Gift Card Balance

**SHOPPING WITH US**
International Delivery
Shipping & Handling

**ABOUT US**
Duke Stores
Jobs
Contact Us

**LEGAL**
Accessibility
Trademark Licensing
Privacy Policy

**800-842-3853**

  

© 2024 Duke University Stores All rights reserved.

| | |
|---|---|
| Document title: | Caps Hats & Visors \| Duke Stores |
| Capture URL: | https://shop.duke.edu/apparel/hats/caps-hats-visors?page=2 |
| Page loaded at (UTC): | Fri, 26 Jul 2024 13:48:03 GMT |
| Capture timestamp (UTC): | Fri, 26 Jul 2024 13:48:04 GMT |
| Capture tool: | 2.60.0 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 3 |
| Capture ID: | 98XoM7a7xBU74MJUFCANvV |
| User: | automation@page-vaul |

PDF REFERENCE #:    mZ4Kv9675H8fJDUfi1ZkRd



To provide a better shopping experience, our website uses cookies. Continuing use of the site implies consent. ×

FREE SHIPPING on all standard orders over $75*

*Login or Register*    *Gift Card Balance*    *Quick Order*

APPAREL    >
ACCESSORIES >
GIFTS    >
SPECIALTIES >
SALE    >

*Login  or Register*

*Quick Order*

Home > Apparel > Hats > Caps Hats & Visors

# Caps Hats & Visors



**HATS**    ∧

Knit

**FILTER**

**COLOR**    ∧

☐ Black
☐ Charcoal
☐ Green
☐ Khaki
☐ Navy
☐ Oxford
☐ Pink
☐ Royal
☐ White

**SIZE**    ∧

☐ Small
☐ Medium
☐ Large
☐ XL
☐ 7
☐ 8
☐ S/M
☐ M/L
☐ L/XL
☐ 6 7/8
☐ 7 1/8

132 Products

24 per page ∨     Relevance    ∨

**DUKE® BLUE DEVILS STREAM LINE HITCH CAP BY '47**
$40.00

**DUKE® NOGGIN BOSS OVERSIZED HAT**
$110.00

**DUKE® NOGGIN BOSS OVERSIZED HAT**
$110.00

**DUKE® NOGGIN BOSS OVERSIZED HAT**
$110.00

**DUKE® WOMEN'S TROPICALIA BUCKET HAT BY '47®**
$42.00

**DUKE® WOMEN'S TROPICALIA CLEAN UP CAP BY '47®**
$38.00

**DUKE® YOUTH JUNGLE GYM TRUCKER CAP BY '47®**
$33.00

**IRON DUKE® D CLEAN UP VISOR BY '47®**
$34.00

Document title: Caps Hats &amp; Visors | Duke Stores
Capture URL: https://shop.duke.edu/apparel/hats/caps-hats-visors?page=2
Capture timestamp (UTC): Fri, 26 Jul 2024 13:48:04 GMT
Page 1 of 2



7 1/8
7 1/4
7 3/8
7 1/2
7 5/8
7 3/4
7 7/8
ALL

$13.00        $110.00

**DUKE® WOMEN'S PANTHERA CLEAN UP CAP BY '47®**
$38.00

**DUKE® DUSTED DOUBLE PLAY CAPTAIN CAP BY '47®**
$42.00

**DUKE® DUSTED DOUBLE PLAY CAPTAIN CAP BY '47®**
$42.00

**ARCH DUKE® BUCKET HAT BY '47®**
$42.00

**DUKE® WOMEN'S POLLINATOR CLEAN UP CAP BY '47®**
$38.00

**DUKE® VINTAGE DEVIL HEAD CLEAN UP CAP BY '47®**
$32.00

**DUKE® FITTED AERO TRUE BASEBALL CAP BY NIKE®**
$35.00

**DUKE® CENTENNIAL CLEAN UP CAP BY '47®**
$32.00

**DUKE® CENTENNIAL CLEAN UP CAP BY '47®**
$32.00

**BLOCK DUKE® LEATHER PATCH TRUCKER HAT**
$36.95

**IRON DUKE® D LEATHER PATCH HAT**
$36.95

**BLUE DEVIL HEAD LEATHER PATCH TRUCKER HAT**
$36.95

**DUKE® CAMO L91 DRY PERFORMANCE CAP BY NIKE®**
$36.00

**DUKE® CAMO TRUCK CAP W/PATCH BY NIKE®**
$36.00

**DUKE® H86 LOGO CAP BY NIKE®**
$26.00

**DUKE® LOGO CAP BY NIKE®**
$30.00

PREVIOUS   1   2   3   4   5   6   NEXT



**HERE TO HELP**

Returns & Exchanges
Gift Cards

**SHOPPING WITH US**

International Delivery
Shipping & Handling

**ABOUT US**

Duke Stores
Jobs

**LEGAL**

Accessibility
Trademark Licensing

**800-842-3853**

**Page Vault**

| | |
|---|---|
| Document title: | Caps Hats & Visors \| Duke Stores |
| Capture URL: | https://shop.duke.edu/apparel/hats/caps-hats-visors?page=3 |
| Page loaded at (UTC): | Fri, 26 Jul 2024 13:48:04 GMT |
| Capture timestamp (UTC): | Fri, 26 Jul 2024 13:48:05 GMT |
| Capture tool: | 2.60.0 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 3 |
| Capture ID: | sKRLdZjxSDUVBACB27894N |
| User: | automation@page-vaul |

To provide a better shopping experience, our website uses cookies. Continuing use of the site implies consent. ×

FREE SHIPPING on all standard orders over $75*



Login or Register      Gift Card Balance      Quick Order

APPAREL  >
ACCESSORIES >
GIFTS  >
SPECIALTIES  >
SALE  >

Login  or Register

Quick Order

Home  >  Apparel  >  Hats  >  Caps Hats & Visors

# Caps Hats & Visors



HATS  ∧

Knit

FILTER

COLOR  ∧

☐ Black
☐ Charcoal
☐ Green
☐ Khaki
☐ Navy
☐ Oxford
☐ Pink
☐ Royal
☐ White

SIZE  ∧

☐ Small
☐ Medium
☐ Large
☐ XL
☐ 7
☐ 8
☐ S/M
☐ M/L
☐ L/XL
☐ 6 7/8
☐ 7 1/8

132 Products

24 per page ∨      Relevance  ∨

**Online Only Sale**

DUKE® LOGO TRUCKER CAP
BY NIKE®
$30.00

**Online Only Sale**

DUKE® LOGO TRUCKER CAP
BY NIKE®
$21.00

**Online Only Sale**

DUKE® H86 WASHED LOGO
CAMPUS CAP BY NIKE®
$19.00

DUKE® WASHED LOGO CAP BY
NIKE®
$28.00

DUKE® BLEED BLUE CAP
$29.95

Best Seller

DUKE® DRY L91 LOGO CAP BY
NIKE®
$26.00

DUKE® BLUE DEVILS RETRO
CAP BY NIKE®
$30.00

DUKE® RUBBERIZED AERO
CAP BY NIKE®
$30.00

**Online Only Sale**



Online Only Sale

☐ 6 7/8
☐ 7 1/8
☐ 7 1/4
☐ 7 3/8
☐ 7 1/2
☐ 7 5/8
☐ 7 3/4
☐ 7 7/8
☐ ALL

$13.00    $110.00

**DUKE® USA CAMPUS CAP BY NIKE®**
$22.00

**DUKE® AERO L91 CAP BY NIKE®**
$30.00

**BLOCK DUKE® TABOR VISOR**
$33.95

**DUKE® CLEAN UP CAP BY '47®**
$32.00

**DUKE® CLEAN UP CAP BY '47®**
$32.00

**DUKE CLEAN UP CAP BY '47**
$32.00

**DUKE CLEAN UP CAP BY '47**
$32.00

**DUKE® CLEAN UP CAP BY '47®**
$32.00

**DUKE CAP CLEAN UP BY '47**
$32.00

**DUKE CLEAN UP CAP BY '47**
$32.00

**DUKE® LACROSSE CLEAN UP CAP BY '47®.**
$32.00

**DUKE® REVERSIBLE FLORAL BUCKET HAT**
$23.95

Best Seller

**FAMILY EQUALITY REVERSIBLE BUCKET CAP.**
$39.95

**DUKE® BASKETBALL CLEAN UP CAP BY '47®**
$32.00

**GOTHIC DUKE® CLEAN UP CAP BY '47®**
$32.00

**GOTHIC DUKE® CLEAN UP CAP BY '47®**
$32.00

PREVIOUS    1    2    **3**    4    5    6    NEXT



**HERE TO HELP**

Returns & Exchanges
Gift Cards

**SHOPPING WITH US**

International Delivery
Shipping & Handling

**ABOUT US**

Duke Stores
Jobs

**LEGAL**

Accessibility
Trademark Licensing

**800-842-3853**

| | |
|---|---|
| Document title: | Caps Hats & Visors \| Duke Stores |
| Capture URL: | https://shop.duke.edu/apparel/hats/caps-hats-visors?page=4 |
| Page loaded at (UTC): | Fri, 26 Jul 2024 13:48:03 GMT |
| Capture timestamp (UTC): | Fri, 26 Jul 2024 13:48:04 GMT |
| Capture tool: | 2.60.0 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 3 |
| Capture ID: | 7KCzwL8xEpsGnssrF3bmqE |
| User: | automation@page-vaul |



FREE SHIPPING on all standard orders over $75*

Login or Register    Gift Card Balance    Quick Order

APPAREL
ACCESSORIES
GIFTS
SPECIALTIES
SALE

Login  or Register

Quick Order

Home  >  Apparel  >  Hats  >  Caps Hats & Visors

# Caps Hats & Visors

**HATS**

Knit

**FILTER**

**COLOR**

☐ Black
☐ Charcoal
☐ Green
☐ Khaki
☐ Navy
☐ Oxford
☐ Pink
☐ Royal
☐ White

**SIZE**

☐ Small
☐ Medium
☐ Large
☐ XL
☐ 7
☐ 8
☐ S/M
☐ M/L
☐ L/XL
☐ 6 7/8
☐ 7 1/8

132 Products

24 per page ∨     Relevance ∨



DUKE® ICE CLEAN UP CAP BY '47®
$32.00

DUKE® CLEAN UP CAP BY '47®
$32.00

DUKE® ICE CLEAN UP CAP BY '47®
$32.00

DUKE® AEROBILL TRUE FITTED BSBL CAP BY NIKE®
$35.00

Online Only Sale

DUKE® LOGO CAP BY NIKE®
$19.00

DUKE® AEROBILL TRUE FITTED BSBL CAP BY NIKE®
$35.00

DUKE® AEROBILL TRUE FITTED BSBL CAP BY NIKE®
$35.00

DUKE® DRI-FIT VISOR BY NIKE®
$26.00

Best Seller

Online Only Sale

Document title: Caps Hats &amp; Visors | Duke Stores
Capture URL: https://shop.duke.edu/apparel/hats/caps-hats-visors?page=4
Capture timestamp (UTC): Fri, 26 Jul 2024 13:48:04 GMT

Page 1 of 2



- ☐ 7 1/8
- ☐ 7 1/4
- ☐ 7 3/8
- ☐ 7 1/2
- ☐ 7 5/8
- ☐ 7 3/4
- ☐ 7 7/8
- ☐ ALL

$13.00 $110.00

DUKE® DRI-FIT VISOR BY NIKE®
$26.00

DUKE® SIDELINE VISOR BY NIKE®
$21.00

DUKE® DRI-FIT VISOR BY NIKE®
$26.00

DUKE® SIDELINE AEROBILL CLASSIC99 SWOOSH FLEX CAP BY NIKE®
$32.00

DUKE® HERITAGE86 CAP BY NIKE®
$26.00

DUKE® HERITAGE86 CAP BY NIKE®
$26.00

DUKE® HERITAGE86 CAP BY NIKE®
$26.00

Online Only Sale

DUKE® CORE BUCKET CAP BY NIKE®
$21.00

Online Only Sale

DUKE® CORE BUCKET CAP BY NIKE®
$21.00

Online Only Sale

DUKE® CORE BUCKET CAP BY NIKE®
$21.00

DUKE® SIDELINE BUCKET HAT BY NIKE®
$39.00

Online Only Sale

DUKE® SIDELINE BUCKET HAT BY NIKE®
$27.00

DUKE® CAMPUS CAP BY NIKE®
$28.00

DUKE® CLASSIC99 TRUCKER CAP BY NIKE®
$30.00

DUKE® CAMPUS CAP BY NIKE®
$26.00

Online Only Sale

DUKE® CAMPUS CAP BY NIKE®
$19.50

PREVIOUS 1 2 3 **4** 5 6 NEXT

Duke STORES

**HERE TO HELP**
Returns & Exchanges

**SHOPPING WITH US**
International Delivery

**ABOUT US**
Duke Stores

**LEGAL**
Accessibility

**800-842-3853**

Document title: Caps Hats & Visors | Duke Stores
Capture URL: https://shop.duke.edu/apparel/hats/caps-hats-visors?page=4
Capture timestamp (UTC): Fri, 26 Jul 2024 13:48:04 GMT

| | |
|---|---|
| Document title: | Caps Hats & Visors \| Duke Stores |
| Capture URL: | https://shop.duke.edu/apparel/hats/caps-hats-visors?page=5 |
| Page loaded at (UTC): | Fri, 26 Jul 2024 13:49:30 GMT |
| Capture timestamp (UTC): | Fri, 26 Jul 2024 13:49:32 GMT |
| Capture tool: | 2.60.0 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 4 |
| Capture ID: | gzkHVzDSFWFKZESnw3YbTz |
| User: | automation@page-vaul |



FREE SHIPPING on all standard orders over $75*

Login or Register     Gift Card Balance     Quick Order

APPAREL >
ACCESSORIES >
GIFTS >
SPECIALTIES >
SALE >

Login or Register

Quick Order

Home > Apparel > Hats > Caps Hats & Visors

# Caps Hats & Visors



**HATS**

Knit

**FILTER**

132 Products

24 per page ∨     Relevance ∨

**COLOR**

☐ Black
☐ Charcoal
☐ Green
☐ Khaki
☐ Navy
☐ Oxford
☐ Pink
☐ Royal
☐ White

**SIZE**

☐ Small
☐ Medium
☐ Large
☐ XL
☐ 7
☐ 8
☐ S/M
☐ M/L
☐ L/XL
☐ 6 7/8
☐ 7 1/8

**DUKE® CAMPUS CAP BY NIKE®**
$26.00

**DUKE® CAMPUS CAP BY NIKE®**
$26.00

**DUKE® CLEAN UP CAP BY '47®**
$32.00

**DUKE® PRIDE CLEAN UP CAP BY '47®**
$32.00

**DUKE® DRI-FIT HERITAGE86 AUTHENTIC SPORT CAP BY NIKE®**
$32.00

**DUKE CLEAN UP CAP BY '47**
$32.00

**DUKE® DRI-FIT BASKETBALL HERITAGE86 AUTHENTIC CAP BY NIKE®**
$32.00

**DUKE® DRI-FIT BASKETBALL HERITAGE86 AUTHENTIC CAP BY NIKE®**
$32.00

**Online Only Sale**

Document title: Caps Hats &amp; Visors | Duke Stores
Capture URL: https://shop.duke.edu/apparel/hats/caps-hats-visors?page=5
Capture timestamp (UTC): Fri, 26 Jul 2024 13:49:32 GMT

Page 1 of 3



- **CAMERON CRAZIES HERITAGE86 CAP BY NIKE®** $19.00
- **DUKE® DAD CAP BY LEGACY®** $27.95
- **DUKE® MOM CAP BY LEGACY®** $27.95
- **DUKE GRANDPA CAP BY LEAGUE** $27.95
- **DUKE® GRANDMA CAP BY LEGACY®** $27.95
- **GOTHIC DUKE® GRANDPARENT ROCKDALE CAP** $29.95
- **DUKE® YOUTH POP-UP TRUCKER CAP BY '47®** $32.00
- **DUKE® YOUTH SWOOSH FLEX BY NIKE®** $34.00
- **DUKE® YOUTH CAP BY LEGACY®** $27.95
- **DUKE® YOUTH CAP BY LEGACY®** $26.95
- **DUKE® NICHOLAS SCHOOL OF THE ENVIRONMENT RECLAIM CAP BY LEAGUE®** $37.95
- **DUKE® NICHOLAS SCHOOL OF THE ENVIRONMENT RECLAIM CAP BY LEAGUE®** $37.95
- **DUKE® NICHOLAS SCHOOL OF THE ENVIRONMENT RECLAIM CAP BY LEAGUE®** $37.95
- **DUKE® CLEAN UP CAP BY '47** $26.00
- **DUKE LAW EZA RELAXED TWILL HAT BY LEGACY** $27.95
- **DUKE® FUQUA SCHOOL OF BUSINESS CAP BY NIKE®** $28.00





**DUKE® GRANDMA CAP BY LEGACY®**
$27.95

**GOTHIC DUKE® GRANDPARENT ROCKDALE CAP**
$29.95

**DUKE® YOUTH POP-UP TRUCKER CAP BY '47®**
$32.00

**DUKE® YOUTH SWOOSH FLEX BY NIKE®**
$34.00






**DUKE® YOUTH CAP BY LEGACY®**
$27.95

**DUKE® YOUTH CAP BY LEGACY®**
$26.95

**DUKE® NICHOLAS SCHOOL OF THE ENVIRONMENT RECLAIM CAP BY LEAGUE®**
$37.95

**DUKE® NICHOLAS SCHOOL OF THE ENVIRONMENT RECLAIM CAP BY LEAGUE®**
$37.95






**DUKE® NICHOLAS SCHOOL OF THE ENVIRONMENT RECLAIM CAP BY LEAGUE®**
$37.95

**DUKE® CLEAN UP CAP BY '47**
$26.00

**DUKE LAW EZA RELAXED TWILL HAT BY LEGACY**
$27.95

**DUKE® FUQUA SCHOOL OF BUSINESS CAP BY NIKE®**
$28.00

PREVIOUS    1    2    3    4    **5**    6    NEXT




**HERE TO HELP**

Returns & Exchanges
Gift Cards
Gift Card Balance

**SHOPPING WITH US**

International Delivery
Shipping & Handling

**ABOUT US**

Duke Stores
Jobs
Contact Us

**LEGAL**

Accessibility
Trademark Licensing
Privacy Policy

**800-842-3853**

© 2024 Duke University Stores All rights reserved.

| | |
|---|---|
| Document title: | Caps Hats & Visors \| Duke Stores |
| Capture URL: | https://shop.duke.edu/apparel/hats/caps-hats-visors?page=6 |
| Page loaded at (UTC): | Fri, 26 Jul 2024 13:48:03 GMT |
| Capture timestamp (UTC): | Fri, 26 Jul 2024 13:48:04 GMT |
| Capture tool: | 2.60.0 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 3 |
| Capture ID: | 2JM8LbJYRXvNgE5rHL45P5 |
| User: | automation@page-vaul |

To provide a better shopping experience, our website uses cookies. Continuing use implies consent. ✕

FREE SHIPPING on all standard orders over $75*

APPAREL

ACCESSORIES

GIFTS

SPECIALTIES

SALE

f  ⓘ  y  🔍  🛍 0

Login  or Register

Quick Order

Home  >  Apparel  >  Hats  >  Caps Hats & Visors

# Caps Hats & Visors

**HATS**  ⌃

Knit

**FILTER**

**COLOR**  ⌃

☐ Black
☐ Charcoal
☐ Green
☐ Khaki
☐ Navy
☐ Oxford
☐ Pink
☐ Royal
☐ White

**SIZE**  ⌃

☐ Small
☐ Medium
☐ Large
☐ XL
☐ 7
☐ 8
☐ S/M
☐ M/L
☐ L/XL
☐ 6 7/8
☐ 7 1/8

132 Products

24 per page ⌄     Relevance ⌄     ≡  ▦  ▦



Clearance

**DUKE® DIVINITY CAP**
$27.95

**DUKE® WOMEN'S DIVINITY CAP**
$27.95

**DUKE® DIVINITY CAP**
$27.95

**DUKE® CAMPUS CAP WITH PATCH BY NIKE®**
$24.00

Clearance

Clearance

Clearance

Clearance

**DUKE® MEN'S BASKETBALL 2023 ACC CHAMPS CAP**
$19.00

**DUKE® BASKETBALL CAP BY ZEPHYR®**
$26.95

**DUKE® AEROBILL TRUE FITTED BSBL CAP BY NIKE®**
$26.25

**DUKE® 'BOUT THAT BUCKET HAT BY NIKE®.**
$21.00

Clearance

Clearance

Clearance

Clearance

Home > Apparel > Hats > Caps Hats & Visors

# Caps Hats & Visors



HATS ∧

Knit

FILTER

COLOR ∧

☐ Black
☐ Charcoal
☐ Green
☐ Khaki
☐ Navy
☐ Oxford
☐ Pink
☐ Royal
☐ White

SIZE ∧

☐ Small
☐ Medium
☐ Large
☐ XL
☐ 7
☐ 8
☐ S/M
☐ M/L
☐ L/XL
☐ 6 7/8
☐ 7 1/8
☐ 7 1/4
☐ 7 3/8
☐ 7 1/2
☐ 7 5/8
☐ 7 3/4
☐ 7 7/8
☐ ALL

$13.00     $110.00

132 Products

24 per page ⌄     Relevance ⌄

**DUKE® DIVINITY CAP**
$27.95

**DUKE® WOMEN'S DIVINITY CAP**
$27.95

**DUKE® DIVINITY CAP**
$27.95

Clearance
**DUKE® CAMPUS CAP WITH PATCH BY NIKE®**
$24.00

Clearance
**DUKE® MEN'S BASKETBALL 2023 ACC CHAMPS CAP**
$19.00

Clearance
**DUKE® BASKETBALL CAP BY ZEPHYR®**
$26.95

Clearance
**DUKE® AEROBILL TRUE FITTED BSBL CAP BY NIKE®**
$26.25

Clearance
**DUKE® 'BOUT THAT BUCKET HAT BY NIKE®.**
$21.00

Clearance
**DUKE LEGACY91 CAP BY NIKE®**
$13.00

Clearance
**DUKE® AEROBILL HAT BY NIKE**
$26.00

Clearance
**DUKE PIGMENT WASHED BUCKET CAP BY NIKE**
$22.50

Clearance
**DUKE® YOUTH SIDELINE BUCKET BOONIE BY NIKE®**
$24.00

PREVIOUS   1   2   3   4   5   6

HERE TO HELP

Returns & Exchanges
Gift Cards

SHOPPING WITH US

International Delivery
Shipping & Handling

ABOUT US

Duke Stores
Jobs

LEGAL

Accessibility
Trademark Licensing

**800-842-3853**