# EXHIBIT 4



DRAKE **blue**

*Fall 2005*

# Celebrating a great birthday

## DREAMERS, THINKERS, STARGAZERS AND WAR HEROES:
### THE MEN AND WOMEN WHO FOUNDED DRAKE UNIVERSITY 125 YEARS AGO



# From the President. . .
## Mission and Promise

**EVERY TEN YEARS, EACH ACCREDITED COLLEGE AND UNIVERSITY IN THE UNITED STATES UNDERGOES A REACCREDITATION REVIEW,** conducted by the appropriate regional accrediting body. A successful outcome is, of course, absolutely essential to the continuing viability of the institution. In 2008, Drake University will undergo its accreditation review by the Higher Learning Commission (HLC) of the North Central Association of Schools & Colleges. Given the importance, magnitude and complexity of the process, we have already begun to devote substantial time and energy to our preparation.

The first of five criteria for HLC accreditation focuses on institutional mission: "The organization operates with integrity to ensure the fulfillment of its mission through structures and processes that involve the board, administration, faculty, staff, and students." This emphasis on the primacy of mission is entirely consistent with the manner in which Drake University's mission — as articulated in the University's Mission Statement — has driven our major planning processes in recent years, and every aspect of our decision-making on campus:

Drake's mission is to provide an exceptional learning environment that prepares students for meaningful personal lives, professional accomplishments, and responsible global citizenship. The Drake experience is distinguished by collaborative learning among students, faculty, and staff, and by the integration of the liberal arts and sciences with professional preparation.

As we began our own review of this criterion, we suspected that we could not assume that there was a shared and accurate understanding of the statement's critical terms — and thus of the mission itself. This realization led to a fascinating and challenging series of discussions, culminating in a document that serves vitally important purposes, and which is already having important, long-term consequences for the University  (the

The future health of the University depends in great part on our ability to communicate our promise effectively, and — most of all — to give people compelling and legitimate reason to believe that we are keeping that promise.

Mission Explication, which can be found at *www.drake.edu/self_study/drakedocs/missionexplic.html;* I do hope that you'll take a look at it — and that you'll let me know what you think of it.)

First, the document serves to clarify and elaborate on the meaning of the University's Mission Statement — ensuring that all of the University's constituencies have a complete and accurate appreciation of Drake's mission and the implications of that mission. It is important for the campus community, of course, for the mission forms the bond that connects students, faculty and staff in common purpose. The Explication also provides a context for each member of the Drake family to fully understand the nature of his/her role at the University. For external audiences (alumni, prospective students and their parents, donors, the community), it identifies the aspirations of the institution with which

we hope they will engage — and we must find effective means to communicate those concepts in a manner that the various groups find meaningful and persuasive (something that higher education as a whole has not done particularly well on a national scale).

Second, as the document itself states, the Mission Explication identifies those responsibilities that the University assumes in order to ensure that our institutional goals are achieved, and identifies those areas of knowledge, skills, and habits of mind that we expect Drake-educated students to have developed in realization of the University's mission. In order to ensure our continued excellence as an institution, it is essential that we are able to demonstrate through ongoing, objective assessment that we are meeting those goals — for ourselves and for our students.

Third, the University's mission and its explication constitute a promise — a promise that Drake faculty, staff, and Board of Trustees make to students (current and prospective) and their parents, to our alumni, to our supporters, and to the community. It is a statement of who we are, what we do, what we value, and what we aspire to. The future health of the University depends in great part on our ability to communicate our promise effectively, and — most of all — to give people compelling and legitimate reason to believe that we are keeping that promise. I want you to know that the people of Drake University are doing everything that they can to ensure that we are.

**Dr. David E. Maxwell, president**

# Drake
U N I V E R S I T Y

President
**Dr. David E. Maxwell**

Vice President of
Institutional Advancement
**John H. Willey**

Director of
Marketing & Communications
**Brooke Benschoter**

### EDITORIAL STAFF

Editor/Art Director
**Casey L. Gradischnig**

Graphic Designer
**Andrew Maahs**

Classnotes Editor
**Tracey L. Kelley**

Contributing Writers
**Daniel P. Finney, JO'97**
**Tracey L. Kelley**
**Lisa Lacher**
**Tim Schmitt**

Interns
**Elissa Koc**
**Bryan Klopeck**
**Erin Lain**
**Kristin McLaughlin**
**Stephanie Peterson**



To submit news or update your alumni file, contact Drake's Office of Alumni and Parent Programs.

**Call: 1-800-44-DRAKE, x3152**
**E-mail: recordsinfo@drake.edu**
**Surf: www.drakealumni.net**

*Drake Blue* is published as a service to Drake alumni, parents and friends by the Drake University Office of Marketing and Communications. Views expressed in *Drake Blue* do not necessarily reflect opinions of the editors or the University. We welcome articles by and story ideas from and about Drake alumni. Send correspondence to Editor Casey L. Gradischnig, Drake University, 2507 University Ave., Des Moines, IA 50311-4505. E-mail: casey.gradischnig@drake.edu.

Copyright Drake University 2005

# contents

## Features



**12** GET YOUR HANDS ON THIS
School of Education professor's active approach creates a lasting impression



**14** REACHING FOR THE PEAK
Dreamers, thinkers, stargazers and war heroes: the men and women who founded Drake University 125 years ago



BUILDING BLOCKS **23**
CBPA alumnus and H&R Block CEO brings humanity to money management

## Departments

CAMPUS **4**
Science spruce-up begins with grant • Law teaches perils of slam dancing • Pharmacy fraternity explores the humanity behind the science • CBPA offers new master's program • Fulbright winner to South Korea • SJMC projects win top honors

**8** FACULTY
Passionate professor, marvelous mentor earn top honors • Jazzing up a golf score • Pharm fac sweep awards • Teacher Tom Drake wins Double D honor • Busy biz profs • Law prof on jury duty

SPORTS **16**
Athletics Hall of Honor embodies the spirit of one man and many athletes • Spring sports recap

**18** ALUMNI
Research from this Drake graduate could help restore sight to millions • Alumni honored at this year's Achievers and Believers ceremony • Drake offers Alumni Career Network

# campus buzz

### DRAKE RULES THE WORLD

Drake has developed relationships with universities around the world in an effort to give students more foreign education opportunities. The Universidad Nebrija in Madrid, Spain; the Université d'Auvergne in Clermont-Ferrand, France; and Universität Tübingen in Tübingen, Germany are three universities recently added to Drake's list of institutions in more than 60 different countries in the study abroad program.

The exchange programs with these universities are different from most study abroad programs because the Drake students are directly enrolled in the institutions; therefore, they take classes in the native language and live with natives of the respective country.

### SENIORS GO BACK TO SCHOOL

College-level learning isn't just for kids with iPod headphone buds jammed in their ears who are point-and-clicking away on wireless laptops.

The RaySociety of Lifelong Learning at Drake University offers courses on a variety of topics targeted at retirement-age people interested in learning in a college atmosphere. The courses are designed to accommodate those returning to school as well as individuals setting foot on a university campus for the first time.

The society takes its name from a pair of distinguished Drake alumni, former Iowa Gov. Robert D. Ray, BN'52, LW'54, who also served as the University's president, and Billie Ray, ED'50, former first lady of Iowa and a former school teacher. Volunteer instructors from among current and former Drake University faculty, from the society membership and from the community teach classes.

Recent courses have included a tour of Iowa's historical buildings, a course on technology and an analysis of a daily newspaper.

### SCIENCE SPRUCE-UP BEGINS WITH GRANT

The Roy J. Carver Charitable Trust awarded a $200,000 grant to Drake University for the renovation of science laboratories in Olin Hall.

The Carver grant provides the foundation for a $2.9 million fundraising effort by Drake to reconfigure three biology labs and remodel the second floor of Olin Hall, which houses Drake's psychology, biology, neuroscience and environmental science departments. Drake hopes to begin construction in May 2006.

The remodeled educational spaces will help create a new science-learning environment that diminishes the distinction between lab work and classroom learning as students pursue inquiry-based courses.

The Carver Trust is the largest private philanthropic foundation in the state of Iowa with assets totaling $300 million and annual grant distributions of more than $13 million. The trust was created through the will of the late Roy J. Carver, a Muscatine, IA, industrialist and philanthropist.

### LAW TEACHES PERILS OF SLAM DANCING

More than 175 first-year Drake law students observed the civil suit involving violent slam dancing at a heavy metal bar as part of the annual Trial Practicum.

The trial took place in the courtroom of the Neal and Bea Smith Law Center in the Drake Legal Clinic. Students watched the actual Iowa district court case from jury selection through the

 

**SPEAKING OF:** Tim Russert, host of "Meet the Press" and author of the best-seller *Big Russ and Me*, presented "Washington From the Inside Out" to a crowd more than 3,000 people at Drake Knapp Center as part of the spring Bucksbaum Distinguished Lectureship. Conservationist Jane Goodall will deliver the fall lecture on Sept. 22.

Renowned scholar Anita Allen (above far right) the Henry R. Silverman professor of law and professor of philosophy at the University of Pennsylvania, presented "Law Floats on a Sea of Ethics" to a standing-room only crowd last April as part of the Constitutional Law Center's Distinguished Lecture Series.

## the HOT list

Spring semester event highlights included theatrical productions of "Crimes of the Heart," **"Pippin,"** and Sartre's "No Exit." **The Drake Opera** performed Gian Carlo Menotti's comedic one-acts, "Amelia Goes to the Ball," and "The Telephone." The fourth **Thresholds Art Festival to a Culture of Peace** visited campus, along with Carbon, a student art exhibit featuring collaborative works by artists and randomly selected students from outside the art world. *National Geographic* writer/photographer Jon Bowermaster, JO'76, discussed his globe-trotting adventures. Amsterdam's celebrated world traveling **Royal Concertgebouw Brass Ensemble** graced the Harmon Fine Arts Center stage. Drake choir and symphony included performances of Haydn's "Creation Mass." The **Writers and Critics Series** brought writers Cole Swensen, Peggy Orenstein, Rae Armantrout, Stephan Cope, Michelle Herman, and Nathaniel MacKey to campus. Scholar Eric Ehrenreich also paid a visit to deliver a lecture entitle, "Racial Scientific Ideology and Motivations for the Holocaust." **Black History Month** was packed with programs by the Coalition of Black Students, including a Multicultural Village Fishbowl and Mamma's Cookin' — a night of sharing traditional home-cooked meals. The Center for Global Citizenship held events including **"America: A View from Abroad."** And campus groups encouraged women to "Take Back the Night," a rape awareness program including a candlelight vigil.

verdict and received exclusive debriefings with the trial lawyers, the judge and an especially rare question-and-answer session with jurors after the closing.

*(continued on page 6)*



spotlight

# Students Who Serve

PHARMACY FRATERNITY EXPLORES
THE HUMANITY BEHIND THE SCIENCE

Members of Phi Dex Brenna Ferry, Greg Bookensted and Casi Sovereign volunteering at Des Moines' Blank Children's Hospital.

**MOST COLLEGE STUDENTS** aren't awake at daybreak, let alone riding in the back of a flatbed truck at the crack of dawn during winter, handing out eggs and milk to the homeless. But for members of Drake's Phi Delta Chi (Phi Dex), a professional fraternity for pharmacy students, this is just one of many service learning projects they're involved in to understand the life of a pharmacist.

**"PHARMACY IS ALL ABOUT HAVING COMPASSION,"** says Tara Loan, worthy chief counselor of the Psi chapter. "Students realize early on they need more than the ability to count little pills and put them into big bottles."

**DEVELOPING A BEDSIDE MANNER:** Phi Dex members often spend time with patients with juvenile arthritis to hear their issues and answer questions. "I think it's less intimidating for them to meet us this way, and we get to understand the person with the condition, not just a clinical description," explains Loan.

"The fraternity is comprised of true leaders," says Chuck Phillips, faculty adviser and associate professor of pharmacy, who says he is continually impressed with Phi Dex members. "These students are organized, have structured committees and a strong professional component. Working with children at Ruby Van Meter School, the Haven at Urban Ministries and Blank Children's Hospital are just some of the long-established connections, and the community knows it can count on Phi Dex."

**SHINING NATIONALLY:** The fraternity makes a notable mark among other chapters as well. Phi Delta Chi's philanthropic focus is St. Jude's Children's Hospital; the 92 actives of Drake's chapter raised 60 percent of the national fraternity's fundraising goal for St. Jude's last year.

"Our activities give us the opportunity to work with all types of people, so we can relate to issues they face every day," Loan says. "Knowing this makes us better people and stronger professionals."

—*Tracey L. Kelley*

# campus buzz

*(continued from page 4)*

A patron of a local bar, Hairy Mary's, alleged that a broken wrist and other injuries he suffered in 2002 while slam dancing in a mosh pit at the bar were due to the negligence of the bar's owners.

Coordinated by Drake law professor Russell Lovell, this observation gave students the unique opportunity to see a trial inside and out in a way they can't get through a half-dozen episodes of "Law & Order" or even other law schools.

The plaintiff ultimately won $1 in pain and suffering.

### SCHOLARSHIP HELPS STUDENTS FIGURE OUT WHO OWNS IDEAS

The Des Moines law firm of McKee, Voorhees & Sease has made a commitment to increase the Drake University Law School scholarship fund promoting the development and practice of intellectual property law from $35,000 to $100,000.

McKee, Voorhees & Sease has an 80-year history of specializing in intellectual property law, including patents, trademarks, copyrights, trade secrets and intellectual property litigation. The attorneys also have spent hours throughout the past three decades teaching Drake students the finer points of intellectual property law.

"Intellectual property is a subject of vital importance to our profession and our society, and of great interest to our students," said David Walker, dean of the Law School. "McKee, Voorhees & Sease has been a leader in this field in the Midwest, even nationally, and their $100,000 endowed scholarship commitment to support outstanding students focus-



**BULLDOGS GO GREEN.** A group of students from Assistant Professor of Sociology Darcie Vandegrift's Globalization and Development course celebrated Arbor Day by helping Des Moines elementary school kids plant edible perennials, fruit and trees at King Elementary School. The Des Moines Community Garden Program, directed by Drake graduate Teva Dawson, AS'97, and Practical Farmers of Iowa, sponsored the project.

ing on intellectual property is wonderful news for the Drake Law School and our community."

### DARK FILMS SEE LIGHT AT COWLES

Rod Henshaw, dean of Cowles Library, has given a major book and film collection to the University. Consisting of nearly 500 items, the research collection chronicles the origins, development and evolution of film noir.

In the 1940s and '50s, film noir became a prominent genre in the Hollywood stable of films. Noir films generally dealt with the underside of American life and more often than not dealt with crime themes, wrapped in subplots of despair, betrayal and alienation. The genre had its origins in popular crime fiction pioneered by Dashiell Hammett, and refined by Raymond Chandler. Chandler's novel, the "Big Sleep," filmed by John Huston and starring Humphrey Bogart as private detective Phillip Marlowe, has

become an icon of American popular culture.

The Henshaw collection contains this film and hundreds of others considered to be part of film noir. In addition, the collection has numerous editions of Hammett, Chandler, and other books analyzing the genre as a film movement, as well as material on such actors as Bogart and Robert Mitchum. This gift will be entered into the Drake online catalog, and will be housed together as a research collection in Cowles Library.

### BIG AWARD ON THE PRAIRIE

The Drake Prairie Rescue and Restoration Intern Program received the 2004 Governor's Iowa Environmental Excellence Award for its prairie conservation and education efforts. The program was created in 2004 and has made great strides in managing ailing prairie habitats and exposing students to new skills and information.



**THE FIRST CLASS OF DRAKE UNIVERSITY'S CERTIFICATE IN NONPROFIT LEADERSHIP AND ADMINISTRATION** program graduated in special ceremony April 22. Eighteen current and future leaders from the Des Moines's nonprofit community were specially selected for the 12-month program with participants represented nonprofit organizations including Recovery Village, Boys and Girls Club of Central Iowa, PACE Juvenile Justice Center, Spectrum Resources, YMCA, Creative Visions and Young Women's Resource Center. Above, a graduate receives his certificate during the ceremony from Charles Edwards, dean of the College of Business and Public Administration.

In 2004, 13 sites were selected for the restoration effort. In order to be selected, landowners are required to contact the program and then submit their land to an evaluation to determine if a sizable prairie community, containing specific plants, insects and animal life, was actually at risk. When a site is chosen, Drake students travel there to remove trees and brush or administer a prescribed burn in an effort to protect the prairie. The program already has 15 sites lined up.

### CBPA OFFERS NEW MASTER'S PROGRAM

Drake's College of Business and Public Administration now offers a Master of Financial Management program.

The master's degree program is an effort by the University to meet the needs of the fast-growing financial services industry and help working professionals develop skills and gather knowledge that will be immediately useful in the workplace.

Students with an academic or professional background related to financial management can complete the program in 33 credit hours, consisting of 24 hours of required courses and nine hours of electives. Students without this background will complete an additional six hours of foundation courses.

The financial asset management area of emphasis will help interested students pursue the Chartered Financial Analyst (CFA) designation. Passing a series of three exams and fulfilling the necessary professional experience achieve this designation.

### FULBRIGHT WINNER TO SOUTH KOREA

Recent graduate Lauren Derebey won a Fulbright Award and plans to teach English as a foreign language in South Korea. Derebey recently completed her senior year at Drake, majoring in international relations, political science and French.

Derebey, who won Drake's Elsworth P. Woods Prize for outstanding seniors majoring in international relations, left for South Korea in early July. During her 13-month visit, she will teach English language courses to high school students and help them develop an understanding of American culture, society and values.

### PHARMACY STUDENTS MONITOR MEDS

A $5,000 mini-grant from the Wellmark Foundation is helping a team of Drake University pharmacy students monitor the effects of prescribed medication on patients and how well patients take their meds.

The project, which is supervised by Sandra Dirks, Drake assistant professor of pharmacy, will create a mobile pharmacist practice model in which 10 pharmacy students will rotate between a variety of community locations, including a traditional pharmacy, a physician clinic and an activity center in a senior apartment complex.

The students will provide pharmaceutical consultation to patients with chronic diseases such as depression, asthma, diabetes and cardiovascular disease. They will monitor the effectiveness of prescribed drugs, the severity of any side effects and the regularity with which patients take their medicines.


Jane Pauley with Karen and David Walker.

### NEW READER'S TALE ON TV

Karen Walker, a Des Moines resident who learned to read at age 44 with the help of Drake University's Adult Literacy Center, was featured on "The Jane Pauley Show" in March. A producer for the show contacted Walker, now a volunteer tutor at Drake's Adult Literacy Center, after a story about her appeared in *The Des Moines Register* on Feb. 5. Walker and her husband, David, flew to New York City and were interviewed by Pauley on Feb. 17 in front of a studio audience in Rockefeller Center.

Since 1976, the Drake Adult Literacy Center, which is housed in Drake's School of Education, has offered free tutoring to adults with such low literacy skills.



### SJMC PROJECTS WIN TOP HONORS

The Drake University student-produced magazines *Drake Magazine*, *Drake Magazine Online* and *515* won first in their categories (magazines published twice a year, online magazines and magazines published once a year) in the Mark of Excellence regional competition sponsored by the Society of Professional Journalists.

*Drake Magazine* also swept the feature-writing category. Winning first place was Sarah Schafman, a sophomore from Taylor Ridge, IL; second place, Lynn Freehill, a senior from Chenoa, IL; and tying for third place was the trio of Drake students Alecia Pennington, a senior from Geneva, IL, Julie Collins, a senior from Hulett, WY, and Anna Dolezal, a senior from Cedar Rapids, IA.

Pictured are students and visitors viewing student projects at the SJMC's annual award event held in April.



[Daniel Jordan]    [Roger Williams]    [Gwen Ifill]    [Lawre

8







# Commencement 2005

DRAKE MINTED MORE THAN 1,400 NEW ALUMNI in a series of commencement ceremonies held on campus in May. A processional led by a bagpipe player ushered soon-to-be Drake Law School graduates into their ceremony where they were addressed by Kenneth M. Quinn, JO'66, president of the World Food Prize Foundation and former U.S. ambassador to the Kingdom of Cambodia.

Journalist Gwen Ifill received an honorary degree at the 124th Commencement Ceremony for Graduate and Doctoral Degree Recipients. Drake alumnus Lawrence K. Fish, president, chairman and CEO of Citizens Financial Group Inc.; Daniel P. Jordan, president of the Thomas Jefferson Foundation; and Drake alumnus Roger Williams, renowned pianist and musician all received honorary degrees at the undergraduate ceremony.

# faculty focus

### PASSIONATE PROFESSOR, MARVELOUS MENTOR EARN TOP HONORS

Steven Faux, associate professor of psychology, and Jean Berger, assistant athletic director, earned the Levitt Teacher of the Year and Mentor of the Year award-srespectively, in May.

Nominators for top teacher Faux cited his exuberance for his field and his infectious passion for his subject.

"Students regularly comment on how excited he gets in class," said Maria Clapham, professor of psychology. "They enjoy the variety of techniques he uses to communicate with students, including sometimes acting things out or even singing a song to illustrate a point."

Top mentor Berger was lauded for helping student-athletes make important career and life decisions while juggling the unique demands of Division I competition.

"Jean showed a genuine interest in my well-being and success. I've found that I can trust her not only as an adviser, but also as a counselor and a friend," said one former student-athlete.

### JAZZING UP A GOLF SCORE

In March, Drake University jazz professor Andrew Classen debuted, on the Jordan Stage in Sheslow Auditorium, his series of musical sketches inspired by Des Moines' Waveland Golf Course.

The series, titled "The Waveland Suite," follows an imaginary journey through the course at 50th Street and University Avenue. Founded in 1901, Waveland Golf Course is the oldest public golf course west of the Mississippi River.

Classen is a regular at Waveland. He and his golfing group have a tradition of singing the theme from Johnny Carson's "The Tonight Show" when one of them muffs a shot and gets a "mulligan" or "do-over."

An allusion to that theme "is hidden somewhere in the middle of this movement," Classen says.

"I love this golf course," he adds. "My dogs and I know every inch of it."

### PHARM FAC SWEEP AWARDS

A trio of Drake pharmacy professors earned national awards in March.

Sandra Dirks, assistant professor of pharmacy practice, earned the Annual Pharmacy Practice Award from by the College of Psychiatric and Neurologic Pharmacists. Dirks was selected for the award when her case study "Lamotrigine-Induced Lupus: A Case Report," was recognized as one of the best in the nation by the CPNP Awards and Nominations Committee.

The APhA Academy of Pharmaceutical Research and Science selected Lon Larson, professor of pharmacy, as a 2005 fellow of the American Pharmacists Association. The designation of fellow honors Academy members who have a minimum of 10 years of exemplary professional experience and who have rendered outstanding service to the profession through activities in APhA and other organizations.

Brad Tice, associate professor of pharmacy practice, won the 2005 Leadership and Education Institute/GlaxoSmithKline Albert B. Prescott Leadership Award. The award, administered by the Pharmacy Leadership and Education Institute, was established in 1987 to recognize excellence and leadership potential among young leaders in pharmacy.

### TEACHER TOM DRAKE WINS DOUBLE D HONOR

Tom Drake, visiting professor of education, earned a Double D Award, the highest honor bestowed upon Drake student-athletes. Tom Drake, a two-year letterman in baseball, graduated with a bachelor's in education from Drake in 1965 and earned a master's in 1971. He retired from Des Moines Public Schools after more than 40 years as a teacher, coach, administrator and activist in the Des Moines area.

### BUSY BIZ PROFS

Phillip Houle, associate professor of information systems, won the Outstanding Graduate Teaching Award in the College of Business and Public Administration at this year's Drake Business Days.

Debra Bishop, assistant professor of information systems, received the David Lawrence Outstanding Undergraduate Teaching award at the same event.

### LAW PROF ON JURY DUTY

David McCord, professor of law, is spending the year working on a jury project at the American Judicature Society. The project will examine the basic right to a jury trial in the United States, who serves on juries, possible ways to improve the jury system, how juries make decisions, and ways to protect the privacy of jurors in public trials.



**DAVID WRIGHT, ASSOCIATE PROFESSOR OF ELECTRONIC JOURNALISM, WON THE DONALD V. ADAMS SPIRIT OF DRAKE AWARD.** Nominators praised Wright for his exemplary work as a teacher, mentor, role model and adviser as well as his efforts to assist Drake students in fulfilling their goals for professional and personal growth, career aspirations and citizenship responsibilities.



spotlight

# Jingle jive

## AD BIZ TAKES SJMC PROFESSOR FROM LEARNING LANGUAGE TO CHANGING BRAKES

**LIKE MOST AMERICAN KIDS,** Dorothy Pisarski loved to watch TV growing up. But for the Drake visiting professor of advertising, the highlight was not the anvils falling on the head of Wile E. Coyote during Saturday morning Road Runner cartoons. She found the real fun in the commercials.

Pisarski grew up speaking primarily Polish in a New York City neighborhood. She credits the quick sound bites, repeated advertising jingles and visual product flashes with helping her learn English.

**COMMERCIAL WATCHER:** "A whole show was just too much to absorb," she says. "I might pick out one or two words during a show, but it just moved too fast for me to get any kind of grip on the language. But commercials were small spoonfuls, and I usually had a visual reference — a product — so I could pick up more from them."

On weekends, Pisarski's parents loaded the family into the car and took road trips to important American historical landmarks across the East Coast.

"We always had to have our homework done on Friday night, because we never knew where we would be on Saturday," she says. "We might go to Boston or Philadelphia or Washington, DC. These trips were so much fun and instilled in me a very deep sense of history and patriotism."

Pisarski's early interest in commercials and billboards proved fortuitous. She grew up to spend nearly two decades in advertising in the field – representing everyone from the tobacco industry to automotive parts makers — and as a professor, most recently in Drake's School of Journalism and Mass Communication.

**TOOLS OF THE TRADE:** Beyond teaching her English, advertising has provided Pisarski with a plethora of experiences she never could have imagined. For one of the automotive parts companies she worked for, she was required to complete 10 full brake jobs so that she would intimately know the product she was going to market.

"When I finished, my instructor said, 'You did a fine job, but don't ever work on your own brakes,'" Pisarski laughs. "That's advice I've always heeded." *– Daniel P. Finney, JO'97*



# Get your hands on this

<span style="color:red">SCHOOL OF EDUCATION PROFESSOR'S ACTIVE APPROACH CREATES A LASTING IMPRESSION</span>

BY TRACEY L. KELLEY

**WHAT CAN YOU CREATE WITH 20 JUMBO PLASTIC STRAWS, 20 STRAIGHT PINS AND 30 MINUTES?** If you have enough toothpicks and Elmer's glue, what kind of bridge can you make? These are the types of action-oriented questions Dr. Jack Gerlovich, professor of education, prompts Drake education majors to use in their own teaching. Gerlovich, GR'77, believes that when instructors employ inquiry-based learning techniques, students absorb more information than they would by simply memorizing facts and figures.

Gerlovich's lively classes could very well be theatre. He appears before students dressed in a judge's robe and white wig to teach a lessons in laws and regulations, or tapes science safety rules to the ceiling to challenge his young learners to find them.

"We want them to have fun and make science come to life, for themselves and for the children they teach," says Gerlovich of the methods he employs both to teach youngsters and to inspire education majors who hope to become teachers.

"We've tried to make teaching inquiry-based, very hands-on. Kids learn so much more when you turn it into something they can relate to. Their natural curiosity takes over and it becomes fun for them. It also gives them a level of control in their learning they might not have had before."

## INFLUENTIAL IN THE
## CLASSROOM AND BEYOND

A former elementary and secondary science teacher, Gerlovich has taught science through inquiry from the start. He often spent summers exploring Iowa fields with groups of inquisitive high school students. When not in the field or the classroom, Gerlovich has accumulated an impressive list of accomplishments. He collaborated with Dennis O'Brien, Drake professor emeritus of geology, on "Earth Trails: Mississippi River," an interactive learning tool for students in grades 6-8 that is now used by teachers and public libraries across the state. Gerlovich also has served as the science consultant for the Iowa Department of Education and co-authored *Teaching Science for All Children*, now in its fourth edition.

"Dr. Gerlovich is a stabilizing force in the School of Education," says Janet McMahill, ED'71, GR'76, dean of the School of Education. "He can be counted on to deliver an invigorating science lecture and return to his office with an open door to students. On a daily basis, he goes about the business of teaching and researching best practices in science education."

Thanks in large part to his efforts, the School of Education has become a leader in the areas of classroom technology, inquiry-based learning and science safety, and also has received hundreds of thousands of dollars in grants from corporations and foundations like Pioneer Hi-Bred International, Inc. and NOVA.

## INSPIRING UNCONVENTIONAL TEACHING

While guiding education majors to teach with "no fear," Gerlovich motivates them to probe the world. This departure from textbook-only tedium convinced Kaitlyn Hood, ED'05, that not only could science be fun, it might make an interesting career. Hood came to Drake to study teaching. When the self-proclaimed "hater of science" was required to take Gerlovich's Elementary Science Methods class, she says, "I tried to get out of it."

Hood credits Gerlovich for inspiring her to take chances and use the inquiry method to teach science "in such a way that I could give students two fans and a bucket of dry ice so they could not only learn about tornadoes,

but actually create one in the classroom." The reformed science-phobe co-wrote an article with Gerlovich documenting her transformation for a National Science Teachers Association edition of *Science and Children*. Hood is also a science ambassador at the new Science Center of Iowa and is "happily applying for science teacher positions."

Peers benefit from Gerlovich's technique as well. Building off an existing partnership with Cattell Elementary and a $100,000 grant from the Iowa Academy of Science, Gerlovich is leading a team of Drake faculty, students, Des Moines educators and staff of the Iowa Department of Education to help improve science teaching at the elementary level through the inquiry method. It's a philosophy that applies to teaching and learning in other disciplines as well.

## CHAMPION OF SAFETY

While education majors and elementary students are inspired by Gerlovich's inquiry-based activities, educators throughout the world know him as the expert to call when it comes to maintaining science safety in the classroom. "I'd start a Jack fan club if I could," says Clara Stallings, middle school science consultant for the North Carolina Department of Public Instruction. "He has single-handedly — though he'd never say that — transformed science safety in elementary and secondary classrooms."

As a father, Gerlovich worried about the safety of his two daughters in science classrooms cluttered with unmarked chemicals, outdated equipment and unclear or nonexistent procedures for safety and accident prevention. Many schools around the nation were simply not equipped to collect and standardize safety information according to state and industry specifications.

As a science educator, he decided to take action. Through his teachings at Drake and his company JaKel, Inc., Gerlovich researches and compiles requirements, guidelines and operating procedures, state by state.

"Science classrooms are safer now because of his attention," Stallings emphasizes. "Jack has always said the best safety device is an informed teacher with a good support system." Gerlovich and his team at JaKel collaborate with state and government agencies to develop informational CD-ROMs that include everything from classroom safety checklists and details on proper equipment installation to the state and national guidelines for chemical disposal and storage. Thousands of schools use his practices to improve and design laboratories.

Gerlovich has co-authored three books on safety, including *Better Science through Safety,*

> ## "We want them to have fun
> ## and make science come to life,
> ### for themselves and for the children they teach,"

*Science Safety for Elementary Teachers* and *School Science Safety Secondary*. Chair of the National Science Safety Committee of the National Science Teachers Association, he is a much sought-after speaker throughout the world on the subject of classroom safety. He also has partnered with Rahul Parsa, associate professor of statistics at Drake, to conduct research concerning the status of safety, such as facilities, equipment and knowledge of teacher obligations in Iowa secondary school science programs.

Gerlovich remains humble. "It's all about keeping the kids safe. I never had a student have an accident in all these years. I get calls from former students all the time saying 'I can just hear you in the back of my head saying, "Don't do that! Are your safety glasses on?"' But in science, safety is the priority."

That doesn't mean it can't be fun. Often education students will entertain and train third and fourth graders by showing up in Men in Black costumes to review science rules.

"He's taught us that almost anything out of the norm will keep a kid's attention, especially when you're working with elementary school children," says education major Nathan Essary.

"If we create a safe environment open to all ideas," Gerlovich says, "children will always learn."





# REACHING FOR THE PEAK

## DREAMERS, THINKERS, STARGAZERS AND WAR HEROES:
## THE MEN AND WOMEN WHO FOUNDED DRAKE UNIVERSITY 125 YEARS AGO

BY DANIEL P. FINNEY, JO'97

**T**HEIR NAMES APPEAR ON BUILDINGS AND ADORN AWARD CERTIFICATES. Their faces are seen rarely, and then only in dusty old portraits or the yellowed pages of college annuals deep within the stacks of Cowles Library. Their stories are seldom told.

Distance in history makes it hard to remember that the founders of Drake University were flesh and blood. They were men and women with great ambitions, tedious struggles and grand accomplishments.

In that way, the people who helped build Drake through its 125-year history are very much like the students walking its campus today.

An old campus orientation tradition points to the elegant porch at the front of Old Main. The base is boulder-like stone that gradually changes to trademark red bricks and draws the eye upward toward the building's grand steeple.

This, the tour guides would say, tells the story of a student's journey. They begin as unrefined rocks and slowly, as their education continues, their purpose in the world becomes more defined and their minds become more refined until eventually they reach their own peaks.

This, too, is how the leaders and luminaries throughout the University's history have been. They arrived to uncertain futures. Yet at Drake, they found their purpose, their passion — their peaks — and helped the University reach for its own.

### GEORGE CARPENTER, FOUNDER

The man who founded Drake University looked like something out of a Matthew Brady Civil War photograph. A long, wiry beard came to a point about midway down his chest. His wavy hair was tucked back behind his ears. A kindly grin peaked out below his mustache and thoughtful eyes rested beneath thick eyebrows.

He was, in a way, Drake's Abraham Lincoln. Like the 16th president, Carpenter was born in Kentucky – though of considerable more means than Lincoln. Carpenter grew up in north-central Illinois in Bureau County and eventually came to Iowa as a teacher and preacher in Winterset. Also like Lincoln, Carpenter was a noted debater. He once held a debate on the issue of spiritualism vs. the Bible that lasted six days and was eventually transcribed into a book.

Carpenter's first effort at creating a university was a desperate struggle. He and his brother W.J. Carpenter founded Oskaloosa College in 1861 under the guidance of the Disciples of Christ Church. For two decades, the Carpenters tried to keep the small school afloat. But it was difficult to draw students and the donations necessary to keep the school solvent. As the years went





**George Carpenter**



**Class of 1882**



**Class of 1888**

on, it became increasingly clear that only a move to Des Moines, the state's capital, would save the school.

After conversations with a number of church elders, Carpenter convinced the faculty at Oskaloosa to resign and join him in building a new school in Des Moines.

All joined him, save one, who stayed behind to keep the school in Oskaloosa alive. There was, of course, the not-small matter of money. Carpenter, even with the church, did not have enough money to start the school.

To that worthy goal, then, perhaps the smartest thing George Carpenter ever did was to marry Henrietta Drake of Drakesville, IA. Henrietta was the daughter of Judge John Drake and sister of Civil War Gen. Francis Marion Drake. Carpenter's friendship with his brother-in-law would prove a fruitful union for thousands of future University students.

Drake, a successful businessman, pledged $20,000 to the founding of the school – equivalent to about $375,000 in today's money. In exchange, the trustees agreed to name the institution in Drake's honor.

Carpenter picked a densely wooded tract of land in what was then rural Polk County. The first building, the Students' Home, was constructed from a $6,000 donation in the spot where Howard Hall stands today. In the fall of 1881, Drake University opened with 77 students, 60 men and 17 women.

Though a devout member of the Disciples, Carpenter sought more than a parochial school. He pushed for what was then an emerging new theory of broad-based education at the newly minted Drake University. He incorporated law and medical schools alongside traditional Bible, literary and music departments.

Carpenter worked tirelessly to ensure Drake's success until his death in 1892, often through trying financial times and frustrating social changes. Yet seldom a semester passed that he was not in front of a classroom, teaching, debating and coaxing young minds to refine, to define their purpose and reach for their peak.

### FRANCIS MARION DRAKE, NAMESAKE

The man whose money helped the University become a reality had little more than a mid-level grade school education. The Drake family moved west from North Carolina and became early Iowa settlers, founding the town of Drakesville.

Francis Drake was one of 14 children and was afforded only the minimum of schooling that pioneers were allowed. Still, a lack of formal education hardly limited the young Drake's adventures. He drove oxen teams across Nebraska to California in 1852 and 1854, dangerous trips that included violent skirmishes with the natives.

He rode a steamer to Panama in the fall of 1854 and was in a terrible shipwreck that killed several hundred aboard, but Drake managed to survive — a running theme in his life. He and a small group floated upon the wreckage to a barren coast, where they were rescued five days after the shipwreck. Unflustered, Drake took the next steamer for Panama.

When the Civil War erupted in 1861, he organized a company of men from his trading and packing business in Appanoose County, IA, and immediately charged to the heat of the fighting in Allenville, MO. In a battle about a year later, Drake was shot in the hip and thigh. The Confederates took him prisoner, but after inspecting his wounds, left him for dead.

They just didn't know Drake. He survived — after six months of severe suffering — and returned to the battlefield to lead his troops while on crutches.

After the war, Drake joined with a few business partners to help build railroad lines across Iowa and added nicely to the Drake family fortune.

Sometime early in 1881, his old friend and brother-in-law, George Carpenter, contacted him by telegram about building a university in Des Moines. Drake wired back pledging $20,000. The general was always proud that the school carried his name and took keen interest in its founding and development, even after he was elected governor of Iowa in 1895. By the time he died in 1903, Drake had donated more than $215,000 to the University — about $4.5 million in 2005 dollars.

### MARY CARPENTER, FOUNDING MOTHER

By 21st century standards, Mary Carpenter seems stodgy and conservative — after all, she banned women's basketball in 1905. But in her day, she was apparently the Julia Roberts of Drake University.

The daughter of founder George Carpenter, Mary Carpenter was one of just

| Francis Marion Drake | 1898 Football Team | Mary Carpenter | Drake Campus 1903 | Daniel Morehouse |

    

17 women in Drake's inaugural class. She served as an early librarian, where her square jaw, raven hair and sensitive demeanor caught the fancy of many young men at the dawn of the 20th century.

"It was a part of every boy's education at Drake to fall in love with Mary Carpenter," wrote 1896 law alumna Bonnie Jewett Welpton in a 1930 edition of the *Drake Alumnus*. "If that was true it was part of the curriculum that no young male student was ever guilty of trying to evade."

Despite the unrequited lust for Carpenter, it was her virtue that shaped life for Drake women for decades. She served as dean of women from 1905 to 1908 and again from 1918 to 1930.

Carpenter initially consented to the formation of a women's basketball team in 1905 if the players wore blouses with puffy sleeves and full-length bloomers that snapped below the knee. But after watching the sweating, shouting and puffing players, Carpenter deemed playing the game unladylike.

She wasn't a big fan of women shouting. She encouraged Drake women to sing — rather than shout and cheer — at football games.

Still, students, especially women, revered her. Carpenter was an early contributor to the *Drake Delphic*, the forerunner to the *Times-Delphic* campus newspaper. She often wrote about black suffrage in Iowa, and when she traveled with family and friends, she wrote long, lovely letters about then-exotic locations such as Portland, OR.

She was a noted counselor to all students on campus who sought her advice. Though firm and often unyielding in her ideals, she never judged those who stumbled, and she helped many students stay the course during their tribulations at Drake. She was known to sit up into the late hours listening to students' troubles and to pray with wayward youth until they found the spirit to carry forward in their ventures.

A 1919 sketch of Carpenter in the *Delphic* described her as "a little woman with dark hair and eyes, kindly face and a pleasant smile, a person who will help you in whatever way possible."

### DANIEL MOREHOUSE, SCHOLAR

By the time he died in 1941, there were few roles that Daniel Morehouse had not filled in his long association with Drake. He was a transfer student, a student-athlete, off-campus worker, a professor, administrator and president of the University.

Morehouse transferred to Drake in 1897 after attending a small Christian college in Excelsior, MN. He played center on the football team. As the legend goes, he found a horseshoe that became the lucky charm for the 1898 team that was called "The Champions of the West" after beating Central College, 18-16, on Thanksgiving Day.

Long before the days of work-study programs, Morehouse paid his tuition bills by working as the steward of a boarding house and at a local men's clothing shop. The latter experience earned him a reputation as an immaculate dresser for the rest of his days.

His career as an astronomer began, like so many discovered passions in college, as a happy accident. A classmate asked Morehouse to translate some Latin passages in an astronomy textbook. He ended up reading the entire textbook and becoming entranced by the science.

Apparently he had a knack for it, too. Immediately upon his 1900 graduation from Drake, the school asked him to begin teaching physics and astronomy the following fall. While studying for his graduate degree at the University of Chicago in 1908, he discovered a comet that still carries his name.

He returned to Drake in 1914 as an astronomy professor after earning his Ph.D. from the University of California. He became dean of men in 1919, dean of the College of Liberal Arts in 1920, and president of the University in 1922, serving until his death in 1941.

During his time as president, he worked on behalf of the institutions that benefited him as a young man. He was instrumental in gathering funding for Drake Stadium and the Fieldhouse. The original wing of Cowles Library was built and, of course, his favorite project, the Drake Municipal Observatory in Waveland Park, was erected.

Morehouse kept a hectic schedule that some say ultimately doomed his health. Up until the final months of his life, he taught at least one astronomy course and whittled away the wee hours of the night at the observatory.

After his death, his ashes were interred in a small nook inside the observatory. In perhaps the most fitting tribute, to this day, several streetlights along Interstate 235 — which runs through the heart of Des Moines — remain



# Dusty roots

### MAINTENANCE MAN RESTORES
### REMNANT OF CHANCELLOR'S ELM

**Observatory**



**John Griffith**



In the dank recesses of a Drake University-rented warehouse on Martin Luther King Jr. Parkway, Mark Hines discovered an old friend.

Hines, a Drake maintenance supervisor, was cleaning out the warehouse about a year ago when, behind a set of battered old junk doors, he saw a round wooden disc that looked awfully familiar.

He brushed off decades' worth of dust and realized what he held in his hands was the last surviving memento of the founding of Drake – a section from the trunk of the Chancellor's Elm.

"I knew right away what it was," Hines said. "I was glad I found it before somebody who didn't know what it was threw it out."

According to University lore, George Carpenter, the University's first chancellor, climbed an elm tree in the densely wooded area that became Drake and said, "Here we will build our university."

That tree stood near the southeast corner of Old Main until 1969, when Dutch elm disease killed it and nearly every other elm west of the Mississippi. Hines started work in 1967 and the tree was already suffering the disease's effect. He and other maintenance crew members injected turpentine into the bark – a remedy that was supposed to hold off the disease, alas to no avail.

Hines worked with the crew that finally cut the elm down two years later. He used some of the wood for special gifts to University VIPs, such as fashioning four gavels for Drake Law School graduates who became members of the Iowa Supreme Court.

In 1969, Hines preserved a cross-section of the elm with a special resin to prevent wood decay. A biology professor at the time counted the rings and dated the tree's origin to 1763, well before the Revolutionary War. Hines added markers for important moments in U.S. history, including George Washington's election as president and the Civil War.

At the time, Hines had wanted to build a display case for the elm, but the University didn't want to spend the money. Eventually, after years of display in various buildings, the tree section was shuffled off to the warehouse.

"It had probably been in storage at least 20 years," Hines said. "There was a big crack in the bottom of it that came from moisture and expansion. But we've got it back now."

Hines spent a year cleaning up the disk. He got to build that display case after all with the help of Facilities Services workers Terry Barnes, Kevin Pendras and Steve Schlegel. A pair of Professor Tom Rosburg's biology students, Ashley Wick and Lena Fox, counted the rings of the tree again, and Hines reapplied the historical markers and mounted the entire piece inside a blonde wood case.

The wood section now hangs outside President David Maxwell's office in Old Main, looking out an east-facing window about 30 yards from where the tree stood for 206 years.

Said Hines, "It's home now."

turned off so that current students may look through the same eyepiece Morehouse did and stare into the night sky to see what it might tell us about life in the universe.

### JOHN GRIFFITH, FIRST BULLDOG

They once called members of Drake sports teams Ducks, Ducklings, Ganders and even Tigers. That changed when John Griffith, a Drake physical education instructor and coach of all teams except basketball, brought his two pet bulldogs to the football field to observe practice. A *Des Moines Register* sports writer remarked on the similarity between the bulldogs and Drake's style of play, and the name stuck.

Griffith's influence on Drake athletics — and the history of intercollegiate athletics as a whole — is more than that nifty anecdote.

In 1909, Griffith raised enough money for a straight board track to be built for Drake's track teams to compete. The following spring — on the next to last Saturday in April — Griffith scheduled a small track meet. He decreed that the races would be only relays, and no team championship would be held in the meet.

What would become America's Athletic Classic, the Drake Relays, began humbly enough and, of course, in wildly unpredictable weather. In a blizzard, fewer than 100 athletes from nearby colleges and high schools participated in the miserable weather. The following year, however, participation tripled and, by 1922, the Relays were expanded to a annual event. Today, more than 6,000 athletes participate and nearly 40,000 people attend events throughout the weekend.

Griffith went on to become commissioner of the Big Ten and was one of the early founders of the National Collegiate Athletic Association governing body. A tireless promoter of fair play and competition, he died in 1944, just days after signing a contract extension with the Big Ten.

**TEACHING·LEARNING**

# Trial run

**DRAKE LAW STUDENTS LEARN, FIRST HAND, THE PROCESS OF PREPARING TO ARGUE BEFORE THE SUPREME COURT – AN EXPERIENCE THAT BECAME A TEAM EFFORT FOR LAW SCHOOL FACULTY, STUDENTS AND THE GRADUATE THEY ASSISTED.**

Drake Law School has long been a leader in blending law on the books with law in action. Experiential learning at Drake is not a supplement at the conclusion of the law school experience, but an integral component throughout a student's education.

The Law School's First-Year Trial Practicum — which was the focus of the "Innovative Education" feature in a recent issue of *The Syllabus* magazine — allows every member of the first-year class to observe an entire trial from jury selection through verdict in an educational setting that includes small group discussions led by seasoned judges and veteran attorneys and post-trial debriefings of trial counsel, judge, and jurors — all on the Drake campus.

Simulation courses such as Trial Advocacy, Pre-trial Advocacy, Negotiations, and Medication along with Drake's highly successful moot court program are other examples of the experiential learning opportunities for students.

Most recently, Drake Law School Associate Dean Russell Lovell turned a call for advice from an alum into a chance for students to help prepare an argument for the Supreme Court.

**AIDING AN ALUMNI ATTORNEY**
When Drake Law School graduate Brian Reichel, LW'90, met Jessica Gonzales, he never suspected the tale she told would bring him before the highest court in the nation.

Gonzales related to Reichel a heart-wrenching story about her ex-husband, Simon, who violated a court order by taking her three children without permission. The police in her hometown of Castle Rock, CO, took no action until he drove his truck to the police station and started a gun battle with officers. Simon was killed, and the bodies of Katheryn, Rebecca and Leslie Gonzales, Jessica's daughters, were found in the truck, murdered by their father.

Gonzales believes the police department, in failing to attempt to enforce the court order, violated her constitutional right to due process. The major law firms in Denver



**Brian Reichel**



**Andrea Charlow**



**Mark Kende**



**Russell Lovell**

declined to represent Gonzales in litigation, but Reichel, a practitioner of commercial and environmental law in Broomfield, CO, was moved by Jessica's story and agreed to take her case pro bono.

But giving Gonzales a voice has been an uphill battle from the start. The lower court refused to hear the case, and, after winning on appeal, the city of Castle Rock asked the U.S. Supreme Court to determine if government agencies can be taken to court in cases such as this.

Reichel has remained in contact with Lovell over the years, and when the possibility of a Supreme Court case arose last May he called him for advice. The two met in June to strategize, but the idea of the school's providing assistance did not come about until the Supreme Court agreed in September to hear the case on March 21, 2005.

**AN ASSIGNMENT WITH ACTUAL CONSEQUENCES**
"It occurred to me there might be a way to put together an educational experience for our students and provide real assistance for this attorney who was basically functioning as a one-man law office," says Lovell.

When Lovell contacted Professor Mark Kende, the James Madison chair, professor,

and director of the Constitutional Law Center, a plan was quickly put into place.

"The whole approach was to include students and use it as an educational experience that helped them as well as Brian," recalls Kende.

"At a more traditional institution, a faculty member may have simply spent some time helping a graduate with the brief and that's it. Here, we always pride ourselves on the idea that the Drake Law School provides a balance between theory and practice, so we took advantage of this opportunity."

Kende gathered students to research each of the nine Supreme Court justices and uncover any information that might be useful to Reichel. Second-year law student Erika Wilkins was one of those who seized the opportunity to gain some real-world experience.

"Generally when you look at a case, you review the facts," she says. "You read about it, but you never see the work that goes into it or see the development of the case."

The opportunity to let her students watch the case unfold encouraged Professor Andrea Charlow to incorporate it into the Children and the Law course she was teaching at the time.

"The students got to see the planning stage in this case," she says. "They got to talk to the lawyer and ask questions about the strategies he chose. They saw how he practiced and then saw how he worked in real life."

Charlow also used a class period to conduct a moot court with several professors offering different perspectives for both Reichel and the students watching the case.

"It was great practice," says Reichel. "It helped to have the brightest constitutional law minds there to pick and help give arguments to present me with the best chance possible."

The Supreme Court eventually ruled against Reichel, but the opportunity the case presented was not lost on those who offered their assistance.

"It gives you a wonderful sense of satisfaction, whether he ultimately wins or loses, that you played a role in a Supreme Court case," says Charlow. "The average lawyer just doesn't get to do that."

— *Tim Schmitt*

# **sports** sideline

### MEN'S OUTDOOR TRACK

Running a season-best 3 minutes, 45.37 seconds, Drake senior Brent Wilberts finished third in the 1,500-meter run at the NCAA Midwest Track and Field Championships in Norman, OK. That earned him a trip to the NCAA Championships in Sacramento, CA, where he finished 11th in a semifinal heat.

Drake placed fourth at the Missouri Valley Conference Track and Field Championships, recording its highest finish in the MVC Championships since 2000. The Bulldogs accumulated 91 points, matching the most points they had scored in the MVC Track Championships since 1980.

Wilberts became the first runner to win both the 1,500- and 5,000-meter runs at the MVC Track Championships since Balazs Csillag of Northern Iowa accomplished that feat in 2002.

Senior Theotto Lillard ran a personal best 51.99 to win the 400-meter hurdles, becoming the first Drake runner to win the event at the MVC Championships since Dan Cleveland in 1983.

### MEN'S INDOOR TRACK

Derek Johnson won the 60-meter hurdles at the Missouri

Invitational, and Matt Sanderson took both the triple jump (48 feet, 4 inches) and the long jump (23 feet, 8 inches).

At the UNI-Dome Open, Jaron Van Maanen won the high jump with a 6-foot-9 leap.

### WOMEN'S OUTDOOR TRACK

Drake posted season bests in both the 4x100 and 4x400 relays during the 96th running of the Drake Relays. Shannon Patterson ran legs on both relays. She joined juniors Tiffany Kennedy, Damaris Parchment and Regina Hill on the 4x100 relay, which was clocked in 46.37 seconds. The same foursome led the 4x200 relay to an eighth-place finish in 1:38.31. Patterson, along with freshmen Breanna Dumke and Amie Stewart and junior Ayden Ollivier, ran the 4x400 relay in 3:53.06.

Sophomore Jennifer Whitman scored a career-best 4,174 points in the heptathlon at the Drake Relays.

Junior Ayden Ollivier won the 400 in 58 seconds at the Musco Twilight meet in Iowa City, IA.

Hill, Patterson, Parchment and Kennedy won the 4x100 relay in 47.21 at the Missouri Relays.

Hill also won the long jump



**RUNNING MAN:** Senior Brian Wilberts, right, finished third in the 1,500-meter run at the NCAA Midwest Track and Field Championships in Norman, OK. He went on to finish 11th at the NCAA Championships in Sacramento, CA.

and came back to run legs on Drake's 4x100 and 4x400 relays, which finished third at the Louisiana Classics in Lafayette, LA. Hill soared 19 feet, 5.25 inches in the long jump, just one inch shy of reaching the NCAA Regional qualifying standard of 19-6 1/4.

### WOMEN'S INDOOR TRACK

Kasey McDaniel won the 60-meter hurdles (8.63) at the UNI-Dome Open, while Jennifer Reff captured the mile in a season-best time of 5:10.39.

### WOMEN'S TENNIS

Drake earned a share of the Missouri Valley Conference championship with an 8-1 league record and a 13-11 overall record.

Senior Zorana Stefanovic breezed through the MVC season at the No. 1 spot, posting a 9-0 record for the second straight year. She won the singles flight of the Minnesota Gopher Invitational and the No. 1 singles title at the MVC Individual Championships.

### MEN'S TENNIS

Drake finished with an 8-9 record, including a 3-4 Missouri Valley Conference mark.

Sophomore Sergi Vila (No. 1 singles) and junior Jonathan Tishler (No. 3 singles) were named All-MVC in their respective flights, after posting 9-0 MVC marks. Freshman Dalibor Pavic earned MVC All-Select honors at No. 2 singles.

Senior Jack Frankowicz was named to the First Team All-MVC Scholar-Athlete team, while senior Chris Lueth earned honorable mention.

Frankowicz and Vila represented Drake at the ITA All-American Regional meet.

### SOFTBALL

Drake posted a 28-25 record, including a 14-13 sixth-place finish in the MVC. The Bulldogs advanced to the MVC Tournament for the second consecutive season for the first time since 1997-98.

Sophomore shortstop Lindsay Larry set the Drake career stolen



**SPIKE GETS A FACE LIFT:** Drake unveiled a new logo for both academic and athletic programs in July. The new look features an updated, more realistic Bulldog mascot and a sharp new typeface.



**champions**

base record at 38. She set the school single season stolen base record of 26 last season.

Junior pitcher Jessica Hicks became the second Drake pitcher to record more than 200 strikeouts in a season, finishing with 209. With 525 career strikeouts, Hicks became just the second Drake pitcher to total 400 strikeouts in her career. She tossed a perfect game against Indiana State April 10, while tying her career high with 13 strikeouts. It marked Hicks' second career no-hitter.

Senior third baseman Katie Wappler led Drake with a .333 batting average and 50 hits. Wappler was named a repeat selection to the first-team all-Missouri Valley Conference and the MVC scholar-athlete softball squad. Larry was a first-time pick to the scholar-athlete team.

**MEN'S GOLF**

Drake finished third in the Missouri Valley Conference Tournament for the third straight season, finishing 14 strokes behind champion Illinois State at the TPC Deere Run in Silvis, IL.

Junior Jeff Berkshire placed third at the MVC Tournament with just three strokes behind medalist Kris Wildenradt of Illinois State. Berkshire was tied for the lead after 36 holes.

Sophomore Ross Hamann also earned all-MVC honors by finishing in a four-way tie for fifth.

Jeff Berkshire led Drake to a third straight title in the Big Four Classic Oct. 25 at the Elmcrest Country Club in Cedar Rapids, IA.

**MEN'S BASKETBALL**

Drake posted a 13-15 record – the most wins since the 2001-02 team won 14 – but its losses tell the whole story. In the final month of the season, Drake lost

three games by just one point, including a heart-breaker against Northern Iowa on Feb. 16 when Panther Brooks McKowen sunk a free throw with no time left on the clock.

Aliou Ketia, a 6-foot-8 center and native of Dakar, Senegal, set Drake's single-season blocked shot record of 54, surpassing the previous mark posted by All-American Lewis Lloyd in 1979-80. He was named Missouri Valley Conference Newcomer of the Week two weeks in a row during the season.

Senior Lonnie Randolph closed out his career ranked second on Drake's career steals list with 190 and in assists with 382. He collected four or more steals in six games during the season.

**WOMEN'S BASKETBALL**

The Bulldogs finished with a 14-15 record, including an 8-10 sixth-place finish in the Missouri Valley Conference.

Sophomore Jill Martin earned MVC All-Tournament honors after averaging 20.5 points, 8.5 rebounds, 2.5 assists and 2.0 steals in Drake's two games. She led Drake with 14.3 points per game and 7.8 rebounds per game during the season, which also earned her MVC all-conference honors.

Junior guard Linda Sayavongchanh was named to the honorable mention all-MVC team after averaging 12.8 points per game, dishing out 129 assists and grabbing 76 steals.

Lindsay Whorton drained 68 three-pointers during the season — the fifth-best single season total in Drake history. She dropped six treys in at Creighton and another half dozen against Southern Illinois. She made at least one three-pointer in 26 of 29 games and three or more in 12 games.

## A Champion of Athletes

**ATHLETICS HALL OF HONOR EMBODIES THE SPIRIT OF ONE MAN AND MANY ATHLETES**

IN 1949, DRAKE'S YOUNG SPORTS BUSINESS MANAGER, PAUL MORRISON, JO'39, traveled by train with his new bride to San Francisco for a delayed honeymoon and a Drake football game. On the return home, however, Morrison's wife rode alone. An injured student-athlete needed to stay behind, and Morrison volunteered to travel home with him. In 1986, that Drake student-athlete, Tom Bienemann, ED'51, endowed a scholarship in Morrison's name that benefits three student-athletes each year. "It wasn't necessary, but that's what makes being at Drake so wonderful," Morrison says.

Morrison's six decades at Drake and endearing support of athletes greatly contributes to that "wonderful" quality of Drake. His stats are impressive: attendance at 608 Drake football games, 67 years of Drake Relays, and 19 years of post-retirement, full-time volunteer work in the athletics department. Naming the Athletics Hall of Honor after Morrison was a natural choice.

The Paul F. Morrison Athletics Hall of Honor in the lobby of the Drake Knapp Center breathes life into Drake athletics through dynamic displays of student-athletes, rows of memorabilia, and an interactive kiosk featuring historical clips and interviews. It's a true celebratory focal point of Drake's athletic accomplishments. The next phase in the project includes the relocation of the ticket office. To date, alumni and friends have contributed $135,000 to build the Hall.

"It's a nice honor to be associated with it, but it's not about me," Morrison says. "It's about the great history of Drake athletics and the promising future of the programs. Drake student-athletes are outstanding, and there are still many exciting achievements to come. That's what the Hall represents to alumni and visitors alike."    —*Tracey L. Kelley*

# alumni update

### 125TH ANNIVERSARY BOOK CELEBRATES TRADITIONS, ACADEMIC EXCELLENCE

The rich history of Drake unfolds in a beautiful 125th anniversary book, available for purchase later this fall.

More than 100 pages display the stories behind the names on Drake's buildings, athletes and successes on and beyond the Drake campus: visionaries of the past who established the groundwork for our students to follow.

The 125th anniversary book features color imagery by award-winning photographer Dave Peterson, as well as historical photographs. Each page turned unveils a new discovery for alumni, students, faculty and staff, marking the journey of traditions, culture and academic excellence

at Drake throughout the years. For updated information on how to order a book, visit Drake's alumni site *www.drakealumni.net*.

### DRAKE OFFERS ALUMNI CAREER NETWORK

Forget networking luncheons – the hottest ticket to career advancement is your alma mater.

The Drake Alumni Career Network creates valuable connections between students, alumni and friends of Drake. Professionals from all areas volunteer as mentors to provide information about their Drake experiences and individual professions, offer job shadowing and job search assistance, and also speak with student organizations. The Alumni Career Network also links alumni to approved employers who post jobs



**HONORED GUESTS AT THE COLLEGE OF PHARMACY AND HEALTH SCIENCES' ANNUAL WEAVER METAL OF HONOR LECTURE** Larry Weaver, PH'49, Dan Jorndt, PH'63, Dee Weaver, Don Davidson, PH'50, Dean and Professor Emeritus Boyd Granberg, Dar Williams, PH'49, and Morgan Cline, PH'53.

and review resumes.

Through the Career Network, alumni can ask mentors about different career paths, learn about specific professions,

receive resume critique and develop a successful network among people who understand that Drake's influence can aid
*continued on page 24*

### AWARD WINNERS

Drake alumni stepped out in style this spring to accept recognition for their leadership, achievements and contributions to Drake.

### COLLEGE OF PHARMACY AND HEALTH SCIENCES

Advertising magnate Morgan Cline, PH'53, arrived at Drake as a student "with stars in my eyes and dreams of being a pharmacist." More than a half-century later, Cline received the Lawrence C. and Delores M. Weaver Medal of Honor – the highest award presented annually by the College of Pharmacy and Health Sciences – during a reception at Terrace Hill in April.

As a poor college student attending Drake, Cline kept a shoebox filled with sardines, crackers and peanut butter for when he ran out of money at the end of the week. After working as a pharmacist in the U.S. Army and in private sector, Cline embarked on an advertising career. Cline is a founding partner

of Cline, Davis & Mann, a New York agency that became the premier pharmaceutical advertiser, featuring top client, Pfizer, Inc. A longtime champion of Drake and a member of the Drake Board of Trustees, Cline endowed a scholarship fund in 2001 for pharmacy students with a $5 million gift to Campaign Drake. In honor of Cline's scholarship endowment, Drake renamed Pharmacy and Science Hall the Morgan E. Cline Hall of Pharmacy and Science.

The president of a small-town family pharmacy is now president of the largest collective of professional pharmacists in the United States. The College of Pharmacy and Health Sciences honored Eugene M. Lutz, PH'66, for his role as president of the American Pharmacists Association (APhA). Lutz is a community pharmacist in Altoona, IA and president of Lutz Pharmacy. He has also served as president of the Iowa Pharmacy Association and the APhA Academy of Pharmacy Practice and Management (APhA-APPM).

### LAW

Drake Law School paid special tribute to retired Lt. Gen. Russell C. Davis, LW'69, with the honor of the



**Lt. Gen. Russell C. Davis, LW'69**

Alumni of the Year Award, presented at the Supreme Court Banquet in March. Davis received the award in recognition for his longtime contributions to leadership and philanthropy.

Davis was the first African-American company officer for American Republic Insurance Company, and the first African-American appointed to lead the United States force of nearly 475,000 Army and Air Force National Guard members. He held this position from 1998 until his retirement. Davis is a former

member of Drake's Board of Trustees and resigned only to take his top-ranking appointment with the Army and Air National Guard.

### SCHOOL OF EDUCATION

Outstanding educators are influential both inside and outside the classroom. The School of Education honored five such individuals at the Annual Alumni Awards Dinner in February.

They are Marsha Wilson Chall, ED'75, of Minnetonka, MN, a writer of children's books, including *Up North at the Cabin* and *Sugarbush Spring*; Arlene DeVries, FA'62, GR'85, gifted and talented community resource consultant for the Des Moines Public Schools; Mike Gudka, GR'97, associate pastor of Faith Chapel Ministries in Ankeny, IA; David Mitchell, GR'82, administrative consultant, Division of Vocational Rehabilitation Services, Iowa Department of Education; and Elaine Smith-Bright, ED'72, director of professional development for School Administrators of Iowa.



# Building Block

**CBPA ALUMNUS AND H&R BLOCK CEO BRINGS HUMANITY TO MONEY MANAGEMENT**

**WHEN MARK ERNST**, BN'80, was a senior, the Drake football team beat Colorado 13-9, a tremendous upset that sparked a rare Drake mention in *Sports Illustrated*. Hoops star Lewis Lloyd was scoring baskets on the court, and Ernst's fellow students competed in a pie-eating contest during Relays Week.

Please forgive Ernst if he doesn't remember any of it. He transferred to Drake from the University of Northern Iowa to complete his business and accounting degree. He took an obscene 24 hours' worth of courses in each of his final two semesters. He also worked full-time at the Comptroller of the Currency, a U.S. Treasury agency that inspects federal banks. "That," Ernst says, "was only a warm-up."

**INTERSTATE 80 REVISITED:** After graduation, Ernst enrolled in graduate school at the University of Chicago and continued working in Des Moines. He drove the nearly 12-hour round-trip between Chicago and Des Moines weekly.

His work ethic has served him well. Ernst is now president and chief executive officer of H&R Block, one of the largest financial service providers in the world.

**LIFE AND TAXES:** While he might have missed some "major chunks of college life activity," Ernst has spent his career producing and starring in a business highlight reel. He worked for the prestigious PricewaterhouseCoopers and American Express, where, among a host of accomplishments, he established the company's retail financial services business in Japan.

Yet after years of international travel and high-rolling deals, it was the lure of helping ordinary Americans manage their money that drew Ernst to H&R Block. Ernst has been instrumental in helping the company best known for tax preparation broaden its expertise to offer a full range of tax, financial and mortgage products and services.

"The vast majority of Americans — more than 80 percent — don't get financial advice until the tax deadline and then are left to their own devices as to how to manage their money," he says. "H&R Block already had a relationship with millions of customers. We could help them plan for their futures, and they would do it with people they already knew and trusted."

For Ernst, a small-town kid from Bellevue, Iowa, the real reward in being a CEO isn't the paycheck; it's knowing that everyday working-class Americans get good financial advice from his company.

"I think my background from small-town Iowa, from Drake and UNI, really helps me appreciate what we do here," he says. "We're helping people use their resources to make their dreams come true. That's a great reason to keep working hard."

*—Daniel P. Finney, JO'97*

# *alumni* update

## calendar



**THE ALUMNI HONORED AT THIS YEAR'S ACHIEVERS AND BELIEVERS CEREMONY MAY 14** are stellar examples of leadership within Drake and throughout industry and communities worldwide. Pictured here with Drake President David Maxwell the award winners are Benjamin Ullem, LA'66, LW'69; Jack Watson, LW'42; Craig Donohue, AS'83; and Eric Shimp, AS'93; and James Cohill, AS'92. Award winner Anne Hilton, BN'78, was not able to attend.

*continued from page 22*
your success after you leave campus. "Our mentors include Alumni Board members, Parent Board members and other successful alumni," says Katie Olson, assistant director of alumni and parent programs, "In just the first year of operation, we've had a good response to the service by Drake alumni, and we encourage students to use the resources as well."

Not only can any alum can take advantage of the Network to search for employment, any alum can become a professional mentor. Visit *www.drakealumni.net* and click on "mentoring" for more information.

**WILLIAMS HITS THE RIGHT NOTE AT COMMENCEMENT**

Drake grad and renowned musician Roger Williams, GR'51, received an honorary degree at Drake's 124th commencement ceremony. Williams also spoke at the event, encouraging graduates to "believe this is not all that you'll accomplish in your life."

In his early years, Williams experimented with much of the jazz and pop of the current time while studying the classics. A professor went so far as to kick Williams out of the practice room after hearing Williams entertain a girlfriend with a rendition of "When Smoke Gets in Your Eyes." Williams went on to train at Julliard and has since recorded 116 albums, with numerous tracks reaching the Top 10 charts, including "Autumn Leaves," a Billboard Number



**Roger Williams, GR'51**

One hit for Williams four years after he left Drake.

He was the first pianist to receive a star on the Hollywood Walk of Fame and Billboard magazine named him the greatest-selling pianist in history. He is also the only artist to have received the Steinway Lifetime Achievement Award.

## October

**WEDNESDAY, OCT. 5**
Let's DU Lunch
Iowa Event Center
Des Moines

**FRIDAY, OCT. 7**
Alumni Tent Luncheon
Des Moines

**FRIDAY, OCT. 7**
Parent Board Meeting
Drake Campus • Des Moines

**SATURDAY, OCT. 8**
Alumni Board Meeting
Drake Campus • Des Moines

**FRIDAY, OCT. 7 THROUGH SUNDAY, OCT. 9**
Homecoming/Parents & Family Weekend
Drake Campus • Des Moines

**SATURDAY, OCT.22**
Drake vs. San Diego Football
Tailgate/Party • San Diego

## November

**WEDNESDAY, NOV. 2**
Let's DU Lunch
Iowa Event Center
Des Moines

**FRIDAY, NOV. 11**
Drake 125 on the Road
Chicago

## February

**WEDNESDAY, FEB. 1**
Let's DU Lunch
Iowa Event Center
Des Moines

## March

**WEDNESDAY, MARCH 1**
Let's DU Lunch
Iowa Event Center
Des Moines

## April

**WEDNESDAY, APRIL 5**
Let's DU Lunch
Iowa Event Center
Des Moines

**FRIDAY, APRIL 28**
Parent Board Meeting
Des Moines

**FRIDAY, APRIL 28**
Alumni Tent Luncheon
Des Moines

Law School Reunion
Classes of 1955, 1956, 1965, 1966, 1975, 1976, 1985, 1986, 1995, 1996, 2000 & 2001
Des Moines

**SATURDAY, APRIL 29**
10-Year Cluster Reunion
Classes of 1995, 1996, & 1997
Des Moines

**SATURDAY, APRIL 29**
40-Year Cluster Reunion
Classes of 1965, 1966, & 1967
Des Moines

## May

**FRIDAY, MAY 12**
Alumni Awards Dinner
Des Moines

**SATURDAY, MAY 13**
Alumni Board Meeting
Des Moines

**SATURDAY, MAY 13**
50-Year Reunion Dinner
Class of 1956
Glen Oaks Golf & Country Club
Des Moines

**SUNDAY, MAY 14**
125th Undergraduate
Commencement Ceremony
Des Moines

☛ For more information and a full listing of all Drake events—including athletics and fine arts events—visit:

**www.drake.edu/newsevents/calendar**



**spotlight**

# Hope from a pig's eye

RESEARCH FROM THIS DRAKE GRADUATE
COULD HELP RESTORE SIGHT TO MILLIONS

**A YOUNG INNOVATOR:** Last September, at the age of 29, Albena Ivanisevic was named one of the Top 100 Young Innovators in the world by the Massachusetts Institute of Technology. The award, presented Sept. 29 during the 2004 Emerging Technologies Conference at MIT in Cambridge, is the latest in a long list of honors bestowed upon the 1996 Drake University graduate, and acknowledges her research that could ultimately mean the gift of sight for millions of people.

**LIFE FOR IVANISEVIC HAS BEEN A WHIRLWIND** of activity since she left her home country of Bulgaria while still a teenager. She completed high school in Colorado and graduated from Drake University in 1996 with a BS in chemistry and biology. She earned her Ph.D. at the University of Wisconsin-Madison in 2000,

spent two years in a National Institutes of Health Fellowship at Northwestern University, and then moved on to Purdue University, where she is currently an assistant professor of biomedical engineering and chemistry.

**EYE ON THE PRIZE:** Ivanisevic received the Dr. E. Hirsch Felder Award for Women in Chemistry, Math and Physics and the Belle Crowe Fellowship, both from the University of Wisconsin, in 2000, and a Dr. William Coppock Chemistry Research Award from Drake University in 1996. Though her resume is impressive, Ivanisevic's recent award was a result of work she completed on a pig's eye.

Ivanisevic has developed a method of laying down lines of peptides measuring only 100 billionths of a meter wide in a process

known as dip-pen nanolithography. The resulting pattern is attached permanently to a dime-size piece of retina extracted from a pig's eye.

"We demonstrated that we could perform lithography, or patterning, on something other than a metal, semiconductor or insulator surface," Ivanisevic has explained of her work. "We are interested in making surfaces that can eventually be used for transplant strategies."

In other words, Ivanisevic has developed a technique that could promote the growth of transplanted healthy cells. The process could ultimately benefit more than 10 million Americans who suffer from age-related macular degeneration, an incurable eye disease that is the leading cause of blindness for people over the age of 55.

—*Tim Schmitt*

# **alumni**update






**Picture 1:** Drake Legal Clinic Director Suzanne Levitt greets Gov. Robert Ray, BN'42, LW'54, and Billie Ray, ED'50, at the Law School's fundraising event which featured a performance of the awarding-winning play *The Exonerated*. **Picture 2:** Don Adams, special counsel in institutional advancement is presented with a plaque by National Alumni Board President Julie Fitzpatrick, AS'89 at his retirement party last spring. **Picture 3:** School of Education Dean Jan McMahill with SOE alumni award winners Elaine Smith Bright, ED'72, GR'99, Marsha Wilson Chall, ED'75, Arlene Devries, FA'62, GR'85, and David Mitchell, GR'82, at the SOE's Feb. alumni award dinner. Award winner Mike Gudka, GR'97, is not pictured. **Picture 4:** Tammy Perkins, LA'81, visits with family at the Chicago Cubs training game in Arizona – one of Drake's City Outreach events last spring. **Picture 5:** Drake grads share the good cheer at the 30-year cluster reunion held during Relays. **Picture 6:** June Sackett, Dr. John Sackett, ED'55, GR'61, Ernie Williams, AS'56, Barbara Williams, FA'55, Faye Kottke, AS'55, and Bill Kottke, BN'55 at the 50-year reunion dinner. **Picture 7:** Gene Lutz, PH'66, (second from left) visits with Dean and Professor Emeritus Boyd Granberg, and professors John Rovers and Brad Tice at a reception honoring Lutz' appointment as president of the American Pharmacists Association.





# THE PRESIDENT'S CIRCLE
## A Philanthropic Tradition

PRESIDENT'S CIRCLE MEMBERS SHARE A COMMON BOND.
They have made Drake and its students their priority. When you join the President's Circle, you help ensure that Drake can fulfill its critical mission: offering individuals a truly outstanding education and numerous opportunities to use it in research, professional internships, artistic performance, community service and future careers.



"The value of a Drake degree is, in part, a result of the successes of all alums. Our dreams have been reached only through the kindness of many people who helped us along our way. While we cannot always repay the generosity of those who helped us, we are fortunate to be able to dedicate our time and resources to helping this generation's dreams come true. If each and every graduate would join the President's Circle, we would collectively ensure the future of the University and the dreams of future Drake students."

Michael, LA'65, LW'67 & Janet, LW'83, Galloway Huston



"As a student athlete I was able to have a variety of experiences at Drake. I learned valuable lessons from my Drake coaches and professors & classes that I still rely upon today. Drake gave me opportunities so I could go on and have a successful career. I am proud that I can give back to the University that gave me a great education. And, If you think about it, it's only $84 per month."

Laura A. Leonard, ED'83, PH'87



"A strong, well funded, independent academic environment is critical to the educational and social development of responsible future leaders. We're proud that we have been able to utilize our Drake experiences to provide a foundation for our economic and social commitments. Since we have become able to direct resources where they can do the most good for the future, an investment in the Drake experience is one of those vital commitments that can truly impact those things that are worthwhile in our society."

Thomas, BN'70, LW'74
& Barbara, GR'90, Zurek



FOR MORE INFORMATION OR TO MAKE A CONTRIBUTION, contact Director of Development John Smith at 1-800-44-Drake, x2969 or go to *www.drakealumni.net* and click "Support Drake."



# Stadium revitalization begins

**SHOVELS WERE THE BATON OF CHOICE** for the team of Drake friends and supporters on hand to break ground for the $12.6 million stadium revitalization project. Participants in the festivities, which took place during the Drake Relays opening ceremonies, included generous contributors and enthusiastic supporters Daniel, PH'63, and Patricia, LA'64 Jorndt, James Cownie, William Knapp, William Knapp II, LW'76,  Jack Taylor, Don Lamberti, Gerald Neugent, LW'75, and Dwayne McAninch. Also joining the celebration were representatives from the many corporate and community groups whose donations and passion helped make this project possible.





**D**rake
U N I V E R S I T Y

Office of Institutional Advancement
2507 University Avenue
Des Moines, Iowa 50311-4505

Nonprofit Organization
**U.S.POSTAGE PAID**
Des Moines, Iowa
Permit No. 2217