# EXHIBIT 5

The Wayback Machine - https://web.archive.org/web/20060517130912/http://www.drake.edu:80/newsevents/releas…



**FOR IMMEDIATE RELEASE**
July 26, 2005

**CONTACT:** Daniel P. Finney (515) 271-2833 or Daniel.Finney@drake.edu; Mike Mahon, (515) 271-3014 or Mike.Mahon@drake.edu

**DRAKE ANNOUNCES EXCITING NEW LOOK FOR BULLDOG ATHLETICS**

Drake University President David Maxwell and Drake Athletic Director Dave Blank unveiled a bold new logo and design for all Bulldog Athletics in a news conference today. The new logo features an updated, more realistic Bulldog mascot and a sharp new typeface that highlight Drake's traditional blue and white colors.



"Our new logo is a product of much feedback from various constituents on and off the Drake University campus," Blank said. "Our top priorities included creating a new and distinctive "D" along with an exciting version of Spike on the move. I am very comfortable that our result accomplished both goals in a classy manner."

A 12-member University task force sought input from current students, faculty, staff, alumni, parents and the community. In all, more than 67,000 members of the Drake family were given the opportunity for input.

"A graphic identity must respect our traditions yet move us forward as we seek to serve the needs of our constantly expanding constituency," Maxwell said. "You want people to look at one small design in words, shapes and colors and think 'Oh, that's Drake University.' We got what we wanted."

In addition to the athletic logos, Drake's academic programs will also sport a new logo beginning in the fall.

Both logos were designed by Phoenix Design Works in New York City, which has designed high-profile logos for events such as the Super Bowl.

Drake's popular Spike mascot is not going away. He'll be at Drake events, but he'll be sporting the new apparel starting this fall at Drake football games.

Drake fans can pull on their own new Drake gear very soon. Items with the new logos should be available at our partner University Bookstore beginning today with other fine retailers to follow in the coming weeks.

Those wishing copies of the new logo may contact Drake Marketing & Communications at (515) 271-3119.

- 30 -

Drake Home Page > News & Events >> News Releases >>> July Index

Special Routes for:
Prospective Students | Current Students | Faculty & Staff | Alumni | Visitors

Last Modified: 07/27/2005
Created by: Web Editor