# EXHIBIT 6

**Generated on:** This page was generated by TSDR on 2024-07-30 09:43:03 EDT

**Mark:** DRAKE UNIVERSITY 1881 VERITAS



**US Serial Number:** 73790268

**US Registration Number:** 1626048

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Mar. 31, 1989

**Registration Date:** Dec. 04, 1990

DEAD/REGISTRATION/Cancelled/Invalidated

The trademark application was registered, but subsequently it was cancelled or invalidated and removed from the registry.

**Status:** Registration cancelled because registrant did not file an acceptable declaration under Section 8. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jan. 15, 2016

**Publication Date:** Sep. 11, 1990

**Date Cancelled:** Jan. 15, 2016

## Mark Information

**Mark Literal Elements:** DRAKE UNIVERSITY 1881 VERITAS

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Disclaimer:** "UNIVERSITY" AND "1881"

**Translation:** THE ENGLISH TRANSLATION OF THE WORD "VERITAS" IN THE MARK IS "TRUTH".

**Design Search Code(s):** 01.05.01 - Sun, rising or setting (partially exposed or partially obstructed); Sunrise
13.01.05 - Chandeliers; Nightlights; Pole lamps; Sconces (lamps)
13.01.25 - Other lighting equipment
20.05.05 - Bibles (open); Books that are open; Cook books (open); Encyclopedias (open)
24.05.01 - Circular or elliptical seals; Seals, circular or elliptical
26.01.08 - Circles having letters or numerals as a border; Circles having punctuation as a border; Letters, numerals or punctuation forming or bordering the perimeter of a circle
26.01.18 - Circles, three or more concentric; Concentric circles, three or more; Three or more concentric circles

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** [ SWEATSHIRTS, JACKETS, T-SHIRTS, VISORS AND HATS ]

**International Class(es):** 025 - Primary Class

**U.S Class(es):** 022, 039

**Class Status:** SECTION 8 - CANCELLED

**Basis:** 1(a)

**First Use:** 1950

**Use in Commerce:** 1950

**For:** ENTERTAINMENT AND EDUCATIONAL SERVICES, NAMELY CONDUCTING COLLEGIATE EDUCATIONAL PROGRAMS LEADING TO UNDERGRADUATE, POSTGRADUATE, AND PROFESSIONAL DEGREES, AND CONDUCTING COLLEGIATE SPORTING EVENTS, NAMELY FOOTBALL, BASKETBALL, WRESTLING AND TRACK EVENTS

**International Class(es):** 041 - Primary Class                    **U.S Class(es):** 107

**Class Status:** SECTION 8 - CANCELLED

**Basis:** 1(a)

**First Use:** 1900                    **Use in Commerce:** 1900

## Basis Information (Case Level)

**Filed Use:** Yes                    **Currently Use:** Yes

**Filed ITU:** No                    **Currently ITU:** No

**Filed 44D:** No                    **Currently 44D:** No

**Filed 44E:** No                    **Currently 44E:** No

**Filed 66A:** No                    **Currently 66A:** No

**Filed No Basis:** No                    **Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** DRAKE UNIVERSITY

**Owner Address:** 25TH AND UNIVERSITY
DES MOINES, IOWA UNITED STATES 50311

**Legal Entity Type:** CORPORATION                    **State or Country Where Organized:** IOWA

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** DRAKE UNIVERSITY
25TH AND UNIVERSITY
DES MOINES, IOWA UNITED STATES 50311

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 15, 2016 | CANCELLED SEC. 8 (10-YR)/EXPIRED SECTION 9 | |
| Dec. 11, 2008 | CASE FILE IN TICRS | |
| Mar. 16, 2001 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Mar. 16, 2001 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Oct. 30, 2000 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Dec. 04, 1996 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jan. 23, 1996 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Dec. 04, 1990 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 11, 1990 | PUBLISHED FOR OPPOSITION | |
| Aug. 11, 1990 | NOTICE OF PUBLICATION | |
| Apr. 09, 1990 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 19, 1990 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Feb. 27, 1990 | NON-FINAL ACTION MAILED | |
| Feb. 05, 1990 | ALLOWANCE/COUNT WITHDRAWN | |
| Dec. 18, 1989 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jun. 16, 1989 | NON-FINAL ACTION MAILED | |
| Jun. 05, 1989 | ASSIGNED TO EXAMINER | |
| Jun. 02, 1989 | ASSIGNED TO EXAMINER | |

## TM Staff and Location Information

---

| TM Staff Information - None |
| --- |
| **File Location** |

| **Current Location:** SCANNING ON DEMAND | **Date in Location:** Dec. 11, 2008 |
| --- | --- |

# Proceedings

| **Summary** |
| --- |

| **Number of Proceedings:** | 1 |
| --- | --- |

## Type of Proceeding: Opposition

| **Proceeding Number:** | 91099489 | **Filing Date:** | Sep 29, 1995 |
| --- | --- | --- | --- |
| **Status:** | Terminated | **Status Date:** | May 24, 1996 |
| **Interlocutory Attorney:** | CHARLES GRENDEL | | |

| **Defendant** |
| --- |

| **Name:** | MARTINO FUMAGALI |
| --- | --- |
| **Correspondent Address:** | JOHN CLARKE HOLMAN<br>JACOBSON PRICE HOLMAN & STERN<br>400 SEVENTH STREET, N.W.<br>WASHINGTON DC UNITED STATES , 20004-2201 |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| DRAKE | | 74381387 | 2041541 |

| **Plaintiff(s)** |
| --- |

| **Name:** | DRAKE UNIVERSITY, INC. |
| --- | --- |
| **Correspondent Address:** | MICHAEL G. VOORHEES<br>ZARLEY MCKEE THOMTE VOORHEES & SEASE PLC<br>801 GRAND AVENUE SUITE 3200<br>DES MOINES IA UNITED STATES , 50309 |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| DRAKE UNIVERSITY 1881 VERITAS | | 73790268 | 1626048 |

| **Prosecution History** |
| --- |

| Entry Number | History Text | Date | Due Date |
| --- | --- | --- | --- |
| 9 | TERMINATED | May 24, 1996 | |
| 8 | BD'S DECISION: DISMISSED W/O PREJUDICE | May 24, 1996 | |
| 7 | STIP TO DISMISS OPPS | Apr 01, 1996 | |
| 6 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Feb 12, 1996 | |
| 5 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Jan 16, 1996 | |
| 4 | DF NOTICE SENT ANSWER DATE OF MAILING CORRECTED TO DEC 1, 1995 | Jan 16, 1996 | |
| 3 | PENDING, INSTITUTED | Dec 01, 1995 | |
| 2 | NOTICE SENT; ANSWER DUE (DUE DATE) | Dec 01, 1995 | Jan 10, 1996 |
| 1 | FILED AND FEE | Sep 29, 1995 | |