# EXHIBIT 7

Drake University Official Online Bookstore



Login/Sign Up

Shop ⌄    Textbooks    Search    🔍    🛒 Cart (0)

SHOP

**Category** —

College/University  X    Drake University  X

College/University

**Brand** +

**Size** —

| 0-3 M | 3M | Newbo... |
| 2T | 3T | 4T |
| 5T | Youth ... | Youth S |
| Youth M | Youth L | Youth ... |
| XXS | XS | S |
| M | L | XL |
| XXL | 3-6 M | 2XL |
| 3XL | 3X | 4XL |
| 5XL | 6M | 12M |
| 12-18 M | 18M | 24M |

**Color** —

⚫ Black    ⚫ Grey    ⚪ White

⚪ Beige    🟤 Brown    🟣 Purple

🔵 Blue    🔵 Navy    🟢 Green

🟡 Yellow    🟠 Orange    🩷 Pink

🔴 Red    🔴 Maroon    🔴 Multi

**Price Range** —

◯ Less than $25
◯ $25 to $50

1 - 24 of 458

SORT BY: MOST POPULAR ⌄    ‹ **1** 2 3 4 5 ›




Sale ◄

Champion Zimpleman College of Business Basic T-Shirt

**from $11.99**
~~$21.00~~



Sale ◄

Champion Zimpleman College of Business Reverse Weave Crewneck

**from $35.99**
~~$61.00~~



Sale ◄

Champion Zimpleman College of Business Powerblend 1/4 Zip

**from $30.99**
~~$53.00~~




Sale ◄

Drake Chicka-D Must Have Tee

**from $23.99**
~~$40.00~~



Sale ◄

Drake Colosseum Infant Biggest Fan Onesie

**from $12.99**
~~$22.00~~



Sale ◄

Drake Colosseum Toddler Big Fun Tee

**from $11.99**
~~$20.00~~









Red    Maroon    Multi

**Price Range** —

- ○ Less than $25
- ○ $25 to $50
- ○ $50 to $100
- ○ $100 to $200
- ○ Over $200

Min Price  -  Max Price  🔍

**Availability** —

- ○ In Stock
- ○ Special Order
- ○ In Stock. Ships in 2-3 Business Days
- ○ Usually Ships in 2-3 Business Days
- ○ Usually Ships in 8-10 Business Days.

**Sale**

Drake Colosseum Blank Field Tee

**from $14.99**

~~$26.00~~

Drake Cellphone ID Case

**$10.00**

Drake Storm Duds Auto Fold Umbrella

**$24.00**

● ●

Drake Storm Duds Reflective Invertabrella

**$34.00**

Drake Vera Crossbody Backpack

**$55.00**

Drake Santana Bodysuit

**$25.00**

Drake MV Sport Pro-Weave Sweatshirt Blanket

**$46.00**

**Sale**

Drake All Star Dogs Bed

**from $47.99**

~~$80.00~~

Drake BA Unit Kit

**$43.00**

MASTER REGALIA

BACHELOR REGALIA







Drake MA Unit Kit

**$49.00**

Drake Keeper Tam

**$22.00**

Drake CI Sport Throwback Hoodie

**$53.00**







Drake Medium Canvas Tote

**from $19.99**

~~$34.00~~

Drake 3/8" Lanyard w/ ID Holder

**$6.95**

Drake 3/8" Lanyard

**$5.95**







Drake Layla Mesh Women's Cap

**$23.00**

Drake Champion Youth Pack N Go Jacket

**$37.00**

Drake All Star Dogs Basketball Tug Toy

**from $20.99**

~~$35.00~~

⟨ 1 2 3 4 5 ⟩



Drake Medium Canvas Tote

**from $19.99**

~~$34.00~~

Drake 3/8" Lanyard w/ ID Holder

**$6.95**

Drake 3/8" Lanyard

**$5.95**

Drake Layla Mesh Women's Cap

**$23.00**

Drake Champion Youth Pack N Go Jacket

**$37.00**

Drake All Star Dogs Basketball Tug Toy

Sale

**from $20.99**

~~$35.00~~

‹ 1 2 3 4 5 ›



### TEXTBOOKS

Order Textbooks

Sell Textbooks

My Account

Price Match

Gift Cards

Help

### LOCATION

Bulldog Shop
Olmsted Center
2875 University Ave
Des Moines, IA 50311
515-214-2151

### HOURS

M-F: 9AM - 5PM
SAT: 10AM - 4PM

### Special Hours Week of 6/24 - 6/30

M-F: 9AM - 3PM
SAT-SUN: CLOSED

### ABOUT US

Terms & Conditions

Privacy Policy

Accessibility

CONTACT US

eCampus.com

Copyright
1995 - 2024

Download PDF Reader

COMODO SECURE    McAfee SECURE    BBB ACCREDITED BUSINESS
PayPal  DISCOVER  VISA  MasterCard  AMERICAN EXPRESS

O Chat

Drake University Official Online Bookstore

# BULLDOG
## SHOP

Shop ⌄     Textbooks     Search 🔍     🛒 Cart (0)

Login/Sign Up

SHOP

**Category** −

College/University

**Brand** +

**Size** −

| 0–3 M | 3M | Newbo... |
| 2T | 3T | 4T |
| 5T | Youth ... | Youth S |
| Youth M | Youth L | Youth ... |
| XXS | XS | S |
| M | L | XL |
| XXL | 3–6 M | 2XL |
| 3XL | 3X | 4XL |
| 5XL | 6M | 12M |
| 12–18 M | 18M | 24M |

**Color** −

● Black   ● Grey   ○ White
● Beige   ● Brown   ● Purple
● Blue   ● Navy   ● Green
● Yellow   ● Orange   ● Pink
● Red   ● Maroon   ● Multi

**Price Range** −

○ Less than $25
○ $25 to $50

College/University ✕     Drake University ✕

25 - 48 of 458

SORT BY: MOST POPULAR ⌄     ‹ 1 2 3 4 5 ›



Drake All Star Dogs Pet Jersey

**$40.00**



Drake Basketball Decal

**$6.95**



Drake Football Decal

**$6.95**



Drake Dad Decal

**$6.95**



Drake Dog Cling

**$4.95**



Drake D-Dog Univ Cling

**$4.95**







Document title: drake.ecampus.com/merch-results?sale=0&amp;sort=popular&amp;page=2&amp;s=6594
Capture URL: https://drake.ecampus.com/merch-results?sale=0&amp;sort=popular&amp;page=2&amp;s=6594
Capture timestamp (UTC): Tue, 16 Jul 2024 19:03:18 GMT







Drake Decal Strip

**$6.95**

Drake Law 11x14 Mahogany Diploma Frame

**$195.00**

Drake Law 11x14 Meridian Diploma Frame

**$175.00**

Price Range

○ Less than $25
○ $25 to $50
○ $50 to $100
○ $100 to $200
○ Over $200

Min Price — Max Price

Availability

○ In Stock
○ Special Order
○ In Stock. Ships in 2-3 Business Days
○ Usually Ships in 2-3 Business Days
○ Usually Ships in 8-10 Business Days.









Drake ID Holder

**$5.95**

Drake Zimpleman College of Business Taza Mug

**from $6.99**

~~$12.99~~

Drake Zimpleman College of Business Ceramic Mug w/ Cork Bottom

**from $8.99**

~~$14.99~~







Drake New Agenda Adult Crewneck Sweatshirt

**$40.00**

Drake ZooZatz Skort

**from $29.99**

~~$55.00~~

⚫ ⚪

Drake Team Golf Club Cover

**$35.00**

🔵 🔴









Drake Team Golf Microfiber Towel

**$16.00**

Drake Clear Crossbody Purse

**$26.00**

Drake Champion Volleyball Tee

**$20.00**







Drake Champion Cross Country Tee

**$20.00**

Drake Champion Golf Tee

**$20.00**

Drake Champion Tennis Tee

**$20.00**







Drake Champion Rowing Tee

**$20.00**

Drake Champion Football Tee

**$20.00**

Drake Champion Track & Field Tee

**$20.00**

‹ 1 **2** 3 4 5 ›

**TEXTBOOKS**

Order Textbooks

**LOCATION**

Bulldog Shop

**ABOUT US**

Terms & Conditions

Document title: drake.ecampus.com/merch-results?sale=0&amp;sort=popular&amp;page=2&amp;s=6594
Capture URL: https://drake.ecampus.com/merch-results?sale=0&amp;sort=popular&amp;page=2&amp;s=6594
Capture timestamp (UTC): Tue, 16 Jul 2024 19:03:18 GMT
Page 3 of 4



Drake Champion Cross Country Tee

$20.00



Drake Champion Golf Tee

$20.00



Drake Champion Tennis Tee

$20.00



Drake Champion Rowing Tee

$20.00

Drake Champion Football Tee

$20.00

Drake Champion Track & Field Tee

$20.00

⟨ 1 **2** 3 4 5 ⟩

## TEXTBOOKS

Order Textbooks

Sell Textbooks

My Account

Price Match

Gift Cards

Help

## LOCATION

Bulldog Shop
Olmsted Center
2875 University Ave
Des Moines, IA 50311
515-214-2151

## HOURS

M-F: 9AM - 5PM
SAT: 10AM - 4PM

### Special Hours Week of 6/24 - 6/30

M-F: 9AM - 3PM
SAT-SUN: CLOSED

## ABOUT US

Terms & Conditions

Privacy Policy

Accessibility

CONTACT US

eCampus.com

PayPal   DISCOVER   VISA   MasterCard   AMERICAN EXPRESS

Copyright
1995 - 2024

COMODO SECURE   McAfee SECURE   BBB ACCREDITED BUSINESS

Download PDF Reader

Chat

Drake University Official Online Bookstore



Login/Sign Up

Shop ∨    Textbooks        Search             Cart (0)

SHOP

**Category**    —

College/University

College/University    X    Drake University    X

**Brand**    +

**Size**    —

| 0-3 M | 3M | Newbo... |
|---|---|---|
| 2T | 3T | 4T |
| 5T | Youth ... | Youth S |
| Youth M | Youth L | Youth ... |
| XXS | XS | S |
| M | L | XL |
| XXL | 3-6 M | 2XL |
| 3XL | 3X | 4XL |
| 5XL | 6M | 12M |
| 12-18 M | 18M | 24M |

**Color**    —

Black    Grey    White

Beige    Brown    Purple

Blue    Navy    Green

Yellow    Orange    Pink

Red    Maroon    Multi

**Price Range**    —

◯ Less than $25

◯ $25 to $50

49 - 72 of 458

SORT BY: MOST POPULAR ∨    ‹ 1 2 **3** 4 5 ›



**Sale**

Drake Dog Bowl

**from $15.99**

~~$28.00~~



Drake Champion Script Vault Reverse Weave Crew

**$65.00**



Drake 6" Large Foam Basketball

**$16.00**

●



Drake Wine Key

**$12.00**



Drake 1.5 oz Clear Shot Glass

**$8.00**



Drake 16 oz Pint Glass

**$16.00**









## Filters

### Price Range −

- ◯ Less than $25
- ◯ $25 to $50
- ◯ $50 to $100
- ◯ $100 to $200
- ◯ Over $200

| Min Price | - | Max Price | 🔍 |

### Availability −

- ◯ In Stock
- ◯ Special Order
- ◯ In Stock. Ships in 2-3 Business Days
- ◯ Usually Ships in 2-3 Business Days
- ◯ Usually Ships in 8-10 Business Days.

Drake Champion Women's Powerblend Short

**$38.00**

Drake 24 oz Plastic Insulated Adriatic Tumbler

**$17.00**

Drake 15 oz Mom Mug

**$15.00**

Drake Clear Tote w/ Zipper

**$17.00**

Drake Law School Tee

**$25.00**

Drake Bright College Tee

**from $14.99**

~~$25.00~~

Drake Law School Seal Crew

**$40.00**

Drake Recycled Teddy Bear w/ Tee

**$20.00**

Drake Authentic Brand Beverly Women's Polo

**$41.00**











Drake Sublimated Oven Mitt

**$25.00**

Drake Football Can Cooler

**$9.00**

**Sale**

Drake Garb Carson Toddler Boys Polo

**from $26.99**

~~$44.99~~







**Sale**

Drake Garb Caroline Infant Polo Dress

**from $26.99**

~~$44.99~~

Drake Legacy Relaxed Twill Basketball Hat

**$25.00**

Drake Legacy Relaxed Twill Soccer Hat

**$25.00**







Drake Legacy Relaxed Twill Volleyball Hat

**$25.00**

Drake Legacy Relaxed Twill Grandparent Hat

**$25.00**

Drake University Grandparent Tee

**$28.00**

〈 1 2 3 4 5 〉

**TEXTBOOKS**          **LOCATION**          **ABOUT US**

**Sale**



Drake Garb Caroline Infant Polo Dress

**from $26.99**

~~$44.99~~



Drake Legacy Relaxed Twill Basketball Hat

**$25.00**



Drake Legacy Relaxed Twill Soccer Hat

**$25.00**

Drake Legacy Relaxed Twill Volleyball Hat

**$25.00**

Drake Legacy Relaxed Twill Grandparent Hat

**$25.00**

Drake University Grandparent Tee

**$28.00**

‹ 1 2 **3** 4 5 ›



**TEXTBOOKS**

Order Textbooks

Sell Textbooks

My Account

Price Match

Gift Cards

Help

**LOCATION**

Bulldog Shop
Olmsted Center
2875 University Ave
Des Moines, IA 50311
515-214-2151

**HOURS**

M-F: 9AM - 5PM
SAT: 10AM - 4PM

**Special Hours Week of 6/24 - 6/30**

M-F: 9AM - 3PM
SAT-SUN: CLOSED

**ABOUT US**

Terms & Conditions

Privacy Policy

Accessibility

**CONTACT US**

eCampus.com®

Copyright 1995 – 2024

Download PDF Reader

PayPal  DISCOVER  VISA  Mastercard  AMERICAN EXPRESS   COMODO SECURE   McAfee SECURE   BBB ACCREDITED BUSINESS

Drake University Official Online Bookstore



# BULLDOG SHOP

Shop ⌄    Textbooks

Search    🔍    🛒 Cart (0)

SHOP

### Category                                    —

College/University

[ College/University **X** ]  [ Drake University **X** ]

73 - 96 of 458

SORT BY: MOST POPULAR ⌄    ‹ 2 3 4 5 6 ›

### Brand                                       +

### Size                                        —

| | | |
|---|---|---|
| 0–3 M | 3M | Newbo… |
| 2T | 3T | 4T |
| 5T | Youth … | Youth S |
| Youth M | Youth L | Youth … |
| XXS | XS | S |
| M | L | XL |
| XXL | 3–6 M | 2XL |
| 3XL | 3X | 4XL |
| 5XL | 6M | 12M |
| 12–18 M | 18M | 24M |

### Color                                       —

| | | |
|---|---|---|
| ⚫ Black | ⚪ Grey | ⚪ White |
| 🟤 Beige | 🟤 Brown | 🟣 Purple |
| 🔵 Blue | 🔵 Navy | 🟢 Green |
| 🟡 Yellow | 🟠 Orange | 🩷 Pink |
| 🔴 Red | 🔴 Maroon | 🔴 Multi |

### Price Range                                 —

○ Less than $25
○ $25 to $50




**Drake Champion Mesh Short**

**$36.00**

⚫ 🔵




**Drake Champion Powerblend Shorts**

**$36.00**



**Sale**

**Drake Boxercraft Ladies Cuddle Short**

**from $18.99**

$33.00



**Drake Side Garage Grid Tote**

**$34.00**



**Drake Side Garage Griff Flag Youth Tee**

**$28.00**



**Drake Side Garage Griff Flag Infant Tee**

**$26.00**







Red   Maroon   Multi

### Price Range —

- ○ Less than $25
- ○ $25 to $50
- ○ $50 to $100
- ○ $100 to $200
- ○ Over $200

[ Min Price ] - [ Max Price ] 🔍

### Availability —

- ○ In Stock
- ○ Special Order
- ○ In Stock. Ships in 2-3 Business Days
- ○ Usually Ships in 2-3 Business Days
- ○ Usually Ships in 8-10 Business Days.

Drake Legacy Relaxed Twill Dad Hat

**$25.00**

Drake Legacy Relaxed Twill Mom Hat

**$25.00**

Drake TCK Solid Cozy Socks

**$14.00**

Drake TCK Fuzzy Warm Socks

**$23.00**

Drake TCK Kid's Booties

**$12.00**

Drake Legacy Dogs Relaxed Twill Hat

**$28.00**

Drake TCK Stripe and Dot Socks 2 Pack

**$16.00**

Drake League Reverse Fleece Oversized Midi

**from $26.99**

~~$45.00~~

Drake League Saranac Vest

**from $47.99**

~~$80.00~~





Drake League Pawprints
Saturdays Polo

**from $35.99**

~~$60.00~~

Drake League Alumni Relaxed
Twill

**$25.00**

Drake League Football Relaxed
Twill

**$25.00**

Drake Legacy Lighthouse Cuff
Beanie

**$30.00**

Drake Champion Reverse Weave
Boyfriend Cropped Crew

**$51.00**

Drake "Go Dogs" Braid Bracelet

**$13.00**



Drake Vive la Fete Gingham Skirt
w/ Tie Sash

**from $19.99**

~~$34.00~~

Drake Nike Velocity Performance
Tee

**$45.00**



Drake USCAPE Richardson Rope
Hat

**from $20.99**

~~$36.00~~

Document title: drake.ecampus.com/merch-results?sale=0&amp;sort=popular&amp;page=4&amp;s=6594
Capture URL: https://drake.ecampus.com/merch-results?sale=0&amp;sort=popular&amp;page=4&amp;s=6594
Capture timestamp (UTC): Tue, 16 Jul 2024 19:04:45 GMT

Drake Legacy Lighthouse Cuff
Beanie

Drake Champion Reverse Weave
Boyfriend Cropped Crew

Drake "Go Dogs" Braid Bracelet

**$30.00**

**$51.00**

**$13.00**







**Sale**

**Sale**

Drake Vive la Fete Gingham Skirt
w/ Tie Sash

Drake Nike Velocity Performance
Tee

Drake USCAPE Richardson Rope
Hat

**from $19.99**

**$45.00**

**from $20.99**

~~$34.00~~

~~$36.00~~



< 2 3 **4** 5 6 >



**TEXTBOOKS**

Order Textbooks

Sell Textbooks

My Account

Price Match

Gift Cards

Help

**LOCATION**

Bulldog Shop
Olmsted Center
2875 University Ave
Des Moines, IA 50311
515-214-2151

**HOURS**

M-F: 9AM - 5PM
SAT: 10AM - 4PM

**Special Hours Week of 6/24 - 6/30**

M-F: 9AM - 3PM
SAT-SUN: CLOSED

**ABOUT US**

Terms & Conditions

Privacy Policy

Accessibility

**CONTACT US**

eCampus.com®

Copyright
1995 - 2024

COMODO SECURE    McAfee SECURE    BBB ACCREDITED BUSINESS

PayPal    DISCOVER    VISA    Mastercard    American Express

Download PDF Reader

Drake University Official Online Bookstore



Login/Sign Up

Shop ∨   Textbooks

Search 

🛒 Cart (0)

SHOP

**Category** —

College/University

College/University X   Drake University X

**Brand** +

97 - 120 of 458

SORT BY: MOST POPULAR ∨   ⟨ 3 4 **5** 6 7 ⟩

**Size** —



| 0-3 M | 3M | Newbo... |
| 2T | 3T | 4T |
| 5T | Youth ... | Youth S |
| Youth M | Youth L | Youth ... |
| XXS | XS | S |
| M | L | XL |
| XXL | 3-6 M | 2XL |
| 3XL | 3X | 4XL |
| 5XL | 6M | 12M |
| 12-18 M | 18M | 24M |

**Color** —

⚫ Black   🔘 Grey   ⚪ White

🟤 Beige   🟤 Brown   🟣 Purple

🔵 Blue   🔵 Navy   🟢 Green

🟡 Yellow   🟠 Orange   🩷 Pink

🔴 Red   🔴 Maroon   🔴 Multi

**Price Range** —

○ Less than $25
○ $25 to $50



**Sale**

Drake USCAPE Kodiak 1/4 Zip

**from $49.99**

~~$85.00~~

**Sale**

Drake USCAPE Ladies Foresta Sherpa Jacket

**from $59.99**

~~$100.00~~



Drake Nike Club Fleece Crew

**$65.00**

🔵 

Drake USCAPE Women's Heavy Relaxed Hood

**$75.00**

🟣 🩷



Drake 9 x 24 Vertical Pennant

**$10.00**



Drake 12 x 30 Basketball Court Pennant

**$11.00**









Red    Maroon    Multi

## Price Range —

○ Less than $25
○ $25 to $50
○ $50 to $100
○ $100 to $200
○ Over $200

[ Min Price ] - [ Max Price ] 🔍

## Availability —

○ In Stock
○ Special Order
○ In Stock. Ships in 2-3 Business Days
○ Usually Ships in 2-3 Business Days
○ Usually Ships in 8-10 Business Days.







Drake Softball Pennant

**$8.00**

Drake Volleyball Pennant

**$8.00**

Drake Tennis Pennant

**$8.00**







Drake Cross Country Pennant

**$8.00**

Drake Golf Pennant

**$8.00**

Drake 3x5 Durawave Flag

**$37.00**

 🔵 ⚪







Drake Felt Banner String

**$16.00**

Drake Sublimated Felt Pennant

**$12.00**

Drake Adidas Swingman Basketball Jersey

**from $48.99**

~~$82.00~~

Sale









Drake Columbia Tamiami Shirt

**from $45.99**

~~$77.00~~

Drake Adidas Performance
Slouch Hat

**$36.00**

Drake 12 oz Slim Can Holder

**$8.00**





Drake Authentic Brand Bulldogs
Basketball Hoodie

**$59.99**

Drake Authentic Brand Youth
Rand Tank

**$24.99**

Drake Adidas Bulldogs Athletics
Tee

**from $19.99**

~~$34.00~~







Drake Vive la Fete Cheerleader
Dress

**from $23.99**

~~$40.00~~

Drake Adidas Basketball Creator
Tee

**$40.00**

Drake Adidas Football Creator
Tee

**$40.00**

‹ 3 4 **5** 6 7 ›



Drake Authentic Brand Bulldogs
Basketball Hoodie

**$59.99**

Drake Authentic Brand Youth
Rand Tank

**$24.99**

Drake Adidas Bulldogs Athletics
Tee

**from $19.99**

$34.00

Drake Vive la Fete Cheerleader
Dress

**from $23.99**

$40.00

Drake Adidas Basketball Creator
Tee

**$40.00**

Drake Adidas Football Creator
Tee

**$40.00**

⟨ 3 4 **5** 6 7 ⟩



**TEXTBOOKS**

Order Textbooks

Sell Textbooks

My Account

Price Match

Gift Cards

Help

**LOCATION**

Bulldog Shop
Olmsted Center
2875 University Ave
Des Moines, IA 50311
515-214-2151

**HOURS**

M-F: 9AM - 5PM
SAT: 10AM - 4PM

**Special Hours Week of 6/24 - 6/30**

M-F: 9AM - 3PM
SAT-SUN: CLOSED

**ABOUT US**

Terms & Conditions

Privacy Policy

Accessibility

CONTACT US

eCampus.com

Copyright
1995 - 2024

Download PDF Reader

Drake University Official Online Bookstore



Shop ⌄    Textbooks        Search            🛒 Cart (0)

SHOP

**Category** —

College/University

**Brand** +

**Size** —

| | | |
|---|---|---|
| 0-3 M | 3M | Newbo... |
| 2T | 3T | 4T |
| 5T | Youth ... | Youth S |
| Youth M | Youth L | Youth ... |
| XXS | XS | S |
| M | L | XL |
| XXL | 3-6 M | 2XL |
| 3XL | 3X | 4XL |
| 5XL | 6M | 12M |
| 12-18 M | 18M | 24M |

**Color** —

⚫ Black    ⚪ Grey    ⚪ White

🟤 Beige    🟤 Brown    🟣 Purple

🔵 Blue    🔵 Navy    🟢 Green

🟡 Yellow    🟠 Orange    🟣 Pink

🔴 Red    🔴 Maroon    🔵 Multi

**Price Range** —

◯ Less than $25
◯ $25 to $50

College/University ✕    Drake University ✕

121 - 144 of 458                    SORT BY: MOST POPULAR ⌄    ‹ 4 5 **6** 7 8 ›




Drake Soft Cut Out Keyring

**$5.00**




Drake Champion University Youth Tee

**$20.00**



Drake USCAPE Lightweight Short Sleeve

**$28.00**




Drake USCAPE Midweight Long Sleeve

**$42.00**

⚫ 🟢



Drake Julia Gash Coloring Book

**$12.00**



Drake Julia Gash 20 oz Mabel Tumbler

**$30.00**







Red    Maroon    Multi

## Price Range    —

◯ Less than $25
◯ $25 to $50
◯ $50 to $100
◯ $100 to $200
◯ Over $200

Min Price    -    Max Price    🔍

## Availability    —

◯ In Stock
◯ Special Order
◯ In Stock. Ships in 2-3 Business Days
◯ Usually Ships in 2-3 Business Days
◯ Usually Ships in 8-10 Business Days.







Drake Julia Gash Can Cooler

**$6.00**

Drake Julia Gash 1" Keystrap w/ Lobster Clip

**$10.00**

Drake Adidas Sideline Polo

**from $41.99**
~~$71.00~~



Sale



Sale



Drake Adidas Sideline SS 1/4 Zip

**from $58.00**
~~$84.00~~

Drake Adidas Men's Midweight Jacket

**from $69.99**
~~$120.00~~

Drake Nordic Alumni 22oz Stainless Steel Pro22 Tumbler

**$26.00**







Drake Nordic Volleyball 22oz Stainless Steel Pro22 Tumbler

**$26.00**

Drake Nordic Basketball 22oz Stainless Steel Pro22 Tumbler

**$26.00**

Drake Nordic Football 22oz Stainless Steel Pro22 Tumbler

**$26.00**










Drake Nordic Soccer 22oz Stainless Steel Pro22 Tumbler

**$26.00**

Drake Vive la Fete Kid's Shorts

**from $15.99**

~~$27.00~~

Drake Vive la Fete Kid's Fleece 1/4 Zip

**from $24.99**

~~$42.00~~





Drake Sticker Sheet

**$10.00**

Drake Gift Tags

**$10.00**

Drake College House Premium Football Tee

**$26.00**







Drake Legacy Softball EZA Relaxed Twill Hat

**$25.00**

Drake Legacy Track and Field EZA Relaxed Twill Hat

**$25.00**

Drake Legacy Tennis EZA Relaxed Twill Hat

**$25.00**

‹ 4 5 **6** 7 8 ›



### Drake Sticker Sheet

**$10.00**



### Drake Gift Tags

**$10.00**



### Drake College House Premium Football Tee

**$26.00**



### Drake Legacy Softball EZA Relaxed Twill Hat

**$25.00**

### Drake Legacy Track and Field EZA Relaxed Twill Hat

**$25.00**

### Drake Legacy Tennis EZA Relaxed Twill Hat

**$25.00**

‹ 4 5 **6** 7 8 ›

## TEXTBOOKS

Order Textbooks

Sell Textbooks

My Account

Price Match

Gift Cards

Help

## LOCATION

Bulldog Shop

Olmsted Center

2875 University Ave

Des Moines, IA 50311

515-214-2151

## HOURS

M-F: 9AM - 5PM

SAT: 10AM - 4PM

**Special Hours Week of 6/24 - 6/30**

M-F: 9AM - 3PM

SAT-SUN: CLOSED

## ABOUT US

Terms & Conditions

Privacy Policy

Accessibility

**CONTACT US**

eCampus.com

Copyright 1995 - 2024

COMODO SECURE

McAfee SECURE

BBB ACCREDITED BUSINESS

PayPal DISCOVER VISA MasterCard AMERICAN EXPRESS

Download PDF Reader

Drake University Official Online Bookstore



Login/Sign Up

# BULLDOG SHOP

Shop ∨    Textbooks    Search    🔍    🛒 Cart (0)

SHOP

**Category** —

College/University

College/University X    Drake University X

145 - 168 of 458

SORT BY: MOST POPULAR ∨    ‹ 5 6 7 8 9 ›

**Brand** +

**Size** —

| 0-3 M | 3M | Newbo... |
| 2T | 3T | 4T |
| 5T | Youth ... | Youth S |
| Youth M | Youth L | Youth ... |
| XXS | XS | S |
| M | L | XL |
| XXL | 3-6 M | 2XL |
| 3XL | 3X | 4XL |
| 5XL | 6M | 12M |
| 12-18 M | 18M | 24M |

Drake Legacy Golf EZA Relaxed Twill Hat

**$25.00**

Drake Spirit Deluxe Pet Leash

**$23.00**

Drake Spirit Deluxe Pet Collar

**$18.00**

**Color** —

● Black    ● Grey    ○ White

● Beige    ● Brown    ● Purple

● Blue    ● Navy    ● Green

● Yellow    ● Orange    ● Pink

● Red    ● Maroon    ● Multi

Drake Freedomwear Soccer Hooded Sweatshirt

**$48.00**

Hydro Flask 32 oz Wide Flex Cap

**$44.95**

● ●

Hydro Flask 40 oz Wide Flex Cap

**$49.95**

● ● ● ●

**Price Range** —

○ Less than $25

○ $25 to $50



## Price Range

— 

○ Less than $25
○ $25 to $50
○ $50 to $100
○ $100 to $200
○ Over $200

Min Price — Max Price

## Availability

— 

○ In Stock
○ Special Order
○ In Stock. Ships in 2-3 Business Days
○ Usually Ships in 2-3 Business Days
○ Usually Ships in 8-10 Business Days.

Drake Bulldogs Bracelet

**$14.95**

Drake Bulldogs Necklace

**$15.95**

Drake Nike Biker Shorts

**$46.00**

Drake New Agenda Twill Crew

**$42.00**

Drake Belt Bag

**$26.00**

Drake Herff Jones Graduation Tassel

**$7.00**

Drake Herff Jones Master Hood

**$39.00**

Drake Herff Jones Doctoral Hood

**$47.00**

Drake Carhartt Beanie

**$49.00**







Drake PharmD Unit Kit

**$62.00**

Drake DOT-Occupational Therapy Unit Kit

**$62.00**

Drake EDD Unit Kit

**$62.00**







**Sale**

**Sale**

Drake JD Unit Kit

**$62.00**

Drake Paws For The Cause T-Shirt

**from $11.99**
~~$20.00~~

Drake Raygun Mahoney Magic Tee

**from $14.99**
~~$24.95~~









Drake PHD Unit Kit

**$62.00**

Drake Herff Jones Double Strand Cord

**$12.00**

 

Drake Everest Youth Knit Beanie

**$12.00**

‹ 5 6 7 8 9 ›

Drake JD Unit Kit

**$62.00**

Drake Paws For The Cause T-Shirt

**from $11.99**

~~$20.00~~

Drake Bayou Mahoney Magic Tee

**from $14.99**

~~$24.95~~





Drake PHD Unit Kit

**$62.00**



Drake Herff Jones Double Strand Cord

**$12.00**





Drake Everest Youth Knit Beanie

**$12.00**

< 5 6 **7** 8 9 >



**TEXTBOOKS**

Order Textbooks

Sell Textbooks

My Account

Price Match

Gift Cards

Help

**LOCATION**

Bulldog Shop
Olmsted Center
2875 University Ave
Des Moines, IA 50311
515-214-2151

**HOURS**

M-F: 9AM - 5PM
SAT: 10AM - 4PM

**Special Hours Week of 6/24 - 6/30**

M-F: 9AM - 3PM
SAT-SUN: CLOSED

**ABOUT US**

Terms & Conditions

Privacy Policy

Accessibility

CONTACT US

eCampus.com

PayPal   DISCOVER   VISA   MasterCard   AMERICAN EXPRESS

Copyright
1995 - 2024

COMODO SECURE   McAfee SECURE   BBB ACCREDITED BUSINESS

Download PDF Reader

Drake University Official Online Bookstore



Shop ∨   Textbooks   Search   🔍   🛒 Cart (0)

SHOP

**Category** —

College/University  X   Drake University  X

College/University

169 - 192 of 458

SORT BY: MOST POPULAR ∨   ‹ 6 7 **8** 9 10 ›

**Brand** +

**Size** —

| 0-3 M | 3M | Newbo... |
| 2T | 3T | 4T |
| 5T | Youth ... | Youth S |
| Youth M | Youth L | Youth ... |
| XXS | XS | S |
| M | L | XL |
| XXL | 3-6 M | 2XL |
| 3XL | 3X | 4XL |
| 5XL | 6M | 12M |
| 12-18 M | 18M | 24M |

**Color** —

| ⚫ Black | ⚪ Grey | ⚪ White |
| 🟤 Beige | 🟤 Brown | 🟣 Purple |
| 🔵 Blue | 🔵 Navy | 🟢 Green |
| 🟡 Yellow | 🟠 Orange | 🩷 Pink |
| 🔴 Red | 🔴 Maroon | 🔴 Multi |

**Price Range** —

◯ Less than $25
◯ $25 to $50



Drake Vive La Fete Wilson Football Jersey

**$46.00**



Sale

Drake Authentic Brand Delta Button Down

**from $53.99**

~~$90.00~~



Drake Authentic Brand Rigby Jacket

**$60.00**



Drake Authentic Brand Mini Rubber Football

**$16.00**



Drake Authentic Brand Mini Rubber Basketball

**$16.00**



Drake 3 x 5 Mini Pennant Magnet

**$6.00**







Red  Maroon  Multi

## Price Range  —

○ Less than $25
○ $25 to $50
○ $50 to $100
○ $100 to $200
○ Over $200

[ Min Price ] - [ Max Price ] 🔍

## Availability  —

○ In Stock
○ Special Order
○ In Stock. Ships in 2-3 Business Days
○ Usually Ships in 2-3 Business Days
○ Usually Ships in 8-10 Business Days.



Drake 9 x 27 Dovetail Pennant

**$13.00**

Drake 15 oz Dad Mug

**$15.00**

Drake 15 oz College of Pharmacy Mug

**$15.00**



Drake 15 oz Occupational Therapy Mug

**$15.00**

Drake 15 oz School of Journalism Mug

**$15.00**

Drake 15 oz Law School Mug

**$15.00**




Drake 15 oz School of Education Mug

**$15.00**

Drake Freedomwear Alumni S/S Tee

**$20.00**

Drake Freedomwear Everett Pride Tee

**$20.00**





**Drake Freedomwear Dad Tee**

**$20.00**

**Drake Freedomwear Mom Tee**

**$20.00**



**Drake MCM Grad Bear w/ Cap and Gown**

**$25.00**



**Drake Gameday Temporary Tattoos**

**$3.00**



**Drake Javelin Pen**

**$15.00**



**Drake Frosty Youth Knit Scarf**

**$21.00**



**Drake Poppins Youth Knit Gloves**

**$14.00**



**Drake Frosty Knit Scarf**

**$19.00**



**Sale**

**Drake Authentic Brand Grove Jacket**

**from $39.99**

~~$69.00~~

‹ 6 7 **8** 9 10 ›

**TEXTBOOKS**

Order Textbooks

**LOCATION**

Bulldog Shop

**ABOUT US**

Terms & Conditions

Document title: drake.ecampus.com/merch-results?sale=0&amp;sort=popular&amp;page=8&amp;s=6594
Capture URL: https://drake.ecampus.com/merch-results?sale=0&amp;sort=popular&amp;page=8&amp;s=6594
Capture timestamp (UTC): Tue, 16 Jul 2024 19:06:56 GMT                                                    Page 3 of 4



**Drake Gameday Temporary Tattoos**

**$3.00**

**Drake Javelin Pen**

**$15.00**



**Drake Frosty Youth Knit Scarf**

**$21.00**





**Drake Poppins Youth Knit Gloves**

**$14.00**

**Drake Frosty Knit Scarf**

**$19.00**

**Sale**

**Drake Authentic Brand Grove Jacket**

**from $39.99**

~~$69.00~~

‹ 6 7 **8** 9 10 ›

## TEXTBOOKS

Order Textbooks

Sell Textbooks

My Account

Price Match

Gift Cards

Help

## LOCATION

Bulldog Shop
Olmsted Center
2875 University Ave
Des Moines, IA 50311
515-214-2151

## HOURS

M-F: 9AM - 5PM
SAT: 10AM - 4PM

### Special Hours Week of 6/24 - 6/30

M-F: 9AM - 3PM
SAT-SUN: CLOSED

## ABOUT US

Terms & Conditions

Privacy Policy

Accessibility

**CONTACT US**

eCampus.com

Copyright
1995 - 2024

COMODO SECURE

McAfee SECURE

BBB ACCREDITED BUSINESS

Download PDF Reader

Document title: drake.ecampus.com/merch-results?sale=0&amp;sort=popular&amp;page=8&amp;s=6594
Capture URL: https://drake.ecampus.com/merch-results?sale=0&amp;sort=popular&amp;page=8&amp;s=6594
Capture timestamp (UTC): Tue, 16 Jul 2024 19:06:56 GMT
Page 4 of 4



Drake University Official Online Bookstore

Login/Sign Up

# BULLDOG SHOP

Shop ∨    Textbooks

Search 🔍    🛒 Cart (0)

SHOP

**Category** —
College/University

**Brand** +

**Size** —

| 0-3 M | 3M | Newbo... |
|-------|-----|---------|
| 2T | 3T | 4T |
| 5T | Youth ... | Youth S |
| Youth M | Youth L | Youth ... |
| XXS | XS | S |
| M | L | XL |
| XXL | 3-6 M | 2XL |
| 3XL | 3X | 4XL |
| 5XL | 6M | 12M |
| 12-18 M | 18M | 24M |

**Color** —
Black  Grey  White
Beige  Brown  Purple
Blue  Navy  Green
Yellow  Orange  Pink
Red  Maroon  Multi

**Price Range** —
○ Less than $25
○ $25 to $50

College/University ✕    Drake University ✕

193 - 216 of 458

SORT BY: MOST POPULAR ∨    ‹ 7 8 **9** 10 11 ›

**Drake Johnnie-O Vaughn Pullover**
**$118.00**

**Drake Johnnie-O Vaughn Pullover**
**$118.00**

**Sale**
**Drake Johnnie-O Crosswind Vest**
**from $99.99**
$169.00

**Sale**
**Drake Concepts Sport Knit Legging**
**from $17.99**
$30.00

**Drake Bulldog Spike 8"**
**$19.95**

**Drake Bulldog Griff II 10"**
**$24.95**



**Price Range** —

○ Less than $25
○ $25 to $50
○ $50 to $100
○ $100 to $200
○ Over $200

[Min Price] - [Max Price] 🔍

**Availability** —

○ In Stock
○ Special Order
○ In Stock. Ships in 2-3 Business Days
○ Usually Ships in 2-3 Business Days
○ Usually Ships in 8-10 Business Days.

Drake Nike Stadium Stripe Polo

**$75.00**

Drake College House Full Zip

**$75.00**

Drake Tritan Water Bottle

**$19.00**

Drake Journey Water Bottle

**$14.00**

Drake Relays Rubberized Sunglasses

**$5.00**

Drake New Agenda Crewneck Sweatshirt

**$40.00**

Drake New Agenda Hooded Sweatshirt

**$40.00**

Drake Adidas Game Mode 1/4 Zip

**$67.00**

Drake Adidas Entrada Polo

**$65.00**



**Drake Columbia Omni-Wick Wickhams Hills Pullover**

**$90.00**



**Drake Columbia Ascender**

**$115.00**

**Drake Columbia Omni-Wick Best Ball Polo**

**$60.00**



**Drake Vanilla Scented Candle**

**$30.00**

**Drake Tis The Season Scented Candle**

**$30.00**



**Drake Mybevi Outlander Mug**

**$36.00**







**Drake Authentic Brand Atlas Camo Hoodie**

**$54.99**

**Drake Bulldogs Leaning Spike T-Shirt**

**$30.00**

**Drake Relays Running Spike T-Shirt**

**$30.00**

‹ 7 8 **9** 10 11 ›



Drake Vanilla Scented Candle

**$30.00**



Drake Tis The Season Scented
Candle

**$30.00**



Drake Mybevi Outlander Mug

**$36.00**

Drake Authentic Brand Atlas
Camo Hoodie

**$54.99**

Drake Bulldogs Leaning Spike T-
Shirt

**$30.00**

Drake Relays Running Spike T-
Shirt

**$30.00**

‹ 7 8 **9** 10 11 ›



**TEXTBOOKS**

Order Textbooks

Sell Textbooks

My Account

Price Match

Gift Cards

Help

**LOCATION**

Bulldog Shop
Olmsted Center
2875 University Ave
Des Moines, IA 50311
515-214-2151

**HOURS**

M-F: 9AM - 5PM
SAT: 10AM - 4PM

**Special Hours Week of 6/24 - 6/30**

M-F: 9AM - 3PM
SAT-SUN: CLOSED

**ABOUT US**

Terms & Conditions

Privacy Policy

Accessibility

**CONTACT US**

eCampus.com

Copyright
1995 - 2024

Download PDF Reader

Case 4:24-cv-00227-SMR-SBJ     Document 23-16     Filed 07/31/24     Page 38 of 79

# BULLDOG SHOP

Shop ⌄    Textbooks      Search 🔍       🛒 Cart (0)

SHOP

## Category —
College/University

## Brand +

## Size —

| 0-3 M | 3M | Newbo... |
| 2T | 3T | 4T |
| 5T | Youth ... | Youth S |
| Youth M | Youth L | Youth ... |
| XXS | XS | S |
| M | L | XL |
| XXL | 3-6 M | 2XL |
| 3XL | 3X | 4XL |
| 5XL | 6M | 12M |
| 12-18 M | 18M | 24M |

## Color —

| ⚫ Black | ⚪ Grey | ⚪ White |
| 🟤 Beige | 🟤 Brown | 🟣 Purple |
| 🔵 Blue | 🔵 Navy | 🟢 Green |
| 🟡 Yellow | 🟠 Orange | 🩷 Pink |
| 🔴 Red | 🔴 Maroon | 🔵 Multi |

## Price Range —
○ Less than $25
○ $25 to $50

College/University ✕    Drake University ✕

217 - 240 of 458

SORT BY: MOST POPULAR ⌄     ‹ 8 9 **10** 11 12 ›




Drake Dog Moines Home of Griff T-Shirt

$30.00



Drake Hometown Team Lines T-Shirt

$30.00



Drake Dog Moines Home of Griff Youth T-Shirt

$20.00



Drake Jardine Full Color Sublimated Pet Bandana

$12.00



Drake Jardine College Logo Patch

$16.00



**Sale**

Drake Artisans Aspen Button Up

from $45.99

~~$78.00~~









Red    Maroon    Multi

## Price Range    —

○ Less than $25
○ $25 to $50
○ $50 to $100
○ $100 to $200
○ Over $200

[ Min Price ] - [ Max Price ] 🔍

## Availability    —

○ In Stock
○ Special Order
○ In Stock. Ships in 2-3 Business Days
○ Usually Ships in 2-3 Business Days
○ Usually Ships in 8-10 Business Days.






**Sale**

Drake Artisans Parker Sherpa 1/4 Snap

**from $43.99**

$72.00

Drake Artisans Reese Crew

**$46.00**



Drake Artisans Mal Jogger

**$42.00**





Drake New Agenda Youth Longsleeve

**$22.00**

Drake Collapsible Beverage Holder

**$6.00**

Drake Artisans Glen Rock 1/2 Zip

**$48.00**





**Sale**

Drake Artisans Carson Heavy Weight Crew

**from $33.99**

$58.00

Drake Artisans Jagger Crew

**$58.00**



Drake Season's Greetings Blanket

**$40.00**










**Drake Authentic Brand Throwback Jersey**

**$55.00**

**Drake Authentic Brand Throwback Jersey**

**$55.00**

**Drake Authentic Brand Corey 1/4 Zip**

**$50.00**





**Drake Bottle Opener Magnet**

**$16.00**

**Drake Relays Collector Pin**

**$7.00**

**Drake Champion Powerblend Fleece Hood**

**$48.00**





**Greetings From Drake University Print**

**$15.00**

**Drake Garb Toni Toddler Tee**

**$24.00**

**Drake Relays Champion Basic Tee Shirt**

**$20.00**

‹ 8 9 **10** 11 12 ›

**TEXTBOOKS**

Order Textbooks

**LOCATION**

Bulldog Shop

**ABOUT US**

Terms & Conditions

Document title: drake.ecampus.com/merch-results?sale=0&amp;sort=popular&amp;page=10&amp;s=6594
Capture URL: https://drake.ecampus.com/merch-results?sale=0&amp;sort=popular&amp;page=10&amp;s=6594
Capture timestamp (UTC): Tue, 16 Jul 2024 19:08:25 GMT




**Drake Bottle Opener Magnet**

**$16.00**

**Drake Relays Collector Pin**

**$7.00**

**Drake Champion Powerblend Fleece Hood**

**$48.00**





**Greetings From Drake University Print**

**$15.00**

**Drake Garb Toni Toddler Tee**

**$24.00**

**Drake Relays Champion Basic Tee Shirt**

**$20.00**

< 8 9 **10** 11 12 >



**TEXTBOOKS**

Order Textbooks

Sell Textbooks

My Account

Price Match

Gift Cards

Help

**LOCATION**

Bulldog Shop
Olmsted Center
2875 University Ave
Des Moines, IA 50311
515-214-2151

**HOURS**

M-F: 9AM - 5PM
SAT: 10AM - 4PM

**Special Hours Week of 6/24 - 6/30**

M-F: 9AM - 3PM
SAT-SUN: CLOSED

**ABOUT US**

Terms & Conditions

Privacy Policy

Accessibility

CONTACT US

Copyright
1995 - 2024

Download PDF Reader

Drake University Official Online Bookstore



Login/Sign Up

Shop ∨    Textbooks    Search        Cart (0)

SHOP

### Category                              —

College/University

College/University   X     Drake University   X

### Brand                                 +

### Size                                  —

| 0-3 M | 3M | Newbo... |
| 2T | 3T | 4T |
| 5T | Youth ... | Youth S |
| Youth M | Youth L | Youth ... |
| XXS | XS | S |
| M | L | XL |
| XXL | 3-6 M | 2XL |
| 3XL | 3X | 4XL |
| 5XL | 6M | 12M |
| 12-18 M | 18M | 24M |

### Color                                 —

Black    Grey    White

Beige    Brown    Purple

Blue    Navy    Green

Yellow    Orange    Pink

Red    Maroon    Multi

### Price Range                           —

○ Less than $25
○ $25 to $50

241 - 264 of 458

SORT BY: MOST POPULAR ∨    ‹  9  10  **11**  12  13  ›



**Drake Relays Champion Pack N Go Jacket**

**$45.00**



**Drake Columbia Powder Lite Jacket**

**$150.00**



**Drake DU Sticker**

**$6.00**



**Drake Wincraft 26oz Ice Shaker Bottle**

**$41.00**



**Drake Garb Cruz Toddler Crewneck**

**$36.00**



**Drake Bone Ornament**

**$12.00**













## Price Range  −

○ Less than $25
○ $25 to $50
○ $50 to $100
○ $100 to $200
○ Over $200

| Min Price | - | Max Price | 🔍 |

## Availability  −

○ In Stock
○ Special Order
○ In Stock. Ships in 2-3 Business Days
○ Usually Ships in 2-3 Business Days
○ Usually Ships in 8-10 Business Days.

**Drake Nalgene Sustain Kid's Sippie Cup**

$15.00

**Drake Stadium Bleacher Cushion**

$25.00

**Drake Artisans Erica High Neck Fleece**

from $30.99
$52.00





**Drake Artisans Everyday Hooded Pullover**

$62.00

**Drake Athletes Thread Grace Berg Jersey**

from $58.99
$99.00

**Drake Athletes Thread Katie Dinnebier Jersey**

$99.00





**Drake Vote Griff T-Shirt**

$30.00

**Drake Vote Griff Sweatshirt**

$50.00

**Drake Vote Griff Hoodie**

$50.00











Drake Marled Yarn Cuff Hat w/Pom

**$24.00**

Drake Halftime Striped Knit Cuff Hat w/Pom

**$22.00**

Drake Nike Core Short Sleeve Tee

**$34.00**







Drake CI Sport Raglan Crew

**$55.00**

Drake CI Sport Raglan Hood

**$58.00**

Drake New Agenda Nantucket Crew

**$48.00**









Drake Adidas Vintage Script Fresh Long Sleeve

**$32.00**

Drake Champion Vintage Bulldog Powerblend Open Bottom Pant

**$42.00**

Drake Champion Women's Powerblend Fleece Pant

**$44.00**

‹ 9 10 **11** 12 13 ›



Drake CI Sport Raglan Crew

**$55.00**

Drake CI Sport Raglan Hood

**$58.00**

Drake New Agenda Nantucket Crew

**$48.00**







Drake Adidas Vintage Script Fresh Long Sleeve

**$32.00**

Drake Champion Vintage Bulldog Powerblend Open Bottom Pant

**$42.00**

Drake Champion Women's Powerblend Fleece Pant

**$44.00**

‹  9  10  **11**  12  13  ›



**TEXTBOOKS**

Order Textbooks

Sell Textbooks

My Account

Price Match

Gift Cards

Help

**LOCATION**

Bulldog Shop
Olmsted Center
2875 University Ave
Des Moines, IA 50311
515-214-2151

**HOURS**

M-F: 9AM - 5PM
SAT: 10AM - 4PM

**Special Hours Week of 6/24 - 6/30**

M-F: 9AM - 3PM
SAT-SUN: CLOSED

**ABOUT US**

Terms & Conditions

Privacy Policy

Accessibility

CONTACT US

eCAMPUS.com

Copyright
1995 - 2024

Download PDF Reader

Drake University Official Online Bookstore

Login/Sign Up

# BULLDOG
## SHOP

Shop ∨     Textbooks     | Search 🔍 |     🛒 Cart (0)

SHOP

**Category** —

College/University

**Brand** +

**Size** —

| 0-3 M | 3M | Newbo... |
|---|---|---|
| 2T | 3T | 4T |
| 5T | Youth ... | Youth S |
| Youth M | Youth L | Youth ... |
| XXS | XS | S |
| M | L | XL |
| XXL | 3-6 M | 2XL |
| 3XL | 3X | 4XL |
| 5XL | 6M | 12M |
| 12-18 M | 18M | 24M |

**Color** —

⚫ Black   ⚫ Grey   ⚪ White

🟤 Beige   🟤 Brown   🟣 Purple

🔵 Blue   🔵 Navy   🟢 Green

🟡 Yellow   🟠 Orange   🩷 Pink

🔴 Red   🔴 Maroon   🔵 Multi

**Price Range** —

◯ Less than $25

◯ $25 to $50

College/University ✕     Drake University ✕

265 - 288 of 458

SORT BY: MOST POPULAR ∨     ‹ 10 11 **12** 13 14 ›



Drake Champion Men's Triumph Fleece Raglan 1/4 Zip

**$68.00**



Drake Champion Bulldogs Powerblend Full Zip Hood

**$56.00**



Drake Des Moines Hometown Beanie

**$25.00**



Drake Leaning Spike Hometown T-Shirt

**$30.00**



Drake University 16oz Mixing Glass

**$19.00**



Drake University 21oz Stemless Wine Glass

**$18.00**








Red  Maroon  Multi

### Price Range —

◯ Less than $25
◯ $25 to $50
◯ $50 to $100
◯ $100 to $200
◯ Over $200

[ Min Price ] - [ Max Price ] 🔍

### Availability —

◯ In Stock
◯ Special Order
◯ In Stock. Ships in 2-3 Business Days
◯ Usually Ships in 2-3 Business Days
◯ Usually Ships in 8-10 Business Days.







Drake University 16oz Wine Glass

**$20.00**

Drake University 10oz Martini Glass

**$25.00**

Drake University CDI Acrylic Magnet

**$5.00**







Drake Bulldog Car Coaster

**$10.00**

Drake Vintage Script Car Coaster

**$10.00**

Drake Pressbox S/S Oversized Sun Wash Top

**$34.00**







Drake Pressbox S/S Contrast Pieced Waist Length Top

**$34.00**

Drake Pressbox S/S Oversized Waist Length Top

**$32.00**

Griff: My Life As Drake's Top Dog (Hardcover)

**$34.95**












Griff: My Life As Drake's Top Dog
(Paperback)

$24.95

Drake 18 oz Mom Stainless
Tumbler

$20.00

Drake 18 oz Dad Stainless
Tumbler

$20.00







Drake Relays Legacy 717
Adjustable Cap

$33.00



Drake Nike Intensity 1/4 Zip

$65.00

Drake Nike Victory Short

$52.00







Drake Infant Fine Jersey
Bodysuit

$25.00

Drake Infant Jersey Tee

$25.00

Drake Relays Gusseted Tote

$18.00

‹  10  11  **12**  13  14  ›

**TEXTBOOKS**

Order Textbooks

Sell Textbooks

**LOCATION**

Bulldog Shop

Olmsted Center

**ABOUT US**

Terms & Conditions

Privacy Policy



Drake Relays Legacy 717 Adjustable Cap

$33.00



Drake Nike Intensity 1/4 Zip

$65.00



Drake Nike Victory Short

$52.00



Drake Infant Fine Jersey Bodysuit

$25.00

Drake Infant Jersey Tee

$25.00

Drake Relays Gusseted Tote

$18.00

‹ 10 11 **12** 13 14 ›



**TEXTBOOKS**

Order Textbooks

Sell Textbooks

My Account

Price Match

Gift Cards

Help

**LOCATION**

Bulldog Shop
Olmsted Center
2875 University Ave
Des Moines, IA 50311
515-214-2151

**HOURS**

M-F: 9AM - 5PM
SAT: 10AM - 4PM

**Special Hours Week of 6/24 - 6/30**

M-F: 9AM - 3PM
SAT-SUN: CLOSED

**ABOUT US**

Terms & Conditions

Privacy Policy

Accessibility

**CONTACT US**

eCampus.com

Copyright 1995 - 2024

Download PDF Reader



Login/Sign Up

Shop ∨   Textbooks

Search   

 Cart (0)

SHOP

**Category** —

College/University

**Brand** +

**Size** —

| 0-3 M | 3M | Newbo... |
| 2T | 3T | 4T |
| 5T | Youth ... | Youth S |
| Youth M | Youth L | Youth ... |
| XXS | XS | S |
| M | L | XL |
| XXL | 3-6 M | 2XL |
| 3XL | 3X | 4XL |
| 5XL | 6M | 12M |
| 12-18 M | 18M | 24M |

**Color** —

Black   Grey   White

Beige   Brown   Purple

Blue   Navy   Green

Yellow   Orange   Pink

Red   Maroon   Multi

**Price Range** —

○ Less than $25

○ $25 to $50

[ College/University X ]   [ Drake University X ]

289 - 312 of 458          SORT BY: MOST POPULAR ∨    ‹  11  12  **13**  14  15  ›



Drake Sherpa Blanket

**$50.00**




Drake Heavy Duty Drawstring Backpack

**$15.00**




Drake Johnnie-O Huron Polo

**$98.00**




Drake Bulldogs Carhartt Hoodie

**$90.00**



Drake Playing Cards

**$10.00**



Drake Zipper Pouch

**$17.00**





Red    Maroon    Multi

## Price Range    —

- ◯ Less than $25
- ◯ $25 to $50
- ◯ $50 to $100
- ◯ $100 to $200
- ◯ Over $200

Min Price  –  Max Price  🔍

## Availability    —

- ◯ In Stock
- ◯ Special Order
- ◯ In Stock. Ships in 2-3 Business Days
- ◯ Usually Ships in 2-3 Business Days
- ◯ Usually Ships in 8-10 Business Days.



Drake Outlander Mug

**$36.00**

Drake Boxercraft Women's Flannel Pant

**$32.00**

●●

Drake 15oz Grandparent Mug

**$15.00**







Drake Relays Priceless Cotton T-Shirt

**$30.00**

Drake Bulldogs Leaning Spike Slugger Crewneck Sweatshirt

**$50.00**

Drake Bulldogs Leaning Spike Slugger T-Shirt

**$30.00**







Drake University Retro Pink Kid's T-Shirt

**$20.00**

Drake Relays Running Spike Postcard

**$3.00**

Drake University Icons Postcard

**$3.00**











Drake University Knapp Center Postcard

Greetings From Drake University Postcard

Drake Softball Heavy Weight Hoodie

**$3.00**

**$3.00**

**$75.00**





Drake Blue 84 Gals Tournament Champ Tee

Drake Blue 84 Tournament Champ Tee

Drake Blue 84 March Madness Tee

**from $17.99**
$30.00

**from $17.99**
$30.00

**from $17.99**
$30.00





Drake Blue 84 Gals March Madness Tee

Drake Legacy Wooden Bone Ornament

Drake Adidas 2024 Women's Conference Champs S/S Tee

**from $17.99**
$30.00

**$13.00**

**from $23.99**
$39.95

‹  11  12  **13**  14  15  ›



**Drake Blue 84 Gals Tournament Champ Tee**

from $17.99

~~$30.00~~



**Drake Blue 84 Tournament Champ Tee**

from $17.99

~~$30.00~~



**Drake Blue 84 March Madness Tee**

from $17.99

~~$30.00~~



**Drake Blue 84 Gals March Madness Tee**

from $17.99

~~$30.00~~

**Drake Legacy Wooden Bone Ornament**

**$13.00**

**Drake Adidas 2024 Women's Conference Champs S/S Tee**

from $23.99

~~$39.95~~

< 11 12 **13** 14 15 >

## TEXTBOOKS

Order Textbooks

Sell Textbooks

My Account

Price Match

Gift Cards

Help

## LOCATION

Bulldog Shop
Olmsted Center
2875 University Ave
Des Moines, IA 50311
515-214-2151

### HOURS

M-F: 9AM - 5PM
SAT: 10AM - 4PM

### Special Hours Week of 6/24 - 6/30

M-F: 9AM - 3PM
SAT-SUN: CLOSED

## ABOUT US

Terms & Conditions

Privacy Policy

Accessibility

**CONTACT US**

eCampus.com

PayPal   DISCOVER   VISA   MasterCard   AMERICAN EXPRESS

Copyright 1995 – 2024

COMODO SECURE   McAfee SECURE   BBB ACCREDITED BUSINESS

Download PDF Reader





BULLDOG SHOP

**Category**

College/University

**Brand**

**Size**

| | | |
|---|---|---|
| 0-3 M | 3M | Newbo... |
| 2T | 3T | 4T |
| 5T | Youth ... | Youth S |
| Youth M | Youth L | Youth ... |
| XXS | XS | S |
| M | L | XL |
| XXL | 3-6 M | 2XL |
| 3XL | 3X | 4XL |
| 5XL | 6M | 12M |
| 12-18 M | 18M | 24M |

**Color**

Black Grey White
Beige Brown Purple
Blue Navy Green
Yellow Orange Pink
Red Maroon Multi

**Price Range**

- Less than $25
- $25 to $50

College/University X Drake University X

313 - 336 of 458

SORT BY: MOST POPULAR < 12 13 **14** 15 16 >

Drake Relays Wood Magnet

**$8.00**

Drake Adidas Our Moment Tee

**from $23.99**

~~$39.95~~

Dake CI Sport Classic Crew

**$52.00**

Drake University Stick Ornament

**$14.00**

Drake Relays Legacy Visor

**$22.00**

Drake College House Alumni Tee

**$23.00**

**Red**  **Maroon**  **Multi**

## Price Range  —

- ○ Less than $25
- ○ $25 to $50
- ○ $50 to $100
- ○ $100 to $200
- ○ Over $200

[ Min Price ] — [ Max Price ] 🔍

## Availability  —

- ○ In Stock
- ○ Special Order
- ○ In Stock. Ships in 2-3 Business Days
- ○ Usually Ships in 2-3 Business Days
- ○ Usually Ships in 8-10 Business Days.





Drake College House Grandparent Tee

**$23.00**

● ● ○

Hydro Flask 24 oz. Insulated Shaker Bottle

**$39.95**

● ● ●

Drake Relays Lightweight Stadium Poncho

**$7.00**



Drake St Johnsbury Tote Bag

**$36.00**



Drake Champion Tri-Blend Tee

**$30.00**



Drake Champion Men's Micro Mesh 1/4 Zip

**$56.00**



Drake Champion Textured Solid Polo

**$54.00**



Drake Champion Women's Strappy Crop Tank

**$34.00**



Drake Champion Women's Core Baby Tee

**$24.00**



● ○













Drake Relays Authentic Brand Polo

Drake Women's Regular Season Champion Caricature Tee

Drake Color Print Blanket

**$45.00**

**from $20.99**
$35.00

**$27.00**







Drake Vaughn Basketball Tee

Drake Legacy Back Nine Stretch Fit Hat

Drake Raygun DeVries Tee

**$20.00**

**$34.00**

**from $13.99**
$24.95



Drake Iowa Pennant

Drake Nike Dri-FIT Cotton SS Tee

Drake Relays Textured Sticker

**$15.00**

**$40.00**

**$6.00**

⟨  12  13  **14**  15  16  ⟩



Drake Vaughn Basketball Tee

**$20.00**

Drake Legacy Back Nine Stretch
Fit Hat

**$34.00**

Drake Raygun DeVries Tee

**from $13.99**

~~$24.95~~







Drake Iowa Pennant

**$15.00**

Drake Nike Dri-FIT Cotton SS Tee

**$40.00**

Drake Relays Textured Sticker

**$6.00**

‹  12  13  **14**  15  16  ›



**TEXTBOOKS**

Order Textbooks

Sell Textbooks

My Account

Price Match

Gift Cards

Help

**LOCATION**

Bulldog Shop
Olmsted Center
2875 University Ave
Des Moines, IA 50311
515-214-2151

**HOURS**

M-F: 9AM - 5PM
SAT: 10AM - 4PM

**Special Hours Week of 6/24 - 6/30**

M-F: 9AM - 3PM
SAT-SUN: CLOSED

**ABOUT US**

Terms & Conditions

Privacy Policy

Accessibility

CONTACT US

eCampus.com

Copyright
1995 - 2024

COMODO SECURE

McAfee SECURE

ACCREDITED BUSINESS

Download PDF Reader

Document title: drake.ecampus.com/merch-results?sale=0&amp;sort=popular&amp;page=14&amp;s=6594
Capture URL: https://drake.ecampus.com/merch-results?sale=0&amp;sort=popular&amp;page=14&amp;s=6594
Capture timestamp (UTC): Tue, 16 Jul 2024 19:11:19 GMT
Page 4 of 4

Drake University Official Online Bookstore



Shop ⌄    Textbooks

Search    🔍    🛒 Cart (0)

SHOP

**Category** —

College/University

College/University  X    Drake University  X

337 – 360 of 458

SORT BY: MOST POPULAR ⌄    ‹  13  14  **15**  16  17  ›

**Brand** +

**Size** —

| 0–3 M | 3M | Newbo… |
| 2T | 3T | 4T |
| 5T | Youth … | Youth S |
| Youth M | Youth L | Youth … |
| XXS | XS | S |
| M | L | XL |
| XXL | 3–6 M | 2XL |
| 3XL | 3X | 4XL |
| 5XL | 6M | 12M |
| 12–18 M | 18M | 24M |

**Color** —

⚫ Black    ⚪ Grey    ⚪ White

🟤 Beige    🟤 Brown    🟣 Purple

🔵 Blue    🔵 Navy    🟢 Green

🟡 Yellow    🟠 Orange    🩷 Pink

🔴 Red    🔴 Maroon    🔵 Multi

**Price Range** —

○ Less than $25

○ $25 to $50



Drake University Comfort Colors Tee

**$32.00**



Drake Legacy Griff II Terra Twill Cap

**$28.00**





Drake Boxercraft Men's Flannel Pants

**$30.00**





Drake Side Garage Retro Griff 2 Tultex Tee

**$29.00**



Drake University Legacy Caddy Hat

**$32.00**



Drake University Legacy Relaxed Twill EZA Hat

**$26.00**









Red    Maroon    Multi

## Price Range    —

◯ Less than $25
◯ $25 to $50
◯ $50 to $100
◯ $100 to $200
◯ Over $200

| Min Price | - | Max Price | 🔍 |

## Availability    —

◯ In Stock
◯ Special Order
◯ In Stock. Ships in 2-3 Business Days
◯ Usually Ships in 2-3 Business Days
◯ Usually Ships in 8-10 Business Days.



Drake University Legacy OFA Dog Trucker

**$29.00**

⚫ 🔵

Drake 8.5x11 Coronado Diploma Frame

**$195.00**

Drake Master of Jurisprudence Diploma Frame

**$163.00**

Drake Legacy 1881 Relaxed Twill Hat

**$26.00**

Drake Legacy Caddy Rope Hat

**$32.00**

Drake Legacy CFA w/ Bulldog Logo

**$26.00**

🔵 ⚪

Drake College House Mom Tee

**$23.00**

🔵 🔵 ◯

Drake Legacy Bulldogs Relaxed Twill Hat

**$26.00**

🔵 ◯

Drake Legacy Walking Griff Back 9 Adjustable Cap

**$30.00**









Drake 2x3 Durawave Griff Flag

**$34.00**

Drake 3x5 Durawave Vintage Flag

**$40.00**

Drake 3x5 Durawave Bulldogs Flag

**$55.00**







Drake Vintage Garden Flag

**$18.00**

Drake Pop-Up Laundry Bag

**$23.00**

Drake College of Pharmacy Soft Touch Crewneck

**$40.00**







CONGRATULATIONS YOUR NAME DRAKE UNIVERSITY

**$37.00**

MASCOT WITH D

**$32.00**

2024 GRAD with Logo

**$130.00**

‹ 13 14 **15** 16 17 ›

Drake Vintage Garden Flag

$18.00

Drake Pop-Up Laundry Bag

$23.00

Drake College of Pharmacy Soft Touch Crewneck

$40.00



CONGRATULATIONS YOUR NAME DRAKE UNIVERSITY

$37.00



MASCOT WITH D

$32.00



2024 GRAD with Logo

$130.00

‹ 13 14 **15** 16 17 ›

## TEXTBOOKS

Order Textbooks

Sell Textbooks

My Account

Price Match

Gift Cards

Help

## LOCATION

Bulldog Shop
Olmsted Center
2875 University Ave
Des Moines, IA 50311
515-214-2151

## HOURS

M-F: 9AM - 5PM
SAT: 10AM - 4PM

**Special Hours Week of 6/24 - 6/30**

M-F: 9AM - 3PM
SAT-SUN: CLOSED

## ABOUT US

Terms & Conditions

Privacy Policy

Accessibility

CONTACT US

eCampus.com

Copyright 1995 - 2024

PayPal · DISCOVER · VISA · MasterCard · American Express

COMODO SECURE · McAfee SECURE · BBB ACCREDITED BUSINESS

Download PDF Reader

Drake University Official Online Bookstore


# BULLDOG SHOP

Shop ⌄    Textbooks    Search 🔍    🛒 Cart (0)

SHOP

## Category —

College/University X    Drake University X

College/University

## Brand +

## Size —

| 0-3 M | 3M | Newbo... |
|-------|-----|----------|
| 2T | 3T | 4T |
| 5T | Youth ... | Youth S |
| Youth M | Youth L | Youth ... |
| XXS | XS | S |
| M | L | XL |
| XXL | 3-6 M | 2XL |
| 3XL | 3X | 4XL |
| 5XL | 6M | 12M |
| 12-18 M | 18M | 24M |

## Color —

⚫ Black    ⚪ Grey    ⚪ White
🟤 Beige    🟤 Brown    🟣 Purple
🔵 Blue    🔵 Navy    🟢 Green
🟡 Yellow    🟠 Orange    🩷 Pink
🔴 Red    🔴 Maroon    🔴 Multi

## Price Range —

○ Less than $25
○ $25 to $50

361 - 384 of 458

SORT BY: MOST POPULAR ⌄    ‹ 14  15  **16**  17  18 ›



CAP NEXT TO CONGRATS!

$127.00



Drake League The Scholar Long Sleeve Tee

$34.00



Drake College House Football Tee

$23.00

🔵⚪



LET'S GO

$127.00



Drake Side Garage Original Griff Tultex Tee

$30.00



Drake Nike Club Fleece PO Hoodie

$72.00







Document title: drake.ecampus.com/merch-results?sale=0&amp;sort=popular&amp;page=16&amp;s=6594
Capture URL: https://drake.ecampus.com/merch-results?sale=0&amp;sort=popular&amp;page=16&amp;s=6594
Capture timestamp (UTC): Tue, 16 Jul 2024 19:13:32 GMT



**Red**   **Maroon**   **Multi**

### Price Range    —

◯ Less than $25
◯ $25 to $50
◯ $50 to $100
◯ $100 to $200
◯ Over $200

Min Price  -  Max Price  🔍

### Availability    —

◯ In Stock
◯ Special Order
◯ In Stock. Ships in 2-3 Business Days
◯ Usually Ships in 2-3 Business Days
◯ Usually Ships in 8-10 Business Days.

Drake League DU Intramural Boyfriend V-Neck

**$32.00**

Drake League All Day Men's Hood

**$58.00**

Drake Vantage Women's Victory Polo

**$54.00**

Drake Vantage Arrowhead Polo

**$53.00**

Drake Vantage Pro Maui Shirt

**$68.00**

Drake Vantage Pro Highline Polo

**$64.00**

Drake Vantage Strata Polo

**$56.00**

Drake Vantage Omega Polo

**$40.00**

Drake Vantage Mesa Vest

**$60.00**







Drake Vantage Cypress Vest

**$71.00**

Drake Vantage Zen Pullover

**$60.00**

● ●

Drake Vantage Women's Zen Pullover

**$60.00**

● ●







Drake Vantage Mesh 1/4 Zip

**$54.00**

Drake Vantage Women's Mesh 1/4 Zip

**$54.00**

Drake Vantage Twill Knit Pullover

**$61.00**







Drake Vantage Women's Twill Knit Pullover

**$61.00**

Drake Vantage Summit Vest

**$71.00**

Drake Vantage Women's Summit Vest

**$71.00**

‹  14  15  **16**  17  18  ›



Drake Vantage Mesh 1/4 Zip

**$54.00**



Drake Vantage Women's Mesh 1/4 Zip

**$54.00**



Drake Vantage Twill Knit Pullover

**$61.00**

Drake Vantage Women's Twill Knit Pullover

**$61.00**

Drake Vantage Summit Vest

**$71.00**

Drake Vantage Women's Summit Vest

**$71.00**

‹  14  15  **16**  17  18  ›



**TEXTBOOKS**

Order Textbooks

Sell Textbooks

My Account

Price Match

Gift Cards

Help

**LOCATION**

Bulldog Shop
Olmsted Center
2875 University Ave
Des Moines, IA 50311
515-214-2151

**HOURS**

M-F: 9AM - 5PM
SAT: 10AM - 4PM

**Special Hours Week of 6/24 - 6/30**

M-F: 9AM - 3PM
SAT-SUN: CLOSED

**ABOUT US**

Terms & Conditions

Privacy Policy

Accessibility

CONTACT US

eCampus.com

Copyright
1995 - 2024

Download PDF Reader

Drake University Official Online Bookstore

Login/Sign Up



# BULLDOG SHOP

Shop ∨    Textbooks          Search    🔍    🛒 Cart (0)

SHOP

**Category** —

College/University

College/University X    Drake University X

**Brand** +

385 - 408 of 458          SORT BY: MOST POPULAR ∨    〈 15 16 **17** 18 19 〉

**Size** —

| 0-3 M | 3M | Newbo... |
| 2T | 3T | 4T |
| 5T | Youth ... | Youth S |
| Youth M | Youth L | Youth ... |
| XXS | XS | S |
| M | L | XL |
| XXL | 3-6 M | 2XL |
| 3XL | 3X | 4XL |
| 5XL | 6M | 12M |
| 12-18 M | 18M | 24M |

**Color** —

Black    Grey    White

Beige    Brown    Purple

Blue    Navy    Green

Yellow    Orange    Pink

Red    Maroon    Multi

**Price Range** —

○ Less than $25
○ $25 to $50



Drake Vantage Grid Pullover

**$59.00**

Drake Vantage Newport Jacket

**$88.00**

Drake Vantage Ninja Vest

**$73.00**



Drake Vantage Women's Ninja Vest

**$73.00**

Drake Vantage Faux Mink Sherpa Blanket

**$54.00**

Drake Vantage Packable Fleece Blanket

**$52.00**








Red   Maroon   Multi

## Price Range                                    —

○ Less than $25
○ $25 to $50
○ $50 to $100
○ $100 to $200
○ Over $200

[ Min Price ]  -  [ Max Price ]  🔍

## Availability                                   —

○ In Stock
○ Special Order
○ In Stock. Ships in 2-3 Business Days
○ Usually Ships in 2-3 Business Days
○ Usually Ships in 8-10 Business Days.



**Drake Vantage Fleece Blanket**

**$39.00**

**Drake CI Sport Concert Tee**

**$20.00**

● ● ○

**Drake League Victory Falls Tee**

**$30.00**




**CONGRATULATIONS DRAKE UNIVERSITY BOUND**

**$32.00**




**Drake New Agenda Softstyle Tee**

**$20.00**

**Drake New Agenda Tee**

**$20.00**



**Drake New Agenda Football Twill Crew**

**$46.00**

**Drake New Agenda Alumni Twill Crew**

**$46.00**

● ●

**Drake New Agenda Alumni Twill Crew**

**$46.00**

● ●






Drake Relays New Agenda Long
Sleeve Tee

**$30.00**

Drake League Clothesline Cotton
Crop Top

**$29.00**

Drake Basketball Uniform
History Tee

**$26.00**



Drake League DU Dog All Day
Crew

**$45.00**

Drake CI Sport Windsor Youth
Tee

**$18.00**

⚫ ⚪

Drake Relays Adidas Fresh Long
Sleeve

**$35.00**



Drake Relays Authentic Brand
Slate Tee

**$25.00**

🟢 ⚪

Drake Relays Adidas Fresh Short
Sleeve Tee

**$30.00**

Drake Relays Pennant

**$10.00**

‹ 15  16  **17**  18  19 ›



Drake League DU Dog All Day Crew

**$45.00**



Drake CI Sport Windsor Youth Tee

**$18.00**

●



Drake Relays Adidas Fresh Long Sleeve

**$35.00**



Drake Relays Authentic Brand Slate Tee

**$25.00**

●

Drake Relays Adidas Fresh Short Sleeve Tee

**$30.00**

Drake Relays Pennant

**$10.00**

‹  15  16  **17**  18  19  ›

## TEXTBOOKS

Order Textbooks

Sell Textbooks

My Account

Price Match

Gift Cards

Help

## LOCATION

Bulldog Shop
Olmsted Center
2875 University Ave
Des Moines, IA 50311
515-214-2151

## HOURS

M-F: 9AM - 5PM
SAT: 10AM - 4PM

### Special Hours Week of 6/24 - 6/30

M-F: 9AM - 3PM
SAT-SUN: CLOSED

## ABOUT US

Terms & Conditions

Privacy Policy

Accessibility

**CONTACT US**

eCampus.com

Copyright
1995 - 2024

COMODO SECURE    McAfee SECURE    BBB ACCREDITED BUSINESS

Download PDF Reader

Drake University Official Online Bookstore



Shop ∨    Textbooks    Search    🔍    🛒 Cart (0)

SHOP

## Category  —

College/University

## Brand  +

## Size  —

| 0-3 M | 3M | Newbo... |
| 2T | 3T | 4T |
| 5T | Youth ... | Youth S |
| Youth M | Youth L | Youth ... |
| XXS | XS | S |
| M | L | XL |
| XXL | 3-6 M | 2XL |
| 3XL | 3X | 4XL |
| 5XL | 6M | 12M |
| 12-18 M | 18M | 24M |

## Color  —

Black    Grey    White

Beige    Brown    Purple

Blue    Navy    Green

Yellow    Orange    Pink

Red    Maroon    Multi

## Price Range  —

◯ Less than $25
◯ $25 to $50

[ College/University ✕ ]  [ Drake University ✕ ]

409 - 432 of 458

SORT BY: MOST POPULAR ∨    ‹ 16 17 **18** 19 20 ›



**Drake League Saturdays Polo**

**$62.00**



**Drake New Agenda Distressed Hoody**

**$44.00**



**Drake 18oz Stainless Tumbler Soft Touch Finish**

**$20.00**



**Drake 16oz Soft Touch Ceramic Mug with Lid**

**$20.00**



**Drake College House Dad Tee**

**$23.00**





**Drake College House Mom Crewneck**

**$40.00**







Red    Maroon    Multi

## Price Range    —

○ Less than $25
○ $25 to $50
○ $50 to $100
○ $100 to $200
○ Over $200

Min Price  -  Max Price

## Availability    —

○ In Stock
○ Special Order
○ In Stock. Ships in 2-3 Business Days
○ Usually Ships in 2-3 Business Days
○ Usually Ships in 8-10 Business Days.



Drake College House Dad Crewneck

**$40.00**

Drake University 9" Crystal Latex Balloons

**$8.00**

Drake Vintage Script Vinyl Decal

**$8.00**




Drake Marching Spike Vinyl Decal

**$8.00**



Drake Oversized Gameday Chain w/ Football

**$24.00**



Drake Oversized Strap Keychain

**$14.00**



Drake Large Claw Hair Clip

**$16.00**



Drake Woven Lanyard w/ Breakaway Attachment

**$9.00**



Drake Dual Pocket Silicone Wallet

**$7.00**



Drake University 18oz Stainless
Tumbler

**$20.00**



Drake Bulldogs License Plate
Frame

**$26.00**



Drake Alumni License Plate
Frame

**$26.00**



Drake Floating Picture Frame

**$22.00**

Drake 3x13 Mom Block

**$17.00**

Drake 3x13 Dad Block

**$17.00**

Drake 3x13 Bulldogs Block

**$17.00**



Drake Aluminum Marquee

**$34.00**



Drake Greetings Hoodie

**$50.00**

‹ 16 17 **18** 19 20 ›

---

### TEXTBOOKS

Order Textbooks

Sell Textbooks

My Account

Price Match

### LOCATION

Bulldog Shop
Olmsted Center
2875 University Ave
Des Moines, IA 50311
515-214-2151

### ABOUT US

Terms & Conditions

Privacy Policy

Accessibility





Drake Floating Picture Frame

$22.00

Drake 3x13 Mom Block

$17.00

Drake 3x13 Dad Block

$17.00





Drake 3x13 Bulldogs Block

$17.00

Drake Aluminum Marquee

$34.00

Drake Greetings Hoodie

$50.00

‹ 16 17 **18** 19 20 ›



**TEXTBOOKS**

Order Textbooks

Sell Textbooks

My Account

Price Match

Gift Cards

Help

**LOCATION**

Bulldog Shop
Olmsted Center
2875 University Ave
Des Moines, IA 50311
515-214-2151

**HOURS**

M-F: 9AM - 5PM
SAT: 10AM - 4PM

**Special Hours Week of 6/24 - 6/30**

M-F: 9AM - 3PM
SAT-SUN: CLOSED

**ABOUT US**

Terms & Conditions

Privacy Policy

Accessibility

CONTACT US

eCampus.com

Copyright
1995 - 2024

Download PDF Reader

Drake University Official Online Bookstore



# BULLDOG SHOP

Shop ∨    Textbooks    | Search |     🛒 Cart (0)

SHOP

## Category —

College/University

College/University ✕    Drake University ✕

## Brand +

433 – 456 of 458

SORT BY: MOST POPULAR ∨    ‹ 16 17 18 **19** 20 ›

## Size —

| 0–3 M | 3M | Newbo... |
| 2T | 3T | 4T |
| 5T | Youth ... | Youth S |
| Youth M | Youth L | Youth ... |
| XXS | XS | S |
| M | L | XL |
| XXL | 3-6 M | 2XL |
| 3XL | 3X | 4XL |
| 5XL | 6M | 12M |
| 12-18 M | 18M | 24M |

## Color —



Black    Grey    White

Beige    Brown    Purple

Blue    Navy    Green

Yellow    Orange    Pink

Red    Maroon    Multi

## Price Range —

○ Less than $25
○ $25 to $50



Drake League Intramural Hi-Rise Short

**$30.00**



Drake Printed Lanyard

**$6.00**



Drake Sublimated Lanyard

**$9.00**



Drake Bulldogs 1881 Recycled Crewneck

**$42.00**



Drake Storm Duds Clear Stadium Bag

**$23.00**



Drake CamelBak Eddy+ .75L

**$27.00**







## Red  Maroon  Multi

### Price Range  —

○ Less than $25
○ $25 to $50
○ $50 to $100
○ $100 to $200
○ Over $200

Min Price  -  Max Price  🔍

### Availability  —

○ In Stock
○ Special Order
○ In Stock. Ships in 2-3 Business Days
○ Usually Ships in 2-3 Business Days
○ Usually Ships in 8-10 Business Days.



Drake Ladies Cabana Sun Hat

**$28.00**

Drake Outback Boonie Hat

**$34.00**



Drake Ouray Pigment Dyed Longsleeve Tee

**$30.00**



Drake Vantage Law School Summit Vest

**$71.00**

Drake Vantage Law School Women's Summit Vest

**$71.00**



Drake Vantage Law School Zen Pullover

**$60.00**



Drake Vantage Law School Women's Zen Pullover

**$60.00**



Drake Vantage Law School Faux Mink Sherpa Blanket

**$54.00**

Drake Vantage Law School Packable Fleece Blanket

**$52.00**









Drake Vantage Law School
Fleece Blanket

**$39.00**

Drake Vantage Law School Pro
Highline Polo

**$64.00**



Drake Vantage Law School Pro
Highline Polo

**$64.00**









Drake New Agenda Hooded
Sweatshirt

**$44.00**

Drake Vantage Circle Logo Law
School Summit Vest

**$71.00**

Drake Vantage Circle Logo Law
School Zen Pullover

**$60.00**









Drake Vantage Circle Logo Law
School Women's Zen Pullover

**$60.00**

Drake Vantage Circle Logo Law
School Fleece Blanket

**$39.00**

Drake Team Gold 3 Ball
Clamshell

**$13.00**

Document title: drake.ecampus.com/merch-results?sale=0&amp;sort=popular&amp;page=19&amp;s=6594
Capture URL: https://drake.ecampus.com/merch-results?sale=0&amp;sort=popular&amp;page=19&amp;s=6594
Capture timestamp (UTC): Tue, 16 Jul 2024 19:15:13 GMT



### Drake New Agenda Hooded Sweatshirt

**$44.00**

### Drake Vantage Circle Logo Law School Summit Vest

**$71.00**

### Drake Vantage Circle Logo Law School Zen Pullover

**$60.00**







### Drake Vantage Circle Logo Law School Women's Zen Pullover

**$60.00**

### Drake Vantage Circle Logo Law School Fleece Blanket

**$39.00**

### Drake Team Gold 3 Ball Clamshell

**$13.00**

‹  16  17  18  **19**  20  ›



**TEXTBOOKS**

Order Textbooks

Sell Textbooks

My Account

Price Match

Gift Cards

Help

**LOCATION**

Bulldog Shop
Olmsted Center
2875 University Ave
Des Moines, IA 50311
515-214-2151

**HOURS**

M-F: 9AM - 5PM
SAT: 10AM - 4PM

**Special Hours Week of 6/24 - 6/30**

M-F: 9AM - 3PM
SAT-SUN: CLOSED

**ABOUT US**

Terms & Conditions

Privacy Policy

Accessibility

**CONTACT US**

eCampus.com

Copyright
1995 - 2024

Download PDF Reader

Drake University Official Online Bookstore

Login/Sign Up



# BULLDOG SHOP

Shop ∨   Textbooks      Search    🔍     🛒 Cart (0)

SHOP

---

**Category**    —

College/University

**Brand**    +

**Size**    —

| 0-3 M | 3M | Newbo… |
| 2T | 3T | 4T |
| 5T | Youth … | Youth S |
| Youth M | Youth L | Youth … |
| XXS | XS | S |
| M | L | XL |
| XXL | 3-6 M | 2XL |
| 3XL | 3X | 4XL |
| 5XL | 6M | 12M |
| 12-18 M | 18M | 24M |

**Color**    —

| | | |
|---|---|---|
| ⚫ Black | ⚪ Grey | ⚪ White |
| Beige | 🟤 Brown | 🟣 Purple |
| 🔵 Blue | 🔵 Navy | 🟢 Green |
| 🟡 Yellow | 🟠 Orange | 🩷 Pink |
| 🔴 Red | 🔴 Maroon | 🔴 Multi |

**Price Range**    —

○ Less than $25
○ $25 to $50

---

College/University X    Drake University X

457 – 458 of 458

SORT BY: MOST POPULAR ∨     ‹ 16 17 18 19 **20** ›





Drake CI Sport Pullover Hood

**$60.00**



Drake League Bulldogs '81 Pigment Dyed Tee

**$26.00**

‹ 16 17 18 19 **20** ›

---

Beige



Blue    Navy    Green

Yellow    Orange    Pink

Red    Maroon    Multi

## Price Range    —

○ Less than $25
○ $25 to $50
○ $50 to $100
○ $100 to $200
○ Over $200

| Min Price | - | Max Price | 🔍 |

## Availability    —

○ In Stock
○ Special Order
○ In Stock. Ships in 2-3 Business Days
○ Usually Ships in 2-3 Business Days
○ Usually Ships in 8-10 Business Days.



### TEXTBOOKS

Order Textbooks

Sell Textbooks

My Account

Price Match

Gift Cards

Help

### LOCATION

Bulldog Shop
Olmsted Center
2875 University Ave
Des Moines, IA 50311
515-214-2151

### HOURS

M-F: 9AM - 5PM
SAT: 10AM - 4PM

### Special Hours Week of 6/24 - 6/30

M-F: 9AM - 3PM
SAT-SUN: CLOSED

### ABOUT US

Terms & Conditions

Privacy Policy

Accessibility

CONTACT US

eCampus.com

Copyright
1995 - 2024

Download PDF Reader