# EXHIBIT 9

Int. Cl.: **25**

Prior U.S. Cls.: **22 and 39**

**United States Patent and Trademark Office**

Reg. No. **2,892,273**
Registered **Oct. 12, 2004**

## TRADEMARK
### PRINCIPAL REGISTER



TRUSTEES OF DARTMOUTH COLLEGE (NEW HAMPSHIRE NON-PROFIT CORPORATION), DBA DARTMOUTH COLLEGE
HANOVER, NH 03755

 FOR: CLOTHING, NAMELY CAPS, HATS, SWEATERS, SWEAT PANTS, SWEAT SHIRTS, T-SHIRTS, SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1900; IN COMMERCE 0-0-1900.

SER. NO. 76-272,061, FILED 6-15-2001.

RUDY R. SINGLETON, EXAMINING ATTORNEY