IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>　　　Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>　　　Counterclaim Defendant. | Case No. 4:24-CV-00227-SMR-SBJ<br><br><br>**DECLARATION OF<br>R. SCOTT JOHNSON IN SUPPORT OF DEFENDANTS' RESISTANCE TO PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION** |

I, R. SCOTT JOHNSON, declare as follows:

1.　　I am a shareholder at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendant Des Moines Area Community College Foundation and Defendant and Counterclaim Plaintiff Des Moines Area Community College (collectively, "DMACC") in this case. My children attend Dowling Catholic High School in West Des Moines ("Dowling") and I make this declaration based on personal knowledge.

2.　　Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of a photograph on the football page of Dowling's website available at https://www.dowlingcatholic.org/football.

2

3. Attached hereto as **<u>Exhibit B</u>** is a true and correct copy of an image of Dowling's football field featuring a standalone "D" taken from the video available at https://www.youtube.com/watch?v=areHpbL_VsQ. A similar image of the Dowling football field is included in a photo collage serving as the cover photo on Dowling's Facebook page available at https://www.facebook.com/dowlingcatholic/.

4. Attached hereto as **<u>Exhibit C</u>** is a true and correct screenshot from Dowling's campus store website offering for sale a hat with a standalone "D."

5. Dowling offers many classes that provide potential college credit.

6. Dowling has cheers such as the "GO BIG D" cheer that frequently refers to the school by its first letter—"D." The words of that cheer are as follows: "If you're yelling for Dowling say Go (Go); If you're yelling for Dowling say Big D (Big D); If you're yelling for Dowling say Go Big D (Go Big D) Go Big D!" *See* https://sites.google.com/dowlingcatholic.org/dchscheerleading/cheers.

I declare under penalty of perjury that the foregoing is true and correct. Executed this  31st  day of July, 2024.

*/s/ R. Scott Johnson*
R. Scott Johnson
RSJohnson@fredlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2024, I electronically filed the **DECLARATION OF R. SCOTT JOHNSON IN SUPPORT OF DEFENDANTS' RESISTANCE TO PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION** with the Clerk of the Court using the ECF, who in turn sent notice to the following:

Joshua J. Conley, Esq.
  jconley@zarleyconley.com
John D. Gilbertson, Esq.
  jgilbertson@zarleyconley.com
ZARLEYCONLEY PLC
580 Market Street, Suite 101
West Des Moines, IA  50266

*Attorneys for Plaintiff and Counterclaim Defendant*

          */s/ Erica Palmer*
          Erica Palmer

#83253540