# EXHIBIT C

The only OFFICIAL store for Dowling Catholic High School supporting all DCHS students!    Sign up / Log in



Home | Store Hours | Activity & Team Apparel › | Accessories › | Kairos | Men's Apparel › | Women's Apparel › | Youth Apparel ›
Inventory Reduction Sale › | School Uniforms › | Sweatshirts & Tees › | Spirit & Yard Signs › | Gift cards

Home / Brands / New Era

# New Era

**Categories**
- Store Hours (0)
- Activity & Team Apparel (47)
- Accessories (50)
- Kairos (1)
- Men's Apparel (48)
- Women's Apparel (38)
- Youth Apparel (26)
- Inventory Reduction Sale (23)
- School Uniforms (0)
- Sweatshirts & Tees (57)
- Spirit & Yard Signs (35)

**Brands**
- ● All brands
- ○ New Era

**Price**
$0 - $45

2 products | Sort by Newest products ›



New Era Football 2024 Hoodie - WOMEN'S CUT
$45.00

New Era New Era 9Forty Football Hat
$40.00

---



CONTACT US | 515.222.1012 |
campusstore@dowlingcatholic.org

**Categories**
- Store Hours
- Activity & Team Apparel
- Accessories
- Kairos
- Men's Apparel
- Women's Apparel
- Youth Apparel
- Inventory Reduction Sale
- School Uniforms
- Sweatshirts & Tees
- Spirit & Yard Signs

**My account**
- Register
- My orders

**Information**
- Store Hours
- About us
- Contact Us
- General terms & conditions
- Shipping & In Store Pick Up
- Return Policy
- Privacy policy
- FAQ's
- Payment methods
- Maroon Boutique
- Volunteer Opportunities

---

Home / Brands / New Era

# New Era

Categories

Store Hours (0)
Activity & Team Apparel (47)
Accessories (50)
Kairos (1)
Men's Apparel (48)
Women's Apparel (38)
Youth Apparel (26)
Inventory Reduction Sale (23)
School Uniforms (0)
Sweatshirts & Tees (57)
Spirit & Yard Signs (35)

Brands

○ All brands
○ New Era

Price

$0 - $45

2 products    Sort by  Newest products ▼



New Era Football 2024 Hoodie - WOMEN'S CUT
$45.00

New Era New Era 9Forty Football Hat
$40.00



CONTACT US | 515.222.1012 |
campusstore@dowlingcatholic.org

| Categories | My account | Information |
|---|---|---|
| Store Hours | Register | Store Hours |
| Activity & Team Apparel | My orders | About us |
| Accessories | | Contact Us |
| Kairos | | General terms & conditions |
| Men's Apparel | | Shipping & In Store Pick Up |
| Women's Apparel | | Return Policy |
| Youth Apparel | | Privacy policy |
| Inventory Reduction Sale | | FAQ's |
| School Uniforms | | Payment methods |
| Sweatshirts & Tees | | Maroon Boutique |
| Spirit & Yard Signs | | Volunteer Opportunities |

© Copyright 2024 Dowling Catholic Campus Store - Powered by Lightspeed