IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>     Plaintiff,<br><br>     vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION AND DES MOINES AREA COMMUNITY COLLEGE<br>     Defendants. | No. 4:24-cv-00227<br><br>**RESISTANCE TO DEFENDANTS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF (Dkt. 23 and subparts)** |

Plaintiff Drake University ("Drake") states the following in opposition to Defendants' Motion to File a Brief in Resistance to Drake's Motion for Preliminary Injunction that is 43 pages long in substance.

**I.     ARGUMENT**

For purposes of a preliminary injunction, Local Rule 7(h) limits the length of supporting and resistance briefs to 20 pages unless good cause can be shown for additional pages. Drake sought and obtained leave to file a brief in support of its Motion for Preliminary Injunction that is 34 pages in substance. Dkts. 5–6. The reasons for Drake's overlength brief were primarily due to the required factual recitation and the need to both articulate and apply two multi-factor legal tests. The foregoing accounts for half of Drake's brief, and neither needs to be restated in a resistance. *See* Dkt. 18-1. Despite this, Defendants are asking for more than double the permitted length.

Nevertheless, cognizant of the need to have additional pages given the nature of this dispute, Drake offered to consent to 40 pages, conditioned on DMACC's brief and Answer being filed under seal pending a motion to disqualify. *See* Dkt. 24. This proposal was denied.

Forty-three pages is excessive and a more modest page allowance would not prejudice Defendants. This is readily demonstrated by Drake's principal brief. Moreover, Defendants have

been aware of this dispute for months, and were granted a nine-day extension to file its Resistance Brief, providing ample time to draft a concise brief.

## II.     PRAYER FOR RELIEF

For the foregoing reasons, Drake respectfully requests that the Court deny Defendants' Motion for Overlength Brief **in part**, requiring Defendants to limit their Resistance Brief to, at most, 40 pages in substance.

Respectfully submitted,

Dated: July 31, 2024            **ZARLEYCONLEY PLC**

By:   /s/John D. Gilbertson
John D. Gilbertson, AT0014515
Joshua J. Conley, AT0011828
580 Market Street, Suite 101
West Des Moines, IA 50266
Telephone:  (515) 558-0200
Facsimile:   (515) 558-7790
jgilbertson@zarleyconley.com
jconley@zarleyconley.com
**ATTORNEYS FOR PLAINTIFF**