# EXHIBIT 1



**Fredrikson & Byron, P.A.**
Attorneys and Advisors

111 E. Grand Avenue, Suite 301
Des Moines, IA 50309-1884
Main: 515.242.8900
fredlaw.com

July 8, 2024

**VIA EMAIL ONLY**

Josh Conley
Zarley Conley
580 Market Street, Suite 101
West Des Moines, IA 50266

Re:     Drake University v. DMACC – L00194

Dear Mr. Conley:

There is no basis for Fredrikson & Byron, PA ("Fredrikson") to withdraw from representing its client Des Moines Area Community College ("DMACC") with respect to Drake University's recent allegations of trademark infringement or unfair competition based on the DMACC logo launched last October.

Disqualification of a party's counsel is an "extreme measure" that should be imposed by a court only when "absolutely necessary." *Macheca Transp. Co. v. Phila. Indem. Co.*, 463 F.3d 827, 833 (8th Cir. 2006). The reason for this is simple: "A party's right to select its own counsel is an important public right and a vital freedom that should be preserved; the extreme measure of disqualifying a party's counsel of choice should be imposed only when absolutely necessary." *Id.* "Because of the potential for abuse by opposing counsel, disqualification motions should be subjected to particularly strict judicial scrutiny." *Harker v. Comm'r of Internal Revenue*, 82 F.3d 806, 808 (8th Cir. 1996) (internal quotation marks and citations omitted); *accord Macheca.*, 463 F.3d at 833 (quoting *Harker*, 82 F.3d at 808). Courts must be "vigilant to thwart any misuse of a motion to disqualify for strategic reasons." *Bottoms v. Stapleton*, 706 N.W.2d 411, 415 (Iowa 2005); *Hoffmann v. Internal Med., P.C. of Ottumwa*, 533 N.W.2d 834, 836 (Iowa Ct. App. 1995).

The Iowa Rules of Professional Responsibility provide the basis for evaluating whether disqualification is warranted. *See Bottoms*, 706 N.W.2d at 415; *accord Urbandale Best, LLC v. R & R Real Est. Invs., LLC*, No. 4:17-cv-00264-JAJ-SBJ, 2018 WL 10345479, at *3 (S.D. Iowa June 12, 2018). Moreover, "the mere assertion that there is a conflict is insufficient to support a claim for disqualification." *Autoscribe Corp. v. Wells Fargo Bank, N.A.*, No. 4:10-cv-00202-JEG-TJS, 2010 WL 11564962, at *3 (S.D. Iowa Nov. 3, 2010). In your July 3 letter, you allege that a former client conflict involving me is imputed to Fredrikson and disqualifies Fredrikson from representing DMACC in the current matter.

Iowa Rule of Professional Conduct 32:1.9 states:



> A lawyer who has formerly represented a client in a matter shall not thereafter represent another person in the same or a substantially related matter in which that person's interests are materially adverse to the interests of the former client unless the former client gives informed consent, confirmed in writing.

Iowa R. Prof'l Conduct 32:1.9(a). The comments to Rule 32:1.9 provide that matters are "substantially related" if they involve "the same transaction or legal dispute" or if there is otherwise "a substantial risk that confidential factual information as would normally have been obtained in the prior representation would materially advance the client's position in the subsequent matter." Iowa R. Prof'l Conduct 32:1.9 cmt. 3. Information from a prior representation may be rendered obsolete over time. *Id.*

I joined Fredrikson in January 2020 after spending almost 22 years with McKee, Voorhees, & Sease ("McKee"), where I practiced in IP litigation and licensing. I have no recollection of representing Drake in any proceeding while at McKee; in fact, I have no recollection of ever working on *any* matters for Drake. I did not participate in any trademark prosecution for Drake. I am not aware of any facts gained through my prior firm's representation of Drake during renewal of Drake's trademarks. I do not recall being exposed to any Drake confidential information. Notably, your letter provides no insight into *what* confidential information you believe Drake ever disclosed.

As you know, all trademark applications are filed, examined, and registered publicly and documents related to these public filings are available for anyone to review. The substantive prosecution on the trademark at issue in your cease and desist letter (the '283 Registration) actually closed before I attended law school. The '283 Registration issued on November 21, 1989, which was even before I graduated from high school (class of 1992). The last affidavits submitted for that mark (to verify continued use and request renewal) were filed November 8, 2019 (Attachment A). I did not participate in the creation, communication, or filing of these affidavits. The affidavits for use and renewal (known as the Section 8 & 9 Declarations) were filed by Christine Lebron-Dykeman, who I recall handled most of the McKee firm's trademark prosecution. I was listed along with every other attorney at McKee as "Other Appointed Counsel" as part of what I believe was standard practice at the firm.

Furthermore, your July 3, 2024, letter alleging the ethical concerns mentions for the first time two other federal trademark registrations which may be at issue. Both marks were registered long ago. Substantive prosecution on the '202 Registration closed when it issued on September 9, 2008, and the '043 Registration issued on October 21, 2014. I was not involved in any of the relevant trademark prosecutions. I was not involved in any client communications about these trademarks, nor was I involved in any of the renewals or affidavits of use submitted to maintain these registrations. I do not possess any "confidential factual information" that would materially advance DMACC's position in the current matter.

July 8, 2024
Page 3



Your letter also raises the fact that Tina Yin Sowatzke, who was formerly employed by Fredrikson, was also employed by McKee for a period of three years and was listed as counsel of record on the '283 Registration. I never spoke to Ms. Yin Sowatzke about the present matter or about any work or information she might have learned at McKee while she was employed there. She has confirmed she did not work on DMACC matters at Fredrikson. Ms. Yin Sowatzke also confirmed that she did not work or consult on the '283 Registration, and, in fact, she was not even aware she was identified as an appointed counsel as it relates to that mark. She further confirmed that she did not discuss this mark with anyone while at Fredrikson.

Additionally, as you have noted, Ms. Yin Sowatzke has left her employment with Fredrikson, which further reduces the alleged risk of Fredrikson having access to any confidential information. After a lawyer leaves employment with a law firm, Rule 1.10(b) allows the firm to represent a client with interests adverse to a former client of the departed attorney so long as the matter is not substantially related to the other matter in which the departed lawyer represented the former client and no remaining lawyer has (either in memory or in accessible client files) any confidential information. Iowa R. Prof'l Conduct 32:1.10(b). Neither of those is the case here.

In any event, this current trademark issue did not exist when either Ms. Yin Sowatzke or I were at McKee, as DMACC did not adopt its new logo until late 2023. (See Attachment B.) The alleged infringement issue regarding DMACC's logo is neither the same as, nor substantially related to, any work McKee did for Drake while I was a member of that firm. While DMACC asserts that the scope of the asserted protection is not so broad as to encompass DMACC's new logo, this does not make the present dispute "the same or a substantially related matter" to the trademark registration work.

Far from being "axiomatic" or "unquestionable" that Ms. Yin Sowatzke or I "were privy to any confidences related to securing, commercializing, and enforcing Drake's intellectual property," there is, in fact, no evidence of this at all. Because no conflict of interest restricts me with respect to representing DMACC in this matter, there is no conflict that can be imputed to Fredrikson. Given the timing of your letter (sent the afternoon before the July 4 holiday weekend and demanding a response the following Monday), your inclusion of my managing shareholder, and your failure to reference any confidential factual information actually in my possession, I am concerned you sent your letter in an attempt to gain competitive advantage for your client. Regardless, any attempt by Drake to disqualify DMACC's chosen counsel will fail and, in the process, waste the parties' time and resources in a frivolous side show.

July 8, 2024
Page 4

**Fredrikson**

Sincerely,

R. Scott Johnson
**Direct Dial:** 515.242.8930
**Email:** rsjohnson@fredlaw.com

RSJ

# ATTACHMENT A

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1963 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 1567283 |
| **REGISTRATION DATE** | 11/21/1989 |
| **SERIAL NUMBER** | 73790196 |
| **MARK SECTION** | |
| **MARK** | D (stylized and/or with design, see https://tmng-al.uspto.gov/resting2/api/img/73790196/large) |
| **ATTORNEY SECTION (no change)** | |
| **NAME** | Christine Lebron-Dykeman |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | NOT SPECIFIED |
| **YEAR OF ADMISSION** | NOT SPECIFIED |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | NOT SPECIFIED |
| **FIRM NAME** | McKee, Voorhees & Sease, PLC |
| **STREET** | 801 Grand Avenue, Suite 3200 |
| **CITY** | Des Moines |
| **STATE** | Iowa |
| **POSTAL CODE** | 50309-2721 |
| **COUNTRY** | United States |
| **PHONE** | 515-288-3667 |
| **FAX** | 515-288-1338 |
| **EMAIL** | patatty@ipmvs.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | T01136US0 |
| **ATTORNEY SECTION (proposed)** | |
| **NAME** | Christine Lebron-Dykeman |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | McKee, Voorhees & Sease, PLC |
| **STREET** | 801 Grand Avenue, Suite 3200 |

| CITY | Des Moines |
|---|---|
| STATE | Iowa |
| POSTAL CODE | 50309-2721 |
| COUNTRY | United States |
| PHONE | 515-288-3667 |
| FAX | 515-288-1338 |
| EMAIL | patatty@ipmvs.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| DOCKET/REFERENCE NUMBER | T01136US0 |
| OTHER APPOINTED ATTORNEY | Bruce W. McKee, Edmund J. Sease, Mark D. Hansing, Kirk M. Hartung, Patricia A. Sweeney, Heidi S. Nebel, Michael C. Gilchrist, R. Scott Johnson, Cassandra J. Edgar, Jill N. Link, Luke T. Mohrhauser, Jonathan L. Kennedy, Brandon W. Clark, Nicholas J. Krob, Sarah M. Dickhut, Gregory Gunnerson, Oliver P. Couture, Tina G. Yin Sowatzke, Julie L. Spieker |

## CORRESPONDENCE SECTION (no change)

| NAME | Christine Lebron-Dykeman |
|---|---|
| FIRM NAME | McKee, Voorhees & Sease, PLC |
| STREET | 801 Grand Avenue, Suite 3200 |
| CITY | Des Moines |
| STATE | Iowa |
| POSTAL CODE | 50309-2721 |
| COUNTRY | United States |
| PHONE | 515-288-3667 |
| FAX | 515-288-1338 |
| EMAIL | patatty@ipmvs.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| DOCKET/REFERENCE NUMBER | T01136US0 |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 025 |
|---|---|
| GOODS OR SERVICES TO BE DELETED | VISORS AND HATS |
| GOODS OR SERVICES IN USE IN COMMERCE OR FOR WHICH OWNER CLAIMS EXCUSABLE NONUSE | SWEATSHIRTS, JACKETS, AND T-SHIRTS |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\737\901\73790196\xml2\ S890002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\737\901\73790196\xml2\ S890003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\737\901\73790196\xml2\ S890004.JPG |
| SPECIMEN DESCRIPTION | photos of shirts showing the mark, screenshot of website showing shirts showing the mark |
| INTERNATIONAL CLASS | 041 |

| GOODS OR SERVICES | ENTERTAINMENT AND CONDUCTING COLLEGIATE SPORTING EVENTS, NAMELY, FOOTBALL, BASKETBALL, WRESTLING AND TRACK EVENTS |
|---|---|
| **SPECIMEN FILE NAME(S)** | |
| **JPG FILE(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\737\901\73790196\xml2\ S890005.JPG |
| **ORIGINAL PDF FILE** | SPN1-661295197-20191104151217010482_._SAA_Scavenger_Hunt_19_Flyers.pdf |
| **CONVERTED PDF FILE(S)** (7 pages) | \\TICRS\EXPORT17\IMAGEOUT17\737\901\73790196\xml2\S890006.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\737\901\73790196\xml2\S890007.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\737\901\73790196\xml2\S890008.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\737\901\73790196\xml2\S890009.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\737\901\73790196\xml2\S890010.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\737\901\73790196\xml2\S890011.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\737\901\73790196\xml2\S890012.JPG |
| **SPECIMEN DESCRIPTION** | social media screenshot showing mark used for Instagram home page; signs used for activities on campus showing the mark |

## OWNER SECTION (current)

| | |
|---|---|
| **NAME** | DRAKE UNIVERSITY |
| **STREET** | 2507 University Avenue |
| **CITY** | DES MOINES |
| **STATE** | Iowa |
| **ZIP/POSTAL CODE** | 50311 |
| **COUNTRY** | United States |

## LEGAL ENTITY SECTION (current)

| | |
|---|---|
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Iowa |

## PAYMENT SECTION

| | |
|---|---|
| **NUMBER OF CLASSES** | 2 |
| **NUMBER OF CLASSES PAID** | 2 |
| **COMBINED §§ 8 & 9 DECLARATION/APPLICATION FILING FEE** | 850 |
| **TOTAL FEE PAID** | 850 |

## SIGNATURE SECTION

| | |
|---|---|
| **ORIGINAL PDF FILE** | hw_661295197-132653080_._Renewal_Signed_Dec.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\737\901\73790196\xml2\S890013.JPG |
| **SIGNATORY'S NAME** | David Remund |
| **SIGNATORY'S POSITION** | Executive Director, University Communications and Marketing |
| **PAYMENT METHOD** | DA |

## FILING INFORMATION

| | |
|---|---|
| **SUBMIT DATE** | |

| SUBMIT DATE | Fri Nov 08 13:35:31 EST 2019 |
| --- | --- |
| TEAS STAMP | USPTO/S08N09-XX.XXX.XX.XX-20191108133531972628-1567283-700435fcbf267b0d86634d3131474108abcc2161777dceb713a8fd86bd4719bcb-DA-35311317-20191108132653080182 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1963 (Rev 05/2008)
OMB No. 0651-0055 (Exp 10/31/2021)

**Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9**

## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 1567283
**REGISTRATION DATE:** 11/21/1989

**MARK:** (Stylized and/or with Design, D (see, mark))

The owner, DRAKE UNIVERSITY, a corporation of Iowa, having an address of
    2507 University Avenue
    DES MOINES, Iowa 50311
    United States
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For International Class 025, this filing does **NOT** cover the following goods or services for this specific class listed in the registration, and these goods or services are to be permanently **deleted** from the registration: VISORS AND HATS

The mark is in use in commerce on or in connection with the following goods or services listed in the existing registration for this specific class; or, the owner is making the listed excusable nonuse claim: SWEATSHIRTS, JACKETS, AND T-SHIRTS

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) photos of shirts showing the mark, screenshot of website showing shirts showing the mark.
Specimen File1
Specimen File2
Specimen File3

For International Class 041, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: ENTERTAINMENT AND CONDUCTING COLLEGIATE SPORTING EVENTS, NAMELY, FOOTBALL, BASKETBALL, WRESTLING AND TRACK EVENTS ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) social media screenshot showing mark used for Instagram home page; signs used for activities on campus showing the mark.
**JPG file(s):**
Specimen File1
**Original PDF file:**
SPN1-661295197-20191104151217010482_._SAA_Scavenger_Hunt_19_Flyers.pdf
**Converted PDF file(s)** (7 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7

The applicant's current attorney information: Christine Lebron-Dykeman. Christine Lebron-Dykeman of McKee, Voorhees & Sease, PLC, is located at

    801 Grand Avenue, Suite 3200
    Des Moines, Iowa 50309-2721
    United States
The docket/reference number is T01136US0.

The phone number is 515-288-3667.

The fax number is 515-288-1338.

The email address is patatty@ipmvs.com

The applicants proposed attorney information: Christine Lebron-Dykeman. Other appointed attorneys are Bruce W. McKee, Edmund J. Sease, Mark D. Hansing, Kirk M. Hartung, Patricia A. Sweeney, Heidi S. Nebel, Michael C. Gilchrist, R. Scott Johnson, Cassandra J. Edgar, Jill N. Link, Luke T. Mohrhauser, Jonathan L. Kennedy, Brandon W. Clark, Nicholas J. Krob, Sarah M. Dickhut, Gregory Gunnerson, Oliver P. Couture, Tina G. Yin Sowatzke, Julie L. Spieker. Christine Lebron-Dykeman of McKee, Voorhees & Sease, PLC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

> 801 Grand Avenue, Suite 3200
> Des Moines, Iowa 50309-2721
> United States
The docket/reference number is T01136US0.

The phone number is 515-288-3667.

The fax number is 515-288-1338.

The email address is patatty@ipmvs.com

Christine Lebron-Dykeman submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current correspondence information: Christine Lebron-Dykeman. Christine Lebron-Dykeman of McKee, Voorhees & Sease, PLC, is located at

> 801 Grand Avenue, Suite 3200
> Des Moines, Iowa 50309-2721
> United States
The docket/reference number is T01136US0.

The phone number is 515-288-3667.

The fax number is 515-288-1338.

The email address is patatty@ipmvs.com

A fee payment in the amount of $850 will be submitted with the form, representing payment for 2 class(es), plus any additional grace period fee, if necessary.

### Declaration

**Original PDF file:**
hw_661295197-132653080_._Renewal_Signed_Dec.pdf
**Converted PDF file(s)** (1 page)
Signature File1
Signatory's Name: David Remund
Signatory's Position: Executive Director, University Communications and Marketing

Mailing Address **(current):**
  McKee, Voorhees & Sease, PLC
  801 Grand Avenue, Suite 3200
  Des Moines, Iowa 50309-2721

Mailing Address **(proposed):**
  McKee, Voorhees & Sease, PLC

801 Grand Avenue, Suite 3200
Des Moines, Iowa 50309-2721

Serial Number: 73790196
Internet Transmission Date: Fri Nov 08 13:35:31 EST 2019
TEAS Stamp: USPTO/S08N09-XX.XXX.XX.XX-20191108133531
972628-1567283-700435fcbf267b0d86634d313
1474108abcc2161777dceb713a8fd86bd4719bcb
-DA-35311317-20191108132653080182







## Marching Spike Drake Hoodie

$65.00

Spike the Bulldog has been Drake's mascot since the 1930s and now you can carry on his legacy with this super soft triblend hoodie.

Secured and trusted checkout with:



# TRADITION

# HUBBELLING
## QUAD CREEK



**STUDENT ALUMNI ASSOCIATION**

# TRADITION

## KISSING ROCK

### DRAKE'S SMOOCHING STONE



**STUDENT ALUMNI ASSOCIATION**

# TRADITION

# MADDIE'S CIRCLE

CATCH THE PHILANTHROPY BUG



**STUDENT ALUMNI ASSOCIATION**

# TRADITION

# RETAKE
# DRAKE

DRAKE **AT** DRAKE



STUDENT ALUMNI ASSOCIATION

# TRADITION

# DRAKE RELAYS
## PAINTED STREET



**STUDENT ALUMNI ASSOCIATION**

# TRADITION

## GRIFF
# LIVE MASCOT



**STUDENT ALUMNI ASSOCIATION**

# TRADITION

# DON ADAMS
## 50 YEARS AT DRAKE



**STUDENT ALUMNI ASSOCIATION**

### Declaration

Read the following statements before signing. Acknowledge the statements by signing below.

- Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).
- Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.
- The registrant requests that the registration be renewed for the goods/services/collective organization identified above.
- To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.
- The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature Section

Signature:

Date: 1-5-2019

Signatory's Name: David Remund

Signatory's Position: Executive Director, University Communications and Marketing

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page must include both the signature information and the declaration language. Do **not** include the entire application, but do ensure that the declaration language actually appears; *a signature by itself will not be acceptable.* If, due to browser limitations, the declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a *single page prior to signing,* so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.

**ROUTING SHEET TO POST REGISTRATION (PRU)**    **Registration Number:** 1567283



**Serial Number:** 73790196



**RAM Sale Number: 1567283**

**RAM Accounting Date: 20191108**    **Total Fees:** $850

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20191108 | $125 | 2 | 2 | $250 |
| Application for Renewal (§9) | 7201 | 20191108 | $300 | 2 | 2 | $600 |

Physical Location: 900 - NO PHYSICAL FILE

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:** 20191108



# ATTACHMENT B

PTO- 1478
Approved for use through 10/31/2024  OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98277324**
**Filing Date: 11/19/2023**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98277324 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\982\773\98277324\xml1 \ APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | D DMACC |
| COLOR MARK | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of A stylized letter "D" and literal element "DMACC". |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 944 x 908 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Des Moines Area Community College |
| *MAILING ADDRESS | 2006 South Ankeny Blvd. |
| *CITY | Ankeny |
| *STATE (Required for U.S. applicants) | Iowa |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 50023 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | non-profit corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Iowa |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | Educating at university or colleges; Educational services, namely, conducting distance learning instruction at the community college level; Educational services, namely, providing courses of instruction at the community college level |

| | and distribution of course material in connection therewith |
|---|---|
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 10/23/2023 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 10/23/2023 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPE0-6515813726-202311192 30949498670 . DMACCLogoSp ecimen.pdf |
| **CONVERTED PDF FILE(S)** (4 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\982\773\98277324\xml1\ APP0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\982\773\98277324\xml1\ APP0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\982\773\98277324\xml1\ APP0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\982\773\98277324\xml1\ APP0006.JPG |
| **SPECIMEN DESCRIPTION** | Screenshot of Applicant's webpage, describing services |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **ATTORNEY INFORMATION** | |
| **NAME** | Matthew Coryell |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Dentons Davis Brown |
| **STREET** | 215 10th Street, Ste. 1300 |
| **CITY** | Des Moines |
| **STATE** | Iowa |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 50309 |
| **PHONE** | 515-288-2500 |
| **EMAIL ADDRESS** | matt.coryell@dentons.com |
| **OTHER APPOINTED ATTORNEY** | Matthew Warner-Blankenship; Kassandra Ricklefs; Joseph Schneiders |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Matthew Coryell |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | matt.coryell@dentons.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | angie.kenin@dentons.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 1 |

| APPLICATION FOR REGISTRATION PER CLASS | 350 |
| --- | --- |
| *TOTAL FEES DUE | 350 |
| *TOTAL FEES PAID | 350 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /MWC/ |
| SIGNATORY'S NAME | Coryell, Matthew, W |
| SIGNATORY'S POSITION | Attorney of record, Iowa bar member |
| SIGNATORY'S PHONE NUMBER | 515-288-2500 |
| DATE SIGNED | 11/19/2023 |
| SIGNATURE METHOD | Signed directly within the form |

PTO- 1478
Approved for use through 10.01.2024 OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 98277324**
**Filing Date: 11/19/2023**

## To the Commissioner for Trademarks:

**MARK:** D DMACC (stylized and/or with design, see mark)
The literal element of the mark consists of D DMACC. The mark consists of A stylized letter "D" and literal element "DMACC".
The applicant, Des Moines Area Community College, a non-profit corporation legally organized under the laws of Iowa, having an address of
    2006 South Ankeny Blvd.
    Ankeny, Iowa 50023
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 041: Educating at university or colleges; Educational services, namely, conducting distance learning instruction at the community college level; Educational services, namely, providing courses of instruction at the community college level and distribution of course material in connection therewith

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 10/23/2023, and first used in commerce at least as early as 10/23/2023, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Screenshot of Applicant's webpage, describing services.

**Original PDF file:**
SPE0-6515813726-202311192 30949498670 _ DMACCLogoSp ecimen.pdf
**Converted PDF file(s)** (4 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Webpage URL: None Provided
Webpage Date of Access: None Provided

The owner's/holder's proposed attorney information: Matthew Coryell. Other appointed attorneys are Matthew Warner-Blankenship; Kassandra Ricklefs; Joseph Schneiders. Matthew Coryell of Dentons Davis Brown, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    215 10th Street, Ste. 1300
    Des Moines, Iowa 50309
    United States
    515-288-2500(phone)
    matt.coryell@dentons.com

Matthew Coryell submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
    Matthew Coryell
    PRIMARY EMAIL FOR CORRESPONDENCE: matt.coryell@dentons.com

SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): angie.kenin@dentons.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /MWC/   Date: 11/19/2023
Signatory's Name: Coryell, Matthew, W
Signatory's Position: Attorney of record, Iowa bar member
Signatory's Phone Number: 515-288-2500
Signature method: Signed directly within the form
Payment Sale Number: 98277324
Payment Accounting Date: 11/20/2023

Serial Number: 98277324
Internet Transmission Date: Sun Nov 19 23:40:56 ET 2023
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XX-2023111923405807
2165-98277324-8604479c94c21af6669bf9d956
f2a7d74879245a92662a23174fc88b98156cacf-
CC-40568102-20231119230949498670



Welcome to DMACC



DMACC  /  ABOUT DMACC

## About DMACC

Navigate this section:

Your browser can't play this video.
Learn more

## Thank you for your interest in DMACC.

On behalf of the Board of Trustees and all of us at DMACC, I'd like to introduce you to one of
the finest educational institutions in America that was once again voted Best Community
College by CityView readers. The more you learn about DMACC, the more you will
experience our truly unique approach to education, student support and engagement. Our

Central Iowa locations are an advantage for students too. See all the reasons why Des Moines is a great place to live, study and work. I hope you click on my intro to DMACC video. I hope to see you on one of our 12 Central Iowa locations soon!

**Robert J. Denson**
President
Des Moines Area Community College

» View Presidential Bio

## Contact Us

515-964-6200

infodesk@dmacc.edu



Welcome to DMACC



Welcome to DMACC

Web Updates