# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　　Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　　Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>　　　　Counterclaim Defendant. | Case No. 4:24-CV-00227-SMR-SBJ<br><br>**DECLARATION OF LAURA L. MYERS IN SUPPORT OF DEFENDANTS' RESISTANCE TO PLAINTIFF'S MOTION TO SEAL DOCKET ENTRIES 20, 21, AND 23**<br><br>**EXPEDITED RELIEF REQUESTED** |

　　　　I, LAURA L. MYERS, declare as follows:

　　　　1.　　I am a shareholder at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendant Des Moines Area Community College Foundation ("DMACCF") and Defendant and Counterclaim Plaintiff Des Moines Area Community College ("DMACC") (collectively referred to herein as "Defendants") in this case. I make this declaration based on personal knowledge.

　　　　2.　　I have been an attorney at Fredrikson & Byron, P.A. since September 11, 2006, shortly after my graduation from the University of Iowa College of Law. I have never worked at

2

another law firm or as a licensed attorney anywhere else. I have never done any work at or on behalf of Plaintiff Drake University.

3. With the exception of the publicly available examples of university and college seals, photographs of Drake's basketball court taken from a public website, the media and public responses to this litigation, and Drake's correspondence to alumni (including Mr. Jones, DMACC's Director of Marketing & Public Relations) about this litigation, I found, compiled, and analyzed the publicly available evidence discussed and cited in DMACC's filings. I also drafted DMACC's resistance to Drake's motion for a preliminary injunction.

I declare under penalty of perjury that the foregoing is true and correct. Executed this  1st  day of August, 2024.

                                               */s/ Laura L. Myers*
                                               Laura L. Myers

## CERTIFICATE OF SERVICE

      I hereby certify that on August 1, 2024, I electronically filed the **DECLARATION OF LAURA L. MYERS IN SUPPORT OF DEFENDANTS' RESISTANCE TO PLAINTIFF'S MOTION TO SEAL DOCKET ENTRIES 20, 21, AND 23** with the Clerk of the Court using the ECF, who in turn sent notice to the following:

    Joshua J. Conley, Esq.
     jconley@zarleyconley.com
    John D. Gilbertson, Esq.
     jgilbertson@zarleyconley.com
    ZARLEYCONLEY PLC
    580 Market Street, Suite 101
    West Des Moines, IA  50266

    *Attorneys for Plaintiff and Counterclaim Defendant*

                                            */s/ Erica Palmer*
                                            Erica Palmer

#83302354