IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>　　Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE<br>　　Defendants. | No. 4:24-cv-00227<br><br>**CORPORATE DISCLOSURE/ STATEMENT OF INTEREST** |
| DES MOINES AREA COMMUNITY COLLEGE,<br>　　Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>　　Counterclaim Defendant. | |

*As required by LR 7.1 and LR 81.(c)–(e), Plaintiff and Counterclaim Defendant in this case provides the following information to the court: (a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the outcome in the case:*

　　None.

*(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:*

　　None.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 2, 2024 | **ZARLEYCONLEY PLC** |
| By: | /s/Joshua J. Conley |
|  | Joshua J. Conley, AT0011828 |
|  | John D. Gilbertson, AT0014515 |
|  | 580 Market Street, Suite 101 |
|  | West Des Moines, IA 50266 |
|  | Telephone:  (515) 558-0200 |
|  | Facsimile:   (515) 558-7790 |
|  | jconley@zarleyconley.com |
|  | jgilbertson@zarleyconley.com |
|  | **ATTORNEYS FOR PLAINTIFF & COUNTERCLAIM DEFENDANT** |