IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE<br>    Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE,<br>    Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>    Counterclaim Defendant. | No. 4:24-cv-00227<br><br>**UNOPPOSED** **MOTION TO SET TIME TO FILE REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION TO AUGUST 9, 2024** |

1. Plaintiff Drake University ("Drake") filed its Amended Motion for Preliminary Injunction and supporting Brief on July 17, 2024. Dkt. 18, 18-1.

2. Defendants (collectively "DMACC") timely filed their Resistance Brief on July 31, 2024 as an attachment to a Motion for Leave to File Overlength Brief (the "Motion"). Dkt. 23, 23-2. Drake timely resisted the Motion. Dkt. 25.

3. On August 2, 2024, the Court granted the Motion and ordered DMACC to file its Resistance Brief and supporting materials under seal no later than August 5, 2024. Dkt. 29. DMACC timely complied the same day. Dkt. 30–30-22.

4. The Notice of Electronic Filing issued in connection with Dkt. 30 did not provide a reply deadline. Exhibit 1.

5. Counsel for the parties differ on which filing date is controlling for purposes of a reply deadline, but nevertheless have stipulated to set the deadline for Drake to file its Reply Brief in support of its Motion for Preliminary Injunction to **August 9, 2024**.

6. Good cause exists to grant the present motion. Defendants' brief is 43 pages excluding caption, table of contents, table authorities, and signature block. Until the Court's Order granting the Motion on August 2, Drake did not know the final substance of DMACC's Resistance. The approved Resistance was filed late in the afternoon on Friday, August 2, 2024. Were the reply deadline set for August 7, Drake would have essentially only three business days to provide a reply to this critical motion.

7. Per Local Rule 7(k), despite DMACC's counsel being on vacation abroad, counsel for the parties were able to personally confer via telephone, and DMACC's counsel consents to the present motion.

**WHEREFORE**, the parties respectfully request the Court issue an Order setting Drake's deadline to file its Reply Brief in support of its Motion for Preliminary Injunction to **August 9, 2024**.

Respectfully submitted,

Dated: August 6, 2024                **ZARLEYCONLEY PLC**

By:   /s/John D. Gilbertson
      John D. Gilbertson, AT0014515
      Joshua J. Conley, AT0011828
      580 Market Street, Suite 101
      West Des Moines, IA 50266
      Telephone:  (515) 558-0200
      Facsimile:   (515) 558-7790
      jgilbertson@zarleyconley.com
      jconley@zarleyconley.com
      **ATTORNEYS FOR PLAINTIFF &
      COUNTERCLAIM DEFENDANT**