## John Gilbertson

| | |
|---|---|
| **From:** | cmecf_iasd@iasd.uscourts.gov |
| **Sent:** | Friday, August 2, 2024 4:11 PM |
| **To:** | Courtmail@iasd.uscourts.gov |
| **Subject:** | Activity in Case 4:24-cv-00227-SMR-SBJ Drake University v. Des Moines Area Community College Foundation Sealed Document |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of Iowa

## Notice of Electronic Filing

The following transaction was entered by Johnson, R. on 8/2/2024 at 4:10 PM CDT and filed on 8/2/2024

| | |
|---|---|
| **Case Name:** | Drake University v. Des Moines Area Community College Foundation |
| **Case Number:** | 4:24-cv-00227-SMR-SBJ |
| **Filer:** | Des Moines Area Community College |
| | Des Moines Area Community College Foundation |

**Document Number:** 30

**Docket Text:**
**Sealed Document re [18] Amended MOTION for Preliminary Injunction by Des Moines Area Community College, Des Moines Area Community College Foundation. (Attachments: # (1) Affidavit of Todd G. Jones, # (2) Exhibit A, Declaration of Todd G. Jones, # (3) Exhibit B, Declaration of Todd G. Jones, # (4) Exhibit C, Declaration of Todd G. Jones, # (5) Exhibit D, Declaration of Todd G. Jones, # (6) Exhibit E, Declaration of Todd G. Jones, # (7) Affidavit of Laura L. Myers, # (8) Exhibit 1, Declaration of Laura L. Myers, # (9) Exhibit 2, Declaration of Laura L. Myers, # (10) Exhibit 3, Declaration of Laura L. Myers, # (11) Exhibit 4, Declaration of Laura L. Myers, # (12) Exhibit 5, Declaration of Laura L. Myers, # (13) Exhibit 6, Declaration of Laura L. Myers, # (14) Exhibit 7, Declaration of Laura L. Myers, # (15) Exhibit 8, Declaration of Laura L. Myers, # (16) Exhibit 9, Declaration of Laura L. Myers, # (17) Exhibit 10, Declaration of Laura L. Myers, # (18) Exhibit 11, Declaration of Laura L. Myers, # (19) Affidavit of R. Scott Johnson, # (20) Exhibit A, Declaration of R. Scott Johnson, # (21) Exhibit B, Declaration of R. Scott Johnson, # (22) Exhibit C, Declaration of R. Scott Johnson)(Johnson, R.)**

**4:24-cv-00227-SMR-SBJ Notice has been electronically mailed to:**

EXHIBIT
1

John Gilbertson    jgilbertson@zarleyconley.com, litigation@zarleyconley.com

Joshua James Conley    jconley@zarleyconley.com, litigation@zarleyconley.com

Laura L. Myers    lmyers@fredlaw.com, MyersLauraFilings@fredlaw.com

R. Scott Johnson    rsjohnson@fredlaw.com, autodockets@fredlaw.com, epalmer@fredlaw.com

**4:24-cv-00227-SMR-SBJ Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-0]
[8dfa4260b4c254a8660ae595a4fc300fa14b814cedfa7c6d2428e2a33c2f1da27b9c
e3d08fbd7db84532e39ae8502739e818f92e579518026e0614159ab0c4db]]
**Document description:**Affidavit of Todd G. Jones
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-1]
[16f86488c50a819753404a78d2fc53ce5342aa12ec81e6dfeb2d4503fe7efed6b1d7
70aa2b3ba884a26900561dbf88bc71ef542480021de9799a49ac51ab5f81]]
**Document description:**Exhibit A, Declaration of Todd G. Jones
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-2]
[314a3044640d9ffb88f354caea5c93e073f1df6d12bd99bb8e8d751f69be77eecfee
9b180ff0835661901d490a58c3f2f7e21c0aaf33b5fdfb86c994321e0248]]
**Document description:**Exhibit B, Declaration of Todd G. Jones
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-3]
[9aa58ed66ea82992e4b9e32870612ebb6ae7e844bc4b1ca1985e7086db5ce2c9ba08
1a7a8e585b77d65e7bfc50ebfccf2ac2c283eb784659c0605e602693bd4a]]
**Document description:**Exhibit C, Declaration of Todd G. Jones
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-4]
[9d2665aab8b05450fec08d892c76835c90fbf3a7f2a32b64c58dc9016e1ceb2d0afc
4176559cfd1abe2715bee1e84d46fe14085f507572f2273abf571024ae05]]
**Document description:**Exhibit D, Declaration of Todd G. Jones
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-5]
[82e15c5e157db03747ebd76abcb8549eb5810c2c63ec9e548c48f7c641cdd5f82f7c

eebd822d8801b3b6087e512829f086f652a6733c41358d29b5e71453903c]]

**Document description:**Exhibit E, Declaration of Todd G. Jones

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-6]
[9e60545b14a59d693505d6889b9153e870c95b70d646db7cca5ddd95a3789182efc2
fa579b75d65436e9cccabdad902830837bbbed6efeeb774da00bac7d7525]]

**Document description:**Affidavit of Laura L. Myers

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-7]
[7fbdaeaf8f855afe7f295146875da31123deac45af8023b99d35e3249f2f112b4914
fa755c8f10d4e0dae81ac7a409bee91e97fba795190b50ba370ea106550f]]

**Document description:**Exhibit 1, Declaration of Laura L. Myers

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-8]
[acfe39e1da3dca9fbe08c9e3ffcaa5b67cac442ab1b2b367681d8213556db9638422
6f8159834477edf5414a3e06641516daff5577aebea2178e2165ff66a4c0]]

**Document description:**Exhibit 2, Declaration of Laura L. Myers

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-9]
[072786ee27eef4e26189fd510f40d74abd62767a03cf17f7265e317223551e0541cb
87daa311962a5ecf3071dd432f2ecb539930aec80930199c3ca41a3ac9f5]]

**Document description:**Exhibit 3, Declaration of Laura L. Myers

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-10
] [900ee33375e84fca441cf8f8ecbaa5882fb64390f9aea767d6eaa63973cc10cd7dc
578048139b9d4f8079931a057364e268f3a94173cc802ecd992a971b4d3b8]]

**Document description:**Exhibit 4, Declaration of Laura L. Myers

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-11
] [6af67ec9848d766c8a54f4756daabef455d5f8ab49d906a09474bb1bbb33e8e8b07
fad977b9eb5373466e99b5711fdd3e4e64752c6ad8a54523396a22c21a703]]

**Document description:**Exhibit 5, Declaration of Laura L. Myers

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-12
] [3119e1aa2189cf4b4696aa921f85f3c8f1a3795ce231d38e1887ac288689ec0db15
c932da10b08ab75c6496093351a083587ef13156ba5050c84d1cfcd724a6e]]

**Document description:**Exhibit 6, Declaration of Laura L. Myers

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-13
] [523765c4e99867d7413687f30d2cacca24a153a558cf0e9f0cbbb7d9f1b488d97a7

137cef98d9e8b58355b2f1d934241a978a76096e91d80b34ef7fdb2821ae5]]
**Document description:**Exhibit 7, Declaration of Laura L. Myers
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-14
] [a86afed7362f7715310190fa4fe11715f636b1203058e9f033e7b07ab561a437584
0fbcce5be4688ffba31c64886643a352b1ec8eb0925a937df484d29c936bb]]
**Document description:**Exhibit 8, Declaration of Laura L. Myers
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-15
] [8d4530485da9f61c53854ee5df61313d37b31c3134cde3b9e9ab481738b164fd501
c2f8a687c916fd62612e9f2e23357de23f17346011e725d9dfb09974ed561]]
**Document description:**Exhibit 9, Declaration of Laura L. Myers
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-16
] [6994843fdd212f67c42a3a49029f844b2814d2dc6ae2ed664a0040c13071d92567f
3d69fa4b1173f7152562a83fe394568e8c2fad0d8051895b92cd2261a8d86]]
**Document description:**Exhibit 10, Declaration of Laura L. Myers
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-17
] [4c51dcfc9dc7db0212668578135ac5a1b7a0b2cbe0bef47d91b18d49986b7141d1a
f174f8a7ebd4dca68e7bc06756d9c8d484e6e1bd9b827a3d3a6f83cc13bd7]]
**Document description:**Exhibit 11, Declaration of Laura L. Myers
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-18
] [6fd50df5c1700e7d069eb667172eb0c3036eb509d43474398cdde59309a1cc72a7c
33b21e35ded4304d600cdc92546a0f291959da2bca32ed953769fd0fb83f0]]
**Document description:**Affidavit of R. Scott Johnson
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-19
] [236622272a960128558939f7ab22fd8543479236177b2b721c0fd04f9783b9e1265
a72c4b62667028eab8a6046b098f5baa13952e63e27b8f06fddcaa03209a2]]
**Document description:**Exhibit A, Declaration of R. Scott Johnson
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-20
] [7e33c4cd15810d04a22525eb18efc02b768da9cca2cc9a47031a6213c9fe7557197
8ca1ad2373321732f9145cd842d334ac3245da72790d1c72f1ddaf4e26d93]]
**Document description:**Exhibit B, Declaration of R. Scott Johnson
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-21
] [6df56f37f8161f4accd90b9835cea35a27e15de8f0bbf1dd27de03ef6e4914fdf2f

a6e8c35554a210536509e87d3062207fcaebcaab72176c74d28c29eaae13e]]
**Document description:**Exhibit C, Declaration of R. Scott Johnson
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077055697 [Date=8/2/2024] [FileNumber=3858094-22
] [24b429cfbdb3d0f7bb7daeedb52bcb6d7bbe774adb1e5d894f68aab33b50026e37c
1815eee947f66e803be8211c1c3c981af5fbcac117e3a773f22b5235d3e79]]