IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>　　　Plaintiff,<br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　Counterclaim Plaintiff,<br>vs.<br><br>DRAKE UNIVERSITY,<br><br>　　　Counterclaim Defendant. | Case No. 4:24-CV-00227-SMR-SBJ<br><br>**DEFENDANTS' AND COUNTERCLAIM PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

As required by LR 7.1, Defendant Des Moines Area Community College Foundation ("DMACCF") and Defendant and Counterclaim Plaintiff Des Moines Area Community College ("DMACC") provide the following information to the court:

(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to either DMACCF or DMACC as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the outcome in the case:

　　None; while the Defendants are legally separate entities, they share an interest and connection in this litigation.

(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

DMACC and the DMACCF are both named defendants. DMACCF is a public charity whose Board is selected by DMACC. DMACC is a school corporation organized under Iowa Code Chapter 260C.

Date: August 8, 2024

/s/ *R. Scott Johnson*

R. Scott Johnson (#AT0004007)
FREDRIKSON & BYRON, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA  50309-1977
Telephone:  (515) 242-8900
E-mail:  RSJohnson@fredlaw.com

Laura L. Myers (Minn. #0387116)
(admitted *Pro Hac Vice*)
FREDRIKSON & BYRON, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
Telephone:  (612) 492-7000
E-mail:  LMyers@fredlaw.com

***Attorneys for Defendants and Counterclaim Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2024, I electronically filed the **DEFENDANTS' AND COUNTERCLAIM PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the ECF, who in turn sent notice to the following:

Joshua J. Conley, Esq.
  jconley@zarleyconley.com
John D. Gilbertson, Esq.
  jgilbertson@zarleyconley.com
ZARLEYCONLEY PLC
580 Market Street, Suite 101
West Des Moines, IA  50266

*Attorneys for Plaintiff and
Counterclaim Defendant*

                                                           */s/ Erica Palmer*
                                                           Erica Palmer

#83236021