IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>  Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION AND DES MOINES AREA COMMUNITY COLLEGE<br>  Defendants. | No. 4:24-cv-00227<br><br>**MOTION FOR LEAVE TO FILE PLAINTIFF'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION UNDER SEAL IN ACCORDANCE WITH DKT. 28** |

Plaintiff Drake University ("Drake") hereby moves the Court for an Order to temporarily and provisionally seal Drake's Reply Brief in support of its Motion for Preliminary Injunction under the same conditions set forth in Court's Order issued on August 2, 2024 regarding Defendants' Resistance materials (Dkt. 28).

1. On July 31, 2024, Drake moved for an order to seal Docket entries 20, 21, and 23 and all subparts, along with any supporting or related materials (the "Motion"), pending the outcome of Drake's impending motion to disqualify counsel for Defendants ("DMACC") which will be filed on or before August 13, 2024.  Dkt. 24.

2. The Court granted the Motion temporarily and provisionally on August 2, 2024 subject to a full determination of various matters raised in the Motion and DMACC's resistance materials, namely Drake's impending motion to disqualify.  *See* Dkt. 28.

3. Drake does not believe its Reply brief contains confidential or otherwise protected information.  However, the Reply brief responds directly to the allegations in DMACC's Resistance with respect to the strength and enforceability of Drake's trademarks, and filing the Reply on the public docket would in effect disclose the substance of DMACC's Resistance which has been temporarily sealed.

4.  Drake defers to the Court's discretion on whether to seal under the circumstances. To err on the side of caution, Drake believes it is most consistent with the Court's Order reflected in Dkt. 28 to seal Drake's Reply brief under the same conditions as DMACC's Resistance, i.e., pending the outcome of Drake's impending motion to disqualify which will be filed on or before August 13, 2024 in compliance with the Court's Order dated August 6, 2024 (Dkt. 32).

5.  Pursuant to Local Rule 7(k), on August 8, 2024 Drake's counsel contacted DMACC's counsel to inquire whether DMACC consented to the present motion. DMACC's counsel declined on the basis that the record does not contain confidential or protected information.

**WHEREFORE,** for the reasons herein, Drake respectfully requests that the Court grant it leave to file its Reply Brief in support of its Motion for Preliminary Injunction under seal temporarily and provisionally on the same conditions set forth in Dkt. 28.

Respectfully submitted,

Dated: August 9, 2024              **ZARLEYCONLEY PLC**

By:    /s/John D. Gilbertson
       John D. Gilbertson, AT0014515
       Joshua J. Conley, AT0011828
       580 Market Street, Suite 101
       West Des Moines, IA 50266
       Telephone:  (515) 558-0200
       Facsimile:   (515) 558-7790
       jgilbertson@zarleyconley.com
       jconley@zarleyconley.com
       **ATTORNEYS FOR PLAINTIFF**