IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE<br>    Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE,<br>    Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>    Counterclaim Defendant. | No. 4:24-cv-00227<br><br>**UNOPPOSED** **MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiff Drake University ("Drake") hereby moves the Court for an Order granting it leave to file an overlength Reply Brief in support of its Amended Motion for Preliminary Injunction (Dkt. 18).

1.   Pursuant to Local Rule 7(g), Reply Briefs should not exceed five pages.

2.   Due to the extended briefing filed by both sides in connection with Drake's Motion for Preliminary Injunction, the number and complexity of issues calls for additional pages to adequately address.

3.   Drake's Reply Brief is **8 pages** excluding the caption/cover page.

4.   Pursuant to Local Rule 7(k), the undersigned has conferred with Defendants' counsel, who does not object to this motion.

**WHEREFORE,** Drake respectfully requests that this Court grant this motion and direct the Clerk of Court to detach and docket Drake's attached Reply Brief and exhibits pursuant to Local Rule 7(h).

                                  Respectfully submitted,

Dated: August 9, 2024                **ZARLEYCONLEY PLC**

By:   /s/John D. Gilbertson
        John D. Gilbertson, AT0014515
        Joshua J. Conley, AT0011828
        580 Market Street, Suite 101
        West Des Moines, IA 50266
        Telephone:  (515) 558-0200
        Facsimile:   (515) 558-7790
        jgilbertson@zarleyconley.com
        jconley@zarleyconley.com
        **ATTORNEYS FOR PLAINTIFF**