

EXHIBIT 122

001

























013





