













EXHIBIT

123



# Campus Recreation

DMACC / CAMPUS RECREATION / CAMPUS RECREATION

FOLLOW US   

| Intramural Sports »| Extramurals »| Club Sports »|
|---|---|---|
| Part of the total college experience and a tradition at DMACC | Represent DMACC and play against other college teams | Compete at a high level and represent DMACC in the state, region, and nation |

| Group Fitness »| Personal Training »| Facilities »|
|---|---|---|
| Offered to students, faculty and staff through Trail Point | Offered to students, faculty, and staff through Trail Point | A more in-depth look at our indoor and outdoor facilities |

| eSports »| Student Activities »| Meet the Staff »|
|---|---|---|
| Play, discuss, and participate in video game culture | Additional activities on campus | |



DON'T MISS OUR EVENTS!

SUBSCRIBE TODAY!

text **DMACCSTUDENTLIFE** to 22999



Watch DMACC Bears Games Live

Watch Livestream here



**Officials Needed**

Campus Rec is looking for Officials & Score Keepers

Contact: Andy Nelson, 515-964-6539

12:53 PM
8/9/2024

**002**