

DMACC ANKENY BOOKSTORE         12/08/23
HAT  DMACC ATHLETIC/RO/WH/H-ADJ    530

028533978    PKG QTY:           $20.00
HAT ADJUSTABLE CAPS HEADWEAR COTTON CAPS
BRAND: FOLLETT ON DEMAND

EXHIBIT 125