# United States of America
### United States Patent and Trademark Office



**Reg. No. 4,872,849**
**Registered Dec. 22, 2015**
**Int. Cl.: 24**

**TRADEMARK**

**PRINCIPAL REGISTER**



KANSAS CITY ROYALS BASEBALL CORPORATION (MISSOURI CORPORATION)
HARRY S. TRUMAN SPORTS COMPLEX
1 ROYAL WAY
KANSAS CITY, MO 64129

FOR: FABRICS, NAMELY, TOWELS, CLOTH PENNANTS AND FELT PENNANTS, BED SHEETS, PILLOW CASES, COMFORTERS, BEDSPREADS, BLANKETS, BLANKET THROWS, POT HOLDERS, OVEN MITTS, KITCHEN TOWELS, CLOTH BANNERS, CLOTH FLAGS, HANDKERCHIEFS, WASHCLOTHS, AND TAPESTRIES OF TEXTILES, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 5-3-2002, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 03/26/1969.; IN COMMERCE 5-3-2002, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 03/26/1969..

OWNER OF U.S. REG. NOS. 1,034,779, 2,665,338 AND OTHERS.

THE MARK CONSISTS OF A POLYGON-SHAPED BANNER THAT DEPICTS THE STYLIZED LETTERS "KC" AT MIDPOINT AND A FOUR-POINTED CROWN THAT APPEARS TO HOVER SLIGHTLY ABOVE THE BANNER'S TOP LINE.

SEC. 2(F) AS TO: "KC".

SER. NO. 86-417,850, FILED 10-8-2014.

ANDREA BUTLER, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office

**EXHIBIT 126**

001

# Royals finalize Opening Day roster

March 28th, 2019


Jeffrey Flanagan
@FlannyMLB

Share



ADVERTISEMENT



## Related

No. 8 prospect Jensen gets boost from this big leaguer
August 8th, 2024


'Special' Witt blasts two dingers, gets serenaded with 'MVP' chants
August 7th, 2024


Podcast: Witt keeps on doing MVP things for Royals


KANSAS CITY -- The Royals finally set their Opening Day roster after a flurry of last-minute moves, but as expected, the roster is loaded with newcomers.

Only nine players who were on the 2018 Opening Day roster are on this year's squad. Among the new faces are two-feel good stories: right-hander Kyle Zimmer and first baseman/DH Frank Schwindel, who are among eight players on an Opening Day roster for the first time.

Here's a look at the Royals' 25-man roster:

**002**