# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,972,248**

**Registered Jan. 28, 2020**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Dordt University, Incorporated  (IOWA non-profit corporation )
498 4th Avenue N.e.
Sioux Center, IOWA 51250

CLASS 25: Socks; Sweat bands; Rain ponchos; T-shirts; Shirts; Jackets; Vests; Sweatshirts; Hoodies; Sweat pants; Pants; Shorts; Hats

FIRST USE 00-00-2012; IN COMMERCE 00-00-2012

The mark consists of the stylized letter "D" placed on top of a shield design.

SER. NO. 88-507,522, FILED 07-10-2019



Director of the United States
Patent and Trademark Office

