

REQUEST INFO　　VISIT CAMPUS　　APPLY



Notable　　May 13, 2019

# DORDT NOW OFFICIALLY KNOWN AS DORDT UNIVERSITY

EXHIBIT
128

8/4/24, 1:40 PM                    Case 4:24-cv-00227-SMR-SBJ   Document 38-9   Filed 08/09/24   Page 2 of 8
                                         Dordt Now Officially Known as Dordt University | Dordt University

The change is official as of May 13

As of May 13, 2019, Dordt College is now officially known as Dordt University.

Many Dordt University updates will take place this summer, including changes to gateway signage and the football field turf. The Dordt University logo, which was introduced in October at Defender Days, will be implemented campus-wide, replacing the Dordt College logo.

"We look forward to God's continued faithfulness to Dordt University as we seek to be obedient to our calling to develop kingdom citizens to serve throughout the world," says Brandon Huisman, vice president of enrollment and marketing at Dordt. "This is our next chapter as Dordt University."

The name "Dordt University" fits Dordt's mission, highlights the excellence of its academic programs, and emphasizes its global footprint.

"Dordt University best describes who we are and who we are becoming," says President Erik Hoekstra. "Over the years, we have developed academic and co-curricular programs that grow out of our mission to prepare students to serve in the professions they enter and the communities in which they live. Dordt now looks and acts more like a university than a college."

In addition to a diverse array of more traditional undergraduate programs, Dordt's academic offerings include online studies, graduate programs, and professional-technical associate degrees. Dordt alumni live all over the world, and current students come from more than 26 countries.

"In many countries, the word 'college' refers to 'high school,' so some students overlook Dordt as an option for postsecondary education," says Dr. Richard Mouw, president emeritus of Fuller Seminary and Dordt Board of Trustees member. "Potential graduate students search for universities. We want graduate and international students to see Dordt as an engaging, challenging place to learn."

Dr. Mark Christians, psychology professor and faculty chair, says that the university initiative will help faculty to expand their research efforts while continuing to focus on student learning.

"The faculty will continue to engage with students in their quality teaching and research," says Christians. "Faculty are committed to carrying out the mission and vision in order to equip students to work for Christ-centered renewal in all of areas of life in God's kingdom."

**PREVIOUS ARTICLE**



Academics     May 22, 2019

### The Prodigal Love of God: Reencountering Dort at 400 and Beyond

Dordt and the Andreas Center to host "The Prodigal Love of God" conference **Read More**

**NEXT ARTICLE**



Voice     Mar 15, 2019

### Weather Warrants Campus Closure

**Read More**



## VIEW ALL DORDT NEWS

**View News**

 **RELATED EVENTS**	View All

**AUG 9**  General
Soccer & Women's Volleyball Early Arrivals

**AUG 17**  Athletics   Women's   Volleyball
8/17 11:00 AM Dordt University Women's Volleyball vs Mayville State

**AUG 17**  Athletics   Men's   Soccer
8/17 1:00 PM Dordt University Men's Soccer vs William Woods



# GIVING TO DORDT

Learn how you can give back to Dordt University and support our mission to provide distinctly Christ-centered education for decades to come.

Donate Now    Learn More



700 7th Street NE
Sioux Center, IA 51250-1606

Get Directions

## FIND

Academic Catalog

Alumni Resources

Español

Faculty Information

## CAMPUS RESOURCES

Campus Map

Events Calendar

Live Events

## MORE TO EXPLORE

Dordt News

For Parents

Job Openings

Military Information

Student Stories

## CONTACT

1-800-343-6738

Directions

Contact Us

    

## NOTICE OF NON-DISCRIMINATION

The commitment of Dordt University to nondiscrimination on the basis of age, color, disability, gender, national or ethnic origin, veteran status, or race in its employment policies is consistent with federal and state requirements. Any concerns regarding discrimination on the basis of gender or disability should be sent to Dordt's Title IX coordinator.

©2024 Dordt University, All Rights Reserved.

Privacy Policy   |   Notice of Nondiscrimination   |   Title IX   |   Report It   |   EADA   |   Diversity at Dordt