PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 77309671**
**Filing Date: 10/22/2007**

**To the Commissioner for Trademarks:**

**MARK:** D (stylized and/or with design, see mark)

The literal element of the mark consists of D.
The applicant is not claiming color as a feature of the mark.
The applicant, Drake University, a corporation of Iowa, having an address of
    2507 University Avenue
    Des Moines, Iowa 50311
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

    International Class 021:  Beverage containers, namely coffee mugs; drinking glasses, steins, stemware, shot glasses, sippy cups; water bottles sold empty; travel mugs; thermal insulated containers for beverages, serving bowls, insulated sleeve-holders for beverages; ornaments, ceramic figures; coasters not of paper

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 021, the mark was first used at least as early as 08/12/2005, and first used in commerce at least as early as 08/12/2005, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) scanned image of the goods showing the mark.
Specimen File1

    International Class 025:  Clothing for men, women and children, namely, shirts, shorts, t-shirts, hats, caps, socks, jackets, pants, sweatsuits, sweatshirts, sweatpants, sleepwear, rainwear, sweaters and visors

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 025, the mark was first used at least as early as 08/12/2005, and first used in commerce at least as early as 08/12/2005, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) scanned photo of t-shirt showing the mark.
Specimen File1

    International Class 041:  Entertainment and educational services; namely, conducting collegiate educational programs leading to undergraduate, postgraduate, and professional degrees, and conducting collegiate sporting events, namely, football, baseball, softball, tennis, soccer, crew, cross country, golf, volleyball, basketball, and track events

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 041, the mark was first used at least as early as 08/12/2005, and first used in commerce at least as early as 08/12/2005, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) scanned image of front cover of a brochure and representative pages.
**JPG file(s):**
Specimen File1
**Original PDF file:**

**EXHIBIT 129**

spec-207199243193-120946493_._D162-27_Spec_Class_41_2_9.21.07.PDF
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
spec-207199243193-120946493_._D162-27_Spec_Class_41_3_9.21.07.PDF
**Converted PDF file(s)** (1 page)
Specimen File1


The applicant hereby appoints Christine Lebron-Dykeman and Bruce W. McKee, Michael G. Voorhees, Edmund J. Sease, Mark D. Hansing, Kirk M. Hartung, Heidi Sease Nebel, Wendy K. Marsh, Jeffrey D. Harty, R. Scott Johnson, John D. Goodhue, Steven P. Smith, Robert A. Hodgson, Janae Lehman Bell, Kurt R. Van Thomme, Janet E. Phipps Burkhead, and Kyle S. Coleman of McKee, Voorhees & Sease, PLC
   Suite 32300
   801 Grand Avenue
   Des Moines, Iowa 50309-2721
   United States
to submit this application on behalf of the applicant. The attorney docket/reference number is T55461US00.
   Correspondence Information: Christine Lebron-Dykeman
                  Suite 32300
                  801 Grand Avenue
                  Des Moines, Iowa 50309-2721
                  515-288-3667(phone)
                  515-288-1338(fax)
                  patatty@ipmvs.com (authorized)

A fee payment in the amount of $975 has been submitted with the application, representing payment for 3 class(es).

**Declaration**


**Original PDF file:**
hw_207199243193-120946493_._D162-27_Delcaration_10.22.07.PDF
**Converted PDF file(s)** (1 page)
Signature File1
Signatory's Name: Victoria Payseur
Signatory's Position: VP Business & Finance


RAM Sale Number: 5797
RAM Accounting Date: 10/22/2007

Serial Number: 77309671
Internet Transmission Date: Mon Oct 22 12:16:31 EDT 2007
TEAS Stamp: USPTO/BAS-XXX.XXX.XXX.XXX-20071022121631
029210-77309671-40009df2d7cf8c4c26b30e28
e848b9745-DA-5797-20071022120946493273



THINK BLUE

D


















