IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE<br>    Defendants. | No. 4:24-cv-00227<br><br>**DECLARATION OF<br>JOHN D. GILBERTSON** |
| DES MOINES AREA COMMUNITY COLLEGE,<br>    Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>    Counterclaim Defendant. | |

I, John D. Gilbertson, declare under penalty of perjury that the following is true and correct:

1. I am counsel of record for Plaintiff Drake University and am competent to make this declaration based on my personal knowledge.

2. Exhibit 121 is this Declaration.

3. Exhibit 122 is a true and correct collection of 16 screenshots taken from Defendants' online bookstore. The following numbered paragraphs contain URL web addresses of each screenshot, which correspond to the page numbers in Exhibit 122 (e.g. the URL in subparagraph 5 below corresponds to the screenshot at page 5 of Exhibit 122):

   1) https://www.bkstr.com/desmoinesccankenystore/product/crew-9oz-1c-fsn-wd-othtr-xs---214106-1

**EXHIBIT 121**

2) https://www.bkstr.com/desmoinesccankenystore/product/lst-2c-ssn-msct-ms-oxfor-sm---102280-1

3) https://www.bkstr.com/desmoinesccankenystore/product/des-moines-champion-fleece-crew-dmacc---mom---online-only-480867-1

4) https://www.bkstr.com/desmoinesccankenystore/product/des-moines-champion-long-sleeve-t-shirt-dmacc---mom---online-only-640167-1

5) https://www.bkstr.com/desmoinesccankenystore/product/des-moines-champion-t-shirt-dmacc---mom---online-only-142450-1

6) https://www.bkstr.com/desmoinesccankenystore/product/des-moines-champion-womens-core-short-sleeve-tee-dmacc---mom---online-only-186586-1

7) https://www.bkstr.com/desmoinesccankenystore/product/des-moines-champion-womens-powerblend-pullover-hood-dmacc---mom---online-only-453559-1

8) https://www.bkstr.com/desmoinesccankenystore/product/des-moines-champion-womens-powerblend-pullover-hood-dmacc---mom---online-only-796331-1

9) https://www.bkstr.com/desmoinesccankenystore/product/des-moines-champion-youth-short-sleeve-tee-dmacc---bear-nation---online-only-770220-1

10) https://www.bkstr.com/desmoinesccankenystore/product/des-moines-full-length-apron-dmacc---bear-nation---online-only-466010-1

11) https://www.bkstr.com/desmoinesccankenystore/product/des-moines-sweatshirt-blanket-dmacc---bear-nation---online-only-447995-1

12) https://www.bkstr.com/desmoinesccankenystore/product/w-pwrblend-hood-2c-white-xs---137916-1

      13) https://www.bkstr.com/desmoinesccankenystore/product/des-moines-womens-long-sleeve-v-neck-tee--dmacc---bear-nation---online-only-609774-1

      14) https://www.bkstr.com/desmoinesccankenystore/product/des-moines-womens-long-sleeve-v-neck-tee--dmacc---mom---online-only-869505-1

      15) https://www.bkstr.com/desmoinesccankenystore/product/des-moines-full-color-mug-15oz-dmacc---alumni-stacked---online-only-46132-1

      16) https://www.bkstr.com/desmoinesccankenystore/product/des-moines-nbn-recycled-outdoor-15-can-cooler-dmacc---bear-nation---online-only-750050-1

4. Exhibit 123 is a true and correct collection of two screenshots taken from Defendants' website. The following numbered paragraphs contain URL web addresses of each screenshot, which correspond to the page numbers in Exhibit 123:

      1) https://help.dmacc.edu/TDClient/392/Portal/Home/

      2) https://internal.dmacc.edu/campusrecreation/Pages/campus-recreation.aspx

5. Exhibit 124 is a true and correct screenshot from DMACC's official YouTube page, located at https://www.youtube.com/dmaccvideos.

6. Exhibit 125 is a true and correct copy of a photograph of the label on the underside of the bill of the DMACC hat shown at Dkt. 5-16, ¶ 5.

7. Exhibit 126, at page 1, is a true and correct copy of the registration certificate for U.S. Trademark Reg. No. 4,872,849. Page two is a screenshot of a website featuring the Kansas City Royals logo in color, located at https://www.mlb.com/news/royals-opening-day-roster-2019.

8. Exhibit 127 is a true and correct copy of the registration certificate for U.S. Trademark Reg. No. 5,972,248.

9.      Exhibit 128 is a true and correct copy of an article about Dordt College's transition to Dordt University, located at https://www.dordt.edu/news/dordt-college-becomes-dordt-university.

10.     Exhibit 129 is a true and correct copy of an excerpt from the original application materials to register Drake's Academic "D" trademark with the United States Patent and Trademark Office, which matured into U.S. Trademark Reg. No. 3,498,202 (Dkt. 1-33).

 

Respectfully submitted,

Dated: August 9, 2024                    **ZARLEYCONLEY PLC**

By:     /s/John D. Gilbertson
John D. Gilbertson, AT0014515
Joshua J. Conley, AT0011828
580 Market Street, Suite 101
West Des Moines, IA 50266
Telephone:  (515) 558-0200
Facsimile:   (515) 558-7790
jgilbertson@zarleyconley.com
jconley@zarleyconley.com
**ATTORNEYS FOR PLAINTIFF**