



002



003



004





006















013



014



**015**



016