

EXHIBIT 123

001

https://internal.dmacc.edu/campusrecreation/Pages/campus-recreation.aspx

# Campus Recreation

DMACC / CAMPUS RECREATION / CAMPUS RECREATION

FOLLOW US

## Intramural Sports

Part of the total college experience and a tradition at DMACC

## Extramurals

Represent DMACC and play against other college teams

## Club Sports

Compete at a high level and represent DMACC in the state, region, and nation

## Group Fitness

Offered to students, faculty and staff through Trail Point

## Personal Training

Offered to students, faculty, and staff through Trail Point

## Facilities

A more in-depth look at our indoor and outdoor facilities

## eSports

Play, discuss, and participate in video game culture

## Student Activities

Additional activities on campus

## Meet the Staff

Watch DMACC Bears Games Live

Watch Livestream here

**Officials Needed**

Campus Rec is looking for Officials & Score Keepers

Contact: Andy Nelson, 515-964-6539

12:53 PM
8/9/2024

