



EXHIBIT
124