# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,872,849**
**Registered Dec. 22, 2015**
**Int. Cl.: 24**

**TRADEMARK**
**PRINCIPAL REGISTER**

KANSAS CITY ROYALS BASEBALL CORPORATION (MISSOURI CORPORATION)
HARRY S. TRUMAN SPORTS COMPLEX
1 ROYAL WAY
KANSAS CITY, MO 64129

FOR: FABRICS, NAMELY, TOWELS, CLOTH PENNANTS AND FELT PENNANTS, BED SHEETS, PILLOW CASES, COMFORTERS, BEDSPREADS, BLANKETS, BLANKET THROWS, POT HOLDERS, OVEN MITTS, KITCHEN TOWELS, CLOTH BANNERS, CLOTH FLAGS, HANDKERCHIEFS, WASHCLOTHS, AND TAPESTRIES OF TEXTILES, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 5-3-2002, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 03/26/1969.; IN COMMERCE 5-3-2002, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 03/26/1969..

OWNER OF U.S. REG. NOS. 1,034,779, 2,665,338 AND OTHERS.

THE MARK CONSISTS OF A POLYGON-SHAPED BANNER THAT DEPICTS THE STYLIZED LETTERS "KC" AT MIDPOINT AND A FOUR-POINTED CROWN THAT APPEARS TO HOVER SLIGHTLY ABOVE THE BANNER'S TOP LINE.

SEC. 2(F) AS TO: "KC".

SER. NO. 86-417,850, FILED 10-8-2014.

ANDREA BUTLER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**EXHIBIT 126**

001

# Royals finalize Opening Day roster

March 28th, 2019



**Jeffrey Flanagan**
@FlannyMLB

Share

ADVERTISEMENT



"I can run my business better."
—Victoria, acting instructor

Try free

AI Assistant
What's the script about?

Adobe Acrobat Pro



### Related

**No. 8 prospect Jensen gets boost from this big leaguer**
August 8th, 2024



**'Special' Witt blasts two dingers, gets serenaded with 'MVP' chants**
August 7th, 2024



**Podcast: Witt keeps on doing MVP things for Royals**



KANSAS CITY -- The Royals finally set their Opening Day roster after a flurry of last-minute moves, but as expected, the roster is loaded with newcomers.

Only nine players who were on the 2018 Opening Day roster are on this year's squad. Among the new faces are two-feel good stories: right-hander Kyle Zimmer and first baseman/DH Frank Schwindel, who are among eight players on an Opening Day roster for the first time.

Here's a look at the Royals' 25-man roster:

**002**