IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>  Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE<br>  Defendants. | No. 4:24-cv-00227<br><br>**MOTION TO DISQUALIFY COUNSEL** |
| DES MOINES AREA COMMUNITY COLLEGE,<br>  Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>  Counterclaim Defendant. | |

Plaintiff Drake University ("Drake"), pursuant to Fed. R. Civ. P. 7(b) and Local Rules 7 and 83, hereby moves the Court for an Order disqualifying R. Scott Johnson and Fredrikson & Byron, P.A. ("Fredrikson") from representing Defendants and awarding Drake its fees incurred in filing this motion. In support, Drake states as follows:

1. For at least the last 40 years, Drake has utilized the law firm of McKee, Voorhees & Sease, PLC ("MVS") exclusively to secure and protect Drake's intellectual property.

2. During this time, MVS was Drake's trusted legal advisor and in this capacity provided legal opinions and guidance regarding various intellectual property matters, including due diligence, procurement, maintenance, commercialization (e.g., licensing), litigation assessments, and coordinating prospective litigations, among a variety of other legal tasks. MVS either exclusively handled or assisted Drake in handling the drafting, prosecution, and maintenance of

all of Drake's trademarks, including U.S. Registration Nos. 1,567,283 ("Marching Spike"), 3,498,202 (the "Academic 'D"), and 4,625,043 (the "Athletic D"), all three of which are at issue in the present litigation.

3.      As a small boutique law firm practicing only in intellectual property law, Drake's understanding was that it was retaining MVS as a whole—not any one attorney—to handle all of Drake's intellectual property.

4.      Present counsel for Defendants (collectively "DMACC") includes R. Scott Johnson of Fredrikson.  Prior to joining Fredrikson in 2020, Mr. Johnson worked as an attorney at MVS for over twenty years.

5.      Mr. Johnson is or was an appointed attorney on nineteen (19) of the thirty (30) trademarks owned by Drake according to the United States Patent & Trademark Office ("USPTO") including Marching Spike, the Academic "D," and the Athletic "D."

6.      In addition to being expressly named in Drake's applications and registrations, upon information as detailed more fully in the attached Brief, Mr. Johnson's career, stature, and expertise suggest that Drake confidences were disclosed to him during his tenure at MVS.

7.      For reasons more fully set forth in the attached brief, the foregoing results in an incurable conflict of interest, which under the applicable rules is imputed to Fredrikson as a whole.

8.      Pursuant to Local Rule 7(k), counsel for Drake repeatedly requested that Mr. Johnson and Fredrikson withdraw from representing Defendants via letters explaining Drake's position. *See* Ex. 20, at 1, 41.  Mr. Johnson and Fredrikson refused to do so. *Id.* at 37, 43.  Counsel for the parties met and conferred on the issue via telephone on July 15, 2024, which was unproductive. Counsel for Drake further requested that counsel for DMACC file their responsive documents

under seal pending an outcome of this motion, which was denied. From the foregoing it is plain that Defendants do not consent to this Motion.

9.     Drake has incurred attorney fees in filing this Motion.

**WHEREFORE,** for the reasons set forth herein and in the attached Brief, Drake respectfully requests that the Court enter an Order disqualifying Mr. Johnson and Fredrikson from representing Defendants in this case, and ordering the same to pay Drake's attorney fees incurred in preparing this Motion.

Respectfully submitted,

Dated: August 13, 2024        **ZARLEYCONLEY PLC**

By:    /s/Joshua J. Conley
       Joshua J. Conley, AT0011828
       John D. Gilbertson, AT0014515
       580 Market Street, Suite 101
       West Des Moines, IA 50266
       Telephone: (515) 558-0200
       Facsimile: (515) 558-7790
       jgilbertson@zarleyconley.com
       jconley@zarleyconley.com
       **ATTORNEYS FOR PLAINTIFF**