Des Moines, Iowa     515-288-3667

# R. Scott Johnson

🏠 > Attorneys > R. Scott Johnson

Bruce W. McKee
Edmund J. Sease
Mark D. Hansing
Kirk M. Hartung
Patricia A. Sweeney - Of Counsel
Heidi S. Nebel
Michael C. Gilchrist - Of Counsel
Christine Lebron-Dykeman
R. Scott Johnson
Jill N. Link, Pharm.D.
Luke T. Mohrhauser
Brandon W. Clark
Jonathan L. Kennedy
Xiaohong Liu, Ph.D.
Sarah M. Dickhut
Gregory "Lars" Gunnerson



✉ Contact R. Scott Johnson

📞 515-288-3667
   Ext. 5926

📠 515-288-1338

▶ View Curriculum Vitae

Scott received a degree in aerospace engineering from Iowa State University in 1996 and went on to Drake University Law School. Scott received his law degree with honors and began his legal career with McKee, Voorhees & Sease in 1999.

Scott helps his clients through litigation and licensing matters with a focus on his clients' business needs. As chair of the litigation practice group, Scott represents clients in a variety of matters, including patent infringement, trademark infringement, trade secret misappropriation, copyright infringement, unfair competition, tortious interference, and licensing disputes. A registered patent attorney with nearly 20 years of experience, Scott has represented clients in over 70 litigation matters throughout 30+ jurisdictions. Being a certified licensing professional, Scott knows there are a variety of ways to get the deal done and resolve disputes in ways that continue the focus on his client's business needs.

Scott's clients include a variety of companies and individuals in several industries, including software, bioinformatics, robotics, automotive, aerospace, manufacturing, food science, agriculture, health care, and genetics. In addition to representing his clients, Scott enjoys coaching middle school mock trial, teaching courses on intellectual property, ethics, and e-discovery issues.

Civically minded as well, Scott serves on several boards, including as board counsel for the Technology Association of Iowa where he is a past chair. Scott also chairs Bergman Academy's school board, admittedly pretends to golf, and enjoys being outdoors whenever possible. Scott is a proud father of two great kids, and the husband to a fantastic wife.

**Practice Areas:**

⚙ Mechanical Patents    📊 Software and Business Methods Patents    ⊙ Trademarks    ⚖ Litigation
🔖 Licensing    🔒 Trade Secrets    © Copyright and Media Law



**Lisa Larbi-Siaw**
Legal Assistant

✉ Contact Lisa
📞 515-288-3667 Ext. 5930

### Filewrapper®    View All

**Federal Circuit claims "Control Means" deciding factor in Summary Judgement**
October 27, 2017

**Patenting Abstract Ideas: Technology, Turnstiles, and Transformation**
October 19, 2017

**To Defer or Not to Defer? Uncertainty Ahead for USPTO Rules**
October 16, 2017

### News    View All

**MVS Attorneys To Attend American Ag Law Association Annual Law Symposium**
October 26, 2017

**Jonathan L. Kennedy To Attend Business Record Power Breakfast**
October 23, 2017

**Jill N. Link To Attend Drake University Law School's Board Of Counselor's Meeting**
October 06, 2017

### Connect with MVS

Enter your name and email address to recieve the latest news and updates from us and our attorneys.

Name

Email Address

☐ Subscribe to: MVS Newsletter
☐ Subscribe to: Filewrapper® Blog Updates

☐ I have read and agree to the terms and conditions of McKee, Voorhees & Sease, P.L.C.

Submit

**EXHIBIT 1**

Your Worldwide IP Partner since 1924 ™

MVS

2017 © Copyright McKee, Voorhees & Sease, P.L.C. All Rights Reserved.
801 Grand Ave Suite 3200 | Des Moines Iowa 50309-2721

LEGUS international network of law firms
Phone: 515-288-3667 | Fax: 515-288-1338





INTERNET ARCHIVE WaybackMachine http://www.ipmvs.com/firm/history Go AUG OCT NOV
9 captures 27
22 Aug 2015 - 27 Oct 2017 2016 2017 2018 About this capture

Des Moines, Iowa 515-288-3667

# Firm History

Our Firm > Firm History

INTERNET ARCHIVE WaybackMachine http://www.ipmvs.com/firm/history Go AUG OCT NOV
9 captures 27
22 Aug 2015 - 27 Oct 2017 2016 2017 2018 About this capture

- Legus
- Firm History
- Careers
- MVS in the Community
- MVS Employee Access
- Blog

patent lawyers, established our firm in 1924. Born in 1898, he was a veteran of WW1, did his post-graduate law study at Harvard University and received a master's degree in Patent Law (L.L.M.) from National University in Washington, D.C. As the legend goes, Talbert Dick decided to start his patent practice in Des Moines because he believed it would become a city of commerce, as it was already a railroad center.

**Since 1924, the firm has continued its growth from a solo practice to a group of intellectual property specialists.** While many things have changed since Talbert Dick's founding days, one thing has stayed the same. Our firm continues its dedication to both the practice of intellectual property law and its service to clients as a faithful advocate.

## Filewrapper® View All

Patenting Abstract Ideas: Technology, Turnstiles, and Transformation
October 19, 2017

To Defer or Not to Defer? Uncertainty Ahead for USPTO Rules
October 16, 2017

Levi's Sues Over Pocket "Tab"
October 10, 2017

## News View All

MVS Attorneys To Attend American Ag Law Association Annual Law Symposium
October 26, 2017

Jonathan L. Kennedy To Attend Business Record Power Breakfast
October 23, 2017

Jill N. Link To Attend Drake University Law School's Board Of Counselor's Meeting
October 06, 2017

## Connect with MVS

Enter your name and email address to recieve the latest news and updates from us and our attorneys.

Name

Email Address

☐ Subscribe to: MVS Newsletter

☐ Subscribe to: Filewrapper® Blog Updates

☐ I have read and agree to the terms and conditions of McKee, Voorhees & Sease, P.L.C.

Submit

Your Worldwide IP Partner since 1924 ™

2017 © Copyright McKee, Voorhees & Sease, P.L.C. All Rigths Reseved.
801 Grand Ave Suite 3200 | Des Moines Iowa 50309-2721

MVS

LEGUS international network of law firms.
Phone: 515-288-3667 | Fax: 515-288-1338

Case 4:24-cv-00227-SMR-SBJ   Document 41-2   Filed 08/13/24   Page 3 of 10

Des Moines, Iowa   515-288-3667

# Our Firm

🏠 > Our Firm

- Overview
- Legus
- Firm History
- Careers
- MVS in the Community
- MVS Employee Access
- Blog



Not only do the attorneys of McKee, Voorhees & Sease provide assistance in technical areas of intellectual property law, we strive to build meaningful relationships with our clients. By truly appreciating a client's identity, their business, and their goals, we can truly be their intellectual property partner to better fulfill our client's needs. This is extremely important to the long-term success of our clients' intellectual property assets. Whether you are a first-time inventor or a global operation with a significant intellectual property portfolio, we are prepared to build a relationship with you to help satisfy your needs.

To learn more about the MVS attorneys capable of assisting you at every level of the legal hierarchy, click on our Attorneys link at the top of the page.

McKee, Voorhees & Sease is a member of LEGUS, an international network of law firms. If you need legal representation on non-IP matters or in a foreign jurisdiction, we can refer you to other LEGUS members.

## Filewrapper®  View All

**Patenting Abstract Ideas: Technology, Turnstiles, and Transformation**
October 19, 2017

**To Defer or Not to Defer? Uncertainty Ahead for USPTO Rules**
October 16, 2017

**Levi's Sues Over Pocket "Tab"**
October 10, 2017

## News  View All

**Jonathan L. Kennedy To Attend Business Record Power Breakfast**
October 23, 2017

**Jill N. Link To Attend Drake University Law School's Board Of Counselor's Meeting**
October 06, 2017

**MVS Attorneys Attend Drake Luncheon**
October 04, 2017

## Connect with MVS

Enter your name and email address to recieve the latest news and updates from us and our attorneys.

Name

Email Address

☐ Subscribe to: MVS Newsletter
☐ Subscribe to: Filewrapper® Blog Updates

☐ I have read and agree to the terms and conditions of McKee, Voorhees & Sease, P.L.C.

Submit

Your Worldwide IP Partner since 1924 ™

2017 © Copyright McKee, Voorhees & Sease, P.L.C. All Rights Reserved.
801 Grand Ave Suite 3200 | Des Moines Iowa 50309-2721

MVS

LEGUS  international network of law firms
Phone: 515-288-3667 | Fax: 515-288-1338



INTERNET ARCHIVE WaybackMachine
http://www.ipmvs.com/services/litigation
14 captures
25 May 2015 - 18 Jun 2024
Go JUN AUG OCT 26 2016 2017 2021 About this capture

Des Moines, Iowa 515-288-3667

# Litigation

Services > Litigation

- Overview
- Patents
- Trademarks
- Litigation
- International
- Licensing
- Trade Secrets
- Copyrights
- Entertainment and Media Law

Our litigation attorneys have extensive experience protecting and defending our clients' intellectual property assets in federal and state courts around the country, and at the Patent and Trademark Office, including handling a landmark patent case before the United States Supreme Court, and appeals before the Federal Circuit, Seventh, Eighth, and Ninth Circuit Courts of Appeal.

We provide litigation and counseling services relating to:

- Patent, Trademark/Service Mark, Plant Variety Protection, and Copyright infringement
- Trade Secret Misappropriation and Unfair Competition claims
- Intellectual Property Antitrust claims
- Patent Office Trials including Post Grant Review (PGR), Inter-Partes Review (IPR), and Covered Business Method Review (CBM)
- Trademark Oppositions and Cancellations
- Alternative Dispute Resolutions including mediation and arbitration

Our attorneys blend a variety of technical expertise with proven legal experience to assist large corporations, small businesses, universities, and individuals. We keep abreast of the latest trends, developments and legal issues, and we assemble a cross-functional team of attorneys and technical advisors to provide you with high-quality, comprehensive litigation services.

We have represented the following plaintiffs and defendants in intellectual property litigation:

- Alcon Laboratories
- Apple Computer
- Cedarapids, Inc.
- Diamond Laboratories
- First National Bank of West Des Moines
- Fox Television
- Iowa Health System
- Iowa State University Research Foundation
- Katecho
- Med-Tec, Inc.
- Miller Industries
- Musco Corporation
- Northwest Bank and Trust
- Shell Oil
- Silent Drive, Inc.
- The Charles Machine Works
- University of Iowa Research Foundation
- Vector Corporation
- Volkswagen of America
- Wells' Enterprises (Blue Bunny)

INTERNET ARCHIVE WaybackMachine
http://www.ipmvs.com/services/litigation
14 captures
25 May 2015 - 18 Jun 2024
Go JUN AUG OCT 26 2016 2017 2021 About this capture

For more information on Litigation:

INTERNET ARCHIVE WaybackMachine
http://www.ipmvs.com/services/litigation
14 captures
25 May 2015 - 18 Jun 2024
Go JUN AUG OCT 26 2016 2017 2021 About this capture

Edmund J. Sease | Christine Lebron-Dykeman | R. Scott Johnson | Brandon W. Clark | Jonathan L. Kennedy | Nicholas J. Krob

Caitlin M. Andersen

Sarah M. Dickhut

## Filewrapper®

View All

A Computer Memory System is Not Abstract
August 17, 2017

The Most Difficult Definition: Considerations for Defining "Genetically Modified Organism"
August 17, 2017

Domain Name Disputes: A UDRP Primer
August 09, 2017

## News

View All

Heidi S. Nebel And Jill N. Link, Pharm.D. To Attend Autm Animal Health And Nutrition Partnering Forum
August 25, 2017

Jill N. Link, Pharm.D. To Present At Women's Business Center On Ip
August 21, 2017

Jonathan L. Kennedy And Xiaohong Liu, Ph.D. To Attend Acs Meeting
August 16, 2017

## Connect with MVS

Enter your name and email address to recieve the latest news and updates from us and our attorneys.

Name

Email Address

- Subscribe to: MVS Newsletter
- Subscribe to: Filewrapper® Blog Updates

I have read and agree to the terms and conditions of McKee, Voorhees & Sease, P.L.C.

Submit

Your Worldwide IP Partner since 1924™

2017 © Copyright Mckee, Voorhees & Sease, P.L.C. All Rigths Reseved.
801 Grand Ave Suite 3200 | Des Moines Iowa 50309-2721

MVS

international network of law firms.
Phone: 515-288-3667 | Fax: 515-288-1338

# Licensing

🏠 > Services > Licensing

- Overview
- Patents
- Trademarks
- Litigation
- International
- > Licensing
- Trade Secrets
- Copyright & Media Law

Attorneys in the licensing group at **McKee, Voorhees & Sease, P.L.C.** serve the diverse licensing needs of our clients. These clients include corporations, small businesses, universities and individuals. We advise clients and prepare agreements for all types of intellectual property, such as:

- Patent licenses
- Trademark licenses
- Trade secret and proprietary technology agreements
- Copyright licenses
- Confidential disclosures
- Employee agreements relating to intellectual property
- Research agreements
- Consulting agreements for technology, patents and copyrights

In addition, we work closely with our clients' general attorneys in reviewing or drafting intellectual property provisions for various types of agreements such as franchising statements or agreements, company purchases, sale of intellectual property, loans where intellectual property is given as collateral and joint ventures.

For more information on Licensing:



Patricia A. Sweeney - Of Counsel | Heidi S. Nebel | Michael C. Gilchrist - Of Counsel | R. Scott Johnson | Jill N. Link, Pharm.D. | Luke T. Mohrhauser



Brandon W. Clark | Nicholas J. Krob | Caitlin M. Andersen

## Filewrapper®  View All

**Patenting Abstract Ideas: Technology, Turnstiles, and Transformation**
October 19, 2017

**To Defer or Not to Defer? Uncertainty Ahead for USPTO Rules**
October 16, 2017

**Levi's Sues Over Pocket "Tab"**
October 10, 2017

## News  View All

**MVS Attorneys To Attend American Ag Law Association Annual Law Symposium**
October 26, 2017

**Jonathan L. Kennedy To Attend Business Record Power Breakfast**
October 23, 2017

**Jill N. Link To Attend Drake University Law School's Board Of Counselor's Meeting**
October 06, 2017

## Connect with MVS

Enter your name and email address to recieve the latest news and updates from us and our attorneys.

Name

Email Address

☐ Subscribe to: MVS Newsletter
☐ Subscribe to: Filewrapper® Blog Updates
☐ I have read and agree to the terms and conditions of McKee, Voorhees & Sease, P.L.C.

Submit



Your Worldwide IP Partner since 1924 ™

2017 © Copyright McKee, Voorhees & Sease, P.L.C. All Rights Reserved.
801 Grand Ave Suite 3200 | Des Moines Iowa 50309-2721
Phone: 515-288-3667 | Fax: 515-288-1338





INTERNET ARCHIVE WaybackMachine
http://www.ipmvs.com/services/trademarks
13 captures
25 May 2015 - 17 Jun 2024
JUN AUG JUN
26
2016 2017 2024
About this capture

Des Moines, Iowa 515-288-3667

# Trademarks

Services > Trademarks

- Overview
- Patents
- › Trademarks
- Litigation
- International
- Licensing
- Trade Secrets
- Copyrights
- Entertainment and Media Law

McKee, Voorhees & Sease's trademark practice includes all aspects of brand protection. Our trademark attorneys have represented clients in a wide range of matters in relation to trademarks, service marks, and trade dress, including:

- United States and foreign clearance and registration.
- Federal and state court litigation.
- Oppositions and cancellation proceedings.
- Due diligence.
- Negotiation of licenses and co-existence agreements.
- Domain name disputes.

Our trademark clients are drawn from a wide range of industries, including alcoholic and non-alcoholic beverages, agriculture, apparel, arts and entertainment, banking, consumer electronics, computer software and hardware, education, food products, healthcare, personal care products, pharmaceuticals and biotechnology.

We have assisted the following clients with obtaining and maintaining trademark registrations:

- Blaine Labs
- Drake Relays
- Iowa Health Systems
- Iowa State University
- Marion County Fair Association (Knoxville Nationals)
- Musco
- Novamex
- Renewable Energy Group
- Team Effort
- University of Iowa
- Wells Enterprises (Blue Bunny)

For more information on Trademarks:

Bruce W. McKee | Edmund J. Sease | Mark D. Hansing | Kirk M. Hartung | Heidi S. Nebel | Michael C. Gilchrist - Of

INTERNET ARCHIVE WaybackMachine
http://www.ipmvs.com/services/trademarks
13 captures
JUN AUG JUN
26

INTERNET ARCHIVE WaybackMachine
http://www.ipmvs.com/services/trademarks
13 captures
25 May 2015 - 17 Jun 2024
JUN AUG JUN
26
2016 2017 2024
About this capture

Christine Lebron-Dykeman | R. Scott Johnson | Brandon W. Clark | Jonathan L. Kennedy | Nicholas J. Krob | Caitlin M. Andersen

Sarah M. Dickhut

## Filewrapper® View All

A Computer Memory System is Not Abstract
August 17, 2017

The Most Difficult Definition: Considerations for Defining "Genetically Modified Organism"
August 17, 2017

Domain Name Disputes: A UDRP Primer
August 09, 2017

## News View All

Heidi S. Nebel And Jill N. Link, Pharm.D. To Attend Autm Animal Health And Nutrition Partnering Forum
August 25, 2017

Jill N. Link, Pharm.D. To Present At Women's Business Center On Ip
August 21, 2017

Jonathan L. Kennedy And Xiaohong Liu, Ph.D. To Attend Acs Meeting
August 16, 2017

## Connect with MVS

Enter your name and email address to recieve the latest news and updates from us and our attorneys.

Name

Email Address

☐ Subscribe to: MVS Newsletter
☐ Subscribe to: Filewrapper® Blog Updates

☐ I have read and agree to the terms and conditions of McKee, Voorhees & Sease, P.L.C.

Submit

Your Worldwide IP Partner since 1924 ™

2017 © Copyright Mckee, Voorhees & Sease, P.L.C. All Rigths Reseved.
801 Grand Ave Suite 3200 | Des Moines Iowa 50309-2721

MVS

LEGUS international network of law firms.
Phone: 515-288-3667 | Fax: 515-288-1338

INTERNET ARCHIVE WaybackMachine http://www.ipmvs.com/services/services-main Go
15 captures
25 May 2015 - 14 Sep 2017
JUN SEP OCT
14
2016 2017 2018
About this capture

Des Moines, Iowa 515-288-3667

INTERNET ARCHIVE WaybackMachine http://www.ipmvs.com/services/services-main Go
15 captures
25 May 2015 - 14 Sep 2017
JUN SEP OCT
14
2016 2017 2018
About this capture

- › Overview
- Patents
- Trademarks
- Litigation
- International
- Licensing
- Trade Secrets
- Copyrights
- Entertainment and Media Law

**At McKee, Voorhees & Sease, P.L.C.,** we help our clients obtain and protect their intellectual property rights through patents, trademark and copyright registrations; representing our clients in transactional work such as licensing when these rights are transferred; and litigating when these rights are involved in controversy.

Our firm represents clients with patent and trademark prosecution at the United States Patent and Trademark Office. We work with international associates to obtain patent and trademark protection around the world. McKee, Voorhees & Sease litigates in State and Federal Courts to protect and defend our client's intellectual property rights.

## Filewrapper® View All

Trade Secrets: Lessons for Employers
September 07, 2017

YouTube "Reaction Video" Deemed Fair Use
September 01, 2017

A Computer Memory System is Not Abstract
August 17, 2017

## News View All

Heidi S. Nebel And Jill N. Link, Pharm.D. To Attend Ag Innovation Showcase
September 11, 2017

Xiaohong Liu, Ph.D. And Oliver Couture, Ph.D. To Attend Iowa Biotech Event
September 07, 2017

Jill N. Link, Pharm.D. To Attend Csu Aginnovation Summit 2.0
September 05, 2017

## Connect with MVS

Enter your name and email address to recieve the latest news and updates from us and our attorneys.

Name

Email Address

☐ Subscribe to: MVS Newsletter
☐ Subscribe to: Filewrapper® Blog Updates

☐ I have read and agree to the terms and conditions of McKee, Voorhees & Sease, P.L.C.

Submit

Your Worldwide IP Partner since 1924 ™

MVS

2017 © Copyright McKee, Voorhees & Sease, P.L.C. All Rigths Reseved.
801 Grand Ave Suite 3200 | Des Moines Iowa 50309-2721

LEGUS international network of law firms.
Phone: 515-288-3667 | Fax: 515-288-1338

Des Moines, Iowa    515-288-3667

## MVS In The Community

🏠 > Our Firm > MVS In The Community

- Overview
- Legus
- Firm History
- Careers
- > MVS in the Community
- MVS Employee Access
- Blog

McKee, Voorhees & Sease believes that an organization should play an active role in its community. **Many of our attorneys and staff are board members and/or volunteers of civic and non-profit organizations.** McKee, Voorhees & Sease PLC sponsors scholarships at Drake University, University of Iowa and Creighton University. We also host Casual for a Cause weekly which raises funds for local and national charities.

McKee, Voorhees & Sease attorneys and staff are active in or financially supports:

- Association of University Technology Managers
- Intellectual Property Owners Association
- Licensing Executive Society
- Court Appointed Special Advocates
- Drake University Law School
- University of Iowa College of Law
- Creighton University School of Law
- Nature Conservancy
- Rotary Club
- Iowa State Bar Association Mock Trial Program
- Children and Families of Iowa
- YMCA of Greater Des Moines
- Des Moines YMCA Camp
- Beacon of Life
- Hope Ministries
- Refugee Cooperative Services
- American Red Cross
- Hospice of Central Iowa
- Animal Rescue League
- Iowa Homeless Youth & Youth Shelter Services
- Autism Society of Iowa
- Greater Des Moines Partnership
- Des Moines Symphony
- Public Safety for Polk County
- Ankeny Chamber of Commerce
- Technology Association of Iowa
- Big Brothers/Big Sisters
- University of Okoboji Foundation
- Spirit Lake Protective Association
- Drake University Bulldog Club
- Iowa State University Research Foundation
- Iowa State University Alumni Marching Band
- Saydel Eagles Endowment
- Saydel School District Board
- Johnston Soccer Club
- Blood Bank of Iowa
- Highland Memorial Cemetery
- Iowa Legal Aid
- Bergman Academy
- Blackstone American Inn of Court
- LEGUS
- March of Dimes
- Broadlawns Medical Center Foundation
- Heart Heros Inc

### Filewrapper® — View All

**Patenting Abstract Ideas: Technology, Turnstiles, and Transformation**
October 19, 2017

**To Defer or Not to Defer? Uncertainty Ahead for USPTO Rules**
October 16, 2017

**Levi's Sues Over Pocket "Tab"**
October 10, 2017

### News — View All

**MVS Attorneys To Attend American Ag Law Association Annual Law Symposium**
October 26, 2017

**Jonathan L. Kennedy To Attend Business Record Power Breakfast**
October 23, 2017

**Jill N. Link To Attend Drake University Law School's Board Of Counselor's Meeting**
October 06, 2017

### Connect with MVS

Enter your name and email address to recieve the latest news and updates from us and our attorneys.

Name

Email Address

☐ Subscribe to: MVS Newsletter
☐ Subscribe to: Filewrapper® Blog Updates

☐ I have read and agree to the terms and conditions of McKee, Voorhees & Sease, P.L.C.

Submit

**Your Worldwide IP Partner since 1924 ℠**

MVS

2017 © Copyright McKee, Voorhees & Sease, PLC. All Rights Reserved.
801 Grand Ave Suite 3200 | Des Moines Iowa 50309-2721

LEGUS international network of law firms
Phone: 515-288-3667 | Fax: 515-288-1338

https://www.ipmvs.com/
506 captures
3 Jan 2002 - 8 Aug 2024
APR JUL AUG
02
2018 2019 2020
About this capture

Des Moines, Iowa 515-288-3667

# INTELLECTUAL PROPERTY

Your Worldwide IP Partner Since 1924 ℠

At McKee, Voorhees & Sease, P.L.C., we help our clients obtain and protect their intellectual property rights through patents, trademark and copyright

in controversy. We litigate in State and Federal Courts to protect and defend our client's intellectual property rights.

https://www.ipmvs.com/
506 captures
3 Jan 2002 - 8 Aug 2024
APR JUL AUG
02
2018 2019 2020
About this capture

## FILEWRAPPER® View All

Drafting the Fine Print: Every Word is Significant in a License Agreement
June 28, 2019

State Sovereign Immunity Does Not Apply to IPR Proceedings
June 25, 2019

10 Data Privacy and Security Practices Your Business Should Adopt
June 24, 2019

## News and Events View All

MVS To Sponsor And Attend Bio World Congress Conference In Des Moines
July 01, 2019

Kirk Hartung Legus Presidency Review
June 12, 2019

Scott Johnson To Present At Iowa Acc Annual Forum
May 28, 2019

## Connect with MVS

Enter your name and email address to recieve the latest news and updates from us and our attorneys.

Name

Email Address

- [ ] Subscribe to: MVS Newsletter
- [ ] Subscribe to: Filewrapper® Blog Updates

- [ ] I have read and agree to the terms and conditions of McKee, Voorhees & Sease, P.L.C.

Submit

## Tweets by @ipmvs

McKeeVoorheesSease
@ipmvs

Us IP lawyers are just gushing over these two design patents!😍

One is a for a Heart Shaped Pepperoni Slice bit.ly/3rQb72S and one is for a Heart Shaped Cheese Slice bit.ly/3i5kSzX.

*How romantic!*

What's a heart-shaped topping you would put on your pizza?🍕

View image on Twitter

https://www.ipmvs.com/
506 captures
3 Jan 2002 - 8 Aug 2024
APR JUL AUG
02
2018 2019 2020
About this capture

McKeeVoorheesSease

Your Worldwide IP Partner since 1924 ℠

**People**
- Attorneys
- Patent Agents and Tech Advisors
- Administration

**Services**
- Overview
- Patents
- Trademarks
- Litigation
- International
- Regulatory Law
- Licensing
- Trade Secrets
- Copyrights
- Entertainment and Media
- Copyright & Media Law

**Our Firm**
- Overview
- Legus
- Firm History
- Careers
- MVS in the Community
- MVS Employee Access
- Blog

**Legal Resources**
- Overview
- News
- Subscribe
- Briefs Archive
- Blog
- Pay Bill Online

**Contact**
- Contact Us
- Parking Information

MVS

801 Grand Ave Suite 3200 | Des Moines Iowa 50309-2721

Privacy Policy | Terms of Use

2019 © Copyright McKee, Voorhees & Sease, P.L.C. All Rights Reserved.

Phone: 515-288-3667 | Fax: 515-288-1338

MVS is a member of LEGUS, an international network of law firms.

