



fredlaw.com

# R. Scott Johnson
SHAREHOLDER

**Des Moines**
515.242.8930
rsjohnson@fredlaw.com

**Services**

Litigation

Intellectual Property

Intellectual Property Litigation

Patents

Life Sciences

**Scott is a trial attorney, certified licensing professional and registered patent attorney helping clients navigate the complexities of patent, trademark, copyright and trade secret litigation, and licensing issues.**

Scott helps his clients both enforce and defend their rights in intellectual property disputes nationwide. Scott's experience includes a wide variety of patent infringement, trademark infringement, trade secret misappropriation, copyright infringement, unfair competition, tortious interference and licensing disputes. Scott works to find creative solutions to these complex problems. Scott also has the trial experience necessary to get a solution in state and federal courts, the trademark trial and appeal board, and the patent trial and appeal board.

To help his clients avoid intellectual property disputes, Scott also frequently performs related opinion work involving an in-depth analysis of patent validity and infringement questions, trademark issues, and trade secret / right to use analysis. Scott has filed patents in the mechanical and electrical arts. His experience spans numerous industries, including automotive, business services, consumer products, food and agriculture, health care, industrial manufacturing, pharmaceuticals, retail, construction, manufacturing, genetics and international importation.

## Experience

### Representative Cases

- **OTR Wheel & Engineering, et al, v. West Worldwide Services, Inc.:** Civil Action No. 2:14-CV-085-LRS (E.D. Wash. 2014) (First Chair attorney representing Defendant, West Worldwide, in an alleged trade dress infringement/trade secret misappropriation jury trial; jury verdict invalidated all of Plaintiffs' intellectual property, case confirmed on appeal).

- **Meridian Mfg. v. C&B Mfg.:** Civil Action No. C15-4238-LTS (N.D. Iowa 2015) (First Chair attorney representing Plaintiff patent owner in mechanical matter. Settled favorably shortly before trial.)

- **Roto-Mix v. Sioux Automation Ctr., Inc.:** Civil Action No. 16-CV-4166-LRR (N.D. Iowa 2016) (First Chair attorney representing Plaintiff on multiple patent infringement suit. Settled favorably shortly after favorable Markman ruling.)

**EXHIBIT 2**

# R. Scott Johnson



- **Brandt v. Harvest Int'l:** Civil Action No. 5:15-CV-4049 (N.D. Iowa 2014) (Co-First Chair attorney representing Defendant, Harvest Int'l, in a patent and trade dress infringement case; Case resolved by settlement after favorable Markman decision.)
- **Unity Health Plans Ins. Co. v. Iowa Health System:** d/b/a UnityPoint Health, Civil Action No 13- CV-845 (W.D. Wis. 2014) (Second Chair attorney in charge of experts representing Defendant, Iowa Health System, in trademark infringement case. Case resolved by favorable settlement shortly before )
- **ESM Technologies, Inc. v. BiOva, LLC and Matthew Stegenga:** Civil Action No. 6:10-cv-03009- RED (W.D. Mo. 2010) (First chair attorney representing Defendants in a patent infringement, breach of contract, trade secret misappropriation, unfair competition, tortious interference, unjust enrichment and civil conspiracy case. Case resolved by settlement.)
- **Precision Automation, Inc. v. Tech. Servs.:** Civil Action No. 07-CV-707-AC (Dist. Oregon 2008) (First Chair attorney representing Defendant, Tech. Servs., in a multiple patent and trade secret case. Case resolved by favorable settlement shortly before trial.)

## Sample Patents

- 6,205,603 Front water injection for front loading washing machine
- 6,398,035 Maximizer for gravity separators
- 6,405,585 Portable flywheel test assembly
- 6,424,618 Code generating method and code selecting method
- 6,458,188 Method and means for air filtration

# Credentials

## Education

- Certified Licensing Professional
- Drake University Law School, J.D., *with honors*
- Iowa State University, B.S. Aerospace Engineering

## Admissions

- Iowa
- U.S. Patent and Trademark Office
- U.S. District Court for the Northern District of Iowa
- U.S. District Court for the Southern District of Iowa
- U.S. Court of Appeals for the Federal Circuit

# R. Scott Johnson



- U.S. Court of Appeals for the Eighth Circuit
- U.S. Court of Appeals for the Ninth Circuit

## Recognition

- *Best Lawyers in America*, Trademark Law, 2020-2024; Litigation-Patent, 2024

## Civic & Professional

### Professional Activities

- Blackstone Inn of Court
- Iowa State Bar Association
- Polk County Bar Association
- Technology Association of Iowa, Legal Counsel and Board Member; Chairman of the Board, 2014-2015

### Community

- BioConnect Iowa, Board of Directors
- Bergman Academy, Chairman of the Board, 2015-present
- Bergman Academy Middle School Mock Trial Team, Coach
- Iowa State University, Instructor, *Pre-Law: Introduction to Intellectual Property*
- Bergman Academy, Board of Trustees; Chairman of the Board, 2015-2020

## News

Firm News | 08.17.2023
Fredrikson Attorneys Recognized in The Best Lawyers in America© 2024

Firm News | 08.18.2022
Fredrikson & Byron Attorneys Recognized in The Best Lawyers in America© 2023

Firm News | 06.24.2021
Attorney Scott Johnson Elected to BioConnect Iowa Board of Directors

Firm News | 01.13.2020
IP Litigator Scott Johnson Joins Fredrikson & Byron's Des Moines Office

## Publications & Presentations

Frequent presenter for National Business Institutes on Ethics issues

**R. Scott Johnson**



Frequent presenter for Iowa Association of Corporate Counsel on IP issues