

## News & Media

fredlaw.com

**Featured Professionals**

R. Scott Johnson

# Attorney Scott Johnson Elected to BioConnect Iowa Board of Directors

**Firm News**

06.24.2021

Fredrikson shareholder R. Scott Johnson was recently elected to serve a two-year term on the BioConnect Iowa (BCI) board of directors, effective immediately. BCI, Iowa's leading resource for bioscience innovators and entrepreneurs, aims to accelerate the growth of Iowa's bioscience sector by helping innovators turn good ideas into successful commercial endeavors.

Johnson is a trial attorney, certified licensing professional and registered patent attorney with expertise in patent, trademark, copyright and trade secret litigation, and licensing. He represents clients in state and federal court proceedings on a variety of intellectual property matters, including patent infringement, trademark infringement, trade secret misappropriation, copyright infringement, unfair competition, tortious interference and licensing disputes. Johnson also prosecutes mechanical, software and business method patents, as well as trademark and copyright applications.

BCI's mission is to make Iowa a powerhouse of bioscience research and industry and to create exciting and high-paying careers for Iowans whose work will improve the health and welfare of people around the globe. BCI focuses its efforts in four key areas: Biobased Products/Chemicals, Precision and Digital Agriculture, Vaccines and Immunotherapeutics, and Medical Devices. The organization provides entrepreneurs with guidance, advice and connections to the right people at the right time to help them turn dreams into reality.

**Fredrikson & Byron** is a leading Midwest law firm working collaboratively to help businesses achieve their goals regionally, nationally and globally. With a reputation as the firm "where law and business meet," our attorneys bring business acumen and entrepreneurial thinking to work with clients and operate as business advisors and strategic partners as well as legal counselors. The firm's 300+ attorneys are based in Minneapolis, with offices in Bismarck, Des Moines, Fargo, Mankato, St. Paul, Saltillo, Mexico, and Shanghai, China. Learn more at fredlaw.com, LinkedIn or @FredriksonLaw.

EXHIBIT
3