
Scott Johnson
Intellectual Property Attorney at Fredrikson & Byron, P.A.

Show all 22 skills →

## Recommendations

**Received**    Given

**Nothing to see for now**
Recommendations that Scott receives will appear here.

## Honors & awards

**Certified Licensing Professional**
Issued by Certified Licensing Professionals, Inc. · May 2013

Associated with McKee Voorhees & Sease

Scott has been doing licensing work for a number of years and now joins a growing group of IP professionals who have demonstrated they are dedicated to higher standards of practice in the licensing industry. Scott is currently one of only three Certified Licensing Professionals in the state. To become a Certified Licensing Professional, Scott met strict requirements in three areas:
Education; Experience (at least three years of professional-level experience involving the development, use, transfer, marketing, and/or management of IP within the past eight years); and Knowledge (Scott passed the three-hour CLP examination on subject areas including strategy, opportunity assessment, IP protection, valuation, marketing, agreement drafting and development, negotiation and agreement management).
Please note that the Supreme Court of Iowa does not certify lawyers as specialists in the practice of law and that certification is not a requirement to practice law in the State of Iowa. The CLP designation is administered by Certified Licensing Professionals, Inc.and a registry of certified licensing professionals can be found at http://www.licensingcertification.org/clp-registry/.

## Interests

**Companies**    Groups    Newsletters    Schools

  **Cessna Aircraft Company**
93,413 followers

\+ Follow

  **Polaris Inc.**
192,941 followers

\+ Follow

**EXHIBIT 4**

Show all companies →