

CLP Certification      CLP-Associate      Resources      Contact Us        **Credential Registry**

# Certified Licensing Professionals, Inc.

Elevating the Licensing Profession through Knowledge and Standards

## Certified Licensing Professional Credentials

The Certified Licensing Professional (CLP) credential is a professional designation intended to distinguish those who have demonstrated experience, proficiency, knowledge, and understanding of licensing and commercialization of intellectual property through involvement in patenting, marketing, negotiation, legal, and intellectual asset management. CLP credential holders who have retired from full-time employment may apply for the CLP-Emeritus designation.

The CLP-Associate (CLP-A) credential is designed for individuals who are either new to or are re-entering the licensing and technology transfer field. CLP-A is tailored to individuals who are interested in demonstrating a commitment to the licensing profession but do not have substantial experience in the fields of licensing, technology transfer or intellectual property management, and are not yet eligible to pursue the CLP certification.

**EXHIBIT 5**

[Diagram: "Which CLP Credential is Right for You?"]

**CLP ASSOCIATE**
- Credential designed for those new to (or re-entering) the licensing and technology transfer profession
- Demonstrates knowledge attained in early career stages and commitment to the profession
- Prepares for success in the field

**CERTIFIED LICENSING PROFESSIONAL**
- Professional certification for those with at least 3 years of licensing/IP experience
- Establishes credibility amongst colleagues and recognizes knowledge and qualifications in the field

**CLP EMERITUS**
- Credential for those who are retired from full time employment and who held the CLP within the last 3 years
- Recognizes certificants whose success in the licensing field can no longer be recognized through active participation in the profession

Access the CLP, Inc. rules of professional conduct in the Code of Conduct.



**CLP Certification**



**CLP-Associate**



**Resources**



**Governance**

## Contact Us

clpinfo@licensingcertification.org

(888) 391 - 7719

## Information

Policies

Privacy Policy

Terms and Conditions

© Copyright 2024 Network Solutions, LLC.  All rights reserved. All registered trademarks herein are the property of their respective owners.