

# Intellectual Property

fredlaw.com

### Related Services

Advertising & Marketing

Anti-Counterfeiting

Antitrust & Trade Regulation

Artificial Intelligence

Data Privacy & Security

Intellectual Property Due Diligence

Intellectual Property Litigation

Mergers & Acquisitions

Non-Competes

Patents

Trade Secrets

Trademarks & Copyrights

We acquire and protect intellectual property (IP) assets, including patents, trademarks and copyrights. We enforce your intellectual property rights and help maximize the value of your IP in business transactions. Our business clients range from individuals and small privately held business to Fortune 500 companies. The thoughtful attention we pay to clients and their changing needs often leads us to recognize better ways of serving them.

## Patents

- Patent applications and prosecution
- Product clearance
- Infringement, invalidity and freedom to operate opinions

## Trademark, Marketing & Advertising

- Trademark advice and counseling
- Trademark clearance, registration and maintenance
- Advertising copy and sweepstakes
- Agency, talent and celebrity contracts
- Copyright protection, registration and enforcement
- Domain name registration and disputes

## IP Licensing & Technology Agreements

- IP evaluation and licensing
- Complex technology and business transactions
- Software, website and app development agreements
- E-Commerce agreements, including SaaS, hosting and cloud computing
- OEM agreements

## IP Litigation

- Patent litigation
- Trademark, trade dress and false advertising litigation
- Copyright and right of publicity litigation
- Licensing disputes

**EXHIBIT 6**

**Intellectual Property** 

- Trade secret litigation
- Inter Partes Review (IPR) proceedings in the Patent Trial and Appeal Board
- Opposition and cancellation proceedings in the Trademark Trial and Appeal Board (TTAB)

## Anti-Counterfeiting

- Prevention counseling
- Registering trademarks with customs agencies
- Takedowns and litigation