


fredlaw.com

# Tina G. Yin Sowatzke
SENIOR ASSOCIATE

Minneapolis | Des Moines
612.492.7207
tyinsowatzke@fredlaw.com

### Services
Patents
Life Sciences
Intellectual Property
Advertising & Marketing
Trademarks & Copyrights

**Tina works collaboratively with clients to help protect their intellectual property assets and grow their IP portfolios through strategic planning of their current and future goals.**

Tina has experience handling and prosecuting patent applications within large patent portfolios, including global patent prosecution experience in over 15 countries. Tina's patent experience includes working with universities, corporations, startups and individual inventors in protecting various chemical- and life science-based technologies including pharmaceuticals, drug delivery systems, human and animal disease treatments and chemical products for food service, food processing, healthcare and industrial markets.

In addition to drafting and prosecuting patents, Tina is also involved in providing due diligence analysis, including evaluating freedom-to-operate and landscape analysis for portfolios involving patented and non-patented assets. Tina further has experience advising clients on protecting their business branding and products through trademarks.

Tina received her Doctor of Pharmacy degree from the Drake University College of Pharmacy and Health Sciences and gained valuable experience practicing as a licensed pharmacist in a community pharmacy practice setting prior to practicing law. Prior to joining Fredrikson, Tina practiced as an attorney at an intellectual property boutique firm.

## Experience

### Patent Experience

- Animal Health
- Biotechnology
- Compositional chemistry
- Chemical cleaning formulations
- Drug delivery systems
- Food and Beverage Technologies

EXHIBIT 9

# Tina G. Yin Sowatzke



- Pharmaceuticals

## Credentials

### Education

- Drake University Law School, J.D., May 2018, *with honors*
- Drake University College of Pharmacy and Health Sciences, Doctor of Pharmacy, May 2016, *cum laude*

### Admissions

- United States Patent and Trademark Office, 2019
- Iowa, 2018
- Iowa Pharmacist License, 2016

## Civic & Professional

### Professional Activities

- Blackstone American Inn of Court
- Leadership Council on Legal Diversity (LCLD), Pathfinder, 2022
- Polk County Women Attorneys
- Iowa Intellectual Property Law Association, Board Member
- Iowa Biotechnology Association, STEM Committee Member
- Iowa State Bar Association

### Community

- Central Iowa Wind Ensemble, Executive Board Member

## News

Firm News | 02.24.2022
Attorney Tina Yin Sowatzke Named a Leadership Council on Legal Diversity Pathfinder

## Publications & Presentations

Panelist, Elder Law, Diversity and Law Practice Track, Iowa State Bar Association Annual Meeting, June 22, 2022

**Tina G. Yin Sowatzke**



Panelist, "Celebrating our Asian-American Lawyers – Making the Iowa Bar More Welcoming and Inclusive," *Iowa State Bar Association*, May 9, 2022

Presenter, "Let's Talk About Intellectual Property: Top 10 Tips when Dealing with IP," *Immigrant Entrepreneur Summit*, November 20, 2021,

Author, "Has the Federal Circuit Made it Nearly Impossible to Maintain Genus Claims?" *American Intellectual Property law Association Chemical Practice Chronicles,* Spring/Summer 2021

Panelist, "A Fresh Perspective, Advice from Young Lawyers, for Young Lawyers," *Legus International 2020 Fall Meeting*, November 9, 2020