PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 3498202 |
| **REGISTRATION DATE** | 09/09/2008 |
| **SERIAL NUMBER** | 77309671 |
| **MARK SECTION** | |
| **MARK** | D (stylized and/or with design) |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Christine Lebron-Dykeman |
| **FIRM NAME** | MCKEE, VOORHEES & SEASE, PLC |
| **STREET** | 801 GRAND AVE STE 32300 |
| **CITY** | DES MOINES |
| **STATE** | Iowa |
| **POSTAL CODE** | 50309-8000 |
| **COUNTRY** | United States |
| **PHONE** | 515-288-3667 |
| **FAX** | 515-288-1338 |
| **EMAIL** | patatty@ipmvs.com |
| **DOCKET/REFERENCE NUMBER** | T55461US00 |
| **ATTORNEY SECTION (proposed)** | |
| **NAME** | Christine Lebron-Dykeman |
| **FIRM NAME** | MCKEE, VOORHEES & SEASE, PLC |
| **STREET** | 801 GRAND AVE STE 32300 |
| **CITY** | DES MOINES |
| **STATE** | Iowa |
| **POSTAL CODE** | 50309-2721 |
| **COUNTRY** | United States |
| **PHONE** | 515-288-3667 |
| **FAX** | 515-288-1338 |
| **EMAIL** | patatty@ipmvs.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | T55463US00 |
| | Bruce W. McKee, Edmund J. Sease, Mark D. Hansing, Kirk M. Hartung, Heidi Sease Nebel, Jeffrey D. Harty, R. Scott Johnson, John D. Goodhue, |

**EXHIBIT 12**

**001**

| | |
|---|---|
| **OTHER APPOINTED ATTORNEY** | Michael C. Gilchrist, Kyle S. Coleman, Bruce A. Johnson, Jill N. Link, Luke T. Mohrhauser, Luke C. Holst, Jonathan L. Kennedy, Daniel M. Lorentzen, and Alexandria M. Christian, all Iowa bar members |
| **CORRESPONDENCE SECTION (current)** | |
| **NAME** | CHRISTINE LEBRON-DYKEMAN |
| **FIRM NAME** | MCKEE, VOORHEES & SEASE, PLC |
| **STREET** | 801 GRAND AVE STE 32300 |
| **CITY** | DES MOINES |
| **STATE** | Iowa |
| **POSTAL CODE** | 50309-8000 |
| **COUNTRY** | United States |
| **PHONE** | 515-288-3667 |
| **FAX** | 515-288-1338 |
| **EMAIL** | patatty@ipmvs.com |
| **DOCKET/REFERENCE NUMBER** | T55461US00 |
| **CORRESPONDENCE SECTION (proposed)** | |
| **NAME** | CHRISTINE LEBRON-DYKEMAN |
| **FIRM NAME** | MCKEE, VOORHEES & SEASE, PLC |
| **STREET** | 801 GRAND AVE STE 32300 |
| **CITY** | DES MOINES |
| **STATE** | Iowa |
| **POSTAL CODE** | 50309-2721 |
| **COUNTRY** | United States |
| **PHONE** | 515-288-3667 |
| **FAX** | 515-288-1338 |
| **EMAIL** | patatty@ipmvs.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | T55463US00 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 021 |
| **GOODS OR SERVICES** | Beverage containers, namely, coffee mugs; drinking glasses, steins, stemware, shot glasses, sippy cups; water bottles sold empty; travel mugs; thermal insulated containers for beverages, serving bowls, insulated sleeve-holders for beverage containers; ornaments of china, crystal, glass, porcelain not being Christmas tree ornaments; ceramic figures; coasters not of paper and not being table linen |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN0-3810813320-151337359_._Specimen_class_21_2-25-14.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\773\096\77309671\xml1\8150002.JPG |
| **SPECIMEN DESCRIPTION** | coasters utilizing logo |

**002**

| | |
|---|---|
| **INTERNATIONAL CLASS** | 025 |
| **GOODS OR SERVICES** | Clothing for men, women and children, namely, shirts, shorts, T-shirts, hats, caps, socks, jackets, pants, sweatsuits, sweatshirts, sweatpants, sleepwear, rainwear, sweaters and visors |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN1-3810813320-151337359_._Specimen_class_25_2-25-14.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\773\096\77309671\xml1\8150003.JPG |
| **SPECIMEN DESCRIPTION** | shirt utilizing logo |
| **INTERNATIONAL CLASS** | 041 |
| **GOODS OR SERVICES** | Entertainment and educational services, namely, conducting collegiate educational programs leading to undergraduate, postgraduate, and professional degrees, and conducting collegiate sporting events, namely, football, baseball, softball, tennis, soccer, crew, cross country, golf, volleyball, basketball, and track events |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN2-3810813320-151337359_._Specimen_class_41_2-25-14.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\773\096\77309671\xml1\8150004.JPG |
| **SPECIMEN DESCRIPTION** | photograph of football team showing logo on helmets |
| **OWNER SECTION (current)** | |
| **NAME** | Drake University |
| **STREET** | 2507 University Avenue |
| **CITY** | Des Moines |
| **STATE** | Iowa |
| **ZIP/POSTAL CODE** | 50311 |
| **COUNTRY** | United States |
| **LEGAL ENTITY SECTION (current)** | |
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Iowa |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 3 |
| **NUMBER OF CLASSES PAID** | 3 |
| **SUBTOTAL AMOUNT** | 900 |
| **TOTAL FEE PAID** | 900 |
| **SIGNATURE SECTION** | |
| **ORIGINAL PDF FILE** | hw_3810813320-151337359_._Dec.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\773\096\77309671\xml1\8150005.JPG |
| **SIGNATORY'S NAME** | Debra Lukehart |
| **SIGNATORY'S POSITION** | Executive Director, Marketing and Communications |
| **PAYMENT METHOD** | DA |

| FILING INFORMATION ||
|---|---|
| **SUBMIT DATE** | Thu Feb 27 14:57:23 EST 2014 |
| **TEAS STAMP** | USPTO/S08N15-XX.XXX.XXX.XX-20140227145723023915-3498202-500628cc06c89e5d4848a28e856eb1af0937f152e683c42c972a041d79358921852-DA-1385-201402271453373344 79 |

**004**

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

# Combined Declaration of Use and Incontestability under Sections 8 & 15
**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 3498202
**REGISTRATION DATE:** 09/09/2008

**MARK:** (Stylized and/or with Design, D)

The owner, Drake University, a corporation of Iowa, having an address of
   2507 University Avenue
   Des Moines, Iowa 50311
   United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 021, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Beverage containers, namely, coffee mugs; drinking glasses, steins, stemware, shot glasses, sippy cups; water bottles sold empty; travel mugs; thermal insulated containers for beverages, serving bowls, insulated sleeve-holders for beverage containers; ornaments of china, crystal, glass, porcelain not being Christmas tree ornaments; ceramic figures; coasters not of paper and not being table linen; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) coasters utilizing logo.

**Original PDF file:**
SPN0-3810813320-151337359_._Specimen_class_21_2-25-14.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

For International Class 025, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Clothing for men, women and children, namely, shirts, shorts, T-shirts, hats, caps, socks, jackets, pants, sweatsuits, sweatshirts, sweatpants, sleepwear, rainwear, sweaters and visors; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) shirt utilizing logo.

**Original PDF file:**
SPN1-3810813320-151337359_._Specimen_class_25_2-25-14.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

For International Class 041, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Entertainment and educational services, namely, conducting collegiate educational programs leading to undergraduate, postgraduate, and professional degrees, and conducting collegiate sporting events, namely, football, baseball, softball, tennis, soccer, crew, cross country, golf, volleyball, basketball, and track events; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication

under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) photograph of football team showing logo on helmets.

**Original PDF file:**
SPN2-3810813320-151337359_._Specimen_class_41_2-25-14.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
The registrant's current Attorney Information: Christine Lebron-Dykeman of MCKEE, VOORHEES & SEASE, PLC
    801 GRAND AVE STE 32300
    DES MOINES, Iowa (IA) 50309-8000
    United States
The docket/reference number is T55461US00.

The registrant's proposed Attorney Information: Christine Lebron-Dykeman of MCKEE, VOORHEES & SEASE, PLC
    801 GRAND AVE STE 32300
    DES MOINES, Iowa (IA) 50309-2721
    United States
The docket/reference number is T55463US00.
The Other Appointed Attorney(s): Bruce W. McKee, Edmund J. Sease, Mark D. Hansing, Kirk M. Hartung, Heidi Sease Nebel, Jeffrey D. Harty, R. Scott Johnson, John D. Goodhue, Michael C. Gilchrist, Kyle S. Coleman, Bruce A. Johnson, Jill N. Link, Luke T. Mohrhauser, Luke C. Holst, Jonathan L. Kennedy, Daniel M. Lorentzen, and Alexandria M. Christian, all Iowa bar members.

The phone number is 515-288-3667.

The fax number is 515-288-1338.

The email address is patatty@ipmvs.com.
The registrant's current Correspondence Information: CHRISTINE LEBRON-DYKEMAN of MCKEE, VOORHEES & SEASE, PLC
    801 GRAND AVE STE 32300
    DES MOINES, Iowa (IA) 50309-8000
    United States
The docket/reference number is T55461US00.

The registrant's proposed Correspondence Information: CHRISTINE LEBRON-DYKEMAN of MCKEE, VOORHEES & SEASE, PLC
    801 GRAND AVE STE 32300
    DES MOINES, Iowa (IA) 50309-2721
    United States
The docket/reference number is T55463US00.


The phone number is 515-288-3667.

The fax number is 515-288-1338.

The email address is patatty@ipmvs.com.

A fee payment in the amount of $900 will be submitted with the form, representing payment for 3 class(es), plus any additional grace period fee, if necessary.

**Declaration**


**Original PDF file:**
hw_3810813320-151337359_._Dec.pdf

**006**

**Converted PDF file(s)** (1 page)
[Signature File1](Signature File1)
Signatory's Name: Debra Lukehart
Signatory's Position: Executive Director, Marketing and Communications

Mailing Address **(current):**
  MCKEE, VOORHEES & SEASE, PLC
  801 GRAND AVE STE 32300
  DES MOINES, Iowa 50309-8000

Mailing Address **(proposed):**
  MCKEE, VOORHEES & SEASE, PLC
  801 GRAND AVE STE 32300
  DES MOINES, Iowa 50309-2721

Serial Number: 77309671
Internet Transmission Date: Thu Feb 27 14:57:23 EST 2014
TEAS Stamp: USPTO/S08N15-XX.XXX.XXX.XX-2014022714572
3023915-3498202-500628cc06c89e5d4848a28e
856eb1af0937f152e683c42c972a041d79358921
852-DA-1385-20140227145337334479

**007**

## Declaration

*The mark is in use in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce. There has been no final decision adverse to the owner's claim of ownership of such mark, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

**Signature Section**

Signature: _[signature]_
Date: 2-8-14
Signatory's Name: Debra Lukehart
Signatory's Position: Executive Director, Marketing and Communications

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page **must** include both the signature information **and** the boilerplate declaration language. Do **not** include the entire application, but do ensure that the boilerplate declaration language actually appears; *a signature by itself will **not** be acceptable*. If, due to browser limitations, the boilerplate declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.