Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1963 (Rev 05/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 3498202 |
| **REGISTRATION DATE** | 09/09/2008 |
| **SERIAL NUMBER** | 77309671 |
| **MARK SECTION** | |
| **MARK** | D (stylized and/or with design, see https://tmng-al.uspto.gov/resting2/api/img/77309671/large) |
| **ATTORNEY SECTION (no change)** | |
| **NAME** | Christine Lebron-Dykeman |
| **FIRM NAME** | MCKEE, VOORHEES & SEASE, PLC |
| **INTERNAL ADDRESS** | STE 32300 |
| **STREET** | 801 GRAND AVE |
| **CITY** | DES MOINES |
| **STATE** | Iowa |
| **POSTAL CODE** | 50309-2721 |
| **COUNTRY** | United States |
| **PHONE** | 515-288-3667 |
| **FAX** | 515-288-1338 |
| **EMAIL** | patatty@ipmvs.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | T55463US00 |
| **ATTORNEY SECTION (proposed)** | |
| **NAME** | Christine Lebron-Dykeman |
| **FIRM NAME** | MCKEE, VOORHEES & SEASE, PLC |
| **INTERNAL ADDRESS** | STE 32300 |
| **STREET** | 801 GRAND AVE |
| **CITY** | DES MOINES |
| **STATE** | Iowa |
| **POSTAL CODE** | 50309-2721 |
| **COUNTRY** | United States |
| **PHONE** | 515-288-3667 |

**EXHIBIT 13**

**001**

| | |
|---|---|
| **FAX** | 515-288-1338 |
| **EMAIL** | patatty@ipmvs.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | T55463US00 |
| **OTHER APPOINTED ATTORNEY** | Bruce W. McKee, Edmund J. Sease, Mark D. Hansing, Kirk M. Hartung, Patricia A. Sweeney, Heidi S. Nebel, Michael C. Gilchrist, R. Scott Johnson, Cassandra J. Edgar, Jill N. Link, Luke T. Mohrhauser, Brandon W. Clark, Jonathan L. Kennedy, Xiaohong Liu, Nicholas J. Krob, Sarah M. Dickhut, Gregory Gunnerson, Oliver P. Couture |
| **CORRESPONDENCE SECTION (no change)** | |
| **NAME** | CHRISTINE LEBRON-DYKEMAN |
| **FIRM NAME** | MCKEE, VOORHEES & SEASE, PLC |
| **INTERNAL ADDRESS** | STE 32300 |
| **STREET** | 801 GRAND AVE |
| **CITY** | DES MOINES |
| **STATE** | Iowa |
| **POSTAL CODE** | 50309-2721 |
| **COUNTRY** | United States |
| **PHONE** | 515-288-3667 |
| **FAX** | 515-288-1338 |
| **EMAIL** | patatty@ipmvs.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | T55463US00 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 021 |
| **GOODS OR SERVICES** | Beverage containers, namely, coffee mugs; drinking glasses, steins, stemware, shot glasses, sippy cups; water bottles sold empty; travel mugs; thermal insulated containers for beverages, serving bowls, insulated sleeve-holders for beverage containers; ornaments of china, crystal, glass, porcelain not being Christmas tree ornaments; ceramic figures; coasters not of paper and not being table linen |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN0-2168117552-20180411162715475280_._2018_Renewal_Class_21.pdf |
| **CONVERTED PDF FILE(S)** **(1 page)** | \\TICRS\EXPORT17\IMAGEOUT17\773\096\77309671\xml2\S890002.JPG |
| **SPECIMEN DESCRIPTION** | screenshot of website for purchasing merchandise |
| **INTERNATIONAL CLASS** | 025 |
| **GOODS OR SERVICES** | Clothing for men, women and children, namely, shirts, shorts, T-shirts, hats, caps, socks, jackets, pants, sweatsuits, sweatshirts, sweatpants, sleepwear, rainwear, sweaters and visors |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN1-2168117552-20180411162715475280_._2018_Renewal_Class_25.pdf |
| **CONVERTED PDF FILE(S)** | |

**002**

| | |
|---|---|
| (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\773\096\77309671\xml2\S890003.JPG |
| **SPECIMEN DESCRIPTION** | screenshot of website for purchasing merchandise |
| **INTERNATIONAL CLASS** | 041 |
| **GOODS OR SERVICES** | Entertainment and educational services, namely, conducting collegiate educational programs leading to undergraduate, postgraduate, and professional degrees, and conducting collegiate sporting events, namely, football, baseball, softball, tennis, soccer, crew, cross country, golf, volleyball, basketball, and track events |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN2-2168117552-20180411162715475280_._2018_Renewal_Class_41.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\773\096\77309671\xml2\S890004.JPG |
| **SPECIMEN DESCRIPTION** | photograph of logo on helmets |

**OWNER SECTION (current)**

| | |
|---|---|
| **NAME** | Drake University |
| **STREET** | 2507 University Avenue |
| **CITY** | Des Moines |
| **STATE** | Iowa |
| **ZIP/POSTAL CODE** | 50311 |
| **COUNTRY** | United States |

**LEGAL ENTITY SECTION (current)**

| | |
|---|---|
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Iowa |

**PAYMENT SECTION**

| | |
|---|---|
| **NUMBER OF CLASSES** | 3 |
| **NUMBER OF CLASSES PAID** | 3 |
| **COMBINED §§ 8 & 9 DECLARATION/APPLICATION FILING FEE** | 1275 |
| **TOTAL FEE PAID** | 1275 |

**SIGNATURE SECTION**

| | |
|---|---|
| **ORIGINAL PDF FILE** | hw_2168117552-140130467_._2018-04-24_Signed_Renewal_Declaration.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\773\096\77309671\xml2\S890005.JPG |
| **SIGNATORY'S NAME** | David Remund |
| **SIGNATORY'S POSITION** | Executive Director, University Communications |
| **PAYMENT METHOD** | DA |

**FILING INFORMATION**

| | |
|---|---|
| **SUBMIT DATE** | Mon Apr 30 14:05:07 EDT 2018 |
| **TEAS STAMP** | USPTO/S08N09-XXX.XX.XXX.X X-20180430140507692790-34 98202-51044f4cf53c3ef4def 1c94b3265fc623ab4db688369 |

**003**

| | 69aa9e418f2ce87c084a-DA-1 9816-20180430140130467224 |
|---|---|

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1963 (Rev 05/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 3498202
**REGISTRATION DATE:** 09/09/2008

**MARK:** (Stylized and/or with Design, D (see, mark))

The owner, Drake University, a corporation of Iowa, having an address of
   2507 University Avenue
   Des Moines, Iowa 50311
   United States
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For International Class 021, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Beverage containers, namely, coffee mugs; drinking glasses, steins, stemware, shot glasses, sippy cups; water bottles sold empty; travel mugs; thermal insulated containers for beverages, serving bowls, insulated sleeve-holders for beverage containers; ornaments of china, crystal, glass, porcelain not being Christmas tree ornaments; ceramic figures; coasters not of paper and not being table linen ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screenshot of website for purchasing merchandise.

**Original PDF file:**
SPN0-2168117552-20180411162715475280_._2018_Renewal_Class_21.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

For International Class 025, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Clothing for men, women and children, namely, shirts, shorts, T-shirts, hats, caps, socks, jackets, pants, sweatsuits, sweatshirts, sweatpants, sleepwear, rainwear, sweaters and visors ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screenshot of website for purchasing merchandise.

**Original PDF file:**
SPN1-2168117552-20180411162715475280_._2018_Renewal_Class_25.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

For International Class 041, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Entertainment and educational services, namely, conducting collegiate educational programs leading to undergraduate, postgraduate, and professional degrees, and conducting collegiate sporting events, namely, football, baseball, softball, tennis, soccer, crew, cross country, golf, volleyball, basketball, and track events ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) photograph of logo on helmets.

**Original PDF file:**
SPN2-2168117552-20180411162715475280_._2018_Renewal_Class_41.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

The registrant's current Attorney Information: Christine Lebron-Dykeman of  MCKEE, VOORHEES & SEASE, PLC
   STE 32300
   801 GRAND AVE
   DES MOINES, Iowa 50309-2721
   United States
The phone number is 515-288-3667.
The fax number is 515-288-1338.
The email address is patatty@ipmvs.com. (authorized)
The docket/reference number is T55463US00.

The registrant's proposed Attorney Information: Christine Lebron-Dykeman of  MCKEE, VOORHEES & SEASE, PLC
   STE 32300
   801 GRAND AVE
   DES MOINES, Iowa 50309-2721
   United States The docket/reference number is T55463US00.
The Other Appointed Attorney(s): Bruce W. McKee, Edmund J. Sease, Mark D. Hansing, Kirk M. Hartung, Patricia A. Sweeney, Heidi S. Nebel, Michael C. Gilchrist, R. Scott Johnson, Cassandra J. Edgar, Jill N. Link, Luke T. Mohrhauser, Brandon W. Clark, Jonathan L. Kennedy, Xiaohong Liu, Nicholas J. Krob, Sarah M. Dickhut, Gregory Gunnerson, Oliver P. Couture.

The phone number is 515-288-3667.
The fax number is 515-288-1338.
The email address is patatty@ipmvs.com. (authorized)

A fee payment in the amount of $1275 will be submitted with the form, representing payment for 3 class(es), plus any additional grace period fee, if necessary.

### Declaration

**Original PDF file:**
hw_2168117552-140130467_._2018-04-24_Signed_Renewal_Declaration.pdf
**Converted PDF file(s)** (1 page)
Signature File1
Signatory's Name: David Remund
Signatory's Position: Executive Director, University Communications

Mailing Address **(current):**
  MCKEE, VOORHEES & SEASE, PLC
  801 GRAND AVE
  DES MOINES, Iowa 50309-2721

Mailing Address **(proposed):**
  MCKEE, VOORHEES & SEASE, PLC
  801 GRAND AVE
  DES MOINES, Iowa 50309-2721

Serial Number: 77309671
Internet Transmission Date: Mon Apr 30 14:05:07 EDT 2018
TEAS Stamp: USPTO/S08N09-XXX.XX.XXX.XX-2018043014050
7692790-3498202-51044f4cf53c3ef4def1c94b
3265fc623ab4db68836969aa9e418f2ce87c084a
-DA-19816-20180430140130467224



**007**



008



**009**

https://teas.uspto.gov/postreg/xslt.service?xsl=hsign&stamp=USPTO/S...

## Declaration

Read the following statements before signing. Acknowledge the statements by signing below.

- Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

- Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

- The registrant requests that the registration be renewed for the goods/services/collective organization identified above.

- To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Signature Section**

Signature: *[signature]*
Date: 4-24-2018
Signatory's Name: David Remund
Signatory's Position: Executive Director, University Communications

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page **must** include both the signature information **and** the boilerplate declaration language. Do **not** include the entire application, but do ensure that the boilerplate declaration language actually appears; *a signature by itself will **not** be acceptable*. If, due to browser limitations, the boilerplate declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.

**010**

## ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:** 3498202



**Serial Number:** 77309671



**RAM Sale Number:** 3498202

**RAM Accounting Date:** 20180501

**Total Fees:** $1275

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20180430 | $125 | 3 | 3 | $375 |
| Application for Renewal (§9) | 7201 | 20180430 | $300 | 3 | 3 | $900 |

Physical Location:    - UNKNOWN

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:** 20180430



**011**