PTO Form 2196 (Rev 9/2005)
OMB No. 0651-0056 (Exp 09/30/2011)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78836465 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 103 |
| **ATTORNEY DOCKET NUMBER** | T56065US00 |
| **MARK SECTION** | |
| **MARK** | CRAGAR |
| **ATTORNEY SECTION** | |
| **ORIGINAL ADDRESS** | David E. Rogers<br>SQUIRE, SANDERS & DEMPSEY L.L.P.<br>062654.00021<br>Two Renaissance Square<br>40 North Central Avenue, #2700<br>PHOENIX AZ 85004-4498<br>(602) 253-8129<br>(602) 528-4122 |
| **CORRESPONDENCE SECTION** | |
| **ORIGINAL ADDRESS** | David E. Rogers<br>SQUIRE, SANDERS & DEMPSEY L.L.P.<br>062654.00021<br>Two Renaissance Square<br>40 North Central Avenue, #2700<br>PHOENIX AZ 85004-4498<br>(602) 253-8129<br>(602) 528-4122 |
| **NEW OTHER APPOINTED ATTORNEYS** | Bruce W. McKee, Michael G. Voorhees, Edmund J. Sease, Mark D. Hansing, Kirk M. Hartung, Heidi Sease Nebel, Jeffrey D. Harty, Christine Lebrón Dykeman, John D. Goodhue, Steven P. Smith, Robert A. Hodgson, Janae Lehman Bell, Kurt R. Van Thomme, Janet E. Phipps Burkhead, Kyle S. Coleman, Jill N. Link, Fred J. Sharp, and Michael C. Gilchrist |
| **NEW ATTORNEY ADDRESS** | |
| **STATEMENT TEXT** | By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney. |
| **NAME** | R. Scott Johnson |
| **FIRM NAME** | McKee Voorhees & Sease, PLC |
| **STREET** | 801 Grand Avenue, Suite 3200 |
| **CITY** | Des Moines |
| **STATE** | Iowa |
| **COUNTRY** | United States |

**EXHIBIT 16**

| | |
|---|---|
| POSTAL/ZIP CODE | 50309-2721 |
| PHONE | 515-288-3667 |
| FAX | 515-288-1338 |
| EMAIL | patatty@ipmvs.com |
| ATTORNEY AUTHORIZED TO COMMUNICATE VIA E-MAIL | YES |
| ATTORNEY DOCKET NUMBER | T56065US00 |
| **NEW CORRESPONDENCE ADDRESS** | |
| NAME | R. Scott Johnson |
| FIRM NAME | McKee Voorhees & Sease, PLC |
| STREET | 801 Grand Avenue, Suite 3200 |
| CITY | Des Moines |
| STATE | Iowa |
| COUNTRY | United States |
| POSTAL/ZIP CODE | 50309-2721 |
| PHONE | 515-288-3667 |
| FAX | 515-288-1338 |
| EMAIL | patatty@ipmvs.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | YES |
| **SIGNATURE SECTION** | |
| SIGNATURE | /R. Scott Johnson/ |
| SIGNATORY NAME | R. Scott Johnson |
| SIGNATORY DATE | 03/09/2009 |
| SIGNATORY POSITION | Attorney of record, Iowa bar member. |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Mon Mar 09 17:29:18 EDT 2009 |
| TEAS STAMP | USPTO/RAA-XXX.XXX.XXX.XXX-20090309172918830077-78836465-400a26a4efc84b4dceaac4f9a1f96c5879-N/A-N/A-20090309171206222940 |

PTO Form 2196 (Rev 9/2005)
OMB No. 0651-0056 (Exp 09/30/2011)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

To the Commissioner for Trademarks:
**MARK:** CRAGAR
**SERIAL NUMBER:** 78836465
**ATTORNEY DOCKET NUMBER** T56065US00

**The original attorney**
David E. Rogers
SQUIRE, SANDERS & DEMPSEY L.L.P.
062654.00021
Two Renaissance Square
40 North Central Avenue, #2700
PHOENIX AZ 85004-4498
(602) 253-8129
(602) 528-4122

**Original Correspondence Address :**
David E. Rogers
SQUIRE, SANDERS & DEMPSEY L.L.P.
Two Renaissance Square
40 North Central Avenue, #2700
PHOENIX AZ 85004-4498
(602) 253-8129
(602) 528-4122


By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney. In addition, any additional previously-appointed attorneys that are currently listed in the application are replaced with the new "Other Appointed Attorneys" listed below.

**Newly Appointed Attorney:**
R. Scott Johnson
McKee Voorhees & Sease, PLC
801 Grand Avenue, Suite 3200
Des Moines, Iowa 50309-2721
United States
515-288-3667
515-288-1338

**Other Appointed Attorneys:**

Bruce W. McKee, Michael G. Voorhees, Edmund J. Sease, Mark D. Hansing, Kirk M. Hartung, Heidi Sease Nebel, Jeffrey D. Harty, Christine Lebrón Dykeman, John D. Goodhue, Steven P. Smith, Robert A. Hodgson, Janae Lehman Bell, Kurt R. Van Thomme, Janet E. Phipps Burkhead, Kyle S. Coleman, Jill N. Link, Fred J. Sharp, and Michael C. Gilchrist

**The following is to be used as the correspondence address:**
R. Scott Johnson
McKee Voorhees & Sease, PLC
801 Grand Avenue, Suite 3200
Des Moines, Iowa 50309-2721
United States

515-288-3667
515-288-1338
patatty@ipmvs.com

Signature: /R. Scott Johnson/     Date: 03/09/2009
Signatory's Name: R. Scott Johnson
Signatory's Position: Attorney of record, Iowa bar member.

Serial Number: 78836465
Internet Transmission Date: Mon Mar 09 17:29:18 EDT 2009
TEAS Stamp: USPTO/RAA-XXX.XXX.XXX.XXX-20090309172918
830077-78836465-400a26a4efc84b4dceaac4f9
a1f96c5879-N/A-N/A-20090309171206222940