PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97710717**
**Filing Date: 12/09/2022**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97710717 |
| **MARK INFORMATION** | |
| *MARK | UTILITY UNDER THE SINK |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | UTILITY UNDER THE SINK |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Bernard Frank |
| *MAILING ADDRESS | 4229 Huanui Street |
| *CITY | Honolulu |
| *STATE (Required for U.S. applicants) | Hawaii |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 96816 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | individual |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP** | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 009 |
| *IDENTIFICATION | water filter controllers and downloadable and recorded computer software for detecting and measuring water quality |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 011 |
| *IDENTIFICATION | water filtration apparatus; water filters |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |

**EXHIBIT 18**

001

| NAME | R. Scott Johnson |
|---|---|
| ATTORNEY DOCKET NUMBER | 85950.7 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Fredrikson & Byron, P.A. |
| INTERNAL ADDRESS | Suite 301 |
| STREET | 111 E. Grand Avenue |
| CITY | Des Moines |
| STATE | Iowa |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 50309 |
| PHONE | 515-242-8930 |
| EMAIL ADDRESS | ip@fredlaw.com |
| OTHER APPOINTED ATTORNEY | Eve Durand; Tracy L. Deutmeyer; Cynthia A. Moyer; John C. Pickerill; Courtney Thompson; Ann Dunn Wessberg |
| **CORRESPONDENCE INFORMATION** | |
| NAME | R. Scott Johnson |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | ip@fredlaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | rsjohnson@fredlaw.com; edurand@fredlaw.com; plarson@fredlaw.com |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 2 |
| APPLICATION FOR REGISTRATION PER CLASS | 350 |
| *TOTAL FEES DUE | 700 |
| *TOTAL FEES PAID | 700 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Bernard Frank/ |
| SIGNATORY'S NAME | Bernard Frank |
| SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | 808-224-6054 |
| DATE SIGNED | 12/09/2022 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 97710717**
**Filing Date: 12/09/2022**

## To the Commissioner for Trademarks:

**MARK:** UTILITY UNDER THE SINK (Standard Characters, see mark)
The literal element of the mark consists of UTILITY UNDER THE SINK. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Bernard Frank, a citizen of United States, having an address of
    4229 Huanui Street
    Honolulu, Hawaii 96816
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009:  water filter controllers and downloadable and recorded computer software for detecting and measuring water quality
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 011:  water filtration apparatus; water filters
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The owner's/holder's proposed attorney information: R. Scott Johnson. Other appointed attorneys are Eve Durand; Tracy L. Deutmeyer; Cynthia A. Moyer; John C. Pickerill; Courtney Thompson; Ann Dunn Wessberg. R. Scott Johnson of Fredrikson & Byron, P.A., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    Suite 301
    111 E. Grand Avenue
    Des Moines, Iowa 50309
    United States
    515-242-8930(phone)
    ip@fredlaw.com
The docket/reference number is 85950.7.
R. Scott Johnson submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
    R. Scott Johnson
    PRIMARY EMAIL FOR CORRESPONDENCE: ip@fredlaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): rsjohnson@fredlaw.com; edurand@fredlaw.com; plarson@fredlaw.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $700 has been submitted with the application, representing payment for 2 class(es).

### Declaration

☑ **Basis:**

<span style="color:red">**003**</span>

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- [x] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- [x] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- [x] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Bernard Frank/   Date: 12/09/2022
Signatory's Name: Bernard Frank
Signatory's Position: Owner
Signatory's Phone Number: 808-224-6054
Signature method: Sent to third party for signature
Payment Sale Number: 97710717
Payment Accounting Date: 12/09/2022

Serial Number: 97710717
Internet Transmission Date: Fri Dec 09 10:50:11 ET 2022
TEAS Stamp: USPTO/BAS-XXX.XX.XX.XXX-2022120910501278
6199-97710717-8508bdc3eb7b1e18f26cfbb271
ef790ec292ca96e14e350d82f5963317afdfa8c-
CC-50113972-20221207120330786741

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97711536**
**Filing Date: 12/09/2022**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97711536 |
| **MARK INFORMATION** | |
| *MARK | LAST INCH TECHNOLOGY |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | LAST INCH TECHNOLOGY |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Bernard Frank |
| *MAILING ADDRESS | 1936 Iwi Way |
| *CITY | Honolulu |
| *STATE (Required for U.S. applicants) | Hawaii |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 96816 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | individual |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | water filter controllers and downloadable and recorded computer software for detecting and measuring water quality |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 011 |
| *IDENTIFICATION | water filtration apparatus; water filters |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |

| | |
|---|---|
| NAME | R. Scott Johnson |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Fredrikson & Byron, P.A. |
| INTERNAL ADDRESS | Suite 301 |
| STREET | 111 E. Grand Avenue |
| CITY | Des Moines |
| STATE | Iowa |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 50309 |
| PHONE | 515-242-8930 |
| EMAIL ADDRESS | ip@fredlaw.com |
| OTHER APPOINTED ATTORNEY | Eve Durand; Tracy L. Deutmeyer; Cynthia A. Moyer; John C. Pickerill; Courtney Thompson; Ann Dunn Wessberg |
| **CORRESPONDENCE INFORMATION** | |
| NAME | R. Scott Johnson |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | ip@fredlaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | rsjohnson@fredlaw.com; edurand@fredlaw.com; plarson@fredlaw.com |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 2 |
| APPLICATION FOR REGISTRATION PER CLASS | 350 |
| *TOTAL FEES DUE | 700 |
| *TOTAL FEES PAID | 700 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Bernard Frank/ |
| SIGNATORY'S NAME | Bernard Frank |
| SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | 808-224-6054 |
| DATE SIGNED | 12/09/2022 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 97711536**
**Filing Date: 12/09/2022**

## To the Commissioner for Trademarks:

**MARK:** LAST INCH TECHNOLOGY (Standard Characters, see mark)
The literal element of the mark consists of LAST INCH TECHNOLOGY. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Bernard Frank, a citizen of United States, having an address of

    1936 Iwi Way
    Honolulu, Hawaii 96816
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009:  water filter controllers and downloadable and recorded computer software for detecting and measuring water quality
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 011:  water filtration apparatus; water filters
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The owner's/holder's proposed attorney information: R. Scott Johnson. Other appointed attorneys are Eve Durand; Tracy L. Deutmeyer; Cynthia A. Moyer; John C. Pickerill; Courtney Thompson; Ann Dunn Wessberg. R. Scott Johnson of Fredrikson & Byron, P.A., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    Suite 301
    111 E. Grand Avenue
    Des Moines, Iowa 50309
    United States
    515-242-8930(phone)
    ip@fredlaw.com

R. Scott Johnson submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

    R. Scott Johnson
    PRIMARY EMAIL FOR CORRESPONDENCE: ip@fredlaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): rsjohnson@fredlaw.com; edurand@fredlaw.com; plarson@fredlaw.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $700 has been submitted with the application, representing payment for 2 class(es).

### Declaration

☑ **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Bernard Frank/   Date: 12/09/2022
Signatory's Name: Bernard Frank
Signatory's Position: Owner
Signatory's Phone Number: 808-224-6054
Signature method: Sent to third party for signature
Payment Sale Number: 97711536
Payment Accounting Date: 12/09/2022

Serial Number: 97711536
Internet Transmission Date: Fri Dec 09 16:55:52 ET 2022
TEAS Stamp: USPTO/BAS-XXX.XX.XX.XXX-2022120916555417
9793-97711536-8509f7313435d44b1f744ac693
14d688feab88d7c292daadb3e37a1fe1359653-C
C-55521031-20221209122943185888

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97711546**
**Filing Date: 12/09/2022**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97711546 |
| **MARK INFORMATION** | |
| *MARK | WAI OLA |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | WAI OLA |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Bernard Frank |
| *MAILING ADDRESS | 1936 Iwi Way |
| *CITY | Honolulu |
| *STATE (Required for U.S. applicants) | Hawaii |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 96816 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | individual |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | water filter controllers and downloadable and recorded computer software for detecting and measuring water quality |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 011 |
| *IDENTIFICATION | water filtration apparatus; water filters |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |

| | |
|---|---|
| **NAME** | R. Scott Johnson |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Fredrikson & Byron, P.A. |
| **INTERNAL ADDRESS** | Suite 301 |
| **STREET** | 111 E. Grand Avenue |
| **CITY** | Des Moines |
| **STATE** | Iowa |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 50309 |
| **PHONE** | 515-242-8930 |
| **EMAIL ADDRESS** | ip@fredlaw.com |
| **OTHER APPOINTED ATTORNEY** | Eve Durand; Tracy L. Deutmeyer; Cynthia A. Moyer; John C. Pickerill; Courtney Thompson; Ann Dunn Wessberg |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | R. Scott Johnson |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | ip@fredlaw.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | rsjohnson@fredlaw.com; edurand@fredlaw.com; plarson@fredlaw.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 2 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| *****TOTAL FEES DUE** | 700 |
| *****TOTAL FEES PAID** | 700 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Bernard Frank/ |
| **SIGNATORY'S NAME** | Bernard Frank |
| **SIGNATORY'S POSITION** | Owner |
| **SIGNATORY'S PHONE NUMBER** | 808-224-6054 |
| **DATE SIGNED** | 12/09/2022 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 97711546**
**Filing Date: 12/09/2022**

## To the Commissioner for Trademarks:

**MARK:** WAI OLA (Standard Characters, see mark)
The literal element of the mark consists of WAI OLA. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Bernard Frank, a citizen of United States, having an address of

    1936 Iwi Way
    Honolulu, Hawaii 96816
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009:  water filter controllers and downloadable and recorded computer software for detecting and measuring water quality
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 011:  water filtration apparatus; water filters
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The owner's/holder's proposed attorney information: R. Scott Johnson. Other appointed attorneys are Eve Durand; Tracy L. Deutmeyer; Cynthia A. Moyer; John C. Pickerill; Courtney Thompson; Ann Dunn Wessberg. R. Scott Johnson of Fredrikson & Byron, P.A., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    Suite 301
    111 E. Grand Avenue
    Des Moines, Iowa 50309
    United States
    515-242-8930(phone)
    ip@fredlaw.com

R. Scott Johnson submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
    R. Scott Johnson
    PRIMARY EMAIL FOR CORRESPONDENCE: ip@fredlaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): rsjohnson@fredlaw.com; edurand@fredlaw.com; plarson@fredlaw.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $700 has been submitted with the application, representing payment for 2 class(es).

## Declaration

☑ **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- [x] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- [x] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- [x] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Bernard Frank/   Date: 12/09/2022
Signatory's Name: Bernard Frank
Signatory's Position: Owner
Signatory's Phone Number: 808-224-6054
Signature method: Sent to third party for signature
Payment Sale Number: 97711546
Payment Accounting Date: 12/09/2022

Serial Number: 97711546
Internet Transmission Date: Fri Dec 09 16:59:34 ET 2022
TEAS Stamp: USPTO/BAS-XXX.XX.XX.XXX-2022120916593604
9615-97711546-85050d41a52a0fe64ccdcc6eee
89fe7439e487891deb9d89ed3ea89641ac4740-C
C-59341102-20221209123543230997

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97748037**
**Filing Date: 01/10/2023**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97748037 |
| **MARK INFORMATION** | |
| *****MARK** | <u>HORTECOLOGY</u> |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | HORTECOLOGY |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *****OWNER OF MARK** | Greater Des Moines Botanical Garden |
| *****MAILING ADDRESS** | 909 Robert D. Ray Drive |
| *****CITY** | Des Moines |
| *****STATE** <br> **(Required for U.S. applicants)** | Iowa |
| *****COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| *****ZIP/POSTAL CODE** <br> **(Required for U.S. and certain international addresses)** | 50309 |
| *****EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | non-profit corporation |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | Iowa |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 031 |
| *****IDENTIFICATION** | Living plants; plant seeds |
| **FILING BASIS** | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| **ACTIVE PRIOR REGISTRATION(S)** | The applicant claims ownership of active prior U.S. Registration Number(s) 5977167. |
| **ATTORNEY INFORMATION** | |
| **NAME** | R. Scott Johnson |

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER** | 93119.1 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Fredrikson & Byron, P.A. |
| **INTERNAL ADDRESS** | Suite 301 |
| **STREET** | 111 E. Grand Avenue |
| **CITY** | Des Moines |
| **STATE** | Iowa |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 50309 |
| **PHONE** | 515-242-8930 |
| **EMAIL ADDRESS** | ip@fredlaw.com |
| **OTHER APPOINTED ATTORNEY** | Tracy L. Deutmeyer; Cynthia A. Moyer; John C. Pickerill; Courtney Thompson; Ann Dunn Wessberg |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | R. Scott Johnson |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | ip@fredlaw.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | rsjohnson@fredlaw.com; tdeutmeyer@fredlaw.com; plarson@fredlaw.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| *****TOTAL FEES DUE** | 350 |
| *****TOTAL FEES PAID** | 350 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Kimberley Perez/ |
| **SIGNATORY'S NAME** | Kimberley Perez |
| **SIGNATORY'S POSITION** | President & CEO |
| **SIGNATORY'S PHONE NUMBER** | 515-323-6290 |
| **DATE SIGNED** | 01/10/2023 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

### Trademark/Service Mark Application, Principal Register

**Serial Number: 97748037**
**Filing Date: 01/10/2023**

## To the Commissioner for Trademarks:

**MARK:** HORTECOLOGY (Standard Characters, see mark)
The literal element of the mark consists of HORTECOLOGY. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Greater Des Moines Botanical Garden, a non-profit corporation legally organized under the laws of Iowa, having an address of
   909 Robert D. Ray Drive
   Des Moines, Iowa 50309
   United States
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 031:  Living plants; plant seeds
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 5977167.

The owner's/holder's proposed attorney information: R. Scott Johnson. Other appointed attorneys are Tracy L. Deutmeyer; Cynthia A. Moyer; John C. Pickerill; Courtney Thompson; Ann Dunn Wessberg. R. Scott Johnson of Fredrikson & Byron, P.A., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
   Suite 301
   111 E. Grand Avenue
   Des Moines, Iowa 50309
   United States
   515-242-8930(phone)
   ip@fredlaw.com
The docket/reference number is 93119.1.
R. Scott Johnson submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
   R. Scott Johnson
    PRIMARY EMAIL FOR CORRESPONDENCE: ip@fredlaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): rsjohnson@fredlaw.com; tdeutmeyer@fredlaw.com;
plarson@fredlaw.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

### Declaration

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Kimberley Perez/   Date: 01/10/2023
Signatory's Name: Kimberley Perez
Signatory's Position: President & CEO
Signatory's Phone Number: 515-323-6290
Signature method: Sent to third party for signature
Payment Sale Number: 97748037
Payment Accounting Date: 01/10/2023

Serial Number: 97748037
Internet Transmission Date: Tue Jan 10 12:36:28 ET 2023
TEAS Stamp: USPTO/BAS-XXX.XX.XX.XXX-2023011012363003
0619-97748037-860c44b8a6bac9d01eccda3d8c
ee47ad3a05c7f87786396f39b8d946e48a6ca7-C
C-36283665-20230110104155441135

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97778364**
**Filing Date: 02/02/2023**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97778364 |
| **MARK INFORMATION** | |
| *MARK | WAI OLA PROJECT |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | WAI OLA PROJECT |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Bernard Frank |
| *MAILING ADDRESS | 1936 Iwi Way |
| *CITY | Honolulu |
| *STATE (Required for U.S. applicants) | Hawaii |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 96816 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | individual |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | water filter controllers and downloadable and recorded computer software for detecting and measuring water quality |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 011 |
| *IDENTIFICATION | water filtration apparatus; water filters |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |

**017**

| NAME | R. Scott Johnson |
|---|---|
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Fredrikson & Byron, P.A. |
| INTERNAL ADDRESS | Suite 301 |
| STREET | 111 E. Grand Avenue |
| CITY | Des Moines |
| STATE | Iowa |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 50309 |
| PHONE | 515-242-8930 |
| EMAIL ADDRESS | ip@fredlaw.com |
| OTHER APPOINTED ATTORNEY | Eve Durand; Tracy L. Deutmeyer; Cynthia A. Moyer; John C. Pickerill; Courtney Thompson; Ann Dunn Wessberg |
| **CORRESPONDENCE INFORMATION** | |
| NAME | R. Scott Johnson |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | ip@fredlaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | rsjohnson@fredlaw.com; edurand@fredlaw.com; plarson@fredlaw.com |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 2 |
| APPLICATION FOR REGISTRATION PER CLASS | 350 |
| *TOTAL FEES DUE | 700 |
| *TOTAL FEES PAID | 700 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /bernard frank/ |
| SIGNATORY'S NAME | Bernard Frank |
| SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | 808-224-6054 |
| DATE SIGNED | 02/02/2023 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 97778364**
**Filing Date: 02/02/2023**

## To the Commissioner for Trademarks:

**MARK:** WAI OLA PROJECT (Standard Characters, see mark)
The literal element of the mark consists of WAI OLA PROJECT. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Bernard Frank, a citizen of United States, having an address of

    1936 Iwi Way
    Honolulu, Hawaii 96816
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009:  water filter controllers and downloadable and recorded computer software for detecting and measuring water quality
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 011:  water filtration apparatus; water filters
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.


The owner's/holder's proposed attorney information: R. Scott Johnson. Other appointed attorneys are Eve Durand; Tracy L. Deutmeyer; Cynthia A. Moyer; John C. Pickerill; Courtney Thompson; Ann Dunn Wessberg. R. Scott Johnson of Fredrikson & Byron, P.A., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    Suite 301
    111 E. Grand Avenue
    Des Moines, Iowa 50309
    United States
    515-242-8930(phone)
    ip@fredlaw.com

R. Scott Johnson submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

    R. Scott Johnson
    PRIMARY EMAIL FOR CORRESPONDENCE: ip@fredlaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): rsjohnson@fredlaw.com; edurand@fredlaw.com; plarson@fredlaw.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $700 has been submitted with the application, representing payment for 2 class(es).

### Declaration

☑ **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /bernard frank/   Date: 02/02/2023
Signatory's Name: Bernard Frank
Signatory's Position: Owner
Signatory's Phone Number: 808-224-6054
Signature method: Sent to third party for signature
Payment Sale Number: 97778364
Payment Accounting Date: 02/02/2023

Serial Number: 97778364
Internet Transmission Date: Thu Feb 02 15:47:25 ET 2023
TEAS Stamp: USPTO/BAS-XXX.XX.XX.XXX-2023020215472721
5442-97778364-86022750b7ba6f9034875b8db1
a5beb974f707df5605637d9a9625f80ebe783d-C
C-47264754-20230126152812756846

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97779849**
**Filing Date: 02/03/2023**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97779849 |
| **MARK INFORMATION** | |
| *MARK | FINANCIAL LIT LADY |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | FINANCIAL LIT LADY |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Nanette Joell Beech |
| **DBA/AKA/TA/Formerly** | AKA Joey Beech |
| *MAILING ADDRESS | 729 NE Brook Haven Drive |
| *CITY | Ankeny |
| *STATE (Required for U.S. applicants) | Iowa |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 50021 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | individual |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP** | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 016 |
| *IDENTIFICATION | Printed materials, namely, books, articles, handout materials, worksheets, resources |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 041 |
| | Education services, namely, providing classes, seminars, speaking engagements and workshops in the field of personal |

| | |
|---|---|
| *IDENTIFICATION | finance, financial literacy, personal economics, financial wellness and well-being, financial empowerment, economic empowerment, employee benefits, financial and money coaching, podcasts, videos, newsletters, blogs, articles |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 04/00/2022 |
| FIRST USE IN COMMERCE DATE | At least as early as 04/00/2022 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE0-1994512131-202301131 74422867682_._FINANCIAL_L IT_LADY__specimen_1_-_cla ss_41_.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\977\798\97779849\xml1\ APP0003.JPG |
| ORIGINAL PDF FILE | SPE0-1994512131-202301131 74422867682_._FINANCIAL_L IT_LADY__specimen_2_-_cla ss_41_.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\977\798\97779849\xml1\ APP0004.JPG |
| ORIGINAL PDF FILE | SPE0-1994512131-202301191 73446315546_._FINANCIAL_L IT_LADY__specimen_3_-_cla ss_41_.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\977\798\97779849\xml1\ APP0005.JPG |
| SPECIMEN DESCRIPTION | webpage(s) displaying the mark and advertising the services |
| WEBPAGE URL | https://vimeo.com/766331229 |
| WEBPAGE DATE OF ACCESS | 01/13/2023 |
| WEBPAGE URL | https://www.linkedin.com/in/joeybeech/ |
| WEBPAGE DATE OF ACCESS | 01/13/2023 |
| WEBPAGE URL | https://www.instagram.com/joeybeechauthor/ |
| WEBPAGE DATE OF ACCESS | 01/19/2023 |
| ATTORNEY INFORMATION | |
| NAME | R. Scott Johnson |
| ATTORNEY DOCKET NUMBER | 93258.1 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Fredrikson & Byron, P.A. |
| INTERNAL ADDRESS | Suite 301 |
| STREET | 111 E. Grand Avenue |
| CITY | Des Moines |
| STATE | Iowa |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |

| | |
|---|---|
| **ZIP/POSTAL CODE** | 50309 |
| **PHONE** | 515-242-8930 |
| **EMAIL ADDRESS** | ip@fredlaw.com |
| **OTHER APPOINTED ATTORNEY** | Tracy L. Deutmeyer; Cynthia A. Moyer; John C. Pickerill; Courtney Thompson; Ann Dunn Wessberg |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | R. Scott Johnson |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | ip@fredlaw.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | rsjohnson@fredlaw.com; tdeutmeyer@fredlaw.com; plarson@fredlaw.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 2 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| **\*TOTAL FEES DUE** | 700 |
| **\*TOTAL FEES PAID** | 700 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Nanette Joell Beech/ |
| **SIGNATORY'S NAME** | Joey Beech |
| **SIGNATORY'S POSITION** | Owner |
| **SIGNATORY'S PHONE NUMBER** | 515-556-7640 |
| **DATE SIGNED** | 02/03/2023 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97779849**
**Filing Date: 02/03/2023**

## To the Commissioner for Trademarks:

**MARK:** FINANCIAL LIT LADY (Standard Characters, see mark)
The literal element of the mark consists of FINANCIAL LIT LADY. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Nanette Joell Beech, AKA Joey Beech, a citizen of United States, having an address of

  729 NE Brook Haven Drive
  Ankeny, Iowa 50021
  United States
  XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 016:  Printed materials, namely, books, articles, handout materials, worksheets, resources
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 041:  Education services, namely, providing classes, seminars, speaking engagements and workshops in the field of personal finance, financial literacy, personal economics, financial wellness and well-being, financial empowerment, economic empowerment, employee benefits, financial and money coaching, podcasts, videos, newsletters, blogs, articles

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 04/00/2022, and first used in commerce at least as early as 04/00/2022, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) webpage(s) displaying the mark and advertising the services.

**Original PDF file:**
SPE0-1994512131-202301131 74422867682_._FINANCIAL_L IT_LADY__specimen_1_-_cla ss_41_.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-1994512131-202301131 74422867682_._FINANCIAL_L IT_LADY__specimen_2_-_cla ss_41_.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-1994512131-202301191 73446315546_._FINANCIAL_L IT_LADY__specimen_3_-_cla ss_41_.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
Webpage URL: https://vimeo.com/766331229
Webpage Date of Access: 01/13/2023
Webpage URL: https://www.linkedin.com/in/joeybeech/
Webpage Date of Access: 01/13/2023
Webpage URL: https://www.instagram.com/joeybeechauthor/
Webpage Date of Access: 01/19/2023

The owner's/holder's proposed attorney information: R. Scott Johnson. Other appointed attorneys are Tracy L. Deutmeyer; Cynthia A. Moyer; John C. Pickerill; Courtney Thompson; Ann Dunn Wessberg. R. Scott Johnson of Fredrikson & Byron, P.A., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

Suite 301
111 E. Grand Avenue
Des Moines, Iowa 50309
United States
515-242-8930(phone)
ip@fredlaw.com
The docket/reference number is 93258.1.
R. Scott Johnson submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

R. Scott Johnson
  PRIMARY EMAIL FOR CORRESPONDENCE: ip@fredlaw.com
  SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): rsjohnson@fredlaw.com; tdeutmeyer@fredlaw.com;
plarson@fredlaw.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $700 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

☑ **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

   **And/Or**
   **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Nanette Joell Beech/   Date: 02/03/2023
Signatory's Name: Joey Beech
Signatory's Position: Owner
Signatory's Phone Number: 515-556-7640
Signature method: Sent to third party for signature
Payment Sale Number: 97779849
Payment Accounting Date: 02/03/2023

Serial Number: 97779849
Internet Transmission Date: Fri Feb 03 15:19:31 ET 2023
TEAS Stamp: USPTO/BAS-XXX.XX.XX.XXX-2023020315193269
3676-97779849-8602bbdc9d13613562ab3a1cfe
a6e8ec64a68555a029c86d12a3cbb568838d477-
CC-19310650-20230202141958708407

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97808563**
**Filing Date: 02/23/2023**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 97808563 |
| **MARK INFORMATION** | |
| *MARK | DES MOINES MARATHON |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | DES MOINES MARATHON |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Endurance Sports Marketing Corporation |
| *MAILING ADDRESS | 1001 Grand Avenue |
| *CITY | Des Moines |
| *STATE (Required for U.S. applicants) | Iowa |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 50265 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Iowa |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 016 |
| *IDENTIFICATION | Printed training materials in the field of training for marathons; Printed sports and tournament schedule cards in credit format with space provided for recording results |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 10/00/2002 |
| FIRST USE IN COMMERCE DATE | At least as early as 10/00/2002 |
| SPECIMEN FILE NAME(S) | |

| | |
|---|---|
| **ORIGINAL PDF FILE** | SPE0-1994512131-202302161<br>21230439894_._DES_MOINES_<br>MARATHON_US__class_16_-_s pecimen_1_.pdf |
| **CONVERTED PDF FILE(S)**<br>**(1 page)** | \\TICRS\EXPORT18\IMAGEOUT<br>18\978\085\97808563\xml1\ APP0003.JPG |
| **ORIGINAL PDF FILE** | SPE0-1994512131-202302161<br>21230439894_._DES_MOINES_<br>MARATHON_US__class_16_-_s pecimen_2_.pdf |
| **CONVERTED PDF FILE(S)**<br>**(1 page)** | \\TICRS\EXPORT18\IMAGEOUT<br>18\978\085\97808563\xml1\ APP0004.JPG |
| **ORIGINAL PDF FILE** | SPE0-1994512131-202302161<br>21230439894_._DES_MOINES_<br>MARATHON_US__class_16_-_s pecimen_3_.pdf |
| **CONVERTED PDF FILE(S)**<br>**(1 page)** | \\TICRS\EXPORT18\IMAGEOUT<br>18\978\085\97808563\xml1\ APP0005.JPG |
| **ORIGINAL PDF FILE** | SPE0-1994512131-202302161<br>21230439894_._DES_MOINES_<br>MARATHON_US__class_16_-_s pecimen_4_.pdf |
| **CONVERTED PDF FILE(S)**<br>**(1 page)** | \\TICRS\EXPORT18\IMAGEOUT<br>18\978\085\97808563\xml1\ APP0006.JPG |
| **SPECIMEN DESCRIPTION** | digital photos of printed training materials displaying the mark;<br>digital photo(s) displaying the mark on the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 025 |
| *****IDENTIFICATION** | Clothing, namely, shirts, hoodies, jackets, moisture-wicking<br>sports shirts |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 10/00/2002 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 10/00/2002 |
| **SPECIMEN FILE NAME(S)** | |
| **JPG FILE(S)** | \\TICRS\EXPORT18\IMAGEOUT<br>18\978\085\97808563\xml1 \ APP0012.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\978\085\97808563\xml1\ APP0013.JPG |
| **ORIGINAL PDF FILE** | SPE0-1994512131-202302161<br>21230439894_._DES_MOINES_<br>MARATHON_US__class_25_-_s pecimen_1_.pdf |
| **CONVERTED PDF FILE(S)**<br>**(1 page)** | \\TICRS\EXPORT18\IMAGEOUT<br>18\978\085\97808563\xml1\ APP0007.JPG |
| **ORIGINAL PDF FILE** | SPE0-1994512131-202302161<br>21230439894_._DES_MOINES_<br>MARATHON_US__class_25_-_s pecimen_2_.pdf |
| **CONVERTED PDF FILE(S)**<br>**(1 page)** | \\TICRS\EXPORT18\IMAGEOUT<br>18\978\085\97808563\xml1\ APP0008.JPG |

| | |
|---|---|
| **ORIGINAL PDF FILE** | SPE0-1994512131-202302161<br>21230439894_._DES_MOINES_<br>MARATHON_US__class_25_-_s pecimen_3_.pdf |
| **CONVERTED PDF FILE(S)**<br>**(1 page)** | \\TICRS\EXPORT18\IMAGEOUT<br>18\978\085\97808563\xml1\ APP0009.JPG |
| **ORIGINAL PDF FILE** | SPE0-1994512131-202302161<br>21230439894_._DES_MOINES_<br>MARATHON_US__class_25_-_s pecimen_4_.pdf |
| **CONVERTED PDF FILE(S)**<br>**(1 page)** | \\TICRS\EXPORT18\IMAGEOUT<br>18\978\085\97808563\xml1\ APP0010.JPG |
| **ORIGINAL PDF FILE** | SPE0-1994512131-202302161<br>21230439894_._DES_MOINES_<br>MARATHON_US__class_25_-_s pecimen_5_.pdf |
| **CONVERTED PDF FILE(S)**<br>**(1 page)** | \\TICRS\EXPORT18\IMAGEOUT<br>18\978\085\97808563\xml1\ APP0011.JPG |
| **SPECIMEN DESCRIPTION** | digital photos displaying the mark on the goods; digital photo of clothing order form displaying the mark |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 041 |
| *****IDENTIFICATION** | Athletic and sports event services, namely, arranging, organizing, operating and conducting marathon races; entertainment services in the nature of athletes competing in marathons; providing personal fitness training and coaching for marathons; education services, namely, providing live and on-line training of athletes in the field of marathons. |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 10/00/2002 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 10/00/2002 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPE0-1994512131-202302161<br>21230439894_._DES_MOINES_<br>MARATHON_US__class_41_-_s pecimen_1_.pdf |
| **CONVERTED PDF FILE(S)**<br>**(1 page)** | \\TICRS\EXPORT18\IMAGEOUT<br>18\978\085\97808563\xml1\ APP0014.JPG |
| **ORIGINAL PDF FILE** | SPE0-1994512131-202302161<br>21230439894_._DES_MOINES_<br>MARATHON_US__class_41_-_s pecimen_2_.pdf |
| **CONVERTED PDF FILE(S)**<br>**(2 pages)** | \\TICRS\EXPORT18\IMAGEOUT<br>18\978\085\97808563\xml1\ APP0015.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\978\085\97808563\xml1\ APP0016.JPG |
| **ORIGINAL PDF FILE** | SPE0-1994512131-202302161<br>21230439894_._DES_MOINES_<br>MARATHON_US__class_41_-_s pecimen_3_.pdf |
| **CONVERTED PDF FILE(S)**<br>**(3 pages)** | \\TICRS\EXPORT18\IMAGEOUT |

| | |
|---|---|
| **(3 pages)** | 18\978\085\97808563\xml1\ APP0017.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\978\085\97808563\xml1\ APP0018.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\978\085\97808563\xml1\ APP0019.JPG |
| **ORIGINAL PDF FILE** | SPE0-1994512131-202302161 21230439894_._DES_MOINES_ MARATHON_US__class_41_-_s pecimen_4_.pdf |
| **CONVERTED PDF FILE(S)** **(1 page)** | \\TICRS\EXPORT18\IMAGEOUT 18\978\085\97808563\xml1\ APP0020.JPG |
| **ORIGINAL PDF FILE** | SPE0-1994512131-202302161 21230439894_._DES_MOINES_ MARATHON_US__class_41_-_s pecimen_5_.pdf |
| **CONVERTED PDF FILE(S)** **(1 page)** | \\TICRS\EXPORT18\IMAGEOUT 18\978\085\97808563\xml1\ APP0021.JPG |
| **ORIGINAL PDF FILE** | SPE0-1994512131-202302161 21230439894_._DES_MOINES_ MARATHON_US__class_41_-_s pecimen_6_.pdf |
| **CONVERTED PDF FILE(S)** **(3 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\978\085\97808563\xml1\ APP0022.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\978\085\97808563\xml1\ APP0023.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\978\085\97808563\xml1\ APP0024.JPG |
| **ORIGINAL PDF FILE** | SPE0-1994512131-202302161 21230439894_._DES_MOINES_ MARATHON_US__class_41_-_s pecimen_7_.pdf |
| **CONVERTED PDF FILE(S)** **(2 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\978\085\97808563\xml1\ APP0025.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\978\085\97808563\xml1\ APP0026.JPG |
| **SPECIMEN DESCRIPTION** | webpages displaying the mark and advertising the services |
| **WEBPAGE URL** | https://www.desmoinesmarathon.com/personalized-coaching/ |
| **WEBPAGE DATE OF ACCESS** | 02/13/2023 |
| **WEBPAGE URL** | https://www.desmoinesmarathon.com/marathon-relay/ |
| **WEBPAGE DATE OF ACCESS** | 02/13/2023 |
| **WEBPAGE URL** | https://www.desmoinesmarathon.com/ |
| **WEBPAGE DATE OF ACCESS** | 02/13/2023 |
| **WEBPAGE URL** | https://www.desmoinesmarathon.com/developing-a-medium-distance-training-plan/ |
| **WEBPAGE DATE OF ACCESS** | 02/13/2023 |
| **WEBPAGE URL** | https://www.desmoinesmarathon.com/training-guides/ |
| **WEBPAGE DATE OF ACCESS** | 02/13/2023 |
| | https://secure.getmeregistered.com/get_information.php?event |

| | |
|---|---|
| **WEBPAGE URL** | _id=137846 |
| **WEBPAGE DATE OF ACCESS** | 02/13/2023 |
| **WEBPAGE URL** | https://secure.getmeregistered.com/register_new.php?event_id=137846&c=89622_712511&mask=89623_89795_89797_89626_89798_89796 |
| **WEBPAGE DATE OF ACCESS** | 02/13/2023 |
| **ATTORNEY INFORMATION** | |
| **NAME** | R. Scott Johnson |
| **ATTORNEY DOCKET NUMBER** | 92668.12 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Fredrikson & Byron, P.A. |
| **INTERNAL ADDRESS** | Suite 301 |
| **STREET** | 111 E. Grand Avenue |
| **CITY** | Des Moines |
| **STATE** | Iowa |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 50309 |
| **PHONE** | 515-242-8930 |
| **EMAIL ADDRESS** | ip@fredlaw.com |
| **OTHER APPOINTED ATTORNEY** | Eve Durand; Tracy L. Deutmeyer; Cynthia A. Moyer; John C. Pickerill; Courtney Thompson; Ann Dunn Wessberg |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | R. Scott Johnson |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | ip@fredlaw.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | rsjohnson@fredlaw.com; plarson@fredlaw.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 3 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| **\*TOTAL FEES DUE** | 1050 |
| **\*TOTAL FEES PAID** | 1050 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Christopher Burch/ |
| **SIGNATORY'S NAME** | Chris Burch |
| **SIGNATORY'S POSITION** | Director of Racing & Events |
| **SIGNATORY'S PHONE NUMBER** | 5152882692 |
| **DATE SIGNED** | 02/23/2023 |

| SIGNATURE METHOD | Sent to third party for signature |
|---|---|

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97808563**
**Filing Date: 02/23/2023**

## To the Commissioner for Trademarks:

**MARK:** DES MOINES MARATHON (Standard Characters, see mark)
The literal element of the mark consists of DES MOINES MARATHON. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Endurance Sports Marketing Corporation, a corporation of Iowa, having an address of

  1001 Grand Avenue
  Des Moines, Iowa 50265
  United States
  XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 016:  Printed training materials in the field of training for marathons; Printed sports and tournament schedule cards in credit format with space provided for recording results

In International Class 016, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 10/00/2002, and first used in commerce at least as early as 10/00/2002, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) digital photos of printed training materials displaying the mark; digital photo(s) displaying the mark on the goods.

**Original PDF file:**
SPE0-1994512131-202302161 21230439894_._DES_MOINES_ MARATHON_US__class_16_-_s pecimen_1_.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-1994512131-202302161 21230439894_._DES_MOINES_ MARATHON_US__class_16_-_s pecimen_2_.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-1994512131-202302161 21230439894_._DES_MOINES_ MARATHON_US__class_16_-_s pecimen_3_.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-1994512131-202302161 21230439894_._DES_MOINES_ MARATHON_US__class_16_-_s pecimen_4_.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 025:  Clothing, namely, shirts, hoodies, jackets, moisture-wicking sports shirts

In International Class 025, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 10/00/2002, and first used in commerce at least as early as 10/00/2002, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) digital photos displaying the mark on the goods; digital photo of clothing order form displaying the mark.
**JPG file(s):**
Specimen File1
Specimen File2

**Original PDF file:**
SPE0-1994512131-202302161 21230439894_._DES_MOINES_MARATHON_US__class_25_-_s pecimen_1_.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-1994512131-202302161 21230439894_._DES_MOINES_MARATHON_US__class_25_-_s pecimen_2_.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-1994512131-202302161 21230439894_._DES_MOINES_MARATHON_US__class_25_-_s pecimen_3_.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-1994512131-202302161 21230439894_._DES_MOINES_MARATHON_US__class_25_-_s pecimen_4_.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-1994512131-202302161 21230439894_._DES_MOINES_MARATHON_US__class_25_-_s pecimen_5_.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 041:  Athletic and sports event services, namely, arranging, organizing, operating and conducting marathon races; entertainment services in the nature of athletes competing in marathons; providing personal fitness training and coaching for marathons; education services, namely, providing live and on-line training of athletes in the field of marathons.

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 10/00/2002, and first used in commerce at least as early as 10/00/2002, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) webpages displaying the mark and advertising the services.

**Original PDF file:**
SPE0-1994512131-202302161 21230439894_._DES_MOINES_MARATHON_US__class_41_-_s pecimen_1_.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-1994512131-202302161 21230439894_._DES_MOINES_MARATHON_US__class_41_-_s pecimen_2_.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2
**Original PDF file:**
SPE0-1994512131-202302161 21230439894_._DES_MOINES_MARATHON_US__class_41_-_s pecimen_3_.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3
**Original PDF file:**
SPE0-1994512131-202302161 21230439894_._DES_MOINES_MARATHON_US__class_41_-_s pecimen_4_.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-1994512131-202302161 21230439894_._DES_MOINES_MARATHON_US__class_41_-_s pecimen_5_.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-1994512131-202302161 21230439894_._DES_MOINES_MARATHON_US__class_41_-_s pecimen_6_.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2

**Specimen File3**
**Original PDF file:**
SPE0-1994512131-202302161 21230439894_._DES_MOINES_MARATHON_US__class_41_-_s pecimen_7_.pdf
**Converted PDF file(s)** (2 pages)
**Specimen File1**
**Specimen File2**
Webpage URL: https://www.desmoinesmarathon.com/personalized-coaching/
Webpage Date of Access: 02/13/2023
Webpage URL: https://www.desmoinesmarathon.com/marathon-relay/
Webpage Date of Access: 02/13/2023
Webpage URL: https://www.desmoinesmarathon.com/
Webpage Date of Access: 02/13/2023
Webpage URL: https://www.desmoinesmarathon.com/developing-a-medium-distance-training-plan/
Webpage Date of Access: 02/13/2023
Webpage URL: https://www.desmoinesmarathon.com/training-guides/
Webpage Date of Access: 02/13/2023
Webpage URL: https://secure.getmeregistered.com/get_information.php?event_id=137846
Webpage Date of Access: 02/13/2023
Webpage URL:
https://secure.getmeregistered.com/register_new.php?event_id=137846&c=89622_712511&mask=89623_89795_89797_89626_89798_89796
Webpage Date of Access: 02/13/2023


The owner's/holder's proposed attorney information: R. Scott Johnson. Other appointed attorneys are Eve Durand; Tracy L. Deutmeyer; Cynthia A. Moyer; John C. Pickerill; Courtney Thompson; Ann Dunn Wessberg. R. Scott Johnson of Fredrikson & Byron, P.A., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    Suite 301
    111 E. Grand Avenue
    Des Moines, Iowa 50309
    United States
    515-242-8930(phone)
    ip@fredlaw.com

The docket/reference number is 92668.12.
R. Scott Johnson submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

    R. Scott Johnson
    PRIMARY EMAIL FOR CORRESPONDENCE: ip@fredlaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): rsjohnson@fredlaw.com; plarson@fredlaw.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $1050 has been submitted with the application, representing payment for 3 class(es).

**Declaration**

    ☑  **Basis:**
    **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

<span style="color:red">**035**</span>

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Christopher Burch/   Date: 02/23/2023
Signatory's Name: Chris Burch
Signatory's Position: Director of Racing & Events
Signatory's Phone Number: 5152882692
Signature method: Sent to third party for signature
Payment Sale Number: 97808563
Payment Accounting Date: 02/23/2023

Serial Number: 97808563
Internet Transmission Date: Thu Feb 23 14:58:51 ET 2023
TEAS Stamp: USPTO/BAS-XXX.XX.XX.XXX-2023022314585251
6384-97808563-860c5bd352564213f84ecc66d5
9fb995894a9eb48e159d3ec7ac925e158e267f-C
C-58518094-20230216135713005164

**036**

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98593020**
**Filing Date: 06/10/2024**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98593020 |
| **MARK INFORMATION** | |
| *MARK | HI FLORA |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | HI FLORA |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Root to Rise Kitchen LLC |
| **INTERNAL ADDRESS** | #402 |
| *MAILING ADDRESS | 617 Lowry Avenue N. |
| *CITY | Minneapolis |
| *STATE (Required for U.S. applicants) | Minnesota |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 55411 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | limited liability company |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Minnesota |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 043 |
| *IDENTIFICATION | Restaurant services, specifically for vegan restaurant services serving food, non-alcoholic beverages and cocktails |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 04/01/2023 |
| FIRST USE IN COMMERCE DATE | At least as early as 04/01/2023 |
| SPECIMEN FILE NAME(S) | |

| | |
|---|---|
| **ORIGINAL PDF FILE** | SPE0-1994512131-202406041<br>52729356914_._HI_FLORA__s pecimen_A_.pdf |
| **CONVERTED PDF FILE(S)**<br>(1 page) | \\TICRS\EXPORT18\IMAGEOUT<br>18\985\930\98593020\xml1\ APP0003.JPG |
| **ORIGINAL PDF FILE** | SPE0-1994512131-202406041<br>52729356914_._HI_FLORA__s pecimen_B_.pdf |
| **CONVERTED PDF FILE(S)**<br>(1 page) | \\TICRS\EXPORT18\IMAGEOUT<br>18\985\930\98593020\xml1\ APP0004.JPG |
| **ORIGINAL PDF FILE** | SPE0-1994512131-202406041<br>52729356914_._HI_FLORA___ specimen_2_-<br>_06.04.2024_.pdf |
| **CONVERTED PDF FILE(S)**<br>(2 pages) | \\TICRS\EXPORT18\IMAGEOUT<br>18\985\930\98593020\xml1\ APP0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\985\930\98593020\xml1\ APP0006.JPG |
| **ORIGINAL PDF FILE** | SPE0-1-1994512131-2024060<br>4152729356914_._HI_FLORA__ specimen_1_.pdf |
| **CONVERTED PDF FILE(S)**<br>(1 page) | \\TICRS\EXPORT18\IMAGEOUT<br>18\985\930\98593020\xml1\ APP0007.JPG |
| **ORIGINAL PDF FILE** | SPE0-1-1994512131-2024060<br>4152729356914_._HI_FLORA__ specimen_2_.pdf |
| **CONVERTED PDF FILE(S)**<br>(1 page) | \\TICRS\EXPORT18\IMAGEOUT<br>18\985\930\98593020\xml1\ APP0008.JPG |
| **ORIGINAL PDF FILE** | SPE0-1994512131-202406071<br>52857470606_._HI_FLORA___<br>Instagram___06.04.2024_.pdf |
| **CONVERTED PDF FILE(S)**<br>(1 page) | \\TICRS\EXPORT18\IMAGEOUT<br>18\985\930\98593020\xml1\ APP0009.JPG |
| **SPECIMEN DESCRIPTION** | webpage(s) displaying the mark and advertising the services; webpages (social media posts) displaying the mark and advertising the services |
| **WEBPAGE URL** | http://roottorisekitchen.com/ |
| **WEBPAGE DATE OF ACCESS** | 12/27/2023 |
| **WEBPAGE URL** | http://roottorisekitchen.com/ |
| **WEBPAGE DATE OF ACCESS** | 12/27/2023 |
| **WEBPAGE URL** | http://roottorisekitchen.com/ |
| **WEBPAGE DATE OF ACCESS** | 06/04/2024 |
| **WEBPAGE URL** | https://www.facebook.com/RootToRiseKitchen/ |
| **WEBPAGE DATE OF ACCESS** | 12/27/2023 |
| **WEBPAGE URL** | https://www.facebook.com/RootToRiseKitchen/ |
| **WEBPAGE DATE OF ACCESS** | 12/27/2023 |
| **WEBPAGE URL** | https://www.instagram.com/hiflorarestaurant/?hl=en |
| **WEBPAGE DATE OF ACCESS** | 06/04/2024 |

038

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | R. Scott Johnson |
| **ATTORNEY DOCKET NUMBER** | 95608.1 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Fredrikson & Byron, P.A. |
| **INTERNAL ADDRESS** | Suite 301 |
| **STREET** | 111 E. Grand Avenue |
| **CITY** | Des Moines |
| **STATE** | Iowa |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 50309 |
| **PHONE** | 515-242-8930 |
| **EMAIL ADDRESS** | ip@fredlaw.com |
| **OTHER APPOINTED ATTORNEY** | John C. Pickerill; Cynthia A. Moyer; Courtney Thompson; Ann Dunn Wessberg; Marie E. Williams |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | R. Scott Johnson |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | ip@fredlaw.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | rsjohnson@fredlaw.com; plarson@fredlaw.com |

## FEE INFORMATION

| | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| ***TOTAL FEES DUE** | 350 |
| ***TOTAL FEES PAID** | 350 |

## SIGNATURE INFORMATION

| | |
|---|---|
| **SIGNATURE** | /Heather Klein/ |
| **SIGNATORY'S NAME** | Heather Klein |
| **SIGNATORY'S POSITION** | Owner |
| **SIGNATORY'S PHONE NUMBER** | 6122221868 |
| **DATE SIGNED** | 06/10/2024 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 98593020**
**Filing Date: 06/10/2024**

## To the Commissioner for Trademarks:

**MARK:** HI FLORA (Standard Characters, see mark)
The literal element of the mark consists of HI FLORA. The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, Root to Rise Kitchen LLC, a limited liability company legally organized under the laws of Minnesota, having an address of
   #402
   617 Lowry Avenue N.
   Minneapolis, Minnesota 55411
   United States
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 043:  Restaurant services, specifically for vegan restaurant services serving food, non-alcoholic beverages and cocktails

In International Class 043, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 04/01/2023, and first used in commerce at least as early as 04/01/2023, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) webpage(s) displaying the mark and advertising the services; webpages (social media posts) displaying the mark and advertising the services.

**Original PDF file:**
SPE0-1994512131-202406041 52729356914_._HI_FLORA__s pecimen_A_.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-1994512131-202406041 52729356914_._HI_FLORA__s pecimen_B_.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-1994512131-202406041 52729356914_._HI_FLORA___ specimen_2_-_06.04.2024_.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2
**Original PDF file:**
SPE0-1-1994512131-2024060 4152729356914_._HI_FLORA__specimen_1_.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-1-1994512131-2024060 4152729356914_._HI_FLORA__specimen_2_.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-1994512131-202406071 52857470606_._HI_FLORA___ Instagram___06.04.2024_.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
Webpage URL: http://rootorisekitchen.com/
Webpage Date of Access: 12/27/2023

Webpage URL: http://roottorisekitchen.com/
Webpage Date of Access: 12/27/2023
Webpage URL: http://roottorisekitchen.com/
Webpage Date of Access: 06/04/2024
Webpage URL: https://www.facebook.com/RootToRiseKitchen/
Webpage Date of Access: 12/27/2023
Webpage URL: https://www.facebook.com/RootToRiseKitchen/
Webpage Date of Access: 12/27/2023
Webpage URL: https://www.instagram.com/hiflorarestaurant/?hl=en
Webpage Date of Access: 06/04/2024


The owner's/holder's proposed attorney information: R. Scott Johnson. Other appointed attorneys are John C. Pickerill; Cynthia A. Moyer; Courtney Thompson; Ann Dunn Wessberg; Marie E. Williams. R. Scott Johnson of Fredrikson & Byron, P.A., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    Suite 301
    111 E. Grand Avenue
    Des Moines, Iowa 50309
    United States
    515-242-8930(phone)
    ip@fredlaw.com
The docket/reference number is 95608.1.
R. Scott Johnson submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

    R. Scott Johnson
    PRIMARY EMAIL FOR CORRESPONDENCE: ip@fredlaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): rsjohnson@fredlaw.com; plarson@fredlaw.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

<strong>Declaration</strong>

☑ **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

   **And/Or**
   **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the

<span style="color:red">**041**</span>

allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Heather Klein/   Date: 06/10/2024
Signatory's Name: Heather Klein
Signatory's Position: Owner
Signatory's Phone Number: 6122221868
Signature method: Sent to third party for signature
Payment Sale Number: 98593020
Payment Accounting Date: 06/10/2024

Serial Number: 98593020
Internet Transmission Date: Mon Jun 10 13:23:00 ET 2024
TEAS Stamp: USPTO/BAS-XXX.XX.XX.XXX-2024061013230201
0624-98593020-870a02565a015e81a79c2c9612
6ddf7703ed56dacb667647e218046c1571080-CC
-23005434-20240607152857470606

042