PTO- 1957
Approved for use through 01/31/2027. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Response to Office Action

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 97808563 |
| MARK SECTION | |
| MARK | mark |
| LITERAL ELEMENT | DES MOINES MARATHON |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| ADDITIONAL STATEMENTS SECTION | |
| MISCELLANEOUS STATEMENT | DISCLAIMER: No claim is made to the exclusive right to use 'MARATHON' as to the services in Class 41 apart from the mark as shown. |
| SECTION 2(f) Claim of Acquired Distinctiveness, based on Five or More Years' Use | The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement. |
| ATTORNEY INFORMATION (current) | |
| NAME | R. Scott Johnson |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | FREDRIKSON & BYRON, P.A. |
| INTERNAL ADDRESS | SUITE 301 |
| STREET | 111 E. GRAND AVENUE |
| CITY | DES MOINES |
| STATE | Iowa |
| POSTAL CODE | 50309 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 515-242-8930 |
| EMAIL | ip@fredlaw.com |
| DOCKET/REFERENCE NUMBER | 92668.12 |
| ATTORNEY INFORMATION (proposed) | |
| NAME | R. Scott Johnson |
| ATTORNEY BAR MEMBERSHIP NUMBER | |

**EXHIBIT 19**

001

| | |
|---|---|
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | FREDRIKSON & BYRON, P.A. |
| INTERNAL ADDRESS | SUITE 301 |
| STREET | 111 E. GRAND AVENUE |
| CITY | DES MOINES |
| STATE | Iowa |
| POSTAL CODE | 50309 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 515-242-8930 |
| EMAIL | ip@fredlaw.com |
| DOCKET/REFERENCE NUMBER | 92668.12 |
| OTHER APPOINTED ATTORNEY | Tracy L. Deutmeyer; Cynthia A. Moyer; John C. Pickerill; Courtney Thompson; Ann Dunn Wessberg; Marie E. Williams |
| **CORRESPONDENCE INFORMATION** | |
| NAME | R. SCOTT JOHNSON |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | ip@fredlaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | rsjohnson@fredlaw.com; plarson@fredlaw.com |
| DOCKET/REFERENCE NUMBER | 92668.12 |
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | /Thomas R Bernau/ |
| SIGNATORY'S NAME | Tom Bernau |
| SIGNATORY'S POSITION | President |
| SIGNATORY'S PHONE NUMBER | 5152259029 |
| DATE SIGNED | 02/13/2024 |
| SIGNATURE METHOD | Sent to third party for signature |
| RESPONSE SIGNATURE | /Tracy L. Deutmeyer/ |
| SIGNATORY'S NAME | Tracy L. Deutmeyer |
| SIGNATORY'S POSITION | Attorney of Record, Iowa Bar Member |
| SIGNATORY'S PHONE NUMBER | 515-242-8923 |
| DATE SIGNED | 02/13/2024 |
| ROLE OF AUTHORIZED SIGNATORY | Authorized U.S.-Licensed Attorney |
| SIGNATURE METHOD | Sent to third party for signature |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Tue Feb 13 11:29:18 ET 2024 |
| TEAS STAMP | USPTO/ROA-XXX.XX.XX.XXX-2 0240213112918016428-97808 563-85044ffda16ba4bc1c50f |

**002**

| |
|---|
| 2711a710f529d946aeb6208dc1d29421e64ba7dd15-N/A-N/A-20240209170020513818 |

PTO- 1957

Approved for use through 01/31/2027. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **97808563** DES MOINES MARATHON(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/97808563/large) has been amended as follows:

**ADDITIONAL STATEMENTS**
**Miscellaneous Statement**
DISCLAIMER: No claim is made to the exclusive right to use 'MARATHON' as to the services in Class 41 apart from the mark as shown.


**SECTION 2(f) Claim of Acquired Distinctiveness, based on Five or More Years' Use**
The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement.


The owner's/holder's current attorney information: R. Scott Johnson. R. Scott Johnson of FREDRIKSON & BYRON, P.A., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    SUITE 301
    111 E. GRAND AVENUE
    DES MOINES, Iowa 50309
    United States
The docket/reference number is 92668.12.
    The phone number is 515-242-8930.
    The email address is ip@fredlaw.com

The owner's/holder's proposed attorney information: R. Scott Johnson. Other appointed attorneys are Tracy L. Deutmeyer; Cynthia A. Moyer; John C. Pickerill; Courtney Thompson; Ann Dunn Wessberg; Marie E. Williams. R. Scott Johnson of FREDRIKSON & BYRON, P.A., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    SUITE 301
    111 E. GRAND AVENUE
    DES MOINES, Iowa 50309
    United States
The docket/reference number is 92668.12.
    The phone number is 515-242-8930.
    The email address is ip@fredlaw.com

R. Scott Johnson submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information**
    R. SCOTT JOHNSON
    PRIMARY EMAIL FOR CORRESPONDENCE: ip@fredlaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): rsjohnson@fredlaw.com; plarson@fredlaw.com

The docket/reference number is 92668.12.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**
**Declaration Signature**


**DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that, if the applicant submitted the application or allegation of use (AOU) unsigned, all statements in the application or AOU and this submission based on the signatory's own knowledge are true, and all statements in the application or AOU and this submission made on information and belief are believed to be true.**

**STATEMENTS FOR UNSIGNED SECTION 1(a) APPLICATION/AOU**: If the applicant filed an unsigned application under 15 U.S.C. §1051(a) or AOU under 15 U.S.C. §1051(c), the signatory additionally believes that: the applicant is the owner of the mark sought to be registered; the mark is in use in commerce and was in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; the original specimen(s), if applicable, shows the mark in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; *for a collective trademark, collective service mark, collective membership mark application, or certification mark application,* the applicant is exercising legitimate control over the use of the mark in commerce and was exercising legitimate control over the use of the mark in commerce as of the filing date of the application or AOU; *for a certification mark application,* the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**

**STATEMENTS FOR UNSIGNED SECTION 1(b)/SECTION 44 APPLICATION AND FOR SECTION 66(a) COLLECTIVE/CERTIFICATION MARK APPLICATION:** If the applicant filed an unsigned application under 15 U.S.C. §§ 1051(b), 1126(d), and/or 1126(e), or filed a collective/certification mark application under 15 U.S.C. §1141f(a), the signatory additionally believes that: *for a trademark or service mark application,* the applicant is entitled to use the mark in commerce on or in connection with the goods/services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date; *for a collective trademark, collective service mark, collective membership mark, or certification mark application,* the applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date; the signatory is properly authorized to execute the declaration on behalf of the applicant; *for a certification mark application,* the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**


Signature: /Thomas R Bernau/     Date: 02/13/2024
Signatory's Name: Tom Bernau
Signatory's Position: President
Signatory's Phone Number: 5152259029

Signature method: Sent to third party for signature

**Response Signature**
Signature: /Tracy L. Deutmeyer/     Date: 02/13/2024
Signatory's Name: Tracy L. Deutmeyer
Signatory's Position: Attorney of Record, Iowa Bar Member

Signatory's Phone Number: 515-242-8923 Signature method: Sent to third party for signature

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or

**004**

an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:   R. SCOTT JOHNSON
  FREDRIKSON & BYRON, P.A.
  SUITE 301
  111 E. GRAND AVENUE
  DES MOINES, Iowa 50309
Mailing Address:   R. Scott Johnson
  FREDRIKSON & BYRON, P.A.
  SUITE 301
  111 E. GRAND AVENUE
  DES MOINES, Iowa 50309

Serial Number: 97808563
Internet Transmission Date: Tue Feb 13 11:29:18 ET 2024
TEAS Stamp: USPTO/ROA-XXX.XX.XX.XXX-2024021311291801
6428-97808563-85044ffda16ba4bc1c50f2711a
710f529d946aeb6208dc1d29421e64ba7dd15-N/
A-N/A-20240209170020513818