IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>        Plaintiff,<br><br>        vs.<br><br>DES MOINES AREA COMMUNITY<br>COLLEGE FOUNDATION and DES<br>MOINES AREA COMMUNITY COLLEGE<br>        Defendants. | No. 4:24-cv-00227<br><br>**DECLARATION OF<br>JOSHUA J. CONLEY** |
| DES MOINES AREA COMMUNITY<br>COLLEGE,<br>        Counterclaim Plaintiff,<br><br>        vs.<br><br>DRAKE UNIVERSITY,<br>        Counterclaim Defendant. | |

I, Joshua J. Conley, declare under penalty of perjury that the following is true and correct:

1.      I am counsel of record for Plaintiff Drake University and am competent to make this declaration based on my personal knowledge.

2.      Exhibit 1 is a true and correct copy of excerpts from the website of McKee, Voorhees, & Sease P.L.C. ("MVS") (www.ipmvs.com) as it appeared between August 2017 and July 2019, taken from https://web.archive.org.

3.      Exhibit 2 is a true and correct copy of the professional biography of R. Scott Johnson located at and retrieved from https://www.fredlaw.com/professionals-r-scott-johnson.

4.      Exhibit 3 is a true and correct copy of a press release issued by Fredrikson & Bryon, P.A. on June 24, 2021 entitled "Attorney Scott Johnson Elected to BioConnect Iowa Board of Directors."

**EXHIBIT**
**23**

5.      Exhibit 4 is a true and correct copy of an excerpt from R. Scott Johnson's LinkedIn page.

6.      Exhibit 5 is a true and correct copy of a printout taken from the website for Certified Licensing Professionals, Inc. (http://licensingcertification.org).

7.      Exhibit 6 is a true and correct copy of a PDF reflecting the content on https://www.fredlaw.com/services-intellectual-property describing the Intellectual Property practice group at Fredrikson & Byron, P.A.

8.      Exhibit 7 is a true and correct copy of a screenshot taken from https://www.bestlawyers.com/methodology.

9.      Exhibit 8 is a true and correct copy of a screenshot taken from https://www.bestlawyers.com/united-states/iowa/trademark-law.

10.     Exhibit 9 is a true and correct copy of the professional biography of Tina G. Yin Sowatzke formerly located at and retrieved from http://www.fredlaw.com/professionals-tina-yin-sowatzke.

11.     Exhibit 10 is a true and correct copy of a screenshot taken from https://www.ipmvs.com/news/des-moines-law-firm-dedicates-100000-to-drake/.

12.     Exhibit 11 is a true and correct copy of a collection of partially annotated records from the United States Patent and Trademark Office ("USPTO") Trademark Status & Document Retrieval ("TSDR") website pertaining to Drake's trademark registrations and applications, located at https://tsdr.uspto.gov/.

13.     Exhibit 12 is a true and correct copy of an excerpt from a Combined Declaration of Use and Incontestability under Sections 8 & 15 filed with the USPTO in connection with U.S. Trademark Registration No. 3,498,202 (the "Academic 'D'").

14.     Exhibit 13 is a true and correct copy of an excerpt from a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9 filed with the USPTO in connection with the Academic "D."

15.     Exhibit 14 is a true and correct copy of a collection of documents taken from the USPTO's TSDR website pertaining to trademark applications and registrations on which R. Scott Johnson is appointed attorney.

16.     Exhibit 15 are true and correct copies of documents taken from the USPTO's TSDR website that were signed by R. Scott Johnson.

17.     Exhibit 16 is a true and correct copy of a submission to the USPTO by R. Scott Johnson revoking a third-party attorney and appointing himself and all MVS attorneys as representatives.

18.     Exhibit 17 are true and correct copies of submissions to the USPTO by other appointed attorneys on applications and/or registrations to which R. Scott Johnson is the primary attorney.

19.     Exhibit 18 are true and correct copies of USPTO filings made by R. Scott Johnson while employed at Fredrikson that identify multiple other appointed attorneys.

20.     Exhibit 19 is a true and correct copy of a USPTO Response to Office Action filed by an appointed attorney on a trademark application for which R. Scott Johnson is identified as the primary attorney.

21.     Exhibit 20 are true and correct copies of correspondence between counsel for the parties.

22.     Exhibit 21 is a true and correct copy of a declaration by Earl F. Martin, President of Drake University.

23.     Exhibit 22 is a copy of "Making Threats" by Peter H. Geraghty, available at https://www.americanbar.org/content/dam/aba/publications/YourABA/201108makingthreats.aut hcheckdam.pdf.

24.     Exhibit 23 is this Declaration.

25.     During a meet and confer regarding the present motion on July 15, 2024, Mr. Johnson did not consent to his disqualification and stated, "I will seek sanctions against you for doing it" and that Drake's counsel was going down a "dark path."

26.     Prior to filing the present motion, I inquired as to whether Mr. Johnson would consider withdrawing from his representation of Defendants and allow Fredrikson to otherwise remain.  He declined.

27.     Upon information and belief, R. Scott Johnson was a partner and member of the Executive Committee at MVS.

28.     Upon information, MVS permits all attorneys general access to client files absent special circumstances.

29.     Upon information, MVS declined representation of Drake with respect to the present lawsuit due to a conflict of interest arising from its concurrent representation of Defendants.


        I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: August 13, 2024              /s/ _____
                                    Joshua J. Conley