**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

|  |  |
|---|---|
| DRAKE UNIVERSITY,<br><br>        Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>        Defendants. | Case No. 4:24-CV-00227-SMR-SBJ<br><br><br>**NOTICE OF APPEARANCE** |
| DES MOINES AREA COMMUNITY COLLEGE,<br><br>        Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>        Counterclaim Defendant. |  |

**PLEASE TAKE NOTICE** that Cara S. Donels of Fredrikson & Byron, P.A., 111 E. Grand Avenue, Suite 301, Des Moines, IA 50309, hereby enters her appearance in this matter as counsel of record for Defendant Des Moines Area Community College Foundation ("DMACCF") and Defendant and Counterclaim Plaintiff Des Moines Area Community College ("DMACC") (collectively referred to herein as "Defendants").

Respectfully submitted,

Date: August 13, 2024

*/s/ Cara S. Donels*

R. Scott Johnson (#AT0004007)
Cara S. Donels (#AT0014198)
FREDRIKSON & BYRON, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA  50309-1977
Telephone:  (515) 242-8900
E-mail:  RSJohnson@fredlaw.com
         CDonels@fredlaw.com

Laura L. Myers (Minn. #0387116)
(admitted *Pro Hac Vice*)
FREDRIKSON & BYRON, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
Telephone:  (612) 492-7000
E-mail:  LMyers@fredlaw.com

**Attorneys for Defendants and
Counterclaim Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2024, I electronically filed the *Notice of Appearance*

with the Clerk of the Court using the ECF, who in turn sent notice to the following:

Joshua J. Conley, Esq.
  jconley@zarleyconley.com
John D. Gilbertson, Esq.
  jgilbertson@zarleyconley.com
ZARLEYCONLEY PLC
580 Market Street, Suite 101
West Des Moines, IA  50266

*Attorneys for Plaintiff and*
*Counterclaim Defendant*

*/s/ Erica Palmer*
Erica Palmer