

# IOWA SECRETARY OF STATE
## Paul D. Pate

**Home** | **Business Services** | **Search Databases** | **Online Filing** | **Elections** | **Notaries** | **Nonprofits** | **Initiatives**

IMPORTANT ANNOUNCEMENTS

REINSTATEMENT NOTICE  NEED TO REINSTATE? CLICK HERE FOR INSTRUCTIONS

NOTICE  The Corporate Transparency Act (CTA) reporting requirement is now in effect. This **federal** requirement is **not** related to the Iowa Secretary of State. For more information and to file a report if your business needs to do so, visit: https://www.fincen.gov/boi

Home » Search Databases » Business Entities » Results » Summary

# Business Entity Summary         print 

**Summary**  **Address**  **Agent**  **Filings**  **Names**  **Officers**  **Stock**  **Protected Series**  **Search Again**

Print Certificate of Existence

Searched: **Des moines area community**

| Business No. | Legal Name | Status |
|---|---|---|
| 56653 | DES MOINES AREA COMMUNITY COLLEGE FOUNDATION | Active |
| **Type** | **State of Inc.** | **Modified** |
| Legal | IA | Yes |
| **Expiration Date** | **Effective Date** | **Filing Date** |
| PERPETUAL | 1/21/1972 12:00 AM | 1/21/1972 12:00 AM |
| **Chapter** | | |
| CODE 504 REVISED DOMESTIC NON-PROFIT | | |

## Names (Viewing 1 of 1)

| Type | Status | Modified | Name |
|---|---|---|---|
| Legal | Active | Yes | DES MOINES AREA COMMUNITY COLLEGE FOUNDATION |

## Registered Agent or Reserving Party

| Full Name | |
|---|---|
| TARA K CONNOLLY | |
| **Address** | **Address 2** |
| 2006 S ANKENY BLVD | |
| **City, State, Zip** | |
| ANKENY, IA, 50023 | |

## Home Office

| Full Name | |
|---|---|
| | |
| **Address** | **Address 2** |
| 2006 S ANKENY BLVD | BUILDING #22 |
| **City, State, Zip** | |
| ANKENY, IA, 50023 | |

**FEATURED RESOURCES**

QUICK LINKS | ONLINE SERVICES | SEARCH

**Business Services**
- Change of Registered Agent
- Credit Card Authorization Form
- Apostille or Certification Form
- Fast Track Filing - Biennial Report Demo
- Reinstatement Information

**Elections**
- Request an Absentee Ballot
- Am I Registered to Vote in Iowa?
- Register to Vote
- Track Your Absentee Ballot
- Find Your Precinct/Polling Place







EXHIBIT 1