*Click on the department name to be directed to it's corresponding page.

## Table of Contents

President..................................................................................................................1

**Academic Affairs:** Ankeny Campus.................................................................2

VP Academic Affairs: Ankeny...........................................................................3

Academic Affairs: Business & Information Technology.......................................4

Academic Affairs: Health Sciences & Fitness....................................................5

Academic Affairs: Public & Community Services................................................6

Academic Affairs: METT...................................................................................7

Academic Affairs: Design, Media, & the Arts....................................................8

Academic Affairs: Education, Communication, and the Humanities....................9

Academic Affairs: Math & Science, Agriculture, Animals, & Natural Resources...........................10

Academic Affairs: Distance Learning................................................................11

Academic Affairs: Community Outreach & Continuing Education.......................12

Academic Affairs: Business & Industry..............................................................13

**Student Affairs**..............................................................................................14

Student Affairs: Recruiting & Boone Student Development................................15

Student Affairs: Student Resources & Ankeny Student Development..................16

Student Affairs: Student Success & Urban Student Development.......................17

Student Affairs: Academic Support Services.....................................................18

Student Affairs: Registrar................................................................................19

Student Affairs: Career Advantage..................................................................20

Student Affairs: Financial Aid..........................................................................21

Student Affairs: Marketing..............................................................................22

Student Affairs: Higher Education in Prison and Adult Education and Literacy..............................23

**Operations**..................................................................................................24

Operations: Boone Campus..............................................................................25

Operations: Carroll Campus.............................................................................26

Operations: Newton Campus............................................................................27

EXHIBIT

2

001

Operations: Urban Campus..................................................................................................28

Operations: West Campus..................................................................................................29

Operations: Facilities, Planning, & Management..............................................................30

Operations: Information Solutions......................................................................................31

Operations: Trail Point Aquatics and Wellness.................................................................32

Human Resources..............................................................................................................33

Foundation..........................................................................................................................34

OPAD..................................................................................................................................35

Office of the Controller.......................................................................................................36

## Staff Physical Locations

Boone Campus....................................................................................................................37

Carroll Campus...................................................................................................................38

Newton Campus..................................................................................................................39

Southridge...........................................................................................................................40

Urban Campus....................................................................................................................41

West Campus......................................................................................................................42

**002**



**DMACC**

**BOARD OF DIRECTORS**

| ASSISTANT TO THE OFFICE OF THE PRESIDENT | PRESIDENT | BOARD SECRETARY |
|---|---|---|
| Vacant                          000261 | Rob Denson          000001 | Carolyn Farlow |

| VICE PRESIDENT, ACADEMIC AFFAIRS | EXECUTIVE DIRECTOR HUMAN RESOURCES |
|---|---|
| MD Isley                        000007 | Amanda Easton          000005 |

| VICE PRESIDENT, STUDENT AFFAIRS | EXECUTIVE DIRECTOR, FOUNDATION |
|---|---|
| Erica Spiller                   000554 | Tara Connolly          000591 |

| VICE PPRESIDENT OPERATIONS | CONTROLLER |
|---|---|
| Bill LaTour                     001097 | Ben Voaklander          000012 |

| EX. DIR., OFFICE OF PLANNING, ASSESSMENT & DATA |
|---|
| Deborah Kepple-Mamros   001074 |



**003**



**DMACC**
Academic Affairs



VICE PRESIDENT
ACADEMIC AFFAIRS
MD Isley      000007

EXECUTIVE ADMIN ASST
Crystal Weitz          000533

ASSOCIATE VICE PRESIDENT
OF ACADEMIC AFFAIRS
Kyle Collins          001027

EXECUTIVE DIRECTOR
DMACC BUS. RESOURCES
Kimberly Didier          000128

ACTING ASSOCIATE VICE
PRESIDENT, COMMUNITY
OUTREACH CONTINUING
EDUCATION
Michael Hoffman          000136

COORDINATOR, INTERNAL
COMMUNICATIONS
Dan Ryan          001121

EXECUTIVE ACADEMIC DEAN
BUSINESS & IT
Anne Power          000263

EXECUTIVE ACADEMIC DEAN
EDUCATION, COMMUNICATION,
& THE HUMANITIES
Drew Nelson          001144

EXECUTIVE ACADEMIC DEAN
DESIGN, MEDIA & THE ARTS
Jim Stick          000266

EXECUTIVE ACADEMIC DEAN
DISTANCE LEARNING
Joel Lundstrom          001013

EXECUTIVE ACADEMIC DEAN
HEALTH & PUBLIC SERVICES
Jeanice McCarville Kerber  000264

EXECUTIVE  ACADEMIC DEAN
MANUFACTURING,
ENGINEERING, TRADES &
TRANSPORTATION
Jennifer Foster          000265

EXECUTIVE ACADEMIC DEAN
MATH & SCIENCE, AGRICTULTURE,
ANIMAL, & NATURAL RESOURCES
Scott Schultz          001016

**004**



**DMACC**

Academic Affairs:
Asst. to the VP of
Academic Affairs

ASSOCIATE VICE PRESIDENT
OF ACADEMIC AFFAIRS
Kyle Collins                001027

COORDINATOR, TESTING/AAC
Randa Nasereddin        U00065

DEAN,  ACADEMIC SUCCESS
Albert Farr                  U00055

DIRECTOR, LIBRARIES
Rebecca Funke           000267

ADMIN ASSISTANT 2
Patricia Berndt            000479
LIBRARIAN
Emma Adams              000476
Lindsay Healey            000477
LIBRARY SPECIALIST
CIRCULATION LEAD
Zachary Lowe              000478
LIBRARY ASSISTANT
CIRCULATION & ACQUISITIONS
Katherine Warming       000482
BOONE
LIBRARIAN/MEDIA
SPECIALIST
Christine Whitney         B00010
LIBRARY SPECIALIST
Melanie Murray            B00011
LIBRARY ASSISTANT,
CIRCULATION
Vacant                        B00012
CARROLL
LIBRARIAN/MEDIA SPECIALIST
Lisa Dreesman             C00011
LIBRARY ASSISTANT/
CIRCULATION
Kathryn Van Erdewyk    C00012
URBAN
LIBRARY SPECIALIST
Lillian Friedman           U00050
LIBRARIAN
Natalie Valpey             U00079

DIR, CAREER ADVANTAGE- CTE
PROGRAMMING
Randy Gabriel              000677

COORD, CAREER ADVANTAGE
Alyssa Ploeger            001116
Jose Lopez                 000585
Marc Renning             C00063
CAREER ADVANTAGE
SPECIALIST
Jennifer Ewalt             000175

MANAGER, SPECIAL
EDUCATION, STRIVE AND
YOUTH AT RISK PROGRAMS
Michael Each               001152

INSTRUCTORS
------------------------------------
STRIVE
Karey Palmer              000963

DIR., WORK BASED LEARNING
& CAREER ADVANTAGE
Karen Swanson           001134

COORD.,  INTERMEDIARY
NETWORK
Vacant                        000930
COORD., INTERMEDIARY
NETWORK/DISABILITY
SERVICES
Vacant                        000974
WORK BASED LEARNING
NAVIGATOR
Jillesa Hoeck              001039

**005**



Academic Affairs:
Business & Information
Technology

**EXECUTIVE ACADEMIC DEAN**
**BUSINESS & IT**
Anne Power          000263

---

**PATHWAY ACADEMIC CHAIR, BUSINESS**
Tasha Mullihan          001140

**ADMINISTRATIVE ASSISTANT 3**
Libby Snow          000183
**ADMINISTRATIVE ASSISTANT 2**
Taylor Naughton          000340

**ASSOC. ACADEMIC DEAN, BUSINESS & IT**
Elizabeth Crandon          001123

**PATHWAY ACADEMIC CHAIR, INFORMATION TECHNOLOGY**
Michelle Ruse          001141

---

**BUSINESS INSTRUCTORS**
-------------------------------------
BUSINESS ADMIN - Ankeny
Samuel Daines          000346
Vada Grantham          000201
Lisa Ash          000347
Rajendra Sinha          000352
   BUSINESS ADMIN -Urban
Mitchell Lindquist          U00025
Rezaul Karim          U00036
   BUSINESS ADMIN - Boone
Vacant          B00038
   BUSINESS ADMIN - Carroll
Jennifer Schulte          C00022
Vacant          C00033
   BUSINESS ADMIN - West
Jill Friestad-Tate          W00033
BUSINESS ADMIN/ACC - Boone
John Murphy          B00018
   BUSINESS ADMIN/INFO TECH
Urban
Joe Hanson          U00038
BUSINESS TECHNOLOGY - Ankeny
Vacant          000370
Christina Turner          000811
BUSINESS TECHNOLOGY - Carroll
Amy Christian          C00027

---

**BUSINESS INSTRUCTORS**
-------------------------------------
   ACCOUNTING - Ankeny
William Bond          000341
Sam Eastman          000342
Lisa Lockard          000343
   ACCOUNTING - Urban
Kelly Westphal Murphy          U00019
Samar Nasereddin          U00020
   ECONOMICS - Ankeny
Susan McCoy          000358
Behzad Jeddi Balabaygloo 000359
   ECONOMICS - Boone
Kevin Cook          B00020
MANUFACTURING MNGT - Ankeny
Vacant          000196
   MARKETING - Ankeny
Neil Kokemuller          000367
Andrew Felix          000364
   MANAGEMENT - Ankeny
Vacant          000366

---

**INFORMATION TECHNOLOGY INSTRUCTORS**
-------------------------------------
COMPUTER/INFO TECH - Ankeny
Jeffrey Howe          000192
COMPUTER SCIENCE - Ankeny
Belinda Patton          000354
Karen Lentz-O'Loughlin 000547
Vacant          000376
Vacant          000369
Rodd Bullard          000970
Matthew Julius          000934

COMPUTER SCIENCE - Carroll
Anita Wood          C00050
Chima Smith          C00052

COMPUTER SCIENCE - Urban
Vacant          U00027

---

**INFORMATION TECHNOLOGY INSTRUCTORS**
-------------------------------------
   CYBERSECURITY - Ankeny
Jeremy Hoffmann          000996
Douglas Elrick          001007

   ELECTRONICS/IT - Ankeny
Bryan Burkhardt          000938

INFORMATION TECH/ NETWORK
ADMINISTRATION - Ankeny
Garrett Anderson          000194
Michael Ray          000816
Christopher Bell          000561

TELECOMMUNICATIONS - West
Jay Nickelson          W00004

---

**006**



**DMACC**

Academic Affairs: Health
Sciences & Fitness



**EXECUTIVE ACADEMIC DEAN, HPS**
Jeanice McCarville Kerber    000264

**ADMININSTRATIVE ASSISTANT 3**
Melissa Anderson    000502
Julie Owen    000437

**ASSOCIATE ACADEMIC DEAN, HEALTH SCIENCES & FITNESS**
Dustyn Dickhaut    001127

**DIRECTOR, NURSING EDUCATION**
Natalia Thilges    000462

**DISTRICT NURSING CLINICAL COORDINATOR**
Lindsay Mathes    001136
PROGRAM COORD., NURSING
Wendy Ferraro    000661
SIMULATION TECHNICIAN
Tricia Codner    000998
Tamara Fulton    000999
CLERICAL ASSISTANT
Ann Hull    B00071
COORD., NURSING LAB
Maria Elena Salonga    000723
DISTRICT COORD., NURSING
Jessica Passick    000815
DISTRICT COORD., NURSE AIDE
Trisha Godzicki    001095
ADMINISTRATIVE ASSISTANT 2
Carissa Barajas    000475
Samantha Bruellman    000290

**NURSING INSTRUCTORS**
Ankeny
Amanda Becker    000630
Amanda Tollari    000469
Ann Day    000472
Ann Schwery    000467
Ashley Fletchall    000465
Ashley Ocken    000738
Carolyn Adams    000470
Corinne Fonseca    000655
Danielle Fontana    000560
Jessica Creason    000474
Kali Klaver    000582
Kristi Rasmusson    000473
Vacant    001041
Meredith Willey    000468
Michelle Ponsor    000463
**NURSING INSTRUCTORS**
Boone
Kelsey Wood    B00031
Erica Tinius    B00032
Katherine Namovicz    B00033
Janelle Patterson    B00034
Abbey Malone    B00035
Kassi Harder    B00036
Karissa Risius    B00037
**NURSING INSTRUCTORS**
Urban
Kelly Morgan    U00109
Nicolette Hamilton    U00114
Heidi Engstler    U00117
Valerie Schwartz-Bryan    U00128
Melody Bethards    U00131
Emily Abbott    U00141

**NURSING INSTRUCTORS**
Carroll
Haylee Barsby    C00042
Amber Mahrt    C00037
Collette Krutsch    C00026
Newton
Kari Hemann    N00056
Ashley Adams    N00061
Jenna Seals    N00057
INSTRUCTOR, NURSE AIDE
Vacant    000837
Melanie Muth    000926
INSTRUCTOR, NURSE AIDE
Boone
Amy Haines    B00103
INSTRUCTOR, NURSE AIDE
West
Cindy Fogue    W00038
HEALTH OCCUPATIONS
Ankeny
Laura Hackfort    000704
HEALTH OCCUPATIONS
Ames
Pamela Vandenberg    B00096
HEALTH OCCUPATIONS
Carroll
Katie Tuel    C00054
Amy Schultes    C00049
HEALTH OCCUPATIONS
Newton
Julie Froah    N00065
HEALTH OCCUPATIONS
Southridge
Valerie Brand    U00163
Jennifer Carpenter    U00162

**INSTRUCTORS**
------------------------------------
MEDICAL ASSISTING
Stacey Schroder    000457
Cheryl Young    000458
MEDICAL LAB TECH
Karen Campbell    000459
Joshua Kraushaar    000750
RESPIRATORY THERAPY
Amy Boeckman    000460
Colleen Reiland    000461
SURGICAL TECHNOLOGY
Urban
Esther Fraser    U00194
John Hadley    U00118
Joyce Cunningham    U00092
MEDICAL ADMIN ASST
Emily Noel    000373
FITNESS/SPORTS MANAGEMENT
Boone
Jennifer Spry-Knutson    B00061

**COORDINATOR, DENTAL CLINIC AND PROGRAMS**
Johanna Land    001109

**ADMIN ASSISTANT 2**
Julie Benson    000441
DENTAL LAB OPERATIONS SPECIALIST
Dawn Cardella    000846
------------------------------------
INSTRUCTORS
------------------------------------
DENTAL ASSISTANT
Marcia Nithang    000451
Sarah Bouma    000452
DENTAL HYGIENE
Karissa Bemisdarfer    000453
Melissa Hoffman    000454
Jacquelyn Kollasch    000455

Unoffical Copy

**007**

7/31/2024



**DMACC**

Academic Affairs:
Public & Community
Services

**EXECUTIVE ACADEMIC DEAN, HPS**
Jeanice McCarville Kerber     000264

**ADMININSTRATIVE ASSISTANT 3**
Melissa Anderson     000502
Julie Owen     000437

**ASSOCIATE ACADEMIC DEAN, PUBLIC & COMM SERVICES**
Jessica Cole     001126

**COORDINATOR, EMS & FIRE SCIENCE EDUCATION**
Joel Otte     000283

**INSTRUCTORS**
------------------------------------
EMERGENCY MEDICAL SERVICES
Vacant     000868
Dottie Parsons     001087
FIRE SCIENCE
Brent Conklin     000608

**DIRECTOR, HOMELAND SECURITY/TSA PROGRAMMING**
Steve Barger     001137

**INSTRUCTORS**
------------------------------------
TSA HOMELAND SECURITY/ CRIMINAL JUSTICE
Michael Balas     000979
Jason Junkens     000980
Timothy Spooner     000977
Vacant     000978
Barry Thomas     001114

COORD, TSA ASSOCIATES PROGRAM
Donna Kehr     000994
PATHWAY NAVIGATOR, TSA
Kristin Hixenbaugh     001115

**INSTRUCTORS**
------------------------------------
CRIMINAL JUSTICE - Ankeny
Julie Roosa     000394
Vacant     000588
Danielle Galien     000393
Cory McClure     000734
Samantha O'Hara     000752
Matthew Kratky     000824
CRIMINAL JUSTICE - Boone
Michael Peck     B00095
CRIMINAL JUSTICE - Newton
Wesley Breckenridge     N00086
COURT REPORTING - Newton
Patricia Ziegler     N00068
Deborah DuBuc     N00069
Sarah Bowers     N00073
HUMAN SERVICES - Urban
Ilima Young-Dunn     U00099
Annie Wood-Long     U00172
PARALEGAL - Urban
Daryl Anderson     U00035
MORTUARY SCIENCE - Ankeny
Kevin Patterson     000689
Travis Carrico     000733
Dixie Evans     000935
Steven Angell     001026
Ryan Lohman     001094
POL.SCI/INTRN'L STUDIES - Boone
Jeffrey Schroeder     B00064

**INSTRUCTORS**
------------------------------------
PSYCHOLOGY - Ankeny
Marilyn Jerome     000429
Sean Gibbons     000430
Kate Halverson     000431
Vacant     000432
PSYCHOLOGY - Boone
Michael Craft     B00043
PSYCHOLOGY - Carroll
Margaret Jambor     C00048
PSYCHOLOGY - Newton
Tiffany Thomas     N00055
PSYCHOLOGY - Urban
Anthony Stevens     U00041
PSYCHOLOGY - West
Jennifer Burrell-Rice     W00027
SOCIOLOGY - Ankeny
Gerald Titchener     000433
Laurie Linhart     000434
Stacy Hartsfield     001088
SOCIOLOGY - Boone
Katherine Niman     B00084
SOCIOLOGY - Urban
Katie Mitchell     U00042
SOCIOLOGY - West
Rebecca Tuxhorn     W00030
SOCIOLOGY/PSYCHOLOGY - Boone
Adrian Taylor     B00075
SOCIOLOGY/CRIM JUSTICE - Boone
Peter Conis     B00044

**WBL NAVIGATOR, POLK CO HEALTHCARE WORKFORCE**
Lynn Torrence     001101
**PATHWAY NAVIGATOR, POLK COUNTY HEALTHCARE WORKFORCE COLLABORATIVE**
Jennifer Wagner     001102
**MARKETING & DATA SPECIALIST, POLK COUNTY HEALTHCARE WORKFORCE COLLABORATIVE**
Kyle Charles     001103

**008**



**DMACC**

Academic Affairs:
METT

EXECUTIVE ACADEMIC DEAN
METT
Jennifer Foster          000265

AUTOMOTIVE PARTS
CLERK
Scott Harlan          000337

ADMIN ASSISTANT 3
Tammy Gelow          000295
ADMIN ASSISTANT 2
Amy Nemmers          001092

ASSOCIATE ACADEMIC DEAN,
BUILD TRADES & TRANS/ENG/
MANUFACTURING
Andrew Neuendorf          001124

ADMIN ASSISTANT 1
Vacant          000336

LAB COORDINATOR
Joshua Magie          000315
ELECTRONICS TECHNICIAN
Andy Hull          001073
EQUIPMENT, COMPUTER &
NETWORK TECH
Robert Stitz          000203
PROGRAM COORD. IA DOT
Kelli Bennett          B00079

DIRECTOR, METT
Derrick Walker          000971

COORDINATOR,
TRANSPORTATION INSTITUTE
Ramsey Nichols          000296
TRANSPORTATION INSTITUTE
PROGRAM SPECIALIST
Vacant          000298
David Spencer          000299
Isaac Bruck          000739
Clint Gotta          000522
Robert Parkins          000523
Gordon Moore          000955
Beverly Riley          001091
ADMIN ASSISTANT 2
Chelsea Miller          000510

BUILDING TRADES &
TRANSPORTATION
INSTRUCTORS
-----------------------------------
AUTO COLLISION - Ankeny
Jordon Christian          000317
Joseph Youngwirth          000318
Nicholas Wellik          000697
AUTO COLLISION - Ames
Vacant          B00099
AUTO COLLISION - Southridge
Vacant          U00164
AUTO TECHNOLOGY - Ankeny
Bjarne Olesen          000319
Jerald Burns          000320
Tyler Grems          000321
Logan Linkenmeyer          000324
Michael Sander          000334
Keith Wersinger          000821
Gregory Baker          000567
Kirk Jamison          000333
Mark Armbrecht          000648
Dave Davis          000720
Curt Cornelius          001052
AUTO TECHNOLOGY - Ames
Leland Staton          B00098
AUTO TECHNOLOGY - Boone
Joseph Brend          B00094
AUTO TECHNOLOGY - Carroll
Eric Wollesen          C00038
AUTO TECHNOLOGY - Southridge
Douglas Kennedy          U00165
AUTO TECHNOLOGY/FORD
ASSET
Ankeny
Shane Boots          000331

BUILDING TRADES &
TRANSPORTATION INSTRUCTORS
-----------------------------------
FORD MOTOR PROJ. - Ankeny
Ross Anderson          000330
FORD ASSET - Ankeny
Eric Langner          000536
Vacant          001117
ARCHITECTURAL TECH - Boone
Michael Gatzke          B00104
BLDG. TRADES - Ankeny
Ned Rasmussen          000302
Timothy Schwind          000612
BLDG. TRADES - Boone
Joseph Brend          B00094
BLDG. TRADES - Newton
Dale Hedrick          N00062
BUILDING TRADES - Carroll
Vacant          C00039
DIESEL TECHNOLOGY - Ankeny
Tyler Gross          000325
Shea Parsons          000507
Michael Holloway          000327
Scott Ward          000328
Michael Friesth          000329
Michael Gooch          000690
ELECTRICAL TRADES - Carroll
Eric Reiling          C00059
ELECTRIC UTILITY TECHNOLOGY
Ankeny
Donald Finn          001071
Vacant          001104
INDUSTRIAL ELECTROMECH
TECHNOLOGY - Newton
Dan Ehler          N00053

ENGINEERING & MANUFACTURING
INSTRUCTORS
-----------------------------------
APPLIED ENGINEERING - Ankeny
Nicholas Utecht          000556
CADD TECH - Ankeny
Vacant          000195
Travis Green          000607
CIVIL ENGINEERING TECH - Boone
Vacant          B00052
Renee White          B00054
ELECTRONICS - Ankeny
William Gordon          000191
Richard Wagner          000562
Vacant          000840
Elliot Sheaff          001036
ENGINEERING - Ankeny
Vacant          000423
MATH/ENGINEERING - Ankeny
Chien-Jung Yu          000422
HVAC - Ankeny
David Hansman          000307
Scott Smith          000557
POWER EQUIPMENT TECHNOLOGY
Ankeny
Roy Kokemuller          001130

ENGINEERING &
MANUFACTURING
INSTRUCTORS
-----------------------------------
WELDING
Nathan Vander Wert          000314
Joseph Braune          000869
Marcus Samson          000902
WELDING - Carroll
Brent Rowe          C00062
WELDING - Newton
Jared Kingery          N00066
WELDING - Southridge
Eric Cox          U00166
TOOL & DIE
Charles Peffers          000197
John Neumayer          000198
Mark Rosenberry          000199
Dennis Knittel          000812
INDUSTRIAL TECHNICIAN/
WELDING
Carroll
Ryan Renze          C00035
WIND TURBINE
Jesse Klein          000866
INDUSTRIAL TECHNICIAN
Ryan Helleso          C00055
LAB COORD., TOOL & DIE
PROGRAM
Todd Grapp          000949

PROJECT DIRECTOR,
STRENGTHENING
COMMUNITY COLLEGES
GRANT
Nicole Kalkwarf          001105

PROJECT COORDINATOR,
STRENGTHENING
COMMUNITY COLLEGES
GRANT
Silas Hanneman          001113
Pathway Navigator,
Strengthening Community
Colleges Grant
Erin Gauer          001110

**009**

**DMACC**

Academic Affairs:
Design, Media, & the
Arts



EXECUTIVE ACADEMIC DEAN
DESIGN, MEDIA, & THE ARTS
Jim Stick                000266

PATHWAY ACADEMIC CHAIR,
DESIGN, MEDIA, & ARTS
Rachel Murdock          000379

ADMINISTRATIVE ASSISTANT 3
Stephanie Ellwood       000379

**INSTRUCTORS**

-----------------------------------
ART - Ankeny
Krista Wolter            000384
DRAMA - Ankeny
Carl Lindberg            000500
FASHION - Ankeny
Ann Gadbury              000368
Alecia Mintle            000365
GRAPHIC DESIGN - Ankeny
Allison Vial             000304
Heather Sumners-Purdy    000305
Michael Blair            000306
GRAPHIC DESIGN - West
Christopher Sinclair     W00043
JOURNALISM - Ankeny
Andrew Langager          000881
JOURNALISM - Boone
Lisa Kahookele           B00082
MUSIC - Ankeny
James Thompson           000424
Vacant                   001024
WEB DEVEL & DESIGN - West
Jeff Gullion             W00042
Kieran Cutsforth         W00041
VIDEO PRODUCTION - Ankeny
Miguel Tarango           001017
PHOTOGRAPHY - Ankeny
David Purdy              000310

PRODUCTION MANAGER,
SIMON ESTES SCHOOL OF
FINE ARTS - Ankeny
Rachel Trimble           001080

DIRECTOR, IOWA CULINARY
INSTITUTE - Ankeny
John Andres              001008

ADMINISTRATIVE ASSISTANT 2
Kristin Miller           000292

**INSTRUCTORS**

-----------------------------------
CULINARY ARTS - Ankeny
Vacant                   000361
Andy Havlovic            000693
Minsuk (Jake) Kim        000694
William Dell             000915
CULINARY ARTS - Ames
Logan Lumley             B00097
CULINARY ARTS - Newton
Ryan Binney              N00067
HOSPITALITY CAREERS -
Ankeny
Timothy Jensen           000362
COORDINATOR CULINARY
ARTS
Ankeny
Dana Anderson            000692
EVENTS CHEF - Ankeny
Katherine Van Dyke       001096

**010**



**DMACC**

Academic Affairs:
Education,
Communication, And
The Humanities

**EXECUTIVE ACADEMIC DEAN**
EDUCATION, COMMUNICATION, & THE HUMANITIES
Drew Nelson                001144

**PATHWAY ACADEMIC CHAIR, HISTORY/POLITICAL SCIENCE/GEOGRAPHY/ANTHROPOLOGY/GLOBAL STUDIES/PHILOSOPHY**
Bethany Sweeny            001146
PATHWAY ACADEMIC CHAIR, LITERATURE/HUMANITIES/LANGUAGES/RELIGION
Lindsay Simpson            001145

**ADMINISTRATIVE ASSISTANT 2**
Jeania Cozad              000381
ADMINISTRATIVE ASSISTANT 3
Jodi Abshire              B00002

**ASSOCIATE ACADEMIC DEAN, EDUCATION, COMMUNICATION, & THE HUMANITIES**
Kayla Lucht                001125

**PATHWAY ACADEMIC CHAIR, ENGLISH/DEVELOPMENTAL READING/ WRITING**
Krystal Cox                001148
PATHWAY ACADEMIC CHAIR, SPEECH/ COMMUNICATION/ELL
Anna Conway              001147

---

**INSTRUCTORS**
Ankeny

-----------------------------------
ANTHROPOLOGY
Melanie Lahart            000695
EDUCATION
Patsy Steffen            000804
EARLY CHILDHOOD EDUCATION
Catherine Parmerlee      000448
Julie Clark              000449
Katherine Champlin        000450
JOURNALISM
Andrew Langager          000881
ENGL/JOURNALISM
Rose Marie Toubes        000407
HISTORY
Joseph Danielson          000412
HISTORY
HISTORY/GEOGRAPHY
Joanne Dudgeon            000413
PHILOSOPHY
Robert McIntyre          000425
POLITICAL SCIENCE/HISTORY
Paul Byrd                000428

---

**INSTRUCTORS**
Ankeny

-----------------------------------
ENGLISH
Eden Pearson            000396
Marc Dickinson          000398
Vacant                  000399
Vacant                  000400
Colin Hogan              000401
Vacant                  000402
William Zhang            000409
Maria Cochran            000820
ENGLISH/LITERATURE
Daniel Platt            000404
ENGLISH/FRENCH
Maura Nelson            000410
ENGLISH/ DEVELOPMENTAL WRITING
Heather Tisdale          000405
SPANISH
Stacy Amling            000535
SPEECH COMMUNICATIONS
Julia Simanski          000435
Karen Christiansen      000436
Vacant                  000428

---

**INSTRUCTORS**
Boone/Carroll/Newton/Urban/West

-----------------------------------
ENGLISH
Cody Chesmore            C00032
Vacant                  B00078
Sarah Waddle            B00085
Vacant                  N00011
Matthew Alberhasky      U00030
Maria Vogler            U00032
Jessica Robinson-Rabon  U00174
Ann McBee                W00037
ENGLISH/SPEECH
Amy Prochaska            B00065
SPEECH COMMUNICATIONS
Kay Mueller              B00045
Margaret Parrish        C00036
Vacant                  U00105
Vacant                  U00094
Vacant                  W00024
ENGLISH/AAC
Vacant                  W00026
DEVELOPMENTAL ENGLISH
Abigail Castaneda        U00029
AAC/ENGLISH
Tiffany Lauer            U00168

---

**INSTRUCTORS**
Boone/Carroll/Newton/Urban/West

-----------------------------------
ESL/ELL
Saem Parry              U00033
Aimee Langager          U00034
SPANISH
Vacant                  B00069
Carrie Morris            U00083
SPANISH & ENGLISH LANG LEARNERS (ELL)
Valerie Gonzalez        U00100
ENGLISH/HISTORY
Vacant                  C00023
HISTORY
Charles Irwin            B00042
Matthew Walsh            U00081
SOCIOLOGY/PHILOSOPHY
Tammie Foltz            B00066
HUMAN SERVICES/ PSYCHOLOGY
Vacant                  C00040

---

**PROG COORD. CHILD DEVELOPMENT CENTER**
Sherri Sciarrotta        000726

**CHILD DEVELOPMENT SPECIALIST**
Hannah Bradshaw          000443
Kodi Grogan              000444
Sharon Wiese            000445
Jennifer Wardyn          000446
Vacant                  000826
Molly Montavon          000827
Sondrea Dyser            000993
NUTRITION SPECIALIST
Brent Baade              000447

**011**



**DMACC**

Academic Affairs:
Math & Science,
Agriculture, Animals, &
Natural Resources

**EXECUTIVE ACADEMIC DEAN, SEMSS**
Scott Schultz          001016

**PATHWAY ACADEMIC CHAIR, MATH**
Christopher McClure     001142

**ADMINISTRATIVE ASSISTANT 3**
Emmaline Carstensen   001010
**ADMINISTRATIVE ASSISTANT 2**
Vacant                001066

**ASSOC ACADEMIC DEAN, AG, ANIMALS & NAT RESOURCES/ MATH SCIENCE**
David Gisch           001122

**PATHWAY ACADEMIC CHAIR, SCIENCE**
Richard Roberts        001143

---

**AGRICULTURE, ANIMALS, & NATURAL RESOURCES INSTRUCTORS**
Ankeny
------------------------------
AG BUSINESS
Emily Campbell          000344
Andrea Rouse            000345
Timothy Doud            000350
Travis Lautner          000943
HORTICULTURE
Christina Riessen        000802
James Mason             000351
VETERINARY TECHNNOLOGY
Deanna Schumacher       000669
Amy Fertig              000817
LAB COORDINATOR,  VET TECH
Rebecca Bean-Rask       000705
LAB COORDINATOR, FARM
Jacob Githens           000740
TRAINING COORD., WET PROG
Aimee Kramer-Devereaux 000532
Craig Hennager          001129

**MATH & SCIENCE INSTRUCTORS**
Ankeny
------------------------------
BIOLOGY
Julie Gonzalez          000385
Michael Davis           000386
Qian Moss               000387
Yao-Chung Chang         000388
Miranda Gauthier        000389
Aaron Alford            000709
Jenna Moe               001018
CHEMISTRY
Sean Curtis             000391
Richard Roberts         000392
Chandana Karunatilaka   000882
Samuel Keasler          001000
PHYSICS
Stefan Stoianov         000426
Vacant                  000427
MATH
Peter Haack             000415
Vacant                  000417
Vacant                  000419
Julie Hartzler          000420
Maninee Shoomkamola     000421
Daniel Petrak           000870
WATER & WASTEWATER
Anthony Tonarelli        000883
PHARMACY TECHNICIAN
Anthony Guerra          000853

**MATH & SCIENCE INSTRUCTORS**
Boone/Carroll/Newton/Urban/West
------------------------------
BIOLOGY
Timothy Bergin          B00021
Juliet O'Donnell        B00022
Jennifer Wojcik         B00088
Andrew Guinness         B00092
Amber Lawton            C00020
Savanna Judson          C00060
Matthew Abbott          N00059
Nicole Fitzgerald        U00022
Mary Larscheid           U00023
Anthony Goodrich         U00024
Melanie Sadeghpour       U00095
Leahann Borth            U00136
Jessica Thistle          W00039
CHEMISTRY
Peter Kosgei            B00023
Theunis van Aardt       B00089
David Vanderlinden      U00026
Rachel Duncan           U00108

**MATH & SCIENCE INSTRUCTORS**
Boone/Carroll/Newton/Urban/West
------------------------------
CHEMISTRY/PHYSICS
Nadine Jessen           C00043
PHYSICS
Khaled Boudjarane      U00085
MATH/PHYSICS
Nancy Woods             B00030
Shree Banjara           B00051
MATH
Vacant                  001032
Heather Podlich         B00029
Timothy Rial            C00024
Necole McGary           U00039
Chelsy Doyle            U00040
Joel Overton            U00103
Vacant                  W00032
SCIENCE
Kristina Walkup         W00035

**DIRECTOR OF TEACHING & LEARNING - Ankeny**
Gretchen Price          001086
LAB COORDINATOR, SCIENCE
Ankeny
Kayla Clancy            000382
Steven Monk             001042
LAB COORDINATOR, SCIENCE
Urban
Vacant                  U00012

Unoffical Copy

**012**

7/31/2024



Academic Affairs:
Distance Learning



EXECUTIVE ACADEMIC DEAN, DISTANCE LEARNING
Joel Lundstrom          001013

PATHWAY NAVIGATOR
Staci Scholten          001119

DIR, DISTANCE LEARNING & TECHNOLOGIES
Joseph Raineri          001030

INSTRUCTIONAL DESIGNER
Sean Frommelt          000806
Sara Kelly             000829
Kayleen Grage          000845
Hannah Tuttle          001025
COORD., TECHNICAL TRAINING-ONLINE EMPHASIS
Katelynn Davis         000728
COORD., ONLINE
Megan Mudd             000659
ONLINE SPECIALIST
Megan Ueltschy-Hodges  001028

**013**



**DMACC**

Academic Affairs:
Community Outreach &
Continuing Education

**ACTING ASSOC VP, COMMUNITY OUTREACH & CONTINUING EDUCATION**
Michael Hoffman          001131

**ADMIN. ASSISTANT 3**
Lisa Saffell          U00111
**ADMIN. ASSISTANT 2**
Melody Riley          U00112

**DIR., EVELYN DAVIS CENTER**
Vacant          U00110

**ADMIN ASSISTANT 3**
Mary Bruscher          000730
**ADMIN ASSISTANT 2**
Melissa Simmons          000289
Lori Hanze          000291
Skye Jones          000294
**ADMIN ASSISTANT 1**
Mollie Vetter          000931

**FEC SITE COORDINATOR**
Vacant          U00139

**ASST. DIRECTOR, EVELYN DAVIS CENTER**
Joy Esposito          U00135
**OPPORTUNITY PASSPORT PRGM COACH**
Robert Bibens          U00192
**LEAD CAREER COACH**
Vacant          U00197
**CAREER COACH**
Maria Mercedes Morton          U00201
**YOUTH SERVICES PROG COORD**
Vacant          U00198
**MARKETING  OUTREACH SPEC**
Vacant          U00199
**SENIOR SMALL BUSINESS CONSULTANT**
Vacant          U00200
**SMALL BUSINESS CONSULTANT**
Samuel Early          U00203

**SOUTHRIDGE SITE DIR & CAREER ADVANTAGE COORD**
Vacant          U00155

**INFORMATION SPECIALIST**
Jessica Vilas          U00156
**ADMIN ASSISTANT 2**
Carmen Ramirez          U00157
**TEST EXAMINER**
Jane Rogers          U00158
**STUDENT ACCOUNTS SPECIALIST**
Carie Kramer          U00160

**EXEC DIR, CONTINUING EDUCATION**
Vacant          000136

**SENIOR COORDINATOR CONTINUING EDUCATION**
Galen Briggs          001139
**COORDINATOR CONTINUING EDUCATION**
Jill Whitson          000285
Tammy Steinwandt          000286
Vacant          000209
Curt Buhr          000794
Angie Neville          000942
**COORDINATOR, WORKFORCE TRAINING ACADEMY**
Kathryn Maher          000800
**PATHWAY NAVIGATOR**
Somchit Mongtin          000923
Kirstin Born          000865
**YOUNG ADULT PROGRAM NAVIGATOR**
Vacant          001044
Vacant          001045
**YOUNG ADULT PRGM EMP SPECIALIST**
Vacant          001046
Vacant          001047
**MARKETING SPEC, CONT ED**
Lydia Madsen          000609

**FEC PROGRAM MANAGER/ COACH**
Kent Johnson          U00181
**FEC FINANCIAL COACH**
Corenne Seward          U00140
Vacant          U00138
Vacant          U00173
**SMALL BUSINESS PERSONAL FINANCIAL COACH**
Vacant          U00195

**014**



Academic Affairs: Bus & Industry



EXECUTIVE DIRECTOR
DMACC BUSINESS RESOURCES
Kimberly Didier          000128

ADMIN ASSISTANT 2
Elizabeth Blind          000570

ADMINASSISTANT 3
Vacant          000207

MAINTENANCE/CUSTODIAL
TECHNICAN NEWTON/LEGACY
PLAZA
Vacant          000972

CONSULTANT
BUSINESS SOLUTIONS
Melissa Chavas-Miller    000205
Jeffrey Janes            000539
Kelly Mitchell           000754
Whitney Riggs            000538
Aaron Chittenden         000884
Vacant                   000641

DIR, BUSINESS SUPPORT
SERVICES & STRATEGIC
BUSINESS DEVELOPMENT
Jaclyn Boldt          000206

OUTREACH & ALUMNI
MANAGER, GOLDMAN SACHS
10,000 SMALL BUSINESSES
Svitlana Miller          001050

PROGRAM SPECIALIST,
GOLDMAN SACHS 10,000
SMALL BUSINESS
Kerri Yost          001068

**015**



DMACC
Student Affairs



**VICE PRESIDENT, STUDENT AFFAIRS**
Erica Spiller          000554

**ADMINISTRATIVE ASSISTANT 4**
Denise Gehlhaar        000103

**DEAN, ENROLLMENT MANAGEMENT & BOONE STUDENT SERVICES**
Rachel Erkkila         B00055

**DIRECTOR, MARKETING & PUBLIC RELATIONS**
Todd Jones             000487

**DEAN, STUDENT SUCCESS & URBAN STUDENT DEVELOPMENT**
Erin Lee Schneider     U00104

**DIRECTOR FINANCIAL AID**
Jerry McKeen           000159

**DEAN, STUDENT RESOURCES & ANKENY STUDENT DEVELOPMENT**
Wade Robinson          000139

**REGISTRAR**
Heidi Heilskov         000877

**DEAN, LEARNING & SUPPORT SERVICES**
Sharon Bittner         000213

**DIR., CAREER ADVANTAGE ENROLLMENT SERVICES**
Michael Lentsch        000566

**CRM SPECIALIST, ELLUCIAN SYSTEMS**
Jason Grinstead        001048

**EX. DIR., HIGHER EDU IN PRISON & ADULT EDU & LITERACY**
Jessica Frederickson   U00193

**016**



Student Affairs:
Recruiting & Boone
Student Development



**DEAN, ENROLLMENT MANAGEMENT & BOONE STUDENT SERVICES**
Rachel Erkkila          B00055

**Boone**
COORD., RESIDENT HOUSING
Nicolas Mishler          B00080
  LEAD ACADEMIC ADVISOR
Vacant                      B00050
    ACADEMIC ADVISOR
Jocelyn Kovarik          B00083
  STUDENT SERVICES SPEC
Vacant                      B00047
Wendie Fagen            B00048
Christina McIntyre        B00003
COORD. STUDENT ACTIVITES
Amanda Strayer          B00056
ACADEMIC ADVISOR/ ASST.
    DIR, ATHLETICS
Danielle Lopez            B00059
    ACADEMIC ADVISOR/
    BASKETBALL COACH
Blake Sandquist          B00058
  STUDENT SERVICES/ASST
    HOUSING/COACH
Lydia Harvey              B00072
Taylor Tucker             B00073
Danielle Coronado        B00074
Zachary Mishler          B00070
Thana Heller              B00086
        COUNSELOR
Vacant                      B00067
Rebekah Lauritzen        B00091
CAMPUS HEALTH SPECIALIST/
        NURSE
Lori Zahnd                B00101
    COORD., STUDENT &
  COMMUNITY RESOURCES
Erin Neumann            B00006

**SITE DIRECTOR & COORD CAREER ADVANTAGE**
Boone
Jeff Kelly                  B00076

ADMINISTRAVIE ASSISTANT2
Sarah Riley               B00093
CAREER WORK EXPERIENCE
Julianne Manock          B00100

**DIR. OF ADMISSION & RECRUITMENT**
Ankeny
Shelby Hildreth          001070

ENROLLMENT ADVISOR
Kristen Blair             000568
Jonathan Frank          000569
Sydnee Ruhl              001014
Mariana Villa-Drees      001015
  ADMISSIONS OPERATION &
COMMUNICATIONS SPECIALIST
Daniel Suhr              000849
  ADMISSION RECORDS SPEC
Tiffany Hartley           000145
Erica Hoskins            000146
Wendy Borst              000147
    ADMIN ASSISTANT 3
Jillian McGinn            000140

**017**

**DMACC**

Student Affairs: Student
Resources & Ankeny
Student Development



DEAN, STUDENT RESOURCES &
ANKENY STUDENT
DEVELOPMENT
Wade Robinson          000139

ADMINISTRATIVE ASSISTANT 3
Ashlie Lee                    000235

INTERNATIONAL STUDENT
ENROLLMENT SPEC
Roger Lugo Baptista        000917

ASST DIR. STUDENT DEV/
EVENING & STUDENT
ENGAGEMENT
Andrea Iseminger          000278

ADMINISTRATIVE
ASSISTANT 3
Lori Obernolte          000293

COORDINATOR, STUDENT
ACTIVITIES
Erin Smith                  000173

ADMINISTRATIVE ASSTANT 2
Jeremy Turgasen          000174

COUNSELORS
Shannon Peterson      000268
Joshua Lundahl          000270
George Clark              000271
Mary McClure             000272
Erin Borchardt            000273
Thomas Tweedy          000275

ACADEMIC ADVISOR
Kent Spillers              000944
Matt Sprengeler          000237
Jeremy Austin            000238
Raquel Zuniga            000239
Amy Wood                  000241
Christa Grove             000614
Sarah Alexander         000841
Shari McLean-Merten   000888
Jordan Lewton            000893
Sean Hartnett            000895
Abbie Moffatt            001133
Allison Kipp             001021
Lindsay Frueh            001132
William Hatchet          001128
Karen Webb               U00161
  INFORMATION SPECIALIST
Michelle Reeve           000242
Bridget Rinehart         000243
Vacant                       000244
Jill Ryan                    000488

JUDICIAL OFFICER/TITLE IX
COORDINATOR
Deborah McKittrick        000699

**018**

Unoffical Copy

7/31/2024



Student Affairs:
Student Success &
Urban Student
Development

**DEAN, STUDENT SUCCESS & URBAN STUDENT DEVELOPMENT**
Erin Lee Schneider          U00104

**ADMINISTRATIVE ASSISTANT 2**
Randi Oleson          U00003

**DIR., STUDENT SUCCESS INITIATIVES**
Robert Nalean          000933

**Urban COORD. TRiO PROGRAM-SSS**
Tricia England          U00043

**ACADEMIC ADVISOR**
Robert Kuennen          U00044
Paige Kloster          U00045

**Urban COORD. TRiO PROG. UPWARD BOUND**
Vacant          U00067

**UPWARD BOUND ADVISOR**
Melinda Royster          U00046

**Ankeny COORD, STUDENT ACCESS & SUCCESS**
Lincoln (Wesley) Harris   000989
**COORD., STUDENT ENGAGEMENT & RETENTION**
Corey Trader          001084

**Urban COUNSELOR**
Joshua Herold          U00060
Rebecca Papian          U00075
**ACADEMIC ADVISOR**
Kathleen Chandler Ernst   U00061
Hillary Johnson          U00106
Hadi Atal          U00068
Kristine Markham          U00008
Berenice Real Rodriguez   U00107
Ivon Mihura          U00206
**ENROLLMENT AND FINANCIAL AID ADVISOR**
Alma Pesina          U00004
Heidi Sisler          U00084
Yesenia Hernandez Venales          U00005
Daniella Guerrero          U00006

**Ankeny ASST. DIR. STUDENT DEV.**
Megan Snook Lautner   000886

**PERKINS PATHWAY NAVIGATOR**
Matthew Schneiderman   000922
Susan Stewart          000919
**PATHWAY NAVIGATOR**
Lori Card          000920
Travis Hanson-Pollock   001085
Marcelo Erazo          000921
**PATHWAY NAVIGATOR NURSING**
Susan Mixdorf          000918
**COORDINATOR, CAREER CENTER**
Sara Clayton          000579

**019**



Student Affairs:
Academic Support
Services

DEAN, LEARNING & SUPPORT
SERVICES
Sharon Bittner          000213

ADMINISTRATIVE ASSISTANT 3
LeAnna Lyons          000210

ACADEMIC ACHIEVEMENT
INSTRUCTORS
Marshall Stuart          000717
Daniel Nelson          000230
Janelle Thornton          000231
Stacy Vaughn          000390
Allison Pugh          000519
Robert Reynolds          000219
EDUCATIONAL INTERP.
Lisa Inskeep          000212
Lori Hamilton          000623
COORD. COMPUTER LAB
Jodie Skellenger          000111
COORD. ANKENY TESTING
CENTER
Joanne Purtill          000696
ANKENY TESTING  CENTER
ASSISTANT
Jasmine McAleavey          000571
COORD, PROG DEV
DISABILITY SERVICES
Jennifer Argo          000583

<span style="color:red">**020**</span>



Student Affairs :
Registrar

| REGISTRAR | |
| --- | --- |
| Heidi Heilskov | 000877 |

| SCHEDULING SPECIALIST | |
| --- | --- |
| Kristin Bode | 000181 |
| SCHEDULING ASSISTANT | |
| Melinda Schardt | 000182 |
| Tifnie Van Eckhoutte | U00063 |
| ACADEMIC RECORDS SPECIALIST 2 | |
| Kimberly Spitzig | 000153 |
| ACADEMIC RECORDS SPECIALIST 1 | |
| Katie Seuntjens | 000157 |
| ACADEMIC RECORDS OPERATION SPEC | |
| Lynnae McNamee-Charles | 000158 |
| REGISTRATION/ADMISSIONS OPERATIONS SPECIALIST | |
| Julie Emehiser | 000149 |
| REGISTRATION RECORDS SPECIALIST | |
| Lori Davis | 000141 |
| Charity Watson | 000148 |
| Angela Teter | 000150 |
| Andrea Jacobsen | 000151 |
| Erin Rinderknecht | 000506 |
| CREDENTIALS/GRADUATION SPECIALIST | |
| April Leach | 000155 |
| Karen Williams | 000156 |
| Kathryn Evans | 000793 |

**021**



Student Affairs: Career Advantage



**DIR., CAREER ADVANTAGE ENROLLMENT SERVICES**
Michael Lentsch          000566

**ADMINISTRATIVE ASSISTANT 3**
Lisa Olk          000565

**DIST. COORD., COLLEGE & CAREER TRANSITION SERV.**
Gail Zehr          001065

**COLLEGE & CAREERS TRANSITION COUNSELOR/ ADVISOR**
| | |
|---|---|
| Kara May | 001054 |
| Danielle Harris | 001053 |
| Morgan Donovan | 001055 |
| Sharisse Naeve | 001058 |
| Kenya Pruitt | 001059 |
| Vacant | 001060 |
| Eric Sackett | 001057 |
| Justin Roberson | 001056 |
| Tracy Edwards | 001082 |
| Jo Riley | 001106 |
| Tara Gallardo | 001083 |
| Kara Donovan | 001108 |
| Stephen Rude | 001112 |

**ACADEMIC ADVISOR**
| | |
|---|---|
| Kirk Pohlman | 000701 |
| Amanda Magie | 000798 |
| Emma Sandholm | 000702 |
| Kam Klaver | 000682 |
| Paige Warden | 000799 |
| Megan Doubleday | 001033 |
| Alyssa Cappaert | 001081 |
| Andrea Gotta | N00087 |

Unoffical Copy

**022**

7/31/2024



Student Affairs:
Financial Aid



DIRECTOR
FINANCIAL AID
Jerry McKeen        000159

ADMINISTRATIVE ASSISTANT 2
Ashley Bailey        000636

ASSISTANT DIR, FINANCIAL AID
Benjamin Rikkels        001031
FINANCIAL AID
ADVISOR
Melissa Mincy        000160
Brant Phillips        001034
FINANCIAL AID SPEC
Ashley Northfield        000162
Heath Hutcheson        000163
Sidney Cam        000164
Joshua Rinderknecht        000165
Sharon Untiedt        000166
Theresa Boat        000167
Denise Boring        000490
Suzanne Rardin        000875
COORD. VETERANS
SERVICES
Donald Enright        000132

Unoffical Copy

**023**

7/31/2024



Student Affairs:
Marketing



DIRECTOR, MARKETING &
PUBLIC RELATIONS
Todd Jones             000487

ASSOCIATE DIR. MARKETING /
STRATEGIC COMMUNICATION
Carina Woodward          000903

WEBSITE COORDINATOR
Noah O'Toole             000249
DIGITAL CONTENT SPECIALIST
Mark Janssen             000576
PUBLIC RELATIONS & SOCIAL
MEDIA SPECIALIST
Susan Cruz-Rodriguez   000525
SENIOR WEB DEVELOPER
Saritha Saranga          000499
WEB DEVELOPER
Ricky Dake               000887

PUBLIC RELATIONS &
COMMUNICATION SPECIALIST
Lisa Schmitz             000016
SENIOR COORDINATOR,
GRAPHIC DESIGN
Michael Brady            000250
COORDINATOR,
GRAPHIC DESIGN
Amina Ali                000251
COMMUNITY RELATIONS
SPECIALIST
Heather Plum             001061

**024**



Student Affairs: Higher Education in Prison and Adult Education and Literacy



**EX. DIR., HIGHER EDU IN PRISON & ADULT EDU & LITERACY**
Jessica Frederickson        U00193

**COORD., ELL**
John Windheuser        U00179
**COORD., CORRECTIONAL EDUCATION**
Vacant        U00190
**PATHWAY NAV., JUSTICE IMPACTED STUDENTS**
Courtney Gaer        U00191
Joseph Dodson        U00205
**COORD. INTEGRATED EDUCATION AND TRAINING**
Michelle Schott        U00204

**INSTRUCTORS**
-----------------------------------------
CORRECTIONAL EDUCATION PROGRAM- NEWTON
Kyle Beargeon        U00182
Danielle Shirley        U00183
Tricia Dauterive        U00185

INSTRUCTOR, CORRECTIONAL EDUCATION PROGRAM/ LIFE SKILLS
Denise Myers        U00184

CORRECTIONAL EDUCATION PROGRAM- MITCHELLVILLE
Danielle Halbrook        U00186
James Moon        U00187
Richard Rusch        U00188
Patricia Guevara        U00189

**ASSOC DIR, ADULT EDU & LITERACY**
Vacant        U00169

**INSTRUCTORS**
-----------------------------------------
HISET
Gayle Gosch        U00150
Vacant        U00151
READING & WRITING- BRIDGES TO SUCCESS GRANT
Paige Keller        U00152
CAREER COACH
Bethany Flanders        U00170
Matthew Lundeen        U00171
Mayo Neville        U00146
Christine Baker        U00196
TEST EXAMINER
Lisa Woodard        U00159
ADMINISTRATIVE ASSISTANT 1
Erin Burkhardt        U00154
ADMINISTRATIVE ASSISTANT
Vacant        U00149

<span style="color:red">**025**</span>



Operations



VICE PPRESIDENT
OPERATIONS
Bill LaTour          001097

ADMINISTRATIVE ASSISTANT 4
Marianne Brown          001111

EXECUTIVE DIRECTOR,
INFORMATION SOLUTIONS
Mark Clark          000513

EXECUTIVE CAMPUS DEAN
NEWTON CAMPUS
Vacant          N00001

EXECUTIVE DIRECTOR
PHYSICAL PLANT/IT
Joseph Baxter          001002

EXECUTIVE CAMPUS DEAN
URBAN CAMPUS
Abigail Zegers          U00001

DIRECTOR
TRAIL POINT AQUATICS &
WELLNESS
Vacant          000962

EXECUTIVE CAMPUS DEAN
WEST CAMPUS
Kristin Brookover          W00001

DIRECTOR, PUBLIC SAFETY
Brian Endrizal          000892

EXECUTIVE CAMPUS DEAN
BOONE CAMPUS
Drew Nelson          B00001

LOCKSMITH
Bob Long          000058
SECURITY SYSTEMS
TECHNICAN
Mark Bullis          000858
SAFETY COORDINATOR, CTE &
DISTRICT PROGRAMMING
Nathan Braymen          001063

EXECUTIVE CAMPUS DEAN
CARROLL CAMPUS
Jennifer Wollesen          C00001

**026**



Operations: Boone
Campus



INTERIM EXECUTIVE CAMPUS DEAN
BOONE CAMPUS
Barrett McGinn          B00001

DIRECTOR
ATHLETICS
Barrett McGinn          B00049
HEAD ATHLETIC TRAINER
Samantha Frost-Busch   B00102
NETWORK SYSTEMS
ANALYST 2
Christian Cryder        B00007

SUPERVISOR
BUILDING & GROUNDS
Mark Hill               B00013

CUSTODIAN
Aaron Hemstreet         B00014
Roger Jackson           B00016
Douglas Stevens         B00090
MAINTENANCE/CUSTODIAL
TECH
Vacant                  B00015

BOOKKEEPER
Jamie Sitterle          B00004
ASSISTANT BOOKKEEPER
Kerry Ballantyne        B00005

**027**

**DMACC**

Operations: Carroll
Campus



EXECUTIVE CAMPUS DEAN
CARROLL CAMPUS
Jennifer Wollesen          C00001

ADMINISTRATIVE
ASSISTANT 3
Pamela Hanlin          C00002

COUNSELOR
Kristina Whitver-Soyer   C00034
ACADEMIC ADVISOR
Valerie Enenbach          C00005
Maggie Steinkamp          C00057
Vacant          C00006
STUDENT RESOURCE
SPECIALIST
Connie Hoffman          C00007
STUDENT SERVICES
SPECIALIST
Lexie Vande Hoef          C00031
TESTING/TECHNOLOGY SPEC
Holly Hoffman          C00009

INSTRUCTORS
-----------------------------------------
ACADEMIC ACHIEVEMENT
Marie Buse          C00017

CAREER WORK EXPERIENCE
Julie Lueth          C00045

PERRY SITE DIR & CAREER
ADVANTAGE COORD
Eduardo Diaz          C00053

LCAN ADVISOR
Consuelo Oliver-Saenz   C00058

SUPERVISOR, BUILDING AND
GROUND
Gary Schmitz          C00014

CUSTODIAN
Jeff Storjohann          C00015
Marcus Redwine          C00016

MAINTENANCE/ CUSTODIAL
TECHNICIAN
Thomas Van Erdewyk   C00056

COORD, CAREER ADVANTAGE
Marc Renning          C00063

**028**



Operations:  Newton Campus



EXECUTIVE DEAN
NEWTON CAMPUS
Bill Peters          N00001

ADMINISTRATIVE
ASSISTANT 3
Brittany Tiffey          N00002

INSTRUCTORS
----------------------------------------
ACADEMIC ACHIEVEMENT
CENTER
Jennifer Doke-Kerns     N00010

NEWTON SITE DIR & CAREER
ADVANTAGE COORD
Vacant          N00064

ACADEMIC ADVISOR
Vacant                N00004
Jody Stiles            N00005
COUNSELOR
Kara Dirksen          N00083
SENIOR NETWORK SYSTEMS
ANALYST
Daryn McComb          N00051
STUDENT SERVICES
SPECIALIST
Jana Van Genderen     N00003
Teresa Tripp          N00058
NETWORK SYSTEMS ANALYST I
Daniel Bostrom        N00070

SUPERVISOR
BUILDINGS & GROUNDS
Jason Chance          N00007

MAINTENANCE CUSTODIAN
Robert Wickett        N00008
CUSTODIAN
Vacant                N00071
Michael Black         N00009
Chad Cox              N00060

COORDINATOR, NEWTON
CONFERENCE CENTER
Jacqueline Tharp      N00072

**029**



**DMACC**

Operations: Urban Campus

EXECUTIVE DEAN
URBAN CAMPUS
Abby Zegers          U00001

ADMINISTRATIVE ASSISTANT 1
Roberta Morgan          U00064

ADMINISTRATIVE ASSISTANT 3
Jackie Rightmire          U00002
Vacant          U00077

COORD., NETWORK SYSTEMS
Eric Berglund          U00013

NETWORK SYSTEMS ANALYST I
Justin Goode          U00176

SENIOR NETWORK SYSTEMS ANALYST
Patrick Meyer          U00116

INSTRUCTORS
------------------------------------
ACADEMIC ACHIEVEMENT
Meridith Nelson          U00057

SUPERVISOR, BUILDINGS AND GROUNDS
Mark Moore          U00051

ASST. FACILITIES SUPERVISOR
Vacant          U00115
CUSTODIAN
Dhan Kafley          U00053
Mevlida Telbiz          U00054
Pheap Tim          U00074
Chester Cluke          U00089
Pamela Paul          U00082
Isabel Medina Sato          U00132
Ronzell Brown          U00137
Cecilia Castaneda Torres U00178
MAINTENANCE/ CUSTODIAL TECHNICIAN
Donald Paul          U00052
Muharem Malkoc          U00177

**030**



Operations:  West Campus



EXECUTIVE DEAN
WEST CAMPUS
Kristin Brookover          W00001

ADMINISTRATIVE
ASSISTANT 3
Desha Nielsen              W00005

SENIOR NETWORK SYSTEMS
ANALYST
Blayne Miller              W00012

COUNSELOR
Lindsey Hays              W00040
ACADEMIC ADVISOR
Jennifer Julich            W00018
James Koopman            W00025
STUDENT SERVICES SPEC.
Dyann Herweh             W00010
Leslie Page               W00011

SUPERVISOR
BUILDING & GROUNDS
Chad Osegera             W00009

MAINTENANCE/CUSTODIAN
Linn Coellner             W00013
CUSTODIAN
Evangelina Ramirez        W00031

031



**DMACC**

Facilities, Planning &
Management

```
EXECUTIVE DIRECTOR
FACILITIES, PLANNING &
      MANAGEMENT
Joseph Baxter        001002
```

```
ADMINISTRATIVE
 ASSISTANT 3
Barbara Meeker        000038
```

| SUPERVISOR GROUNDS/TRANSPORTATION | SUPERVISOR MECHANICAL/ELECTRICAL | SUPERVISOR CUSTODIAL SERVICES | DIRECTOR, FPM/ CONSTRUCTION SERVICES | ACCOUNTS PAYABLE SPECIALIST |
|---|---|---|---|---|
| Brandon Kadner        000495 | Robert Frisk        000048 | Joshua Crannell        000060 | Marc Yingling        000686 | Nancy Thornwall        000040 |

**SUPERVISOR GROUNDS/TRANSPORTATION — Brandon Kadner 000495**

```
TRANSPORTATION
   MECHANIC
Vacant          000047
 GROUNDSKEEPER
Vacant          000046
Michael Corlett      000835
Ryan Rosenquist      000643
```

**SUPERVISOR MECHANICAL/ELECTRICAL — Robert Frisk 000048**

```
   LEAD MECH/ELEC
     TECHNICIAN
Scott Stevens      000051
MECHANICAL/ELECTRICAL
     TECHNICIAN
       Ankeny
Karter Kunze        000491
Thomas McCarthy      000050
Keith Golly          000053
Nathan Vaughn        000054
Honorio Serrano      000055
Peyton Pope          000056
Walter Chavez        000627
Craig Larsen         000691
Matthew White        000718
 MECHANICAL ELECTRICAL
        TECH
       Urban
Lucijan Grbavac      U00119
Luke Simonson        U00175
FIRE ALARM ENGINEERING
     TECHNICIAN
Bradley Myers        000859
 AUTOMATION SYSTEM
     TECHNICIAN
Bruce Barrett        000057
Joshua Kinnamon      000667
   FP&M PARTS CLERK
Jon Brooker          000059
```

**SUPERVISOR CUSTODIAL SERVICES — Joshua Crannell 000060**

```
ASSISTANT CUSTODIAL
    SUPERVISOR
Daniel Lawson        000061
     CUSTODIAN
Marvin Harris Jr.    000062
Megan Jones          000063
Nuve Alvarado        000064
Richard Villalba     000065
Miguel Escobar Cruz  000066
Melissa Johnson      000067
PhayVanh Vongxay     000068
Lewayne White        000069
Vacant               000070
Alfredo Chavez       000071
Marvin Harris        000072
Fred Leverman        000073
Ricardo Arias        000074
Tasha Hudson         000075
Danny Rusher         000076
David Morgan         000281
Nelida Arias         000843
Rickie Wheeler       000844
Deanna Ross          000855
Glennice Jones       000968
Anthony Hayes        000969
```

**DIRECTOR, FPM/ CONSTRUCTION SERVICES — Marc Yingling 000686**

```
CARPENTER/PAINTER
Vacant          000675
Ronald Bougher      000716
    LOCKSMITH
Vacant          000858
```

**032**



Operations: Information Solutions

**EXECUTIVE DIRECTOR, INFORMATION SOLUTIONS**
Mark Clark          000513

---

**IT PROGRAM MANAGER**
Annette Palmer          000110
NETWORK DESIGN ENGINEER
Jeffrey Ollie          000105
SENIOR BUSINESS SOLUTIONS ANALYST
James Rehder          000658
Steve Nuzum          001023
SYSTEMS ENGINEER
Shon Miles          000710
COMMUNICATIONS SYSTEM ANALYST
Richard Banker          000114
COORDINATOR MEDIA TECHNICIAN
Vacant          000485
COORD, TECHONOLOGY & APPLIED RESEARCH
Joseph Lane          000873

---

**SUPV., NETWORK SYSTEMS ANALYST**
Tim Callahan          000492

**SENIOR NETWORK SYSTEMS ANALYST**
Thomas Morrissey          000493
Todd Norton          000550
Casey Allen          000108
APPLE SYSTEMS ANALYST
James Bendy          000707

---

**SUPERVISOR, ADMIN APPLICATIONS SUPPORT**
Drazen Jocic          000119

**APPLICATION SUPPORT ANALYST 2**
Diane Wood          000541
Julie Gleason          000546
Carole Bebout          000545
Sandra Selden          000878
Bryan Tjaden          000542
Pedro Navarro          001049
SYSTEMS PROGRAMMER/ODA
Ilene Hays          000118
SR. PROGRAMMER/ANALYST
Raphael Dari          001120
Chad Thoreson          000526
Chidambaram Murugappan          000121
Igor Pilja          001099
Madhuri Chelluboyina          001100
SYSTEMS PROGRAMMER/ODA
Paul Follmer          000549
COMPUTER OPERATIONS SPEC.
Rosemary Fortner          000127

---

**SUPERVISOR TECHNICAL SUPPORT**
Vacant          000109

**COORDINATOR, COMPUTER REPAIR**
David Morgan          000860
DESKTOP & MEDIA SERVICES SPECIALIST
Vacant          000927
COPY ROOM OPERATOR 2
Vacant          000489
Vacant          000082
COORD., CYBERSECURITY/ HELPDESK
Allen Slomberg          001020
NETWORK SYSTEMS ANALYST I
Vacant          001062

**033**



Operations: Trail Point
Aquatic and Wellness



DIRECTOR
TRAIL POINT AQUATICS AND
WELLNESS
Vacant                    000962

COORDINATOR, HEALTH AND
WELLNESS
Andrew Ness              000966

COORDINATOR, AQUATICS
Tiffany Heishman        000965
COORD. CAMPUS REC
Andrew Nelson           000170

MANAGER, BUSINESS
OPERATIONS
Julie Hammerly          001069

DIR., CHILDREN AND FAMILY
SERVICES
Kayla Thompson          000976

GROUP FITNESS SPECIALIST
Emily Madsen            000964

MEMBERSHIP  COORDINATOR
Whitnie Nichols         000975
ADMINISTRATIVE ASSISTANT,
TRAIL POINT
Carolyn Ritsema         001151

COORD., CHILDREN AND
FAMILY SERVICES
Nacole Lamoureux        001011

**034**



Human Resources

EXECUTIVE DIRECTOR
HUMAN RESOURCES
Amanda Easton          000005

ASSOCIATE EXECUTIVE DIRECTOR,
HUMAN RESOURCES
Vacant                          000254

DIRECTOR,
PAYROLL SPECIAL PROJECTS
Kay Ruggiero              001150

COORDINATOR, BENEFITS
Gloria Neppl               000259
BENEFITS SPECIALIST
Tiffany Marlow            000256

COORDINATOR, ADJUNCTS
AND PERSONNEL
Beth Andersen           000672

DIRECTOR RECRUITMENT,
HIRING & ONBOARDING
Denise Lundberg       000255

DIRECTOR, ORGANIZATIONAL
TRAINING & DEVELOPEMENT
Amee Austin              001118

DIRECTOR,
PAYROLL SERVICES
Megan Williams        000258

COMPLIANCE
OFFICER
Carrie Haefner          000745

RECRUITMENT, HIRING &
ONBOARDING ASSISTANT
Tresa Wilson-Marier    000257
ADMINISTRATIVE ASSISTANT 3
Lindsay Leonetti          000253

COORD, TRAINING &
DEVELOPMENT
Kacie Ballard             001019

PAYROLL SPECIALIST
Vacant                       000518
PAYROLL ASSISTANT
Laura Butler               000260
PAYROLL/BENEFITS ASSISTANT
Michelle Houseman     001079

<span style="color:red">**035**</span>



Foundation



EXECUTIVE DIRECTOR, FOUNDATION
Tara Connolly          000591

ADMINISTRATIVE ASSISTANT 3
Darcy Palan          000732

ASSOCIATE DIRECTOR, FOUNDATION
Breck Hunt          000929

**036**



Office of Planning,
Assessment & Data



EX. DIR., OFFICE OF PLANNING,
ASSESSMENT & DATA
Deborah Kepple-Mamros        001074

DIRECTOR, ASSESSMENT
Autumn Cartagena        001075

PROCESS IMPROVEMENT
FACILITATOR
Machelle Sabin        000948

DISTRICT COORDINATOR,
INSTITUTIONAL RESEARCH
Ananda Subramanian        000616

COORDINATOR OF ACCREDITATION
AND COMPLIANCE
Megan Mohrhauser        001001

DIRECTOR, GRANTS &
CONTRACTS
Deborah Koua        000520

QUALITATIVE DATA ANALYST
Dawn Walker Chalmers  000928

DATA ANALYST
Andrew Powers        001098

GRANTS SPECIALIST
Sarah Becker        000130

037



**DMACC**

Office of the Controller

CONTROLLER
Ben Voaklander          000012

ADMINISTRATIVE
ASSISTANT 4
Stacey Petersen          000020

ASSOCIATE  CONTROLLER
Joseph Seuntjens          000021

COORDINATOR, BUSINESS
SERVICES
Larissa Pray          001135

DIR., PURCHASING &
CONTRACT MANAGEMENT
Julie Klocke          000077

SPECIAL FUNDS
ACCOUNTANT
Jennifer Brand          000034

DIR., SPONSORED PROJECTS
ACCOUNTING
Tricia Atterberg          000708

ACCOUNTANT 1
Nicole Beaird          001076
Alissa Bruck          001077
BOOKKEEPER
Kayelee Owen          000023
BOOKKEEPER, ANKENY
Danielle Mitchell          000024
BOOKKEEPER, LIBERAL ARTS/
SEMSS
Jenna Wellik          000871
BOOKKEEPER
BUSINESS OFFICE
Susan Follett          000037

DIRECTOR, STUDENT
ACCOUNTS RECEIVABLE
Wade Grauerholz          000027

ASST. DIR., STUENT ACCOUNTS
RECEIVABLE
Julie Ager          001093
STUDENT ACCOUNTS
RECEIVABLE SPECIALIST
Stacy Howe          000029
Michael Hughart          000032
Skye Murray          000033
Nicole Klinkefus          000030
Beth Low          000025
Julie Gossett          000028

SHIPPING & RECEIVING
SPECIALIST 2
Todd Stiles          000078
MAIL DISPATCHER/RECEIVING
SPECIALIST
Kayla Goeden          000044
ADMINISTRATIVE ASSISTANT 3
Rachel Newsom          001029

GRANTS SPECIALIST – POST
AWARD
Denice Fischer          001078
GRANTS SPECIALIST – POST
AWARD (SPECIALLY FUNDED)
Margaret Corkrean          001107

**038**



**DMACC**

Boone Campus



**INTERIM EXECUTIVE DEAN**
BOONE CAMPUS
Barrett McGinn        B00001

**ADMINISTRATIVE ASSISTANT 3**
Jodi Abshire        B00002

**ASSOC ACADEMIC DEAN, ED, COMM & HUMANITITES**
Vacant        01125

---

**DIRECTOR ATHLETICS**
Barrett McGinn        B00049
**HEAD ATHLETIC TRAINER**
Samantha Frost-Busch   B00102
**NETWORK SYSTEMS ANALYST 2**
Christian Cryder        B00007

**LIBRARIAN/MEDIA SPECIALIST**
Christine Whitney        B00010
**LIBRARY SPECIALIST**
Melanie Murray        B00011
**LIBRARY ASSISTANT, CIRCULATION**
Vacant        B00012

**INSTRUCTORS**
--------------------------------
NURSING
Kelsey Wood        B00031
Erica Tinius        B00032
Katherine Namovicz        B00033
Janelle Patterson        B00034
Abbey Malone        B00035
Kassi Harder        B00036
Karissa Risius        B00037
INSTRUCTOR, NURSE AIDE
Amy Haines        B00103
HEALTH OCCUPATIONS
Pamela Vandenberg        B00096
FITNESS/SPORTS MGMT
Jennifer Spry-Knutson   B00061

**INSTRUCTORS**
--------------------------------
ACADEMIC ACHIEVEMENT
Annie Carpenter        B00017
Ann Kiesel        B00053
BIOLOGY
Timothy Bergin        B00021
Juliet O'Donnell        B00022
Jennifer Wojcik        B00088
Andrew Guinness        B00092
PSYCHOLOGY
Michael Craft        B00043
CHEMISTRY
Peter Kosgei        B00023
Theunis van Aardt        B00089
ENGLISH
Jerrine McCaffrey        B00025
Vacant        B00027
Krystal Cox        B00078
Sarah Waddle        B00085
ENGLISH/SPEECH
Amy Prochaska        B00065
INFO TECH/MATH
Vacant        B00062
ARCH TECH
Michael Gatzke        B00104
SOCIOLOGY/CRIM JUSTICE
Peter Conis        B00044
POL.SCI/INTRN'L STUDIES
Jeffrey Schroeder        B00064
CIVIL ENGINEERING TECH
Renee White        B00054

**INSTRUCTORS**
--------------------------------
MATH
Heather Podlich        B00029
MATH/PHYSICS
Nancy Woods        B00030
Shree Banjara        B00051
HISTORY
Charles Irwin        B00042
SOCIOLOGY
Katherine Niman        B00084
SOCIOLOGY/PSYCHOLOGY
Adrian Taylor        B00075
SOCIOLOGY/PHILOSOPHY
Tammie Foltz        B00066
SPANISH
Vacant        B00069
SPEECH COMMUNICATION
Kay Mueller        B00045
ENGLISH/FRENCH
Maura Nelson        000410
JOURNALISM
Lisa Kahookele        B00082
ECONOMICS
Kevin Cook        B00020
INSTRUCTOR, CULINARY ARTS
Logan Lumley        B00097
AUTO COLLISION
Vacant        B00099
AUTO TECHNOLOGY
Leland Staton        B00098

**SUPERVISOR BUILDING & GROUNDS**
Mark Hill        B00013

**CUSTODIAN**
Aaron Hemstreet        B00014
Roger Jackson        B00016
Douglas Stevens        B00090
MAINTENANCE/CUSTODIAL TECH
Vacant        B00015

**PROGRAM COORD. IA DOT**
Kelli Bennett        B00079

**MECHANICAL/ELECTRICAL TECHNICIAN**
Randall Kasal        000995

**CLERICAL ASSISTANT**
Ann Hull        B00071

**BOOKKEEPER**
Jamie Sitterle        B00004
**ASSISTANT BOOKKEEPER**
Kerry Ballantyne        B00005

**SITE DIRECTOR & COORD CAREER ADVANTAGE**
Jeff Kelly        B00076

**ADMINISTRAVIE ASSISTANT2**
Sarah Riley        B00093
**INSTRUCTORS**
--------------------------------
CAREER WORK EXPERIENCE
Julianne Manock        B00100

**DEAN, ENROLLMENT MANAGEMENT & BOONE STUDENT SERVICES**
Rachel Erkkila        B00055

**COORD., RESIDENT HOUSING**
Nicolas Mishler        B00080
**COORD., STUDENT SERVICES**
Lawton-Dunn, Karin        B00050
**LEAD ACADEMIC ADVISOR**
Vacant        B00050
**ACADEMIC ADVISOR**
Jocelyn Kovarik        B00059
**STUDENT SERVICES SPEC**
Vacant        B00047
Wendie Fagen        B00048
Christina McIntyre        B00003
**COORD. STUDENT ACTIVITES**
Amanda Strayer        B00056
**ACADEMIC ADVISOR/ ASST. DIR, ATHLETICS**
Danielle Lopez        B00059
**ACADEMIC ADVISOR/ BASKETBALL COACH**
Blake Sandquist        B00058
**STUDENT SERVICES/ASST HOUSING/COACH**
Lydia Harvey        B00072
Taylor Tucker        B00073
Danielle Coronado        B00074
Zachary Mishler        B00070
Thana Heller        B00086
**COUNSELOR**
Vacant        B00067
Rebekah Lauritzen        B00091
**CAMPUS HEALTH SPECIALIST/ NURSE**
Lori Zahnd        B00101
**COORD., STUDENT & COMMUNITY RESOURCES**
Erin Neumann        **089**

**DMACC**

Carroll Campus



EXECUTIVE CAMPUS DEAN
CARROLL CAMPUS
Jennifer Wollesen          C00001

PATHWAY NAVIGATOR
Staci Scholten                    001119

ADMINISTRATIVE
ASSISTANT 3
Pamela Hanlin              C00002

INSTRUCTORS
-------------------------------------
ACADEMIC ACHIEVEMENT
Marie Buse                 C00017
AUTO TECHNOLOGY
Eric Wollesen              C00038
BIOLOGY
Amber Lawton              C00020
Savanna Judson            C00060
BUSINESS ADMIN
Jennifer Schulte           C00022
BUSINESS TECHNOLOGY
Amy Christian              C00027
CHEMISTRY/PHYSICS
Nadine Jessen             C00043
ELECTRICAL TRADES
Eric Reiling               C00059
ENGLISH
Cody Chesmore             C00032
ENGLISH/HISTORY
Vacant                     C00023
MATH
Timothy Rial               C00024
PSYCHOLOGY
Margaret Jambor           C00048
HUMAN SERVICES/
PSYCHOLOGY
Vacant                     C00040
SPEECH
Margaret Parrish           C00036
NURSING
Haylee Barsby             C00042
Amber Mahrt               C00037
Collette Krutsch           C00026
INDUSTRIAL TECH/WELDING
Ryan Renze                C00035
HEALTH OCCUPATIONS
Carroll
Katie Tuel                 C00054
Amy Schultes              C00049

LIBRARIAN/MEDIA SPECIALIST
Lisa Dreesman             C00011
LIBRARY ASSISTANT/
CIRCULATION
Kathryn Van Erdewyk       C00012

COORD, CAREER ADVANTAGE
Marc Renning              C00063

COUNSELOR
Kristina Whitver-Soyer     C00034
ACADEMIC ADVISOR
Valerie Enenbach          C00005
Maggie Steinkamp          C00057
Vacant                     C00006
STUDENT RESOURCE
SPECIALIST
Connie Hoffman            C00007
STUDENT SERVICES
SPECIALIST
Lexie Vande Hoef          C00031
TESTING/TECHNOLOGY SPEC
Holly Hoffman             C00009

PERRY SITE DIR & CAREER
ADVANTAGE COORD
Eduardo Diaz              C00053

LCAN ADVISOR
Consuelo Oliver-Saenz     C00058

SUPERVISOR, BUILDING AND
GROUNDS
Gary Schmitz              C00014

CUSTODIAN
Jeff Storjohann           C00015
Marcus Redwine            C00016

MAINTENANCE/ CUSTODIAL
TECHNICIAN
Thomas Van Erdewyk        C00056

INSTRUCTORS
-------------------------------------
ACADEMIC ACHIEVEMENT
Marie Buse                 C00017

CAREER WORK EXPERIENCE
Julie Lueth                C00045

**040**



**DMACC**

Newton Campus

**EXECUTIVE DEAN**
**NEWTON CAMPUS**
Bill Peters                    N00001

**ADMINISTRATIVE**
**ASSISTANT 3**
Brittany Tiffey              N00002

---

**DISTRICTWIDE NURSING**
**CLINICIAL COORDINATOR**
Lindsay Mathes              001136

**INSTRUCTORS**
--------------------------------------
NURSING
Kari Hemann                 N00056
Ashley Adams                N00061
Jenna Seals                  N00057
HEALTH OCCUPATIONS
Julie Froah                   N00065

---

**INSTRUCTORS**
--------------------------------------
BIOLOGY
Matthew Abbott             N00059
ENGLISH
Vacant                       N00011
ACADEMIC ACHIEVEMENT
CENTER
Jennifer Doke-Kerns       N00010
PSYCHOLOGY
Tiffany Thomas             N00055
MATH
Rebecca DeHart            N00013
CULINARY ARTS
Ryan Binney                 N00067
COURT REPORTING
Patricia Ziegler            N00068
Deborah DuBuc             N00069
Sarah Bowers               N00073
CRIMINAL JUSTICE
Wesley Breckenridge      N00086
INDUSTRIAL ELECTROMECH
TECHNOLOGY
Dan Ehler                    N00053
BLDG. TRADES
Dale Hedrick                N00062
WELDING
Jared Kingery               N00066

---

**NEWTON SITE DIR & CAREER**
**ADVANTAGE COORD**
Vacant                       N00064

---

**ACADEMIC ADVISOR**
Vacant                       N00004
Jody Stiles                   N00005
Andrea Gotta               N00087
COUNSELOR
Kara Dirksen                N00083
SENIOR NETWORK SYSTEMS
ANALYST
Daryn McComb              N00051
STUDENT SERVICES
SPECIALIST
Jana Van Genderen        N00003
Teresa Tripp                N00058
NETWORK SYSTEMS
ANALYST I
Daniel Bostrom             N00070

---

**SUPERVISOR**
**BUILDINGS & GROUNDS**
Jason Chance                N00007

**MAINTENANCE CUSTODIAN**
Robert Wickett              N00008
CUSTODIAN
Vacant                       N00071
Michael Black               N00009
Chad Cox                     N00060

**AUTOMATION SYSTEM**
**TECHNICIAN**
Joshua Kinnamon           000667

---

**COORDINATOR, NEWTON**
**CONFERENCE CENTER**
Jacqueline Tharp            N00072

**041**



Southridge

```
ACTING ASSOC VP,
COMMUNITY OUTREACH &
CONTINUING EDUCATION
Michael Hoffman        001131
```

**INSTRUCTORS**
-------------------------------------
AAC/ENGLISH
Tiffany Lauer          U00168
AUTO TECHNOLOGY
Douglas Kennedy        U00165
HEALTH OCCUPATIONS
Valerie Brand          U00163
Jennifer Carpenter     U00162
HISET
Gayle Gosch            U00150
READING & WRITING- BRIDGES
TO SUCCESS GRANT
Paige Keller           U00152
WELDING
Eric Cox               U00166
AUTO COLLISION
Vacant                 U00164

**CAREER COACH**
Matthew Lundeen        U00171
CAREER COACH, BRIDGES
GRANT
Mayo Neville           U00146
CONSULTANT, BUSINESS
SOLUTIONS
Kelly Mitchell         000754
FINANCIAL AID SPECIALIST
Suzanne Rardin         000875

**ADMIN ASSISTANT 3**
Mary Bruscher          000730
ADMIN ASSISTANT 2
Melissa Simmons        000289
Lori Hanze             000291
Skye Jones             000294
Carmen Ramirez         U00157
ADMIN ASSISTANT 1
Mollie Vetter          000931

```
SOUTHRIDGE SITE DIR &
CAREER ADVANTAGE COORD
Vacant                 U00155
```

**INFORMATION SPECIALIST**
Jessica Vilas          U00156
TEST EXAMINER
Jane Rogers            U00158
STUDENT ACCOUNTS
SPECIALIST
Carie Kramer           U00160

```
EXEC DIR, CONTINUING
EDUCATION
Vacant                 000136
```

**SENIOR COORDINATOR**
CONTINUING EDUCATION
Galen Briggs           001139
COORDINATOR
CONTINUING EDUCATION
Jill Whitson           000285
Tammy Steinwandt       000286
Vacant                 t000209
Curt Buhr              000794
Angie Neville          000942
COORDINATOR, WORKFORCE
TRAINING ACADEMY
Kathryn Maher          000800
PATHWAY NAVIGATOR
Kirstin Born           000865
YOUNG ADULT PROGRAM
NAVIGATOR
Vacant                 001044
Vacant                 001045
YOUNG ADULT PRGM EMP
SPECIALIST
Vacant                 001046
Vacant                 001047
MARKETING SPEC, CONT ED
Lydia Madsen           000609

042



**DMACC**
Urban Campus

**EXECUTIVE DEAN**
URBAN CAMPUS
Abby Zegers          U00001

**ADMINISTRATIVE ASSISTANT 3**
Jackie Rightmire          U00002
ADMINISTRATIVE ASSISTANT 1
Roberta Morgan          U00064

**DEAN, ACADEMIC SUCCESS**
Albert Farr          U00055

**COORDINATOR, TESTING/AAC**
Randa Nasereddin          U00065

**LIBRARY SPECIALIST**
Lillian Friedman          U00050
LIBRARIAN
Natalie Valpey          U00079

**INSTRUCTORS**
-----------------------------------
NURSING INSTRUCTORS
Kelly Morgan          U00109
Nicolette Hamilton          U00114
Heidi Engstler          U00117
Valerie Schwartz-Bryan          U00128
Melody Bethards          U00131
Emily Abbott          U00141
SURGICAL TECHNOLOGY
Esther Fraser          U00194
John Hadley          U00118
Joyce Cunningham          U00092
SIMULATION TECHNICIAN
Tamara Fulton          00099
ACADEMIC ACHIEVEMENT
Meridith Nelson          U00057
BIOLOGY
Nicole Fitzgerald          U00022
Mary Larscheid          U00023
Anthony Goodrich          U00024
Melanie Sadeghpour          U00095
Leahann Borth          U00136
CHEMISTRY
David Vanderlinden          U00026
Rachel Duncan          U00108
HISTORY
Matthew Walsh          U00081
MATH
Necole McGary          U00039
Chelsy Doyle          U00040
Joel Overton          U00103
FORD ASSET
Eric Langner          000536
SOCIOLOGY
Katie Mitchell          U00042
PSYCHOLOGY
Anthony Stevens          U00041

**INSTRUCTORS**
-----------------------------------
ENGLISH
Matthew Alberhasky          U00030
Vacant          U00102
Maria Vogler          U00032
EDUCATION
Laura Katch          U00076
ENGLISH
Jessica Robinson-Rabon          U00174
DEVELOPMENTAL ENGLISH
Abigail Castaneda          U00029
ESL/ELL
Saem Parry          U00033
Aimee Langager          U00034
BUSINESS ADMIN/INFO TECH
Joe Hanson          U00038
BUSINESS ADMIN
Mitchell Lindquist          U00025
Rezaul Karim          U00036
ACCOUNTING - Urban
Kelly Westphal Murphy          U00019
Samar Nasereddin          U00020
HUMAN SERVICES
Ilima Young-Dunn          U00099
SPANISH
Carrie Morris          U00083
SPEECH
Vacant          U00105
Anna Conway          U00094
PHYSICS
Khaled Boudjarane          U00085
SPANISH & ENGLISH LANG LEARNERS (ELL)
Valerie Gonzalez          U00100
COMPUTER SCIENCE
Vacant          U00027

**DEAN, STUDENT SUCCESS & URBAN STUDENT DEVELOPMENT**
Erin Lee Schneider          U00104

Urban
**COUNSELOR**
Joshua Herold          U00060
Rebecca Papian          U00075
ACADEMIC ADVISOR
Kathleen Chandler Ernst          U00061
Hillary Johnson          U00106
Hadi Atal          U00068
Kristine Markham          U00008
Berenice Real Rodriguez          U00107
Ivon Mihura          U00206
ENROLLMENT AND FINANCIAL AID ADVISOR
Alma Pesina          U00004
Heidi Sisler          U00084
Yesenia Hernandez Ven          U00005
Daniella Guerrero          U00006
INFORMATION SPECIALIST
Vacant          U00003

**LAB COORDINATOR**
Vacant          U00012
SENIOR NETWORK SYSTEMS ANALYST
Patrick (Scott) Meyer          U00116
COORD., NETWORK SYSTEMS
Eric Berglund          U00013
NETWORK SYSTEMS ANALYST I
Justin Goode          U00176

Urban
**COORD. TRiO PROGRAM-SSS**
Tricia England          U00043

**ACADEMIC ADVISOR**
Robert Kuennen          U00044
Paige Kloster          U00045

Urban
**COORD. TRiO PROG. UPWARD BOUND**
Vacant          U00067

**UPWARD BOUND ADVISOR**
Melinda Royster          U00046

**SUPERVISOR, BUILDINGS AND GROUNDS**
Mark Moore          U00051

**ASST. SUPERVISOR OF FACILITIES**
Vacant          U00115
CUSTODIAN
Dhan Kafley          U00053
Mevlida Telbiz          U00054
Pheap Tim          U00074
Chester Cluke          U00089
Pamela Paul          U00082
Isabel Medina Sato          U00132
Ronzell Brown          U00137
Cecilia Castaneda Torres          U00178
MECHANICAL ELECTICAL TECH
Lucijan Grbavac          U00119
Luke Simonson          U00175
MAINTENANCE/ CUSTODIAL TECHNICIAN
Donald Paul          U00052
Muharem(Harry) Malkoc          U00177

**SCHEDULING ASSISTANT**
Tifnie Van Eckhoutte          U00063

**ASSOC DIR, ADULT EDU & LITERACY**
Eric Sundermeyer          U00169

**INSTRUCTORS**
-----------------------------------
HISET
Gayle Gosch          U00150
Vacant          U00151
READING & WRITING- BRIDGES TO SUCCESS GRANT
Paige Keller          U00152
CAREER COACH
Bethany Flanders          U00170
Matthew Lundeen          U00171
Mayo Neville          U00146
Christine Baker          U00196
TEST EXAMINER
Lisa Woodard          U00159
ADMINISTRATIVE ASSISTANT 1
Erin Burkhardt          U00154
ADMINISTRATIVE ASSISTANT
Vacant          U00149

**PATHWAY NAVIGATOR**
Somchit Mongtin          000923

**043**



**DMACC**
West Campus

EXECUTIVE DEAN
WEST CAMPUS
Kristin Brookover          W00001

ADMINISTRATIVE
ASSISTANT 3
Desha Nielsen          W00005

INSTRUCTORS

------------------------------------
ENGLISH
Ann McBee          W00037
BUSINESS ADMIN
Jill Friestad-Tate          W00033
SCIENCE
Kristina Walkup          W00035
BIOLOGY
Jessica Thistle          W00039
MATH
Vacant          W00023
Virginia Swenson          W00032
SPEECH
Kayla Lucht          W00024
ENGLISH/AAC
Vacant          W00026
INFORMATION TECHNOLOGY/
NETWORKING
Vacant          W00036
GRAPHIC DESIGN
Christopher Sinclair          W00043
WEB DEVEL &  DESIGN
Jeff Gullion          W00042
Kieran Cutsforth          W00041
TELECOMMUNICATIONS
Jay Nickelson          W00004
PSYCHOLOGY
Jennifer Burrell-Rice          W00027
SOCIOLOGY
Rebecca Tuxhorn          W00030
INSTRUCTOR, NURSE AIDE
Cindy Fogue          W00038

SENIOR NETWORK SYSTEMS
ANALYST
Blayne Miller          W00012

COUNSELOR
Lindsey Hays          W00040
ACADEMIC ADVISOR
Jennifer Julich          W00018
James Koopman          W00025
STUDENT SERVICES SPEC.
Dyann Herweh          W00010
Leslie Page          W00011

SUPERVISOR
BUILDING & GROUNDS
Chad Osegera          W00009

MAINTENANCE/CUSTODIAN
Linn Coellner          W00013
CUSTODIAN
Evangelina Ramirez          W00031

**044**