

DISTRICT ADMINISTRATION
# BUILDING 22 7,800 GROSS SQFT
DMACC ANKENY CAMPUS



COMMONS
# BUILDING 22 4,700 GROSS SQFT
DMACC ANKENY CAMPUS

**EXHIBIT 3**

3/25/2015