
Screenshot of https://www.dmacc.edu/foundation/scholarships.html

Navigation: myDMACC | Giving | Continuing Education | Business/Industry | Apply Now | Search...

DMACC — BE A BEAR | FIND YOUR PROGRAM | LIFE AT DMACC | OUR LOCATIONS

# Scholarship Program

HOME / DMACC FOUNDATION / SCHOLARSHIP PROGRAM

**DMACC Foundation**
- Foundation Home
- Scholarship Program
- Current Projects
- Giving to DMACC
- Foundation Events
- DMACC Magazine
- Your Impact
- Contact Us
- Alumni Association
- For DMACC Employees

The DMACC Foundation works collaboratively with donors to create access to higher education through scholarships for students attending DMACC.

Offering $2 million in annual scholarship support, the DMACC Foundation ensures the College remains accessible and affordable for students. The scholarships held at the DMACC Foundation are privately funded and awarded based on financial need, academic achievement, community service, or a combination of the above, and donor directed criteria.

If you are interested in applying for a DMACC Foundation Scholarship, please visit the links below for more information then click the Apply Now button at the bottom of the page.

## Eligibility

- Eligibility
- What other criteria is required to apply for a DMACC Foundation Scholarship?

## Application Process

- When can I apply for scholarships?
- How do I apply for a DMACC Foundation Scholarship?
- What scholarships are available?
- Do I have to fill out an application for each scholarship offered by the DMACC Foundation?
- How many scholarships can I earn from the DMACC Foundation?

https://www.dmacc.edu/foundation/giving.html

**EXHIBIT 4**