

← → C   🔒 https://www.dmacc.edu/foundation/events.html                    ☆ 🗗 | ↧ Ⓝ ⋮

myDMACC | Giving | Continuing Education | Business/Industry | Apply Now | Search... 🔍

**DMACC**

BE A BEAR        FIND YOUR PROGRAM        LIFE AT DMACC        OUR LOCATIONS

# Foundation Events

HOME / DMACC FOUNDATION / FOUNDATION EVENTS

## DMACC Foundation

Foundation Home

Scholarship Program

Current Projects

Giving to DMACC

Foundation Events

DMACC Magazine

Your Impact

Contact Us

Alumni Association

For DMACC Employees

## Current Events

### Shrimp & Bingo Fundraiser
**August 24, 2024**
FFA Enrichment Center, Ankeny IA
More information

### DMACC 5K Walk/Run & Kids Fun Run
**September 28, 2024**
Parking Lot L2, DMACC Ankeny Campus
More information

### Dan Gable Fundraising Dinner
**October 8, 2024**
Fareway Fieldhouse, DMACC Boone Campus
More information

### DMACC Alumni Association Awards Banquet & Ceremony
**October 15, 2024**
Iowa Culinary Institute, Ankeny IA
Invitation only
More information

### Volunteer Appreciation Reception
**November 8, 2024**
Iowa Culinary Institute, Ankeny IA
Invitation only
For more information contact 515-964-6229

### Fleur de Lys Gala
**April 5, 2025**
Iowa Culinary Institute , Ankeny IA
More information

Past Events

https://www.dmacc.edu/foundation/giving.html

**EXHIBIT**

**5**