





EXHIBIT 6