

## DMACC Magazine

HOME / DMACC FOUNDATION / DMACC MAGAZINE

**DMACC Foundation**

- Foundation Home
- Scholarship Program
- Current Projects
- Giving to DMACC
- Foundation Events
- DMACC Magazine
- Your Impact
- Contact Us
- Alumni Association
- For DMACC Employees

DMACC Magazine is a publication of the DMACC Foundation & Alumni Association.

If you have questions or story ideas, please email them to foundation@dmacc.edu.

### Current Issue: Spring/Summer 2024

See inside



**EXHIBIT 7**