

YOUR LINK TO YOUR COLLEGE

# DMACC
Magazine

## Building Business Leaders

EXHIBIT 8

A PUBLICATION OF DES MOINES AREA COMMUNITY COLLEGE FOUNDATION | SPRING/SUMMER 2024

# Director's Message

It is with great pleasure that I welcome you to the Spring/Summer 2024 issue of *DMACC Magazine*. As we reflect on the progress made in a busy start to the year while looking ahead to the exciting initiatives on the horizon, I am thrilled to share updates on the Foundation's efforts to support DMACC's strategic plan.

At the heart of our strategic plan is a commitment to expanding access to scholarships and supporting capital projects that enhance the student experience and strengthen our communities. The Foundation has been diligently exploring avenues to financially support a wide array of strategic initiatives, including the expansion of the Transportation Institute and the development of the DMACC Newton Legacy Greenspace. These projects exemplify our dedication to creating opportunities for students while fostering economic development in the communities we serve.

In addition to our focus on capital projects, we are proud to highlight our continued support for Academic Pathways. In this issue we put a special emphasis on the Business Pathway. Introduced in 2023, these Pathways are designed to ensure students have the resources and support needed to achieve their academic and career goals.



We believe that by investing in students pursuing the Business Pathway and providing robust scholarship support, we can help them to thrive and find success in an ever-changing and increasingly competitive workforce.

As we forge ahead with these initiatives, I am inspired by the dedication and generosity of our donors, whose support enables us to make a meaningful impact on the lives of DMACC students and the communities we serve. Together, we are building a brighter future for Iowa.

I invite you to explore the pages of this issue to learn more about our progress and the exciting opportunities ahead. Thank you for your continued support of the DMACC Foundation and our mission to change lives and empower communities.

Sincerely,

*Tara K. Connolly*

Tara K. Connolly
Executive Director
DMACC Foundation

## Find Us Online

You can find the DMACC Foundation online, anytime!

- **WEB**: dmacc.edu/foundation
- **Facebook**: @DMACCFoundation
- **X**: @DMACCFoundation



# DMACC Magazine

## SPRING/SUMMER 2024
## IN THIS ISSUE

| | |
|---|---|
| Director's Message | 2 |
| New Foundation Board Members | 3 |
| Our Leadership | 3 |
| PATHWAY: Business | |
| Assisting Exceptional Students | 4 |
| Building Business Leaders | 5 |
| Proudly Paying it Forward | 6 |
| Pathway Bolstered by Scholarships | 8 |
| Students Sound Off on Support | 9 |
| Inspiring Creativity, Collaboration | 10 |
| Meeting the Need | 12 |
| Gifts that Leave a Legacy | 13 |
| Shrimp & BINGO Event Approaches | 14 |
| Annual 5K Set for September | 15 |
| Alumni Association Travel | 16 |

## CONTACT US

DMACC Foundation
2006 S. Ankeny Blvd., Bldg. 22
Ankeny, IA 50023
Phone 515-964-6229
www.DMACC.edu/foundation

## ABOUT *DMACC MAGAZINE*

*DMACC Magazine* is a publication of the DMACC Foundation & Alumni Association. If you have questions or story ideas, please email foundation@dmacc.edu.





**Thank you to the Ankeny Campus Student Activities Office for sponsoring a portion of the costs to produce** *DMACC Magazine*. **Your support is greatly appreciated!**

# New Board Members Join the Foundation

### Dr. Mary Chapman

After holding a number of leadership roles at DMACC since 1990, Dr. Mary Chapman is excited to serve students in a new way as a member of the DMACC Foundation Board.

"What interested me most about joining the Board was the opportunity to contribute to the Foundation's efforts to address financial barriers to student success at DMACC."



### Ashlee Vieregger

A Senior Lead Advisor at Foster Group, Ashlee Vieregger relishes her role advising ultra-high net worth client families. In joining the DMACC Foundation Board, she is looking forward to helping maintain the growth trajectory.

"DMACC Foundation is very well-positioned to provide scholarship awards to deserving students, and one of our key strategic planning goals is to continue to grow those awards. We are fortunate to have strong executive leadership and a very engaged team and board of directors. We are aligned in our passion to support DMACC Foundation's vital mission, and our work will never be done."



### Todd Wishman

With more than two decades' experience in banking, Todd Wishman is Executive Vice President and Chief Lending Officer at Bankers Trust. He says he is humbled to join the DMACC Foundation Board.

"DMACC provides opportunities for so many who want to take the next step in their personal or career journeys. I look forward to joining a group of individuals who are dedicated to partnering with the community to continue supporting students throughout their education, and I believe we have great potential to help make a difference in the lives of DMACC students."



**To learn more about Foundation governance, please visit us online at dmacc.edu/foundation.**

## FOUNDATION Board

# Meet Our Leadership

As the preferred giving channel for all DMACC initiatives, the DMACC Foundation works cooperatively with individual donors, local businesses, and support organizations to ensure funding is available for student scholarships, facility and program enhancements, and more. We thank these Board members for their vision and service:

**BOARD OF DIRECTORS**

Scott Bennett, President
Chris Costa, At-large
Natalie Bachman, Secretary
Kim Butler Hegedus, Treasurer
Becky Gibson, At-large
Mike Grandgeorge, Past President
Jeff Lamberti, Vice President
Rebecca Banzhaf
Doug Burns
Dr. Mary Chapman
Kristi Christensen
Roger Hargens
Abby Howie
Tanner Kinzler
Dr. Keith Krell
Travis Lautner
Martha Lebrón-Dykeman
Dr. Mark Menadue
Kashaan Merchant
Mark Rasmussen
Patty Scallon
Taufeek Shah
Steve Van Oort
Curtis Van Veldhuizen
Ashlee Vieregger
Todd Wishman

**EMERITUS**

Dennis Albaugh
James Fleming
Robert Horner (deceased)
Mike Kammerer
Donald Lamberti
James Spooner
Ollie Weigel (deceased)



# Assisting Exceptional Students

**Gerald Manning and Kenzie Ballard**

**PATHWAY:** Business

# Building Business Leaders

Long a beacon of opportunity for students seeking a quality education as a springboard into an array of business pursuits, DMACC has benefited from a faculty that is in tune with the market and passionate about building the business leaders of tomorrow. Among the most notable members of the team of educators who established the foundation upon which today's Business Pathway is built is Gerald Manning.

Manning traces his journey with DMACC back to its early days in the late 1960s. With a background in business and a passion for teaching, Manning found himself drawn to the fledgling community college, where he played a pivotal role in shaping its programs and curriculum. Reflecting on his time at DMACC, Manning recalls the humble beginnings of the institution, from its origins in West Des Moines to its eventual expansion in Ankeny. He fondly reminisces about the collaborative spirit and entrepreneurial ethos that defined those formative years.

"We were there when there was nothing," Manning says of his early days as DMACC evolved. "To see what this has become, it's incredible."

## Giving Back

Manning's passion for serving students led to the establishment of the Gerald Manning Scholarship. His vision for the scholarship is two-fold: to provide financial support, and to inspire and uplift future generations of students.

"I'm humbled to have been a part of DMACC's early development and its continued growth," Manning says. "I had the good fortune to watch and play a small role in so many students growing and developing in a way that launched them into a better life. Establishing this scholarship allows me to continue to do that."

The impact of the Manning Scholarship is best exemplified by students like Kenzie Ballard, a recent recipient of the award. Ballard, a graduate of Southeast Polk High School, chose DMACC for its affordability and personalized learning environment—and once on campus, uncovered her career aspirations.

## Pursuing a Passion

Ballard's passion for marketing blossomed at DMACC, where she found herself immersed in a curriculum that ignited her creativity and drive. With an eye on a career in marketing or real estate, Ballard views the Manning Scholarship as a lifeline that has allowed her to focus on her studies.

But for Ballard, it is about more than the financial assistance. She says the award symbolizes a community that believes in her potential and is invested in her success.

"Receiving the scholarship felt like validation for all the hard work I've put in," Ballard says. "It's reassuring to know that my efforts are recognized and appreciated."

That view aligns with Manning's vision in establishing the scholarship in the first place.

"Not everyone may have the resources to attend a four-year university," Manning says. "But that doesn't mean that they aren't exceptional students. This scholarship recognizes those great students who need a little extra help. My hope is that the scholarship helps them gain the knowledge and skills to achieve the highest levels of their chosen career."

---

The Business Pathway guides students in the mechanics of business in fields that include accounting, marketing, and management. Graduates of this pathway could own or manage businesses, become accountants, analyze numbers to inform financial decisions, run restaurants or hotels, or promote products, services, and ideas. Additionally, graduates employ skills to run an office smoothly, lead teams in achieving common goals, manage supply chains, and more.

### Programs of Study

- **Accounting**: Provides skills for accounting positions in four semesters.
- **Business Administration**: Offers career opportunities, including entrepreneurship.
- **Business Support Coordinator**: Equips students with skills for excelling in office positions.
- **Business (Transfer Major)**: Designed for transfer to select universities for Business studies.
- **Hospitality Management**: Prepares students for careers in hospitality.
- **Insurance Services**: Designed for entry-level positions in the insurance industry.
- **Management**: Offers diverse tracks for a direct career pathway.
- **Marketing**: Allows students to join the future of American business through creativity.
- **Supply Chain Management**: Provides skills for entry-level positions in the supply chain management industry.
- **Liberal Arts**: Completes freshman and sophomore requirements for transfer to a four-year college/university.

**Learn more about all 10 DMACC Academic Pathways at dmacc.edu/pathways**



"With the support of the scholarship, I can more fully focus on my studies and explore the full spectrum of career opportunities in accounting."

—Ryan Simmons

# Proudly Paying it Forward

After dedicating more than three decades of his career to serving DMACC, David Abegglen has taken a new step to support the college and its students.

Abegglen, who worked in a number of roles at DMACC including as Senior Accountant and Foundation Finance Manager, recently established a scholarship aimed at assisting students pursuing accounting and business-related courses at DMACC.



**David Abegglen**

Abegglen's journey at DMACC began in 1988, where he initially worked in the Economic Development department before transitioning to the Business Office. Over the years, he became deeply involved with the Foundation, handling financial matters and working closely with board members and staff to support the institution's mission.

"I enjoyed all the people I met, all the friends I made. It was always a pleasure to go to work," he says.

His dedication to the college extended beyond his professional responsibilities, as he actively contributed to memorial scholarships and capital campaigns over the years.

## Paying it Forward

The decision to establish a scholarship stemmed from Abegglen's keen awareness of the need for financial support in the Business Pathway at DMACC. He notes that while scholarships are available in various other areas, there was a gap in support for students pursuing business-related courses.

Understanding the financial challenges many students face, Abegglen saw an opportunity to make a difference.

"I decided that I would appreciate the opportunity to be able to help someone pay for a class or two," he says. "Because they were areas I dedicated my career to, I wanted to provide assistance to students pursuing accounting, bookkeeping, and other business-related courses at DMACC."

"I'm glad I'm able to help someone in the future," Abegglen adds. "Having experienced the financial hurdles of obtaining an education myself, I am committed to easing the burden for students pursuing their academic and career goals."

## Exploring Opportunities

One of the recipients of Abegglen's scholarship is Ryan Simmons, a non-traditional student pursuing an Accounting Specialist AAS degree at DMACC. Simmons, who previously obtained a Bachelor's degree in Marketing, decided to return to school to explore his interest in accounting and create new opportunities for himself.

"I've always been interested in accounting, and when I saw the program offered at DMACC and the credentials it provides, I decided to pursue it," Simmons says.

Despite working full-time and managing various responsibilities, including homeownership, Simmons says he is determined to invest in his education. The scholarship provided by Abegglen has been instrumental in easing Simmons' financial burden as someone who has returned to school after spending time in the workforce.

"The scholarship helps a lot," Simmons says. "It covers a significant portion of my expenses, especially for textbooks. With the support of the scholarship, I can more fully focus on my studies and explore the full spectrum of career opportunities in accounting."

Knowing that the scholarship was established by a former DMACC employee adds a meaningful layer to Simmons' experience.

"I'm honored that someone thought it was worth their money to reinvest back into the community, especially knowing that they were an employee here," Simmons says. Being part of Abegglen's legacy and benefiting from his generosity has inspired Simmons to make the most of his educational journey.

"This kind of support underscores the impact of philanthropy in creating opportunities for education and professional growth," Simmons says. "Through his generosity, David has exemplified the spirit of giving back and empowering future generations to pursue their dreams."



"It's really nice that there are donors out there who just want to see college students succeed. It's amazing they are helping students they don't even know personally."

—Thomas Wilkinson

# Pathway Bolstered by Scholarships

Within the Business Academic Pathway, a multitude of scholarships have been established to provide crucial support for students navigating their educational journey. These scholarships serve to encourage while enabling aspiring business professionals to pursue their goals with confidence. Among the array of opportunities, four specific scholarships stand out, each offering generous support to students within the Business Pathway.

## Abegglen Scholarship

Established by David Abegglen (see Page 7), this scholarship provides support for full-time (12 credits or more) students enrolled in the Accounting and Bookkeeping Diploma programs. The scholarship awards $500 per semester for students enrolled in Fall and Spring classes, and the scholarship is applicable for tuition, books, and fees.

## Gerald D. Manning Scholarship

Established by Gerald D. Manning (see Page 4), this scholarship supports students enrolled full time in the Management, Marketing, Fashion and Design, Retailing, or Sales and Management programs at DMACC. The $500 scholarship is applicable for tuition, books, and fees.

## Marketing, Management & Fashion Department Scholarship

This scholarship is for students enrolled in the Fashion Certificate, Marketing, and/or Management programs at the DMACC Ankeny Campus in the Spring semester. The $250 scholarship is applicable for tuition, books, and fees.

## Bill & Marguerite Hartley Endowment

This endowment provides scholarships to students enrolled in at least six credits in the Liberal Arts and/or Business Administration programs at the DMACC Boone Campus in the Fall semester. The scholarship is applicable for tuition, books, and fees, and the award amount varies. Recipients must have completed at least of 24 college credits.

## Susan Graf Memorial Scholarship

This scholarship supports students enrolled in 12 credits or more in the Business Administration AS or AA programs in the Fall semester. The $500 scholarship is applicable for tuition and fees only.

## Alvin E. Borchers Memorial Endowment

This endowment provides scholarships to students enrolled in at least six credits in Accounting, Accounting Information Systems, Accounting Specialist, Accounting Paraprofessional, and Accounting and Bookkeeping at DMACC Newton Campus. The student must reside in Jasper County. This scholarship is applicable for tuition and fees only. The award amount varies.

To learn how you can create your own scholarship visit dmacc.edu/foundation/giving.html

"Receiving a scholarship has made college possible for me. Finances were a major struggle before coming to college. So without this help, I couldn't do it."

—Jenna Bain

# Students Sound Off on Support

As the DMACC Foundation continues to support students in their pursuit of higher education, the impact of scholarships goes beyond just financial assistance. These scholarships represent opportunities, dreams realized, and futures transformed.

Through the generosity of donors, students are empowered to focus on their studies, pursue their passions, and strive for success. But you don't have to take our word for it. Our students regularly share with us what your support means to them.

### Kira Canada

"Everything that I've received has been such a great burden lifted off my shoulders. Knowing that I have the financial resources to cover the cost of most of my degree has helped me to be more comfortable in taking advantage of the opportunity to go to college."

### Matt Scieszinski

"Scholarships have really helped me pursue other opportunities that I may not have had the finances for, like the study abroad program."



### Lesa Johnson

"They keep me afloat so I don't have to start worrying about whether I'm going to have gas money, or food, or whatever. They have provided me a nice little safety net so I can focus on my studies."



### Tuesday Davis

"Scholarships make it easier for me to pursue my education. They remove the financial stress while also offering me the opportunity to pursue something that I'm interested in and earn a degree."



**To learn more about how you can support students pursuing their dreams, visit us online at dmacc.edu/foundation/giving.html**



# Annual Event Inspires Creativity, Collaboration

DMACC West Campus recently played host to the annual ciLive! (Celebrate Innovation Live) event, where students, faculty, and community members came together to explore the latest trends and advancements in technology, business, and entrepreneurship. This year's event, held April 4, was a resounding success, drawing in attendees from across the state and beyond.

ciLive! continues to be a beacon of innovation and creativity, showcasing the dynamic spirit of DMACC and its commitment to fostering a culture of innovation. The event was free and open to the public, both in person and online.

This year's ciLive! featured a diverse lineup of speakers, workshops, and interactive exhibits, offering participants a unique opportunity to engage with thought leaders and industry experts.

"ciLive! is all about celebrating innovation in its many forms and inspiring the next generation of innovators" says Tony Paustian, founder of ciLive! and Director of the DMACC West Campus. "It's incredible to see the passion and energy that attendees bring to the event, and we're thrilled to provide a platform for them to connect, learn, and collaborate."

The lineup of speakers included some of the most prominent names in their respective fields.

Notable speakers such as Dr. Mae Jemison, the first African American woman to travel in space; renowned oceanographer Dr. David Gallo; and Dr. Michio Kaku, a famed theoretical physicist and futurist, captivated audiences with their insights and visions for the future.

In addition to the keynote presentations, ciLive! featured panel discussions, hands-on workshops, and networking opportunities, allowing attendees to delve deeper into topics such as artificial intelligence, sustainability, and the future of work. The event also showcased innovative projects and startups from DMACC students and alumni, highlighting the entrepreneurial spirit thriving within the DMACC community.

A huge thank you to the organizing team for putting together an incredible event and to each of our sponsors included below.







Photos from ciLive!, clockwise from top left: William Holmes, Founder of Starts Right Here; Johnathan Frakes, Actor and Director, and Brent Spiner, Author and Director; Dr. Alan Stern, Planetary Scientist, Adventurer and Author, Dr. David Gallo, Renowned Oceanographer, and Dr. Tony Paustian, Provost, DMACC West Campus; Maureen "Mo" Beck, Competitive Climber; and Commander Susan Kilrain, Famed Astronaut. The event was held on DMACC West Campus on April 4.




# Meeting the Need



### DMACC retiree makes planned gift to ensure scholarships are available to students in need

While Collette Saylor didn't often work directly with students during her 25-plus years as a member of the DMACC staff, she regularly saw the important role the college played in the state. As a member of the economic development team at DMACC, she worked with employers to ensure the college was developing the kind of highly skilled professionals that businesses in the area needed.

"DMACC is a critical piece in supporting an increasingly competitive job market," says Collette, who retired from DMACC in 2005. "Not every successful career path requires a four-year degree from a university. There are so many opportunities for students to succeed in the trades like plumbing, carpentry and more. I know from my years at DMACC how important it is to develop these professionals."

To ensure students have access to this vital training regardless of their financial challenges, Collette recently made a planned gift—she made the DMACC Foundation the beneficiary of a generous life insurance policy—that will support student scholarships. She says the process was simple.

"I started by reaching out to the Foundation to inform them of my intentions," Collette says. "They worked with me to draft a memo of understanding and then I contacted my life insurance company, completed a few forms, and that was it."

She says knowing her gift will support students seeking advanced education and training is exciting.

"I'm a big believer in education," says Collette, who volunteers to help young students with their reading at a local elementary school and teaches Junior Achievement classes. "I think it is very important to have a wide range of educational opportunities available. We need to be sure there is a path to success for everyone. I am just happy that I can help in the way that I am."

> "I think it is very important to have a wide range of educational opportunities available. We need to be sure there is a path to success for everyone. I am just happy that I can help in the way that I am."



# DMACC FOUNDATION

> "Without the help of the scholarships, I'm not sure that I would be able to pursue my goal of becoming an elementary teacher. They have helped out so much."
>
> —Sophie Wittrock

## Gifts that Leave a Legacy

Establishing a scholarship through the DMACC Foundation is one way you can assist students and leave a legacy to the College. It's also a very meaningful way to honor family and friends. As a donor, you choose the name of the scholarship as well as the criteria for awarding it.

**To learn more about how you can establish a scholarship, visit: dmacc.edu/foundation/giving.html**

# SHRIMP & BINGO
## SCHOLARSHIP FUND-RAISER

*In support of scholarships for the*
### DMACC WATER ENVIRONMENTAL TECHNOLOGY PROGRAM



## *Please make plans to join us!*

### SATURDAY, AUGUST 24, 2024

FFA Enrichment Center, 1055 SW Prairie Trail Parkway, Ankeny, IA 50023

5:30 p.m. — Registration & Social Hour
6:30 p.m. — Shrimp Feast & BINGO!

### TICKET INFORMATION

> $100 per ticket or $800 per table of 8 people

> Ticket price includes dinner, open-bar beverage service, lots of bingo and great prizes! Tickets will not be sold at the door.

**TO REGISTER AND LEARN ABOUT SPONSORSHIP OPPORTUNITIES VISIT BINGO.DMACC.EDU**



**Registration deadline is Friday, August 16th, 2024!**

For questions, please contact the DMACC Foundation at 515-964-6229 or foundation@dmacc.edu

      

7TH ANNUAL 5K



# Pounding Pavement in Support of Students

Spring has sprung and outdoor running (*and walking!*) has resumed for many of us. That makes it the perfect time to register for our annual event in support of students.

Registration is **NOW OPEN** for the 7th Annual DMACC Alumni Association 5K Walk/Run. The event is set for Saturday, September 28 at 8 a.m. on the DMACC Ankeny Campus.

While the run is hosted by the Alumni Association, it is open to EVERYONE.

Cost is $35 per person until September 9. A t-shirt is guaranteed if you sign up by this date. After September 9, the cost goes up to $40, and after September 23 and on race day the cost is $45. Prizes will be offered in several categories.



And that's not all … this year we are introducing a **KID'S FUN RUN**! The Fun Run is $10 per person. Those ages 3-5 will run 50 yards, and those ages 5-7 will run 100 yards. Registration prior to September 25 will guarantee participants a medal. In addition, all participants will receive entrance into the Fun Zone activity area following the run.

Not a runner? You can still support our student scholarships by donating, serving as a sponsor of the event, or registering as a volunteer.

**For more information or to register, visit dmacc5k.dmacc.edu**



DMACC Foundation
2006 S. Ankeny Blvd., Bldg. 22
Ankeny, IA 50023

Non-Profit Org.
U.S. POSTAGE
**PAID**
DES MOINES, IA
PERMIT NO. 864

# Join Us on the Road

Our 2024 travel schedule has been nothing short of amazing—and you still have time to join us for some great trips!

The DMACC Alumni Association partnership with Collette Travel and Tours provides a fantastic opportunity for domestic and international travel with your friends from DMACC.

When you register for a trip as an alum, supporter, or friend of DMACC, a percentage of the trip proceeds goes to support student scholarships at DMACC. That means you travel and DMACC students benefit.

Find dates below, and details and pricing at dmacc.edu/alumni/travel.html!

## 2024 Trips

**Islands of New England**
May 31 – June 7, 2024

**California Dreamin':
Monterey, Yosemite & Napa**
October 7 – 14, 2024

**London & Paris**
Dec. 26, 2024 – Jan. 3, 2025

## 2025 Trips

**Canyon Country**
March 28 - April 4, 2025

**Reflections of Italy**
April 28 - May 7, 2025

**Spotlight on the French Riviera**
September 4-12, 2025

Reservations made on a first-come, first-served basis. Reservations made after the deposit deadline date are based upon availability. Find full details online.