

HOME / DMACC ALUMNI



#### Welcome to the DMACC Alumni Family!

As a former student of Des Moines Area Community College, you are automatically a member of the DMACC Alumni Association. You're joined by over 60,000 graduates and attendees who have benefitted from a DMACC education.

Founded in 1981, the DMACC Alumni Association represents and serves alumni and friends from all of DMACC's campuses and centers. The DMACC Alumni Association is an integral part of the DMACC Foundation and is a valuable tool in connecting alumni, students, and friends to DMACC for the purpose of increasing the overall advancement efforts of the DMACC Foundation.

We encourage our alumni to get involved in the DMACC Alumni Association and enjoy the benefits of staying connected. The Alumni Association offers opportunities to:

- Connect alumni with the College and our students
- Network with fellow alumni and community members
- Promote the College
- Raise funds for scholarships and other projects

EXHIBIT 9