https://www.dmacc.edu/alumni/

## SHOP DMACC
### Your purchase makes a difference

Purchases made online or in store at the DMACC Ankeny Bookstore benefit the students and the College. The College receives annual financial allowances from its relationship with the Ankeny Bookstore that are in turn used to help support the academic mission of DMACC.

SHOP DMACC





## WAYS TO GIVE
### Take the next step

Whether you're providing annual support, funding a specific scholarship or remembering DMACC in your estate plans, you can be a part of delivering quality education and training through your charitable giving.

GIVING

## EVENTS
### Looking for something to do?

Engaging events are always underway! From fundraiser, to banquets, to races, there's something for everyone to participate in and enjoy. With its diverse array of events, DMACC continues to enrich the educational experience for alumni.

**EXHIBIT 10**