IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE<br>    Defendants. | No. 4:24-cv-00227<br><br>**DECLARATION OF<br>JOHN D. GILBERTSON** |
| DES MOINES AREA COMMUNITY COLLEGE,<br>    Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>    Counterclaim Defendant. | |

I, John D. Gilbertson, declare under penalty of perjury that the following is true and correct:

1. I am counsel of record for Plaintiff Drake University and am competent to make this declaration based on my personal knowledge.

2. Exhibit 1 is a true and correct copy of the Business Entity Summary for Des Moines Area Community College Foundation (the "Foundation") taken from the Iowa Secretary of State's website.

3. Exhibit 2 is a true and correct copy of the DMACC Organizational Chart located at and retrieved from https://www.dmacc.edu/about/leadership.html.

4. Exhibit 3 is a true and correct copy of an annotated floor plan of Building 22 on DMACC's Ankeny Campus, located at and retrieved from https://www.dmacc.edu/ankeny/ankeny-map.html.

**EXHIBIT 11**

5. Exhibit 4 is a true and correct copy of a screenshot from the webpage located at https://www.dmacc.edu/foundation/scholarships.html.

6. Exhibit 5 is a true and correct copy of a screenshot from the webpage located at https://www.dmacc.edu/foundation/events.html.

7. Exhibit 6 is a true and correct copy of a screenshot from the webpage located at https://www.dmacc.edu/foundation.

8. Exhibit 7 is a true and correct copy of a screenshot from the webpage located at https://www.dmacc.edu/foundation/magazine.html.

9. Exhibit 8 is a true and correct copy of the Spring/Summer 2024 issue of DMACC Magazine, located at and retrieved from https://www.dmacc.edu/foundation/magazine.html.

10. Exhibit 9 is a true and correct copy of a screenshot from the webpage located at https://www.dmacc.edu/alumni/.

11. Exhibit 10 is a true and correct copy of a screenshot from the webpage located at https://www.dmacc.edu/alumni/.

12. Exhibit 11 is this declaration.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 14, 2024          /s/John D. Gilbertson
                                John D. Gilbertson