IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE<br>    Defendants. | No. 4:24-cv-00227<br><br>**MOTION TO DISMISS COUNTERCLAIM PLAINTIFF'S THIRD AND FOURTH CLAIMS** |
| DES MOINES AREA COMMUNITY COLLEGE,<br>    Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>    Counterclaim Defendant. | |

Drake University ("Drake"), by and through counsel, hereby moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Counterclaim Plaintiff, Des Moines Area Community College ("DMACC")'s Third Claim for Defamation and Fourth Claim for Unfair Competition for failure to state claims upon which relief may be granted. In support, Drake states as follows:

1. On July 31, 2024, DMACC filed its Answer, Affirmative Defenses, and Counterclaims to Drake's First Amended Complaint. Dkt. 21

2. DMACC Counterclaims include a Third Claim for Defamation, and Fourth Claim is for Unfair Competition. Dkt. 21, at 58–59.

3. For reasons articulated herein and in Drake's accompanying brief, DMACC's Third and Fourth Claims fail to state claims for which relief may be granted.

4. In Iowa, pleading a defamation claim requires specificity in several respects, including:

    a.   the exact language giving rise to the claim; *Nelson v. Melvin*, 19 N.W.2d 685, 688–89 (Iowa 1945);

    b.   the identity of the persons to whom the alleged defamatory statement was published; *Freeman v. Bechtel Const. Co.*, 87 F.3d 1029, 1031 (8th Cir. 1996); and

    c.   the special damages suffered if the claim is for defamation *per quod*. *Lloyd v. Drake Univ.*, 2003 WL 25493343, at *10 (Iowa Dist. Ct., June 11, 2003).

5. For reasons articulated in Drake's accompanying brief, DMACC's Third Counterclaim for Defamation meets none of these requisite pleading standards and thus fails to state a claim upon which relief may be granted.

6. In its Fourth Claim for Unfair Competition, DMACC alleges that "Drake has attempted to restrain DMACC from any use of the letter "D" as a brand." Dkt. 21 at 58, ¶ 86.

7. In Iowa, unfair competition is applied in cases concerning "the question of a defendant's **methods and representations** in marketing his products." *Basic Chems., Inc. v. Benson*, 251 N.W.2d 220, 231 (Iowa 1977) (emphasis added). Attempts to broaden the scope of this doctrine have failed. *See, e.g., Aventure Commc'n. Tech., LLC v. Sprint Commc'n. Co. L.P.*, 224 F.Supp.3d 706, 773–74 (S.D. Iowa 2015) (dismissing unfair competition claim that required a broader interpretation from Restatement (Third) of Unfair Competition); *see also Marley Co. v. FE Petro, Inc.*, 38 F.Supp.2d 1070, 1081–82 (S.D. Iowa 1998). "[T]here is nothing 'unfair' about asserting infringement, even if the [trademark] is later found to be invalid." *Id*.

8. Moreover, an Iowa unfair competition claim "contain[s] a fraud element. . . which must be pled with particularity under [Fed. R. Civ. P.] 9(b)." *Aventure*, 225 F.Supp.3d, at 774 n. 35.

9.      For reasons more fully articulated in Drake's accompanying brief, DMACC's Fourth Counterclaim for unfair competition fails to satisfy the requisite pleading standards and thus fails to state a claim upon which relief may be granted.

**WHEREFORE,** for the reasons set forth herein and in the attached Brief, Drake respectfully requests that the Court enter an Order dismissing with prejudice DMACC's Third Claim for Defamation and Fourth Claim for Unfair Competition for failure to state claims for which relief may be granted, as well such other relief as the Court deems appropriate.

Respectfully submitted,

Dated: August 20, 2024            **ZARLEYCONLEY PLC**

By:   /s/Joshua J. Conley
      /s/John D. Gilbertson
      Joshua J. Conley, AT0011828
      John D. Gilbertson, AT0014515
      580 Market Street, Suite 101
      West Des Moines, IA 50266
      Telephone:  (515) 558-0200
      Facsimile:   (515) 558-7790
      jgilbertson@zarleyconley.com
      jconley@zarleyconley.com
      **ATTORNEYS FOR PLAINTIFF**