# Des Moines Register

LOCAL

# DMACC files defamation claim in response to Drake copyright infringement lawsuit



**Tyler Jett**
Des Moines Register
Published 6:16 a.m. CT Aug. 2, 2024 | Updated 3:15 p.m. CT Aug. 2, 2024

This week, "D" is for defamation.

Des Moines Area Community College has answered a trademark infringement lawsuit from Drake University, arguing that the university misled the public by arguing that DMACC uses a logo too similar to its own. The college also filed a defamation claim against Drake.

According to DMACC's attorneys, Drake in filing its suit relied on an old logo that the university no longer uses — a "classic" block-lettered "D" that it does not include in the Drake brand guide.

"Drake has directly or indirectly misrepresented the Drake brand, the DMACC brand and/or DMACC's activities to alumni, consumers, and the press," wrote DMACC's attorneys, Scott Johnson and Laura Myers.

A Drake spokesperson declined Thursday to comment, referring instead to a previous statement by Drake President Marty Martin, who said "the Drake University 'D' and our brand colors have served as enduring symbols of school pride for more than 100 years," and that Drake was obligated to protect them.

Martin in the July statement also said Drake had made repeated efforts to negotiate with DMACC before filing its suit.

In addition to filing the defamation claim against Drake, DMACC asked a judge to rule that it did not infringe on Drake's trademark, that Drake's trademarks are invalid and that the university engaged in unfair competition against DMACC.

**EXHIBIT 1**

DMACC pointed out that many universities use stand-alone "D" logos, including Dartmouth College and Duke University, which are "arguably more well-known than Drake."

"They are not distinctive, not exclusively used by Drake and/or do not serve a source identifying function," Johnson and Myers wrote.

## Drake, DMACC snipe over how each uses 'D' logo

The legal tussle between Drake and DMACC began after the community college rebranded in October 2023, rolling out a light- and dark-blue logo that included a block-style "D."

In Wednesday's filing, DMACC's lawyers wrote that the college has used a standalone "D" in logos since 2000. In those years, the "D" included a bear claw in the middle – a nod to the school's mascot.

After the rebranding, the lawyers wrote, the community college uses the letter only with the full DMACC acronym underneath. They argue that distinguishes the school's new logo from the old Drake logo.

In its complaint, Drake attached pictures of DMACC gear with the "D" logo alone. DMACC's lawyers in their response said the items lacked the full DMACC acronym because of "an issue with a third-party vendor."

In its July 8 complaint, Drake pointed out that the school still uses its "classic," block-style logo on some clothes, as well as on a letter jacket that its bulldog mascot, Griff, wears. Drake's current logo is a swooping, cursive-style "D."

But DMACC's lawyers said Drake does not include the "classic" "D" by itself in the school's official brand and style guide. The attorneys said that the old-style "D" appears only in a picture of Griff wearing a jacket.

## DMACC points to Facebook comments mocking Drake

DMACC's lawyers also pointed out that some Des Moines residents have made fun of Drake's trademark infringement lawsuit. They cited a column by local journalist Daniel Finney, who wrote on July 10, "There's no way Drake avoids looking petty here."

Finney, a Drake alum and former Des Moines Register reporter, added: "It feels dogmatic."

DMACC also attached screenshots of some Facebook comments under local news stories about Drake's lawsuit. Three commenters described Drake's complaint as "ridiculous."

One commenter appeared to defend Drake, writing, "Branding is serious business."

*Tyler Jett is an investigative reporter for the Des Moines Register. Reach him at tjett@registermedia.com, 515-284-8215, or on X at @LetsJett. He also accepts encrypted messages at tjett@proton.me.*