PART OF STATES NEWSROOM

EDUCATION    JUSTICE

# Drake University sues DMACC over community college's new logo

Lawsuit seeks profits generated by DMACC products with 'D' logo

BY: **CLARK KAUFFMAN AND BROOKLYN DRAISEY** - JULY 9, 2024    2:09 PM



📷 Drake University is suing Des Moines Area Community College for trademark infringement. (Photo illustration from U.S. District Court exhibits)

Two central Iowa schools are pitted against each other in a legal battle over trademarks.

Des Moines' Drake University, while citing an opinion from a costumed "Santa Claus," is suing Des Moines Area Community College in federal court over the latter's recent rebranding effort. DMACC's marketing features a single-character logo of the letter 'D' in a block-style font that's similar to that used by Drake for the past 122 years.

The community college says it will defend its new logo, arguing that "Drake University simply does not own the letter D."

**EXHIBIT 2**

The university is suing DMACC's foundation for federal trademark infringement, unfair competition, injury to business reputation and unjust enrichment.



Griff, Drake University's mascot, wearing a jacket with the school's 'D' logo. (Photo from U.S. District Court exhibits)

"DMACC has adopted the infringing marks to fraudulently seek and take from Drake the custom, goodwill, and business Drake has established and maintained," the lawsuit claims.

DMACC has yet to file a response to Drake's lawsuit. However, a spokesperson for the community college said Tuesday in a written statement, "We're disappointed that Drake University has chosen to protest DMACC's new logo – the DMACC & D. Drake University has been a great partner throughout the years, including strong transfer options for our students.

"Both names for our outstanding institutions have always started with the letter D – you can't say DMACC without it, and we both have always had blue as our primary color. Drake University simply does not own the letter D. In fact, multiple universities use the letter D in their branding and many own federal trademark registrations for the same. Our hope is that we can move forward with our joint mission of providing students with a high-quality education."

While the use of a single letter in a block-style, collegiate font is common among schools and universities, Drake claims DMACC's adoption of the blue "D" is particularly problematic due to the two schools serving the same geographic area.

Drake alleges DMACC's 2023 rebranding effort "incorporates several elements of Drake's established brand identity, including a prominent standalone 'D' in block-style, collegiate font presented in what is essentially Drake University's color scheme" and does so in connection with post-secondary educational services and athletics.

## Informal talks preceded lawsuit

Drake claims it spent months attempting to resolve the dispute without judicial intervention, but now must seek an injunction to

protect its brand and the manner in which the school is perceived by students and the public.

In its lawsuit, Drake says its vice president of advancement spoke to DMACC's marketing director in late 2023 to express the university's concerns. On Feb. 9, 2024, Drake President Marty Martin allegedly visited with DMACC President Rob Denson on the issue and, according to the university, Denson acknowledged similarities in the logos.

Two weeks later, members of Drake's marketing team met with DMACC's marketing director to discuss potential resolutions to the conflict. In March, Denson allegedly emailed Martin and offered a compromise in which he assured Martin "we will only use the 'D' with 'DMACC' under it … We will never use it without the DMACC."

Martin allegedly rejected Denson's proposal, writing back, "'D' for us is Drake, and has been for the totality of our existence. 'D' for you is 'Des,' and thus, does not have the same essentiality for you as it does for us. The 'D' is our identity."

At that point, lawyers for the two schools carried on the conversation, with DMACC's attorney warning that if Drake chose "to proceed with this meritless distraction, DMACC is prepared to vigorously defend itself and seek all available remedies."

## Lawsuit cites clothing worn by Drake, the rapper

To support its case against DMACC, Drake has provided the court with a number of exhibits showing the school's use of the letter "D" in scholastic and athletic materials that date back to 1902, including photos of the university's live bulldog mascot Griff, who retired in 2020, and his successor, Griff II, each wearing a customized, varsity-style jacket adorned with the "D" logo.



"The jacket is so intrinsically associated with Drake University that when international superstar rapper, singer, and actor Aubrey Drake Graham, a.k.a. Drake, performed for a sold-out Wells Fargo Arena in 2016, Iowa Events

8/19/24, 10:47 AM
Drake University sues DMACC over community college's new logo • Iowa Capital Dispatch
Case 4:24-cv-00227-SMR-SBJ   Document 46-3   Filed 08/20/24   Page 4 of 7

📷 The rap artist Drake performed at Des Moines' Wells Fargo Arena in 2016 wearing a custom-made Drake University jacket. (Photo from U.S. District Court exhibits)

Center staff in collaboration with Drake's University Communications & Marketing Department commissioned a custom-made jacket — identical to Griff's, only larger — which Drake, the rapper, wore onstage during the concert," the university's petition states.

Prior to last year, the university argues, Drake was the only college in Des Moines to use a standalone 'D' to denote its name. All of that changed in October 2023 when DMACC scrapped its italicized Des Moines Area Community College logo in favor of a single-character logo that consisted of the letter "D" in a block-style font with a blue-and-white color scheme. At the same time, DMACC allegedly adopted a new seal, depicting an open book illuminated by an oil lamp – the same elements that dominate the seal used by Drake.

## 'Santa Claus' weighs in on dispute

By November 2023, the petition states, DMACC was offering for sale umbrellas, hats, shirts, coolers, and plush toys featuring its new blue-and-white "D" logo that included no reference to the community college's full name or acronym.

According to the lawsuit, the public's reaction to [DMACC's newly unveiled logo](#) included comments posted to Facebook that stated, "Isn't Drake going to be p—ed you stole their 'D'?," "Looks a lot like Drake," "Very similar to Drake," and "Looks kinda familiar?"

A few weeks later, the Rotary Club of Des Moines staged a holiday party at which attendees were invited to sit on the lap of an individual attired as Santa Claus.

DMACC Director of Marketing and Public Relations Todd Jones attended the event and was captured on video telling Santa about the school's rebranding effort and newly updated logo.

"With Mr. Jones on his knee, Santa Claus gestured toward a projector screen showing the Athletic 'D' side-by-side with the DMACC 'D' with a 'vs' between the two to indicate a competition and/or comparison," the lawsuit states. "Santa Claus stated to Mr. Jones, who was still on his knee, 'Santa noticed the colors, though, for the front of that logo look a lot like Drake University's logo…' Amid laughter and applause from the crowd, a man dressed as an elf approached the stage and presented a copy of 'Trademark and Copyright Infringement for Dummies' to Mr. Jones."



At a Rotary Club meeting last year, Santa Claus presented a copy of "Trademark and Copyright Infringement for Dummies" to Des Moines Area Community College's marketing director, Todd Jones, center. (Photo from U.S. District Court filings)

Drake is now asking a federal judge to issue injunctions that will prevent DMACC from selling or marketing any goods or services "bearing the Drake brand."

The lawsuit also seeks a court order directing DMACC to recall and destroy all materials that include the block-style "D" logo or the new DMACC seal.

In addition, the lawsuit seeks to have DMACC "pay over to Drake all profits realized by its wrongful acts."

### GET THE MORNING HEADLINES DELIVERED TO YOUR INBOX

**SUBSCRIBE**

**REPUBLISH**

*Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website. AP and Getty images may not be republished. Please see our republishing guidelines for use of any other photos and graphics.*



### CLARK KAUFFMAN 

Deputy Editor Clark Kauffman has worked during the past 30 years as both an investigative reporter and editorial writer at two of Iowa's largest newspapers, the Des Moines Register and the Quad-City Times. He has won numerous state and national awards for reporting and editorial writing.

Iowa Capital Dispatch is part of States Newsroom, the nation's largest state-focused nonprofit news organization.

**MORE FROM AUTHOR**



### BROOKLYN DRAISEY  

Brooklyn Draisey is a Report for America corps member covering higher education. She previously worked for the Quad-City Times and The Gazette covering topics ranging from business to culture.

Iowa Capital Dispatch is part of States Newsroom, the nation's largest state-focused nonprofit news organization.

**MORE FROM AUTHOR**

## RELATED NEWS



**Iowa State University names new VP of operations and finance**

BY **BROOKLYN DRAISEY**
August 16, 2024



**Here's what's at stake in Iowa's attack on…**

BY **ANGIE CARTER**
August 15, 2024

### COMMUNITY JOURNALISM FOR DEMOCRACY

**DEMOCRACY TOOLKIT** 



Iowans value integrity in their government. Free and independent journalism is what keeps our public servants accountable and responsive to the people. That's why Iowa Capital Dispatch, a nonprofit, independent source for quality journalism, is working every day to keep you informed about what government officials are doing with your money, your freedom and your safety.

We're part of States Newsroom, the nation's largest state-focused nonprofit news organization.

DEIJ Policy | Ethics Policy | Privacy Policy

Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website. (See full republishing guidelines.)

8/19/24, 10:47 AM
Case 4:24-cv-00227-SMR-SBJ   Document 46-3   Filed 08/20/24   Page 7 of 7
Drake University sues DMACC over community colleges' new logo • Iowa Capital Dispatch

   

© Iowa Capital Dispatch, 2024

v1.39.5

**STATES NEWSROOM**

**FAIR. FEARLESS. FREE.**

https://iowacapitaldispatch.com/2024/07/09/drake-university-sues-dmacc-over-community-colleges-new-logo/    7/7