IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE<br>    Defendants. | No. 4:24-cv-00227<br><br>**DECLARATION OF<br>JOHN D. GILBERTSON** |
| DES MOINES AREA COMMUNITY COLLEGE,<br>    Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>    Counterclaim Defendant. | |

I, John D. Gilbertson, declare under penalty of perjury that the following is true and correct:

1. I am counsel of record for Plaintiff Drake University and am competent to make this declaration based on my personal knowledge.

2. Exhibit 1 is a true and correct copy of: Tyler Jett, *DMACC Files Defamation Claim in Response to Drake Copyright Infringement Lawsuit*, Des Moines Register (Aug. 2, 2024), https://www.desmoinesregister.com/story/news/local/2024/08/02/dmacc-counters-drake-copyright-lawsuit-with-defamation-claim/74639233007/.

3. Exhibit 2 is a true and correct copy of: Clark Kauffman & Brooklyn Draisey, *Drake University Sues DMACC Over Community College's New Logo*, Iowa Capital Dispatch (July 9, 2024), https://iowacapitaldispatch.com/2024/07/09/drake-university-sues-dmacc-over-community-colleges-new-logo/.

**EXHIBIT 3**

2

4.        Exhibit 3 is this declaration.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 20, 2024                  /s/John D. Gilbertson
                                               John D. Gilbertson