# EXHIBIT A

PageVault

| | |
|---|---|
| Document title: | Christine Lebron-Dykeman |
| Capture URL: | https://www.ipmvs.com/professionals/christine-lebron-dykeman/ |
| Page loaded at (UTC): | Tue, 27 Aug 2024 19:50:27 GMT |
| Capture timestamp (UTC): | Tue, 27 Aug 2024 19:51:19 GMT |
| Capture tool: | 10.49.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 3 |
| Capture ID: | bFgkzNVb1UqJrTLH6mVNxv |
| User: | fb-vhandler |

PDF REFERENCE #:    55MtjsDTN6LgcuaUkKBWPM



MVS | 100
MCKEE, VOORHEES & SEASE, PLC

Professionals    Industries    Practices



# Christine Lebron-Dykeman

PARTNER | TRADEMARK ATTORNEY

Christine is the Chair of the Trademark Practice Group and has extensive experience prosecuting trademarks in the United States and internationally, and enforcing/defending trademark rights in the USPTO, and state and federal courts around the country and overseas. Over her career, Christine has prosecuted more than 1000 U.S. trademark applications/registrations, and represented clients (as plaintiffs and defendants) in more than 60 USPTO Oppositions/Cancellations, and more than 40 trademark/trade dress litigations in federal/state courts. Christine has also argued appeals before the Federal, Seventh, and Ninth Circuit Courts of Appeal. Christine has litigated trademarks and trade dress in the fields of agriculture, arts and entertainment, banking, education, electronics and software, food and beverage, industrial products, personal care and nutrition, and medical services.

Christine also regularly counsels clients regarding choosing distinctive marks, conducting national and international trademark clearance searches, managing trademark portfolios, sending and responding to cease and desist letters, and advising on licensing arrangements.

Christine has also served as an adjunct law professor, having taught Trademark Law and Intellectual Property Litigation at Drake University Law School and the University of Iowa, College of Law.

Christine joined McKee, Voorhees, and Sease after graduating with honors from Iowa Law School in 1996, clerking for a federal court judge and working at Morrison Foerster in San Francisco.

- Biography
- Practices
- Industries
- Professional Associations
- Education
- Publications & Presentations
- Bar & Court Admissions
- Awards & Recognition
- Blog Posts

## Contact Details

515-288-3667 Ext. 5928



**Dee Bradshaw**
LEGAL ASSISTANT
515-288-3667 Ext. 5911



**Jaymee Markus**
LEGAL ASSISTANT
515-288-3667 Ext. 5981



Professional Associations

Education

Publications & Presentations

Bar & Court Admissions

Awards & Recognition

Blog Posts

## Contact Details

515-288-3667 Ext. 5928



**Dee Bradshaw**
LEGAL ASSISTANT
515-288-3667 Ext. 5911



**Jaymee Markus**
LEGAL ASSISTANT
515-288-3667 Ext. 5981

# Stay in Touch

Receive the latest news and updates from us and our attorneys.

**SIGN UP**

### Professionals
Attorneys & Patent Agents
Administration

### Services
Patents
Copyright and Media Law
International
Licensing
Litigation
Regulatory Law
Trade Secrets
Trademarks

### Our Firm
About Us
Our Mission
LEGUS International
MVS in the Community
Careers
Location information
Accessibility Statement

### Resources
Subscribe
News & Events
Briefs
Blog

**PAY BILL**

Careers   Privacy Policy   Terms of Use            515-288-3667    515-288-1338