# EXHIBIT B

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-08-23 10:21:04 EDT |
| **Mark:** | D |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 73790196 | **Application Filing Date:** | Mar. 31, 1989 |
| **US Registration Number:** | 1567283 | **Registration Date:** | Nov. 21, 1989 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Dec. 21, 2019 | | |
| **Publication Date:** | Aug. 29, 1989 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | D |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Lining and Stippling Statement:** | THE LINING AND STIPPLING IN THE DRAWING ARE FEATURES OF THE MARK AND ARE NOT INTENDED TO INDICATE COLOR. |
| **Design Search Code(s):** | 03.01.08 - Dogs; Puppies  03.01.22 - Stylized dogs, wolves, and foxes  03.01.26 - Costumed bears and those with human attributes |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | SWEATSHIRTS, JACKETS, T-SHIRTS, [ VISORS AND HATS ] | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 02, 1974 | **Use in Commerce:** | Jan. 02, 1974 |
| **For:** | ENTERTAINMENT AND [ EDUCATIONAL SERVICES, NAMELY, CONDUCTING COLLEGIATE EDUCATIONAL PROGRAMS LEADING TO UNDERGRADUATE, POSTGRADUATE, AND PROFESSIONAL DEGREES, AND ] CONDUCTING COLLEGIATE SPORTING EVENTS, NAMELY, FOOTBALL, BASKETBALL, WRESTLING AND TRACK EVENTS | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |

**Class Status:** ACTIVE
**Basis:** 1(a)
**First Use:** Jan. 02, 1974  **Use in Commerce:** Jan. 02, 1974

## Basis Information (Case Level)

**Filed Use:** Yes  **Currently Use:** Yes
**Filed ITU:** No  **Currently ITU:** No
**Filed 44D:** No  **Currently 44D:** No
**Filed 44E:** No  **Currently 44E:** No
**Filed 66A:** No  **Currently 66A:** No
**Filed No Basis:** No  **Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** DRAKE UNIVERSITY
**Owner Address:** 2507 University Avenue
DES MOINES, IOWA UNITED STATES 50311
**Legal Entity Type:** CORPORATION  **State or Country Where Organized:** IOWA

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Christine Lebron-Dykeman  **Docket Number:** T01136US0
**Attorney Primary Email Address:** patatty@ipmvs.com  **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Christine Lebron-Dykeman
McKee, Voorhees & Sease, PLC
801 Grand Avenue, Suite 3200
Des Moines, IOWA UNITED STATES 50309-2721
**Phone:** 515-288-3667  **Fax:** 515-288-1338
**Correspondent e-mail:** patatty@ipmvs.com  **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 21, 2019 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Dec. 21, 2019 | REGISTERED AND RENEWED (THIRD RENEWAL - 10 YRS) | |
| Dec. 21, 2019 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Dec. 21, 2019 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 08, 2019 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 21, 2018 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jun. 01, 2010 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Jun. 01, 2010 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| May 21, 2010 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| May 20, 2010 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 12, 2008 | CASE FILE IN TICRS | |
| Jun. 16, 2000 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jun. 16, 2000 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Nov. 26, 1999 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Jan. 15, 1997 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Oct. 28, 1996 | RESPONSE RECEIVED TO POST REG. ACTION | |
| Sep. 11, 1996 | POST REGISTRATION ACTION MAILED - SEC. 8 & 15 | |

| | |
|---|---|
| Jan. 16, 1996 | RESPONSE RECEIVED TO POST REG. ACTION |
| Jan. 04, 1996 | POST REGISTRATION ACTION MAILED - SEC. 8 & 15 |
| Nov. 06, 1995 | RESPONSE RECEIVED TO POST REG. ACTION |
| Sep. 25, 1995 | POST REGISTRATION ACTION MAILED - SEC. 8 & 15 |
| Feb. 03, 1995 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| Nov. 21, 1989 | REGISTERED-PRINCIPAL REGISTER |
| Aug. 29, 1989 | PUBLISHED FOR OPPOSITION |
| Jul. 29, 1989 | NOTICE OF PUBLICATION |
| Jul. 29, 1989 | NOTICE OF PUBLICATION |
| Jul. 28, 1989 | NOTICE OF PUBLICATION |
| Jun. 09, 1989 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jun. 06, 1989 | EXAMINER'S AMENDMENT MAILED |
| Jun. 05, 1989 | ASSIGNED TO EXAMINER |

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**

**Current Location:** GENERIC WEB UPDATE    **Date in Location:** Dec. 21, 2019