# **EXHIBIT E**

| | |
|---|---|
| **From:** | Luke T. Mohrhauser |
| **To:** | Johnson, R. Scott |
| **Subject:** | RE: Hey |
| **Date:** | Tuesday, July 16, 2024 11:43:52 AM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

**CAUTION: EXTERNAL E-MAIL**

Scott,

Thank you for your email explaining the information you are seeking. As Christine mentioned in her email, both Drake and DMACC are clients of MVS. Thus, MVS cannot take an action that advantages or disadvantages either party in this dispute, nor does MVS wish to learn anything related to the case strategy for either party given its ethical duties to both Drake and DMACC. The inquiries you seek are better raised through the Court.

Regards,

## Luke T. Mohrhauser

Patent Attorney
Managing Partner
Chair, Mechanical-Electrical Practice Group

McKee, Voorhees & Sease, PLC
801 Grand Avenue, Suite 3200
Des Moines, Iowa 50309

515-288-3667, Ext. 5934
luke.mohrhauser@ipmvs.com

www.ipmvs.com



**From:** Johnson, R. Scott <RSJohnson@fredlaw.com>
**Sent:** Tuesday, July 16, 2024 10:58 AM
**To:** Christine Lebron-Dykeman <Christine.Lebron-Dykeman@ipmvs.com>
**Cc:** Luke T. Mohrhauser <Luke.Mohrhauser@ipmvs.com>

**Subject:** RE: Hey

Thanks!  Luke, hope you're doing well.  Let me know if you have any questions.

-Scott

**R. Scott Johnson** | Shareholder | Intellectual Property Litigation



111 E. Grand Avenue, Suite 301 | Des Moines, IA  50309
Main: 515.242.8900 | Direct: 515.242.8930 | rsjohnson@fredlaw.com

**This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately.**

---

**From:** Christine Lebron-Dykeman <Christine.Lebron-Dykeman@ipmvs.com>
**Sent:** Tuesday, July 16, 2024 10:56 AM
**To:** Johnson, R. Scott <RSJohnson@fredlaw.com>
**Cc:** Luke T. Mohrhauser <Luke.Mohrhauser@ipmvs.com>
**Subject:** RE: Hey

**CAUTION: EXTERNAL E-MAIL**

Hi Scott,

I hope all is well and you are having a good summer!  As we currently represent both Drake and DMACC, I am passing this request on to Luke, as managing partner, to advise if this is something we can do.

**Christine Lebrón-Dykeman**
Partner, Trademark Attorney

McKee, Voorhees & Sease, PLC
801 Grand Avenue, Suite 3200
Des Moines, Iowa 50309

515-288-3667, Ext. 5928
christine.lebron-dykeman@ipmvs.com

www.ipmvs.com



**Your Worldwide IP Partner Since 1924**™

The e-mail and any attached documents contain information from the law firm of McKee, Voorhees and Sease which may be confidential and/or legally privileged. These materials are intended only for the personal and confidential use of the addressee identified above. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmitted information is strictly prohibited. If you have received e-mail in error, please notify this firm.

**From:** Johnson, R. Scott <RSJohnson@fredlaw.com>
**Sent:** Monday, July 15, 2024 3:41 PM
**To:** Christine Lebron-Dykeman <Christine.Lebron-Dykeman@ipmvs.com>
**Subject:** Hey

Christine,

First, hope you're doing well. I'm representing DMACC in the dispute filed by Drake and Drake's lawyers are questioning whether I have a conflict. I don't recall ever working on any Drake trademark matter while I was at MVS, but is there any way you could check to see if I ever billed any hours to any Drake matter? If so, let me know. If not, no worries.

Thanks.

-Scott

**R. Scott Johnson | Shareholder | Intellectual Property Litigation**



111 E. Grand Avenue, Suite 301 | Des Moines, IA  50309
Main: 515.242.8900 | Direct: 515.242.8930 | rsjohnson@fredlaw.com

**This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately.**

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click links, open attachments, or comply with requests unless you recognize the sender and know the content is safe.