# EXHIBIT G

| | |
|---|---|
| **From:** | Johnson, R. Scott |
| **To:** | Josh Conley |
| **Cc:** | Emily A. Marty; John Gilbertson; Litigation; Myers, Laura |
| **Subject:** | RE: L00194 - Drake v. DMACC - Meet & Confer Recap |
| **Date:** | Friday, July 19, 2024 8:41:54 AM |
| **Attachments:** | image002.png |
| | image003.png |

Josh,

We disagree with the allegations, content, and tone of your letter.  Your suggestion that our offer to let you easily substitute parties was for any improper purpose is particularly troubling as is your continued assertion that your disqualification motion is legitimate.  Your comment about the fact I made a similar motion against a former partner of mine ignores that it was made after much deliberation and was granted for other reasons.  Without diving into the troubles with your actions, assertions and potential filings, I need to address some practical issues.

First, we have been authorized to accept service on behalf of DMACC and ask that you serve anything in the future on us directly.  We intend to move to dismiss the Amended Complaint on behalf of the Foundation and would like to meet and confer about the issue later today.  Please let me know your availability.

Second, I would like Drake's consent to have McKee, Voorhees & Sease ("MVS") provide the number of hours I worked on any Drake matter including the date of any hours worked and the title of the corresponding matter.  Please let me know if Drake agrees to allow MVS to release this information to me by end of day today.

-Scott

**R. Scott Johnson |** Shareholder **|** Intellectual Property Litigation



111 E. Grand Avenue, Suite 301 | Des Moines, IA  50309
Main: 515.242.8900 | Direct: 515.242.8930 | rsjohnson@fredlaw.com

**This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately.**

**From:** Emily A. Marty <emarty@zarleyconley.com>
**Sent:** Wednesday, July 17, 2024 11:27 AM
**To:** Johnson, R. Scott <RSJohnson@fredlaw.com>; Myers, Laura <LMyers@fredlaw.com>
**Cc:** Josh Conley <jconley@zarleyconley.com>; John Gilbertson <jgilbertson@zarleyconley.com>; Litigation <litigation@zarleyconley.com>
**Subject:** L00194 - Drake v. DMACC - Meet & Confer Recap

**CAUTION: EXTERNAL E-MAIL**

---

Dear Scott,

Please see attached letter and order.

Best Regards,

**Emily Marty**
Client & Portfolio Manager

| **O** | 515-558-0200 | **D** | 319-289-9834 | **W** | www.zarleyconley.com | **A** | West Des Moines, Iowa |

This email may contain confidential or privileged information. Please contact us if you received this in error.