# EXHIBIT H

| | |
|---|---|
| **From:** | Jonathan L. Kennedy |
| **To:** | Johnson, R. Scott |
| **Cc:** | Luke T. Mohrhauser |
| **Subject:** | Your Inquiry re Drake v. DMACC |
| **Date:** | Friday, August 16, 2024 3:27:31 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png |

**CAUTION: EXTERNAL E-MAIL**

Scott,

I write in response to your August 15th request for disclosure of historical billing records for Drake from MVS. As you are aware, both Drake and DMACC are clients of MVS. Thus, MVS cannot take an action that advantages or disadvantages either party in this dispute given its ethical duties to both Drake and DMACC. As such, MVS cannot provide the requested information to you absent a Court order. MVS reserves all rights to object, oppose, or seek a protective order.

Best Regards,

## Jonathan L. Kennedy

Partner, Patent & Litigation Attorney
Chair Litigation Practice Group

McKee, Voorhees & Sease, PLC
801 Grand Avenue, Suite 3200
Des Moines, Iowa 50309

**515-288-3667, Ext. 5927**
jonathan.kennedy@ipmvs.com

www.ipmvs.com



### Your Worldwide IP Partner Since 1924™

The e-mail and any attached documents contain information from the law firm of McKee, Voorhees and Sease which may be confidential and/or legally privileged. These materials are intended only for the personal and confidential use of the addressee identified above. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance on the contents of this

transmitted information is strictly prohibited. If you have received e-mail in error, please notify this firm.

| | |
|---|---|
| **From:** | Johnson, R. Scott |
| **To:** | Christine.Lebron-Dykeman@ipmvs.com |
| **Cc:** | Luke.Mohrhauser@ipmvs.com; Donels, Cara; Palmer, Erica |
| **Subject:** | Drake University - Iowa Rule of Prof. Proc. 32:1.6(b)(7) Conflict Query |
| **Date:** | Thursday, August 15, 2024 3:08:18 PM |
| **Attachments:** | image002.png |
| | Iowa Ethics Op 17-01 When Lawyers Change Law Firms (1)-c.pdf |

Christine,

Drake has now filed a motion to disqualify me, but has not identified whether myself or Tina Yin Sowatzke have billed any time to any Drake matter. I have no recollection of billing time to any Drake matter. Under Iowa Rule of Professional Procedure 32:1.6(b)(7), can you please let me know if myself or Tina have billed time to any Drake matters, as well as an identity of the persons and entities involved in any such matters and a brief summary of the general issues involved? These categories of information are pulled from comment [13] to Rule 32:1.6(b)(7) and are disclosable under the rules. I've also attached an Iowa Ethics Opinion that notes that former firms have an ethical obligation to provide this information. *See* Iowa Ethics Op. 17-01, at 15. In the alternative, please confirm after a review of the billing records that no such time entries exist, as is our strong belief.

Thanks!

-Scott

**R. Scott Johnson |** Shareholder **|** Intellectual Property Litigation

**Fredrikson**

111 E. Grand Avenue, Suite 301 | Des Moines, IA  50309
Main: 515.242.8900 | Direct: 515.242.8930 | rsjohnson@fredlaw.com

**This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately.**