# EXHIBIT I

Bloomberg Law News 2024-08-27T14:56:4621822399-04:00

# Iowa College Pushes to Remove Lawyer In 'D'-Bearing Logo Suit

By Aruni Soni 2024-08-01T15:23:51000-04:00

A lawyer defending an Iowa-based community college in a feud with another local school over a "D"-bearing trademark should be removed from the case because of an "incurable conflict of interest," a new court filing said.

Attorney R. Scott Johnson from Fredrikson & Byron PA, who is representing the Des Moines Area Community College Foundation, used to serve as an executive committee member at McKee, Voorhees & Sease—plaintiff Drake University's exclusive intellectual property counsel for the past 40 years, a motion to seal docket entries filed in the US District Court for the Southern District of Iowa said.

Drake sued DMACC early in July, accusing the school of copying its logo and color scheme when it rebranded in 2023. Drake said Johnson is currently an appointed attorney on eight of Drake's trademarks, including two contested marks in the lawsuit, Drake said.

The Wednesday filing requested the court to bar public access to DMACC's answer to the complaint, its motion to dismiss the lawsuit, and its brief resisting Drake's request for preliminary injunction, which were all also filed on Wednesday.

"The public has a far greater interest in attorneys being precluded from making representations to the Court when clear conflicts of interest exist," Drake said.

The university said it repeatedly asked Johnson to withdraw from the dispute, which was denied. It also asked to seal the documents on July 31, which was also denied, the motion said.

DMACC said it will be filing an opposition to the motion in an emailed statement.

Drake University is represented by ZarleyConley PLC. DMACC is represented by Fredrikson & Byron PA.



© 2024 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

// PAGE 1

The case is: Drake University v. Des Moines Area Community College Foundation , S.D. Iowa, 4:24-cv-00227, motion filed 7/31/24 .

To contact the reporter on this story: Aruni Soni in Washington at asoni@bloombergindustry.com

To contact the editor responsible for this story: Kartikay Mehrotra at kmehrotra@bloombergindustry.com

© 2024 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

## Related Articles

Drake University Suit Says Community College Copied 'D' Logo (1)

## Related Documents

Motion

Docket