## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>Plaintiff,<br>vs.<br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE,<br><br>Counterclaim Plaintiff,<br>vs.<br>DRAKE UNIVERSITY,<br><br>Counterclaim Defendant. | Case No. 4:24-CV-00227-SMR-SBJ<br><br><br>**DECLARATION OF TINA YIN SOWATZKE REGARDING DRAKE UNIVERSITY'S MOTION TO DISQUALIFY** |

I, Tina Yin Sowatzke, declare as follows:

1.  I am an attorney currently employed in-house in the state of Minnesota.

2.  I have been working in-house since June 2024.

3.  Prior to my employment in-house, I was an associate at Fredrikson & Byron, P.A. I initially worked out of the Des Moines office, then transferred to the Minneapolis office in June 2023. I worked for Fredrikson & Byron from September 2021 to June 2024.

4.  Prior to my employment at Fredrikson & Byron, P.A., I was an associate at McKee, Voorhees & Sease, PLC ("MVS"). I held that role from September 2018 to September 2021.

5.  While at both Fredrikson & Byron and MVS, I primarily focused on patent law.

6.     While I have worked on certain trademark matters, to the best of my knowledge, I have never actively worked on Drake University or DMACC trademark matters.

7.     I do not recall ever billing any time to Drake University while at MVS or Fredrikson & Byron.

8.     I do not recall ever billing any time to DMACC while at MVS or Fredrikson & Byron.

9.     To the best of my knowledge, I have never learned or possessed confidential or privileged information gained from representation of Drake University or DMACC because, to the best of my knowledge, I have never personally represented them or was privy to any such information.

10.    I have been made aware that my name appears within certain Drake University trademark filings. To the best of my knowledge, I never worked on those trademark applications or the prosecution related thereto.

11.    It is my understanding that it was MVS's standard practice to include every attorney's name on trademark filings.

12.    I do not currently have recollection of being aware that Drake University was a trademark client of MVS while I was employed at MVS or Fredrikson & Byron.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _27th_ day of August, 2024.

_____
Tina Yin Sowatzke