# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>    Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE,<br><br>    Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>    Counterclaim Defendant. | Case No. 4:24-CV-00227-SMR-SBJ<br><br>**DECLARATION OF CARA S. DONELS IN SUPPORT OF DEFENDANTS'/COUNTERCLAIM PLAINTIFF'S RESISTANCE TO PLAINTIFF'S MOTION TO DISQUALIFY COUNSEL** |

I, Cara S. Donels, declare as follows:

1. I am an associate at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendants Des Moines Area Community College Foundation and Des Moines Area Community College (collectively, "DMACC") in this case. I make this declaration based on personal knowledge.

2. I have reviewed the Fredrikson & Byron conflicts system and determined that the only matter that we are aware of where Fredrikson & Byron attorneys represented Drake during the period of time that Mr. Johnson (or Ms. Yin Sowatzke) were attorneys for Fredrikson & Byron

is an employment matter that was closed in 2021.  Neither myself, Mr. Johnson, nor Ms. Yin Sowatzke did any work for that matter.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 27th day of August, 2024.

*s/Cara S. Donels*
Cara S. Donels

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2024, I electronically filed the *Declaration of Cara S. Donels in Support of Defendants'/Counterclaim Plaintiff's Resistance to Plaintiff's Motion to Disqualify* with the Clerk of the Court using the CM/ECF system, who in turn sent notice to the following:

Joshua J. Conley, Esq.
  jconley@zarleyconley.com
John D. Gilbertson, Esq.
  jgilbertson@zarleyconley.com
ZARLEYCONLEY PLC
580 Market Street, Suite 101
West Des Moines, IA  50266

*Attorneys for Plaintiff and Counterclaim Defendant*

                                               */s/ Erica Palmer*
                                               Erica Palmer