# Josh Conley

| | |
|---|---|
| **From:** | Luke T. Mohrhauser <Luke.Mohrhauser@ipmvs.com> |
| **Sent:** | Friday, July 12, 2024 2:46 PM |
| **To:** | Josh Conley |
| **Subject:** | MVS |

Josh,

Thank you for your emails and the phone call explaining the information you are seeking. As I mentioned on the phone, both Drake and DMACC are clients of MVS's. Thus, MVS cannot take an action that advantages or disadvantages either party in this dispute, nor does MVS wish to learn anything related to the case strategy for either party given its ethical duties to both Drake and DMACC. The inquiries you seek are better raised through the Court to Scott Johnson.

Regards,

## Luke T. Mohrhauser
Patent Attorney
Managing Partner
Chair, Mechanical-Electrical Practice Group

McKee, Voorhees & Sease, PLC
801 Grand Avenue, Suite 3200
Des Moines, Iowa 50309

**515-288-3667, Ext. 5934**
[luke.mohrhauser@ipmvs.com](mailto:luke.mohrhauser@ipmvs.com)

 www.ipmvs.com



**Your Worldwide IP Partner Since 1924™**

The e-mail and any attached documents contain information from the law firm of McKee, Voorhees and Sease which may be confidential and/or legally privileged. These materials are intended only for the personal and confidential use of the addressee identified above. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmitted information is strictly prohibited. If you have received e-mail in error, please notify this firm.

**EXHIBIT 24**