Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87835749**
**Filing Date: 03/15/2018**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 87835749 |
| **MARK INFORMATION** | |
| *MARK | BLUEPRINT |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | BLUEPRINT |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Homesteaders Life Company |
| *STREET | 5700 Westown Parkway |
| *CITY | West Des Moines |
| *STATE (Required for U.S. applicants) | Iowa |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 50266 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Iowa |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Downloadable electronic newsletters provided via email in the field of funeral and related end-of-life services and marketing related thereto |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | Providing online newsletters via email in the field of funeral and related end-of-life services and marketing related thereto |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |

**EXHIBIT 25**

| | |
|---|---|
| **NAME** | R. Scott Johnson |
| **ATTORNEY DOCKET NUMBER** | T58424US0 |
| **FIRM NAME** | McKee, Voorhees & Sease, PLC |
| **INTERNAL ADDRESS** | Suite 3200 |
| **STREET** | 801 Grand Avenue |
| **CITY** | Des Moines |
| **STATE** | Iowa |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 50309 |
| **PHONE** | 515-288-3667 |
| **FAX** | 515-288-1338 |
| **EMAIL ADDRESS** | patatty@ipmvs.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | Bruce W. McKee, Edmund J. Sease, Mark D. Hansing, Heidi S. Nebel, Kirk M. Hartung, Michael C. Gilchrist, Christine Lebron-Dykeman, Jill N. Link, Luke T. Mohrhauser, Brandon W. Clark, Jonathan L. Kennedy, Xiaohong Liu, Nicholas Krob |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | R. Scott Johnson |
| **FIRM NAME** | McKee, Voorhees & Sease, PLC |
| **INTERNAL ADDRESS** | Suite 3200 |
| **STREET** | 801 Grand Avenue |
| **CITY** | Des Moines |
| **STATE** | Iowa |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 50309 |
| **PHONE** | 515-288-3667 |
| **FAX** | 515-288-1338 |
| **\*EMAIL ADDRESS** | patatty@ipmvs.com |
| **\*AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS RF |
| **NUMBER OF CLASSES** | 2 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 275 |
| **\*TOTAL FEE DUE** | 550 |
| **\*TOTAL FEE PAID** | 550 |
| **SIGNATURE INFORMATION** | |
| **ORIGINAL PDF FILE** | hw_2168117552-151551842_._BLUEPRINT_T58424US00_Declaration_FINAL.pdf |

| **CONVERTED PDF FILE(S)** <br> **(1 page)** | \\TICRS\EXPORT17\IMAGEOUT17\878\357\87835749\xml1\RFA0003.JPG |
| --- | --- |
| **SIGNATORY'S NAME** | Tracy Whitaker |
| **SIGNATORY'S POSITION** | Vice President, Legal/Compliance & Associate General Counsel |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87835749**
**Filing Date: 03/15/2018**

## To the Commissioner for Trademarks:

**MARK:** BLUEPRINT (Standard Characters, see below )

The literal element of the mark consists of BLUEPRINT.
The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, Homesteaders Life Company, a corporation of Iowa, having an address of
    5700 Westown Parkway
    West Des Moines, Iowa 50266
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 009:  Downloadable electronic newsletters provided via email in the field of funeral and related end-of-life services and marketing related thereto
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

    International Class 041:  Providing online newsletters via email in the field of funeral and related end-of-life services and marketing related thereto
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.


The applicant's current Attorney Information:
    R. Scott Johnson and Bruce W. McKee, Edmund J. Sease, Mark D. Hansing, Heidi S. Nebel, Kirk M. Hartung, Michael C. Gilchrist, Christine Lebron-Dykeman, Jill N. Link, Luke T. Mohrhauser, Brandon W. Clark, Jonathan L. Kennedy, Xiaohong Liu, Nicholas Krob of McKee, Voorhees & Sease, PLC
    Suite 3200
    801 Grand Avenue
    Des Moines, Iowa 50309
    United States
    515-288-3667(phone)
    515-288-1338(fax)
    patatty@ipmvs.com (authorized)
The attorney docket/reference number is T58424US0.
The applicant's current Correspondence Information:
    R. Scott Johnson
    McKee, Voorhees & Sease, PLC
    Suite 3200
    801 Grand Avenue
    Des Moines, Iowa 50309
    515-288-3667(phone)
    515-288-1338(fax)
    patatty@ipmvs.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address

must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $550 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

**Declaration Signature**
The attached signature image file:
\\TICRS\EXPORT17\IMAGEOUT17\878\357\87835749\xml1\RFA0003.JPG


Signatory's Name: Tracy Whitaker
Signatory's Position: Vice President, Legal/Compliance & Associate General Counsel
Payment Sale Number: 87835749
Payment Accounting Date: 03/16/2018

Serial Number: 87835749
Internet Transmission Date: Thu Mar 15 15:22:54 EDT 2018
TEAS Stamp: USPTO/BAS-XXX.XX.XXX.XX-2018031515225416
8419-87835749-51041ede875171816fd6d54831
7f44b8d293f19e21112e5a14e075c21b8c49b44d
-DA-1837-20180315151551842961

# BLUEPRINT

Trademark/Service Mark Application, Principal Register          https://teas.uspto.gov/forms/xslt.service?xsl=hsign&stamp=USPTO...

Signature: _Tracy Whitaker_
Signatory's Name: Tracy Whitaker
Signatory's Position: Vice President, Legal/Compliance & Associate General Counsel
Signatory's Phone Number: 515-440-7731

Date Signed: 3·15·18

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page **must** include both the signature information **and** the boilerplate declaration language. Do **not** include the entire application, but do ensure that the boilerplate declaration language actually appears; *a signature by itself will **not** be acceptable*. If, due to browser limitations, the boilerplate declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.