IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>          Plaintiff,<br><br>          vs.<br><br>DES MOINES AREA COMMUNITY<br>COLLEGE FOUNDATION and DES<br>MOINES AREA COMMUNITY COLLEGE<br>          Defendants. | No. 4:24-cv-00227<br><br>**DECLARATION OF<br>JOHN D. GILBERTSON** |
| DES MOINES AREA COMMUNITY<br>COLLEGE,<br>          Counterclaim Plaintiff,<br><br>          vs.<br><br>DRAKE UNIVERSITY,<br>          Counterclaim Defendant. | |

I, John D. Gilbertson, declare under penalty of perjury that the following is true and correct:

1.      I am counsel of record for Plaintiff Drake University and am competent to make this declaration based on my personal knowledge.

2.      Exhibit 24 is a true and correct copy of an email dated July 12, 2024 from Luke T. Mohrhauser to Joshua J. Conley.

3.      Exhibit 25 is a true and correct copy of U.S. Trademark Application Serial No. 87/835,749 for the mark BLUEPRINT, listing R. Scott Johnson as the primary attorney and Nicholas Krob, among others, as an "other appointed attorney."

4.      Exhibit 26 is a true and correct copy of a Response to Office Action filed in connection with the trademark application listed in paragraph 3 above, which is signed by Nicholas Krob in his capacity as an "Attorney of record."

EXHIBIT
26

5.      Exhibit 27 is this declaration.


I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: September 3, 2024                    /s/John D. Gilbertson
                                            John D. Gilbertson