## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose, Chief U.S. District Judge

Case No. 4:24-cv-00227-SMR-SBJ : Clerk's Court Minutes – Motion Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| Drake University | Des Moines Area Community College Foundation |

Plaintiff(s) Counsel: John Gilbertson, Joshua James Conley

Defendant(s) Counsel: R. Scott Johnson, Cara S. Donels

Court Reporter: Kelli Mulcahy : Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| MOTION to Disqualify Counsel by Drake University [41] | | : | X |

Proceedings:

Court and counsel are present for a motion hearing. Roll call taken. Argument by Plaintiff. Plaintiff counsel Exhibit 11 offered, ECF [41]. No objections. Court admits Exhibit 11. Argument my Defendant. Response by plaintiff. Court holds colloquy with counsel. Court reserves ruling.

Order to follow.

Time Start: 8:59 AM
Time End: 9:49 AM
Date: September 3, 2024

/s/ Penny Luthens
Deputy Clerk