# EXHIBIT M

**Third-Party University, College, and School "D" Trademarks from the United States Patent and Trademark Office Website**

| "D" Trademark | Owner | U.S. Registration No./ U.S. Application Serial No. |
|---|---|---|
|  | Dordt University | 5,972,248 |
|  | Duke University | 4,274,183 |
|  | Duke University | 1,707,766 |
|  | Duke University | 1,703,029 |
|  | Duke University | 1,737,968 |
|  | Duke University | 2,820,854 |
|  | Duke University | 3,925,905 |

**Third-Party University, College, and School "D" Trademarks
from the United States Patent and Trademark Office Website**

| "D" Trademark | Owner | U.S. Registration No./ U.S. Application Serial No. |
|---|---|---|
| | Dartmouth College | 2,892,273 |
| | Dartmouth College | 5,484,705 |
| | Dartmouth College | 2,682,620 |
| | Dartmouth College | 3,299,037 |
| | Davidson College | 6,383,883 |
| | Denison University | 5,121,807 |
| | Dickinson State University | 4,316,476 |

**Third-Party University, College, and School "D" Trademarks from the United States Patent and Trademark Office Website**

| "D" Trademark | Owner | U.S. Registration No./ U.S. Application Serial No. |
|---|---|---|
| | Dickinson State University | 6,041,997 |
| | Dickinson State University | 97/696,138 (pending) |
| | Dickinson College | 4,624,418 <br> 4,644,257 <br> 6,095,532 |
| | University of Dayton | 5,413,128 |
| | Dallas College | 6,457,352 |
| | Dallas College | 6,857,130 |
| | Duquesne University of the Holy Spirit | 2,657,457 |

3

**Third-Party University, College, and School "D" Trademarks  
from the United States Patent and Trademark Office Website**

| "D" Trademark | Owner | U.S. Registration No./ U.S. Application Serial No. |
|---|---|---|
| | Duquesne University of the Holy Spirit | 4,329,763 |
| | Duquesne University of the Holy Spirit | 4,329,764 |
| | Duquesne University of the Holy Spirit | 6,267,400<br>6,217,567 |
| | Duquesne University of the Holy Spirit | 6,442,587<br>6,880,560 |
| | Dean College | 5,807,359 |
| | Delaware Valley University | 5,149,346 |

4

**Third-Party University, College, and School "D" Trademarks
from the United States Patent and Trademark Office Website**

| "D" Trademark | Owner | U.S. Registration No./ U.S. Application Serial No. |
|---|---|---|
|  | Dominican University of California | 4,514,089 |
|  | University of Delaware | 5,052,933 |
|  | Delbarton School (New Jersey) | 3,985,163 |
|  | Duncanville Independent School District (Texas) | 4,178,647 |
|  | Duncanville Independent School District (Texas) | 7,233,567 |
|  | Decatur Independent School District (Texas) | 98/315,063 (pending) |
|  | Dublin City Schools (Ohio) | 98/081,817 (pending) |

5