# EXHIBIT N

**Generated on:** This page was generated by TSDR on 2024-07-31 10:11:36 EDT

**Mark:** D



| | | | |
|---|---|---|---|
| **US Serial Number:** | 88507522 | **Application Filing Date:** | Jul. 10, 2019 |
| **US Registration Number:** | 5972248 | **Registration Date:** | Jan. 28, 2020 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jan. 28, 2020

**Publication Date:** Nov. 12, 2019

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | D |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of the stylized letter "D" placed on top of a shield design. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 24.01.03 - Shields or crests with letters, punctuation or inscriptions contained therein or superimposed thereon |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Socks; Sweat bands; Rain ponchos; T-shirts; Shirts; Jackets; Vests; Sweatshirts; Hoodies; Sweat pants; Pants; Shorts; Hats | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | 2012 | **Use in Commerce:** | 2012 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |

| | | | |
|---|---|---|---|
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Dordt University, Incorporated |
| **Owner Address:** | 498 4th Avenue N.E. Sioux Center, IOWA UNITED STATES 51250 |
| **Legal Entity Type:** | non-profit corporation |
| **State or Country Where Organized:** | IOWA |

# Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Jodi A. DeSchane | **Docket Number:** | 328465.12 |
| **Attorney Primary Email Address:** | trademark@FaegreBD.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | JODI A. DESCHANE FAEGRE BAKER DANIELS LLP 90 SOUTH SEVENTH STREET 2200 WELLS FARGO CENTER MINNEAPOLIS, MINNESOTA UNITED STATES 55402 | | |
| **Phone:** | 612-766-7901 | **Fax:** | 612-766-1600 |
| **Correspondent e-mail:** | trademark@FaegreBD.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 28, 2020 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 12, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 12, 2019 | PUBLISHED FOR OPPOSITION | |
| Oct. 23, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 04, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 26, 2019 | ASSIGNED TO EXAMINER | |
| Jul. 18, 2019 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Jul. 17, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jul. 13, 2019 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Jan. 28, 2020 |