# EXHIBIT O

The only OFFICIAL store for Dowling Catholic High School supporting all DCHS students!




Home / Activity & Team Apparel / Football / New Era 9Forty Football Hat

  







# New Era New Era 9Forty Football Hat

Article number: FB Hat

$40.00

-

✓ In stock (2)

Quantity:

— 1 +

Add to cart

Buy now

⇆ Add to compare



CONTACT US | 515.222.1012 | campusstore@dowlingcatholic.org

  

## My account

Register
My orders

## Categories

Store Hours
Activity & Team Apparel
Accessories
Kairos
Men's Apparel
Women's Apparel
Youth Apparel
Inventory Reduction Sale
School Uniforms
Sweatshirts & Tees
Spirit & Yard Signs

## Information

Store Hours
About us
Contact Us
General terms & conditions
Shipping & In Store Pick Up
Return Policy
Privacy policy
FAQ's
Payment methods
Maroon Boutique
Volunteer Opportunities

© Copyright 2024 Dowling Catholic Campus Store - Powered by Lightspeed

