# EXHIBIT Q





Polos
Sleepwear

**Accessories**
Jewelry & More
Ties, Belts & Scarves
Socks

**For Dad**


$30.00

THE GAME D BAR HAT DARTMOUTH COLLEGE
$26.99


$24.99

TUCK SCHOOL SHIELD HAT
$26.99


$26.99

KHAKI DARTMOUTH FELT 'D' HAT
$26.99


$26.99

DARTMOUTH SHIELD GREEN HAT
$26.99



BLOCK D TRUCKER HAT DARTMOUTH
$29.99



D PRIMETIME STRIPE KNIT HAT DARTMOUTH
$29.99

| 1 | 2 | 3 | 4 | 5 | Next › |

### Customer Service
FAQ's
Our Guarantee
Payments Accepted
Shipping
Shipping Promotions
Back Orders
Returns/Exchanges
Sizing Information
Personalization
Gift Services
Tax Policy

### Company Information
Current Catalog
Privacy
Terms of Service
360 Virtual Tour of Dartmouth Co-op
About the Co-op
Our History
How Dartmouth College Benefits
Membership Benefits
How to Join
Group Discounts
Site Map
Employment

### Top Dartmouth Picks
Dartmouth Sweatshirts
Dartmouth Kids
Dartmouth Gifts
Dartmouth Tees
Dartmouth Chairs
Dartmouth Hats
Dartmouth Co-op Gift Cards

### Stay Connected
Contact Us
Email Sign Up
DartmouthImages.com
Dartmouth College
Dartmouth Blog
 Join Us on Facebook
 Follow Us on Twitter
 Follow Us on Instagram

### Dartmouth Co-op
21 South Main Street,
Hanover, NH 03755

Directions to Store

Store Hours:
MONDAY-SATURDAY
9:30am - 5:30pm EST
SUNDAY
9:30am - 4:00pm EST

Best Time to Reach Us
Monday thru Friday
9AM to 4:30PM EST

Phone (800)-634-2667

AMERICAN EXPRESS   DISCOVER   MasterCard   VISA

Copyright 2024 Dartmouth Co-operative Society Inc.
Outfitting Dartmouth Students and Alumni for over 100 Years. Alumni Owned and Operated. All Dartmouth items are under license from the Trustees of Dartmouth College and your purchase supports Dartmouth students and programs.


Get 10% Off





Dartmouth Sports Jerseys
Polos
Sleepwear

**Accessories**
Jewelry & More
Ties, Belts & Scarves
Socks

**For Dad**

HAT $26.99     $26.99     HAT $26.99     SHIELD HAT $26.99

   

**DARTMOUTH SKI TEAM HAT** $26.99     **DARTMOUTH HOCKEY HAT** $26.99     **DARTMOUTH TENNIS HAT** $26.99     **DARTMOUTH CREW HAT** $26.99

   

**DARTMOUTH RUGBY HAT** $26.99     **DARTMOUTH COLLEGE TRUCKER HAT** $29.99     **HUNTER D KNIT NORTHPOLE CUFF HAT DARTMOUTH** $19.99     **MID PRO SNAPBACK D TRUCKER HAT DARTMOUTH** $29.99

‹ Previous    1  2  3  4  5    Next ›

---

**Customer Service**
FAQ's
Our Guarantee
Payments Accepted
Shipping
Shipping Promotions
Back Orders
Returns/Exchanges
Sizing Information
Personalization
Gift Services
Tax Policy

**Company Information**
Current Catalog
Privacy
Terms of Service
360 Virtual Tour of Dartmouth Co-op
About the Co-op
Our History
How Dartmouth College Benefits
Membership Benefits
How to Join
Group Discounts
Site Map
Employment

**Top Dartmouth Picks**
Dartmouth Sweatshirts
Dartmouth Kids
Dartmouth Gifts
Dartmouth Tees
Dartmouth Chairs
Dartmouth Hats
Dartmouth Co-op Gift Cards

**Stay Connected**
Contact Us
Email Sign Up
DartmouthImages.com
Dartmouth College
Dartmouth Blog
Join Us on Facebook
Follow Us on Twitter
Follow Us on Instagram

**Dartmouth Co-op**
21 South Main Street,
Hanover, NH 03755

Directions to Store

Store Hours:
MONDAY-SATURDAY
9:30am - 5:30pm EST
SUNDAY
9:30am - 4:00pm EST

Best Time to Reach Us
Monday thru Friday
9AM to 4:30PM EST

Phone (800)-634-2667



Copyright 2024 Dartmouth Co-operative Society Inc.
Outfitting Dartmouth Students and Alumni for over 100 Years. Alumni Owned and Operated. All Dartmouth items are under license from the Trustees of Dartmouth College and your purchase supports Dartmouth students and programs.

Get 10% Off





Sleepwear
Accessories
Jewelry & More
Ties, Belts & Scarves
Socks

For Dad






CAMO D HAT 47 BRAND CLEAN UP DARTMOUTH
$35.00

COOL FIT VISOR BLOCK D BLACK DARTMOUTH
$29.99

CHAMPION WHITE BUCKET HAT DARTMOUTH D
$32.99

DARTMOUTH FIELD HOCKEY HAT
$26.99






DARTMOUTH EQUESTRIAN HAT
$26.99

DARTMOUTH SQUASH HAT
$26.99

DARTMOUTH SAILING HAT
$26.99

DARTMOUTH BASEBALL HAT
$26.99

‹ Previous    1  2  **3**  4  5    Next ›

## Customer Service
FAQ's
Our Guarantee
Payments Accepted
Shipping
Shipping Promotions
Back Orders
Returns/Exchanges
Sizing Information
Personalization
Gift Services
Tax Policy

## Company Information
Current Catalog
Privacy
Terms of Service
360 Virtual Tour of Dartmouth Co-op
About the Co-op
Our History
How Dartmouth College Benefits
Membership Benefits
How to Join
Group Discounts
Site Map
Employment

## Top Dartmouth Picks
Dartmouth Sweatshirts
Dartmouth Kids
Dartmouth Gifts
Dartmouth Tees
Dartmouth Chairs
Dartmouth Hats
Dartmouth Co-op Gift Cards

## Stay Connected
Contact Us
Email Sign Up
DartmouthImages.com
Dartmouth College
Dartmouth Blog
Join Us on Facebook
Follow Us on Twitter
Follow Us on Instagram

## Dartmouth Co-op
21 South Main Street,
Hanover, NH 03755

Directions to Store

Store Hours:
MONDAY-SATURDAY
9:30am - 5:30pm EST
SUNDAY
9:30am - 4:00pm EST

Best Time to Reach Us
Monday thru Friday
9AM to 4:30PM EST

Phone (800)-634-2667



Copyright 2024 Dartmouth Co-operative Society Inc.
Outfitting Dartmouth Students and Alumni for over 100 Years. Alumni Owned and Operated. All Dartmouth items are under license from the Trustees of Dartmouth College and your purchase supports Dartmouth students and programs.

Get 10% Off





Sleepwear

Accessories
Jewelry & More
Ties, Belts & Scarves
Socks

**For Dad**

   

**NIKE CUFFED D KNIT BEANIE DARTMOUTH**
$33.00

**DARTMOUTH VOLLEYBALL HAT**
$26.99

**CLEAN UP D HAT GREEN DARTMOUTH**
$35.00

**HYDRO RECLAIM LONE PINE HAT DARTMOUTH**
$29.99

    

**DARTMOUTH D-PINE HAT**
$26.99

**ROONEY MARLED KNIT POM HAT LONE PINE DARTMOUTH**
$26.99

**ARCH GREEN LETTER BLACK HAT ARCHIE SCRIPT DARTMOUTH**
$35.00

**GREEN ADJUSTABLE CADDY HAT SNAPBACK DARTMOUTH**
$35.00

‹ Previous    1    2    3    **4**    5    Next ›

---

**Customer Service**
FAQ's
Our Guarantee
Payments Accepted
Shipping
Shipping Promotions
Back Orders
Returns/Exchanges
Sizing Information
Personalization
Gift Services
Tax Policy

**Company Information**
Current Catalog
Privacy
Terms of Service
360 Virtual Tour of Dartmouth Co-op
About the Co-op
Our History
How Dartmouth College Benefits
Membership Benefits
How to Join
Group Discounts
Site Map
Employment

**Top Dartmouth Picks**
Dartmouth Sweatshirts
Dartmouth Kids
Dartmouth Gifts
Dartmouth Tees
Dartmouth Chairs
Dartmouth Hats
Dartmouth Co-op Gift Cards

**Stay Connected**
Contact Us
Email Sign Up
DartmouthImages.com
Dartmouth College
Dartmouth Blog
Join Us on Facebook
Follow Us on Twitter
Follow Us on Instagram

**Dartmouth Co-op**
21 South Main Street,
Hanover, NH 03755

Directions to Store

Store Hours:
MONDAY-SATURDAY
9:30am - 5:30pm EST
SUNDAY
9:30am - 4:00pm EST

Best Time to Reach Us
Monday thru Friday
9AM to 4:30PM EST

Phone (800)-634-2667

 

Copyright 2024 Dartmouth Co-operative Society Inc.
Outfitting Dartmouth Students and Alumni for over 100 Years. Alumni Owned and Operated. All Dartmouth items are under license from the Trustees of Dartmouth College and your purchase supports Dartmouth students and programs.

Get 10% Off



Short Sleeve
Long Sleeve
Sport
NIKE Sport Tees
Performance

**Headwear**
Nike
Visors & Buckets
Sport
Adjustable
Knit

**Outerwear**
Fleece & Knit
Jackets
L.L.Bean

**Apparel**
1/4-Zips
Nike
Vineyard Vines
Champion
Under Armour
Shorts
Sweatpants
Dartmouth Sports Jerseys
Polos
Sleepwear

**Accessories**
Jewelry & More
Ties, Belts & Scarves
Socks

**For Dad**






**NIKE APEX BOONIE D HAT DARTMOUTH**
$49.99

**WHITE ADJUSTABLE CADDY HAT SNAPBACK DARTMOUTH**
$35.00

**NIKE PEAK CUFF D HAT DARTMOUTH**
$36.99

‹ Previous    1  2  3  4  **5**

---

**Customer Service**
FAQ's
Our Guarantee
Payments Accepted
Shipping
Shipping Promotions
Back Orders
Returns/Exchanges
Sizing Information
Personalization
Gift Services
Tax Policy

**Company Information**
Current Catalog
Privacy
Terms of Service
360 Virtual Tour of Dartmouth Co-op
About the Co-op
Our History
How Dartmouth College Benefits
Membership Benefits
How to Join
Group Discounts
Site Map
Employment

**Top Dartmouth Picks**
Dartmouth Sweatshirts
Dartmouth Kids
Dartmouth Gifts
Dartmouth Tees
Dartmouth Chairs
Dartmouth Hats
Dartmouth Co-op Gift Cards

**Stay Connected**
Contact Us
Email Sign Up
DartmouthImages.com
Dartmouth College
Dartmouth Blog
Join Us on Facebook
Follow Us on Twitter
Follow Us on Instagram

**Dartmouth Co-op**
21 South Main Street,
Hanover, NH 03755

Directions to Store

Store Hours:
MONDAY-SATURDAY
9:30am - 5:30pm EST
SUNDAY
9:30am - 4:00pm EST

Best Time to Reach Us
Monday thru Friday
9AM to 4:30PM EST

Phone (800)-634-2667





Copyright 2024 Dartmouth Co-operative Society Inc.
Outfitting Dartmouth Students and Alumni for over 100 Years. Alumni Owned and Operated. All Dartmouth items are under license from the Trustees of Dartmouth College and your purchase supports Dartmouth students and programs.

Get 10% Off