IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE<br>    Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE,<br>    Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>    Counterclaim Defendant. | No. 4:24-cv-00227<br><br>**<u>UNOPPOSED</u> MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIM PLAINTIFFS' THIRD AND FOURTH CLAIMS.** |

Plaintiff Drake University ("Drake") hereby moves the Court for an Order granting it leave to file an overlength Reply Brief in support of its Motion to Dismiss Counterclaim Plaintiffs' Third and Fourth Claims (Dkt. 46).

1.    Pursuant to Local Rule 7(g), Reply Briefs should not exceed five pages.

2.    Due primarily to the complex nature of defamation claims, additional pages are needed to adequately address the issues raised in Counterclaim Plaintiffs' Resistance (Dkt. 53).

3.    Drake's Reply Brief is **7 pages** excluding the caption and signature block.

4.    Pursuant to Local Rule 7(k), the undersigned has conferred with Defendants' counsel, who does not object to this motion.

**WHEREFORE,** Drake respectfully requests that this Court grant this motion and direct the Clerk of Court to detach and docket Drake's attached Reply Brief and exhibits pursuant to Local Rule 7(h).

Respectfully submitted,

Dated: September 10, 2024         **ZARLEYCONLEY PLC**

By:   /s/John D. Gilbertson
      John D. Gilbertson, AT0014515
      Joshua J. Conley, AT0011828
      580 Market Street, Suite 101
      West Des Moines, IA 50266
      Telephone: (515) 558-0200
      Facsimile: (515) 558-7790
      jgilbertson@zarleyconley.com
      jconley@zarleyconley.com
      **ATTORNEYS FOR PLAINTIFF**