## John Gilbertson

| | |
|---|---|
| **From:** | Donels, Cara <CDonels@fredlaw.com> |
| **Sent:** | Wednesday, September 4, 2024 1:35 PM |
| **To:** | John Gilbertson; Johnson, R. Scott; Myers, Laura; Boggess, Erin |
| **Cc:** | Josh Conley; Emily A. Marty; Litigation |
| **Subject:** | RE: Drake v. DMACC - Amended Answer & Counterclaims |

John,

The clerk told us the following:

Judge Jackson responded to the question regarding sealing entry 52 with the instruction- if any party believes any material needs to be filed under seal, they should take appropriate action including filing a motion if necessary.

DMACC continues to believe that these documents should not be sealed. Thus, we ask that Drake move to seal if it continues to believe this filing should be sealed. In your motion, please note that DMACC continues to oppose sealing for the reasons stated in Dkt. 27.

Best,
Cara

**From:** John Gilbertson <jgilbertson@zarleyconley.com>
**Sent:** Wednesday, September 4, 2024 11:30 AM
**To:** Donels, Cara <CDonels@fredlaw.com>; Johnson, R. Scott <RSJohnson@fredlaw.com>; Myers, Laura <LMyers@fredlaw.com>; Boggess, Erin <EBoggess@fredlaw.com>
**Cc:** Josh Conley <jconley@zarleyconley.com>; Emily A. Marty <emarty@zarleyconley.com>; Litigation <litigation@zarleyconley.com>
**Subject:** RE: Drake v. DMACC - Amended Answer & Counterclaims

**CAUTION: EXTERNAL E-MAIL**

Cara,

Thanks for letting us know. Please keep us posted.

Best,



John Gilbertson
Intellectual Property Attorney

**O** 515-558-0200    **D** 515-203-4329    **W** www.zarleyconley.com    **A** West Des Moines, Iowa

This email may contain confidential or privileged information. Please contact us if you received this in error.

**From:** Donels, Cara <CDonels@fredlaw.com>
**Sent:** Wednesday, September 4, 2024 11:19 AM
**To:** John Gilbertson <jgilbertson@zarleyconley.com>; Johnson, R. Scott <RSJohnson@fredlaw.com>; Myers, Laura <LMyers@fredlaw.com>; Boggess, Erin <EBoggess@fredlaw.com>
**Cc:** Josh Conley <jconley@zarleyconley.com>; Emily A. Marty <emarty@zarleyconley.com>; Litigation

**EXHIBIT 4**

<litigation@zarleyconley.com>
**Subject:** RE: Drake v. DMACC - Amended Answer & Counterclaims

Mr. Gilbertson,

This was filed not under seal in error. We were in contact with the clerk's office this morning regarding sealing, as soon as the clerk's office opened, and they informed us that they would get back to us promptly.

Cara

---

**From:** John Gilbertson <jgilbertson@zarleyconley.com>
**Sent:** Wednesday, September 4, 2024 11:17 AM
**To:** Johnson, R. Scott <RSJohnson@fredlaw.com>; Myers, Laura <LMyers@fredlaw.com>; Donels, Cara <CDonels@fredlaw.com>; Boggess, Erin <EBoggess@fredlaw.com>
**Cc:** Josh Conley <jconley@zarleyconley.com>; Emily A. Marty <emarty@zarleyconley.com>; Litigation <litigation@zarleyconley.com>
**Subject:** Drake v. DMACC - Amended Answer & Counterclaims

**CAUTION: EXTERNAL E-MAIL**

Counsel,

The Court on August 2 expressly ordered DMACC's original Answer and related documents to be sealed pending disposition of Drake's Motion to Disqualify.  Dkt. 28.  Despite this, DMACC's Amended Answer was filed yesterday on the public docket.  We assume this was an oversight.  Please confirm whether DMACC intends to file a motion to seal Dkt. 52 and its subparts immediately; for purposes of LR 7(k) Drake does not oppose such a motion.  If we do not hear from you by 3pm today, we will move to seal.

Best,



John Gilbertson
Intellectual Property Attorney

**O**  515-558-0200    **D**  515-203-4329    **W**  www.zarleyconley.com    **A**  West Des Moines, Iowa

This email may contain confidential or privileged information. Please contact us if you received this in error.