IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>　　　Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE<br>　　　Defendants. | No. 4:24-cv-00227<br><br>**DECLARATION OF<br>JOHN D. GILBERTSON** |
| DES MOINES AREA COMMUNITY COLLEGE,<br>　　　Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>　　　Counterclaim Defendant. | |

　　　I, John D. Gilbertson, declare under penalty of perjury that the following is true and correct:

1.　　I am counsel of record for Plaintiff Drake University and am competent to make this declaration based on my personal knowledge.

2.　　Exhibit 4 is a true and correct copy of emails dated September 4, 2024 between counsel for the parties.

3.　　Exhibit 5 is this declaration.

　　　I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 10, 2024　　　　　　　　/s/John D. Gilbertson
　　　　　　　　　　　　　　　　　　　　John D. Gilbertson

**EXHIBIT 5**