# WHAT IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　　Defendants.<br>―――――――――――――――――<br>DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　　Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>　　　　Counterclaim Defendant. | Case No. 4:24-CV-00227-SMR-SBJ<br><br><br>**DEFENDANTS'/COUNTERCLAIM PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM PLAINTIFF'S THIRD AND FOURTH CLAIMS**<br><br>**EXPEDITED RELIEF REQUESTED** |

Defendant Des Moines Area Community College Foundation ("DMACCF") and Defendant and Counterclaim Plaintiff Des Moines Area Community College ("DMACC") (collectively referred to herein as "Defendants") respectfully move the Court for leave to file a sur-reply. Counsel for Defendants and Plaintiff and Counterclaim Defendant Drake University ("Drake" and "Plaintiff") met and conferred on this motion. Plaintiff opposes Defendants request for leave.

In support of its motion, DMACC states:

1.　This proposed sur-reply brief addresses the new arguments presented by Drake in its Reply Brief.

2. By way of background, on August 20, 2024, Drake filed a Motion to Dismiss Counterclaims III and IV.

3. On September 3, 2024, DMACC timely amended its counterclaims. Dkt. 52.

4. Under LR 7(g), a reply brief may be used only "to assert newly-decided authority or to respond to new and unanticipated arguments made in the resistance. In the reply brief, the moving party must not reargue points made in the opening brief."

5. However, in its September 10, 2024, Reply Brief, Drake violates LR 7(g) by including new arguments relating new grounds to dismiss the defamation claim, including by citing cases and arguments not raised in the initial motion. *Compare* Dkt. 62 at 2 (*citing, e.g., Galanakis v. City of Newton, Iowa*, 2024 WL 606235, at *18 (S.D. Iowa Feb. 8, 2024) with Dkt. 46 (raising no arguments regarding "public" figures).

6. Drake further (and inappropriately) makes a separate, new motion for sanctions under 28 U.S.C. § 1927 through its reply.

7. "While the Local Rules do not provide for the filing of a Sur-surreply, the Court may consider such a filing at its discretion." *Duchardt v. Midland Nat. Life Ins. Co*., 265 F.R.D. 436, 439 (S.D. Iowa, 2009).

8. Counsel for DMACC met and conferred with counsel for Drake, and Drake indicated it does not consent to this motion.

9. DMACC respectfully requests that the Court permit the filing of DMACC's sur-reply brief. This brief serves to cure Drake's violation of LR 7(g) and responds to Drake's new arguments and § 1927 motion.

DMACC respectfully requests five pages for sur-reply, to be filed no later than September 16, 2024.

Respectfully submitted,

Date: September 13, 2024

*/s/ R. Scott Johnson*

R. Scott Johnson (#AT0004007)
Cara S. Donels (#AT0014198)
Erin M. Boggess (#AT0015950)
FREDRIKSON & BYRON, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA  50309-1977
Telephone:  (515) 242-8900
E-mail:  RSJohnson@fredlaw.com
           CDonels@fredlaw.com
           EBoggess@fredlaw.com

Laura L. Myers (Minn. #0387116)
(admitted *Pro Hac Vice*)
FREDRIKSON & BYRON, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
Telephone:  (612) 492-7000
E-mail:  LMyers@fredlaw.com

***Attorneys for Defendants and Counterclaim Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2024, I electronically filed the *Defendants'/Counterclaim Plaintiff's Motion for Leave to File a Sur-reply to Plaintiff's Motion to Dismiss Counterclaim Plaintiff's Third and Fourth Claims* with the Clerk of the Court using the CM/ECF system, who in turn sent notice to the following:

Joshua J. Conley, Esq.
 jconley@zarleyconley.com
John D. Gilbertson, Esq.
 jgilbertson@zarleyconley.com
ZARLEYCONLEY PLC
580 Market Street, Suite 101
West Des Moines, IA  50266

*Attorneys for Plaintiff and
Counterclaim Defendant*

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Erica Palmer*
　　　　　　　　　　　　　　　　　　　　　　　　Erica Palmer