## John Gilbertson

| | |
|---|---|
| **From:** | Donels, Cara <CDonels@fredlaw.com> |
| **Sent:** | Friday, September 13, 2024 1:43 PM |
| **To:** | John Gilbertson; Josh Conley |
| **Cc:** | Johnson, R. Scott; Myers, Laura; Boggess, Erin |
| **Subject:** | RE: Drake v. DMACC - surreply |

Understood – I will proceed to still only note your opposition, *generally*, as we are requesting five pages. Moreover, we do not consent to a sur-surreply on the 1927 issue, which should have been raised in an independent motion.

Cara

**From:** John Gilbertson <jgilbertson@zarleyconley.com>
**Sent:** Friday, September 13, 2024 1:40 PM
**To:** Donels, Cara <CDonels@fredlaw.com>; Josh Conley <jconley@zarleyconley.com>
**Cc:** Johnson, R. Scott <RSJohnson@fredlaw.com>; Myers, Laura <LMyers@fredlaw.com>; Boggess, Erin <EBoggess@fredlaw.com>
**Subject:** RE: Drake v. DMACC - surreply

**CAUTION: EXTERNAL E-MAIL**

Cara,

I should clarify, I did not mean set out our **basis** for opposition. I meant please note that our opposition **only** extends to the defamation issue.

Best,



John Gilbertson
Intellectual Property Attorney

**O** 515-558-0200   **D** 515-203-4329   **W** www.zarleyconley.com   **A** West Des Moines, Iowa

This email may contain confidential or privileged information. Please contact us if you received this in error.

**From:** Donels, Cara <CDonels@fredlaw.com>
**Sent:** Friday, September 13, 2024 1:36 PM
**To:** John Gilbertson <jgilbertson@zarleyconley.com>; Josh Conley <jconley@zarleyconley.com>
**Cc:** Johnson, R. Scott <RSJohnson@fredlaw.com>; Myers, Laura <LMyers@fredlaw.com>; Boggess, Erin <EBoggess@fredlaw.com>
**Subject:** RE: Drake v. DMACC - surreply

John,

We will proceed to file as opposed. You are certainly welcome to submit your positions if you choose to file an opposition, but I am unaware of any obligation to affirmatively put your position in our motion.

Thanks!
Cara

**EXHIBIT 1**

**From:** John Gilbertson <jgilbertson@zarleyconley.com>
**Sent:** Friday, September 13, 2024 1:33 PM
**To:** Donels, Cara <CDonels@fredlaw.com>; Josh Conley <jconley@zarleyconley.com>
**Cc:** Johnson, R. Scott <RSJohnson@fredlaw.com>; Myers, Laura <LMyers@fredlaw.com>; Boggess, Erin <EBoggess@fredlaw.com>
**Subject:** RE: Drake v. DMACC - surreply

**CAUTION: EXTERNAL E-MAIL**

Cara,

Thanks for chatting this morning.  After consideration, we consent to a 2-page surreply on the 1927 issue on the condition that you consent to the same for us in the event your surreply exceeds the scope of what was raised in our Reply.  With regard to the public figures issue relating to defamation, we do **not** consent for the following reasons.

DMACC has already had two bites at the apple to address the defamation deficiencies, i.e. its Amended Answer and its Resistance to the Motion to Dismiss.  The public figure argument raised in our Reply is in response to DMACC's incomplete characterization of *Bierman v. Weier*, 826 N.W.2d 436 (Iowa 2013) in its Resistance, which neglects to mention the public figure criteria for defamation *per se*.  Moreover, the section of the Resistance devoted to defamation *per se* comprises less than a paragraph.  We did not rely on *Bierman* in our principal brief, and we are entitled to reply to new and unanticipated arguments in the Resistance.  LR 7(g).  A mischaracterization of a case cited for the first time in a Resistance certainly qualifies as a "new and unanticipated argument" to which no surreply is allowed.

Should you move forward with a motion for both issues, please indicate our opposition as set forth herein.

Best,



John Gilbertson
Intellectual Property Attorney

**O**  515-558-0200    **D**  515-203-4329    **W**  www.zarleyconley.com    **A**  West Des Moines, Iowa

This email may contain confidential or privileged information. Please contact us if you received this in error.

**From:** Donels, Cara <CDonels@fredlaw.com>
**Sent:** Friday, September 13, 2024 9:48 AM
**To:** John Gilbertson <jgilbertson@zarleyconley.com>; Josh Conley <jconley@zarleyconley.com>
**Cc:** Johnson, R. Scott <RSJohnson@fredlaw.com>; Myers, Laura <LMyers@fredlaw.com>; Boggess, Erin <EBoggess@fredlaw.com>
**Subject:** RE: Drake v. DMACC - surreply

Thanks for the call, John – turns out I had 20 emails stuck in my outbox, and this sent after I restarted. I'll look for your reply on whether Drake opposes by 1 as indicated.

Best,
Cara

**From:** Donels, Cara
**Sent:** Friday, September 13, 2024 7:51 AM
**To:** John Gilbertson <jgilbertson@zarleyconley.com>; Josh Conley <jconley@zarleyconley.com>

**Cc:** Johnson, R. Scott <RSJohnson@fredlaw.com>; Myers, Laura <LMyers@fredlaw.com>; Boggess, Erin <EBoggess@fredlaw.com>
**Subject:** Drake v. DMACC - surreply

Counsel,

We intend to file a motion for a sur-reply to address the new arguments raised by Drake on reply (including relating to public figures and the § 1927 sanctions). Does Drake oppose DMACC's motion for surreply? If so, are you available to meet and confer today?

Best,
Cara

**Cara Donels | Attorney | Fredrikson & Byron, P.A.**
She/her
111 East Grand Avenue, Suite 301 | Des Moines, Iowa 50309
Main: 515.242.8900 | Direct: 515.242.8924 | cdonels@fredlaw.com

_____

**\*\*This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (612) 492-7000. The name and biographical data provided above are for informational purposes only and are not intended to be a signature or other indication of an intent by the sender to authenticate the contents of this electronic message.\*\***