# EXHIBIT C

| | |
|---|---|
| Document title: | Facebook |
| Capture URL: | https://www.facebook.com/DMACCCampusRec |
| Page loaded at (UTC): | Thu, 18 Jul 2024 15:27:44 GMT |
| Capture timestamp (UTC): | Thu, 18 Jul 2024 15:38:21 GMT |
| Capture tool: | 10.48.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 188 |
| Capture ID: | iWCZWfZfrMDiRTu981timQ |
| User: | fb-vhandler |

PDF REFERENCE #:        2AtMu7tXzuAu3MNgehM82z





DMACC Campus Recreation

**Intro**

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos**                          See all photos

2

5 shares

Like        Comment        Share

Write a comment...

**DMACC Campus Recreation**
April 29 · 

Stop by and grab a slice of pizza, a can of soda and play a game or 2!
Game systems: Sega, Atari, Playstation 5, XBOX, Switch and Pac Man!
Bldg. 5 in the eSports Arena from 5-8pm.



1 share

Like        Comment        Share

Write a comment...

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024





**DMACC Campus Recreation**

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos
See all photos





🔴 2

👍 Like        💬 Comment        ↪ Share

Write a comment...



**DMACC Campus Recreation**
February 22 · 🌐

TPAW Summer Basketball League Registration is now OPEN!
Go to https://hnd-p-ols.spectrumng.net/.../PR/Programs.aspx... to register or stop by the Trail Point Membership Desk to sign-up!



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

 **DMACC Campus Recreation**







2 shares

👍 Like        💬 Comment        ↗ Share

Write a comment...

## Intro

ⓘ Page · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

## Photos                          See all photos

  

 

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

 **DMACC Campus Recreation**
January 30 · 🌐

The 2024 Intramural Volleyball Season Tipped-Off last night! If you are still looking to play we have a couple teams still looking for players. Please email Campus Recreation Coordinator, Andy Nelson at arnelson@dmacc.edu if you interested in playing this semester!



Document title: Facebook
Capture URL: https://www.facebook.com/DMACCCampusRec
Capture timestamp (UTC): Thu, 18 Jul 2024 15:38:21 GMT



DMACC Campus Recreation

**Intro**

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos**          See all photos

**DMACC Campus Recreation**
January 17 · 🌐

Registration Deadlines have been extended for Intramural Volleyball, Ping Pong and Basketball due to the recent snow days. If you know of anyone who is still interested in playing please let them know to get signed up.



👍 1

👍 Like          💬 Comment          ↗ Share

Write a comment...

**DMACC Campus Recreation**
January 10 · 🌐

Intramural Registration is underway! Go to www.imleagues.com to register using your DMACC email address.

Campus View Student Housing, LLC
Prairie Pointe Student Living
Campus Town... See more







## DMACC Campus Recreation

...

### Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



**VOLLEYBALL SCHEDULE UPDATE**

👍 Like    💬 Comment    ↪ Share

Write a comment...

**DMACC Campus Recreation**
November 17, 2023 · 🌐    ...

Happy #featurefriday!!! This is a series we will be starting introducing students involved in intramurals. Up first this week, Luke Wheatley!!!

Luke's hometown is Runnels Iowa and he is studying CAD Drafting at DMACC. In his spare time you can find him playing golf, video games, and ping pong 🏓🏌️‍♂️🎮 If you see him around maybe you could challenge him to a game of ping pong at Trail Point 👀

Of course we asked him a very important question, Pancheros or Chipotle? He is a Pancher... **See more**

Feature Friday
Luke Wheatley

👍 3

👍 Like    💬 Comment    ↪ Share

Write a comment...

**DMACC Campus Recreation**
November 16, 2023 · 🌐    ...



# DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



👍❤️ 4                                        1 share

Like        Comment        Share

Write a comment...

**DMACC Campus Recreation** is at **DMACC**.
November 14, 2023 · Ankeny, IA · 🌐

Retro Game Night at the new Esports Arena in Building 5! Come get free pizza 🍕

 

 **DMACC Campus Recreation**    ···

## Intro

ⓘ **Page** · Company

◈ 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos                          See all photos


  
  

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



👍 6                                      1 share

👍 Like        💬 Comment        ↪ Share

 Write a comment...

**DMACC Campus Recreation**
November 14, 2023 · 🌐                   ···

The DMACC Ankeny Campus eSports Arena is NOW OPEN!
Open Monday - Friday, 4-9pm in building 5. Come check it out!
#DMACC #dmaccbears



👍 12                                     2 shares

## DMACC Campus Recreation

### Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

👍 12                                                          2 shares

👍 Like            ◯ Comment            ↱ Share

Write a comment...

**DMACC Campus Recreation**
November 14, 2023 · 🌐

Join us tonight in the eSports Room in bldg. 5 for Retro Game Night! Free Pizza and
Soda! Register or just show up!

👍 3                                                          1 share

👍 Like            ◯ Comment            ↱ Share

Write a comment...

**DMACC Campus Recreation**
October 18, 2023 · 🌐



# DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

**DMACC Campus Recreation**
October 18, 2023 · 🌐

Tell your DMACC friends!!!! Time is running out!

1 share

👍 Like          💬 Comment          ↗ Share

Write a comment...

**DMACC Campus Recreation**
October 9, 2023 · 🌐

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



## DMACC Campus Recreation

### Intro



**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos

  
  

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



👍 Like          💬 Comment          ↪ Share

Write a comment...

**DMACC Campus Recreation**
October 9, 2023 · 









## DMACC Campus Recreation

### Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos                                    See all photos



WEDNESDAY AND THURSDAY NIGHTS
STARTS WEDNESDAY
NOVEMBER 1 FROM 5-9PM
SIGNUP AT WWW.IMLEAGUES.COM

👍 Like          💬 Comment          ↪ Share

Write a comment...

**DMACC Campus Recreation**
October 9, 2023 · 🌐

VOLLEYBALL LEAGUE
6 VS. 6 INTRAMURAL LEAGUE
BEGINS MONDAY, OCTOBER 30
MONDAY NIGHTS BETWEEN 5-9PM
Signup at www.imleague.com
campus RECREATION

👍 Like          💬 Comment          ↪ Share

Write a comment...

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

## DMACC Campus Recreation

### Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos



**DMACC Campus Recreation**
October 3, 2023 · 🌐

Go to www.imleagues.com to register! All participants will receive a FREE t-shirt.

~ Costumes Optional ~

October 26
7pm-9pm

# HALLOWEEN GLOW RUN 5K

Takes place @ the Ankeny DMACC lake trail
Meet at the gazebo prior to the race

👍 3

👍 Like        💬 Comment        ➤ Share

Write a comment...

**DMACC Campus Recreation**
September 26, 2023 · 🌐

Week 1 of the DMACC Campus Recreation Intramural season starts tonight! 🏈🏆

Who's ready for some football?

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

Search Facebook

DMACC Campus Recreation

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



1                                              2 shares

👍 Like          💬 Comment          ↗ Share

Write a comment...

**DMACC Campus Recreation**
September 6, 2023 · 🌐

Intramural Registration Deadlines Coming Soon! Click the QR Code to sign-up today!

1                                              1 share

👍 Like          💬 Comment          ↗ Share

Write a comment...

**DMACC Campus Recreation**
August 28, 2023 · 🌐

Intramural Registration is underway! Get signed up for Fantasy Football, Soccer, Flag Football, Volleyball, Basketball and more! Sign-up today!!!! Go to www.imleagues.com and sign-up using your DMACC email address.

Q Search Facebook

## DMACC Campus Recreation

...

### Intro

ⓘ Page · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos

See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

Intramural Registration is underway! Get signed up for Fantasy Football, Soccer, Flag
Football, Volleyball, Basketball and more! Sign-up today!!!! Go to
www.imleagues.com and sign-up using your DMACC email address.



👍 Like          💬 Comment          ↪ Share

Write a comment...



### DMACC Campus Recreation
August 9, 2023 · 🌐











## DMACC Campus Recreation

### Intro

**ⓘ Page · Company**

**◇ 2006 S. Ankeny Blvd., Bldg. 5**

**✉ arnelson@dmacc.edu**

**🌐 dmacc.edu/campusrecreation**

### Photos                    See all photos

Guess who's amped for the Fred Jackson football camp?!

👍 2

Like        Comment        Share

Write a comment...

**DMACC Campus Recreation**
April 25, 2023 · 🌐

Spring 2023 Extramural Volleyball Champions!
DMACC played Simpson College at Trail Point Aquatics & Wellness on Thursday, April 20th. DMACC won 2 games to 0 in a very competitive match-up.

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More · Meta © 2024



## DMACC Campus Recreation

### Intro

🛈 **Page** · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos                          See all photos







Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

👍 14                    1 comment  5 shares

👍 Like          💬 Comment          ↪ Share

**DMACC Campus Recreation**
April 25, 2023 · 🌐

Spring 2023 DMACC Intramural Basketball Champions!

+5

👍 7                    1 comment  1 share

👍 Like          💬 Comment          ↪ Share

**DMACC Campus Recreation**
April 25, 2023 · 🌐

Spring 2023 DMACC Intramural Volleyball Champions!

DMACC Campus Recreation

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

April 25, 2023 · 🌐

Spring 2023 DMACC Intramural Volleyball Champions!



👍 6                                                    1 share

👍 Like            💬 Comment            ↪ Share

Write a comment...                        😊 🙂 📷 🎬 🎁

**DMACC Campus Recreation**
April 19, 2023 · 🌐

Intramural Basketball Playoffs are tonight from 6-9pm. All games will be played in gym 1 on courts 1 & 2.



👍 2                                                    1 share

👍 Like            💬 Comment            ↪ Share

Write a comment...                        😊 🙂 📷 🎬 🎁







**DMACC Campus Recreation**

...

## Intro



**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos                    See all photos



*HIRING!*



*Job Positions:*

- *Summer '23 Basketball League Officials & Score Keepers ($12.00 an hr)*

- *Fall '23 Officials & Score Keepers ($12.00 an hr)*

- *Summer/Fall '23 Campus Recreation Leads ($12.50 an hr)*

*Contact Campus Recreation Coordinator, Andy Nelson at:*

arnelson@dmacc.edu

515-9646539



👍 2                                              3 shares

👍 Like          💬 Comment          ↪ Share

Write a comment...          😀 🙂 📷 🎞️ 🎁

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



**DMACC Campus Recreation** · Follow
· Reels · Apr 11 · 🌐

---



## DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos







Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



Give!

The DMACC Campus Recreation Department is looking for Officials for the Trail Point Summer Basketball League.

Contact Campus Recreation Coordinator,... **See more**



### DMACC Campus Recreation
April 10, 2023 · 🌐

Here is your last chance to signup for the Glow in the Dark Dodgeball Tournament. The tournament is from 7-9pm on Tuesday, April 11 in the TPAW Gym 1. Single elimination. Everyone gets a t-shirt and the winner receives an Intramural Champion T-shirt. So get signed up today! www.imleagues.com



1                                                    2 shares



DMACC Campus Recreation

**Intro**

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos**                                    See all photos

---

1

2 shares

Like        Comment        Share

Write a comment...

**DMACC Campus Recreation**
March 23, 2023 · 

LIVE
NOW HIRING
SUMMER BASKETBALL
OFFICIALS & SCOREKEEPERS

FALL CAMPUS RECREATION
STAFF - ALL POSITIONS

Contact Campus Recreation Coordinator, Andy Nelson at arnelson@dmacc.edu or 515-964-6529

1

2 shares

Like        Comment        Share

Write a comment...

**DMACC Campus Recreation**
March 23, 2023 · 

DMACC vs. Simpson Extramural Basketball. We played at Wells Fargo Arena in Des Moines yesterday and we got the W! It was awesome experience for these students!

+60



## DMACC Campus Recreation

### Intro

🛈 **Page** · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

24

7 comments  7 shares

👍 Like          💬 Comment          ↪ Share

---

**DMACC Campus Recreation**
January 11, 2023 · 🌐

Time is running out to sign-up for the following 2023 Spring Semester Intramurals:

* Short Court Basketball League

* 4-on-4 Volleyball League... See more



👍 Like          💬 Comment          ↪ Share

✍ Write a comment...

---

**DMACC Campus Recreation**
December 13, 2022 · 🌐

For the 1st time in the history of DMACC Intramurals we had a Free Agent team win a championship! Congrats to the FA!



**DMACC Campus Recreation**

## Intro

ⓘ Page · Company

◈ 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos                                          See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More · Meta © 2024

**DMACC Campus Recreation**
December 2, 2022 · 🌐

2022 Intramural Glow in the Dark Volleyball Tournament!

DMACC Campus Recreation

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos
See all photos



🩷 7

👍 Like     💬 Comment     ↪ Share

Write a comment...

**DMACC Campus Recreation**
November 17, 2022 · 🌐

Time is running out! Sign-up before 4:00pm on Monday, November 21st. FREE t-shirts to every participant!

DMACC STUDENT LIFE PRESENTS

GLOW IN THE DARK VOLLEYBALL

Intramural Tournament

THURSDAY, DECEMBER 1
START 07.00 PM - 09.00 PM

More For Information :
515.964.6539 | arnelson@dmacc.edu
Trail Point Aquatice & Wellness

🩷 2

👍 Like     💬 Comment     ↪ Share

Write a comment...

**DMACC Campus Recreation**
November 3, 2022 · 🌐

DMACC vs. Simpson Extramurals
Flag Football Fall 2022

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

# DMACC Campus Recreation

## Intro

**Page · Company**

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

## Photos

See all photos



---

November 1, 2022 · 

DMACC vs. Simpson Extramurals
Flag Football Fall 2022

We fought hard but Simpson was better that day! Good effort guys!



+21

👍 14                                    2 shares

👍 Like        💬 Comment        ↗️ Share

Write a comment...

---

**DMACC Campus Recreation**
November 1, 2022 · 



**DMACC Athletics**
November 1, 2022 · 

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

---






## DMACC Campus Recreation

### Intro

ℹ️ **Page** · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos                                    See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



👍 4                                          1 share

👍 Like          💬 Comment          ↗ Share

Write a comment...          😊 😊 📷 🎞 🎁

**DMACC Campus Recreation**
October 10, 2022 · 🌐

Took a trip to Indianola on Friday, October 7th! Played some extramural Sand Volleyball against Simpson College. Although it wasn't the result we wanted we had a great time. Thanks for hosting us Simpson Intramurals!





**DMACC Campus Recreation**

## Intro

ⓘ **Page** · Company

◇ 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

**Photos**   See all photos









Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024


**+16**

👍❤ 5                1 comment  3 shares

👍 Like        💬 Comment        ↗ Share

**DMACC Campus Recreation**
October 7, 2022 · ◎

Congrats to the Fall '22 Intramural Pickleball Champion, Isaac Meyer!





👍 2                                          1 share

DMACC Campus Recreation ···

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos                        See all photos

**DMACC Campus Recreation**
October 4, 2022 · ⊙



❤ 1                                              1 share

👍 Like          💬 Comment          ↗ Share

Write a comment...

**DMACC Campus Recreation**
October 4, 2022 · ⊙



## DMACC Campus Recreation



### Intro

ⓘ **Page** · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



👍 2

👍 Like          💬 Comment          ↗ Share

Write a comment...

**DMACC Campus Recreation**
October 4, 2022 · 🌐



## DMACC Campus Recreation

### Intro

**Page** · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos

See all photos







**BATTLESHIP** TOURNAMENT

Thursday, October 13 from 8pm – 10pm at the Trail Point Aquatics & Wellness Lap Pool

Registration Deadline: Sunday, October 9



👍 2                     1 share

👍 Like          💬 Comment          ➤ Share

Write a comment...   😊 😀 📷 📹 🎞

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
September 27, 2022 · 🌐

Congrats to the Fall 2022 Intramural Sand Volleyball Champions! Now onto Simpson for an Extramural Showdown!






 **DMACC Campus Recreation**

## Intro

🛈 Page · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos

See all photos







🔵 9

3 shares

👍 Like   💬 Comment   ↗ Share

  Write a comment...

 **DMACC Campus Recreation**
September 21, 2022 · 🌐

Congratulations to Issac Meyer for winning the Intramural Tennis Tournament on Monday!



🔵 2

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024





## DMACC Campus Recreation

### Intro

ⓘ **Page** · Company

◈ 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos                                            See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024









👍 3                                                              1 share

👍 Like            ◯ Comment            ↪ Share

Write a comment...                              😊 ☺ 📷 🎬 🎁

**DMACC Campus Recreation**                              ...
September 15, 2022 · ◉

Tomorrow is the last chance to sign-up for the Intramural Canoe Races! Prizes for 1st, 2nd & 3rd. Intramural Champion T-Shirt to the winner! Races begin at 4:30pm at the DMACC Lake on the Ankeny Campus!



Search Facebook

## DMACC Campus Recreation

...

### Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos



👍 1     1 share

👍 Like    💬 Comment    ↪ Share

Write a comment...

**DMACC Campus Recreation**
September 12, 2022 · 🌐

Registration Deadline is Wednesday, September 14!

👍 1     1 share

👍 Like    💬 Comment    ↪ Share

Write a comment...

**DMACC Campus Recreation**
September 8, 2022 · 🌐

The NFL Season starts TONIGHT and so does the DMACC Intramural Fantasy Football League (if our auto draft ever takes place)!

For those who are playing, keep an eye on your rosters. Not sure when the draft will be complete. Good luck!

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



## DMACC Campus Recreation

### Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos







Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



 1

👍 Like     💬 Comment     ↪ Share

Write a comment...

**DMACC Campus Recreation**

September 7, 2022 · 🌐

Sign Up Now for DMACC Campus Recreation Intramurals
Get involved with DMACC Campus Recreation Intramurals!

Students from all DMACC campuses and centers are welcome and encouraged to
participate.... See more



| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| **Sports Leagues & Challenges** | | | |
| Fantasy Football League | Thursday, September 1 | Thursday, September 8 | Sunday, January 8 |
| Tennis Tournament | Wednesday, September 14 | Monday, September 19 | Monday, September 19 |
| Outdoor Soccer League | Wednesday, September 21 | Tuesday, September 27 | Thursday, October 25 |
| Flag Football League | Wednesday, September 21 | Wednesday, September 28 | Wednesday, October 26 |
| Indoor Volleyball League | Wednesday, October 26 | Monday, October 31 | Monday, December 12 |
| Full Ct. Basketball League | Wednesday, October 26 | Wednesday, November 2 | Wednesday, December 14 |
| **eSports Leagues & Tournaments** | | | |
| NBA 2K Tournament | Tuesday, October 25 | Tuesday, November 1 | Tuesday, November 1 |
| Madden Tournament | Tuesday, November 1 | Tuesday, November 8 | Tuesday, November 8 |
| Rocket League Tournament | Tuesday, November 8 | Tuesday, November 15 | Tuesday, November 15 |
| Fortnite Tournament | Tuesday, November 15 | Tuesday, November 29 | Tuesday, November 29 |
| Retro Game Night | N/A | Thursday, November 10 | Thursday, November 10 |
| **Special Events & Tournaments** | | | |
| Kickball Tournament | Thursday, September 15 | Thursday, September 22 | Thursday, September 22 |
| Canoe Races | Monday, September 19 | Wednesday, September 21 | Wednesday, September 21 |







DMACC Campus Recreation   ...

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos   See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ⊳ · Cookies · More · Meta © 2024

FOOTBALL.FANTASYSPORTS.YAHOO.COM
**Join my Yahoo Sports Fantasy Football league, Intramural League**
Click the link above and follow the steps to join my league. Good luck!

1 share

Like        Comment        Share

Write a comment...

**DMACC Campus Recreation**
August 18, 2022 · 🌐

The FALL 2022 Intramural Schedule is HERE! Go to www.imleagues.com today and sign-up!

*Please use your DMACC email address when registering.

5        1 share

Like        Comment        Share

Write a comment...



## Intro

🛈 **Page** · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

**Photos**                    See all photos

**DMACC Campus Recreation**
July 28, 2022 · 🌐

The 2022 TPAW Summer League has come to a close. Thanks to all who played and congratulations to the winners: The Ankeny Hawks!



👍❤ 6                                    1 share

👍 Like          💬 Comment          ↗ Share

Write a comment...

**DMACC Campus Recreation**
June 2, 2022 · 🌐

Summer League is underway! Week 1 is in the books!

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



## DMACC Campus Recreation

### Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

👍 8

👍 Like      💬 Comment      ↗ Share

Write a comment…

**DMACC Campus Recreation**
May 5, 2022 · 🌐

**TPAW SUMMER BASKETBALL LEAGUE**

**Registration: April 1st – May 25th**
Register at the Trail Point front desk or website

>> League Play:        >> Members and Non-
June 1-July 13          Members League

>> Games are on Wednesday    >> 18+ to play





## DMACC Campus Recreation

### Intro

🛈 Page · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos

See all photos





**Camp 1**
Dates: June 13, 14, 15, 16, 17
Ages 7 – 12: 9:00 AM – 10:00 AM
Ages 13 – 18: 1:00 PM – 2:00 PM

**Camp 2**
Dates: June 20, 21, 22, 23, 24
Ages 7 – 12: 9:00 AM – 10:00 AM
Ages 13 – 18: 1:00 PM – 2:00 PM

**ABOUT THE COACH**
# PATRICK JACKSON

- 2x Track All American in the 4x100 at Coe College
- Still holds 4x100 team at Coe College
- 2x Drake Relays Small College Champion in the 4x100
- He is a 2x Conference Champion at Drake Relays

He has more than ten years of experience coaching youth activities and currently serves as the assistant coach with Ankeny's Turbo track Club.

**Trail Point Aquatics & Wellness**
April 28, 2022 · 🌐

🏃 HAVE YOU HEARD THE NEWS 🗞️? 🏃
The Patrick Jackson Speed 🏃🏃🏃 Camp still has spots available.
Click the link 🔗 to get all the info ‼️
https://... See more

👍 2

👍 Like          💬 Comment          ↪ Share

✏️ Write a comment...          😊 🙂 📷 🎞️ 🎁

**DMACC Campus Recreation**
May 5, 2022 · 🌐



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



## DMACC Campus Recreation

### Intro

🛈 Page · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos

See all photos



**Trail Point Aquatics & Wellness**
May 5, 2022 · 🌐

New Adult MMA class starts Friday 5/27 at 12:30pm! Contact Drew at adness@mytrailpoint.com to reserve your spot!

👍 1

👍 Like    💬 Comment    ↗ Share

Write a comment...

**DMACC Campus Recreation**
April 25, 2022 · 🌐

Spring 2022 Intramural Basketball Champs!



👍 3                     1 comment  4 shares

👍 Like    💬 Comment    ↗ Share

**DMACC Campus Recreation**
April 20, 2022 · 🌐

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ Cookies · More · Meta © 2024



# DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos



>> League Play:
June 1–July 13

>> Games are on Wednesday
Nights between 5pm–
10pm

>> Playoffs (eligible teams):
July 20

>> Games are played on the
short courts

>> Members and Non-
Members League

>> 18+ to play

>> $220 per team

>> Winners will receive
Championship t-shirts

>> Officials Needed!
$9.50 an hour
(if interested email
arnelson@dmacc.edu)

**Trail Point Aquatics & Wellness**
April 12, 2022 · 

There's still time to register for our Summer Basketball League! Cost is $220 per team - which must be paid in full at time of registration.

Please contact An... See more

Like     Comment     Share

Write a comment...

**DMACC Campus Recreation**
April 19, 2022 · 

Apply today!

CAMPUS RECREATION

**IS HIRING**
SUMMER STAFF

TRAIL POINT
AQUATICS & WELLNESS

**Trail Point Aquatics & Wellness**
April 16, 2022 · 

Looking for a summer job? Become a Basketball Official with Campus Rec!

Contact Andy Nelson (arnelson@dmacc.edu) today!

1                                                    1 share

Like     Comment     Share

Write a comment...

**DMACC Campus Recreation**
April 19, 2022 · 

Congratulations to the Spring 2022 Intramural Volleyball Champions!

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024



## DMACC Campus Recreation

### Intro
Page · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos
See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



Congratulations to the Spring 2022 Intramural Volleyball Champions!

👍 3                    1 comment  1 share

👍 Like          💬 Comment          ↗ Share

**DMACC Campus Recreation**
April 5, 2022 · 🌐

The Spring 2022 Intramural Glow in the Dark Dodgeball Champions!

👍 3                              1 share

👍 Like          💬 Comment          ↗ Share

[Write a comment...]

**DMACC Campus Recreation**

## DMACC Campus Recreation

### Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos    See all photos

**DMACC Campus Recreation**
March 31, 2022 · 🌐



Trail Point Aquatics & Wellness
March 31, 2022 · 🌐

Registration for Summer Basketball League opens on Friday, April 1! Cost is $220 per team - which must be paid in full at time of registration.

Please contact... **See more**

👍 Like          💬 Comment          ↪ Share

Write a comment...          😊 😀 📷 🎬 🎁

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
March 24, 2022 · 🌐

Congratulations to Dylan Cunard, the Spring 2022 Intramural Ping Pong Champion!

## DMACC Campus Recreation    ...

### Intro

🛈 **Page** · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos                                See all photos

**DMACC Campus Recreation**
March 24, 2022 · 🌐

Congratulations to Dylan Cunard, the Spring 2022 Intramural Ping Pong Champion!



👍 3                                                        1 share

👍 Like        💬 Comment        ↪ Share

✍ Write a comment...                    😊 🙂 📷 🎁

**DMACC Campus Recreation**
March 9, 2022 · 🌐

What a great event! The DMACC Students didn't disappoint. Here are some pictures from the 3-pt. Contest, Dunk Contest, Free Throw Contest and Knock-OUT!



👍 7                                                        1 share

👍 Like        💬 Comment        ↪ Share

✍ Write a comment...                    😊 🙂 📷 🎁

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



## DMACC Campus Recreation

### Intro

ⓘ **Page** · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos

See all photos



👍 2                                            1 share

👍 Like          💬 Comment          ↗ Share

🙂 Write a comment…                  😊 😀 📷 🖼 🎁

**DMACC Campus Recreation**
March 4, 2022 · 🌐

March Madness is almost here. Don't forget to fill out your bracket on www.imleagues.com for your chance to win an Intramural Champion T-shirt!

👍 Like          💬 Comment          ↗ Share

🙂 Write a comment…                  😊 😀 📷 🖼 🎁

**DMACC Campus Recreation**
March 4, 2022 · 🌐

The Intramural DMACC Madness Event is next week Tuesday, March 8th! You can participate in the 3 Point Contest, the Free Throw Contest or the Dunk Contest (8 ft Hoop). Event starts at 6:00pm. Go to www.imleagues.com to register!

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024







DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos



👍 Like   💬 Comment   ↗ Share

Write a comment...

**DMACC Campus Recreation**
January 18, 2022 · 🌐

Registration Deadline for Intramural Basketball and Volleyball is tomorrow at NOON! Remember you don't need a team. You can sign-up as a FREE AGENT if you don't have a team.

Get signed up today!!!!

www.imleagues.com

👍 Like   💬 Comment   ↗ Share

Write a comment...

**DMACC Campus Recreation**
January 13, 2022 · 🌐

Registration Deadlines are COMING SOON! Go to www.imleagues.com and sign-up TODAY! Use your DMACC email address to register!!!!

**SPRING 2022**
Intramural Schedule

Sports Leagues & Challenges

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| 4-on-4 Volleyball League | Wednesday, January 19 | Monday, January 24 | Monday, April 18 |
| Short Court Basketball League | Wednesday, January 19 | Wednesday, January 26 | Wednesday, April 20 |

eSports Leagues & Tournaments

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

Q Search Facebook

DMACC Campus Recreation

···

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos



Short Court Basketball League | Wednesday, January 19 | Wednesday, January 26 | Wednesday, April 20

**eSports Leagues & Tournaments**

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| Call of Duty: Warzone Tourney | Wednesday, March 30 | Tuesday, April 5 | Tuesday, April 5 |
| NBA 2K Tournament | Wednesday, April 6 | Tuesday, April 12 | Tuesday, April 12 |

**Special Events & Tournaments**

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| Billiards Tournament | Thursday, January 13 | Wednesday, January 19 | Wednesday, January 19 |
| Texas Hold'em Tournament | Wednesday, January 19 | Tuesday, January 25 | Tuesday, January 25 |
| H2O Battleship Tournament | Wednesday, January 26 | Monday, January 31 | Monday, January 31 |
| Badminton Tournament | Wednesday, February 2 | Tuesday, February 8 | Tuesday, February 8 |
| DMACC Madness | Wednesday, March 2 | Tuesday, March 8 | Tuesday, March 8 |
| NCAA Brackets | Wednesday, March 16 | Thursday, March 17 | Monday, April 4 |
| Ping Pong Tournament | Thursday, March 10 | Tuesday, March 22 | Tuesday, March 22 |
| Glow in the Dark Dodgeball | Wednesday, March 23 | Tuesday, March 29 | Tuesday, March 29 |
| Broomball Tournament | Wednesday, April 13 | Tuesday, April 19 | Tuesday, April 19 |
| DMACC Masters Golf Tournament | Wednesday, April 20 | Monday, April 25 | Monday, April 25 |
| Capture the Flag Tournament | Wednesday, April 20 | Tuesday, April 26 | Tuesday, April 26 |
| Outdoor Basketball Tournament | Wednesday, April 20 | Wednesday, April 27 | Wednesday, April 27 |

IMLEAGUES.COM

You will need an IMLeagues account, with your own school account, to sign up for DMACC Campus Recreation Extramural Activities. To sign up for the Fall 2020 Extramurals, you will need to add the DMACC Campus Recreation Virtual Extramurals Network. Once you have added it, it can be accessed through the dropdown shown in the picture below. It will operate just like your regular account. Email arnelson@dmacc.edu if you have any questions.

SUBSCRIBE TODAY!

👍 Like     💬 Comment     ↪ Share

Write a comment...

---

**DMACC Campus Recreation**
January 11, 2022 · 🌐

···

**KCCI** ✓ with **Des Moines Area Community College**.
Paid Partnership · January 10, 2022 · 🌐

Trail Point Aquatics & Wellness, located on DMACC's Ankeny campus, offers everything from fitness and nutritional guidance to get your new year off to a great s... **See more**

👍 Like     💬 Comment     ↪ Share

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ Cookies · More · Meta © 2024

DMACC Campus Recreation ···

## Intro

ⓘ **Page** · Company

◈ 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos    See all photos

🖒 Like    ◯ Comment    ⇱ Share

Write a comment...

**DMACC Campus Recreation**
January 3, 2022 · 🌐



**Mixed Martial Arts NOW available!**    Call now

**Trail Point Aquatics & Wellness**
January 2, 2022 · 🌐

Join us for Kickboxing Fundamentals & Jiu Jitsu Fundamentals! Evening classes start next week for members & non members, 18+. Contact Drew to learn more or regi... See more

🖒 Like    ◯ Comment    ⇱ Share

Write a comment...

**DMACC Campus Recreation**
December 21, 2021 · 🌐

MMA classes NOW Offered at Trail Point!

Stop in, give us a call or email us if you are interested!

Contact: Andy Nelson, Campus Recreation Coordinator... **See more**

  

Q Search Facebook

 DMACC Campus Recreation    ...

## Intro

ⓘ **Page** · Company

◈ 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos    See all photos

 

  

 

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



**JIU JITSU FUNDAMENTALS**

Thursdays          6:30-7:30pm
Ongoing:           **Starting Jan 20!**
Member Cost:    **$65 monthly**

**How It Works**

This class teaches the basic movements, & concepts of Brazilian Jiu Jitsu.

Focused on self-defense, building confidence & developing technical knowledge, these classes include technical instruction and other drills

👍 1

👍 Like          ○ Comment          ↗ Share

 Write a comment...          😊 🙂 📷 🎞 🎁

**DMACC Campus Recreation**
December 1, 2021 · ◔

Registration for Spring 2022 Intramurals OPENS Friday! Get signed up before you leave for Christmas break.

Happy Holidays!



**campus RECREATION    SPRING 2022 Intramural Schedule**

### Sports Leagues & Challenges

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| 4-on-4 Volleyball League | Wednesday, January 19 | Monday, January 24 | Monday, April 18 |
| Short Court Basketball League | Wednesday, January 19 | Wednesday, January 26 | Wednesday, April 20 |

### eSports Leagues & Tournaments

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| Call of Duty: Warzone Tourney | Wednesday, March 30 | Tuesday, April 5 | Tuesday, April 5 |
| NBA 2K Tournament | Wednesday, April 6 | Tuesday, April 12 | Tuesday, April 12 |

### Special Events & Tournaments

| EVENT | REGISTRATION DEADLINE | PLAY BEGINS | PLAY ENDS |
|---|---|---|---|
| Billiards Tournament | Thursday, January 13 | Wednesday, January 19 | Wednesday, January 19 |
| Texas Hold'em Tournament | Wednesday, January 19 | Tuesday, January 25 | Tuesday, January 25 |
| H2O Battleship Tournament | Wednesday, January 26 | Monday, January 31 | Monday, April 31 |
| Badminton Tournament | Wednesday, February 2 | Tuesday, February 8 | Tuesday, February 8 |
| DMACC Madness | Wednesday, March 2 | Tuesday, March 8 | Tuesday, March 8 |
| NCAA Brackets | Wednesday, March 16 | Thursday, March 17 | Monday, April 4 |
| Ping Pong Tournament | Thursday, March 10 | Tuesday, March 22 | Tuesday, March 22 |
| Glow in the Dark Dodgeball | Wednesday, March 23 | Tuesday, March 29 | Tuesday, March 29 |
| Broomball Tournament | Wednesday, April 13 | Tuesday, April 19 | Tuesday, April 19 |
| DMACC Masters Golf Tournament | Wednesday, April 20 | Monday, April 25 | Monday, April 25 |
| Capture the Flag Tournament | Wednesday, April 20 | Tuesday, April 26 | Tuesday, April 26 |
| Outdoor Basketball Tournament | Wednesday, April 20 | Wednesday, April 27 | Wednesday, April 27 |

**IMLEAGUES.COM**

 imleagues    You will need an IMLeagues account, with your own school account, to sign up for DMACC Campus Recreation Extramural Activities. To sign up for the Fall 2020 Extramurals, you will need to add the DMACC Campus Recreation Virtual Extramurals Network. Once you have added it, it can be accessed through the dropdown shown in the picture below. It will operate just like your regular account. Email arnelson@dmacc.edu if you have any questions.

 **SUBSCRIBE TODAY!**











## DMACC Campus Recreation    ...

### Intro

ⓘ Page · Company

◈ 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos                                    See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More · Meta © 2024



👍 3

👍 Like        💬 Comment        ↗ Share

Write a comment...                        😊 ☺ 📷 🎬 🎁

**DMACC Campus Recreation**    ...
November 5, 2021 · 🌐

Fall 2021 Intramural Flag Football  Champions!





## DMACC Campus Recreation

### Intro

🛈 Page · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos

See all photos



👍 2

👍 Like    💬 Comment    ↗ Share

✍️ Write a comment...    😣 😊 📷 🎞️ 🎁

**DMACC Campus Recreation**
November 2, 2021 · 🌐

More photos from last nights Intramural Sand Volleyball Playoffs!



👍 2

👍 Like    💬 Comment    ↗ Share

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



## DMACC Campus Recreation

...

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More · Meta © 2024



👍 Like    💬 Comment    ↗ Share

Write a comment...

**DMACC Campus Recreation**
November 2, 2021 · 🌐

There's still a lot of great Intramural opportunities to get involved in this semester. Check out what's still to come!

*Battleship H2O: When your Favorite Childhood Game comes to life. Sink your opponents battleship (canoe) and win!

*3-on-3 Basketball Tournament: Lace'm up and battle it out in this half court basketball tournament with the winner walking away with the Intramural Championship T-shirt!... See More

👍 2

👍 Like    💬 Comment    ↗ Share

Write a comment...

**DMACC Campus Recreation**
November 2, 2021 · 🌐

Fall 2021 Intramural Sand Volleyball Championship Game action!

What a great game. Both teams fought hard to win the Championship T-shirt!

## DMACC Campus Recreation

### Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos



3

Like    Comment    Share

Write a comment...

**DMACC Campus Recreation**
November 2, 2021 · 

Fall 2021 Intramural Sand Volleyball Champions!
Congratulations to Laura, Victor and Mack of the Free Agents (2)!

4                                    1 share

Like    Comment    Share

Write a comment...

**DMACC Campus Recreation**
October 28, 2021 · 

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024




Q Search Facebook


DMACC Campus Recreation

...

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos











Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

**DMACC Campus Recreation**
October 28, 2021 · ⊗

Due to the weather we are going to have to CANCEL tonight's Halloween Scare Glow Run 5K. We don't have plans to reschedule due to scheduling conflicts. Check out these other opportunities to get involved:

Monday, November 8 is the 3-on-3 Basketball Tournament in Gym 1 - 5pm-8pm

Tuesday, November 9 is the Pickleball Tournament in Gym 2 - 5pm-8pm... **See more**





👍 1                                            2 shares

| 👍 Like | 💬 Comment | ↪ Share |

  Write a comment...                    😊 ☺ 📷 📹 🎁

**DMACC Campus Recreation**
October 21, 2021 · ⊗

Join us Thursday, October 28th at 7:00pm for our Run for your Life Halloween Glow Run 5k! We'll have people in costume along the trail that will scare you into wanting to keep running.

Costumes are optional, but encouraged!

Mark your calendar now!





**DMACC Campus Recreation**

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos                    See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More · Meta © 2024



👍 1

👍 Like        💬 Comment        ↗ Share

Write a comment...

**DMACC Campus Recreation**
October 13, 2021 · 🌐

DMACC Students - did you know that you are able to get a FREE Trail Point Membership if you are enrolled for 6 + credits this semester? Once you have your membership card, you will have access to free group fitness classes, pool access, weights, cardio, and more. So stop by the Trail Point Membership Desk in building 5 TODAY!



👍 3                                    1 share

👍 Like        💬 Comment        ↗ Share

Write a comment...

**DMACC Campus Recreation**
October 1, 2021 · 🌐

Great first week of Intramurals! If you still want to play go to www.imleagues.com and





## DMACC Campus Recreation

### Intro

ⓘ Page · Company

◈ 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos                    See all photos



**Trail Point Aquatics & Wellness**
September 27, 2021 · 🌐

Meet Victor & Ricky -the PROs we're bringing in to teach our MMA Youth & Adult classes. Youth classes meet Saturday mornings. Adult Jiu Jitsu and Kickboxing cla... **See more**

👍 Like          💬 Comment          ↪ Share

Write a comment...                    😊 🙂 📷 🖼 🎁

**DMACC Campus Recreation**
September 24, 2021 · 🌐

1st Place in the 2021 Canoe Races - Staff Division
Dale Chell and Ned Crane



❤️👍 8                                   4 comments

# DMACC Campus Recreation

...

## Intro

ⓘ Page · Company

◈ 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

## Photos

See all photos

👍❤ 8                                   4 comments

👍 Like        ◯ Comment        ↪ Share

**DMACC Campus Recreation**
September 24, 2021 · ◉

3rd Place in the 2021 Canoe Races - Student Division
Maria Medberry and Mayah Corsh

...



👍 3

👍 Like        ◯ Comment        ↪ Share

👤 Write a comment...            😀 ☺ 📷 📺 🎁

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

**DMACC Campus Recreation**
September 24, 2021 · ◉

2nd Place in the 2021 Canoe Races - Student Division
Devin Snook and Nolan Grove



2nd Place in the 2021 Canoe Races - Student Division
Devin Snook and Nolan Grove

**DMACC Campus Recreation**

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

👍 3

👍 Like      💬 Comment      ↗ Share

Write a comment...

**DMACC Campus Recreation**
September 24, 2021 · 🌐

1st Place in the 2021 Canoe Races - Student Division
Ben Schroch and Trevon Kyer

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024





**DMACC Campus Recreation**



👍 6

👍 Like          💬 Comment          ↗ Share

 Write a comment...          😊 🙂 📷 🎞️

---

## Intro

ℹ️ **Page** · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

## Photos                                          See all photos









Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

**DMACC Campus Recreation**
September 24, 2021 · 🌐

The 2021 Canoe Races

What a great way to start the Fall Semester and the Intramural Season. We had a great event with a great group of students! Thanks to all of you who participated and came out to watch.



+12

---



DMACC Campus Recreation    ...

## Intro

ℹ️ **Page** · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

## Photos                    See all photos





---

**DMACC Campus Recreation**
September 16, 2021 · 🌐



**Trail Point Aquatics & Wellness**
September 15, 2021 · 🌐

Intramural Leagues are HERE for DMACC Students! Join us for Basketball, Canoe Races, H2O Battleship, E-Sports, and more! Register today: https://www.imleagues.c... **See more**

👍 Like        💬 Comment        ↪ Share

🧑 Write a comment...    😊 ☺ 📷 🖼 🎁

---

**DMACC Campus Recreation**
September 8, 2021 · 🌐

DMACC Students can get involved in Campus Recreation and Intramural Events this fall. Check out the fall schedule and instructions on how to join.
https://www.dmacc.edu/.../new.../intramuralposteraug2021.pdf
Questions? Email Andy Nelson at arnelson@dmacc.edu.



**Trail Point Aquatics & Wellness**
September 4, 2021 · 🌐

DMACC Students can get involved in Campus Recreation and Intramural Events this fall. Check out the fall schedule and instructions on how to join.
https://www.d... **See more**

👍 1

👍 Like        💬 Comment        ↪ Share

🧑 Write a comment...    😊 ☺ 📷 🖼 🎁

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

**DMACC Campus Recreation**

...

Write a comment...

**DMACC Campus Recreation**
September 8, 2021 · 🌐

Registration Deadlines are coming soon! Tell your friends!

## Intro

🛈 **Page** · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

## Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

1 share

👍 Like          ◯ Comment          ↪ Share

Write a comment...

**DMACC Campus Recreation**
September 8, 2021 · 🌐

Victor Moreno from Absolute MMA and his staff will be offering a Youth MMA Bully Proofing 6-week class at Trail Point. Check it out and sign-up today! Classes start soon!








## DMACC Campus Recreation

### Intro



**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos










Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024





👍 Like    💬 Comment    ↗ Share

Write a comment...

**DMACC Campus Recreation**
September 8, 2021 · 

Former Bellator Vet, Victor Moreno will be offering a 6-week Jiu Jitsu Class at Trail Point. What an opportunity to learn from one of the best. Sign-up today! Classes start soon!





👍 Like    💬 Comment    ↗ Share

Write a comment...

**DMACC Campus Recreation**
September 8, 2021 · 

Don't miss out in this great opportunity to learn from one of the best in the UFC, Ricky Glenn! Sign-up today!



# DMACC Campus Recreation

## Intro

**Page · Company**

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos



🔵 1

👍 Like    💬 Comment    ↗ Share

Write a comment...

**DMACC Campus Recreation**
September 2, 2021 · 🌐

Get Involved! with DMACC Campus Recreation

LEARN MORE AT
www.dmacc.edu/campusrecreation

🔵 2

👍 Like    💬 Comment    ↗ Share

Write a comment...

**DMACC Campus Recreation**
September 2, 2021 · 🌐

It's Fantasy Football Season! The Registration Deadline for the DMACC Campus Recreation Fantasy Football League is tomorrow at 12pm. If interested go to:
https://football.fantasysports.yahoo.com/.../invitation...

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

 **DMACC Campus Recreation**   ...

## Intro

 Page · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos                    See all photos










Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



FOOTBALL.FANTASYSPORTS.YAHOO.COM
**Join my Yahoo Sports Fantasy Football league, Intramural League**
Click the link above and follow the steps to join my league. Good luck!

1 share

👍 Like          💬 Comment          ↪ Share

 Write a comment...          😊 😀 📷 🎬 🎁

**DMACC Campus Recreation**
August 31, 2021 · 🌐          ...

Exciting news!! Adult and Youth MMA Programs now available at Trail Point.

Check out the 6-Week MMA Training Program with former Bellator Vet, Victor Moreno and UFC Lightweight Fighter Ricky Glenn.

Contact Trail Point Aquatics & Wellness for details!!!!



**DMACC Campus Recreation**

...

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More · Meta © 2024

---

**Trail Point Aquatics & Wellness**
August 31, 2021 · 🌐

📣 NEW PROGRAM ALERT: MMA Adult & Youth Training‼️ Offered to Trail Point Members only - limited spots available! LEARN MORE: https://mytrailpoint.com/Pages/progr... **See more**

👍 Like          💬 Comment          ↪ Share

Write a comment...

---

**DMACC Campus Recreation** is at **Trail Point Aquatics & Wellness**.
August 25, 2021 · Ankeny, IA · 🌐

Attention DMACC Students, Faculty, Staff and Trail Point Members:

Are you looking to play pick-up basketball? Come to Trail Point, Gym 1 on the Ankeny Campus. We plan to play on Wednesday's and Friday's from 12pm-3pm.

Hope to see you on the court!

**DMACC Campus Recreation**
Company

⊘ Send message

❤️ 2                                                    1 share

👍 Like          💬 Comment          ↪ Share

Write a comment...

---

**DMACC Campus Recreation**
August 20, 2021 · 🌐

Here are some pictures from 2021 TPAW Summer Basketball League Championship Game.

---



## DMACC Campus Recreation

### Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More · Meta © 2024

5

Like    Comment    Share

Write a comment...

**DMACC Campus Recreation**
August 20, 2021 · 🌐

The 2021 TPAW Summer Basketball League ended with a buzzer beater in OT! What. A. Finish! Congratulations to the Uncle Drew's team!



2

Like    Comment    Share

Write a comment...

**DMACC Campus Recreation**
July 27, 2021 · 🌐



## DMACC Campus Recreation

### Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



July 27, 2021 ·

**THU, JUL 29, 2021**
**Destination Registration at DMACC: July 29**
In-person at the DMACC location nearest you or virtually - YOU choose!

☆ Interested

👍 Like        💬 Comment        ↪ Share

Write a comment...

**DMACC Campus Recreation**
July 19, 2021 ·

🏀 We have reached the halfway mark now that week 3 of the TPAW Summer League is over. Teams are starting to make their playoff push. Top 8 will make the playoffs. 🏀 Let's goooo!

+2







## DMACC Campus Recreation

### Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos



👍 1                                            1 share

👍 Like          💬 Comment          ➦ Share

Write a comment…

**DMACC Campus Recreation**
May 26, 2021 · 🌐

**DMACC Student Activities Council - Ankeny Campus**
May 24, 2021 · 🌐

Happy First week of Summer ☀️ classes DMACC Bears! 🐻

Here is your Bear Essentials Newsletter for this week! Check out the great events we have with Iowa's Comm... **See more**

👍 Like          💬 Comment          ➦ Share

Write a comment…

**DMACC Campus Recreation**
May 24, 2021 · 🌐

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

DMACC Campus Recreation ···

## Intro

ⓘ **Page** · Company

◈ 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

## Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
May 24, 2021 · 🌐    ···

Registration is OPEN!





👍 Like          💬 Comment          ↪ Share

Write a comment...          😊 🙂 📷 🖼 🎁

**DMACC Campus Recreation**
May 24, 2021 · 🌐    ···

Registration is OPEN!

**Registration**
May 10–June 23
Register at the Trail Point front
desk or website

**League Play**
July 1–August 5

**Co-ed Divisions**
• **A (Advanced)** – is above
  average players in good
  condition who are looking for
  above average competition
  Advanced

• **B (Competitive)** – is
  experienced intermediate

## DMACC Campus Recreation

### Intro

🛈 Page · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos

See all photos



**League Play**
July 1-August 5

**Games are on**
Thursday Nights between
5pm-10pm and Sunday
afternoons between 1pm-5pm

**Playoffs (eligible players)**
August 12th - 19th

**Members and
Non-Members League**
• $20 per player
• 16+ to play

Advanced

• **B (Competitive)** - is experienced intermediate players who like to play different people and get a good workout.

• **C (Recreational)** - is for less experienced players who want to play more on a regular basis.

*If there isn't enough players for a division, divisions will be combined*

**TPAW RACQETBALL LEAGUE**

**THURSDAY NIGHTS**

**T-SHIRT AND A PLAQUE TO THE WINNING PLAYER**

1 share

👍 Like          💬 Comment          ↪ Share

Write a comment...

---

**DMACC Campus Recreation**
May 24, 2021 · 🌐

**Des Moines Register ANKENY's BEST 2021**
PART OF THE USA TODAY NETWORK
**WINNERS**
Congratulations to all of the 2021 Best of the Best Winners!

**Des Moines Area Community College** is at **Trail Point Aquatics & Wellness**.
May 20, 2021 · Ankeny, IA · 🌐

Trail Point Aquatics & Wellness on our Ankeny Campus has been voted Ankeny's #BestofTheBest Fitness Center/Gym once again! This marks the fourth year that Trail ... See More

1 share

👍 Like          💬 Comment          ↪ Share

Write a comment...

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos



**DMACC Student Activities Council - Ankeny Campus**
May 12, 2021 ·

Congratulations to our graduates! 🎓 We are proud of you and all you have accomplished! Best of luck on your future journey!

*DMACC Student Life & Iowa's Comm... **See more**

👍 1

👍 Like    💬 Comment    ➤ Share

Write a comment...

**DMACC Campus Recreation**
May 13, 2021 ·

**Trail Point Aquatics & Wellness**
May 11, 2021 ·

Our Summer Basketball League is BACK! Games are played on the short courts, Wednesday nights - June 30 - August 4. Playoffs run August 11-18. Members and non-m... **See more**

1 share

👍 Like    💬 Comment    ➤ Share

Write a comment...

**DMACC Campus Recreation**
May 11, 2021 ·

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



## DMACC Campus Recreation

### Intro

🅘 **Page** · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos

See all photos




Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



**Trail Point Aquatics & Wellness**
May 11, 2021 · 🌐

Our Racquetball league is back! Join us Thursday nights and Sunday afternoons between July 1 - August 5. Playoffs run August 12-19.
Members & non-members 16+ w... **See more**

👍 Like          💬 Comment          ↪ Share

Write a comment...    😊 😀 📷 🎞️ 🎁

**DMACC Campus Recreation**
May 11, 2021 · 🌐



**Trail Point Aquatics & Wellness**
May 11, 2021 · 🌐

Our Summer Basketball League is BACK! Games are played on the short courts, Wednesday nights - June 30 - August 4. Playoffs run August 11-18.
Members and non-m... **See more**

👍 1                                      1 share

👍 Like          💬 Comment          ↪ Share

## DMACC Campus Recreation

### Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos

1

1 share

👍 Like        💬 Comment        ➤ Share

Write a comment...

**DMACC Campus Recreation**
May 10, 2021 · 🌐

The Trail Point Summer League is BACK!

This is an 18+ and older league. The league is open to members and non-members. Masks are not required but are recommended. To sign-up please go to the Trail Point website or stop by and sign-up at the Membership Desk. If you have any questions feel free to email the Campus Recreation Coordinator, Andy Nelson at arnelson@dmacc.edu.



**TPAW SUMMER BASKETBALL LEAGUE**

Registration: May 10th – June 23rd
Register at the Trail Point front desk or website

>> League Play:
June 30–August 4

>> Games are on Wednesday Nights between 5pm–10pm

>> Playoffs (eligible teams): August 11th – 18

>> Games are played on the short courts

>> Members and Non-Members League

>> $220 per team

>> T-shirts and plaques to the winning team

>> Officials Needed! $9.50 an hour (if interested email arnelson@dmacc.edu)

👍 2

👍 Like        💬 Comment        ➤ Share

Write a comment...

**DMACC Campus Recreation**

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

**DMACC Campus Recreation**

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos



**DMACC Campus Recreation**
May 10, 2021 · ⊙

Pick-up Basketball is BACK!!!!

**Trail Point Aquatics & Wellness**
May 8, 2021 · ⊙ · ⊙

Pick-up basketball will resume on Monday morning at 5:00 am!
Please bring your own basketball. No reservations required.

Masks will be required during the fo... **See more**

👍 2                                                      1 share

👍 Like          💬 Comment          ↪ Share

Write a comment...                          😊 😀 📷 📹 🎵

**DMACC Campus Recreation**
April 28, 2021 · ⊙

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

 **DMACC Campus Recreation**

...

## Intro

ⓘ **Page** · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

## Photos

See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



**DMACC Student Activities Council - Ankeny Campus**
April 26, 2021 · 🌐

We're here with your weekly "Bear Essentials" newsletter!  So many exciting events to check out including an awesome performance from DMACC Ankeny Theatre!  Chec... **See more**

👍 Like          💬 Comment          ↪ Share

Write a comment...          😊 😀 📷 🎬 🎁

**DMACC Campus Recreation**
April 26, 2021 · 🌐                                    ...

DMACC is the 2021 D2 NJCAA NATIONAL CHAMPIONS!!!!

**DMACC Athletics**
April 25, 2021 · 🌐

YOUR 2021 D2 NJCAA NATIONAL CHAMPIONS!!!!

⭕👍 6



## DMACC Campus Recreation

### Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos










Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



**DMACC Campus Recreation**
April 12, 2021 · 🌐

Get Involved! Intramural Canoe Races

You can sign-up at http://imleagues.com using your DMACC email address. Teams of two. Sign-up today!

1 share

👍 Like          💬 Comment          ↗ Share

Write a comment...

**DMACC Campus Recreation**
April 19, 2021 · 🌐



**DMACC Student Activities Council - Ankeny Campus**



## DMACC Campus Recreation

### Intro

**Page · Company**

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos    See all photos

**DMACC Student Activities Council - Ankeny Campus**
April 19, 2021 ·

We've got your "Bear Essentials" right here!  Lots of events and announcements and special ideas to celebrate #EarthWeek2021

Find a full version with links h... See more

Like    Comment    Share

Write a comment...

**DMACC Campus Recreation**
April 12, 2021 ·

## Overcoming ADVERSITY

The Diversity Commission is hosting a virtual event with speaker JJ Moses.

**DAY**
Monday, April 12, 2021

**TIME**
12:00pm-1:00pm

To register or learn more about this event, visit:
HTTPS://FORMS.OFFICE.COM/R/FLX1IW25BA

Registration is required. A Zoom link will be sent prior to the date of the event.

**JJ Moses**

MON. APR 12, 2021
**DMACC Diversity Commission Virtual Event with J.J. Moses**
15 people interested    ☆ Interested

Like    Comment    Share

Write a comment...

**DMACC Campus Recreation**
April 12, 2021 ·

### BE THE BEAR ESSENTIALS
BE involved. BE active. BE informed. BE you.

DMACC STUDENT LIFE WEEKLY NEWSLET

**March is:**
**men's History Month**

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024



DMACC Campus Recreation

···

## Intro

ⓘ **Page** · Company

◈ 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

## Photos

See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



**DMACC Student Activities Council - Ankeny Campus**
March 29, 2021 · 🌐

This week's Bear Essentials newsletter is FULL of announcements, events, PRIZES and info!  Check out the full version here 💪 https://bit.ly/3iJUAqM

📩Tonight's Mo... **See more**

👍 Like          💬 Comment          ↗ Share

👤 Write a comment...          😊 ☺ 📷 🎬 🎁

**DMACC Campus Recreation**
April 12, 2021 · 🌐

Get Involved! Intramural Canoe Races

You can sign-up at http://imleagues.com using your DMACC email address. Teams of two. Sign-up today!

👍 5                                         2 shares

👍 Like          💬 Comment          ↗ Share

👤 Write a comment...          😊 ☺ 📷 🎬 🎁

**DMACC Campus Recreation**
March 22, 2021 · 🌐



**DMACC Campus Recreation** ...

## Intro



Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos                                See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

**DMACC Campus Recreation**
March 23, 2021 · ⊙

Intramural Registration Deadlines are coming soon! #Getinvolved



👍 1                                      1 comment  2 shares

👍 Like        💬 Comment        ↪ Share

**DMACC Campus Recreation**
March 23, 2021 · ⊙



---

Document title: Facebook
Capture URL: https://www.facebook.com/DMACCCampusRec
Capture timestamp (UTC): Thu, 18 Jul 2024 15:38:21 GMT

**DMACC Campus Recreation**

...

## Intro

ⓘ **Page** · Company

◈ 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

## Photos                    See all photos







**Trail Point Aquatics & Wellness**
March 23, 2021 · 🌐

Hooray for the return of Pickleball! Starting Wednesday (3/24), we will have three pickleball courts available during designated hours (below) in Gym 2, Court B...
**See more**

👍 2

👍 Like        💬 Comment        ↪ Share

Write a comment...        😊 ☺ 📷 🎬 🎁

**DMACC Campus Recreation**
March 22, 2021 · 🌐        ...

With the 2021 NCAA Wrestling Championships in the books the DMACC Campus Recreation Department teamed up with the Moonlight Graham Show with another great interview.

Today's interview is with Kyven Gadson. He is an American amateur wrestler. Currently a senior competitor in amateur freestyle wrestling. Gadson also wrestled for the Iowa State Cyclones, was a three-time All-American in NCAA Division I collegiate wrestling and won the 2015 NCAA Division I Wrestling Championship... **See more**



👍 2                                    1 share

👍 Like        💬 Comment        ↪ Share

Write a comment...        😊 ☺ 📷 🎬 🎁

**DMACC Campus Recreation**
March 19, 2021 · 🌐        ...

Happy Friday Everyone!!!

Today we have another interview thanks to our partnership with the Moonlight



 **DMACC Campus Recreation**

...

## Intro

ℹ️ Page · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos

See all photos

  



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More · Meta © 2024

Happy Friday Everyone!!!

Today we have another interview thanks to our partnership with the Moonlight Graham Show. This time with DMACC alumni Nick Overton.

Nick Overton grew up in Johnston and played video games like most of us. But as he started getting more successful at Halo, Call of Duty, Fortnite and other games and started making videos that he would share online to teach others through his gameplay. His combination of personality and gaming skill has helped him gai... **See more**



Tim Flattery

👍 1                                                                         2 shares

👍 Like          💬 Comment          ↗️ Share

 Write a comment...          😀 😊 📷 🎞️ 🎁

---

 **DMACC Campus Recreation**
March 18, 2021 · 🌐

Pictured are the Spring 2011 Intramural Short Court Basketball Champions!



👍 2

👍 Like          💬 Comment          ↗️ Share

Write a comment...          😀 😊 📷 🎞️ 🎁

---

**DMACC Campus Recreation**
March 12, 2021 · 🌐

## DMACC Campus Recreation

...

March 12, 2021 · 🌐

### Intro

ⓘ **Page** · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos

See all photos

👍 1

👍 Like     💬 Comment     ➤ Share

✍️ Write a comment...

😊 🙂 📷 🎞️ 🎁

### DMACC Campus Recreation
March 12, 2021 · 🌐

Calling all gamers! Do you play Rocket League or know some one who does? Then contact DMACC Campus Recreation Coordinator, Andy Nelson at arnelson@dmacc.edu for more information.

👍 1                                    2 shares

👍 Like     💬 Comment     ➤ Share



# DMACC Campus Recreation

...

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos







**DMACC Student Activities Council - Ankeny Campus**
March 8, 2021 · 🌐

Happy Bear Essentials Day DMACC Bears! 🐻

🎉 Here is this week's newsletter with lots of info, announcements and events to check out!  Find a full version with lin... **See more**

👍 Like          💬 Comment          ↪ Share

Write a comment…          😊 🙂 📷 🎬 🎁

**DMACC Campus Recreation**
March 5, 2021 · 🌐

Happy Friday! With the help of the Moonlight Graham Show we have another great interview for you today! This time with former ISU Basketball Player, former NBA Player and author, Paul Shirley.

Have a great weekend everyone!

👍 Like          💬 Comment          ↪ Share

Write a comment…          😊 🙂 📷 🎬 🎁

**DMACC Campus Recreation**
March 4, 2021 · 🌐

Pictured are the Fall 2009 Intramural Indoor Volleyball Champions!

Document title: Facebook
Capture URL: https://www.facebook.com/DMACCCampusRec
Capture timestamp (UTC): Thu, 18 Jul 2024 15:38:21 GMT

DMACC Campus Recreation



## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

### THROWBACK THURSDAY

3                                          2 shares

Like        Comment        Share

Write a comment...

**DMACC Campus Recreation**
March 4, 2021 · 

Get involved with DMACC Campus Recreation!

LEARN MORE AT
www.dmacc.edu/campusrecreation

Like        Comment        Share

Write a comment...

**DMACC Campus Recreation**
March 3, 2021 · 

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices
Cookies · More · Meta © 2024



 **DMACC Campus Recreation**    ...

## Intro

 Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos    See all photos





Photo taken pre-COVID

 **Trail Point Aquatics & Wellness**
March 3, 2021 · 🌐

Spring session for Youth & Adult programs is approaching! Check out the programs offered for our next session, running March 29 - May 9. Member Registration op... **See more**

👍 Like          💬 Comment          ↗ Share

✏ Write a comment...          😊 😊 📷 🎞 🎴

**DMACC Campus Recreation**    ...
March 2, 2021 · 🌐

The DMACC Campus Recreation Department has again partnered with the Moonlight Graham Show to bring you another special interview. This time with Alan Roach. For those of you who don't know him, he has announced 8 Super Bowls, 5 Olympic gold medal hockey games, and multiple All-Star games for the National Football League, National Hockey League, Major League Baseball and has Iowa ties.

We hope you enjoy the interview!



DMACC Campus Recreation    ...

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos    See all photos



---

Tim Flattery

👍 4                                                    1 share

👍 Like        💬 Comment        ↗ Share

Write a comment...        😀 ☺ 📷 🎬 🎁

---

**DMACC Campus Recreation**
March 1, 2021 · 🌐                                    ...



**WED, MAR 3, 2021**
**Cover Letter Workshop w/DMACC Career Center and ISU Writing & Media Center**          ☆ **Interested**
19 people interested

👍 Like        💬 Comment        ↗ Share

Write a comment...        😀 ☺ 📷 🎬 🎁

---

**DMACC Campus Recreation**
March 1, 2021 · 🌐                                    ...

Happy March!  Racquetball Courts reopen for singles play!
Masks and distancing will be required at all times. Reservations are required (per court) using our online system. Note: This differs from our Family Swim reservations which require ALL individuals to make a reservation. Read a full list of details and our new processes: https://www.dmacc.edu/coronavirus/Pages/trail-point-faq.aspx



👍 2

👍 Like        💬 Comment        ↗ Share

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

## DMACC Campus Recreation

### Intro

ℹ️ Page · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos

See all photos



👍 2

Like     Comment     Share

Write a comment...

**DMACC Campus Recreation**
March 1, 2021 · 🌐

**Trail Point Aquatics & Wellness** is ℹ️ sharing a COVID-19 Update.
February 26, 2021 · 🌐

⭐ Please remember that Family Swim 🏊 reservations are required for EACH individual within the pool for for up to 60 minutes. So, if you have a family of fiv...

See more

Like     Comment     Share

Write a comment...

**DMACC Campus Recreation**
March 1, 2021 · 🌐

Photo taken prior to COVID

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024


DMACC Campus Recreation

## Intro

 Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos                                      See all photos









Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



**Trail Point Aquatics & Wellness** is 😊 feeling excited.
February 28, 2021 · 🌐

It's Les Mills Launch Week! GRIT 35 & BodyPump 116 new release will be offered during our scheduled class times (shown below). Reservations Are still required....
**See more**

👍 Like          ◯ Comment          ↪ Share

Write a comment...          😊 🙂 📷 📹 🎁

**DMACC Campus Recreation**
March 1, 2021 · 🌐

**DMACC Student Activities Council - Ankeny Campus**
March 1, 2021 · 🌐

Happy March! 🌷 Here's your Bear Essentials newsletter with loads of activities, announcements, and events to get involved with!

Find a full verion here 👉 http... **See more**

👍 Like          ◯ Comment          ↪ Share

Write a comment...          😊 🙂 📷 📹 🎁

DMACC Campus Recreation                                                              ...

## Intro

ⓘ **Page** · Company

◈ 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos                                          See all photos



🔒 Like          ○ Comment          ↗ Share

💬 Write a comment...                    😊 ☺ 📷 🎞 🎁

**DMACC Campus Recreation**
February 24, 2021 · ⊙                                   ...

**DMACC Student Activities Council - Ankeny Campus**
February 24, 2021 · ⊙

🐻🐻Special Edition Bear Essentials Newsletter! 🐻🐻

Check out this Special Spring Edition of the Bear Essentials that hightlights departments and resources to help ... **See more**

🔒 Like          ○ Comment          ↗ Share

💬 Write a comment...                    😊 ☺ 📷 🎞 🎁

**DMACC Campus Recreation**
February 22, 2021 · ⊙                                   ...

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

Document title: Facebook
Capture URL: https://www.facebook.com/DMACCCampusRec
Capture timestamp (UTC): Thu, 18 Jul 2024 15:38:21 GMT

## DMACC Campus Recreation

### Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos





**Trail Point Aquatics & Wellness**
February 19, 2021 · 🌐

Hooray! The B-ball hoops will open at 5:30 am Monday for shooting only (no game play at this time). Reservations are required using our online system and will o...
**See more**

👍 Like          💬 Comment          ↪ Share

Write a comment…          😊 🙂 📷 🎬 🎁

**DMACC Campus Recreation**
February 22, 2021 · 🌐

**DMACC Student Activities Council - Ankeny Campus**
February 22, 2021 · 🌐

We've got your 🐻 Bear Essentials for you!  Visit our page for a full version with links: https://bit.ly/3iJUAqM

Hop on over to the Iowa Community College Studen... **See more**

👍 1

👍 Like          💬 Comment          ↪ Share

Write a comment

DMACC Campus Recreation

**Intro**

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos**    See all photos



Like    Comment    Share

Write a comment...

**DMACC Campus Recreation**
February 18, 2021 · ⊙

Pictured are the Fall 2018 Intramural Sand Volleyball Champions! Don't miss out on your chance to become a champion. Go to www.imleagues.com to sign-up today!

**THROWBACK THURSDAY**

4    2 comments

Like    Comment    Share

**DMACC Campus Recreation**
February 11, 2021 · ⊙

In-person Intramurals are BACK! Check out what is on the schedule and get signed-up! We hope to see you on the court!!!

Like    Comment    Share

Write a comment...

**DMACC Campus Recreation**
February 11, 2021 · ⊙

Pictured are the 2018 Intramural Canoeing Champions!

Don't forget to sign-up for your chance to become an Intramural Canoeing Champion! Go to www.imleagues.com to register!

Get Involved!

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ⊳
Cookies · More · Meta © 2024

Q Search Facebook

**DMACC Campus Recreation**

...

## Intro

ⓘ Page · Company

◈ 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos

See all photos



---

Get Involved!



🖒 Like    💬 Comment    ↪ Share

Write a comment...

**DMACC Campus Recreation**
February 10, 2021 · 🌐    ...

There is a "NEW" Champion in the NFL. What's everyone think about Brady getting his 7th Championship?

🖒 Like    💬 Comment    ↪ Share

Write a comment...

**DMACC Campus Recreation**
February 10, 2021 · 🌐    ...

Get Involved!

---

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024




### DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos



### DMACC Student Activities Council - Ankeny Campus

February 8, 2021 · ⊕

It's a new week and a new Bear Essentials Newsletter full of events, info and ways to get involved! 😎

Check out the full version with links here: https://bit.ly... **See more**

👍 1

|  Like |  Comment | ↪ Share |
|---|---|---|



Write a comment...

### DMACC Campus Recreation

February 3, 2021 · ⊕

2021 National Recreation Movement

During a time when social distancing is the norm, let's come together digitally through fitness. The 2021 Recreation Movement is about staying active together, even when we're apart.

1. Create an Account!... **See more**



👍 1

|  Like |  Comment | ↪ Share |
|---|---|---|



Write a comment...

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ Cookies · More · Meta © 2024

## DMACC Campus Recreation

Write a comment...

### Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos



**DMACC Campus Recreation**
February 2, 2021 · 🌐

😲😲😲😲😲



**SportsCenter** ✔
February 2, 2021 · 🌐

EA Sports is rebooting its college football series for Next Generation consoles.

The announcement ends the hiatus that the game has taken since then-Michigan

... **See more**

👍❤ 2                                                          2 comments

👍 Like            💬 Comment            ↪ Share

**DMACC Campus Recreation**
February 2, 2021 · 🌐

Who is interested in Intramural eSports Leagues and Tournaments?

If you answered yes to this question go to www.imleagues.com to sign-up. Please use your DMACC email address to sign-up. Winners will receive an Intramural T-shirt, Rec Swag and be entered into a drawing to win a gift card.



**DMACC Campus Recreation**

### Intro

 **Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos

  
  
  

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



👍 2                                    2 shares

| 👍 Like | 💬 Comment | ↗ Share |

 Write a comment…

**DMACC Campus Recreation**
February 1, 2021 · 🌐

Join us today at 4:15pm for our Monday Movie Matinee on Teleparty. We will be showing The Speed Cubers! We will post the URL at 3:45pm on our social media. We hope that you will join us!

 

👍 1                          2 comments  1 share

| 👍 Like | 💬 Comment | ↗ Share |

**DMACC Campus Recreation**
February 1, 2021 · 🌐

2021 National Recreation Movement

During a time when social distancing is the norm, let's come together digitally through fitness. The 2021 Recreation Movement is about staying active together, even when we're apart.

1. Create an Account!... See more







## DMACC Campus Recreation

...

### Intro

🛈 **Page** · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos                                    See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



👍❤ 3

👍 Like          💬 Comment          ↪ Share

Write a comment...          😊 😀 📷 🖼 🎁

**DMACC Campus Recreation**
January 28, 2021 · 🌐

Pictured are the Spring 2010 Intramural 3-on-3 Basketball Champions!



👍 2

👍 Like          💬 Comment          ↪ Share

Write a comment...          😊 😀 📷 🖼 🎁

**DMACC Campus Recreation**
January 26, 2021 · 🌐



Document title: Facebook
Capture URL: https://www.facebook.com/DMACCCampusRec
Capture timestamp (UTC): Thu, 18 Jul 2024 15:38:21 GMT



## Intro

**Page · Company**

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos

---

🔵 DMACC Campus Recreation

⋯

**LEARN MORE AT**
www.dmacc.edu/campusrecreation

👍 13                    2 comments   7 shares

👍 Like        💬 Comment        ↪ Share

---

**DMACC Campus Recreation**
January 19, 2021 · 🌐                    ⋯

DMACC Students, Faculty and Staff......Welcome Back!!!!



**DMACC Student Activities Council - Ankeny Campus**
January 19, 2021 · 🌐

Happy First Day of Spring Classes DMACC Bears! 🐻

We hope your semester is off to a great start and we've have a lot of events happening this week to make it FUN... **See more**

👍 1

👍 Like        💬 Comment        ↪ Share

Write a comment...                    😊 🙂 📷 🎬 💬

---

**DMACC Campus Recreation**
January 13, 2021 · 🌐                    ⋯

Exciting news!

Tim Flattery of the Moonlight Graham Show sat down to talk to Daniel Tillo. Tillo was a three-sport star for the Sioux City North Stars who had his choice for college opportunities. At just 24 years old, Tillo has rocketed up the ranks in the Royals organization and was primed to breakout before COVID 19 through a wrench into things.

It's a great interview that we are sure you will enjoy!

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



## DMACC Campus Recreation

...

### Intro

ⓘ **Page** · Company

◈ 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos                    See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



👍 3                                    4 shares

👍 Like          💬 Comment          ↗ Share

Write a comment...                    😊 ☺ 📷 🖼 🎁

**DMACC Campus Recreation**
January 11, 2021 · 🌐

The Spring 2021 Semester is here! Check-out all these awesome ways to get involved this semester!

**DMACC Student Activities Council - Ankeny Campus**
January 11, 2021 · 🌐

Welcome Back Bears! 🐻
We know the semester 🚂 doesn't start until Jan 19th, but we're starting the FUN 🎉 this week!  Check out this week's Bear Essentials newslett... **See more**

👍 Like          💬 Comment          ↗ Share

Write a comment...                    😊 ☺ 📷 🖼 🎁

**DMACC Campus Recreation**
January 11, 2021 · 🌐

It's Monday Movie Matinee time! Join the Campus Recreation Department at 4:00pm today to watch Real Steal on Teleparty. Below is the URL. We hope that you will join us!

https://www.tele.pe/netflix/c76628c4204d8037?s=s191

DMACC Campus Recreation

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos



https://www.ecleppellenkies.ef/vec29/140/4000/40/4200

 

👍 4                                        2 comments

👍 Like          💬 Comment          ↪ Share

**DMACC Campus Recreation**
January 8, 2021 · 🌐

It's a new year and with that comes a new Intramural Schedule. Go to www.imleagues.com to sign-up for Spring 2021 Intramurals. We will be virtual with The Moonlight Graham Show, trivia, Challenges, eSports and provide some on-campus Intramurals. Intramurals are part of the total college experience. So get involved!

 

👍 3

👍 Like          💬 Comment          ↪ Share

Write a comment...          😊 🙂 📷 🎬 🎁

**DMACC Campus Recreation**
January 7, 2021 · 🌐

Pictured is the Spring 2010 Intramural 1-on-1 Basketball Champion!

 

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More · Meta © 2024



## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

---

**DMACC Campus Recreation**
January 4, 2021 · 🌐

This. Is. Awesome.

CAMPUSRECMAG.COM

**Trail Point Aquatics and Wellness at DMACC - Campus Rec Magazine**

👍 3                                                          1 share

👍 Like          💬 Comment          ↗ Share

Write a comment...

---

**DMACC Campus Recreation**
December 21, 2020 · 🌐

It's the last Monday Movie Matinee of 2020! Join the Campus Rec Department today at 4:00pm to watch "A Very Murray Christmas" on Teleparty.

Look for the URL around 3:30pm today. We will post on all of our social media. Have a great Monday!

## DMACC Campus Recreation

### Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

---

MONDAY MATINEE

1 comment

👍 Like      💬 Comment      ↗ Share

**DMACC Campus Recreation**
December 14, 2020 · 🌐

At 4:30pm the Campus Recreation Department will be showing The Grinch on Netflix Party. We hope that you will join us. Below is the URL. Enjoy!

https://www.tele.pe/netflix/dd78f0fd047e4c56?s=s148



👍 2

👍 Like      💬 Comment      ↗ Share

Write a comment...    😊 😊 📷 🖼 🎁

**DMACC Campus Recreation**
December 11, 2020 · 🌐

Throwback Thursday on a Friday! Pictured are the Fall 2017 Intramural Basketball Champions!



👍 2

👍 Like      💬 Comment      ↗ Share



DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos



**DMACC Recruitment** was live.
December 8, 2020 · 🌐

👍 2

👍 Like          💬 Comment          ↗ Share

Write a comment...

**DMACC Campus Recreation**
December 7, 2020 · 🌐

Below is the URL for The Stars in the Sky - A Hunting Story. We hope that you will join us. https://www.tele.pe/netflix/5362fd920dc9c6dc?s=s154

2 shares

👍 Like          💬 Comment          ↗ Share

Write a comment...

**DMACC Campus Recreation**
December 7, 2020 · 🌐

**DMACC Student Activities Council - Ankeny Campus**
December 7, 2020 · 🌐

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

Document title: Facebook
Capture URL: https://www.facebook.com/DMACCCampusRec
Capture timestamp (UTC): Thu, 18 Jul 2024 15:38:21 GMT





## DMACC Campus Recreation

### Intro

ℹ️ **Page** · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos

See all photos



**Eric Ver Helst** is with **Bj Mcginn**.
December 4, 2020 · 🌐

WOW BJ, its been a long time coming. The opening is near. I don't think I can be anymore impressed with this gem. I am excited for our athletes and students, to...
**See more**

👍 8

| 👍 Like | 💬 Comment | ↪️ Share |

✍️ Write a comment…   😊 😃 📷 🎦 🎁

**DMACC Campus Recreation**
December 4, 2020 · 🌐

Welcome Andy!

WELCOME

ANDY LAUGHLIN

Andy joins us on **Monday, December 7th** as the new Director of Trail Point.

Prior to joining us, Andy was the Assistant Director of Facilities & Aquatics at Iowa State University.

**Trail Point Aquatics & Wellness**
December 4, 2020 · 🌐

We're SO excited to announce that Andy Laughlin will join us on Monday as the new Director of Trail Point!

👍 2

| 👍 Like | 💬 Comment | ↪️ Share |

Write a comment

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



## DMACC Campus Recreation

### Intro

ℹ️ Page · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos

See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



👍 3

👍 Like          💬 Comment          ↪ Share

Write a comment...

**DMACC Campus Recreation**
November 16, 2020 · 🌐

Hey Everyone! Here is the URL for Greater:
https://www.tele.pe/netflix/0c40683cae8b7b08?s=s151
We will start the movie at 4:15pm! We hope that you will join us.

ℹ

TELE.PE
**Teleparty Invite**

👍 Like          💬 Comment          ↪ Share

Write a comment...

**DMACC Campus Recreation**
November 12, 2020 · 🌐

The Masters Tournament has teed off and this week with the help of The Moonlight Graham Show we have Des Moines own Jack Newman. Jack won an underdog tournament to become the biggest underdog in the biggest golf tournament in the US. Jack Newman won the 2008 U.S. Amateur Public Links tournament to earn a tee time at the Masters. Newman went to Hoover High School in Des Moines and got his start playing Waveland. After a very successful high school career, he went on to play go... **See more**



DMACC Campus Recreation

...

## Intro

ℹ️ **Page** · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos    See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

👍 4                                                      6 shares

👍 Like          💬 Comment          ↗ Share

Write a comment...     😊 ☺ 📷 📹 🎁

**DMACC Campus Recreation**
November 3, 2020 · 🌐                                      ...

Don't forget to check out this weeks Moonlight Graham Show podcast!

ⓘ

TRAFFIC.LIBSYN.COM
**Nick Nurse**
This week's Moonlighter started his career in Iowa, circled the
globe, and ended up on top of the world. Nick Nurse played in the
red and gold of the Kuemper Knights but more recently has been...

👍 1

👍 Like          💬 Comment          ↗ Share

Write a comment...     😊 ☺ 📷 📹 🎁

**DMACC Campus Recreation**
November 3, 2020 · 🌐                                      ...

It's Election Day! Don't forget to vote.

☞ **GO VOTE**

## DMACC Campus Recreation

### Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos

**DMACC Campus Recreation**
November 2, 2020 · 🌐

Hey Everyone! Today's Netflix Movie Matinee is #Rucker50. We will start the movie at 4pm. Here is the URL: https://www.tele.pe/netflix/a0822db9604ca0e1?s=s146



👍 1

👍 Like    💬 Comment    ↗ Share

Write a comment...

👍 Like    💬 Comment    ↗ Share

Write a comment...

**DMACC Campus Recreation**
November 2, 2020 · 🌐

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

# DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

---

**DMACC Student Activities Council - Ankeny Campus**
November 2, 2020 · 

Here is this weeks "Bear" Essentials Newsletter from DMACC Student Life!  We've got some fun movies, trivia and a leadership workshop you don't want to miss!  Also, a... **See more**

👍 Like          ◯ Comment          ↝ Share

Write a comment...

---

**DMACC Campus Recreation**
October 30, 2020 · 

Friday is here and so is another Fitness Friday from the DMACC Campus Recreation Department. Below are some fitness tips for this winter:

1. Seek out an exercise partner or group

2. Enlist the thermostat in your cause... **See more**



👍 1                                          1 share

👍 Like          ◯ Comment          ↝ Share

Write a comment...

---

**DMACC Campus Recreation**

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

**DMACC Campus Recreation**

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
October 29, 2020 · ⊙

Pictured are the Spring 2009 Intramural Indoor Soccer Champions!



👍 1

Like     Comment     Share

Write a comment...

**DMACC Campus Recreation**
October 27, 2020 · ⊙

We have a special Talk Tuesday! Today's interview is courtesy of The Moonlight Graham Show and features Scott Schebler, a 2010 alum of Des Moines Area Community College Baseball and the DMACC-Boone Campus. Schebler, who grew up in Shueyville, Iowa, and attend Prairie High School (Cedar Rapids, Iowa), has spent the last 10 years in professional baseball.

This interview took place toward the end of the crazy 2020 regular season as Schebler and the Atlanta Braves tried to stay... **See more**

👍 7                                    7 shares

Like     Comment     Share

Write a comment...

**DMACC Campus Recreation**
October 26, 2020 · ⊙



Document title: Facebook
Capture URL: https://www.facebook.com/DMACCCampusRec
Capture timestamp (UTC): Thu, 18 Jul 2024 15:38:21 GMT

Q Search Facebook

DMACC Campus Recreation

···

## Intro

ⓘ **Page** · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

## Photos

See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



👍 1                                      1 share

👍 Like          💬 Comment          ↪ Share

Write a comment...          😊 ☺ 📷 🎬 🎁

**DMACC Campus Recreation**
October 22, 2020 · 🌐

**THU, OCT 22, 2020**
**Virtual Bingo**
2 people went

☆ Interested

👍 Like          💬 Comment          ↪ Share

Write a comment...          😊 ☺ 📷 🎬 🎁

**DMACC Campus Recreation**
October 19, 2020 · 🌐



## DMACC Campus Recreation

### Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos



**DMACC Student Activities Council - Ankeny Campus**
October 19, 2020 ·

This week's Bear Essentials is packed with events such as a leadership workshop, LGBTQ speaker, virtual bingo, and more!

Also check out the DMACC Ankeny Theatr... **See more**

👍 Like        💬 Comment        ↪ Share

Write a comment...

**DMACC Campus Recreation**
October 19, 2020 ·

No movie this week. Tune in next week for Moneyball!

1 share

👍 Like        💬 Comment        ↪ Share

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024





## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos                    See all photos

Snow have partnered to bring you an interview with former Buffalo Bills and Seattle Seahawks Running Back - Fred Jackson. Check it out!

19                              10 shares

👍 Like          💬 Comment          ↗ Share

Write a comment...

**DMACC Campus Recreation**
October 5, 2020 · 🌐

Here is the URL for The Last Dance part 8!
https://www.netflix.com/watch/81002662...

NETFLIX.COM
**The Last Dance | Netflix**
This docuseries chronicles the rise of superstar Michael Jordan and the 1990s Chic...

1

👍 Like          💬 Comment          ↗ Share

Write a comment...

**DMACC Campus Recreation**
October 5, 2020 · 🌐

Join us today at 4pm for part 8 of The Last Dance. We will post the URL at 3:30pm for the Netflix Party! Hope to see you there!

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

join us today at 4pm for part 8 of The Last Dance. We will post the URL at 3:50pm for the Netflix Party! Hope to see you there!



👍 Like   💬 Comment   ↗ Share

Write a comment...

---

**DMACC Campus Recreation**
October 1, 2020 · 🌐

Pictured are the Intramural Spring 2009 Arena Football Champions!





❤️ 1

👍 Like   💬 Comment   ↗ Share

Write a comment...

---

**DMACC Campus Recreation**
September 30, 2020 · 🌐

Is there any Karate Kid fans out there? Did you see that Cobra Kai (Karate Kid movie spin off) is now on Netflix!




## DMACC Campus Recreation

### Intro

ℹ️ **Page** · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos    See all photos



👍 1

| 👍 Like | 💬 Comment | ↪ Share |

Write a comment...   😊 😀 📷 GIF 🎁

**DMACC Campus Recreation**
September 29, 2020 · 🌐

Who wins: Heat or Lakers? In how many games? Final combined score of the close out game? The person that gets this right will receive an Intramural Champion T-shirt. Post here!

3 comments

| 👍 Like | 💬 Comment | ↪ Share |

**DMACC Campus Recreation**
September 28, 2020 · 🌐

Here is the URL to The Last Dance part 8. Hope that you will join us!
https://www.netflix.com/watch/81002662...



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos



NETFLIX.COM

**The Last Dance | Netflix**
This docuseries chronicles the rise of superstar Michael Jordan and the 1990s Chic...

❤ 1

👍 Like          💬 Comment          ↪ Share

Write a comment...

**DMACC Campus Recreation**
September 28, 2020 · 🌐

**DMACC Student Activities Council - Ankeny Campus**
September 28, 2020 · 🌐

Here's your weekly newsletter from #dmaccstudentlife-The Bear Essentials!

Don't miss tonight's featured events:
7:00pm The Carson King Story with Carson King (... **See more**

👍 Like          💬 Comment          ↪ Share

Write a comment...

**DMACC Campus Recreation**
September 28, 2020 · 🌐

Join us at 4pm today for part 8 of The Last Dance! The URL will be posted at 3:30pm. See you then!



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More · Meta © 2024



## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos

---

**DMACC Campus Recreation**
September 25, 2020 · ⊙

MON, SEP 28, 2020
**Featured Speaker: Carson King**
12 people interested

☆ Interested

👍 1

👍 Like        💬 Comment        ➦ Share

Write a comment...

---

**DMACC Campus Recreation**
September 24, 2020 · ⊙

Pictured are the Fall 2017 Intramural Sand Volleyball Champions!

👍 3

---

1 share

👍 Like        💬 Comment        ➦ Share

Write a comment...



## DMACC Campus Recreation

### Intro

ⓘ **Page** · Company

◈ 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

TALK

👍 Like        💬 Comment        ↪ Share

Write a comment...

---

**DMACC Campus Recreation**
September 18, 2020 · 

Want to try something new? How about Aqua Zumba? Join us on Friday's from 9:15-10:00am at Trail Point on the Ankeny Campus.



👍 Like        💬 Comment        ↪ Share

Write a comment...

---

**DMACC Campus Recreation**
September 17, 2020 · 

Campus Rec Virtual Frisbee Golf Tournament
Registration Deadline: Thursday, October 1st
Tournament Date: Thursday, October 1st - Friday, October  2nd
Virtual Frisbee Golf Tournament Rules:... **See more**

## DMACC Campus Recreation

### Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos



**DMACC Campus Recreation**
September 17, 2020 · 

Campus Rec Virtual Golf Tournament
Registration Deadline: Thursday, October 8
Tournament Date: Sunday, October 4 - Thursday, October 8

Virtual Golf Tournament Rules:... See more

👍 Like          💬 Comment          ↪ Share

Write a comment...

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

**DMACC Campus Recreation**

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos



---

**DMACC Campus Recreation**
September 17, 2020 · ⊙

Pictured are the Spring 2014 Intramural Basketball Champions!



👍 1

👍 Like      💬 Comment      ↪ Share

Write a comment...

---

**DMACC Campus Recreation**
September 16, 2020 · ⊙

Football Fans.....do you miss watching NFL games with your friends? Then check this out:

WATCH TOGETHER WITH FRIENDS!
Catch live local & prime time NFL games with up to three friends, only on your phones.... See more



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



DMACC Campus Recreation    ...

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices
Cookies · More · Meta © 2024



Like    Comment    Share

Write a comment...

**DMACC Campus Recreation**
September 16, 2020 · 



**DMACC Student Activities Council - Ankeny Campus**
September 16, 2020 · 

Here is this week's Bear Essentials newsletter from DMACC Student Life! There are so many great things to get involved with-don't miss out! Register to receiv...

See more

Like    Comment    Share

Write a comment...

**DMACC Campus Recreation**
September 16, 2020 · 

Intramural Registration Deadline are coming soon. Go to http://imleagues.com and sign-up today!





**DMACC Campus Recreation**

...

## Intro

🛈 **Page** · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

## Photos

See all photos

**NETFLIX.COM**
### The Last Dance | Netflix
This docuseries chronicles the rise of superstar Michael Jordan and the 1990s Chic...

👍 1

👍 Like        💬 Comment        �forward Share

Write a comment...        😊 ☺ 📷 🎞️ 🎁

---

**DMACC Campus Recreation**
September 14, 2020 · 🌐

DMACC Students: Join DMACC Campus Recreation for some awesome new programs including Sports Leagues/Challenges, eSports, Special Events, and More! Learn more: https://www.dmacc.edu/campusrecreation/Pages/welcome.aspx



**DMACC.EDU**
### DMACC Campus Recreation
Get the most out of the college experience by joining the programs offered throug...

👍 1                                    1 share

👍 Like        💬 Comment        ↗ Share

Write a comment...        😊 ☺ 📷 🎞️ 🎁

---

**DMACC Campus Recreation**
September 14, 2020 · 🌐

Join us today for part 6 of The Last Dance at 4:00pm. The URL will be shared at 3:30pm for Netflix Party.

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More · Meta © 2024



DMACC Campus Recreation



THE LAST DANCE

👍 Like       💬 Comment       ↗ Share

Write a comment...                    😊 😀 📷 🖼 🎁

**DMACC Campus Recreation**
September 11, 2020 · 

Happy Friday!

There is still time to sign-up for Fall Intramurals. Go to www.imleagues.com to register. If you have any questions please contact Campus Recreation Coordinator, Andy Nelson at arnelson@dmacc.edu or 515-964-6539.

IMLEAGUES.COM
**IMLeagues**

👍 Like       💬 Comment       ↗ Share

Write a comment...                    😊 😀 📷 🖼 🎁

**DMACC Campus Recreation**
September 11, 2020 · 

Fitness Tip:

F - Food that is clean
I - Intense Workouts
T - Take time for yourself... **See more**

## Intro

ℹ Page · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

## Photos                    See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

## DMACC Campus Recreation

···

### Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos

FRIDAY

👍 Like    💬 Comment    ↗ Share

Write a comment...    😀 😊 📷 🖼️ 🎞️

**DMACC Campus Recreation**
September 10, 2020 · 🌐

Pictured is the Spring 2007 Free Throw Champion.

THROWBACK THURSDAY

❤️ 3

👍 Like    💬 Comment    ↗ Share

Write a comment...    😀 😊 📷 🖼️ 🎞️

**DMACC Campus Recreation**
September 9, 2020 · 🌐

Maddie Poppe

**Amerian Idol Winner**

Virtual Performance

**THU, SEP 10, 2020**
**American Idol Winner: Maddie Poppe**
Music · 104 people

⭐ Interested    ✏️

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

Search Facebook

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos

**THU, SEP 10, 2020**

### American Idol Winner: Maddie Poppe
Music · 104 people

☆ Interested

👍 Like          ⭕ Comment          ↗ Share

Write a comment...

**DMACC Campus Recreation**
September 8, 2020 · 🌐

DMACC Students: Join DMACC Campus Recreation for some awesome new programs including Sports Leagues/Challenges, eSports, Special Events, and More! Learn more:

https://www.dmacc.edu/campusrecreation/Pages/welcome.aspx



**Trail Point Aquatics & Wellness**
September 4, 2020 · 🌐

DMACC Students: Join DMACC Campus Recreation for some awesome new programs including Sports Leagues/Challenges, eSports, Special Events, and More! Learn more: h... **See more**

👍 Like          ⭕ Comment          ↗ Share

Write a comment...

**DMACC Campus Recreation**
September 8, 2020 · 🌐

The Bear Essentials Newsletter. Check it out. There is a lot of great opportunities to get involved.

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

DMACC Campus Recreation

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos





**DMACC Student Activities Council - Ankeny Campus**
September 8, 2020 · 

Here's your weekly newsletter, The "Bear" Essentials!  Find out some fun ways to get involved and get connected with DMACC Student Life!

visit www.dmacc.edu/an... **See more**

👍 Like          💬 Comment          ➦ Share

Write a comment...

**DMACC Campus Recreation**
September 3, 2020 · 

Pictured are the Summer 2013 Intramural Basketball Champions!

👍 Like          💬 Comment          ➦ Share

Write a comment...

**DMACC Campus Recreation**
September 1, 2020 · 



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



**DMACC Campus Recreation**

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

**DMACC Student Activities Council - Ankeny Campus**
August 31, 2020 · ⊙

We're here with your weekly Newsletter, The Bear Essentials!  Find all event info and updates from DMACC Student Activities Council and DMACC Campus Recreation!... See more

👍 Like          💬 Comment          ➤ Share

Write a comment...

**DMACC Campus Recreation**
September 1, 2020 · ⊙

Join SAC tomorrow evening at 6:00pm as we listen to author and mental health advocate, Jessi Beyer.  She was teach us how we can safely and successfully support someone who is struggling with their mental health.  Link to join the conversation is on the event page below.

#Empower #Educate #Inspire #dmaccstudentlife #Dmacc #dmaccbears

👍 Like          💬 Comment          ➤ Share

Write a comment...

**DMACC Campus Recreation**
September 1, 2020 · ⊙

Fall 2020 Intramural Schedule

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ Cookies · More · Meta © 2024

DMACC Campus Recreation

...

**Intro**

ⓘ **Page** · Company

◈ 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

**Photos**                                          See all photos



🖒 **Like**          ◯ **Comment**          ↪ **Share**

Write a comment...                    😊 ☺ 📷 🖼 🎁

**DMACC Campus Recreation**
September 1, 2020 · 🌐

Who wants some Campus Recreation Swag?!?!

Anyone who signs up for an Intramural THIS week, I will send you some DMACC Campus Recreation swag.

Here is what you do:... **See more**

TUESDAY TALK

👍❤ 2                                          2 shares

🖒 **Like**          ◯ **Comment**          ↪ **Share**

Write a comment...                    😊 ☺ 📷 🖼 🎁

**DMACC Campus Recreation**
August 31, 2020 · 🌐

Here is the URL to watch part 5 of the Last Dance. We hope that you join us. The movie will start at 4:00pm. Enjoy!
https://www.netflix.com/watch/80203144...

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

DMACC Campus Recreation

## Intro

🛈 Page · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

## Photos

See all photos



NETFLIX.COM
**The Last Dance | Netflix**
This docuseries chronicles the rise of superstar Michael Jordan and the 1990s Chic...

👍 Like        💬 Comment        ↗ Share

Write a comment...

**DMACC Campus Recreation**
August 31, 2020 · 🌐

Time is running out!!! Get signed-up today!!!!

FOOTBALL.FANTASYSPORTS.YAHOO.COM
**Join my Yahoo Sports Fantasy Football league, Intramural League**
Click the link above and follow the steps to join my league. Good luck!

👍 1

👍 Like        💬 Comment        ↗ Share

Write a comment...

**DMACC Campus Recreation**
August 31, 2020 · 🌐

Join us today for part 5 of The Last Dance. The Netflix Party will be at 4:00pm. The URL will be posted at 3:45pm. Hope you will join us.

THE LAST DANCE

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



Search Facebook

DMACC Campus Recreation

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos






1 · 1 share

Like · Comment · Share

Write a comment...



**DMACC Campus Recreation**
August 28, 2020

There is still time to sign-up for the DMACC Campus Recreation Fantasy Football League. Below is the link to sign-up:



https://football.fantasysports.yahoo.com/.../invitation...




FOOTBALL.FANTASYSPORTS.YAHOO.COM

**Join my Yahoo Sports Fantasy Football league, Intramural League**

Click the link above and follow the steps to join my league. Good luck!

Like · Comment · Share

Write a comment...

**DMACC Campus Recreation**
August 28, 2020

Fitness Friday!!! Get sign-ed up for the 3rd Annual DMACC 5K!!






**Trail Point Aquatics & Wellness**
August 26, 2020

Have you started your training for the 3rd Annual DMACC 5K Walk/Run? Join us on



Q Search Facebook

**DMACC Campus Recreation**

...

## Intro

ⓘ **Page** · Company

◈ 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos    See all photos

THROWBACK
**THURSDAY**

👍 Like     💬 Comment     ➦ Share

😊 Write a comment...    😊 ☺ 📷 🖼 🎁

**DMACC Campus Recreation**
August 26, 2020 · 🌐

DMACC Students.........The Fall 2020 Intramural Schedule is out! Go to
www.imleagues.com to get signed up.



**FALL 2020 Intramural Schedule**

**DMACC Campus Recreation Intramurals will be on-line this semester.**
If you have any question please contact Andy Nelson, Campus Recreation Coordinator,
at 515-964-6539 or arnelson@dmacc.edu.

👍 Like     💬 Comment     ➦ Share

😊 Write a comment...    😊 ☺ 📷 🖼 🎁

**DMACC Campus Recreation**
August 26, 2020 · 🌐

Students, Welcome Back! The DMACC Campus Recreation Department has a lot of
fun and exciting things for you to get involved with this semester. Please follow us on

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More · Meta © 2024


## DMACC Campus Recreation

...

### Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos



Students, Welcome Back! The DMACC Campus Recreation Department has a lot of fun and exciting things for you to get involved with this semester. Please follow us on all of our social media, sign-up for the our Student Life texting info, get an IMleagues account, look for the Bear Essentials News letter and the DMACC Daily. Contact the Campus Recreation Coordinator at arnelson@dmacc.edu with any and all questions.



MGN

👍 Like          💬 Comment          ↗ Share

Write a comment...          

**DMACC Campus Recreation**
August 25, 2020 · 🌐

What was your favorite Intramural you have participated in?



1 comment

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



## DMACC Campus Recreation

···

1 comment

👍 Like        ⭕ Comment        ↪ Share

---



**DMACC Campus Recreation**
August 24, 2020 · 🌐

If you're a gamer, then this info is for you!!!! New this semester the DMACC Campus Recreation Department will be hosting Gaming Leagues for DMACC Students and any other college student (in Iowa) with an IMleagues account! Use the below instructions to be apart of the fun!

You will need an IMleagues account, with your own school account to sign-up for DMACC Campus Recreation Extramural Activities. To sign-up for the Fall 2020 Extramurals you will need to add the DMACC Campus... **See more**



👍 Like        ⭕ Comment        ↪ Share

Write a comment...        😊 🙂 📷 🖼 🎁

---

### Intro

ℹ️ **Page** · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos                                See all photos

 
  
 

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

---

**DMACC Campus Recreation**
August 24, 2020 · 🌐



**DMACC Student Activities Council - Ankeny Campus**
August 24, 2020 · 🌐

Hello #DMACC Bears 🐻
Here is the August 24 installment of DMACC Student Life's weekly newsletter: The "Bear" Essentials!

You'll find our Welcome Week events lis... **See more**

👍 Like        ⭕ Comment        ↪ Share

---

**DMACC Campus Recreation**    ...

## Intro

ⓘ **Page** · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos                                      See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

---

👍 Like          💬 Comment          ↗ Share

🧑 Write a comment...          😊 ☺ 📷 🎞 🎁

**DMACC Campus Recreation**    ...
August 24, 2020 · 🌐

Here is the URL for part 4 of The Last Dance. Join us at 4pm!!!!

https://www.netflix.com/watch/81002658...

NETFLIX.COM
**The Last Dance | Netflix**
This docuseries chronicles the rise of superstar Michael Jordan and the 1990s Chic...

👍 Like          💬 Comment          ↗ Share

🧑 Write a comment...          😊 ☺ 📷 🎞 🎁

**DMACC Campus Recreation**    ...
August 24, 2020 · 🌐

Are ready for some FOOTBALL?!?! The season is just around the corner and so is Fantasy Football. Join the Campus Recreation Fantasy Football League and play against students, faculty and staff from DMACC and other colleges from around the state. Go to www.imleagues.com or email Campus Recreation Coordinator, Andy Nelson at arnelson@dmacc.edu for the registration details.

👍 Like          💬 Comment          ↗ Share

🧑 Write a comment...          😊 ☺ 📷 🎞 🎁

**DMACC Campus Recreation**    ...
August 24, 2020 · 🌐

 **DMACC Campus Recreation**

## Intro



🏢 Page · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos

See all photos

  
  

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

**DMACC Campus Recreation**
August 24, 2020 · 🌐

The Intramural Schedule is COMPLETE! Intramurals will be on-line this semester but we have a lot of FUN & NEW opportunities like:

*The Campus Recreation Department has partnered with The Moonlight Graham Show to bring DMACC Students the untold stories in sports directly from the athletes who experienced them. Dedicated to the Underdogs and Role Players.

* Video Game Leagues that include players from other schools from all over the state... See more













👍 Like  ◯ Comment  ↗ Share

Write a comment...  😀 😊 📷 🖼 🎁

**DMACC Campus Recreation**
August 24, 2020 · 🌐

Join us today for part 4 of The Last Dance. The Netflix Party will be at 4:00pm. The URL will be posted at 3:45pm. Hope you will join us.

 Q Search Facebook 

 DMACC Campus Recreation    ...

## Intro

ⓘ Page · Company

◈ 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

## Photos                                    See all photos

    

    

    

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



👍 Like          ○ Comment          ↪ Share

 Write a comment...                    😊 ☺ 📷 📹 🎭

 **DMACC Campus Recreation**
August 24, 2020 · 🌐                                    ...

On behalf of DMACC Student Life we would like to say
hello, and welcome to Fall 2020!
We would like to share with you the plans for the
department. We will continue to provide meaningful
and comprehensive experiences for students and
collaborate with our faculty, departments, and student
clubs. We will have a variety of virtual programs that
we are co-hosting with several community colleges
across the state of Iowa.

## WELCOME TO DMACC!

**Email:** studentinvolvement@dmacc.edu    **Website:** www.dmacc.edu/ankeny/studentactivities

**DMACC Student Activities Council - Ankeny Campus**
August 24, 2020 · 🌐

Hey #dmaccbears! We have a lot of exciting events planned for you this Fall
2020 semester! We can't wait to share more!

#getinvolved #dmaccstudentlife #DMACC... **See more**

👍 1

👍 Like          ○ Comment          ↪ Share

 Write a comment...                    😊 ☺ 📷 📹 🎭

 **DMACC Campus Recreation**                    ...

DMACC Campus Recreation  ...

## Intro

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos                    See all photos



**DMACC Campus Recreation**
August 24, 2020 · 🌐

**DMACC Student Activities Council - Ankeny Campus**
August 19, 2020 · 🌐

Hey DMACC students!  we've got a semester FULL of fun virtual events and activities hosted out of the Student Life Office!

Join us for one, or all, of our Welc... **See more**

👍 Like          ◯ Comment          ↗ Share

Write a comment...                 😊 ☺ 📷 🖼 🎁

**DMACC Campus Recreation**
August 21, 2020 · 🌐                      ...

TOP 10 RESISTANCE BAND EXERCISES

1. WALL LATERAL PULLDOWN
2. TRICEPS EXTENSION
3. BICEP CURL... **See more**

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



Q Search Facebook

**DMACC Campus Recreation**

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos**    See all photos

**FITNESS FRIDAY**

👍 Like          💬 Comment          ➤ Share

Write a comment…

**DMACC Campus Recreation**
August 20, 2020 · 🌐

Pictured are the Fall 2013 Intramural Basketball Champions!



**THROWBACK THURSDAY**

👍 3

👍 Like          💬 Comment          ➤ Share

Write a comment…

**DMACC Campus Recreation**
August 19, 2020 · 🌐

Are ready for some FOOTBALL?!?! The season is just around the corner and so is Fantasy Football. Here is the URL for the DMACC Campus Recreation League. Don't be left out.....join today!!!

https://football.fantasysports.yahoo.com/.../invitation...

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

Document title: Facebook
Capture URL: https://www.facebook.com/DMACCCampusRec
Capture timestamp (UTC): Thu, 18 Jul 2024 15:38:21 GMT



Q Search Facebook

 DMACC Campus Recreation

...

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos











Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



FOOTBALL.FANTASYSPORTS.YAHOO.COM
**Join my Yahoo Sports Fantasy Football league, Intramural League**
Click the link above and follow the steps to join my league. Good luck!

👍 Like          💬 Comment          ↗ Share

Write a comment...          😊 😊 📷 🎞 🎁



**DMACC Campus Recreation**
August 18, 2020 · 🌐

What a Playoff Debut!

Did you see 4 players under 25 went for 30 or more?....... and Donavan Mitchell went for 57 points (the 3rd most points in a playoff game)!!!

The NBA is in Good Hands!




👍 Like          💬 Comment          ↗ Share

Write a comment...          😊 😊 📷 🎞 🎁



**DMACC Campus Recreation**
August 17, 2020 · 🌐

Today at 4:00pm the DMACC Campus Recreation Department will be hosting a Netflix Party. We will be showing part 3 of The Last Dance. The URL will be posted at 3:45pm. See you then!!




## DMACC Campus Recreation

### Intro

ℹ️ Page · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos

See all photos

---

**MONDAY MATINEE** · THE LAST

👍 1    1 share

👍 Like    💬 Comment    ↗️ Share

✍️ Write a comment...

---

**DMACC Campus Recreation**
August 14, 2020 · 🌐

10 Ways to Get the Most Out of Your Workout

1. Lift weights
2. Listen to music
3. Swap stretching for a dynamic warmup... **See more**



FITNESS FRIDAY

👍 Like    💬 Comment    ↗️ Share

✍️ Write a comment...

---

**DMACC Campus Recreation**
August 13, 2020 · 🌐

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



DMACC Campus Recreation    ...

## Intro

ⓘ  **Page** · Company

📍  2006 S. Ankeny Blvd., Bldg. 5

✉  arnelson@dmacc.edu

🌐  dmacc.edu/campusrecreation

## Photos                          See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

is the 2020 college football season in jeopardy?

👍 Like          💬 Comment          ↗ Share

Write a comment...          😊 😃 📷 🖼 🎁

**DMACC Campus Recreation**          ...
August 10, 2020 · 🌐

Here is the URL for part 2 of The Last Dance! Enjoy!!!
https://www.netflix.com/watch/81002656...



NETFLIX.COM
**The Last Dance | Netflix**
This docuseries chronicles the rise of superstar Michael Jordan and the 1990s Chic...

👍 Like          💬 Comment          ↗ Share

Write a comment...          😊 😃 📷 🖼 🎁

**DMACC Campus Recreation**          ...
August 10, 2020 · 🌐

Technical difficulties.....the Netflix Party will start at 5:30pm. We had internet issues.
We will post the URL at 5:15pm. Stay tuned!

👍 Like          💬 Comment          ↗ Share

Write a comment...          😊 😃 📷 🖼 🎁

**DMACC Campus Recreation**          ...
August 10, 2020 · 🌐



DMACC Campus Recreation

## Intro



**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos**   See all photos







Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024

**DMACC Campus Recreation**
August 10, 2020 · 🌐

Join us today to watch part 2 of The Last Dance. We will be hosting a Netflix Party at 5:00pm. The URL will be posted at 4:45pm today on our social media platforms. Hope to see you there!






👍 Like       💬 Comment       ↪ Share

 Write a comment…      😊 😀 📷 🎞 🎁

**DMACC Campus Recreation**
August 7, 2020 · 🌐

7-Minute Workout

Grab a timer or download a stopwatch app. Perform the exercises in order, completing as many reps of each as you can in 30 seconds. Be sure not to compromise form for speed.
Rest for 5 seconds between exercises. To make this workout even more challenging, complete the circuit 2 or 3 times in a row.... **See more**



DMACC Campus Recreation

**Intro**

**Page** · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

**Photos**      See all photos



1

1 share

👍 Like      💬 Comment      ↗ Share

Write a comment...

**DMACC Campus Recreation**
August 6, 2020 · 🌐

Pictured are the Spring 2011 Intramural Volleyball Champions!

5

1 share

👍 Like      💬 Comment      ↗ Share

Write a comment...

**DMACC Campus Recreation**
August 6, 2020 · 🌐

Are you ready for some FOOTBALL?!?! Below is the link for the DMACC Campus Recreation Fantasy Football League:

https://football.fantasysports.yahoo.com/.../invitation...

yahoo! fantasy

FOOTBALL

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



## DMACC Campus Recreation

### Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

### Photos

See all photos







Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024



FOOTBALL.FANTASYSPORTS.YAHOO.COM
**Join my Yahoo Sports Fantasy Football league, Intramural League**
Click the link above and follow the steps to join my league. Good luck!

👍 1

👍 Like      💬 Comment      ↪ Share

Write a comment...

**DMACC Campus Recreation**
August 4, 2020 · 🌐

Should the other professional/collegiate sports turn to the "bubble" like the NBA to make play safe?

👍 Like      💬 Comment      ↪ Share

Write a comment...

**DMACC Campus Recreation**
August 3, 2020 · 🌐

Here is the URL for The Last Dance part 1 :
https://www.netflix.com/watch/81002655...

Q Search Facebook

**DMACC Campus Recreation**

···

## Intro

ⓘ **Page** · Company

◈ 2006 S. Ankeny Blvd., Bldg. 5

✉ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos                    See all photos

Here is the URL for The Last Dance part 1 :
https://www.netflix.com/watch/81002655...



NETFLIX.COM
**The Last Dance | Netflix**
This docuseries chronicles the rise of superstar Michael Jordan and the 1990s Chic...

👍 Like          💬 Comment          ↗ Share

✍ Write a comment...          😊 ☺ 📷 🎬 🎁

**DMACC Campus Recreation**
August 3, 2020 · ⊙

···

Anyone excited about Fantasy Football? Below is the Campus Recreation Fantasy Football Link. Sign-up today!!!

https://football.fantasysports.yahoo.com/.../invitation...

# yahoo/fantasy
# FOOTBALL

FOOTBALL.FANTASYSPORTS.YAHOO.COM
**Join my Yahoo Sports Fantasy Football league, Intramural League**
Click the link above and follow the steps to join my league. Good luck!

👍 2                              1 share

👍 Like          💬 Comment          ↗ Share

✍ Write a comment...          😊 ☺ 📷 🎬 🎁

**DMACC Campus Recreation**
August 3, 2020 · ⊙

···  ✎

Tune in today at 4:00pm to watch The Last Dance with the DMACC Campus

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024



Q Search Facebook


DMACC Campus Recreation

...

## Intro



ℹ️ Page · Company

📍 2006 S. Ankeny Blvd., Bldg. 5

✉️ arnelson@dmacc.edu

🌐 dmacc.edu/campusrecreation

### Photos



See all photos











Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More · Meta © 2024


DMACC Campus Recreation
August 3, 2020 · 🌐

Tune in today at 4:00pm to watch The Last Dance with the DMACC Campus Recreation Department. The URL will be posted at 3:45pm today.



👍 1

1 share


👍 Like          💬 Comment          ↗️ Share


✍️ Write a comment...          😊 🙂 📷 🎞️ 🎁

DMACC Campus Recreation
July 31, 2020 · 🌐

Flip a Coin Workout

Heads: Burpees, crunches, squats, plank knee tucks, in and out jump squats, Russian twists & skater lunges

Tails: Mountain climbers, toe touches, lunges, forearm plank, scissor jumps, leg lifts & calf raises... **See more**






**DMACC Campus Recreation**

## Intro

Page · Company

2006 S. Ankeny Blvd., Bldg. 5

arnelson@dmacc.edu

dmacc.edu/campusrecreation

## Photos

See all photos

**FRIDAY**

1 share

👍 Like          💬 Comment          ↗ Share

Write a comment...

**DMACC Campus Recreation**
July 30, 2020 ·

Pictured are the Fall 2018 Intramural Canoe Race Champions!

**THROWBACK THURSDAY**

👍 1

👍 Like          💬 Comment          ↗ Share

Write a comment...

**DMACC Campus Recreation**
July 29, 2020 ·

Tomorrow the NBA is back! Here are the first games, times and where you can watch:

Thursday, July 30 @ 5:30pm (CT) on TNT
Utah Jazz
New Orleans Pelicans... See more

**WHAT'S NEW WEDNESDAY**          **E NBA IS BA**

👍 Like          💬 Comment          ↗ Share

Write a comment...

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024