# EXHIBIT F

Case 4:24-cv-00227-SMR-SBJ    Document 72-6    Filed 09/24/24    Page 2 of 5

SPORTSLOGOS.NET    NEWS    FORUMS    FACEBOOK    INSTAGRAM    X (TWITTER)    YOUTUBE    FABRIC OF THE GAME



Report this ad

Search 20,000+ Logos

Baseball    Hockey    Soccer    College    Football    Basketball    Other Sports    Resources

Home   ▶   College   ▶   American Colleges - NCAA   ▶   NCAA Division I (d-h)   ▶   Drake Bulldogs   ▶   2005-2011 Secondary Logo

# Drake Bulldogs Logo

On this page:   Other team logos from Era  |  Drake Bulldogs Logo timeline  |  Comments • Drake Bulldogs Merchandise Available Now!

## Secondary Logo (2005-2011)

### What is this Drake Bulldogs Logo?

Secondary logo of a bulldog in motion beside the D monogram in blue & gray. On a blue background, the D changes to primarily white.

Unveiled on Friday, August 12, 2005
Image last updated on Tuesday, February 14, 2023

### User Rating

User's Rating: **5.1**/10 (668 votes cast)

### Related Links



NCAA d-h Team Logos



Drake Bulldogs



◀ Prev Logo                                                                                                                        Next Logo ▶

Tip: Use your left and right arrow keys to quickly scroll through our Drake Bulldogs logo history

Please credit SportsLogos.Net if using these logos for blog, news or social media graphics

## Other Drake Bulldogs Logos and Uniforms from this era


Primary Logo (1974-2005)


Primary Logo (2005-2011)


Primary Logo (2011-Pres)


Primary Dark Logo (2005-2011)


Primary Dark Logo (2011-Pres)


Secondary Logo (1974-2005)


Secondary Logo (2005-2011)


Secondary Logo (2005-2011)


Secondary Logo (2005-2011)


Secondary Logo (2005-2011)


Secondary Logo (2005-2011)


Secondary Logo (2005-2011)


Secondary Logo (2011-Pres)


Secondary Logo (2011-Pres)


Secondary Logo (2011-Pres)


Secondary Logo (2011-Pres)


Secondary Logo (2011-Pres)


Secondary Logo (2011-Pres)


Secondary Logo (2011-Pres)


Secondary Logo (2011-Pres)


Alternate Logo (1974-2005)


Alternate Logo (2005-2011)


Alt on Dark Logo (2005-2011)


Helmet Logo (2005-2013)


Wordmark Logo (1995-2005)


Wordmark Logo (1995-2005)


Wordmark Logo (2011-Pres)


Wordmark Logo (2011-Pres)


Wordmark Logo (2011-Pres)


Wordmark Logo (2011-Pres)







7/31/24, 10:39 AM                    Drake Bulldogs Logo - Secondary Logo - NCAA Division I (d-h) (NCAA I-A) Chris Creamer's Sports Logos Page - SportsLogos.Net

Case 4:24-cv-00227-SMR-SBJ    Document 72-6    Filed 09/24/24    Page 4 of 5

ADVERTISEMENT

## Drake Bulldogs Logo Timeline



1974 - 2005           2005 - 2011           2011 - Pres

Back to Top

Report this ad

**SportsLogos.Net Logos Comment Policy**

Let's keep it friendly and related to logo/uniform design -- please no politics. Repeat violators will be banned.

Got it

**0 Comments**                                                                 1  Login ▼

G | Start the discussion…

LOG IN WITH                    OR SIGN UP WITH DISQUS  ?

Name

♡    Share                                              Best   Newest   Oldest

Be the first to comment.

Subscribe    Privacy    Do Not Sell My Data



7/31/24, 10:39 AM                    Drake Bulldogs Logo - Secondary Logo - NCAA Division I-A (a-c) (NCAA I-A) - Chris Creamer's Sports Logos Page - SportsLogos.Net

Case 4:24-cv-00227-SMR-SBJ    Document 72-6    Filed 09/24/24    Page 5 of 5

**ALSO ON SPORTSLOGOS.NET LOGOS**

| Anaheim Ducks Primary Logo on Chris Creamer's Sports Logos Page - SportsLogos.Net. A virtual … | Sugar Land Space Cowboys Primary Logo on Chris Creamer's Sports Logos Page - SportsLogos.Net. A … | Utah Hockey Club Primary Logo on Chris Creamer's Sports Logos Page - SportsLogos.Net. A virtual … | Texas Rangers Primary Logo on Chris Creamer's Sports Logos Page - SportsLogos.Net. A virtual … | Las Vegas Aviators Logo on Chris Creamer's Sports Logos Page - SportsLogos.Net |

SportsLogos.Net    Home • News • Forum • Facebook • Twitter • Instagram • YouTube • Privacy Policy • FAQs • Contact Us

Logos by Sport    Baseball • Basketball • Football • Hockey • College • Soccer • Lacrosse • Olympics • Rugby

Chris Creamer's Sports Logos Page - SportsLogos.Net is your virtual museum dedicated to education of the history of sports logos and sports uniforms.

All site design is Copyright ©1997-2024 Chris Creamer. The SportsLogos.Net "Leaf-Star" Logo is trademarked and property of this site. Please note: SportsLogos.Net does not own any of the team, league or event logos/uniforms depicted within this site, we do not have the power to grant usage rights to anyone. All team and league information, sports logos, sports uniforms and names contained within this site are properties of their respective leagues, teams, ownership groups and/or organizations. If you'd like to use any of the research from this site, please properly credit this site and provide a link back.

This site is maintained for research, educational, and historical purposes only, do not abuse it.

[Privacy Manager]

