**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>      Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>      Defendants. | Case No. 4:24-CV-00227-SMR-SBJ<br><br><br>**ERRATA** |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>      Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>      Counterclaim Defendant. | |

Defendant and Counterclaim Plaintiff Des Moines Area Community College Foundation ("DMACCF") respectfully submits this Errata regarding its Answer, Affirmative Defenses, and Counterclaims to Plaintiff's First Amended Complaint.  This errata corrects the following exhibits and citations to exhibits and makes no other changes:

    1.      Exhibit E is updated to reflect the text in the Answer, Affirmative Defenses, and Counterclaims.

    2.      Exhibit F is updated to reflect the text in the Answer, Affirmative Defenses, and Counterclaims.

3.      Exhibit G is updated to reflect the text in the Answer, Affirmative Defenses, and Counterclaims.

4.      Exhibit H is updated to reflect the text in the Answer, Affirmative Defenses, and Counterclaims.

5.      Exhibit I is updated to reflect the text in the Answer, Affirmative Defenses, and Counterclaims.

6.      Exhibit J is updated to reflect the text in the Answer, Affirmative Defenses, and Counterclaims.

7.      Exhibit K is updated to reflect the text in the Answer, Affirmative Defenses, and Counterclaims. Page 42 ¶ 50 now cites Ex. K.

8.      Exhibit L is updated to reflect the text in the Answer, Affirmative Defenses, and Counterclaims. Page 45 ¶ 57 now cites Ex. L.

9.      Exhibit M is updated to reflect the text in the Answer, Affirmative Defenses, and Counterclaims. Page 46 ¶ 62 now cites Ex. M.

10.      Exhibit N is updated to reflect the text in the Answer, Affirmative Defenses, and Counterclaims. Page 46 ¶ 64 now cites Ex. N.

11.      Exhibit O is updated to reflect the text in the Answer, Affirmative Defenses, and Counterclaims. Page 46 ¶ 68 now cites Ex. O.

12.      Exhibit P is updated to reflect the text in the Answer, Affirmative Defenses, and Counterclaims. Page 46 ¶ 69 now cites Ex. P.

13.      Exhibit Q is updated to reflect the text in the Answer, Affirmative Defenses, and Counterclaims. Page 47 ¶ 70 now cites Ex. Q.

14.     Exhibit R is updated to reflect the text in the Answer, Affirmative Defenses, and Counterclaims. Page 47 ¶ 71 now cites Ex. R.

15.     Exhibit S is updated to reflect the text in the Answer, Affirmative Defenses, and Counterclaims. Page 47 ¶ 72 now cites Ex. S.

16.     Exhibit T is updated to reflect the text in the Answer, Affirmative Defenses, and Counterclaims. Page 48 ¶ 73 now cites Ex. T.

17.     Exhibit U is updated to reflect the text in the Answer, Affirmative Defenses, and Counterclaims. Page 48 ¶ 74 now cites Ex. U.

18.     Exhibit V is updated to reflect the text in the Answer, Affirmative Defenses, and Counterclaims. Page 51 ¶ 86 now cites Ex. V.

19.     Exhibit W is updated to reflect the text in the Answer, Affirmative Defenses, and Counterclaims.

20.     Page 57 ¶ 98 now cites Ex. L.

21.     Page 57 ¶ 99 now cites Ex. L.

22.     Page 59 ¶ 98 now cites Ex. K and Ex. L, respectfully.

Respectfully submitted,

Date: September 26, 2024

*/s/ R. Scott Johnson*

R. Scott Johnson (#AT0004007)
Cara S. Donels (#AT0014198)
Erin M. Boggess (#AT0015950)
FREDRIKSON & BYRON, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA  50309-1977
Telephone:  (515) 242-8900
E-mail:  RSJohnson@fredlaw.com
        CDonels@fredlaw.com
        EBoggess@fredlaw.com

Laura L. Myers (Minn. #0387116)
(admitted *Pro Hac Vice*)
FREDRIKSON & BYRON, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
Telephone:  (612) 492-7000
E-mail:  LMyers@fredlaw.com

**Attorneys for Defendants and Counterclaim Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2024, I electronically filed the *Errata* with the

Clerk of Court using the CM/ECF system, who in turn sent notice to the following:

Joshua J. Conley, Esq.
  jconley@zarleyconley.com
John D. Gilbertson, Esq.
  jgilbertson@zarleyconley.com
ZARLEYCONLEY PLC
580 Market Street, Suite 101
West Des Moines, IA  50266

*Attorneys for Plaintiff and*
*Counterclaim Defendant*

*/s/ Erica Palmer*
Erica Palmer