# EXHIBIT E

**PageVault**

| | |
|---|---|
| Document title: | (5) Facebook |
| Capture URL: | https://www.facebook.com/DMACCFoundation/ |
| Page loaded at (UTC): | Wed, 25 Sep 2024 19:52:15 GMT |
| Capture timestamp (UTC): | Wed, 25 Sep 2024 19:54:19 GMT |
| Capture tool: | 10.51.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 2 |
| Capture ID: | n5xGca5ViUwUUyxsAezDij |
| Display Name: | vhandler |

PDF REFERENCE #:   wVMw9iQTUJsVX51PxFEw2d

Search Facebook

# DMACC Foundation & Alumni Association

616 likes • 647 followers

Message Like Search

Posts About Mentions Reviews Followers Photos More ▾ ···

## Intro

The preferred giving channel for all DMACC initiatives, the DMACC Foundation works cooperatively with individual donors, local businesses, and support organizations to ensure funding is available for scholarships and other priorities.

**Page** · School

2006 S Ankeny Blvd, Bldg 22, Ankeny, IA, United States, Iowa

(515) 965-7331

alumni@dmacc.edu

dmacc.edu/foundation

Not yet rated (4 Reviews)

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

## Posts

Filters

**DMACC Foundation & Alumni Association**
4h ·

Looking to get in a weekend 5K?
Join us on DMACC Ankeny Campus on Saturday morning!
Registration is still open ... details here: **https://dmacc.edu/5k/index.html**

1

Like Comment Share

Write a comment...

**DMACC Foundation & Alumni Association**
2 days ago ·

See the world with the DMACC Alumni Association! To learn more about upcoming trips visit this link: **https://www.dmacc.edu/alumni/travel.html**

Document title: (5) Facebook
Capture URL: https://www.facebook.com/DMACCFoundation/
Capture timestamp (UTC): Wed, 25 Sep 2024 19:54:19 GMT

