# EXHIBIT T

# Caps Hats & Visors





(/Duke-Dri-Fit-Club-Unstructured-Featherlight-Cap-by-Nike_2)

(/Duke-Dri-Fit-Club-Unstructured-Featherlight-Cap-by-Nike)

**DUKE® DRI-FIT CLUB UNSTRUCTURED FEATHERLIGHT CAP BY NIKE® (/DUKE-DRI-FIT-CLUB-UNSTRUCTURED-FEATHERLIGHT-CAP-BY-NIKE_2)**
$30.00

**DUKE® DRI-FIT CLUB UNSTRUCTURED FEATHERLIGHT CAP BY NIKE® (/DUKE-DRI-FIT-CLUB-UNSTRUCTURED-FEATHERLIGHT-CAP-BY-NIKE)**
$30.00



(/Duke-Dri-Fit-Rise-Structured-Trucker-Cap-by-Nike)

**DUKE® DRI-FIT RISE STRUCTURED TRUCKER CAP BY NIKE® (/DUKE-DRI-FIT-RISE-STRUCTURED-TRUCKER-CAP-BY-NIKE)**

$32.00



(/Duke-Apex-Bucket-Hat-by-Nike_2)

**DUKE® APEX BUCKET HAT BY NIKE® (/DUKE-APEX-BUCKET-HAT-BY-NIKE_2)**

$34.00



(/Duke-Apex-Bucket-Hat-by-Nike)

**DUKE® APEX BUCKET HAT BY NIKE® (/DUKE-APEX-BUCKET-HAT-BY-NIKE)**

$34.00



(/Duke-Dri-Fit-ID-w-Patch-Club-Structured-Cap-by-Nike)

**DUKE® DRI FIT-ID W/PATCH-CLUB STRUCTURED CAP BY NIKE® (/DUKE-DRI-FIT-ID-W-PATCH-CLUB-STRUCTURED-CAP-BY-NIKE)**

$28.00



(/Devilhead-Rise-Structured-Swooshflex-Cap-by-Nike)

**DEVILHEAD RISE STRUCTURED SWOOSHFLEX CAP BY NIKE® (/DEVILHEAD-RISE-STRUCTURED-SWOOSHFLEX-CAP-BY-NIKE)**

$34.00



(/Dri-Fit-Blue-Devils-Ace-Visor-by-Nike_3)

**DRI FIT-BLUE DEVILS-ACE VISOR BY NIKE® (/DRI-FIT-BLUE-DEVILS-ACE-VISOR-BY-NIKE_3)**

$26.00



(/Dri-Fit-Blue-Devils-Ace-Visor-by-Nike_2)

**DRI FIT-BLUE DEVILS-ACE VISOR BY NIKE® (/DRI-FIT-BLUE-DEVILS-ACE-VISOR-BY-NIKE_2)**

$26.00



(/Dri-Fit-Blue-Devils-Ace-Visor-by-Nike)

**DRI FIT-BLUE DEVILS-ACE VISOR BY NIKE® (/DRI-FIT-BLUE-DEVILS-ACE-VISOR-BY-NIKE)**

$26.00





(/Youth-Block-Duke-ID-Rise-Cap-by-Nike)

**YOUTH BLOCK DUKE® / ID RISE CAP BY NIKE® (/YOUTH-BLOCK-DUKE-ID-RISE-CAP-BY-NIKE)**

$28.00

(/Youth-Block-Duke-Club-Cap-by-Nike_2)

**YOUTH BLOCK DUKE® CLUB CAP BY NIKE® (/YOUTH-BLOCK-DUKE-CLUB-CAP-BY-NIKE_2)**

$28.00





(/Youth-Block-Duke-Club-Cap-by-Nike)

**YOUTH BLOCK DUKE® CLUB CAP BY NIKE® (/YOUTH-BLOCK-DUKE-CLUB-CAP-BY-NIKE)**

$28.00

(/Youth-Block-Duke-Club-Cap)

**YOUTH BLOCK DUKE® CLUB CAP BY NIKE® (/YOUTH-BLOCK-DUKE-CLUB-CAP)**

$28.00





(/Duke-Dri-Fit-Club-Unstructured-Swoosh-Cap-by-Nike)

(/Duke-Rise-Structured-Trucker-Cap-by-Nike)

**DUKE® DRI FIT-CLUB UNSTRUCTURED SWOOSH CAP BY NIKE® (/DUKE-DRI-FIT-CLUB-UNSTRUCTURED-SWOOSH-CAP-BY-NIKE)**

$28.00

**DUKE® RISE STRUCTURED TRUCKER CAP BY NIKE® (/DUKE-RISE-STRUCTURED-TRUCKER-CAP-BY-NIKE)**

$30.00



Best Seller





(/Rise-Structured-Trucker-Cap-by-Nike)

(/Block-Duke-Tri-Glide-Cap-by-Nike)

**DUKE® RISE STRUCTURED TRUCKER CAP BY NIKE® (/RISE-STRUCTURED-TRUCKER-CAP-BY-NIKE)**

$30.00

**BLOCK DUKE® TRI-GLIDE CAP BY NIKE® (/BLOCK-DUKE-TRI-GLIDE-CAP-BY-NIKE)**

$28.00


**Best Seller**





(/Block-Duke-Tri-Glide-Cap)

(/Duke-Vintage-Devil-Head-Clean-Up-Cap-by-47)

### BLOCK DUKE® TRI-GLIDE CAP BY NIKE® (/BLOCK-DUKE-TRI-GLIDE-CAP)
$28.00

### DUKE® VINTAGE DEVIL HEAD CLEAN UP CAP BY '47® (/DUKE-VINTAGE-DEVIL-HEAD-CLEAN-UP-CAP-BY-47)
$32.00





(/Duke-Mom-Cap)

(/Sideband-Trucker-Cap-by-47)

### DUKE® MOM CAP BY LEAGUE® (/DUKE-MOM-CAP)
$27.95

### DUKE® STANDING DEVIL SIDEBAND TRUCKER CAP BY '47® (/SIDEBAND-TRUCKER-CAP-BY-47)
$40.00





(/Duke-Sidney-Clean-Up-Cap-by-47)

**DUKE® WOMEN'S SIDNEY CLEAN UP CAP BY '47® (/DUKE-SIDNEY-CLEAN-UP-CAP-BY-47)**

$34.00

(/Duke-Womens-Pollinator-Bucket-Hat-by-47)

**DUKE® WOMEN'S POLLINATOR BUCKET HAT BY '47® (/DUKE-WOMENS-POLLINATOR-BUCKET-HAT-BY-47)**

$42.00

NEXT (/APPAREL/HATS/CAPS-HATS-VISORS?PAGE=2)