# EXHIBIT U

**Non-Exhaustive List of Third-Party Schools with Seals Featuring Books and Lamps**

| Image | Educational Institution | Source |
|---|---|---|
|  | St. Alexius College | https://stalexiuscollege.edu.ph/about-us/college-seal/ |
|  | Haverford Township High School | https://www.haverford.k12.pa.us/home-high-school |
|  | Boston College | https://www.bc.edu/ |

| | | Oklahoma State University | https://brand.okstate.edu/branding-guidelines/logos-and-marks/official-marks.html |
|---|---|---|---|
| | | Dickinson College | https://www.dickinson.edu/info/20085/marketing_and_communications/1473/college_seal |
| | | Howard University | https://secretary.howard.edu/sites/secretary.howard.edu/files/2021-03/HU_IDENTITY2016.pdf |

| | | |
|---|---|---|
| | Ohio State University | https://www.osu.edu/ |
| | Northeastern University | https://brand.northeastern.edu/visual-identity/seal/ |
| | University of Michigan | https://brand.umich.edu/logos/university-seal/ |