# EXHIBIT W

PageVault

| | |
|---|---|
| Document title: | (3) KCCI and Drake - Search Results \| Facebook |
| Capture URL: | https://www.facebook.com/search/top/?q=KCCI%20and%20Drake |
| Page loaded at (UTC): | Wed, 31 Jul 2024 19:14:53 GMT |
| Capture timestamp (UTC): | Wed, 31 Jul 2024 19:25:22 GMT |
| Capture tool: | 10.48.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 7 |
| Capture ID: | go2yGCCNnYoBExGEyN6xPV |
| User: | fb-vhandler |


KCCI's Post
View all 2 replies
Bob Swyter
Ridiculous Suit. Throw it out.
3w Like Reply 35
Dennis Dyer
I was president of the student senate in 1969 when we adopted the genie lamp logo and the color blue, you should have kept it then you wouldn't be in this mess. We also petitioned Ankeny for a stoplight out front on Ankeny Blvd and that turned out marvelously, it was a free for all before that.
3w Like Reply 5
Will Lounsbery
Drake is losing all its credibility from cutting programs to this frivolous lawsuit.
3w Like Reply 15
View 1 reply
Top fan
Tiffany Noelle
This: 🤣🤣🤣
"DMACC has not responded yet in court, but did send KCCI a statement Tuesday reading in part, "Both names for our outstanding institutions have always started with the letter D – you can't say DMACC without it, and we both have always had blue as our primary color. Drake University simply does not own the letter D."
3w Like Reply 70
View all 6 replies
Top fan
Louis Duke Fountain
They are the same size "D!" #pause
3w Like Reply 13
Karen Riley Sievers
Agencies and schools defend their logos based on copyright. Drake went to DMACC early and said there's an infringement. They could have made a simple change and chose not to. Being in the same city makes it even a worse break from identity logos. Marketing at this level is a big deal. Even Register's headline was misleading.
3w Like Reply 5
View all 3 replies
Grant Woodard
If Drake has this type of money to waste, maybe it can start paying property taxes.
3w Like Reply 27
View all 7 replies
Wyvonn Willis
Private college suing a community college just gross
3w Like Reply 25
Gerald Landon Hill · Follow
For those who have difficulty understanding Drake's position... Try opening a burger joint called "McDowell's" and then having your logo being a big "M" and having a sandwich called the "Big Mick"... 🙂 😀 sound familiar?!?!
#ComingToAmerica
3w Like Reply 6
View 1 reply
Write a comment...
Search results
Filters
All
Posts
People
Photos
Videos
Marketplace
Pages
Places
Groups
Events
m up to make
mments 104 shares
Share
Share

Document title: (3) KCCI and Drake - Search Results | Facebook
Capture URL: https://www.facebook.com/search/top/?q=KCCI%20and%20Drake
Capture timestamp (UTC): Wed, 31 Jul 2024 19:25:22 GMT
Page 4 of 6



