# EXHIBIT K

# Brand Standards & Style Guide

**DRAKE UNIVERSITY** | 2020.1



TABLE OF CONTENTS

# Table of Contents

| 02 | INTRODUCTION | 15 | AFFILIATE MARKS |
| 03 | BRAND POSITIONING | 16 | GRAPHIC ELEMENTS |
| 06 | BRAND VOICE AND COPY TONE | 24 | PHOTOGRAPHY AND VIDEO |
| 08 | TYPOGRAPHY | 31 | BRAND IN ACTION |
| 11 | BRAND COLORS | 33 | APPENDIX I: LEGAL |
| 12 | DRAKE UNIVERSITY LOGO | 34 | APPENDIX II: COLLATERAL |
| 14 | OTHER DRAKE MARKS | | |

# Maintaining a clear, consistent Drake brand starts here.

Our brand is one of our most valuable assets in the effort to set Drake apart from thousands of other colleges and universities. Our brand is strengthened and protected when it is used consistently and within parameters established to advance Drake's image and reputation.

**A brand goes far beyond just a logo. It's the consistent combination of graphics, photography style, and language that communicates what's unique and positive about Drake.**

These guidelines were created to help us speak with a unified voice; protect our logo and other assets; maintain graphic and language continuity, and support powerful; relevant messaging that clearly says; "This is Drake."

If you have questions or need additional assistance, please contact the Drake University Office of Communications and Marketing at **ucm@drake.edu.**

# Brand Positioning

BRAND POSITIONING

## FOR A LIFETIME

*For a Lifetime* should be the bedrock of everything we communicate. It drives home the idea that a Drake education is different because it stays with you no matter where you go or what you do.

While you're struggling, and celebrating, and striving for more, an unshakable foundation is building. A wellspring of inner strength and know-how that endures—propelling you further, driving your ambition, and giving you the insight to navigate life's biggest challenges. Intangible. Unbreakable. And remarkably resilient. This is an education that lasts a lifetime. This is the Drake experience.

**Note:** *For a Lifetime* **should <u>NOT</u> be used as a tagline.**

## THE DRAKE BRAND PROMISE

<u>This is not a typical university. It's a catalyst that propels any individual forward and outward from the moment they encounter Drake and throughout their lives.</u>

BRAND POSITIONING

## FOUNDATION OF THE BRAND

Built on fundamental truths about Drake University, the brand promise and brand positioning provide a strategic foundation for our brand. All marketing and communications should reinforce the brand promise. The ultimate goal is that when anyone sees Drake's branding, they are reminded of our brand promise.

## WHAT OUR BRAND PROMISE AND POSITIONING MEAN TO OUR MOST IMPORTANT AUDIENCES

**As a student**, you'll become an invested citizen of the world: ready to navigate both the personal and the professional and to lead a life of consequence.

**As a parent**, you know your student will be well-prepared for any challenge life brings.

**As a Drake faculty or staff member**, you have the freedom to collaborate, engage more deeply with students, and create a learning and living experience that's immersive, holistic, and enduring.

**As Drake alumni, supporters, or donors,** you have a sense of gratitude and pride that the university provides education and experiences that create a strong foundation for a lifetime of success. You feel connected to something larger than yourself, something that has and will continue to deliver life-improving benefits to generations of students.

**As an employer**, you have a guaranteed pipeline of talented, well-prepared graduates to contribute to your organization's long-term success (not just its immediate needs) as well as to the community.

**As a citizen**, you know that Des Moines's largest university is the best reflection of the city—open to opportunity and driven to constantly improve our circumstances, collectively and collaboratively.

BRAND POSITIONING

## KEY MESSAGING PILLARS

Brand pillars support the overall brand messaging. All of these, taken together, support our positioning of *For a Lifetime*.

### A RESILIENT EDUCATION

A Drake education is future-proof, preparing students for their first job and also every career move thereafter.

### GUIDANCE THAT SUPPORTS AND CHALLENGES

At Drake, students are the number one priority. Period.

### FULLY ENGAGED

Students move swiftly from academic work to career preparation, clubs and organizations, and community involvement. This insatiable desire to engage rounds us out as humans and is how we define fun.

### NAVIGATING COMPLEXITY

Drake helps people learn to confront new situations with open-mindedness, respect, civility, and self-awareness. Drake is positioned and prepared for today's reality—a time when civil discourse is at risk, and society is more diverse and global than ever.

### CONNECTED WITH AND WITHIN COMMUNITIES

Drake opens doors to networks and communities that help propel students toward their dreams. The relationships that the university has developed both locally and around the world are easily accessible to students, enabling them to pursue interests and passions. As a Drake alumnus, you become part of a network of professionals eager to help each other grow and succeed.

## TONE WORDS

Several key qualities—tone words—embody the Drake University brand.

While these words don't need to be used verbatim, they should inspire the language and tone used to develop everything from social media posts and emails to employee communications and event promotions.

Tone words are meant to be adapted to each audience. For example, consider turning up the "confident" and "vibrant" when you're developing something for prospective students. By contrast, you may want to turn up the "invested" and "versatile" when speaking to donors.

Confident
Invested
Audacious
Versatile
Magnetic
Vibrant
Curious

# Brand Voice and Copy Tone

How we speak to our audience is just as important as what we say. Brand voice—the tone and personality of all our copy—is often an overlooked element of the branding. Done well, it can help Drake stand out from the competition.

**Our brand voice is:**

- Active
- Spirited and confident, but never boastful
- Genuine and relatable, not stuffy or jargon-heavy
- Knowledgeable, recognizing that learning never stops and eager for what's next
- Conversational, as if we're having coffee with our audience

## HEADLINES

Headlines should be short, be direct and deliver clear benefits (brand messages). Focus on what's in it for your reader.

## HEADLINE PUNCTUATION

For headlines that are single sentences or sentence fragments, only use punctuation if framed as a question. For multi-sentence headlines, use normal punctuation.

## EXAMPLE HEADLINES

### From student body president to stumping presidential hopefuls

*Audience benefit: Being a Drake student puts you on the front lines of the national political scene.*

### Ready for adventure?

*Audience benefit: : Education isn't just academics, it's experiential.*

### Research isn't just for grad students. (Thank goodness.)

*Audience benefit: You will have opportunities to do serious research as an undergraduate.*

### HOW AND WHEN TO USE "®"

"Drake" is a registered trademark of Drake University within the higher education landscape. Drake˚ is required for licensed merchandise. The ® is not necessary when Drake is mentioned in copy on print and digital marketing materials. Please refer to *Appendix I: Legal* for more information or contact The Drake University Office of Communications and Marketing at **ucm@drake.edu** for more information.

### LICENSING GUIDELINES

See *Appendix I: Legal* for information regarding licensing opportunities and restrictions.

BRAND VOICE AND COPY TONE

## BODY COPY

The body copy is where the brand voice fully comes to life. Here we can tell the story of confidence and readiness in a conversational way.

Words like "resilient," "education for a lifetime," and "enduring" help drive home the Drake difference while staying grounded with clear, matter-of-fact language and, when possible, real stories.

**Two big rules for body copy:**

- Write body copy in the way that you'd speak to your audience face-to-face. That helps to weed out jargon.

- Avoid using "me", "we", and "us". Use "you" often. Copy should convey benefits for the reader first and foremost. Example: "At Drake, you'll get an education that lasts a lifetime" instead of "Drake offers an education that will last a lifetime."

## EXAMPLE BODY COPY

- It's impossible to know what the world will look like in four years. Let alone 10. Can you imagine it in 30? Instead of guessing, we're preparing. Teaching students how to think instead of what to know. Every moment here is designed to build a more complete and ready individual. One who can be versatile in times of change and tenacious in the face of adversity. One who embraces the unpredictability of life and rises to any occasion with confidence.

- Take a closer look. Test the norm. Go on a binge of saying "what if" to everything from algorithms to anthropology. You'll learn from brilliant professors with advanced degrees, not teaching assistants, and have opportunities to do real research even as a first-year student. You'll also get hands-on experience with the latest scientific technologies and facilities. Our STEM Complex, completed in 2017, is just one part of a recent campus-wide building blitz.

Drake handles these two frequent editorial elements differently than most style guides:

**THE SERIAL COMMA**

Drake uses the serial comma, also known as the Oxford comma. Example: "At Drake, you'll find a faculty that cares, top-flight facilities, and exceptional student support."

**URL STYLE**

All URLs should be lowercase and italicized. They can also be boldface when possible. Do not use "www." Examples: *drake.edu/mba* or **drake.edu/mba.**

For the complete list of editorial rules, consult the Drake Editorial Guide available at **drake.edu/toolkit.**

# Typography

TYPOGRAPHY

The Drake brand uses two complementary typefaces, a primary typeface and a secondary typeface. Typical projects will use both styles together at a ratio of roughly 70/30, but this ratio varies depending on the situation.

## PRIMARY TYPEFACE–HARFANG

Harfang is the primary typeface for the Drake brand. It feels traditional and academic in nature, but has a modern edge. It is easy to read at small and large sizes, and its angular serifs speak to strong character, especially when rendered at large display sizes.

At any size, as body copy or display type, the primary font weight should be Harfang–Light. Heavier weights may be used occasionally for emphasis or to reinforce informational hierarchy, but should never be the main font weight.

When used as a display type (e.g., as a headline or primary graphic element), right or left alignment is acceptable, and centered alignment is also allowed in limited circumstances. When used as body copy, text should always be left-aligned or justified.

Harfang should never be set in all caps.

## SECONDARY TYPEFACE–PROXIMA NOVA

Proxima Nova is used as a secondary typeface, providing a great complement and contrast to the serifs of Harfang. Proxima Nova is a versatile typeface, offering a range of weights that convey different tones depending on their use. Proxima Nova is simple and geometric, making it ideal for digital as well as print formats.

Proxima Nova may be set in sentence case or all caps.

## FONT ALTERNATIVES

If you do not have Harfang, you can use Source Serif Pro, which is a Google font that you can download for free.

If you do not have Proxima Nova, you can use Work Sans, which is a Google font that you can download for free.

For additional assistance with fonts, please contact the Office of Communications and Marketing at **ucm@drake.edu.**

Harfang–Light
The quick gray bulldog jumps over the lazy fox.

*Harfang–Light Italic*
*The quick gray bulldog jumps over the lazy fox.*

**Harfang–Extra Bold**
**The quick gray bulldog jumps over the lazy fox.**

***Harfang–Extra Bold Italic***
***The quick gray bulldog jumps over the lazy fox.***

Proxima Nova–Light
The quick gray bulldog jumps over the lazy fox.

Proxima Nova–Regular
The quick gray bulldog jumps over the lazy fox.

Proxima Nova–Medium
The quick gray bulldog jumps over the lazy fox.

**Proxima Nova–Bold**
**The quick gray bulldog jumps over the lazy fox.**

**Proxima Nova–Extra Bold**
**The quick gray bulldog jumps over the lazy fox.**

**Proxima Nova–Black**
**The quick gray bulldog jumps over the lazy fox.**

TYPOGRAPHY

## RUNOFF TEXT

Typography plays a key role in the execution of the Drake brand, so we want to make it work as hard as it can. Mixing typestyles and pushing text to the edge of the page or screen are effective ways to create energy and interest—the dissonance of this design tactic entices the audience to read the text carefully.

It's a technique that should be reserved for times when the type can be quite large and does not interfere with complex photography. Of course, be cognizant of legibility and ensure good contrast between type and background color or borders.







TYPOGRAPHY

## TEXT UNDERLINE

Deliver headlines with an added punch by using brand colors for a stroke underline detail to lines of copy. The text underline style emphasizes and stylizes headlines and reflects a sense of layering, foundation, and building.

The underline's stroke thickness should be equal to the crossbar of an uppercase "A". The underline should align flush left or right depending on the alignment of your text.

Underlines should be offset from the baseline of the text just enough to clip the top of the descender serif on a lowercase "y."

Underlines should only be applied to text set in Harfang—never Proxima Nova.

Be mindful of where this technique is used. It's most appropriate for display-size text in print applications.

## TEXT HIGHLIGHT

Using an approved color to highlight copy in a block of text can draw extra attention to a statement or create impact at the beginning of a paragraph.

This style alludes to using a highlighter to emphasize something in a college textbook. Follow these guidelines to ensure a consistent application of technique across the university:

- The top edge of the highlight should intersect the vertex of the ascender serif on the lowercase "h" or "d."

- The distance from the end of the text underline to the edge of a highlight should equal roughly half the width of a lowercase "o."

- The distance from text underline to bottom edge of a highlight should equal roughly half the height of a lowercase "o."

**Do not** change the color of a text element mid-phrase in order to better match a desired highlight color.

Highlight may be applied to both Harfang and Proxima Nova text.

This technique is most effective when used sparingly.



The top edge of a highlight should intersect the vertex of the ascender serif on the lowercase "h" or "d."

The distance from text underline to bottom edge of a highlight should equal roughly half the height of a lowercase "o."

The distance from the end of the text underline to the edge of a highlight should equal roughly half the width of a lowercase "o."

Thickness of the underline should equal roughly the thickness of the crossbar on an uppercase "A."

Text underline should be offset from the baseline of text just enough to clip the top of the descender serif on a lowercase "y." If text does not include a "y", add one temporarily to check the distance, then delete afterwards.



**IS MY HIGHLIGHT COLOR COMBINATION ACCEPTABLE?**

Preferred

If Necessary

Never

This chart outlines rules for highlighted text only. Some combinations discouraged here are acceptable for other design elements. Use best judgment based on color contrast and readability and to avoid confusion with competitive university brands.

# Brand Colors

BRAND COLORS

## PRIMARY PALETTE

The primary color palette is made up of two shades of blue—Drake Blue and Light Blue. These hues are central to the Drake brand and should be prevalent in everything created for Drake. Leading the way is Drake Blue, which is distinguished and collegiate and speaks to the tradition of Drake, while Light Blue is bright, youthful, and friendly.

## SECONDARY PALETTE

The secondary color pallet is made up of complementary colors to the blues of the primary palette and should be treated as an accent. Yellow, orange, and red are radiant and bold and infuse designs with impact and energy.

## RICH BLACK vs. 100K BLACK

In print applications, the layering of some graphic elements in the Drake brand style may require the use of a rich (4-color) black build. Use this in place of 100K black in areas where the black is printed across two contrasting colors (*fig. A*). Rich black will provide adequate coverage, whereas 100K black can appear lighter on one of the overprinted colors.

This technique is most important for display-size text and graphic elements. Using rich black for small body copy is not recommended because it offers little visible improvement and can make correct ink registration more difficult.

This consideration applies only to print; rich black is not necessary in digital applications.



| Drake Blue | Light Blue | Yellow | Orange | Red |
|---|---|---|---|---|
| PMS 2945 | PMS 299 | PMS 116 | PMS 151 | PMS 1797 |
| 100 58 0 21 | 86 8 0 0 | 0 14 100 0 | 0 59 100 0 | 2 97 85 7 |
| 0 75 150 | 0 163 224 | 255 205 0 | 255 130 0 | 203 51 99 |
| #00 3B 73 | #00 A3 E0 | #FF CD 00 | #FF 82 00 | #CB 33 3B |

Note: The height of these color swatches in relation to each other offers a rough indication of how much each color should be used throughout the Drake brand.



Rich Black (4-color)

100 58 0 21

*fig. A*

*An undesirable print effect caused by using 100K black ink over two contrasting background colors.*

DRAKE UNIVERSITY LOGO

# The Logo

The Drake University logo is the most recognizable element of our brand.

**Note: Only use Drake logos in the ways described and illustrated in this document. Any other use or alteration without prior approval from the Drake University Office of Communications and Marketing is prohibited.**

## CLEAR SPACE

To maintain the integrity of the logo, do not crowd it with other visual elements. Keep a minimum of clear space around the logo equal to the size of the "e" in the logo at the farthest edges of the logo.

## LOGO COLOR

The Drake logo can only appear in Drake Blue, black, or white. It should not be produced in any other color or in tints of approved colors. When placing the logo on a colored background, be sure there is a high contrast between the field of color and the logo. Pay special attention to readability and accessibility in every circumstance.

## DISPLAY RULES

- Never apply a drop shadow to the Drake logo.

- Do not distort, rotate, or deconstruct any logo components.

- Do not add any elements to the logo not mentioned in this guide.

- The logo should never be outlined in a contrasting color or given a stroke with transparent fill.



*Leave clear space around the logo equal to the width and height of the "e" in "Drake."*

**YES**






**NO**






DRAKE UNIVERSITY LOGO

## THE DRAKE "D"

The "D" of the primary logo is sometimes used alone in situations where space or size limitations make the full logo cumbersome. Example: social media profile pictures. When used this way, the "D" should be the primary mark and represent the university as a whole. Best practice is to only use the singular "D" when "Drake University" is displayed nearby.

The "D" should never be used as a design element (beyond use as a logo) and never be used in a word, as in "D"og. Contact the Drake University Office of Communications and Marketing with questions.

## SCHOOL CLUB GUIDELINES

Official university clubs in good standing may use the Drake logo in their communications and merchandise provided the use follows brand guidelines. If the merchandise will be sold, the logo use must be approved through the university's licensing process. Any modifications or additions must first be submitted to the Drake University Office of Communications and Marketing at **ucm@drake.edu.**

## LICENSING

See *Appendix I: Legal* for information regarding licensing opportunities and restrictions.



*Special circumstances sometimes allow for the use of the Drake "D" on its own, but only when "Drake University" is written nearby.*

# Other Drake Marks

## COLLEGE AND DEPARTMENT LOCKUPS

Individual colleges and staff departments may use the primary Drake logo in a lockup with the name of their division in the approved format shown here. The name of the school or department should be set in Proxima Nova Light. School names that include the word "and" must use an ampersand (&). Example: College of Arts & Sciences.

Any variation on this format must first be approved by the Drake University Office of Communications and Marketing.





## UNIVERSITY SEAL

The Drake University Seal is used exclusively under direction of the Office of the University President. Any use of the seal must be approved by the Drake University Office of Communications and Marketing and the Secretary of the University.

## LAW SCHOOL SEAL

The Drake University Law School Seal is to be used exclusively by the law school. Any other use of the seal must be approved by the Drake University Office of Communications and Marketing.





# Affiliate Marks

Occasionally there are organizations either within or closely affiliated with Drake that have their own brand and mark for strategic purposes *(example fig. A)*.

These rare exceptions each have their own rules for use, including how they should appear in relation to Drake's primary brand. These marks should never be used without prior approval from the Drake University Office of Communications and Marketing.

## DRAKE ATHLETICS

Drake athletics' unique bulldog branding (*fig. B*) can only be used with permission of the Drake athletics office. Contact them for more information.

## GRIFF® II MERCHANDISE

This stylized drawing of Griff® II (*fig. C*) is a trademark of Drake University and reserved for use on licensed merchandise only. Any use of Griff's name and likeness on any type of merchandise must be approved by the Drake University Office of Communications and Marketing.

## OUTSIDE PARTNERSHIPS

When partnering with outside organizations, the prominence of the Drake logo is determined by Drake's level of commitment. For example, if Drake is involved in sponsoring an event, the logo should receive equal standing with the partner's logo in size and placement. If Drake is only contributing space or playing a lesser role for an event planned by another group, Drake's logo may be placed in secondary standing. For further guidance, contact the Drake University Office of Communications and Marketing.

*fig. A*



*fig. B*



*fig. C*



# Graphic Elements

The Drake brand incorporates a modular, flexible system of recurring graphic elements. These elements can be used together or separately. They reinforce Drake's unique visual identity and set the university's messaging apart from typical higher education communications.

## LAYERING ELEMENTS ON A LOOSE GRID

A cornerstone of the Drake "look" is the layering of overlapping elements. Placement may look arbitrary at first glance, but it's actually governed by a loose layout grid. The grid creates a foundation of restraint and order that can then be strategically broken. The result creates a youthful, energetic, and dynamic look while maintaining good design fundamentals.

The grid is not law. It's a guide intended to encourage the designer to be deliberate and balanced with their layout decisions.





GRAPHIC ELEMENTS ▪

## CONCRETE TEXTURE

Cement slab photography is a great device for adding depth and texture to a design. Use it in ways that reinforce the nature of sturdy and strong concrete—whether it sits beside white space, takes the place of it altogether, or is multiplied against color blocks—by having it take up substantial space in a design and be a foundational element.

## PATCHWORK OVERLAY

Not only is the Drake experience multi-layered; so is the Drake student. The patchwork overlay visually supports this, creating depth and representing multiple components and layers working together to create the whole.

Taking the use of cement slab texture one step further, use numerous styles of the texture together in small, layered pieces on top of color blocks or portrait photography to add visual interest to a large area or create an appealing effect with photography. Small pieces of color blocks also work nicely with this effect. In your design, individual rectangles of texture can stack and combine with each other using various filter effects to produce new results when overlapped.

Also, move the opacity levels of each piece up and down to control and customize the amount of texture that comes through and the effect each has when interacting with each other. The most effective transparency effects tend to be, Screen, Overlay, and Multiply—experiment and test what works best for your design.



*Overlaying concrete slab photos creates a subtle yet engaging background texture.*



*A patchwork photo collage conveys the deep, multi-layered nature of the Drake student experience.*

GRAPHIC ELEMENTS

## COLOR BLOCKS AND WHITE/NEGATIVE SPACE

The Drake brand stands out in its embrace of white space in digital and print communications. Ample white space feels elegant and minimalist, but whoever said that space needs to stay white? Electrify areas of white with bold blocks of color from the Drake color palette (see page 11). This technique is striking and confident and allows our bold color palette to shine while also creating a dynamic interaction with other elements such as photography and type.







## LINES AS DESIGN ELEMENTS

Thick lines, thin lines, long lines, short lines. We use lines to help separate sections in a layout, pull the eye toward important information, indicate content hierarchy, or just to add some visual contrast to a design.

Mix &
Match
Majors
Riddhi Soni is a first-generation college student who graduated in May 2019 with degrees in psychology and neuroscience. She now attends medical school at Ross University School of Medicine in Barbados.
Riddhi, from Bartlett, Ill., spent a week in Greece during the summer of 2018 shadowing doctors from the General University Hospital of Patras through the Atlantis Fellowship Program. She attributes her decision to attend medical school abroad to this travel experience.
Chemistry and fine art? Pre-law and music? Astronomy and public relations? Why not? We take "nobody's ever done that before" as a challenge. Drake students blaze their own educational trails to create careers that last a lifetime.
You'll start work in your major from day one, and interdisciplinary classes and skilled advising make it all very doable in four years.
I feel as if psychology and neuroscience are extremely intertwined. With the help of my adviser, I was able to manage my schedule in studying toward a double major. Without his guidance, I do not think I would have known exactly how to go about it.
— Riddhi Soni, Class of 2019
UNAPOLOGETICALLY ACADEMIC
Drake offers everything you'd expect to find at a university—sports and the associated swag, student clubs and other extra-curriculars, social opportunities, food and fun on campus and around Des Moines, and more. But from your first day on campus, you'll understand Drake's priority: academics and other educational opportunities that help you grow professionally and personally. Everything else comes second.
Sydnei Washington, elementary education major/sociology minor; Frankfort, Ill.; Class of 2022
Kaili Miller, magazine media/graphic design; Kansas City, Mo.; Class of 2022
Alex Maciejewski, pre-pharmacy/Pharm.D. candidate with a LEAD concentration; Schaumburg, Ill.; Class of 2020

THE PRACTICAL
DRAKE

Drake life by the numbers
3,015
undergraduates from 44 states and 37 countries
100+
undergraduate programs of study from six colleges and schools
160+
student organizations
10:1
student-faculty ratio
80%
of students engage in community service
0
classes taught by graduate assistants
Launching to your ne
of adultin
Undergraduate Progra







## LADDER

Whether designed to resemble the rungs on the ladder of success, building blocks, or a pillar lifting one up to reach their highest goals, the ladder is a small graphic element used to add visual interest to a composition, connect content, or incorporate more color. The graphic is made up of a grouping of seven equal-weight strokes, organized and stacked neatly together, set evenly spaced.

The rungs of the ladder represent the six academic units within the university, plus the library. Because of this symbolism, all seven lines must always be visible, no matter how the element is used. Do not add or subtract lines from the ladder.

The lines should always be stacked vertically. Do not rotate the element in any way.

The weight of the strokes may scale up or down depending on where they're used but should feel proportionate to other text elements in a design.

Play with this brand element and let it transform your design—drastically scale it up in size or stretch it out wide. The possibilities are endless.

The Practical Stuff
FORMS
DINING
HOUSING
FINANCE

Be bold.

COME TO FRIDAYS WITH GRIFF
Griff is part of the campus tour most Fridays, with some exceptions due to his celebrity schedule. When you see him, get a selfie and scratch his belly. You know you want to. Griff loves it, and he'll love you.
Tight with President Martin, worked the media spin room during the Democratic presidential debate on campus, ran for president (and became a trending topic on Twitter), "golfed" with PGA champion and alumnus Zach Johnson
@DrakeUGriff

College of Pharmacy & Health Sciences
TODAY'S LEARNERS. TOMORROW'S HEALTHCARE LEADERS.
Drake
UNIVERSITY









GRAPHIC ELEMENTS ■

## ARROW 

Most often used to point toward URLs and calls to action, the arrow is also useful as a general design element. Use it to lead the reader's eye to the next content or bracket important information.

## BULLDOG ILLUSTRATION

Everyone loves images of Griff, but it's easy to get carried away with photographs. This lets you bring some Griff into your design in a more subtle way. The lines radiating around Griff help communicate the fun aura around Drake's favorite dog.

Do not distort or rotate the illustration. Never increase the line weight disproportionately or fill in the outlines.

center; and basketball, volleyball, and racquetball courts. Or, head over to the Olmsted Center's Underground Fitness, a students-only workout facility. ■

➡ **Learn more at** *drake.edu/life/sportsr*







GRAPHIC ELEMENTS

## DOG PAW CALLOUT PIN 

The dog paw callout pin used with a thin-stroked box draws attention to information that you want to emphasize. It's best if used just once per spread or once every two spreads.

## SQUARE MARKER ■

Another graphic element to add to your design toolbox is the square marker in any brand color. Small but mighty, this pop of color can guide the eye to a title or header, behave as a visual anchor to boldly punctuate the end of body copy, or simply help stylize text to create interest and energy in the piece.

He's a retired champion from the dog show circuit and a c therapy dog who has found his life's calling: being the wal tail-wagging embodiment of smart, tenacious, fun-loving, hearted, loyal Drake Bulldogs everywhere. ■

 **COME TO FRIDAYS WITH GRIFF**

Griff is part of the campus tour most Fridays, with some exceptions due to his celebrity schedule. When you see him get a selfie and scratch his belly. You know you want to. Griff loves it, and he'll love you.



Admission

FOR THE THIRD S

■ 40 BULLDOGS EARNED FIRST-TEA
HONORS IN 2018–2019, AND TWO E
HONORS. FIVE BULLDOGS WERE
ALL-AMERICANS.

■ DRAKE STUDENT-ATHLETES RECORDED THE
HIGHEST GPA IN SCHOOL HISTORY IN 2018–
FOUR TEAMS BREAKING THE RECORD FOR H

GRAPHIC ELEMENTS

## INFOGRAPHIC STYLE

Infographics can make large amounts of information—especially statistic-heavy information—more easily digestible. The Drake brand favors a flat, bold infographic style composed of simple shapes, monoline icons, and dramatic typographic variations. Do not use Isometric or 3D illustrations. Otherwise, the style is left intentionally broad to encourage creative layouts.

## MONOLINE ICONS

Use iconography for infographic illustrations, to indicate the topic of a call-out section, or to generally reinforce the theme of a layout. Drake's preferred icon style calls for flat, simple, monoline illustrations. The stroke weight should be moderate—not overly heavy, but not so insubstantial that the icon is hard to see. Several examples of the style are shown here.

You may create your own illustrations as long as they remain within the approved style. A diverse library of premade monoline icons is also available as a font file on Lucid Press for general use. For more information on monoline icons, please contact the Drake University Office of Communications and Marketing at **ucm@drake.edu**.







PHOTOGRAPHY AND VIDEO

# Photography and Video

The Drake photography and video style should capture authentic moments and personalities and take advantage of natural light whenever possible. Subjects can be photographed in staged or candid settings but should never feel posed or contrived. Use the following styles to further guide Drake-branded photography.

## PORTRAITURE—STRENGTH

Who better to illustrate the rock-solid, future-proof Drake education than the students themselves? This portraiture style features single subjects embodying strength, determination, and confidence. They should feel alert, proud, and tall but also relatable. As often as possible, subjects should be standing or sitting straight with captivating eye contact or facing forward, eyes looking ahead, ready for what comes their way.








PHOTOGRAPHY AND VIDEO

## PORTRAITURE—FUTURE SETTING

When education focuses on how to think and respond rather than what to know, that education can take you anywhere. This photography style celebrates just that—preparing you for the unpredictability of life. What makes this style unique is its portrayal of students out of the classroom and off-campus, out in the world in settings that may or may not be recognizable. Whether it's the downtown streets of Des Moines or far-off lands outside the United States, this photography style highlights the resilience of a Drake education in the presence of life's winding road.








PHOTOGRAPHY AND VIDEO

## PORTRAITURE—JOY

This photography style highlights the unbridled joy, excitement, and enthusiasm that comes from feeling truly confident, secure, and surrounded by opportunities for fun. This portraiture style is defined by pure, in-the-moment happiness no matter who or what is around you. Capturing laughter, smiles, and intimate moments of energy and motion are key to elevating the fun and energy in these portraits.









PHOTOGRAPHY AND VIDEO

## CANDID CONNECTIONS

At Drake, connections made with friends, classmates, professors, neighbors, and alumni last a lifetime. Students feel a true sense of pride for their school, and sharing in that pride brings people together. This photography style is intended to capture groups of people that are spirited and lively, interacting with each other and their surroundings. This style is most successful when people are comfortable—emotionally and physically close, reinforced with authentic physical contact and candid emotions.









## GRIFF

Everyone loves Drake's live mascot, Griff. He draws instant attention, both in person and in marketing. That makes it tempting to use Griff's image on everything everywhere. Resist the urge. Limiting Griff's appearances helps present a balanced image of the university and also keeps him special.

Be mindful of the context in which Griff is placed. His classic "resting bulldog face," can sometimes be misinterpreted as sad or grumpy. For this reason, Griff is best used in lighthearted, informal communications.

Griff's image cannot be used on merchandise without permission. See p. 15 for more details. Consider using the bulldog illustration on p. 21 as a way to add a touch of Griff to your designs instead of using a photo.








PHOTOGRAPHY AND VIDEO

## CAMPUS DRAMA(TIC)

Make Drake stand out from the traditional, dry, expected campus landscape photos by incorporating dramatic lighting, energetic composition, and unique architectural quirks to present a beautiful, forward-thinking hub of academic achievement.

Don't be afraid to choose style over traditional campus landmarks. Of course, many projects will require the classic bell tower landscape, but focusing on the little things will showcase what really makes Drake special and inject energy into your design.








PHOTOGRAPHY AND VIDEO

## DES MOINES: AT THE CENTER OF IT ALL

Lots of the people we ask to consider Drake University have never been to Des Moines, and they may have some stereotypical ideas about Iowa's capital city.

Use photography to break misconceptions by showing the real Des Moines, a thriving metropolis full of things to do, cool shops, concerts, and opportunities for professional growth. Prioritize photos of Drake students engaging with the city in ways that will resonate with their peers over simple cityscape imagery.







# Brand in Action





















# Appendix I: Legal

## LICENSING

The Drake University Office of Communications and Marketing can recommend approved licensed vendors to help make your project easier. For more information, email **ucm@drake.edu**.

For a list of licensed vendors and information on how to become an approved vendor, visit ***drake.edu/toolkit***.

## TRADEMARKS AND COPYRIGHT

Technically, the Drake University primary logo is "Drake® University." Communications and merchandise produced by Drake University do not require the "®" registration mark, however.

With some very rare exceptions, trademarks are not used in copy for print and digital communications.

For university-branded merchandise produced by an outside vendor, the registered trademark is required.

**Drake's trademarks include:**
Drake®
Drake® University
Bulldogs™
Drake Relays®
America's Athletic Classic™

For guidance on when to include the ® and ™, contact the Drake University Office of Communications and Marketing at **ucm@drake.edu**.

# Appendix II: Collateral

Refer to **drake.edu/toolkit** to order stationery and business cards.

## EMAIL SIGNATURE

To create the email signature:

- Make a rule using the underscore key.
- Enter your contact information in the following structured format:

  Line 1:   Name, Designation, and graduation year (optional for alumni)
  Line 2:   Preferred pronouns (optional)
  Line 3:   Title, Office name
  Line 4:   Division (if applicable)
  Line 5:   Drake University

  (Space)

  Line 6:   T (two spaces) Phone number
  Line 7:   C (two spaces) Cell phone number (optional)
  Line 8:   E (two spaces) Email (optional)
  Line 9:   W (two spaces) Website address (optional)

- Make text and rule Drake blue by going to "text color" and selecting RGB sliders. Plug in R:0 G:75 B:150.
  (If only hex color is available, use #003B73)
- Make text "Bold" and select the websafe font, Helvetica size 12.
- Cut and paste this into the "Edit signature" area of your email.
- Use hyphens between numbers for phone and cells info.
- Do not use art in your email signature per ITS.
- Do not use personal phrases or poems in your email signature.
- If including preferred pronouns in email, place them on the second line.
  *Example:* Pronouns: they/them/theirs

*Example:*

**Griff A. Bulldog, MUT'15**
**Pronouns: he/him/his**
**Official Live Mascot**
**University Communications and Marketing**
**Drake University**


**T  515-271-9999**
**C  515-123-4567**
**E  griff.bulldog@drake.edu**
**W  *drake.edu/livemascot***