# EXHIBIT L



From: Drake University President <president@drake.edu>
Sent: Thursday, July 11, 2024 2:36 PM
To: Jones, Todd G <tgjones@dmacc.edu>
Subject: Letter to the Community on Protecting the Drake Brand

You don't often get email from president@drake.edu. Learn why this is important

The e-mail below is from an external source to DMACC. Please do not open attachments or click links from an unknown or suspicious origin. If you believe this message is malicious in nature, please report it by using the Phish Alert button.

Share this: 



■ OFFICE OF THE PRESIDENT
Old Main 211
2507 University Avenue
Des Moines, Iowa 50311-4505
T 515-271-2191
*president@drake.edu*

1



Dear Bulldogs,

As you may have seen in the news this week, to protect Drake University's brand and trademarks, and the value they hold for our students, the wider community, and you—our alumni—Drake filed a complaint against Des Moines Area Community College (DMACC) for what we believe to be clear violations of trademark law and unfair competition.

While we find ourselves in the undesirable position of pursuing legal action with a partner whose relationship we value, we do so knowing we made numerous efforts in good faith to resolve the issue without judicial intervention.

The complaint centers on new branding that was unveiled by DMACC in October 2023, which incorporates several elements that closely resemble our established brand identity, including our standalone "D" in block-style collegiate font, which has been used by Drake for well over a century, and reflects the legacy, excellence, and identity of our institution.



*Image credit Iowa Capital Dispatch using elements from U.S. District Court exhibits*

Our identity is important for our market recognition among students, faculty and staff, alumni, supporters, and the general public. When institutions in our same region such as DMACC—with more than 70,000 students (in 2022-2023) and a sizeable footprint in the Des Moines metro—use a visual identity similar to ours, it causes confusion in the marketplace.

That confusion has already been evident in the media coverage, such as this recent segment from KCCI, in which individuals repeatedly mistook DMACC's new logo for Drake University. While social media comments to the media coverage have certainly been a space to celebrate differences of opinion, we have been encouraged to see support and understanding from many in posts on KCCI, The Register, and Iowa Capital Dispatch, among others.

You can also read the complaint in full here.

As we proceed through this process, I want to assure you that our focus continues to be on our mission of preparing students for meaningful personal lives, professional accomplishments, and responsible global citizenship.

Thank you, Bulldogs, for your continued support and advocacy for our institution.

Here's to the one who wears the "D",

Marty

Marty Martin

**Drake University Office of the President** 2507 University Avenue, Des Moines, Iowa 50311
**T** 515-271-2191     **E** president@drake.edu     **W** www.drake.edu/president

unsubscribe

3