# EXHIBIT M

**From:** ███████████████████████████
**Sent:** Tuesday, July 16, 2024 4:09 PM
**To:** ███████████████████; Denson, Robert J. <rjdenson@dmacc.edu>; ███████████
**Cc:** ███████████████████████████
**Subject:** FW: Letter to the Community on Protecting the Drake Brand

> *The e-mail below is from an external source to DMACC. Please do not open attachments or click links from an unknown or suspicious origin. If you believe this message is malicious in nature, please report it by using the Phish Alert button.*

Read this carefully please... Sad situation.

It appears to Denise and me that the DMACC marketing leadership responsible for the rebranding didn't do enough due diligence before making the decision to move forward with a "D" logo that closely resembles both Drake and frankly Duke University as well.  Do this task force run everything through a respected brand marketing research firm and large legal firm who are experts in patent/intellectual property law before moving forward on the transition?  I would guess not...

It's become a hot conversation topic among a lot of Central Iowa residents.  Most folks love both institutions but nearly all I've heard give more credence to Drake's position especially after nearly a Century of "use" precedence.  They look too similar.   I really hope this doesn't make it to a public trial or court decision.

**From:** Connolly, Tara K <tkconnolly@dmacc.edu>
**Sent:** Tuesday, July 16, 2024 3:02 PM
**To:** ███████████████████████████
**Cc:** ███████████████████████████████████████████████
**Subject:** RE: Letter to the Community on Protecting the Drake Brand

███

Thank you for your generous donation and for submitting the completed form and picture of your submission to Fidelity. We greatly appreciate your support of DMACC and its mission to positively impact the lives of many Iowans. We anticipate receiving the funds in about 21 days and are grateful for your commitment to the DMACC Newton Campus Legacy Plaza Greenspace.

We acknowledge the current trademark issues between DMACC and Drake University and understand your concerns as a Drake graduate and Iowa native. Both DMACC and Drake University are crucial to Central Iowa, and it is unfortunate that this dispute has reached this point. Please rest assured that your feedback will be shared with our leadership.

I have had the pleasure of getting to know ███████████████████████████ as we work to secure support for the DMACC Newton Campus Legacy Plaza Greenspace. The DMACC Foundation is grateful for their support and dedication, and their advocacy for our students.

Thank you again for honoring your commitment to ███ and for sharing your thoughts with us. I value your feedback and hope to see a resolution that benefits both institutions and the broader community.

Sincerely,

**Tara K. Connolly, MNM**
Executive Director
DMACC Foundation

DMACC Ankeny Campus
E :: tkconnolly@dmacc.edu  |  O :: 515.964.6447  |  C :: 515.371.2211
2006 S. Ankeny Blvd., Bldg. 22, Ankeny, IA 50023
dmacc.edu/foundation | dmacc.edu

---

**From:** ███████████████████████████
**Sent:** Tuesday, July 16, 2024 12:11 PM
**To:** Connolly, Tara K <tkconnolly@dmacc.edu>
**Cc:** ███████████████████████████████████████████████████
**Subject:** Re: Letter to the Community on Protecting the Drake Brand

Tara

Attached is the completed form and also a picture of the submission we made today with Fidelity to fund the donation. My guess is it will take 21 days or so before you see $$ from Fidelity.

I am passionate believer in DMACC and the positive impact it has had on so many Iowans. While I am happy to support this worthy cause I am deeply troubled as a Drake graduate (and Iowa native) with the current trademark issues which I find to be at best tone deaf on the part of DMACC. So very sad on many levels. ==Had I not made a previous commitment to my good friend ███ I would not be making this donation and ask that it be shared with leadership at DMACC.== I can't imagine this unresolved and now public dispute will be good for DMACC/Drake and for that matter all of high education in Iowa. Frankly it's embarrassing!

███

Get Outlook for iOS

---

**From:** Connolly, Tara K <tkconnolly@dmacc.edu>
**Sent:** Friday, July 12, 2024 2:07:43 PM
**To:** ███████████████
**Cc:** ███████████████████████████
**Subject:** RE: Letter to the Community on Protecting the Drake Brand

███

On behalf of the DMACC Foundation, I would like to express our sincere gratitude for your decision to make a distribution from the ▮▮▮▮▮ to support the DMACC Newton Campus Legacy Plaza Greenspace project. Your generosity will have a profound impact on our community and help bring this transformative project to life.

To facilitate your donation, please send your contribution to the following address:
DMACC Foundation
2006 South Ankeny Blvd, Bldg. 22
Ankeny, IA 50023
Tax ID#: 23-7229486

Additionally, to formalize your pledge, please find attached a fillable pledge form. Completing this form will help us ensure that we accurately record your gift and recognize your generosity appropriately.

If you have any questions or need further assistance, please do not hesitate to reach out. We are incredibly grateful for your support and look forward to the positive change your contribution will bring.

Best,

Tara K. Connolly, MNM
Executive Director
DMACC Foundation
2006 South Ankeny Blvd, Bldg. 22
Ankeny, IA  50023
Office: 515.964.6447
Cell: 515.371.2211

CONFIDENTIALITY NOTICE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential, including information that is part of the confidential educational record of a student as defined in the Family Educational Rights and Privacy Act (FERPA) of 1974. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to me that you have received the message in error, then delete it from your computer. Thank You.

**From:** ▮▮▮▮▮
**Sent:** Friday, July 12, 2024 12:44 PM
**To:** ▮▮▮▮▮
**Cc:** Connolly, Tara K <tkconnolly@dmacc.edu>; ▮▮▮▮▮
**Subject:** RE: Letter to the Community on Protecting the Drake Brand

*The e-mail below is from an external source to DMACC. Please do not open attachments or click links from an unknown or suspicious origin. If you believe this message is malicious in nature, please report it by using the Phish Alert button.*

▮▮

Please contact Tara Connolly as she's the Executive Director of the DMACC Foundation.  I've copied her above so you have her office email address.  She very familiar with this topic and help expedite things.

Thanks again for the wonderful commitment from your donor advised fund for Legacy Plaza Greenspace in Newton.   Cheers!   ▓

Tara K. Connolly, MNM
Executive Director
DMACC Foundation
2006 South Ankeny Blvd, Bldg. 22
Ankeny, IA  50023
Office: 515.964.6447
Cell: 515.371.2211

**From:** ▓
**Sent:** Thursday, July 11, 2024 5:01 PM
**To:** ▓
**Subject:** Re: Letter to the Community on Protecting the Drake Brand

Thanks 🙏 

When you can please send me the details on where/how to make our donation. As we discussed our attention is to fund out of the ▓ .

Stay cool 😎 this summer.

▓

Get [Outlook for iOS](https://aka.ms/o0ukef)