IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE<br>    Defendants. | No. 4:24-cv-00227<br><br>**SCHEDULING ORDER AND DISCOVERY PLAN** |
| DES MOINES AREA COMMUNITY COLLEGE,<br>    Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>    Counterclaim Defendant. | |

      Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information? __X__ Yes ____ No
*If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 14 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.* If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made: 14 days from entry of Scheduling Order and Discovery Plan, except for initial document production pursuant to FRCP 26(a)(1)(A)(ii), which will be due 35 days from entry of the Scheduling Order and Discovery Plan.

2. Deadline for motions to add parties: December 9, 2024

3. Deadline for motions to amend pleadings: December 9, 2024

4. Expert witnesses disclosed by:

      a. Party with burden of proof:  June 9, 2025
      b. Party without burden of proof:  August 9, 2025
      c. Party with burden of proof rebuttal:  October 9, 2025

5. Deadline for **completion** of discovery:  December 1, 2025

6. Dispositive motions deadline (*at least 150 days before Trial Ready Date*): January 1, 2026

7. Trial Ready Date:  June 1, 2026

8. Has a jury demand been filed?  X  Yes _____ No

9. Estimated length of trial:  5 days

10. Settlement conference (choose one of the following): (a) __ A court-sponsored settlement conference should be set by the court at this time for a date after _____; or (b)  X  A court-sponsored settlement conference is not necessary at this time.

11. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f)? ____Yes  X  No

12. Do the parties unanimously consent to trial, disposition, and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals?  28 U.S.C. § 636(c)? _____ Yes  X  No

| | |
|---|---|
| **ZARLEYCONLEY PLC** | **FREDRIKSON & BYRON, P.A.** |
| /s/John D. Gilbertson | /s/R. Scott Johnson |
| John D. Gilbertson, AT0014515 | R. Scott Johnson, AT0004007 |
| 580 Market Street, Suite 101 | 111 East Grant Ave, Suite 301 |
| West Des Moines, IA 50266 | Des Moines, IA 50309 |
| Telephone: (515) 558-0200 | Telephone: (515) 242-8900 |
| jgilbertson@zarleyconley.com | rsjohnson@fredlaw.com |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |

## JUDGE'S REVISIONS

The deadline in Paragraph _____ is changed to

The deadline in Paragraph _____ is changed to

The deadline in Paragraph _____ is changed to

**IT IS ORDERED** that this proposed Scheduling Order and Discovery Plan \_\_\_\_ **is** \_\_\_\_**is not** approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:

\_\_\_\_\_ will not be scheduled at this time.

\_\_\_\_\_ will be held in the chambers of Judge _____ at the U.S. Courthouse in _____, Iowa, on the \_\_\_\_\_ day of _____, 2019 at \_\_\_\_\_ o'clock, \_\_.m.

\_\_\_\_\_ will be held by telephone conference, initiated by the court, on the \_\_\_\_\_ day of _____, 2021 at \_\_\_\_ o'clock, \_\_.m.

**DATED** THIS \_\_\_\_\_ day of _____, 2024.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT