# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose, Chief U.S. District Judge

Case No. 4:24-cv-00227-SMR-SBJ : Clerk's Court Minutes – Motion Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| Drake University | Des Moines Area Community College Foundation |

Plaintiff(s) Counsel: John Gilbertson, Joshua James Conley

Defendant(s) Counsel: R. Scott Johnson, Erin Maureen Boggess, Cara S. Donels

Court Reporter: Kelli Mulcahy : Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| MOTION for Preliminary Injunction [4] | | : | X |

Proceedings:

Court and counsel are present for Motion for Preliminary Injunction Hearing. Roll call taken. 9:02 AM Argument on behalf of plaintiff. 9:54 AM Argument on behalf of defendant. 10:55 AM Plaintiff rebuttal. Court reserves ruling. Order to follow.

Time Start: 8:59 AM
Time End: 11:19 AM
Date: October 15, 2024

/s/ Penny Luthens
Deputy Clerk