# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| DRAKE UNIVERSITY, | * | CIVIL NO. 4:24-cv-00227-SMR-SBJ |
| Plaintiff, | * | |
| v. | * | |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE, | * | |
| Defendants. | * | **SCHEDULING AND TRIAL SETTING ORDER** |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE, | * | |
| Counterclaim Plaintiffs, | * | |
| v. | * | |
| DRAKE UNIVERSITY, | * | |
| Counterclaim Defendant. | * | |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on October 16, 2024. Based on the discussions during the conference and the parties' proposed schedule (Dkt. 75), it is hereby ordered:

1. A Jury Trial will be set to begin on June 8, 2026, at 9:00 a.m., before United States Chief Judge Stephanie M. Rose, in the United States Courthouse, Des Moines, Iowa. The parties estimate trial will take 5 days.

2. A Final Pretrial Conference will be held on May 14, 2026, at 11:00 a.m., in the United States Courthouse, Des Moines, Iowa, before United States Chief Magistrate Judge Stephen B. Jackson, Jr.

3. The parties must exchange initial disclosures by October 31, 2024, except for initial document production pursuant to FRCP 26(a)(1)(A)(ii) which must be produced by November 21, 2024.

4.         Motions to add parties must be filed by December 9, 2024.

5.         Motions for leave to amend pleadings must be filed by December 9, 2024.

6.         Party with burden of proof must designate expert witnesses and disclose their written reports by June 9, 2025.

7.         Party without burden of proof must designate expert witnesses and disclose their written reports by August 8, 2025.

8.         Party with burden of proof must designate rebuttal expert witnesses and disclose their written reports by October 9, 2025.

9.         Discovery must be completed by December 1, 2025. Written discovery must be propounded so that the time for response is not later than the deadline to complete discovery.

10.        Dispositive motions must be filed by January 9, 2026.

IT IS SO ORDERED.

Dated October 16, 2024.

_____
Stephen B. Jackson, Jr.
Chief U.S. Magistrate Judge