IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>      Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE<br>      Defendants. | No. 4:24-cv-00227<br><br>MOTION TO DISMISS COUNTERCLAIM PLAINTIFF DES MOINES AREA COMMUNITY COLLEGE FOUNDATION'S THIRD CLAIM FOR DEFAMATION<br><br>**ORAL ARGUMENT REQUESTED** |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br>      Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>      Counterclaim Defendant. | |

Drake University ("Drake"), by and through counsel, hereby moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Counterclaim Plaintiff, Des Moines Area Community College Foundation (the "Foundation")'s Third Claim for Defamation for failure to state a claim upon which relief may be granted. In support, Drake states as follows:

1.      On September 27, 2024, the Foundation filed its Amended Answer, Affirmative Defenses, and Counterclaims to Drake's First Amended Complaint. Dkt. 74

2.      The Foundation's Counterclaims include a Third Claim for Defamation. Dkt. 74, at 61–63.

3.      For reasons articulated herein and in Drake's accompanying brief, the Foundation's Third Claim for Defamation fails to state a claim for which relief may be granted.

**WHEREFORE,** Drake respectfully requests that the Court enter an Order dismissing with prejudice the Foundation's Third Claim for Defamation, as well such other relief as the Court deems appropriate, including an award of attorney fees under 28 U.S.C. § 1927 and the Court's inherent power.

Respectfully submitted,

Dated: October 18, 2024        **ZARLEYCONLEY PLC**

By:   /s/Joshua J. Conley
      /s/John D. Gilbertson
      Joshua J. Conley, AT0011828
      John D. Gilbertson, AT0014515
      580 Market Street, Suite 101
      West Des Moines, IA 50266
      Telephone:  (515) 558-0200
      Facsimile:   (515) 558-7790
      jgilbertson@zarleyconley.com
      jconley@zarleyconley.com
      **ATTORNEYS FOR PLAINTIFF &
      COUNTERCLAIM DEFENDANT**