IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE<br>    Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE,<br>    Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>    Counterclaim Defendant. | No. 4:24-cv-00227<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DES MOINES AREA COMMUNITY COLLEGE FOUNDATION'S THIRD CLAIM FOR DEFAMATION (DKT. 82)**<br><br>**AND**<br><br>**MOTION TO RESCIND DKT. 84** |

Plaintiff Drake University ("Drake") hereby moves the Court for an Order granting it leave to file an overlength Reply Brief in support of its Motion to Dismiss Des Moines Area Community College Foundation ("DMACCF")'s Third Claim for Defamation (Dkt. 82).

1. Pursuant to Local Rule 7(g), Reply Briefs should not exceed five pages.

2. Due primarily to the complex nature of defamation claims, additional pages are needed to adequately address the issues raised in DMACCF's Resistance (Dkt. 83).

3. Drake's Reply Brief is **6 pages** excluding the caption and signature block.

4. Pursuant to Local Rule 7(k), the undersigned has conferred with Defendants' counsel, who does not object to this motion.

5.  On November 5, 2024, Plaintiff's overlength Reply Brief was filed in error **without** an accompanying Motion for Leave to File and Overlength Brief, and the Reply Brief is presently in the record as Docket No. 84.

**WHEREFORE,** Drake respectfully requests that this Court grant this motion and (1) rescind Dkt. 84 as filed in error, and (2) direct the Clerk of Court to detach and docket Drake's attached Reply Brief pursuant to Local Rule 7(h).

Respectfully submitted,

Dated: November 5, 2024        **ZARLEYCONLEY PLC**

By:    /s/John D. Gilbertson
John D. Gilbertson, AT0014515
Joshua J. Conley, AT0011828
580 Market Street, Suite 101
West Des Moines, IA 50266
Telephone:  (515) 558-0200
Facsimile:   (515) 558-7790
jgilbertson@zarleyconley.com
jconley@zarleyconley.com
**ATTORNEYS FOR PLAINTIFF**