IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY, | Case No. 4:24-cv-00227-SMR-SBJ |
| Plaintiff, | |
| v. | ORDER ON BOND CLARIFICATION |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE, | |
| Defendants. | |
| DES MOINES AREA COMMUNITY COLLEGE, | |
| Counterclaimant, | |
| v. | |
| DRAKE UNIVERSITY, | |
| Counterdefendant. | |

On November 22, 2024, the Court ordered Plaintiff to post a bond in the amount of $25,000 pursuant to Federal Rule of Civil Procedure 65(c). A cash bond to be deposited into a non-interest bearing treasury registry account, or a surety bond, is acceptable. Plaintiff may provide security by posting a surety bond or a cash bond in the amount of $25,000 to the Clerk of the United States District Court for the Southern District of Iowa, 123 E. Walnut Street, Des Moines, Iowa 50309.

IT IS SO ORDERED.

Dated this 25th day of November, 2024.

_____
STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT