# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

## NOTICE OF APPEAL

Date: 11/27/2024   Case No: 4:24-cv-00227-SMR-SBJ

Case Caption: Drake University v. Des Moines Area Community College Foundation and Des Moines Area Community College

Notice is hereby given that Defendants and Counterclaim Plaintiffs Des Moines Area Community College Foundation and Des Moines Area Community College appeal to the:

[X] US Court of Appeals for the Eighth Circuit          [ ] IASD District Court Judge

from the Judgment/Order entered in this action on November 22, 2024.

### Transcript Order Form:

Please prepare a transcript of:

[ ] Plea Hearing          [ ] Sentencing          [ ] Trial

[X] Other Hearing(s) on Preliminary Injunction held on October 15, 2024

I am not ordering a transcript because: _____

*Reminder: CJA counsel will need to complete the AUTH 24 form in CJA eVoucher.

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon the U.S. District Court, court reporter, and all counsel of record and that satisfactory arrangement for payment of the cost(s) of transcript(s) ordered have been made with the court reporter (Fed Rule App Proc 10(b)).

Attorney/Party Signature: /s/ R. Scott Johnson          Date: 11/27/2024

Address: 111. E. Grand Avenue, Suite 301, Des Moines, IA 50309

Phone Number: 515-242-8900