UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

# Notice of Appeal Supplement

Case Name: <u>Drake University</u> vs. <u>Des Moines Area Community College Foundation and Des Moines Area Community College</u>

District Court Case Number: <u>4:24-cv-00227-SMR-SBJ</u>

Appeal Fee (605.00) Status:  Pd <u>X</u>   IFP _____   Pending _____   Government Appeal _____

Counsel: Appointed _____   CJA _____   Retained _____   Pro Se _____   Pro Bono _____   FPD _____

*Reminder: CJA appointed counsel will need to complete their AUTH 24 form thru CJA eVoucher.

Appeal filed by: Counsel <u>X</u>   Pro Se _____

Any reason why counsel should not be appointed: _____

Certificate of Appealability: Denied _____   Granted _____   Not Issue _____

Pending post Judgment motions: Yes _____   No <u>X</u>

If so, type of motion(s) and docket entry number:
_____

High Public Interest Case: Yes <u>X</u>   No _____

Simultaneous Opinion release Requested: Yes _____   No _____

Trial Held: Bench _____   Jury _____   No <u>X</u>

Court Reporter: Yes <u>X</u>   No _____

Reporter's Name: <u>Kelli Mulcahy</u>

Appealing: Order prior to final judgment <u>X</u>   or final judgment _____

***File this form with the Notice of Appeal***