IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE<br>    Defendants. | No. 4:24-cv-227<br><br>**JOINT MOTION FOR STIPULATED PROTECTIVE ORDER** |
| DES MOINES AREA COMMUNITY COLLEGE,<br>    Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>    Counterclaim Defendant. | |

Plaintiff Drake University and Defendants Des Moines Area Community College and Des Moines Area Community College Foundation (collectively the "Parties") jointly move for entry of a Stipulated Protective Order and state:

1.   Counsel for the Parties have conferred and agree that discovery in this case will include some information that merits protection through a Protective Order entered pursuant to Fed. R. Civ. P. 26(c).

2.   The Parties have agreed to be bound by the terms of the Stipulated Protective Order attached to this Joint Motion as Exhibit 1, and the Parties jointly request the Court enter the Stipulated Protective Order.

3.   There is good cause for the entry of the Stipulated Protective Order.

Respectfully submitted,

Dated:  December 4, 2024       By:  /s/John D. Gilbertson
John D. Gilbertson (#AT0014515)
Joshua J. Conley (#AT0011828)
**ZARLEYCONLEY PLC**
580 Market Street, Suite 101
West Des Moines, IA 50266
Telephone:  (515) 558-0200
Facsimile:  (515) 558-7790

jgilbertson@zarleyconley.com
jconley@zarleyconley.com

*Attorneys for Plaintiff and Counterclaim Defendant*

Dated: December 4, 2024       By:  /s/ Cara S. Donels

R. Scott Johnson (#AT0004007)
Cara S. Donels (#AT0014198)
Erin M. Boggess (#AT0015950)
FREDRIKSON & BYRON, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA  50309-1977
Telephone:  (515) 242-8900
E-mail:  RSJohnson@fredlaw.com
             CDonels@fredlaw.com
             EBoggess@fredlaw.com

Laura L. Myers (Minn. #0387116)
(admitted *Pro Hac Vice*)
FREDRIKSON & BYRON, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
Telephone:  (612) 492-7000
E-mail:  LMyers@fredlaw.com

*Attorneys for Defendants and Counterclaim Plaintiff*