IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>　　　Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>　　　Counterclaim Defendant. | Case No. 4:24-CV-00227-SMR-SBJ<br><br>**DEFENDANTS AND COUNTERCLAIM PLAINTIFFS DES MOINES AREA COMMUNITY COLLEGE AND DES MOINES AREA COMMUNITY COLLEGE FOUNDATION'S MOTION TO EXTEND DEADLINE TO COMPLY WITH PRELIMINARY INJUNCTION ORDER AND TO CLARIFY SCOPE OF PRELIMINARY INJUNCTION**<br><br>**EXPEDITED RELIEF REQUESTED** |

　　　Defendants and Counterclaim Plaintiffs Des Moines Area Community College ("DMACC") and Des Moines Area Community College Foundation ("DMACCF") (together "Defendants") herby move to extend the 21-day deadline to comply with the Preliminary Injunction Order entered by the Court on November 22, 2024, and move to clarify the scope of the preliminary injunction. In support of this motion, Defendants state the following:

　　　1.　　On November 22, 2024, the court entered an Order enjoining Defendants from using the 2023 rebrand block-style "D" trademark in conjunction with any color combination of

white and blue to denote their educational services, athletics, or ancillary goods and services. (ECF Dkt. 87).

2. The injunction includes the use of the block-style "D," even when paired with the DMACC house mark or other indicia of the college.

3. The Court ordered Defendants to cease use of the block-style "Ds" within 21 days of the date of the Order, and Defendants must certify compliance with the Order by December 13, 2024.

4. After diligently taking an inventory of all Defendants' items which use the block-style "D" with or without the house mark, Defendants determined it will be impossible to comply with the Court's Order by December 13, 2024.

5. Pursuant to Federal Rule of Civil Procedure 6(b), Defendants request an extension of the deadline to comply with the Court's Preliminary Injunction Order.

6. Specifically, the Defendants request that they be given until January 31, 2025, to certify compliance with the Court's Order and assert that good cause exists for their request as set forth in Defendants' accompanying brief in support.

7. The Defendants also seek clarification of the Preliminary Injunction Order pursuant to Federal Rule of Civil Procedure 65(d).

8. Defendants ask the Court to clarify that the use of the block-style "D" with the bear paw in the middle is not subject to the preliminary injunction because DMACC started using that trademark years prior to its October 2023 rebrand that precipitated this litigation and the Court found the block-style "D" with the bear paw to be "fundamentally different" and "distinct."

9. Defendants also ask the Court to clarify that other block-style "Ds" in use years prior to Defendants' October 2023 rebrand are not subject to the preliminary injunction.

10. On December 4th and 5th, 2024, Counsel for parties met and conferred and Counsel for Plaintiff was unable to say whether they opposed this Motion.

11. Defendants also respectfully request expedited relief on the Motion.

12. Expedited relief is appropriate because the current deadline to certify compliance with the Preliminary Injunction Order is set for December 13, 2024, and Defendants seek to have a ruling on this Motion with respect to extending that date prior to the expiration of the current deadline.

WHEREFORE, Defendants respectfully request that the Court grant Defendants' Motion to Extend Deadline to Comply with the Court's Preliminary Injunction Order until January 31, 2025, and grant Defendants' Motion to Clarify that blue and/or white block-style "Ds" in use prior to Defendants' October 2023 rebrand are not subject to the preliminary injunction.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: December 5, 2024 | */s/ R. Scott Johnson* |

R. Scott Johnson (#AT0004007)
Cara S. Donels (#AT0014198)
Erin M. Boggess (#AT0015950)
FREDRIKSON & BYRON, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA  50309-1977
Telephone:  (515) 242-8900
E-mail:  RSJohnson@fredlaw.com
             CDonels@fredlaw.com
             EBoggess@fredlaw.com

Laura L. Myers (Minn. #0387116)
(admitted *Pro Hac Vice*)
FREDRIKSON & BYRON, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
Telephone:  (612) 492-7000
E-mail:  LMyers@fredlaw.com

***Attorneys for Defendants and Counterclaim Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2024, I electronically filed the *Defendants and Counterclaim Plaintiffs Des Moines Area Community College and Des Moines Area Community College Foundation's Motion to Extend Deadline to Comply with the Court's Preliminary Injunction Order and to Clarify the Scope of the Preliminary Injunction* with the Clerk of Court using the CM/ECF system, who in turn sent notice to the following:

Joshua J. Conley, Esq.
  jconley@zarleyconley.com
John D. Gilbertson, Esq.
  jgilbertson@zarleyconley.com
ZARLEYCONLEY PLC
580 Market Street, Suite 101
West Des Moines, IA  50266

*Attorneys for Plaintiff and
Counterclaim Defendant*


 */s/ Erica Palmer*
Erica Palmer