IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>　　　　Plaintiff,<br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　　Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　　Counterclaim Plaintiffs,<br>vs.<br><br>DRAKE UNIVERSITY,<br><br>　　　　Counterclaim Defendant. | Case No. 4:24-CV-00227-SMR-SBJ<br><br>**DECLARATION OF ERICA SPILLER IN SUPPORT OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' MOTION TO EXTEND DEADLINE TO COMPLY WITH PRELIMINARY INJUNCTION ORDER AND TO CLARIFY SCOPE OF PRELIMINARY INJUNCTION**<br><br>**EXPEDITED RELIEF REQUESTED** |

I, Erica Spiller, declare as follows:

1. I am the Vice President of Student Affairs at Des Moines Area Community College ("DMACC"). I make this declaration based on personal knowledge in support of Defendants and Counterclaim Plaintiffs Des Moines Area Community College Foundation and Des Moines Area Community College's Motion to Extend Deadline for Preliminary Injunction and Clarify the Scope of the Preliminary Injunction.

2. On November 22, 2024, I read the Court's Order for a Preliminary Injunction which enjoined DMACC and DMACCF from using the rebrand block-style "D" in the color scheme of

blue and white, including any the rebrand block-style "Ds" with DMACC's house mark or other college indicia.

  3. I am currently working with DMACC and DMACCF faculty and students to comply with the Court's order by the court-ordered deadline of December 13, 2024.

  4. Since receiving the order, I have instructed all DMACC and DMACCF faculty and staff to stop wearing clothing or accessories with the rebrand block-style "D" and to stop using any products, including but not limited to stationery and business cards, with the rebrand block-style "D."

  5. Since receiving the Order, I have worked with our marketing department to remove images of the rebrand block-style "D" from our website, social media platforms, and student platforms, including but not limited to disabling YouTube videos, scrubbing social media platforms, and replacing or unpublishing all linked PDFs on DMACC's website.

  6. Since receiving the Order, I have instructed the bookstore to remove apparel and items with the rebrand block-style "D."

  7. I have also instructed students to refrain from wearing any apparel with the rebrand block-style "D" at official school functions as of December 13, 2024, instructed all maintenance staff to remove, replace, or cover any items on any DMACC campus with the rebrand block-style "D," and instructed marketing and communications to place an alert on the student platform that all students must get a new student ID without the rebrand block-style "D" for the spring semester.

  8. Some public signage, billboards, and banners cannot be replaced within 21-days—all of these items require third-party vendors to replace, and I have been informed that all necessary replacements cannot be completed by December 13.

9. For example, to replace a billboard in Perry, IA, a member of my team contacted our third-party vendor Reagan Outdoor, and they advised they could not complete the replacement until the week of December 16, 2024.

10. The DMACC men's basketball uniforms feature the rebrand block-style "D." The uniforms are custom-made overseas.

11. I instructed a coach to contact our third-party vendor BSN Sports to order new uniforms and was told the new uniforms will not ship until December 14, 2024, and the uniforms are estimated to arrive in mid-January.

12. The DMACC men's basketball team requires uniforms to play in now.

13. Vehicle wraps, including on DMACC's tractor trailer and public safety vehicles are also waiting on third-party vendors to replace and I have been informed they cannot all be replaced by December 13.

14. All student IDs for the spring semester need to be reprinted to comply with the Order. However, students do not return to campus until January 13, 2025. Accordingly, reprinting student IDs cannot be completed until after December 13 when students return to campus.

15. The Boone DMACC campus gym has both a block-style "D" on the floor and a mural with many prominent block-style "Ds". The gym floor block-style "D" was installed in 2019, pre-dating DMACC's rebrand in October 2023.

16. The mural in the Boone DMACC campus gym was installed in 2021 with images dating back to 2013. The mural and images pre-date DMACC's October 2023 rebrand.

17. Upon the information I have available to me at the time of signing this declaration, I believe DMACC and DMACCF will be able to fully comply with the Court's Order with respect to the rebrand block-style "D" by January 31, 2025.

18.     Upon the information I have available to me at the time of signing this declaration, the total amount of money Defendants' will spend to comply with the Court's Preliminary Injunction Order is in excess of $400,000.

19.     Attached hereto as **Exhibit A** is a true and correct copy of images of the gym floor at the Boone DMACC campus which was installed in 2019.

20.     Attached hereto as **Exhibit B** is a true and correct copy of the mural located in the DMACC gym of the Boone campus which was installed in 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed this  5th  day of December, 2024.

*s/ Erica Spiller*
Erica Spiller

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 5, 2024, I electronically filed the *Declaration of Erica Spiller in Support of Defendants and Counterclaim Plaintiffs' Motion to Extend Deadline for Preliminary Injunction and Clarify Preliminary Injunction* with the Clerk of the Court using the ECF, who in turn sent notice to the following:

Joshua J. Conley, Esq.
  jconley@zarleyconley.com
John D. Gilbertson, Esq.
  jgilbertson@zarleyconley.com
ZARLEYCONLEY PLC
580 Market Street, Suite 101
West Des Moines, IA  50266

*Attorneys for Plaintiff*

                                        */s/ Erica Palmer*
                                        Erica Palmer

#83236223v1