

https://x.com/DMACC_MBB/status/1865532683477983342/photo/1

Posted December 7, 2024

EXHIBIT A



https://x.com/DMACC_MBB/status/1864527387758584264/photo/1

Posted December 4, 2024



https://twitter.com/DMACC_MBB/status/1863778660181803038/photo/1

Posted December 2, 2024



https://twitter.com/DMACC_MBB/status/1857628585177055429/photo/1

Posted November 15, 2024



https://twitter.com/NJCAABasketball/status/1856446594142609912/photo/1

Posted November 12, 2024



https://twitter.com/DMACC_MBB/status/1852327033423966322/photo/1

Posted November 1, 2024



https://twitter.com/DMACC_MBB/status/1863070296598544532/photo/1

Posted November 30, 2024