IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>            Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br>            Defendants. | No. 4:24-cv-00227<br><br>DECLARATION OF JOSHUA J. CONLEY |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br>            Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>            Counterclaim Defendant. | |

I, Joshua J. Conley, declare under penalty of perjury that the following is true and correct:

1. I am counsel of record for Plaintiff Drake University and am competent to make this declaration based on my personal knowledge.

2. Exhibit A contains true and correct images copied from the DMACC Men's Basketball Team's social media account (@DMACC_MBB) on www.x.com.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.


Dated: December 9, 2024                    /s/Joshua J. Conley
                                           Joshua J. Conley