## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　　Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　　Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>　　　　Counterclaim Defendant. | Case No. 4:24-CV-00227-SMR-SBJ<br><br>**DECLARATION OF ERICA SPILLER IN SUPPORT OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' CERTIFICATION OF COMPLIANCE WITH THE PRELIMINARY INJUNCTION ORDER** |

I, Erica Spiller, declare as follows:

1. I am the Vice President of Student Affairs at Des Moines Area Community College ("DMACC"). I make this declaration based on personal knowledge pursuant to the Court's Order issued on December 10, 2024.

2. I certify that to the best of my knowledge, other than the items listed in paragraph three, Defendants are compliant with the Court's preliminary injunction order issued on November 22, 2024.

3. The following are a list of items that cannot comply with the preliminary injunction by December 13, 2024:

a. Perry Billboard

    a. The new artwork for a billboard located in Perry, Iowa has been ordered, and the installation has been scheduled with third-party vendor Reagan Outdoor.

    b. Estimated date of completion is before 1/31/25.

b. Boone Billboard

    a. The new artwork for a billboard located in Boone, Iowa has been ordered, and the installation has been scheduled with third-party vendor Legacy Billboards.

    b. Estimated date of completion is 1/10/25.

c. Carroll Billboard

    a. The new artwork for a billboard located in Carroll, Iowa has been ordered from third-party vendor Reagan Outdoor, and the installation has been scheduled with third party vendor Legacy Billboards.

    b. Estimated date of completion is before 1/31/25.

d. Basketball Uniforms

    a. The men's basketball uniforms have an enjoined "D" on the waistband of the shorts.

    b. DMACC staff placed a new order for the basketball uniforms on December 2, 2024, with third-party vendor BSN Sports.

    c. The uniforms are custom made overseas and are scheduled to arrive mid-January, 2025.

  d. Defendants have asked the basketball players to cover the "D" on the waistbands by rolling the shorts or untucking their shirts.

e. Student IDs

  a. DMACC cannot replace student IDs until the spring semester begins on January 13, 2025.

  b. DMACC will place an alert on their student platform advising students they must get a new ID. The alert will require an acknowledgement by every student when they sign into the platform for the first time prior to beginning the spring semester.

f. Security Personnel Uniforms and Vehicles

  a. DMACC has ordered uniform patches to sew over the enjoined logo on their security personnels' uniforms and ordered emblems for their security personnel vehicles to cover the enjoined logo from their third-party vendor Code 4 who partners with the Iowa Prison Industries.

  b. Estimated date of arrival for the patches and emblems is 12/20/24 and the estimated date to complete the sewing of the patches and placing of the emblems is 12/31/24.

g. Boone Basketball Court

  a. Defendants contacted H2I Group regarding the Boone basketball court installation. Due to the age and type of court, the entire court must be redone to remove the enjoined logo.

  b. The project is scheduled for May 12-16, 2025. (Exhibit A).

      c. The basketball court cannot be redone until after the basketball season is complete and there are fewer students on campus.

      d. Refinishing a basketball court poses safety risks to the students who use the court. (Exhibit B).

      e. The basketball games on this court are live streamed in accordance with NJCAA regulations, and the recordings of these live streams are posted online. The live streams will have the enjoined logo displayed in the stream until the court can be redone.

h. Jordan Creek Elevators

      a. Jordan Creek Mall in West Des Moines, IA, has a banner with the enjoined logo on the second story wall behind the elevators.

      b. Defendants have ordered a new vinyl banner to cover the enjoined logo, but it has not yet arrived.

      c. DMACC staff has contacted Jordan Creek Mall staff to remove the banner. The mall staff responded they cannot remove the banner until the have the replacement due to the difficulty in reaching the high location within the mall.

      d. The estimated date for completion is before 1/15/2025.

i. Lectern Projector Panels

      a. The panels next to the lecterns in the classrooms which operate the projectors have the enjoined logo.

      b. Only the instructor teaching the classes can see the enjoined logo.

    c. DMACC IT department staff estimate they can remove the enjoined logo by 12/20/24.

  j. The Power Equipment Technology program display

    a. The Boone campus has a Power Equipment Technology program on the grounds of the World Pork Expo in Boone, IA.

    b. There is an enjoined logo on one of the front doors leading into the building.

    c. The estimated date for completion is before 12/31/25.

  k. Internal displays in the pastry and baking area on the Newton campus, the health sciences sign in building 24 on the Ankeny campus, and the bistro wall graphic in the kitchen area of the Ankeny campus.

    a. DMACC has ordered graphics to cover these internal displays.

    b. The estimated date for completion is before 12/31/25.

4. I have personally instructed DMACC staff to remove any and all enjoined logos from their offices, classrooms, hallways, and any other area they have control over.

5. If I or any of the DMACC staff discover any enjoined "Ds" after signing this declaration, I will either personally remove or instruct DMACC staff to remove the enjoined logo, and I will inform the Court of these logos and removals in my weekly Monday preliminary injunction update filings.

6. Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of the quote to redo the Boone campus basketball court.

7. Attached hereto as **<u>Exhibit B</u>** is a true and correct copy of a letter from Dr. Marc Shulman. Dr. Schulman is a team physician for Iowa State University.

I declare under penalty of perjury that the foregoing is true and correct. Executed this  13th  day of December, 2024.


                                                           */s/ Erica Spiller*
                                                          Erica Spiller

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2024, I electronically filed the *Declaration of Erica Spiller in Support of Defendants and Counterclaim Plaintiffs' Certification of Compliance with the Preliminary Injunction Order* with the Clerk of the Court using the ECF, who in turn sent notice to the following:

    Joshua J. Conley, Esq.
     jconley@zarleyconley.com
    John D. Gilbertson, Esq.
     jgilbertson@zarleyconley.com
    ZARLEYCONLEY PLC
    580 Market Street, Suite 101
    West Des Moines, IA  50266

    *Attorneys for Plaintiff*

                                          */s/ Erica Palmer*
                                          Erica Palmer

#83236223v1