# EXHIBIT B





To whom it may concern:

It is impractical to refinish the basketball court at this point in time due to it being the middle of basketball season. Refinishing a basketball court involves applying a new layer of finish or coating to the surface, which can indeed make the court slippery initially. This slipperiness can pose a risk of injury as players may slip or lose traction. Please schedule the refinishing during a time when there is less foot traffic or fewer activities, allowing the finish to dry and cure properly without compromising safety.

Safety should always come first, so ensure you follow the manufacturer's guidelines for drying and curing times, and communicate with those who use the court about when it will be safe to return to playing.

Please feel free to call my office with any additional questions.

Dr. Marc Shulman
Iowa State University Team Physician
McFarland Clinic Sports Medicine

