**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>      Plaintiff,<br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>      Defendants. | Case No. 4:24-CV-00227-SMR-SBJ<br><br><br><br><br>**DECLARATION OF ERICA SPILLER IN SUPPORT OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' DISCLOSURE OF ALL PREVIOUSLY UNDISCLOSED BLOCK-STYLE "Ds"** |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>      Counterclaim Plaintiffs,<br>vs.<br><br>DRAKE UNIVERSITY,<br><br>      Counterclaim Defendant. | |

I, Erica Spiller, declare as follows:

1.      I am the Vice President of Student Affairs at Des Moines Area Community College ("DMACC"). I make this declaration based on personal knowledge pursuant to the Court's Order issued on December 10, 2024.

2.      I certify that to the best of my knowledge, other than the items listed in paragraph four, Defendants have disclosed all uses of a standalone "D," and they are in the record.

3.      All "Ds" in paragraph four are located at the DMACC campus in Boone, Iowa. Boone's campus used to be a junior college and houses the school's athletic department. The DMACC athletic department has done its own branding and marketing prior to the October 2023

rebrand, so all prior "Ds" were designed and implemented without the DMACC's Marketing Department's influence.

4.     The following are a list of standalone "Ds" that have not been disclosed in previous filings:

   a.   Old English Font "D"

      a.   Coach John S. Smith Career Wins Image (Ex. A).

      b.   Baseball Helmet (Ex. B).

   b.   Athletic Font "D"

      a.   Softball Visors and/or Coaches' Hats (Ex. C, D, E, F, G, H, I, J, K, L).

      b.   Softball Helmets (Ex. M).

      c.   Baseball Helmets (Ex. N).

      d.   Men's Basketball Uniforms (Ex. O, P, Q, R, S, T, U, V, W).

      e.   Women's Basketball Uniforms (Ex. X, Y, Z, AA).

      f.   Women's Volleyball Uniforms (Ex. AB, AC, AD, AE, AF).

      g.   Coach Ligouri Career Wins Image (Ex. AG).

      h.   Locker Room Stools (Ex. AH).

   c.   Stylistic "D"

      a.   Men's Basketball Shorts (Ex. AI).

      b.   "D" Featured in a 2006 Des Moines Register Article (Ex. AJ).

5.     All "Ds" disclosed in paragraph four other than Exhibits A and B have been covered with stickers.

6.    If I or any of the DMACC staff discover any standalone "Ds" that have not been disclosed in prior filings after signing this declaration, I will inform the Court of these "Ds" in my weekly Monday preliminary injunction update filings.

7.    Attached hereto as **Exhibits A-AI** are true and correct copies of photographs taken at the DMACC Boone campus.

8.    Attached hereto as **Exhibit AJ** is a true and correct copy of the front page of the Des Moines Register in 2006 capturing a tournament held in the Drake Knapp Center.

I declare under penalty of perjury that the foregoing is true and correct. Executed this  16th day of December, 2024.


                                        */s/ Erica Spiller*
                                        Erica Spiller

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2024, I electronically filed the *Declaration of Erica Spiller in Support of Defendants and Counterclaim Plaintiffs' Disclosure of all Previously Undisclosed Block-Style "Ds"* with the Clerk of the Court using the ECF, who in turn sent notice to the following:

> Joshua J. Conley, Esq.
>   jconley@zarleyconley.com
> John D. Gilbertson, Esq.
>   jgilbertson@zarleyconley.com
> ZARLEYCONLEY PLC
> 580 Market Street, Suite 101
> West Des Moines, IA  50266
>
> *Attorneys for Plaintiff*

/s/ Erica Palmer
Erica Palmer

#83236223v1