# **EXHIBIT D**

