# EXHIBIT E


