# **EXHIBIT G**

