# **EXHIBIT M**

