# **EXHIBIT N**

