# EXHIBIT T

