# **<u>EXHIBIT U</u>**

