# **<u>EXHIBIT V</u>**

