# EXHIBIT W

