# **<u>EXHIBIT X</u>**

