# **EXHIBIT Z**

