# **<u>EXHIBIT AB</u>**

