# **EXHIBIT AC**

