# **<u>EXHIBIT AD</u>**

