# **EXHIBIT AE**

