# EXHIBIT AF

