# EXHIBIT AG