# **EXHIBIT AH**

