# **<u>EXHIBIT AI</u>**

