# EXHIBIT AJ



**Late 3-pointer Sends DMACC Into Frenzy**

MONDAY December 11, 2006

Des Moines Area Community College basketball players J'Sean Gaddy, left, and Jesse Blackwell celebrate after Brent Jackman's last-second 3-pointer gave the Bears a 55-52 victory over Marshalltown on Sunday at the Knapp Center. DMACC and Marshalltown played in the opener of the Impact Sports JUCO Shooutout.