# TRANSMITTAL SHEET

TO: Clerk, U.S. Court of Appeals, 8th Circuit          DATE: 12/19/2024

FROM: Clerk, U.S. District Court, Southern District of Iowa – Council Bluffs

Appeal Number:   **24-3445**

District Court Number:  **4:24-cv-00227-SMR-SBJ**

Name:   Drake University v. Des Moines Area Community College Foundation

TRANSMITTED HEREWITH:

Original File:

Designated Clerk's Record:

PSI Report:

Transcript:  **Motion Hearing [77] – 1 copy**

Exhibits:

Comments: