**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| DRAKE UNIVERSITY, | Case No. 4:24-CV-00227-SMR-SBJ |
|     Plaintiff, | |
| vs. | |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE, | **AFFIDAVIT OF ERICA SPILLER IN SUPPORT OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' CERTIFICATION OF COMPLIANCE WITH PRELIMINARY INJUNCTION ORDER DATED DECEMBER 23, 2024** |
|     Defendants. | |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE, | |
|     Counterclaim Plaintiffs, | |
| vs. | |
| DRAKE UNIVERSITY, | |
|     Counterclaim Defendant. | |

I, Erica Spiller, being first duly sworn, provide this Affidavit in connection with this Action:

1.    I am the Vice President of Student Affairs at Des Moines Area Community College ("DMACC"). I make this affidavit based on my own personal knowledge.

2.    I certify that, to the best of my knowledge, the following items identified in paragraph three of my prior declaration dated December 13, 2024 (ECF 102), are now compliant with the Court's preliminary injunction order issued on November 22, 2024.

        a.  Perry Billboard

       i.    The enjoined logo was removed from the Perry billboard as of Monday, December 16, 2024.

   b.  Carroll Billboard

       i.    The enjoined logo was removed from the Carroll billboard on Tuesday, December 17, 2024.

   c.  Security Personnel Vehicles

       i.    The enjoined logos on DMACC's security vehicles have been removed and/or covered as of Monday, December 23, 2024.

   d.  Jordan Creek Elevators

       i.    DMACC has been informed that the banner in the Jordan Creek Mall displaying the enjoined logo was removed on Thursday, December 19, 2024.

   e.  Lectern Projector Panels

       i.    All lectern projector panels displaying the enjoined logo were removed or changed as of Friday, December 20, 2024.

   f.  The Power Equipment Technology program display

       i.    The enjoined logo was been removed from the Power Equipment Technology Program display on the door of the World Pork Expo building as of Friday, December 20, 2024.

   g.  Internal displays in the pastry and baking area on the Newton campus, the health sciences sign in building 24 on the Ankeny campus, and the bistro wall graphic in the kitchen area of the Ankeny campus.

      i.    All instances of the enjoined logo appearing in the pastry baking area on the Newton campus, the health sciences sign in building 24 on the Ankeny campus, and the bistro wall graphic in the kitchen area of the Ankeny campus have been permanently removed or covered.

3.    I certify that, to the best of my knowledge, the following items identified in paragraph three of my prior declaration dated December 13, 2024 (ECF 102), are not compliant with the Court's preliminary injunction order issued on November 22, 2024, and are impossible to bring compliant with the Court's order for the following reasons:

    a.  Boone Billboard

        i.    There is billboard located in Boone, Iowa, operated by a third-party vendor (Legacy Outdoor Advertising), that is currently displaying the enjoined logo.

        ii.    DMACC ordered new artwork for the Boone billboard and the installation of the artwork has been coordinated with Legacy Outdoor Advertising.

        iii.    It is impossible for DMACC to cease use of the enjoined logo on the Boone billboard because doing so requires removal of the billboard artwork by a third-party Legacy Outdoor Advertising which, in turn, uses a third-party contractor.

        iv.    Legacy Outdoor Advertising informed DMACC that it marked the work order "ASAP" but the earliest date that the billboard can be updated is "the first week of January."

      ii.   Attached as **Exhibit A** is a true and correct copy of email correspondence from Megan Wicks, an employee of Legacy Outdoor Advertising, to Todd Jones, dated December 6, 2024, regarding the scheduled removal of the enjoined logo from the Boone billboard.

  b.  Boone Campus Gym

      i.   The enjoined logo appears on a basketball court in DMACC's Boone Campus Gym (the "Boone basketball court"). Basketball games on this court are live streamed in accordance with NJCAA regulations, and recordings of these live streams are posted online. The live streams will have the enjoined logo displayed in the stream until the basketball court can be redone.

      ii.   It is impossible for DMACC to remove the enjoined logo from the Boone basketball court until after the NJCAA basketball season is complete and there are fewer students on campus.

          1)  On or about December 11, 2024, DMACC contacted H2I Group regarding the removal of the enjoined logo from the Boone basketball court. *See* ECF 102-1. Due to the age and type of court, the entire court must be redone to remove the enjoined logo. *Id.*

          2)  The removal of the enjoined logo is scheduled for May 12-16, 2025. *Id.*

    12.   Refinishing a basketball court or covering it with a sticker poses safety risks to the students who use the court. *See* ECF 102-2 (letter from Dr.

Marc Shulman).  Dr. Schulman is a team physician for Iowa State University and for DMACC.

iv.  From my discussions with DMACC's athletic director and head athletic trainer, it is my understanding that it is impossible to host NJCAA basketball games at any other DMACC location other than the Boone Campus Gym.

v.  The Boone Campus Gym is the only DMACC facility that can host NJCAA-compliant basketball games for at least the following reasons:

 1) The NJCAA standards require basketball courts to be at least 94 feet long.  The basketball court at the Ankeny Student Recreation Center is only 74 feet long.

 2) The Boone Campus Gym is the only facility with shots clocks, game scoreboards, and live stream capabilities that are compliant with NJCAA requirements.

 3) The Boone Campus Gym is the only DMACC athletic facility with sufficient locker rooms and dressing rooms to hosts teams and officials during men's and women's double header events.

 4) The Boone Campus Gym is the only DMACC athletic facility with ADA-compliant seating for hosting NJCAA basketball games.

 5) The Boone Campus Gym is the only DMACC athletic facility with the adequate athletic training rooms and medical facilities

available for use in case of an in-game injury to a student athlete.

6) The Boone Campus Gym is the only DMACC athletic facility with medical equipment, such as ice machines, whirlpool tubs, and AEDs, on hand for use by student athletes.

vi.   Attached hereto as **Exhibit B** are a true and correct copies of email correspondence from B.J. McGinn, DMACC's Director of Athletics, and Samantha Frost-Busch, DMACC's Head Athletic Trainer, dated December 20, 2024, explaining why DMACC can only host NJCAA basketball games at the Boone Campus Gym.

c.   Basketball Uniforms

i.   The men's basketball uniforms have an enjoined "D" on the waistband of the shorts.

ii.   DMACC staff placed a new order for the basketball uniforms on December 2, 2024, with third-party vendor BSN Sports.

iii.   The uniforms are custom made overseas and are scheduled to arrive mid-January 2025.

iv.   DMACC has asked the basketball players to cover the "D" on the waistbands by rolling the shorts or untucking their shirts.

d.   Student IDs

i.   DMACC cannot replace student IDs until the spring semester begins on January 13, 2025.

        ii.    DMACC will place an alert on their student platform advising students they must get a new ID. The alert will require an acknowledgement by every student when they sign into the platform for the first time prior to beginning the spring semester.

    e.  Security Personnel Uniforms

        i.    DMACC has uniforms for its security personnel that display the enjoined logo. DMACC has ordered uniform patches to sew over the enjoined logo.

        ii.    The new uniform patches were estimated to arrive on Friday, December 20, 2024, but shipping was delayed. The shipping patches are scheduled to arrive the week of December 23, 2024. The estimated date to complete the sewing of the patches is December 31, 2024.

4.    If I or any DMACC staff discover any enjoined "Ds" after signing this declaration, I will either personally remove or instruct DMACC staff to remove the enjoined logo, and I will inform the Court of these logos and removals in my weekly Monday preliminary injunction update filings.

Further Affiant Sayeth Not.

December 23, 2024

Erica Spiller

Subscribed and sworn to before me: December 23, 2024

ERICA M. PALMER
Commission Number 857265
My Commission Expires
July 16, 2027

Erica M. Palmer
Notary Public in and for said County and State

7

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2024, I electronically filed the *AFFIDAVIT OF ERICA SPILLER IN SUPPORT OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' CERTIFICATION OF COMPLIANCE WITH PRELIMINARY INJUNCTION ORDER DATED DECEMBER 23, 2024* with the Clerk of the Court using the ECF, who in turn sent notice to the following:

Joshua J. Conley, Esq.
 jconley@zarleyconley.com
John D. Gilbertson, Esq.
 jgilbertson@zarleyconley.com
ZARLEYCONLEY PLC
580 Market Street, Suite 101
West Des Moines, IA 50266

*Attorneys for Plaintiff*

*/s/ Erica Palmer*
Erica Palmer

#83236223v1

8