# EXHIBIT A

| | |
|---|---|
| **From:** | Megan Wicks |
| **To:** | Jones, Todd G |
| **Cc:** | Spiller, Erica L; Ali, Amina M; Boggess, Erin |
| **Subject:** | Re: FW: Boone Billboard |
| **Date:** | Friday, December 6, 2024 11:02:22 AM |
| **Attachments:** | image002.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |

*The e-mail below is from an external source to DMACC. Please do not open attachments or click links from an unknown or suspicious origin. If you believe this message is malicious in nature, please report it by using the Phish Alert button.*

Hi Todd,

I have through 12/13/24 to order for install the first week of January. I can mark the work order to install ASAP, but since we utilize a contractor I can't give you a specific date.

Looking at the attachment that was sent, it doesn't look like it is the correct size. The live size of the board is 10'H x 30'W.

On Fri, Dec 6, 2024 at 10:44 AM Jones, Todd G <tgjones@dmacc.edu> wrote:

Good morning Megan, we have some new artwork for our Boone billboard. How quickly can we get this produced and installed?

Thank you

Todd

**Todd Jones**

Director

Marketing & Public Relations

E: tgjones@dmacc.edu | C: 515-238-8242 | O: 515-964-6242

2006 S. Ankeny Blvd., Bldg. 21, Ankeny, IA 50023

Follow me on linked in | dmacc.edu

CONFIDENTIALITY NOTICE:  This e-mail and any attached documents are intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential.  If you are not the intended recipient, you are hereby notified that the retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to me that you have received the message in error, then delete it from your computer.  Thank You.

**From:** Ali, Amina M <amali@dmacc.edu>
**Sent:** Friday, December 6, 2024 10:34 AM
**To:** Jones, Todd G <tgjones@dmacc.edu>
**Subject:** Re: Boone Billboard

Here's the updated artwork



**Amina Miraj Ali**

Graphic Design Coordinator

Marketing & Public Relations Office

DMACC Ankeny

E :: amali@dmacc.edu | O :: 515-964-6822 | C :: 515-822-1703 | dmacc.edu

2006 S. Ankeny Blvd., Bldg. 21, Ankeny, IA 50023

**From:** Jones, Todd G <tgjones@dmacc.edu>
**Date:** Friday, December 6, 2024 at 10:05 AM
**To:** Ali, Amina M <amali@dmacc.edu>
**Subject:** RE: Boone Billboard

Sounds good, thank you



**Todd Jones**

Director

Marketing & Public Relations

E: tgjones@dmacc.edu | C: 515-238-8242 | O: 515-964-6242

2006 S. Ankeny Blvd., Bldg. 21, Ankeny, IA 50023

Follow me on linked in | dmacc.edu

CONFIDENTIALITY NOTICE:  This e-mail and any attached documents are intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential.  If you are not the intended recipient, you are hereby notified that the retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to me that you have received the message in error, then delete it from your computer.  Thank You.

**From:** Ali, Amina M <amali@dmacc.edu>
**Sent:** Friday, December 6, 2024 9:59 AM
**To:** Jones, Todd G <tgjones@dmacc.edu>
**Subject:** Re: Boone Billboard

Dang it I thought that too … let me finish up what I'm working on and I'll send updated artwork



**Amina Miraj Ali**

Graphic Design Coordinator

Marketing & Public Relations Office

DMACC Ankeny

E :: amali@dmacc.edu  | O :: 515-964-6822  | C :: 515-822-1703  |   dmacc.edu

2006 S. Ankeny Blvd., Bldg. 21, Ankeny, IA 50023

**From:** Jones, Todd G <tgjones@dmacc.edu>
**Date:** Friday, December 6, 2024 at 9:56 AM
**To:** Ali, Amina M <amali@dmacc.edu>
**Subject:** Boone Billboard

I didn't think Boone had the D, but just checked and it does. Could you send me new artwork today with the Bear logo? I'll work with Legacy Outdoor to get that vinyl ordered.

Thank you

**Todd Jones**

Director

Marketing & Public Relations

E: tgjones@dmacc.edu | C: 515-238-8242 | O: 515-964-6242

2006 S. Ankeny Blvd., Bldg. 21, Ankeny, IA 50023

Follow me on linked in | dmacc.edu

CONFIDENTIALITY NOTICE:  This e-mail and any attached documents are intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential.  If you are not the intended recipient, you are hereby notified that the retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to me that you have received the message in error, then delete it from your computer.  Thank You.