IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>　　　Plaintiff,<br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　Counterclaim Plaintiffs,<br>vs.<br><br>DRAKE UNIVERSITY,<br><br>　　　Counterclaim Defendant. | Case No. 4:24-CV-00227-SMR-SBJ<br><br>**DECLARATION OF ERICA SPILLER IN SUPPORT OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' RESISTANCE TO PLAINTIFF AND COUNTERCLAIM DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CIVIL CONTEMPT FOR FAILURE TO COMPLY WITH COURT ORDERS** |

I, Erica Spiller, declare as follows:

1.　I am the Vice President of Student Affairs at Des Moines Area Community College ("DMACC"). I make this declaration based on my own personal knowledge.

2.　I certify that, to the best of my knowledge, the following items identified in paragraph three of my prior declaration dated December 13, 2024 (ECF 102), are now compliant with the Court's preliminary injunction order issued on November 22, 2024.

　　a.　Perry Billboard

      i. There is billboard located in Perry, Iowa, operated by a third-party vendor (Reagan Outdoor Advertising), that previously displayed the enjoined logo.

      ii. The enjoined logo was removed from the Perry billboard as of Monday, December 16, 2024.

      iii. Attached as **Exhibit A** is a true and correct copy of email correspondence from Tabitha Shehan, Senior Account Executive at Reagan Outdoor Advertising, to Todd Jones, Director of Marketing and Public Relations at DMACC, dated December 16, 2024, confirming the removal of the enjoined logo from the Perry billboard.

b. Carroll Billboard

      i. There is billboard located in Carroll, Iowa, operated by a third-party vendor (Reagan Outdoor Advertising), that previously displayed the enjoined logo.

      ii. The enjoined logo was removed from the Carroll billboard on Tuesday, December 17, 2024.

      iii. Attached as **Exhibit B** is a true and correct copy of email correspondence from Tabitha Shehan to Todd Jones dated December 20, 2024, confirming the removal of the enjoined logo from the Carroll billboard.

      iv. Attached as **Exhibit C** is a photograph of the Carroll billboard taken on Friday, December 20, 2024, showing the updated billboard artwork.

c. Jordan Creek Elevators

      i. Jordan Creek Mall in West Des Moines, IA, had a banner displaying the enjoined logo on the second story wall behind the elevators.

      ii. DMACC has been informed that the banner displaying the enjoined logo was removed on Thursday, December 19, 2024.

d. Lectern Projector Panels

      i. There are panels next to the lecterns in DMACC's classrooms and conference rooms that operate the projectors. These panels previously displayed the enjoined logo.

      ii. DMACC has at least 499 classrooms or conference rooms across its 13 locations that had to be individually checked by IT staff for removal of the enjoined logo.

      iii. DMACC's IT department staff confirmed that all lectern projector panels displaying the enjoined logo were removed or changed as of Friday, December 20, 2024.

e. Internal displays in the pastry and baking area on the Newton campus, the health sciences sign in building 24 on the Ankeny campus, and the bistro wall graphic in the kitchen area of the Ankeny campus.

      i. All internal displays of the enjoined logo in the pastry baking area on the Newton campus, the health sciences sign in building 24 on the Ankeny campus, and the bistro wall graphic in the kitchen area of the Ankeny campus have been permanently removed or covered.

3. As of December 23, 2024, the following items are not compliant with the Court's preliminary injunction order, and are not possible to bring compliant with the Court's order for the following reasons:

   a. Boone Billboard

      i. There is billboard located in Boone, Iowa, operated by a third-party vendor (Legacy Outdoor Advertising), that is currently displaying the enjoined logo.

      ii. DMACC has ordered new artwork for the Boone billboard and the installation has been coordinated with Legacy Outdoor Advertising.

      iii. It is impossible for DMACC to cease use of the enjoined logo on the Boone billboard because doing so requires removal of the billboard artwork by a third-party Legacy Outdoor Advertising which, in turn, uses a third-party contractor.

      iv. Legacy Outdoor Advertising has informed DMACC that it marked the work order "ASAP" but the earliest date that the billboard can be removed is "the first week of January."

      ii. Attached as **Exhibit D** is a true and correct copy of email correspondence from Megan Wicks, an employee of Legacy Outdoor Advertising, to Todd Jones, dated December 6, 2024, regarding the scheduled removal of the enjoined logo from the Boone billboard.

   b. Boone Campus Gym

      i. The enjoined logo appears on a basketball court in DMACC's Boone Campus Gym (the "Boone basketball court"). Basketball games on this

        court are live streamed in accordance with NJCAA regulations, and the recordings of these live streams are posted online. The live streams will have the enjoined logo displayed in the stream until the court can be redone.

  ii.  It is impossible for DMACC to remove the enjoined logo from the Boone basketball court until after the NCJAA basketball season is complete and there are fewer students on campus.

      1) On or about December 11, 2024, DMACC contacted H2I Group regarding the removal of the enjoined logo from the Boone basketball court. *See* ECF 102-1. Due to the age and type of court, the entire court must be redone to remove the enjoined logo. *Id.*

      2) The removal of the enjoined logo is scheduled for May 12-16, 2025. *Id.*

  iii.  Refinishing a basketball court or covering it with a sticker poses safety risks to the students who use the court. *See* ECF 102-2 (letter from Dr. Marc Shulman). Dr. Schulman is a team physician for Iowa State University and for DMACC.

  iv.  Drake has suggested that DMACC can host men's and women's NJCAA basketball games on different basketball courts that do not display the enjoined logo (e.g., the basketball court in the Student Recreation Center on DMACC's Ankeny campus or the Fareway Fieldhouse multi-purpose facility).

    v.    From my discussions with DMACC's athletic director and head athletic trainer, it is my understanding that it is impossible to host NJCAA basketball games at any other DMACC location other than the Boone Campus Gym.

    vi.    The Boone Campus Gym is the only DMACC facility that can host NJCAA-compliant basketball games for at least the following reasons:

1) The NJCAA standards require basketball courts to be at least 94 feet long. The basketball court at the Ankeny Student Recreation Center is only 74 feet long.

2) The Boone Campus Gym is the only facility with shots clocks, game scoreboards, and live stream capabilities that are compliant with NJCAA standards.

3) The Boone Campus Gym is the only DMACC athletic facility with sufficient locker rooms and dressing rooms to hosts teams and officials during men's and women's double header events.

4) The Boone Campus Gym is the only DMACC athletic facility with ADA-compliant seating for hosting NCJAA basketball games.

5) The Boone Campus is the only DMACC athletic facility with the adequate athletic training rooms and medical facilities available for use in case of an in-game injury to a student athlete.

    6) The Boone Campus is the only DMACC athletic facility with medical equipment, such as ice machines, whirlpool tubs, and AEDs, on hand for use by student athletes.

vii. Attached hereto as **Exhibit E** is a true and correct copy of email correspondence from B.J. McGinn, DMACC's Director of Athletics, and Samantha Frost-Busch, DMACC's Head Athletic Trainer, to me dated December 20, 2024, explaining why DMACC can only host NJCAA basketball games at the Boone Campus Gym.

viii. Attached hereto as **Exhibit F** is a true and correct copy of email correspondence from B.J. McGinn, DMACC's Director of Athletics, to me dated December 20, 2024, explaining why DMACC cannot host NJCAA games at the Fareway Fieldhouse multi-purpose facility.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of December, 2024.

                                                                                    /s/ *Erica Spiller*  
                                                                                   Erica Spiller

## CERTIFICATE OF SERVICE

      I hereby certify that on December 23, 2024, I electronically filed the *DECLARATION OF ERICA SPILLER IN SUPPORT OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' RESISTANCE TO PLAINTIFF AND COUNTERCLAIM DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CIVIL CONTEMPT FOR FAILURE TO COMPLY WITH COURT ORDERS* with the Clerk of the Court using the ECF, who in turn sent notice to the following:

    Joshua J. Conley, Esq.
     jconley@zarleyconley.com
    John D. Gilbertson, Esq.
     jgilbertson@zarleyconley.com
    ZARLEYCONLEY PLC
    580 Market Street, Suite 101
    West Des Moines, IA  50266

    *Attorneys for Plaintiff*

                                                  /s/ Erica Palmer
                                                  Erica Palmer