# EXHIBIT A

| | |
|---|---|
| **From:** | Tabitha Shehan |
| **To:** | Jones, Todd G |
| **Subject:** | RE: Perry location |
| **Date:** | Monday, December 16, 2024 2:19:08 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

*The e-mail below is from an external source to DMACC. Please do not open attachments or click links from an unknown or suspicious origin. If you believe this message is malicious in nature, please report it by using the Phish Alert button.*

Hello Todd,

The Perry location was fixed and reposted this am... the lights were again checked just to make sure they were good and they are.  It looks like Caroll is on the schedule for early this week I will keep you posted.  Thanks!

## Tabitha Shehan
**Senior Account Executive, Reagan Outdoor Advertising**
**Iowa, Minnesota, South Dakota**
Coverage: http://mapping.reaganoutdoor.com/
Email: **Tabitha.Shehan@ReaganUSA.com**
Mobile: **(515)408-3408**



*Confidentiality Note: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain information that is confidential, privileged, or otherwise protected by law. Any unauthorized use, disclosure, or distribution of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately by replying to this email and delete the original and all copies of the email, including any attachment(s*

---

**From:** Jones, Todd G <tgjones@dmacc.edu>
**Sent:** Monday, December 16, 2024 1:25 PM
**To:** Tabitha Shehan <Tabitha.Shehan@reaganusa.com>
**Subject:** RE: Perry location

**CAUTION:** External Email.

That's great news, thank you Tabitha. Any word yet on the new Carroll board?

Todd



**Todd Jones**
Director
Marketing & Public Relations

E: tgjones@dmacc.edu  |  C: 515-238-8242  |  O: 515-964-6242
2006 S. Ankeny Blvd., Bldg. 21, Ankeny, IA 50023
Follow me on linked in  |  dmacc.edu

CONFIDENTIALITY NOTICE:  This e-mail and any attached documents are intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential.  If you are not the intended recipient, you are hereby notified that the retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to me that you have received the message in error, then delete it from your computer.  Thank You.

---

**From:** Tabitha Shehan <Tabitha.Shehan@reaganusa.com>
**Sent:** Friday, December 13, 2024 12:53 PM
**To:** Jones, Todd G <tgjones@dmacc.edu>; Diaz, Eddie <ediaz@dmacc.edu>
**Subject:** Perry location

*The e-mail below is from an external source to DMACC. Please do not open attachments or click links from an unknown or suspicious origin. If you believe this message is malicious in nature, please report it by using the Phish Alert button.*

Hey there,

I wanted you both to know with the wind this week it looks like one of the straps has come loose on the Perry billboard... we received the new vinyl for that structure and it will be installed early next week – hopefully Monday as long as the weather is good.  I just wanted you to know I drove by and saw it was pulling away... so we are aware and will be fixing it early next week.

Hope you all stay warm and have a great weekend.

## Tabitha Shehan
**Senior Account Executive, Reagan Outdoor Advertising**
**Iowa, Minnesota, South Dakota**
Coverage: http://mapping.reaganoutdoor.com/
Email: **Tabitha.Shehan@ReaganUSA.com**
Mobile: **(515)408-3408**



*Confidentiality Note: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain information that is confidential, privileged, or otherwise protected by law. Any unauthorized use, disclosure, or distribution of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately by replying to this email and delete the original and all copies of the email, including any attachment(s*