# **EXHIBIT B**

| | |
|---|---|
| **From:** | Tabitha Shehan |
| **To:** | Jones, Todd G |
| **Subject:** | Re: Perry Billboard |
| **Date:** | Friday, December 20, 2024 10:45:46 AM |
| **Attachments:** | image002.png |

*The e-mail below is from an external source to DMACC. Please do not open attachments or click links from an unknown or suspicious origin. If you believe this message is malicious in nature, please report it by using the Phish Alert button.*

Yes, it went up on Tuesday. Thank you

Tabitha Shehan
515-408-3408
Senior Account Executive
Reagan Outdoor Advertising
Tabitha.shehan@reaganusa.com

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Jones, Todd G <tgjones@dmacc.edu>
**Sent:** Friday, December 20, 2024 10:37:49 AM
**To:** Tabitha Shehan <Tabitha.Shehan@reaganusa.com>
**Subject:** FW: Perry Billboard

CAUTION: External Email.

Hi Tabitha, can you confirm Carroll has been replaced?



**Todd Jones**
Director
Marketing & Public Relations

E: tgjones@dmacc.edu | C: 515-238-8242 | O: 515-964-6242
2006 S. Ankeny Blvd., Bldg. 21, Ankeny, IA 50023
Follow me on linked in | dmacc.edu

CONFIDENTIALITY NOTICE: This e-mail and any attached documents are intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential. If you are not the intended recipient, you are hereby notified that the retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to me that you have received the message in error, then delete it from your computer. Thank You.