# **<u>EXHIBIT E</u>**

| | |
|---|---|
| **From:** | Frost-Busch, Samantha J |
| **To:** | McGinn, BJ J; Spiller, Erica L |
| **Subject:** | Re: DMACC Competitive Gym Information |
| **Date:** | Friday, December 20, 2024 10:45:17 AM |
| **Attachments:** | image003.png |

BJ,

Just to follow up on your list below.

There is no athletic training room or medical facility available for use. This becomes a safety issue for the student-athletes.

There is no medical equipment on hand either. We have equipment on the DMACC Boone campus that cannot be transported such as ice machines, whirlpool tubs, and AEDs to name a few. Of the equipment that can be transported, removing it would cause a safety issue with the remaining athletes on the Boone campus because that equipment would no longer be available for them. Transporting it back and forth is not a feasible option.

Samantha

Samantha Busch MS, LAT, ATC (she/her)
Head Athletic Trainer/Adjunct Instructor
Des Moines Area Community College - Boone Campus
O: 515-433-5223
C: 319-415-1212
F: 515-298-7486

**From:** McGinn, BJ J <bjmcginn@dmacc.edu>
**Sent:** Friday, December 20, 2024 10:29 AM
**To:** Spiller, Erica L <elspiller@dmacc.edu>
**Cc:** McGinn, BJ J <bjmcginn@dmacc.edu>; Frost-Busch, Samantha J <sjfrost@dmacc.edu>
**Subject:** DMACC Competitive Gym Information

Erica-

Here are the points as to why we must play men's and women's NJCAA basketball on the Boone Campus Court:

1. This is a 94 foot college spec court-there are no other courts in the district that are this size- Ankeny is 74 feet-does not meet NJCAA standards
2. The shot clocks, game scoreboards, live stream set up/film ability are the only set up for NJCAA requirements

3. Locker room set up for 4 home and visiting teams
4. Dressing rooms for 2 sets of officials – men's and women's double header events
5. ADA Compliant seating
6. Scorers table and placement for event staff
7. Seating for spectators, recruiters, pep band
8. Proper way finding for home, visitors, general admission
9. Gate entrance station
10. Concessions

Please let me know if you need anything further.

Point of clarification- Dr. Shullman is our team physician who we refer to for injuries.

BJ

B.J. McGinn
Director of Athletics
Des Moines Area Community College
Office 515-433-5050
Cell 928-651-2504

EMAIL Bear

