# <u>EXHIBIT F</u>

| | |
|---|---|
| **From:** | McGinn, BJ J |
| **To:** | Spiller, Erica L |
| **Subject:** | RE: Practice court |
| **Date:** | Friday, December 20, 2024 11:41:55 AM |

Erica-

Here are the points as to why we cannot play competitive NJCAA games on the Fieldhouse Court and must play in the gym:

1. The fieldhouse floor is a multi – surface baseball/softball/camp floor and would not meet the standard of college competitive requirements by game officials
2. There are no shot clocks, game scoreboards, live stream set up/film areas to meet NJCAA requirements
3. There are no locker rooms
4. There is no changing area for officials
5. There is no ADA compliant seating
6. There is no area for a scorer's table and for event staff
7. There is no seating for spectators, recruiters, pep band
8. There is no area for a gate entrance station
9. There is no area for concessions
10. There is not enough room for game day sports medicine staff

BJ

---

**From:** Spiller, Erica L <elspiller@dmacc.edu>
**Sent:** Friday, December 20, 2024 11:32 AM
**To:** McGinn, BJ J <bjmcginn@dmacc.edu>
**Subject:** Practice court

BJ,

Can you also send reasons we can't play in the field house courts?

Erica Spiller
Vice President of Student Affairs
Des Moines Area Community College