IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>Counterclaim Defendant. | Case No. 4:24-CV-00227-SMR-SBJ<br><br>**DECLARATION OF CARA S. DONELS IN SUPPORT OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' RESISTANCE TO PLAINTIFF AND COUNTERCLAIM DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CIVIL CONTEMPT FOR FAILURE TO COMPLY WITH COURT ORDERS** |

I, Cara S. Donels, declare as follows:

1. I am a senior associate at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendants and Counterclaim Plaintiffs Des Moines Area Community College ("DMACC") and Des Moines Area Community College Foundation ("DMACCF") (together "Defendants") in this case. I make this declaration based on personal knowledge.

2. Attached hereto as **Exhibit G** is a true and correct copy of email correspondence between myself and Mr. Gilbertson (representing Drake) from December 19, 2023.

2

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of December, 2024.

*s/Cara S. Donels*
Cara S. Donels

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 23, 2024, I electronically filed the *Declaration of Cara S. Donels in Support of Defendants and Counterclaim Plaintiffs' Resistance to Plaintiff and Counterclaim Defendant's Motion for Order to Show Cause Why Defendants Should not be Held in Contempt with Court Orders* with the Clerk of Court using the CM/ECF system, who in turn sent notice to the following:

 Joshua J. Conley, Esq.
  jconley@zarleyconley.com
 John D. Gilbertson, Esq.
  jgilbertson@zarleyconley.com
 ZARLEYCONLEY PLC
 580 Market Street, Suite 101
 West Des Moines, IA  50266

 *Attorneys for Plaintiff and*
 *Counterclaim Defendant*

                */s/ Erica Palmer*
                Erica Palmer