**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| DRAKE UNIVERSITY, | Case No. 4:24-CV-00227-SMR-SBJ |
| Plaintiff, | |
| vs. | |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE, | **DECLARATION OF ERICA SPILLER IN SUPPORT OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' MOTION TO INCREASE THE PRELIMINARY INJUNCTION BOND** |
| Defendants. | |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE, | |
| Counterclaim Plaintiffs, | |
| vs. | |
| DRAKE UNIVERSITY, | |
| Counterclaim Defendant. | |

I, Erica Spiller, declare as follows:

1.      I am the Vice President of Student Affairs at Des Moines Area Community College ("DMACC").  I make this declaration based on my own personal knowledge.

2.      On November 22, 2024, the Court issued an Order preliminarily enjoining Defendants' use of a block-style "D" in a blue and/or white color scheme.

3.      The Court ordered Drake post a bond in the amount of $25,000.

4.      I certify that, to the best of my knowledge, Defendants' have spent well over $25,000 to comply with the preliminary injunction.

5.    To the best of my knowledge, Defendants have accumulated the following invoices, estimates, and costs to comply with the preliminary injunction order:

a.    Attached as **Exhibit A** is a true and correct copy of an invoice from Lashier Graphics & Signs, dated December 3, 2024, for a security PVC logo and adhesive vinyl logo.

b.    Attached as **Exhibit B** is a true and correct copy of an invoice from Lashier Graphics & Signs, dated December 4, 2024, for an adhesive vinyl logo for the security vehicles.

c.    Attached as **Exhibit C** is a true and correct copy of an invoice from Iowa Prison Industries, dated December 17, 2024, for security patches to sew over the security personnel's uniforms.

d.    Attached as **Exhibit D** is a true and correct copy of an invoice from Lashier Graphics & Signs, dated July 17, 2024, for a security kiosk logo. The replacement logo is from the same vendor and comparable in price.

e.    Attached as **Exhibit E** is a true and correct copy of an order summary from BSN Sports, dated November 27, 2024, for the men's basketball travel gear.

f.    Attached as **Exhibit F** is a true and correct copy of a quote from H2I Group, dated December 1, 2024, to replace the "D" logo on the Boone basketball court.

g.    Attached as **Exhibit G** is a true and correct copy of an invoice from Iowa Sports Supply, dated December 23, 2024, for new stools located in the men's locker room at the Boone campus gym.

h.  Attached as **Exhibit H** is a true and correct copy of an invoice from Iowa Sports Supply, dated December 10, 2024, for new basketballs without the enjoined logo.

i.  Attached as **Exhibit I** is a true and correct copy of an invoice from Iowa Sports Supply, dated December 16, 2024, for new softball bags without the enjoined logo.

j.  Attached as **Exhibit J** is a true and correct copy of an order summary from BSN Sports, dated December 4, 2024, for the men's coaches' basketball gear.

k.  Attached as **Exhibit K** is a true and correct copy of an order summary from BSN Sports, dated December 16, 2024, for new men's basketball uniforms in blue.

l.  Attached as **Exhibit L** is a true and correct copy of an order summary from BSN Sports, dated December 16, 2024, for new men's basketball uniforms in white.

m.  Attached as **Exhibit M** is a true and correct copy of an invoice from Lamar, dated December 6, 2024, for two new billboards located in Des Moines, IA

n.  Attached as **Exhibit N** is a true and correct copy of an email correspondence between myself and Ben Voaklander, who is the Controller for DMACC and member of DMACC's executive committee. The email identifies DMACC spent $480 to replace the billboard in Perry, IA, on December 16, 2024, and $1,595 to purchase 500 new viewbooks in Spanish on December 5, 2024.

o.  Attached as **<u>Exhibit O</u>** is a true and correct copy of an invoice from Reagan Outdoor Advertising, dated December 11, 2024, for a billboard replacement in Carroll, IA.

p.  Attached as **<u>Exhibit P</u>** is a true and correct copy of a receipt from A-D Distributing Co., Inc., dated December 17, 2024, for new flags without the enjoined logo.

q.  Attached as **<u>Exhibit Q</u>** is a true and correct copy of an invoice from Sigler, dated December 18, 2024, for welcome and map banner replacements.

r.  Attached as **<u>Exhibit R</u>** is a true and correct copy of an estimate from Integrity Printing, dated December 18, 2024, for several replacement decals and signs on a variety of DMACC campuses.

s.  Attached as **<u>Exhibit S</u>** is a true and correct copy of an invoice from Lashier Graphics & Signs, dated December 12, 2024, for a semi-trailer decal set.

t.  Attached as **<u>Exhibit T</u>** is a true and correct copy of an invoice from Vernon Graphics, dated December 19, 2024, for a new trailer without the enjoined logo.

u.  Attached as **<u>Exhibit U</u>** is a true and correct copy of an order summary from Make Stickers, dated December 5, 2024, for stickers that can be used to cover up small, enjoined logos.

v.  Attached as **<u>Exhibit V</u>** is a true and correct copy of an invoice from Storey Kenworthy, dated December 2, 2024, for envelopes, letterhead, and folders without the enjoined logo.

w.  Attached as **<u>Exhibit W</u>** is a true and correct copy of an invoice from Mittera, dated December 16, 2024, to reprint DMACC's continuing education postcards and to recycle the original postcards that could not be sent due to the injunction.

x.  Attached as **<u>Exhibit X</u>** is a true and correct copy of an estimate Sigler, dated December 18, 2024, for table throws without the enjoined logo.

y.  Attached as **<u>Exhibit Y</u>** is a true and correct copy of an invoice from Wizard Pins, dated December 17, 2024, for new lapel pins without the enjoined logo.

z.  Attached as **<u>Exhibit Z</u>** is a true and correct copy of DMACC's internal order system. The PDF shows 35 business card reorders from staff since the temporary injunction went into effect. The total spent so on staff business cards is $1,312.50. This number is expected to increase as the spring semester gets closer.

aa.  Attached as **<u>Exhibit AA</u>** is a true and correct copy of an invoice from Mittera, dated December 19, 2024, for new DMACC Viewbooks without the enjoined logo.

bb.  Attached as **<u>Exhibit AB</u>** is a true and correct copy of an invoice from Mittera, dated December 31, 2023, for Admissions Blue Square Brochures - Revised. The date on the invoice was noted incorrectly. This invoice is for the new brochures without the enjoined logo.

cc.  Attached as **<u>Exhibit AC</u>** is a true and correct copy of an invoice from Sigler, dated December 19, 2024, for a reprint of the DMACC Foundation Magazine. The magazine was printed prior to the preliminary injunction order and had to be reprinted at this same price.

dd. Attached as **Exhibit AD** is a true and correct copy of an order summary from Custom Lanyard, dated December 6, 2024, for new lanyards without the enjoined logo.

ee. Attached as **Exhibit AE** is a true and correct copy of an order summary from Integrity Printing, dated December 19, 2024, for a variety of items DMACC purchased due to the preliminary injunction, including the following:

    i.  Plexi Glass Sign for Building 1 on Ankeny Campus (p. 1)

    ii.  Safety Data Sheet Stickers (p. 2)

    iii.  Bear Stickers (p. 3)

    iv.  Power Equipment Window Graphic (p. 5)

    v.  Second Sticker Order (p. 6)

    vi.  Business Cards (p. 15)

ff. Attached as **Exhibit AF** is a true and correct copy of an order summary from P&M Apparel, dated November 8, 2024, for DMACC Nursing apparel which will need to be reordered or reimbursed to the nursing faculty and staff who placed the order.

gg. Attached as **Exhibit AG** is a true and correct copy of an order summary from P&M Apparel, dated October 10, 2024, for DMACC Emergency Medical Services apparel which will need to be reordered or reimbursed to the EMS students who placed the order.

hh. Attached as **Exhibit AH** is a true and correct copy of an order summary from P&M Apparel, dated October 28, 2024, for DMACC Power Equipment Tech

apparel which will need to be reordered or reimbursed to the power equipment

tech students and staff who placed the order.

ii. Attached as **Exhibit AI** is a true and correct copy of an invoice from the

DMACC Ankeny Campus Bookstore, dated December 17, 2024, containing an

summary of all the merchandise pulled from the bookstore and will need to be

replaced pursuant to the preliminary injunction order.

jj. Attached as **Exhibit AJ** is a true and correct copy of a contractor proposal,

dated August 6, 2024, for new signage for the transportation institute. Due to

the preliminary injunction, DMACC has not put up items 6, 9, and 10. These

items total $16,378.50 and will need to be reordered pursuant to the preliminary

injunction order.

6.      In invoices, estimates, and quotes accumulated alone, Defendants have spent or will

spend approximately $169,559.88 to comply with the preliminary injunction order. Attached as

**Exhibit AK** is a true and correct copy of a calculation for how defendants arrived at that total.

7.      DMACC has paid full and part-time marketing staff at least $71,089.00 to work on

ensuring compliance with the preliminary injunction.

8.      DMACC paid their student ambassadors to walk around campus to search for

enjoined "Ds" and remove them at $12.50/hour.

9.      DMACC will need to reprint every student and staff ID at $0.30/ID, which could

amount to $7,500 if all students and staff get a new ID.

10.     DMACC has approximately $2,000 worth of giveaways with the enjoined logo that

can no longer be distributed.

11.     DMACC staff members have personally paid for items with the enjoined logo to wear while at work and students have paid for uniforms to wear while doing rotations or externships with the enjoined logo.

12.     DMACC estimates these reimbursements will cost more than $50,000.

13.     Additionally, there will be further unexpected costs that will arise throughout the duration of the lawsuit which Defendants will incur to comply with the preliminary injunction.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 23rd day of December, 2024.


*/s/ Erica Spiller*
Erica Spiller

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2024, I electronically filed the *Declaration of Erica*

*Spiller in Support of Defendants and Counterclaim Plaintiffs' Motion to Increase the Preliminary*

*Injunction Bond* with the Clerk of the Court using the ECF, who in turn sent notice to the following:

Joshua J. Conley, Esq.
  jconley@zarleyconley.com
John D. Gilbertson, Esq.
  jgilbertson@zarleyconley.com
ZARLEYCONLEY PLC
580 Market Street, Suite 101
West Des Moines, IA  50266

*Attorneys for Plaintiff*


                                          */s/ Michele A. Erickson*
                                          Michele A. Erickson