# **EXHIBIT A**

12/3/24

**Lashier Graphics & Signs**
Lashier Graphics & Signs
1601 SE Gateway Drive, Suite 130
Grimes, IA 50111
Primary Email: : thomas@lashier.com
Primary Phone: : (515) 518-6100

www.lashier.com

RO194446



## Invoice Statements Report

**Statement Till :** Not set

**Sold To**
Des Moines Area Community College (DMACC)
1111 E Army Post Rd
Des Moines
IA
50315
United States

**Contact**
Mike Brady
mtbrady@dmacc.edu

**Shipping To**

## Des Moines Area Community College (DMACC)

| Inv# | Name | Inv Dt | Age | Primary Contact | Cust PO# | State | Terms | Billing To | Shipping To | Total | Paid | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24055 | 1 PVC Logo and 1 Adhesive Vinyl Logo | 09/23/2024 | 71 | Brett C. Handy | | past due | 50/50 | 2006 South Ankeny Boulevard Ankeny IA 50023 United States | | $86.15 | $0.00 | $86.15 |
| Total | | | | | | | | | | $86.15 | $0.00 | $86.15 |

PRINTED ON 12/03/2024 03:07 AM BY TL

1/1