# EXHIBIT B

Lashier Graphics & Signs
1601 SE Gateway Drive, Suite 130 Grimes, IA 50111
thomas@lashier.com
(515) 518-6100
EIN #: 81-1064007

Tax ID: 1-77-124292
www.lashier.com



# Quote 18884

## Vehicle Shield Decals

| | | |
|---|---|---|
| **SALES REP INFO** | | **QUOTE DATE** |
| Jim Bouma | | 12/04/2024 |
| Sales | | **QUOTE EXPIRY DATE** |
| jbouma@lashier.com | | 01/03/2025 |
| (515) 943-2875 | | **TERMS** |
| | | 50/50 |

| REQUESTED BY | CONTACT INFO |
|---|---|
| Des Moines Area Community College (DMACC) | Brett C. Handy |
| 2006 South Ankeny Boulevard | bchandy@dmacc.edu |
| Ankeny, IA 50023 | (515) 964-6500 |

| # | ITEM | QTY | UOM | U.PRICE | TOTAL (EXCL. TAX) | TAXABLE |
|---|---|---|---|---|---|---|
| 1 | **Shield Decal (x10)**<br>**7.75" W x 9.42" H** digitally printed adhesive vinyl decal with protective GLOSS lamination.<br>Width: 7.75 Inches<br>Height: 9.43 Inches<br>Sides: 1<br><br>Cut Style: Straight Cut<br><br>**Installation & Removal (Per Vehicle)**<br>Installation with certified professionals.<br>*Please Note:*<br><br>• *This pricing assumes ALL vehicles can be completed in the same trip* | 10 | Each | $28.75 | $287.50 | N |

**Estimated Pricing:** This quote includes **estimated** pricing and can fluctuate based on scope of work and your timeframe.

**Timeframe:** our Production process typically takes **3-4 business days from final design approval.** To complete your job as fast as possible, please submit print-ready art or approve your design proofs ASAP. Jobs that need to be completed prior to this timeframe may be subject to a Rush Fee.

| | |
|---|---|
| Subtotal: | $287.50 |
| Sales Tax (0%): | $0.00 |
| **Total:** | **$287.50** |

| **Downpayment (50.0 %)** | $143.75 |
|---|---|

**SIGNATURE:** 

**DATE:**