# **<u>EXHIBIT E</u>**

Case 4:24-cv-00227-SMR-SBJ    Document 111-7    Filed 12/27/24    Page 2 of 2



**BSN SPORTS**
PO Box 841393
Dallas, TX 75284-1393
Phone: 800-527-7510 Fax: 800-899-0149
Visit us at www.bsnsports.com

### Order Summary
**Cart #:** 12604731
**Purchase Order #:** DMACC MBB team gear 11.27
**Cart Name:** DMACC MBB team gear 11.27
**Order Date:** 11/27/2024
**Estimated Delivery:** 01/14/2025
**Payment Terms:** NT30
**Ship Via:**
**Ordered By:** Blake Sandquist

**Contact Your Rep**
**Phil Hemming**   Email: **phemming@bsnsports.com** | Phone: **641-620-8337**

| Sold to | Ship To | Payer |
|---|---|---|
| 1111291 | 1111291 | 1111291 |
| DES MOINES AREA COMMUNITY COLL | DES MOINES AREA COMMUNITY COLL | DES MOINES AREA COMMUNITY COLL |
| 1125 HANCOCK DR | Blake Sandquist | 1125 HANCOCK DR |
| BOONE IA 50036-5326 | 1125 HANCOCK DR | BOONE IA 50036-5326 |
| USA | BOONE IA 50036-5326 | USA |
|  | USA |  |

| Item Description | Qty | Unit Price | Total |
|---|---|---|---|
| **Black-NIKE 35L SWIM BACKPACK**<br>Item # - NKNESSE138<br>OS: 20 | 20 EA | $58.00 | $1,160.00 |
| **010 - BLACK-TECH FLEECE FZ HOODIE**<br>Item # - NKFQ1883<br>SML 3  MED 5  LRG 8  XLG 7  XXL 1 | 24 EA | $94.25 | $2,262.00 |
| **010 - BLACK-TECH FLEECE JOGGER**<br>Item # - NKFQ1884<br>SML 3  MED 5  LRG 8  XLG 7  XXL 1 | 24 EA | $81.25 | $1,950.00 |
| **LWO External Decoration 1**<br>Item # - LETTERWOE | 20 EA | $7.95 | $159.00 |
| **LWO External Decoration 2**<br>Item # - LETTERWOE | 24 EA | $4.50 | $108.00 |
| **100 - WHITE-CLUB PULLOVER FLEECE HOODIE**<br>Item # - NKCJ1611<br>SML 3  MED 5  LRG 8  XLG 7  XXL 1  3XL 1 | 25 EA | $35.75 | $893.75 |
| **LWO External Decoration 3**<br>Item # - LETTERWOE | 25 EA | $4.50 | $112.50 |

|  |  |
|---|---|
| Subtotal: | $6,645.25 |
| Other: | $0.00 |
| Freight: | $164.62 |
| Sales Tax: | $0.00 |
| Order Total: | $6,809.87 |
| Payment/Credit Applied: | $0.00 |
| **Order Total:** | **$6,809.87** |

Page: 1 of 1