# **EXHIBIT G**



**IOWA SPORTS SUPPLY**

INVOICE #57139

**12/23/2024**

3121 Capital Way
Cedar Falls, IA 50613
(319) 268-0125
www.iowasports.com

| | |
|---|---|
| **Customer Name:** | DMACC BASKETBALL |
| **Order Date:** | 12/17/2024 |
| **Order Type:** | Team |
| **Salesperson:** | Brian Ricke |
| **Project:** | BASKETBALL FILE |

**Bill to:**
DMACC BASKETBALL
1125 HANCOCK DR
BOONE, IA 50036

**ATTN:** BLAKE SANDQUIST/BASKETBALL

**Ship to:**
DMACC BASKETBALL
1125 HANCOCK DR
BOONE, IA 50036

**ATTN:** BLAKE SANDQUIST/BASKETBALL

**Terms:**
DUE IN 15 DAYS

**SHIPPING: SHIP TO**
**PHONE:** 515-201-2080

| Qty | SKU | Description | Manufacturer | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 24 | STL1000DP | CUSTOM PRINTED STOOL | FISHER | 70.00 | 1680.00 |
| --- | | **Product Color:** BLACK | | | |

| | |
|---|---|
| Item Total: | 1680.00 |
| Plus Shipping: | 260.00 |
| Invoice Total: | 1940.00 |
| Less Total Payments Received: | 0.00 |
| **Total Due:** | **1940.00** |