# **EXHIBIT H**



**INVOICE #56850**

**12/10/2024**

3121 Capital Way
Cedar Falls, IA 50613
(319) 268-0125
www.iowasports.com

| | |
|---|---:|
| **Customer Name:** | DMACC BASKETBALL |
| **Order Date:** | 11/27/2024 |
| **Order Type:** | Team |
| **Salesperson:** | Brian Ricke |
| **Project:** | BASKETBALL FILE |

**Bill to:**
DMACC BASKETBALL
1125 HANCOCK DR
BOONE, IA 50036

**ATTN:** BLAKE SANDQUIST/BASKETBALL

**Ship to:**
DMACC BASKETBALL
1125 HANCOCK DR
BOONE, IA 50036

**ATTN:** BLAKE SANDQUIST/BASKETBALL

**Terms:**
DUE IN 15 DAYS

**SHIPPING: DELIVERY**

**PHONE: 515-201-2080**

| Qty | SKU | Description | Manufacturer | Unit Price | Extended Price |
|---|---|---|---|---:|---:|
| 18 | 762257 | LASER ENGRAVE LEGACY BASKETBALL 29.5" | SPALDING | 76.00 | 1368.00 |
| --- | | | | | |

| | |
|---|---:|
| Item Total: | 1368.00 |
| Plus Shipping: | 49.60 |
| Invoice Total: | 1417.60 |
| Less Total Payments Received: | 0.00 |
| **Total Due:** | **1417.60** |