# **EXHIBIT J**



**BSN SPORTS**
PO Box 841393
Dallas, TX 75284-1393
Phone: 800-527-7510 Fax: 800-899-0149
Visit us at www.bsnsports.com

## Order Summary

| | |
|---|---|
| **Cart #:** | 12639844 |
| **Purchase Order #:** | Coaches gear 2024 |
| **Cart Name:** | DMACC MBB Coaches gear 20 |
| **Order Date:** | 12/04/2024 |
| **Estimated Delivery:** | 01/13/2025 |
| **Payment Terms:** | NT30 |
| **Ship Via:** | |
| **Ordered By:** | Blake Sandquist |

**Contact Your Rep**
**Phil Hemming**   Email: **phemming@bsnsports.com** | Phone: **641-620-8337**

| Sold to | Ship To | Payer |
|---|---|---|
| 1111291 | 1111291 | 1111291 |
| DES MOINES AREA COMMUNITY COLL | DES MOINES AREA COMMUNITY COLL | DES MOINES AREA COMMUNITY COLL |
| 1125 HANCOCK DR | Blake Sandquist | 1125 HANCOCK DR |
| BOONE IA  50036-5326 | 1125 HANCOCK DR | BOONE IA  50036-5326 |
| USA | BOONE IA  50036-5326 | USA |
| | USA | |

| Item Description | Qty | Unit Price | Total |
|---|---|---|---|
| **010 - BLK/WHT-AC LONG SLEEVE BOMBER JACKET**<br>Item # - NKFJ9569<br>**LRG**  3 | 3 EA | $ 100.75 | $ 302.25 |
| **060 - ANTHRACT-TECH FLEECE FZ HOODIE**<br>Item # - NKFQ1883<br>**XLG**  1 | 1 EA | $ 94.25 | $ 94.25 |
| **060 - ANTHRACT-TECH FLEECE JOGGER**<br>Item # - NKFQ1884<br>**LRG**  1 | 1 EA | $ 81.25 | $ 81.25 |
| **007 - FLT SILV-DRY UV COLLEGIATE POLO**<br>Item # - NKCW3415<br>**LRG**  3 | 3 EA | $ 32.50 | $ 97.50 |
| **010 - BLACK-DRY UV COLLEGIATE POLO**<br>Item # - NKCW3415<br>**LRG**  1 | 1 EA | $ 32.50 | $ 32.50 |
| **100 - WHITE-DRY UV COLLEGIATE POLO**<br>Item # - NKCW3415<br>**LRG**  3 | 3 EA | $ 32.50 | $ 97.50 |
| **010 - BLACK-JORDAN DF SHOWTIME PANT**<br>Item # - NKFQ5380<br>**LRG**  1 | 1 EA | $ 52.00 | $ 52.00 |
| **010 - BLACK-SHOWTIME FULL-ZIP HOODIE**<br>Item # - NKFD1132<br>**LRG**  1 | 1 EA | $ 61.75 | $ 61.75 |
| **010 - BLACK-SHOWTIME PANT**<br>Item # - NKFD1133<br>**LRG**  1 | 1 EA | $ 52.00 | $ 52.00 |
| **LWO External Decoration**<br>Item # - LETTERWOE | 12 EA | $ 8.95 | $ 107.40 |

| | |
|---|---|
| Subtotal: | $978.40 |
| Other: | $0.00 |
| Freight: | $50.08 |
| Sales Tax: | $0.00 |
| Order Total: | $1,028.48 |
| Payment/Credit Applied: | $0.00 |
| **Order Total:** | **$1,028.48** |