# EXHIBIT N

# Boggess, Erin

---

**From:** Voaklander, Ben J. <bjvoaklander@dmacc.edu>
**Sent:** Tuesday, December 17, 2024 9:28 AM
**To:** Spiller, Erica L
**Subject:** RE: DISSUE

FMG is a billboard company…looked like a billboard in Perry.

Mittera was for 500 Spanish View Books.

Both were processed by Marketing.

Ben

**From:** Spiller, Erica L <elspiller@dmacc.edu>
**Sent:** Tuesday, December 17, 2024 9:06 AM
**To:** Voaklander, Ben J. <bjvoaklander@dmacc.edu>
**Subject:** RE: DISSUE

I think I know what that Storey Kenworthy order is. Any idea what the FMG and Mitteria ones are?

**From:** Voaklander, Ben J. <bjvoaklander@dmacc.edu>
**Sent:** Tuesday, December 17, 2024 8:56 AM
**To:** Spiller, Erica L <elspiller@dmacc.edu>
**Subject:** RE: DISSUE

We have only spent $8,724.35.

Ben



**From:** Spiller, Erica L <elspiller@dmacc.edu>
**Sent:** Tuesday, December 17, 2024 8:50 AM
**To:** Voaklander, Ben J. <bjvoaklander@dmacc.edu>
**Subject:** DISSUE
**Importance:** High

Ben,

Is it possible to see how much has been charged to DISSUE and for what? Our attorneys could really use this today for our bond increase request.

Thanks,
Erica



Erica Spiller (she/her)
Vice President of Student Affairs

E :: elspiller@dmacc.edu  | O :: 515-964-6622
2006 S Ankeny Blvd., Ankeny, IA 50023
linkedin.com/in/erica-spiller | dmacc.edu

IR FHH uwt{nijx vzfqy Tkktwifgqj xyzijsy hjsyjwji jizhfynts fsi wfnsnsl yt jr ut|jw tzw in{jwxj htrrzsnynjx fsi ytxjw{j fx f hfyfqxy tw jhtstrnh ij{jqtursy3

CONFIDENTIALITY NOTICE: This E-mail (including the attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C.§§ 2510-2521, is confidential and may be legally privileged.  If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to me immediately that you have received the message in error, and delete it completely from your computer.  Thank You.