# EXHIBIT O

**Reagan Outdoor Advertising of Rochester**
3185 41st ST. NW, Ste 20 Rochester, MN 55901
507-288-1866

| | |
|---|---|
| INVOICE DATE: | 12/11/2024 |
| INVOICE NUMBER: | **0374632** |
| CONTRACT #: | 0320231317 |
| CUSTOMER P.O. #: | |
| SALES PERSON: | Shehan, T |

**BILL TO:** MR302097
Des Moines Area Community College
Attn: Todd Jones
2006 South Ankeny Blvd.
Ankeny, IA 50023

| | | | |
|---|---|---|---|
| PERIOD DATES | 12/11/2024 | To | 12/11/2024 |
| ADVERTISER | Des Moines Area Community College | | |
| DESCRIPTION | Production | | |

Production S513993E Carroll ............ $200.00

**TERMS:** NET 30 DAYS        **TOTAL DUE    $ 200.00**

D20108 Your Future Your Success

---

**DETACH AND SEND THIS PORTION WITH PAYMENT**
**OR WANT TO PAY BY ACH? USE THE INFORMATION BELOW TO SET UP AUTOMATIC PAYMENTS WITH YOUR FINANCIAL INSTITUTION**

BANK NAME: US BANK  /  BANK ADDRESS: 170 S. MAIN ST., SLC UT, 84101  /  ROUTING #: 124302150  /  ACCT #: 153195407843
ACCT NAME: REAGAN OUTDOOR OF ROCHESTER  /  EMAIL REMITTANCE INFO TO: ANDREA@REAGANUSA.COM



**Reagan Outdoor Advertising of Rochester/Iowa**
3185 41st ST. NW, Ste 20 Rochester, MN 55901

MR302097
Des Moines Area Community College

Attn: Todd Jones
2006 South Ankeny Blvd.
Ankeny, IA 50023

**REMIT TO:**

**Reagan Outdoor of Rochester**

PO Box 958407
St Louis, MO 63195-8407

| | |
|---|---|
| INVOICE NUMBER: | 0374632 |
| CONTRACT #: | 0320231317 |

**TOTAL DUE        $ 200.00**