# EXHIBIT Q



1101 Aviation Way
P.O. Box 887
Ames, Iowa 50010
P. 515.232.6997
F. 515.232.8820

# INVOICE

DMACC - Ankeny
Attn: Accounting
2006 S Ankeny Blvd
Ankeny   IA   50023-8995
United States

**Invoice:** 430821
**Invoice Date:** 12/18/24
**Order Date:** 12/18/24
**Customer Number:** 1345
**Salesperson:** Chris Coppinger

| Job | PO Number | Quantity | Description | Price | |
|---|---|---|---|---|---|
| | | | Contact: Amina Miraj Ali - Marketing | | |
| 522440 | banner grapics | 1 | DMACC banner graphic replacements for Welcome and Map banners | 372.94 | USD |
| 522440 | banner grapics | | **Any Incidentals/Freight Cost/Customs & Duties that are incurred during production will be billed on completion of project. ** | | USD |

| | | |
|---|---:|---|
| **Net Sales:** | 372.94 | USD |
| **Postage:** | 0.00 | USD |
| **Tax:** | 0.00 | USD |
| **Invoice Total:** | 372.94 | USD |

**Terms:**   Due in 30 Days

**Please make checks payable to Sigler Companies, Inc.**

**www.sigler.com**   Page 1 of 1