# EXHIBIT S

Lashier Graphics & Signs
1601 SE Gateway Drive, Suite 130 Grimes, IA 50111
thomas@lashier.com
(515) 518-6100
EIN #: 81-1064007

Tax ID: 1-77-124292
www.lashier.com



**Invoice is Past Due on 12/12/2024**

# Invoice 30729
## Semi Trailer Decals - Install

| | SALES REP INFO | INVOICE DATE | TERMS |
|---|---|---|---|
| | John McCall | 12/12/2024 | 50/50 |
| | jmccall@lrigraphics.com | INV.DUE DATE | |
| | | 12/12/2024 | |

**ORDERED BY**
Des Moines Area Community College (DMACC)
1111 E Army Post Rd
Des Moines, IA 50315

**CONTACT INFO**
Mike Brady
mtbrady@dmacc.edu

| # | ITEM | QTY | UOM | U.PRICE | TOTAL (EXCL. TAX) | TOTAL (INCL. TAX) | TAXABLE |
|---|---|---|---|---|---|---|---|
| 1 | **A1-A4) Semi Trailer Decal Set (4 Decals)**  **Side Decal = 63.3" W x 35.4" H (x2)**  **Rear Decal = 36.9" W x 44.75" H**  **Front Decal = 64.2" W x 41.5" H** | 1 | Each | $1,075.00 | $1,075.00 | $1,075.00 | N |

Full coverage digital print on adhesive vinyl with protective lamination
Width: 48 Inches
Height: 226 Inches
Pre-Mask

Partial/Full Wrap:  Logo/Lettering
Vehicle Make: Semi Trailer

**Installation**
Installation estimate with certified professionals at Lashier Graphics & Signs. Does not include removal of any existing graphics.

*Full payment is due upon receipt. Thank you for your business - it much appreciated!*
(If you are interested in Net 30 Terms, please let us know.)

| | |
|---|---:|
| Subtotal: | $1,075.00 |
| Sales Tax (0%): | $0.00 |
| **Total:** | **$1,075.00** |

**SIGNATURE:**

**DATE:**