# EXHIBIT U



## ORDER # **17150380**

12/5/2024 10:42:46 AM

**Order Status:** ✓ In Production

**Payment Status:** ✓ Authorizing Payment

**Shipping Address**

Mike Brady
DMACC
2006 S ANKENY BLVD
ANKENY IA 50023-8995
5159646208

**Customer Information**

Mike Brady
mtbrady@dmacc.edu
Phone# 5157244574
Text# 5157244574

**Payment Method**

Credit Card
************4848
Karla Stokes



### 3.5 x 3.5 Glossy Circle Stickers

Quantity: 500

$176.80
$0.36 each



### 2 x 2 Glossy Circle Stickers

Quantity: 500

$104.20
$0.21 each



### 4 x 4 Glossy Circle Stickers

Quantity: 500

$209.80
$0.42 each



|  |  |  |
|---|---|---|
|  | **3 x 3 Glossy Circle Stickers**<br>Quantity: 500 | $148.20<br>$0.30 each |
|  | **2 x 2 Glossy Circle Stickers**<br>Quantity: 500 | $104.20<br>$0.21 each |
|  | **1 x 1 Glossy Square Roll Labels**<br>Doesn't Matter: Design Orientation<br>Quantity: 500 | $98.51<br>$0.20 each |

| | |
|---|---|
| List Price Total | $841.71 |
| Multiple Design Discount | ($88.24) |
| **Subtotal** | **$753.47** |
| Shipping | $77.14 |

| | |
|---|---:|
| Tax | $45.21 |
| **Total** | **$875.82** |