# **EXHIBIT Z**

| 12/19/24 | | #3 DMACC<br>ALL | | | | | | | 1 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Posted | Invoice # | Description | Total | Pay Date | Ref # | PO # | User Rep | Balance | Contact Name | Sales Rep |
| 12/19/24 | 31228 | Business Cards - Trail Point- W | 46.50 | 12/19/24 | 121724 ( | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/19/24 | 31220 | Business Cards - Trail Point | 75.00 | 12/19/24 | 121724 ( | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/19/24 | 31210 | Business Cards - Sydnee Ruhl | 69.25 | 12/19/24 | 121724 ( | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/19/24 | 31201 | Business Cards - 3 names | 112.50 | 12/19/24 | 31201 | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/18/24 | 31181 | Business Cards - L. Wesley Har | 75.00 | 12/18/24 | 31181 | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/13/24 | 31124 | Business Cards - 7 names | 325.50 | 12/17/24 | 31124 | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/13/24 | 31147 | Business Cards - Anthony Tonar | 46.50 | 12/17/24 | 31147 | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/11/24 | 31027 | Business Cards - 5 names | 187.50 | 12/11/24 | 31027 | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/11/24 | 31026 | Business Cards - 7 names | 262.50 | 12/11/24 | 31026 | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/11/24 | 31104 | Business Cards - 4 Names | 150.00 | 12/11/24 | 31104 | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 11/25/24 | 30406 | Business Cards - Lindsay Frueh | 46.50 | 11/25/24 | 30406 | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 11/18/24 | 30344 | Business Cards - 3 Names | 112.50 | 11/25/24 | 30343/30 | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 11/18/24 | 29958 | Business Cards - Counseling De | 46.50 | 11/25/24 | 705252 | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 10/28/24 | 30223 | Business Cards - 3 names | 112.50 | 10/28/24 | 30223 | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 10/9/24 | 29339 | Business Cards - Public Safety | 397.37 | 11/11/24 | 704741 ( | BP2102 | Corbin1 | 0.00 | Mike Brady | Teresa |
| 10/7/24 | 29897 | Business Cards - Admissions | 69.25 | 10/7/24 | 29897 | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 10/2/24 | 29327 | Business Cards - Berenice Real | 46.50 | 10/2/24 | 9093948 | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 10/2/24 | 29159 | Business Cards - Raquel Zuniga | 46.50 | 10/2/24 | 9066058 | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 10/2/24 | 29135 | Business Cards - Randa Nasere | 46.50 | 10/2/24 | 9055656 | | Corbin1 | 0.00 | Mike Brady | Teresa |

| Posted | Invoice # | Description | Total | Pay Date | Ref # | PO # | User Rep | Balance | Contact Name | Sales Rep |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/2/24 | 29057 | Business Cards - Sydnee Ruhl | 69.25 | 10/2/24 | 9056003 | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 10/1/24 | 29650 | Business Cards - Lindsay Simps | 75.00 | 10/2/24 | 9108377 | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 10/1/24 | 29602 | Business Cards - Daniella Guerr | 46.50 | 10/2/24 | 9129244 | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 9/6/24 | 29271 | Business Cards - Shari McLean- | 46.50 | 9/16/24 | 9079457 | | Dawn | 0.00 | Mike Brady | Teresa |
| 9/3/24 | 29179 | Business Cards - Sean P. Hartn | 46.50 | 9/25/24 | 8625953 | | Dawn | 0.00 | Mike Brady | Teresa |
| 8/15/24 | 28888 | Business Cards - 3 Names | 112.50 | 8/15/24 | 019489 ( | | Dan | 0.00 | Mike Brady | Teresa |
| 8/15/24 | 28898 | Business Cards - 2 names | 75.00 | 8/15/24 | 099613 ( | | Dan | 0.00 | Mike Brady | Teresa |
| 8/13/24 | 28762 | Business Cards - Josh Herold, L | 46.50 | 8/15/24 | 063281 ( | | Dan | 0.00 | Mike Brady | Teresa |
| 8/13/24 | 28811 | Business Cards - DMACC | 69.25 | 8/14/24 | 042167 | | Dan | 0.00 | Mike Brady | Teresa |
| 8/13/24 | 28799 | Business Cards - Jessica A. Fre | 46.50 | 8/14/24 | 550257 | | Dan | 0.00 | Mike Brady | Teresa |
| 8/1/24 | 28058 | Business Cards - DMACC Finan | 46.50 | 8/1/24 | 8871474 | | Dan | 0.00 | Mike Brady | Teresa |
| 8/1/24 | 28059 | Business Cards - Brant Phillips | 46.50 | 8/1/24 | 8871474 | | Dan | 0.00 | Mike Brady | Teresa |
| 7/26/24 | 28157 | Business Cards - Joel Otte MS, | 46.50 | 7/26/24 | 8806928 | | Dan | 0.00 | Mike Brady | Teresa |
| 7/26/24 | 28159 | Business Cards - Brittany Tiffey | 75.00 | 7/26/24 | 8916136 | | Dan | 0.00 | Mike Brady | Teresa |
| 7/26/24 | 28312 | Business Cards - Nicole Pontier | 46.50 | 7/26/24 | 8953264 | | Dan | 0.00 | Mike Brady | Teresa |
| 6/7/24 | 27520 | Business Cards - 3 Names | 112.50 | 6/10/24 | Lindsay | | Dan | 0.00 | Mike Brady | Teresa |
| 6/6/24 | 27117 | Business Cards - Dustyn Dickha | 84.00 | 6/7/24 | Jackie Ri | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 6/3/24 | 26627 | Business Cards - Counseling De | 46.50 | 6/10/24 | Rachel N | | Dan | 0.00 | Mike Brady | Teresa |
| 5/22/24 | 26653 | Business Cards - Student Accou | 75.00 | 6/7/24 | Julie Klo | | Dan | 0.00 | Mike Brady | Teresa |
| 5/22/24 | 26778 | Business Cards - Jonathan Fran | 46.50 | 5/30/24 | 009048 ( | | Dan | 0.00 | Mike Brady | Teresa |
| 5/21/24 | 27009 | Business Cards - Karen Swanso | 75.00 | 5/30/24 | Jennifer | | Dan | 0.00 | Mike Brady | Teresa |
| 5/21/24 | 27072 | Business Cards - Paige Warden | 46.50 | 5/30/24 | Paige W | | Dan | 0.00 | Mike Brady | Teresa |

| Posted | Invoice # | Description | Total | Pay Date | Ref # | PO # | User Rep | Balance | Contact Name | Sales Rep |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/21/24 | 27173 | Business Cards - Jessica Cole | 46.50 | 5/30/24 | Jessica | | Dan | 0.00 | Mike Brady | Teresa |
| 4/30/24 | 26407 | Business Cards - B.J. McGinn | 46.50 | 5/10/24 | 699676 | BP2102 | Tayler1 | 0.00 | Mike Brady | Teresa |
| 4/25/24 | 26558 | Business Cards - Marcelo B. Er | 69.25 | 6/7/24 | Megan S | | Dawn | 0.00 | Mike Brady | Teresa |
| 4/25/24 | 26570 | Business Cards - Jen Wollesen | 46.50 | 4/29/24 | Jennifer | | Dawn | 0.00 | Mike Brady | Teresa |
| 4/23/24 | 26467 | Business Cards - Matt Schneide | 69.25 | 4/23/24 | Matt Sch | | Dan | 0.00 | Mike Brady | Teresa |
| 4/15/24 | 26344 | Business Cards - Craig Hennag | 46.50 | 4/15/24 | Craig He | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 3/6/24 | 25644 | Business Cards - Kristen Blair | 46.50 | 3/6/24 | Kristen B | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 3/5/24 | 24862 | Business Cards - Travis Green | 46.50 | 3/12/24 | Travis Gr | | Dan | 0.00 | Mike Brady | Teresa |
| 2/23/24 | 25323 | Business Cards - Breck Hunt & | 93.00 | 2/23/24 | Darcy Pa | | Dan | 0.00 | Mike Brady | Teresa |
| 2/23/24 | 25321 | Business Cards - Anthony Tonar | 46.50 | 2/23/24 | Anthony | | Dan | 0.00 | Mike Brady | Teresa |
| 2/23/24 | 25341 | Business Cards - Julie Klocke & | 75.00 | 2/23/24 | Julie Klo | | Dan | 0.00 | Mike Brady | Teresa |
| 2/23/24 | 25382 | Business Cards - Danielle Lope | 75.00 | 2/23/24 | Danielle | | Dan | 0.00 | Mike Brady | Teresa |
| 2/5/24 | 25160 | Business Cards - Kay Maher | 46.50 | 2/5/24 | Mary Bru | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 1/24/24 | 25126 | Business Cards - 3 business car | 112.50 | 1/24/24 | Amy Ne | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 1/2/24 | 24533 | Business Cards - Jen Wollesen | 46.50 | 1/2/24 | Jennifer | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 1/2/24 | 24664 | Business Cards - Jeremy Austin | 46.50 | 1/2/24 | Ashlie Le | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 1/2/24 | 24662 | Business Cards - Daniel Suhr | 46.50 | 1/2/24 | Sydnee | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/18/23 | 24412 | Business Cards - Randa Nasere | 46.50 | 12/18/23 | Jackie Ri | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/18/23 | 24389 | Business Cards - John Hadley | 46.50 | 12/18/23 | John Ha | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/18/23 | 24519 | Business Cards - Sydnee Ruhl | 69.25 | 12/18/23 | Sydnee | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/18/23 | 24517 | Business Cards - Mariana Villa- | 69.25 | 12/18/23 | Mariana | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/18/23 | 24454 | Business Cards - Yesenia Hern | 46.50 | 12/18/23 | Jackie Ri | | Corbin1 | 0.00 | Mike Brady | Teresa |

| Posted | Invoice # | Description | Total | Pay Date | Ref # | PO # | User Rep | Balance | Contact Name | Sales Rep |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/18/23 | 24148 | Business Cards - Som Mongtin | 46.50 | 12/18/23 | Som Mo | 8424588 | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/18/23 | 24311 | Business Cards - Joe Baxter | 46.50 | 12/18/23 | Joe Baxt | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/18/23 | 24288 | Business Cards - Nathan Braym | 46.50 | 12/18/23 | Nathan T | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/18/23 | 24453 | Business Cards - Alma Pesina | 46.50 | 12/18/23 | Jackie Ri | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/18/23 | 24516 | Business Cards - Jocelyn Kovari | 84.00 | 12/18/23 | Jocelyn | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/8/23 | 23935 | Business Cards - 5 Names | 187.50 | 12/8/23 | Jerry Mc | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/8/23 | 23980 | Business Cards - Todd Jones & | 84.00 | 12/8/23 | Ramsey | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/8/23 | 23959 | Business Cards - Mohsina Mand | 75.00 | 12/8/23 | Mosi Ma | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/8/23 | 23924 | Business Cards - Emily Campbe | 46.50 | 12/11/23 | Tim Dou | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/8/23 | 23899 | Business Cards - Jennifer Julich | 75.00 | 12/11/23 | Desha Ni | 8394509 | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/8/23 | 23673 | Business Cards - Joel Lundstro | 52.50 | 12/8/23 | Wesley | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/8/23 | 23707 | Business Cards - Ryan Lohman, | 112.50 | 12/11/23 | Kevin Pa | 8379005 | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/8/23 | 23671 | Business Cards - Heidi Heilskov | 52.50 | 12/8/23 | Wesley | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/8/23 | 23670 | Business Cards - Bill LaTour | 52.50 | 12/8/23 | Bill LaTo | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/8/23 | 23821 | Business Cards - Wesley Harris, | 75.00 | 12/8/23 | Joel Lun | 8388755 | Corbin1 | 0.00 | Mike Brady | Teresa |
| 12/1/23 | 23506 | Business Cards - Rob Denson | 66.74 | 12/1/23 | 0695023 | | Corbin1 | 0.00 | Mike Brady | Teresa |
| 8/26/22 | 15759 | Business Cards - Rob Denson ( | 87.63 | 9/19/22 | 681675 | | Dawn | 0.00 | Mike Brady | Teresa |
| 7/26/22 | 15070 | Business Cards - Rob Denson ( | 86.08 | 8/16/22 | 0068068 | BP2102 | Dawn | 0.00 | Mike Brady | Teresa |