# EXHIBIT AA

# INVOICE

**Mittera**
5085 NE 17th St
Des Moines, IA 50313



| | |
|---|---|
| BILL TO: | DMACC |
| | 2006 S Ankeny Blvd., Bldg. 21 |
| | Ankeny, IA  50023-3993 |

| | |
|---|---|
| **Invoice No** | **0192397** |
| Invoice Date | 12/19/24 |
| Salesperson | House Account |
| Terms | Net 30 Days |
| P.O. Number | |
| Job Number | 100122 |
| Customer ID | 0010175 |
| COC Claim | |

**Please remit checks via USPS only to Lockbox:**
Mittera Group, Inc.
PO BOX 850471
Minneapolis, MN 55485-0471

**ACH INSTRUCTIONS:**
Bank: Wells Fargo Bank NA
Address: 420 Montgomery Street
　　　　　San Francisco, CA 94104
Account Name: Mittera Group, Inc.

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| **5,000** | Viewbook | 1.19 | 5,970.00 |

| | |
|---|---:|
| Subtotal | 5,970.00 |
| Sales Tax | 0.00 |
| Freight | 0.00 |
| **Total Due** | **5,970.00** |

*Finance Charges will be added to all past due accounts at the rate of  1-1/2% per month (18% per annum). Customer also agrees to pay all costs incurred in collecting all past due accounts including reasonable attorneys' fees. All disputes shall be resolved in the courts located in Polk County, Iowa.*

accounts.recievable@mitteragroup.com
Page 1 of 1