# EXHIBIT AB

# INVEXT

**Mittera**
PO Box 850471
Minneapolis, MN  55485-0471

**DMACC**
2006 S Ankeny Blvd., Bldg. 21
Ankeny, IA  50023-3993

| | |
|---|---|
| Invoice Number: | 0185497-IN |
| Invoice Date: | 12/31/2023 |
| Job/Order No: | 95203 |
| Terms: | Net 30 Days |
| Customer Number.: | 0010175 |
| Customer P.O.: | |
| Salesperson: | TIM SMITH |

Job Description: Admissions Blue Square Brochure Revised

Please remit payment to:  P.O. Box 850471
Minneapolis, MN 55485-0471

| Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Admissions Blue Square Brochure - Revised | 10,000.00 | 0.4636 | | 4,636.00 |

Questions? Contact:

| | | |
|---|---|---|
| Name: | Sales Rep | |
| Company: | Mittera | 515-270-0402 |

| | |
|---|---|
| Net Invoice: | 4,636.00 |
| FreightAmt: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 4,636.00 |

*Finance Charges will be added to all past due accounts at the rate of 1-1/2% per month (18% per annum). Customer also agrees to pay all costs incurred in collecting all past due accounts including reasonable attorneys' fees. All disputes shall be resolved in the courts located in the County of Orange in the State of California.*

**5085 NE 17th St | Des Moines, Iowa 50313**