# EXHIBIT AC



1101 Aviation Way
P.O. Box 887
Ames, Iowa 50010
P. 515.232.6997
F. 515.232.8820

# INVOICE

| | | |
|---|---|---|
| DMACC Foundation | **Invoice:** | 430834 |
| Attn: Mike Brady | **Invoice Date:** | 12/19/24 |
| 2006 S Ankeny Blvd Bldg 22 | **Order Date:** | 11/18/24 |
| Ankeny  IA  50023-8995 | **Customer Number:** | 2927 |
| USA | **Salesperson:** | Chris Coppinger |

| Job | PO Number | Quantity | Description | Price | |
|---|---|---|---|---|---|
| | | | Contact: Mike Brady | | |
| 521700 | | 15,500 | DMACC Foundation Magazine with BRM | 12,996.59 | USD |
| 521700 | | 15,199 | Mail Prep | 1,342.09 | USD |
| | | | **Net Sales:** | 14,338.68 | USD |
| | | | Postage: | 0.00 | USD |
| | | | Tax: | 0.00 | USD |
| | | | **Invoice Total:** | 14,338.68 | USD |

**Terms:**   Due in 30 Days

**Please make checks payable to
Sigler Companies, Inc.**

**www.sigler.com**                                    Page 1 of 1