# EXHIBIT AD

## Thank for Your order, Amina Ali

Want to track your order online?

If you need to check the status of your order or make changes, please visit our home page at
CustomLanyard.net and click on the Contact Us link.

Create Account | Login Here

Congrats, you will receive **$194.45 BandBucks** after order has been shipped What is BandBucks?

PERSONAL DEALS ONLY FOR YOU! FILL YOUR CART WITH MORE EXCITING CUSTOMIZED PRODUCTS - USE COUPON "IAMVIP"

| Order Details | Billing Address | Shipping Address |
|---|---|---|
| **Order ID:** 221011904<br>**Order Date:** December 06, 2024<br>**Payment Mode:** Paid By Credit Card(PAID) | DMACC<br>Amina Ali<br>2006 S Ankeny Blvd., Bldg 21<br>Ankeny, Iowa 50023 - US<br>**Phone:** 5119646822<br>**Email:** amali@dmacc.edu | DMACC<br>Amina Ali<br>2006 S Ankeny Blvd., Bldg 21<br>Ankeny, Iowa 50023 - US<br>**Phone:** 5119646822<br>**Email:** amali@dmacc.edu |

| Product Details | Quantity | Total |
|---|---|---|
| **Nylon » 1 inch**<br>**Lanyard Width** - 1 inch<br>**Lanyard Length** - 16 inch (Standard)<br>**Lanyard Quality** - Premium<br>**Printing Style** - Screen Printing Printing<br>**Lanyard color(s)** - Royal Blue(300)<br>**Foot** - Axial bold<br>**No. of imprint color** - One Color<br>**Attachment Type** - Single Clip<br>**Attachment** - Swivel Hook<br>**Stitching** - Silver Metal Nail<br>**Printing Option** - One Side<br>**Artwork uploaded** - DMACC-Wordmark-White.png<br>**Production time** - 8 Days (Free) | 5000 + 25 Free | $ 3941.00 |

| | |
|---|---|
| **BandBucks:** | - **$52.08** |
| Stealth **Order Protection:** | **$97.99** |
| **Total:** | **$3986.91** |

If you have any questions regarding this order.
Please contact us via email at sales@customlanyard.net
Thank you for choosing CustomLanyard.net

**Sales Email:** sales@customlanyard.net
**Toll Free:** 1-844-877-8930
**Local Tel:** 832-924-6777

**Address:** 91937 Kensington Dr, Ste 172,Sugar Land, TX 77479, USA

Note: There will be a $20 charge incurred for ANY shipping address revision done to the address after the order has been shipped out and it is in transit. The charge will automatically be incurred on the payment method we have on file for that particular order. reply to this email if you have any questions.
*Note: Due to increased order volume and the impact of COVID-19, it may take longer than usual to fulfil your order. If, by any chance, your order does get delayed or arrives later than expected and you would like a full refund, please contact us and we will do our best to accommodate you and fulfil any request. If you would like to keep your order regardless of the late arrival or delay, please inform us and we will credit the shipping cost back to you. Thank you for understanding and we appreciate your support.
**Note: Cancelling a subscription will stop all future orders of that particular product. The instant 5% off from the order will be charged back if cancellations to subscription is made prior to second order.