# **EXHIBIT AE**



1923 NW 92nd Ct
Clive, Iowa 50325
515.288.2980
Fax 515.288.2983
www.integrityprintdsm.com

**Invoice**

No: **30861**

Date: 12/19/24
Customer PO: BP210260
Customer No: 3

Mike Brady
DMACC
2006 S. Ankeny Blvd
Building 21
Ankeny IA 50023

**Ship To:**

| Quantity | Description | Amount |
|---|---|---|
| 1 | 78" x 48" Plexi Glass Sign for Building 1 | $ 472.10 |

Taken by: Teresa

Plexi Glass Sign for Building 1

| | |
|---|---|
| SUBTOTAL | $ 472.10 |
| TAX | |
| SHIPPING | $ 0.00 |
| TOTAL | $ 472.10 |
| AMOUNT DUE | $ 472.10 |



**Integrity Printing**
1923 NW 92nd Ct
Clive, Iowa 50325
515.288.2980
Fax 515.288.2983
www.integrityprintdsm.com

**Invoice**

No: **31130**

Date: 12/19/24
Customer PO: BP210260
Customer No: 3

Mike Brady
DMACC
2006 S. Ankeny Blvd
Building 21
Ankeny IA 50023

Ship To:

| Quantity | Description | Amount |
|---|---|---|
| 500 | Safety Data Sheet (SDS) Stickers.. 2.5 x 6 with 1/8" rounded corners on rolls. 4/0 on 2.3 Mil BOPP/R3500/40# with digital gloss lamination | $ 512.50 |

Taken by: Teresa

Safety Data Sheet (SDS) Stickers

| | |
|---|---|
| SUBTOTAL | $ 512.50 |
| TAX | |
| SHIPPING | $ 0.00 |
| TOTAL | $ 512.50 |
| AMOUNT DUE | $ 512.50 |



**Integrity Printing**

1923 NW 92nd Ct
Clive, Iowa 50325
515.288.2980
Fax 515.288.2983
www.integrityprintdsm.com

**Invoice**

No: **31183**

Date: 12/19/24
Customer PO: BP210260
Customer No: 3

Mike Brady
DMACC
2006 S. Ankeny Blvd
Building 21
Ankeny IA  50023

Ship To:

| Quantity | Description | Amount |
|---|---|---|
| 1,000 | 1" Bears Stickers | $ 434.50 |

Taken by:  Teresa

1" Bears Stickers

| | |
|---|---|
| SUBTOTAL | $ 434.50 |
| TAX | |
| SHIPPING | $ 0.00 |
| TOTAL | $ 434.50 |
| AMOUNT DUE | $ 434.50 |



**Integrity Printing**
1923 NW 92nd Ct
Clive, Iowa 50325
515.288.2980
Fax 515.288.2983
www.integrityprintdsm.com

**Invoice**

No: **30952**

Date: 12/19/24
Customer PO: BP210260
Customer No: 3

Amina Ali
DMACC
2006 S. Ankeny Blvd
Building 21
Ankeny IA  50023

Ship To:

| Quantity | Description | Amount |
|---|---|---|
| 2,000 | 8" Custom Die Cut Fans | $ 1,302.00 |
| 1 | Set up | $ 130.00 |
| 1 | Freight | $ 28.81 |

Taken by: Teresa

8" Custom Die Cut Fans

| | |
|---|---|
| SUBTOTAL | $ 1,460.81 |
| TAX | |
| SHIPPING | $ 0.00 |
| TOTAL | $ 1,460.81 |
| AMOUNT DUE | $ 1,460.81 |



**Integrity Printing**

1923 NW 92nd Ct
Clive, Iowa 50325
515.288.2980
Fax 515.288.2983
www.integrityprintdsm.com

# Invoice

No: **30860**

| | |
|---|---|
| Date: | 12/19/24 |
| Customer PO: | BP210260 |
| Customer No: | 3 |

Mike Brady
DMACC
2006 S. Ankeny Blvd
Building 21
Ankeny IA  50023

Ship To:

| Quantity | Description | Amount |
|---|---|---|
| 1 | Replace Power Equiptment Window Graphics at Boone Campus | $ 504.90 |

Taken by:   Teresa

| | |
|---|---|
| SUBTOTAL | $ 504.90 |
| TAX | |
| SHIPPING | $ 0.00 |
| TOTAL | $ 504.90 |
| AMOUNT DUE | $ 504.90 |

Replace Power Equiptment Window Graphics at Boone Campus



1923 NW 92nd Ct
Clive, Iowa 50325
515.288.2980
Fax 515.288.2983
www.integrityprintdsm.com

# Invoice

No: **31182**

Date: 12/19/24
Customer PO: BP210260
Customer No: 3

Mike Brady
DMACC
2006 S. Ankeny Blvd
Building 21
Ankeny IA 50023

Ship To:

| Quantity | Description | Amount |
|---|---|---|
| 3,500 | DMACC Bear Stickers<br>• 2x2 inch Square Bears, 500<br>• 3x3 inch Square Bears, 500<br>• 2x2 inch Round Bears, 500<br>• 3x3 inch Round Bears, 500<br>• 2x2 inch Round Seal, 500<br>• 3x3 inch Round Seal, 500<br>• .75x.75 Blank square, 500 | $ 2,192.50 |

Taken by: Teresa

DMACC Bear Stickers

| | |
|---|---|
| SUBTOTAL | $ 2,192.50 |
| TAX | |
| SHIPPING | $ 0.00 |
| TOTAL | $ 2,192.50 |
| AMOUNT DUE | $ 2,192.50 |



**Integrity Printing**

1923 NW 92nd Ct
Clive, Iowa 50325
515.288.2980
Fax 515.288.2983
www.integrityprintdsm.com

# Invoice

No: **30984**

Date: 12/19/24
Customer PO: BP210260
Customer No: 3

Mike Brady
DMACC
2006 S. Ankeny Blvd
Building 21
Ankeny IA 50023

**Ship To:**

| Quantity | Description | Amount |
|---|---|---|
| 1,000 | G Invoice (16554) - 5 colored sheets per set. K/0 with numbering. Collate and carton pack. Qty: 1,000 sets, 8.5 x 11 60# Springhill Text, 5 sheets | $ 666.29 |

Taken by: Dawn

G Invoice (16554)

| | |
|---|---|
| SUBTOTAL | $ 666.29 |
| TAX | |
| SHIPPING | $ 0.00 |
| TOTAL | $ 666.29 |
| AMOUNT DUE | $ 666.29 |



1923 NW 92nd Ct
Clive, Iowa 50325
515.288.2980
Fax 515.288.2983
www.integrityprintdsm.com

**Invoice**

No: **31061**

Date: 12/19/24
Customer PO: BP210260
Customer No: 3

Mike Brady
DMACC
2006 S. Ankeny Blvd
Building 21
Ankeny  IA   50023

Ship To:

| Quantity | Description | Amount |
|---|---|---|
| 500 | Continuing Education #10 Envelopes.   4/0., 4.125 x 9.5 24# White Wove #10 regular | $ 199.91 |

Taken by: Tayler1

Continuing Education #10 Envelopes

| | |
|---|---|
| SUBTOTAL | $ 199.91 |
| TAX | |
| SHIPPING | $ 0.00 |
| TOTAL | $ 199.91 |
| AMOUNT DUE | $ 199.91 |



1923 NW 92nd Ct
Clive, Iowa 50325
515.288.2980
Fax 515.288.2983
www.integrityprintdsm.com

**Invoice**

No: **31062**

Date: 12/19/24
Customer PO: BP210260
Customer No: 3

Mike Brady
DMACC
2006 S. Ankeny Blvd
Building 21
Ankeny IA 50023

Ship To:

| Quantity | Description | Amount |
|---|---|---|
| 1,000 | Registrar's Office #10 Regular Envelopes. 4/0. Carton pack, 4.125 x 9.5 24# White Wove #10 regular | $ 312.27 |
| 500 | Registrar's Office #10 Window Envelopes. 4/0. Carton pack, 4.125 x 9.5 24# white wove #10 window | $ 203.47 |

Taken by: Tayler1

Registrar's Office #10 Envelopes
- 2 versions

| | |
|---|---|
| SUBTOTAL | $ 515.74 |
| TAX | |
| SHIPPING | $ 0.00 |
| TOTAL | $ 515.74 |
| AMOUNT DUE | $ 515.74 |



1923 NW 92nd Ct
Clive, Iowa 50325
515.288.2980
Fax 515.288.2983
www.integrityprintdsm.com

**Invoice**

No: **30942**

Date: 12/19/24
Customer PO: BP210260
Customer No: 3

Mike Brady
DMACC
2006 S. Ankeny Blvd
Building 21
Ankeny IA  50023

**Ship To:**

| Quantity | Description | Amount |
|---|---|---|
| 500 | Registrar's Office #10 Window Envelopes for Interim.  4/0.  Carton pack, 4.125 x 9.5 24# white wove #10 window | $ 203.47 |

Taken by: Dawn

Registrar's Office #10 Window Envelopes for Interim

| | |
|---|---|
| SUBTOTAL | $ 203.47 |
| TAX | |
| SHIPPING | $ 0.00 |
| TOTAL | $ 203.47 |
| AMOUNT DUE | $ 203.47 |



**1923 NW 92nd Ct**
Clive, Iowa 50325
515.288.2980
Fax 515.288.2983
www.integrityprintdsm.com

# Invoice

No: **31044**

Date: 12/19/24
Customer PO: BP210260
Customer No: 3

Mike Brady
DMACC
2006 S. Ankeny Blvd
Building 21
Ankeny IA 50023

Ship To:

| Quantity | Description | Amount |
|---|---|---|
| 500 | Registration Office #10 Envelopes.  4/0., 4.125 x 9.5 24# White Wove #10 regular | $ 199.91 |

Taken by: Dawn

Registration Office #10 Envelopes

| | |
|---|---|
| SUBTOTAL | $ 199.91 |
| TAX | |
| SHIPPING | $ 0.00 |
| TOTAL | $ 199.91 |
| AMOUNT DUE | $ 199.91 |



**Integrity Printing**
1923 NW 92nd Ct
Clive, Iowa 50325
515.288.2980
Fax 515.288.2983
www.integrityprintdsm.com

# Invoice

No: **31063**

Date: 12/19/24
Customer PO: BP210260
Customer No: 3

Mike Brady
DMACC
2006 S. Ankeny Blvd
Building 21
Ankeny IA  50023

Ship To:

| Quantity | Description | Amount |
|---|---|---|
| 1,000 | Business Office #10 Envelopes.  4/0., 4.125 x 9.5 24# White Wove #10 regular | $ 312.27 |

Taken by:  Tayler1

Business Office #10 Envelopes

| | |
|---|---|
| SUBTOTAL | $ 312.27 |
| TAX | |
| SHIPPING | $ 0.00 |
| TOTAL | $ 312.27 |
| AMOUNT DUE | $ 312.27 |



1923 NW 92nd Ct
Clive, Iowa 50325
515.288.2980
Fax 515.288.2983
www.integrityprintdsm.com

**Invoice**

No: **31075**

Date: 12/19/24
Customer PO: BP210260
Customer No: 3

Mike Brady
DMACC
2006 S. Ankeny Blvd
Building 21
Ankeny IA  50023

**Ship To:**

| Quantity | Description | Amount |
|---|---|---|
| 2,000 | DMACC Foundation #10 Envelopes.  2/0., 4.125 x 9.5 24# White Wove #10 regular | $ 488.70 |
| 500 | DMACC Foundation 10x13 Envelopes.  2/0., 10 x 13 28# White Wove 10 x 13 Catalog Envelope with Kwik-Tak / peel n seal | $ 289.06 |

Taken by:  Tayler1

DMACC Foundation #10 & 10x13 Envelopes

| | |
|---|---|
| SUBTOTAL | $ 777.76 |
| TAX | |
| SHIPPING | $ 0.00 |
| TOTAL | $ 777.76 |
| AMOUNT DUE | $ 777.76 |



**Integrity Printing**
1923 NW 92nd Ct
Clive, Iowa 50325
515.288.2980
Fax 515.288.2983
www.integrityprintdsm.com

# Invoice

| No: | **30898** |
|---|---|
| Date: | 12/19/24 |
| Customer PO: | |
| Customer No: | 3 |

Mike Brady
DMACC
2006 S. Ankeny Blvd
Building 21
Ankeny IA  50023

**Ship To:**

| Quantity | Description | Amount |
|---|---|---|
| 2,000 | Vehicle Usage Report. K/0 with variable. Trim and NCR glue. Carton pack. Local delivery, 8.5 x 5.5 Canary/white 2 part carbonless | $ 352.82 |

Taken by:  Tayler1

Vehicle Usage Report

| | |
|---|---|
| SUBTOTAL | $ 352.82 |
| TAX | |
| SHIPPING | $ 0.00 |
| TOTAL | $ 352.82 |
| AMOUNT DUE | $ 352.82 |



**Integrity Printing**

1923 NW 92nd Ct
Clive, Iowa 50325
515.288.2980
Fax 515.288.2983
www.integrityprintdsm.com

# Invoice

No: **31174**

Date: 12/19/24
Customer PO: BP210260
Customer No: 3

Mike Brady
DMACC
2006 S. Ankeny Blvd
Building 21
Ankeny IA 50023

Ship To:

| Quantity | Description | Amount |
|---|---|---|
| 500 | Business Cards - Ames Campus. 4/4. Trim and box, 2 x 3.5 White 130# Cougar Digital Color Copy | $ 46.50 |
| 1,000 | Business Cards - Ankeny Campus. 4/4. Trim and box, 2 x 3.5 White 130# Cougar Digital Color Copy | $ 69.25 |
| 500 | Business Cards - Boone Campus. 4/4. Trim and box, 2 x 3.5 White 130# Cougar Digital Color Copy | $ 46.50 |
| 500 | Business Cards - Carroll Campus. 4/4. Trim and box, 2 x 3.5 White 130# Cougar Digital Color Copy | $ 46.50 |
| 500 | Business Cards - Newton Campus. 4/4. Trim and box, 2 x 3.5 White 130# Cougar Digital Color Copy | $ 46.50 |
| 500 | Business Cards - Perry Center. 4/4. Trim and box, 2 x 3.5 White 130# Cougar Digital Color Copy | $ 46.50 |
| 500 | Business Cards - Southridge Center. 4/4. Trim and box, 2 x 3.5 White 130# Cougar Digital Color Copy | $ 46.50 |
| 1,000 | Business Cards - Urban Campus. 4/4. Trim and box, 2 x 3.5 White 130# Cougar Digital Color Copy | $ 69.25 |
| 500 | Business Cards - West Campus. 4/4. Trim and box, 2 x 3.5 White 130# Cougar Digital Color Copy | $ 46.50 |

Taken by: Tayler1

NEED TO INVOICE DMACC. NOT ORDERED THROUGH WEBSITE

Business Cards - Public Safety 9 versions

| | |
|---|---|
| SUBTOTAL | $ 464.00 |
| TAX | |
| SHIPPING | $ 0.00 |
| TOTAL | $ 464.00 |
| AMOUNT DUE | $ 464.00 |