# **<u>EXHIBIT AH</u>**

# Invoice #58749

Thank you for your business!

Online Store // DMACC - Building Trades and Transportation // Power Equipment Tech



**P&M Apparel**
1100 S 5th ST
Polk City, Iowa 50226
+15159847740
https://pmapparel.com
jenn@pmapparel.com

| | |
|---|---|
| **Delivery Method** | Shipping |
| **Created** | October 28, 2024 |
| **Customer Due Date** | January 3, 2025 |
| **Invoice Date** | January 3, 2025 |
| **Terms** | COD |
| **Payment Due Date** | January 4, 2025 |
| **Total** | $871.72 |
| **Outstanding** | $871.72 |

**Customer Billing**
DMACC // Engineering and Manufacturing , Building Trades and Transportation Pathways
Roy Kokemuller - Power Equipment Technology
515.554.2756
rkokemuller@dmacc.edu

**Customer Shipping**
DMACC // Engineering and Manufacturing , Building Trades and Transportation Pathways
Roy Kokemuller - Power Equipment Technology

**Customer Notes**

This quote is NOT an order. This is an index for the online store. This will show you each item and the art that goes on it, each color option, and our pricing.

Once this index is approved, we will move into building your online store. We will then send you the link to the store once it's up and running for one final checkup before we make it live.

Please let me know if you have any questions!

**ONLINE STORE DATES**
- Estimated Online Store Live Date:11/4/24
- Estimated Online Store Close Date:11/18/24
- Estimated Production Completion Date:12/9/24
- Shipping Options: ship to customer

*Please note: these dates are rough estimates at this time and may change based on final art approval, possible inbound garment delays, and pending how long it takes for order approval.*

**DELIVERY METHODS**
There will be two main delivery options, Pick Up or Shipping. If they choose Pick Up, they can choose where they pick it up from
- 1100 S. 5th Street - Our store in Polk City
- Optional Distribution by You (shipping fees deducted from profit if not picking up from P&M Apparel)

If they choose Shipping, any orders over $150 will be free.

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Compiling | | | COMPILE | | | | | | | | | 36 | 36 | $0.00 | $0.00 |

IMPRINT #58749-5



| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Screen Printing | DM130 | Black | District - District Perfect Tri Tee. DM130 | | | 1 | 1 | | | | | 2 | 2 | $23.98 | $47.96 |

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Screen Printing | DM130 | Black | District - District Perfect Tri Tee. DM130 | | | | | | 3 | | | | 3 | $25.98 | $77.94 |
| Screen Printing | DM130 | Grey Frost | District - District Perfect Tri Tee. DM130 | | | 1 | | | | | | | 1 | $23.98 | $23.98 |
| Screen Printing | DM130 | Grey Frost | District - District Perfect Tri Tee. DM130 | | | | | | 1 | | | | 1 | $25.98 | $25.98 |
| Screen Printing | DM132 | Grey Frost | District - District Perfect Tri Long Sleeve Tee . DM132 | | | 1 | | | | | | | 1 | $25.98 | $25.98 |
| Screen Printing | DM132 | Grey Frost | District - District Perfect Tri Long Sleeve Tee . DM132 | | | | | | 1 | | | | 1 | $27.98 | $27.98 |
| Screen Printing | 18500 | Black | Gildan - Heavy Blend™ Hooded Sweatshirt - 18500 | | | | | | 2 | | | | 2 | $37.70 | $75.40 |
| Screen Printing | 18500 | Graphite Heather | Gildan - Heavy Blend™ Hooded Sweatshirt - 18500 | | | | 1 | 1 | | | | | 2 | $35.70 | $71.40 |
| Screen Printing | 18500 | Graphite Heather | Gildan - Heavy Blend™ Hooded Sweatshirt - 18500 | | | | | | 3 | | | | 3 | $37.70 | $113.10 |

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

IMPRINT #58749-1

**Screen Printing • 3 Color**

LC // 024-1383
WHITE U
BLUE 293 C
YELLOW 135 C



IMPRINT #58749-2

**Screen Printing • 2 Color**

FB // 024-1383

on Black
White

on Grey
Black



| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fusion | C112 | Black | Port Authority - Port Authority Snapback Trucker Cap. C112 | | | | | | | | | 2 | 2 | $18.00 | $36.00 |
| Fusion | C112 | Heather Grey/Black | Port Authority - Port Authority Snapback Trucker Cap. C112 | | | | | | | | | 13 | 13 | $18.00 | $234.00 |
| Fusion | NE1020 | Black | New Era - New Era - Stretch Mesh Cap. NE1020 | 1 | 2 | | | | | | | 3 | | $24.00 | $72.00 |

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

IMPRINT #58749-3

**Digital Transfer • up to 3.5 x 3.5**

FF // 024-1383 // Dan Patches

Size: 2.25" diameter



| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Embroidery | CP90 | Black | Port & Company - Port & Company Knit Cap. CP90 | | | | | | | | | 2 | 2 | $20.00 | $40.00 |



IMPRINT #58749-4

**Embroidery • >5,000**

FF // 024-1383

Size: 2.25" diameter

| | |
|---|---|
| Total Quantity | 72 |
| Item Total | $871.72 |
| Fees Total | $0.00 |
| Sub Total | $871.72 |
| Tax | $0.00 |
| Total Due | $871.72 |
| Paid | $0.00 |
| Outstanding | $871.72 |

Returns

Due to the custom nature of our products, there are no returns or exchanges. By accepting these terms and conditions you take full responsibility for your order placed. This includes products and services rendered after quote approval and paid deposit. All deposits are non-refundable.

If you have an issue with the garments or imprints, please contact us immediately. Issues with your order must be addressed within 30 days to be subject to replacement or future credit. Orders after 30 days will not be replaced or credited.

Please note, to avoid backorders, if there is an issue with low or no stock levels (due to supply chain issues) when ordering garments we will be substituting equal or greater quality garments for those pieces. Name brand garments, Nike, Ogio, etc. will not be subject to substitutions.

TURN TIME

10-12 Business days

Begins after Quote approval + Down Payment or Terms + Art Approval. Your production schedule does not begin until final art is approved and down payment is paid. Turn time may change based on final art proof.

Possible inbound garment delays, pending how long it takes for order approval and payment.

ART

Initial mock-ups are not representative of the print. Size may vary from image on mock up. If you would like a specific size, please let us know. Otherwise, we will go with industry standard.

Intellectual Property
P&M Apparel's original content, features and functionality are owned by P & M Apparel and are protected by international copyright, trademark, patent, trade secret and other intellectual property or proprietary rights laws.