# **<u>EXHIBIT AI</u>**

| Bill To: | Send Payment To: | Invoice # | 12172024 |
|---|---|---|---|
| DMACC - DISSUE | DMACC Ankeny Bookstore | MA # | 10841210 |
| 2006 S. Ankeny Blvd | Store No 1084 M.A. 10841210 | Date: | 12/17/2024 |
| Ankeny, IA 50023 | 3146 Solutions Center | | |
| | Chicago, IL 60677-3001 | | |

| Store | Transaction # | Date | QTY | PRICE | SKU | DESC | SUBTOTAL | TAX | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1088 | 10881034818 | 12/11/2024 | 21 | $9.60 | 013339060 | BISTRO MUG 16OZ SP/B | $201.60 | $0.00 | $201.60 |
| | | | | | | | $201.60 | $0.00 | $201.60 |

| Store | Transaction # | Date | QTY | PRICE | SKU | DESC | AID PRICE | AID TAX | AID TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1088 | 10881034820 | 12/11/2024 | 1 | $11.40 | 016166318 | LST 2C SSN/MSCT/MS/O | $11.40 | $0.00 | $11.40 |
| 1088 | 10881034820 | 12/11/2024 | 2 | $11.40 | 014247577 | LST 2C SSN/MSCT/MS/O | $22.80 | $0.00 | $22.80 |
| 1088 | 10881034820 | 12/11/2024 | 4 | $11.40 | 014247575 | LST 2C SSN/MSCT/MS/O | $45.60 | $0.00 | $45.60 |
| 1088 | 10881034820 | 12/11/2024 | 2 | $11.40 | 014247575 | LST 2C SSN/MSCT/MS/O | $22.80 | $0.00 | $22.80 |
| 1088 | 10881034820 | 12/11/2024 | 2 | $11.40 | 014247577 | LST 2C SSN/MSCT/MS/O | $22.80 | $0.00 | $22.80 |
| 1088 | 10881034820 | 12/11/2024 | 1 | $11.40 | 014247576 | LST 2C SSN/MSCT/MS/O | $11.40 | $0.00 | $11.40 |
| 1088 | 10881034820 | 12/11/2024 | 1 | $11.40 | 016166318 | LST 2C SSN/MSCT/MS/O | $11.40 | $0.00 | $11.40 |
| 1088 | 10881034820 | 12/11/2024 | 1 | $11.40 | 014247576 | LST 2C SSN/MSCT/MS/O | $11.40 | $0.00 | $11.40 |
| 1088 | 10881034820 | 12/11/2024 | 2 | $11.40 | 014247578 | LST 2C SSN/MSCT/MS/O | $22.80 | $0.00 | $22.80 |
| 1088 | 10881034820 | 12/11/2024 | 2 | $11.40 | 014247578 | LST 2C SSN/MSCT/MS/O | $22.80 | $0.00 | $22.80 |
| 1088 | 10881034820 | 12/11/2024 | 1 | $11.40 | 014247574 | LST 2C SSN/MSCT/MS/O | $11.40 | $0.00 | $11.40 |
| | | | | | | | $216.60 | $0.00 | $216.60 |

| Store | Transaction # | Date | QTY | PRICE | SKU | DESC | AID PRICE | AID TAX | AID TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1088 | 10881034821 | 12/11/2024 | 2 | $16.79 | 019141416 | CREW 9OZ 1C FSN/WD/O | $33.58 | $0.00 | $33.58 |
| 1088 | 10881034821 | 12/11/2024 | 2 | $16.80 | 019141418 | CREW 9OZ 1C FSN/WD/O | $33.60 | $0.00 | $33.60 |
| 1088 | 10881034821 | 12/11/2024 | 1 | $16.79 | 019141420 | CREW 9OZ 1C FSN/WD/O | $16.79 | $0.00 | $16.79 |

| Store | Transaction # | Date | QTY | PRICE | SKU | DESC | AID PRICE | AID TAX | AID TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1088 | 10881034821 | 12/11/2024 | 2 | $16.80 | 019141420 | CREW 9OZ 1C FSN/WD/O | $33.60 | $0.00 | $33.60 |
| 1088 | 10881034821 | 12/11/2024 | 2 | $16.80 | 019141419 | CREW 9OZ 1C FSN/WD/O | $33.60 | $0.00 | $33.60 |
| 1088 | 10881034821 | 12/11/2024 | 1 | $16.79 | 019141417 | CREW 9OZ 1C FSN/WD/O | $16.79 | $0.00 | $16.79 |
| 1088 | 10881034821 | 12/11/2024 | 3 | $16.79 | 019141418 | CREW 9OZ 1C FSN/WD/O | $50.37 | $0.00 | $50.37 |
| 1088 | 10881034821 | 12/11/2024 | 2 | $16.79 | 019141419 | CREW 9OZ 1C FSN/WD/O | $33.58 | $0.00 | $33.58 |
| | | | | | | | $251.91 | $0.00 | $251.91 |

| Store | Transaction # | Date | QTY | PRICE | SKU | DESC | AID PRICE | AID TAX | AID TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1088 | 10881034822 | 12/11/2024 | 2 | $34.80 | 023360002 | JKT/TRAIL SOFTSHEL/B | $69.60 | $0.00 | $69.60 |
| 1088 | 10881034822 | 12/11/2024 | 1 | $34.80 | 023359999 | JKT/TRAIL SOFTSHEL/B | $34.80 | $0.00 | $34.80 |
| 1088 | 10881034822 | 12/11/2024 | 1 | $34.80 | 023360000 | JKT/TRAIL SOFTSHEL/B | $34.80 | $0.00 | $34.80 |
| | | | | | | | $116.00 | $0.00 | $116.00 |

| Store | Transaction # | Date | QTY | PRICE | SKU | DESC | AID PRICE | AID TAX | AID TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1088 | 10881034823 | 12/11/2024 | 2 | $25.20 | 025522721 | POLO/ECO PIQUE SSN/C | $50.40 | $0.00 | $50.40 |
| 1088 | 10881034823 | 12/11/2024 | 1 | $25.20 | 025522719 | POLO/ECO PIQUE SSN/C | $25.20 | $0.00 | $25.20 |
| 1088 | 10881034823 | 12/11/2024 | 1 | $25.20 | 025522724 | POLO/ECO PIQUE SSN/C | $25.20 | $0.00 | $25.20 |
| 1088 | 10881034823 | 12/11/2024 | 1 | $25.20 | 025522720 | POLO/ECO PIQUE SSN/C | $25.20 | $0.00 | $25.20 |
| 1088 | 10881034823 | 12/11/2024 | 2 | $25.20 | 025522723 | POLO/ECO PIQUE SSN/C | $50.40 | $0.00 | $50.40 |
| | | | | | | | $176.40 | $0.00 | $176.40 |

| Store | Transaction # | Date | QTY | PRICE | SKU | DESC | AID PRICE | AID TAX | AID TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1088 | 10881034824 | 12/11/2024 | 3 | $5.97 | 028181907 | PENNANT 9X24 SF WD/W | $17.91 | $0.00 | $17.91 |
| 1088 | 10881034824 | 12/11/2024 | 4 | $5.97 | 028181907 | PENNANT 9X24 SF WD/W | $23.88 | $0.00 | $23.88 |
| | | | | | | | $41.79 | $0.00 | $41.79 |

| Store | Transaction # | Date | QTY | PRICE | SKU | DESC | AID PRICE | AID TAX | AID TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1088 | 10881034825 | 12/11/2024 | 4 | $8.99 | 028533978 | HAT DMACC ATHLETIC/R | $35.96 | $0.00 | $35.96 |
| 1088 | 10881034825 | 12/11/2024 | 1 | $8.99 | 028533978 | HAT DMACC ATHLETIC/R | $10.50 | $0.00 | $10.50 |
| | | | | | | | $46.46 | $0.00 | $46.46 |

| Store | Transaction # | Date | QTY | PRICE | SKU | DESC | AID PRICE | AID TAX | AID TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1088 | 10881034826 | 12/11/2024 | 3 | $19.50 | 028533982 | THOR 22OZ BOTTLE D/W | $58.50 | $0.00 | $58.50 |
| | | | | | | | $58.50 | $0.00 | $58.50 |

| Store | Transaction # | Date | QTY | PRICE | SKU | DESC | AID PRICE | AID TAX | AID TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1085 | 10851016265 | 12/12/2024 | 1 | $31.00 | 023204152 | FOD MENS CUSTOM ORDE | $31.00 | $0.00 | $31.00 |
| | | | | | | | $31.00 | $0.00 | $31.00 |

| Store | Transaction # | Date | QTY | PRICE | SKU | DESC | AID PRICE | AID TAX | AID TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1085 | 10851016266 | 12/12/2024 | 1 | $11.39 | 014247578 | LST 2C SSN/MSCT/MS/O | $11.39 | $0.00 | $11.39 |
| 1085 | 10851016266 | 12/12/2024 | 1 | $11.39 | 014247577 | LST 2C SSN/MSCT/MS/O | $11.39 | $1.00 | $12.39 |
| 1085 | 10851016266 | 12/12/2024 | 2 | $11.39 | 014247578 | LST 2C SSN/MSCT/MS/O | $22.78 | $2.00 | $24.78 |
| 1085 | 10851016266 | 12/12/2024 | 4 | $11.39 | 014247575 | LST 2C SSN/MSCT/MS/O | $45.56 | $3.00 | $48.56 |
| 1085 | 10851016266 | 12/12/2024 | 4 | $11.39 | 014247574 | LST 2C SSN/MSCT/MS/O | $45.56 | $4.00 | $49.56 |
| 1085 | 10851016266 | 12/12/2024 | 2 | $11.39 | 014247576 | LST 2C SSN/MSCT/MS/O | $22.78 | $5.00 | $27.78 |
| 1085 | 10851016266 | 12/12/2024 | 2 | $11.39 | 014247577 | LST 2C SSN/MSCT/MS/O | $22.78 | $6.00 | $28.78 |
| 1085 | 10851016266 | 12/12/2024 | 2 | $11.39 | 014247576 | LST 2C SSN/MSCT/MS/O | $22.78 | $7.00 | $29.78 |
| | | | | | | | $239.27 | $0.00 | $239.27 |

| Store | Transaction # | Date | QTY | PRICE | SKU | DESC | AID PRICE | AID TAX | AID TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1085 | 10851016267 | 12/12/2024 | 3 | $16.79 | 019141419 | CREW 9OZ 1C FSN/WD/O | $50.37 | $0.00 | $50.37 |
| 1085 | 10851016267 | 12/12/2024 | 3 | $16.80 | 019141419 | CREW 9OZ 1C FSN/WD/O | $50.40 | $0.00 | $50.40 |
| 1085 | 10851016267 | 12/12/2024 | 1 | $16.79 | 019141421 | CREW 9OZ 1C FSN/WD/O | $16.79 | $0.00 | $16.79 |
| 1085 | 10851016267 | 12/12/2024 | 3 | $16.80 | 019141418 | CREW 9OZ 1C FSN/WD/O | $50.40 | $0.00 | $50.40 |
| 1085 | 10851016267 | 12/12/2024 | 1 | $16.79 | 019141416 | CREW 9OZ 1C FSN/WD/O | $16.79 | $0.00 | $16.79 |
| 1085 | 10851016267 | 12/12/2024 | 2 | $16.79 | 019141417 | CREW 9OZ 1C FSN/WD/O | $33.58 | $0.00 | $33.58 |
| 1085 | 10851016267 | 12/12/2024 | 2 | $16.79 | 019141420 | CREW 9OZ 1C FSN/WD/O | $33.58 | $0.00 | $33.58 |
| 1085 | 10851016267 | 12/12/2024 | 1 | $16.80 | 019141421 | CREW 9OZ 1C FSN/WD/O | $16.80 | $0.00 | $16.80 |
| 1085 | 10851016267 | 12/12/2024 | 2 | $11.39 | 016166318 | LST 2C SSN/MSCT/MS/O | $22.78 | $0.00 | $22.78 |

| Store | Transaction # | Date | QTY | PRICE | SKU | DESC | AID PRICE | AID TAX | AID TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1085 | 10851016267 | 12/12/2024 | 2 | $16.79 | 019141418 | CREW 9OZ 1C FSN/WD/O | $33.58 | $0.00 | $33.58 |
| 1085 | 10851016267 | 12/12/2024 | 2 | $16.80 | 019141420 | CREW 9OZ 1C FSN/WD/O | $33.60 | $0.00 | $33.60 |
| | | | | | | | $358.67 | $0.00 | $358.67 |

| Store | Transaction # | Date | QTY | PRICE | SKU | DESC | AID PRICE | AID TAX | AID TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1085 | 10851016268 | 12/12/2024 | 2 | $9.00 | 028533978 | HAT DMACC ATHLETIC/R | $18.00 | $0.00 | $18.00 |
| 1085 | 10851016268 | 12/12/2024 | 4 | $9.00 | 028533978 | HAT DMACC ATHLETIC/R | $36.00 | $0.00 | $36.00 |
| | | | | | | | $54.00 | $0.00 | $54.00 |

| Store | Transaction # | Date | QTY | PRICE | SKU | DESC | AID PRICE | AID TAX | AID TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1085 | 10851016269 | 12/12/2024 | 4 | $24.60 | 029071706 | W PWRBLEND HOOD 2C/W | $98.40 | $0.00 | $98.40 |
| 1085 | 10851016269 | 12/12/2024 | 2 | $24.60 | 029071704 | W PWRBLEND HOOD 2C/W | $49.20 | $0.00 | $49.20 |
| 1085 | 10851016269 | 12/12/2024 | 4 | $24.59 | 029071706 | W PWRBLEND HOOD 2C/W | $98.36 | $0.00 | $98.36 |
| 1085 | 10851016269 | 12/12/2024 | 3 | $24.59 | 029071702 | W PWRBLEND HOOD 2C/W | $73.77 | $0.00 | $73.77 |
| 1085 | 10851016269 | 12/12/2024 | 2 | $24.60 | 029071709 | W PWRBLEND HOOD 2C/W | $49.20 | $0.00 | $49.20 |
| 1085 | 10851016269 | 12/12/2024 | 2 | $24.59 | 029071708 | W PWRBLEND HOOD 2C/W | $49.18 | $0.00 | $49.18 |
| 1085 | 10851016269 | 12/12/2024 | 1 | $24.59 | 029071709 | W PWRBLEND HOOD 2C/W | $24.59 | $0.00 | $24.59 |
| 1085 | 10851016269 | 12/12/2024 | 2 | $24.60 | 029071708 | W PWRBLEND HOOD 2C/W | $49.20 | $0.00 | $49.20 |
| 1085 | 10851016269 | 12/12/2024 | 2 | $24.59 | 029071700 | W PWRBLEND HOOD 2C/W | $49.18 | $0.00 | $49.18 |
| 1085 | 10851016269 | 12/12/2024 | 4 | $24.59 | 029071704 | W PWRBLEND HOOD 2C/W | $98.36 | $0.00 | $98.36 |
| | | | | | | | $639.44 | $0.00 | $639.44 |

| Store | Transaction # | Date | QTY | PRICE | SKU | DESC | AID PRICE | AID TAX | AID TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1085 | 10851016270 | 12/12/2024 | 1 | $50.40 | 027087785 | FOD WOMENS CUSTOM OR | $50.40 | $0.00 | $50.40 |
| 1085 | 10851016270 | 12/12/2024 | 1 | $56.40 | 023204153 | FOD WOMENS CUSTOM OR | $56.40 | $0.00 | $56.40 |
| | | | | | | | $106.80 | $0.00 | $106.80 |

| Store | Transaction # | Date | QTY | PRICE | SKU | DESC | AID PRICE | AID TAX | AID TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1084 | 10841062154 | 12/16/2024 | 1 | $32.00 | 000000005 | Emblematic Men's App | $32.00 | $0.00 | $32.00 |
| 1084 | 10841062154 | 12/16/2024 | 6 | $9.60 | 013339060 | BISTRO MUG 16OZ SP/B | $57.60 | $0.00 | $57.60 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1084 | 10841062154 | 12/16/2024 | 3 | $11.39 | 014247574 | LST 2C SSN/MSCT/MS/O | $34.17 | $0.00 | $34.17 |
| 1084 | 10841062154 | 12/16/2024 | 8 | $11.39 | 014247575 | LST 2C SSN/MSCT/MS/O | $91.12 | $0.00 | $91.12 |
| 1084 | 10841062154 | 12/16/2024 | 3 | $11.39 | 014247576 | LST 2C SSN/MSCT/MS/O | $34.17 | $0.00 | $34.17 |
| 1084 | 10841062154 | 12/16/2024 | 5 | $11.39 | 014247577 | LST 2C SSN/MSCT/MS/O | $56.95 | $0.00 | $56.95 |
| 1084 | 10841062154 | 12/16/2024 | 3 | $11.39 | 014247578 | LST 2C SSN/MSCT/MS/O | $34.17 | $0.00 | $34.17 |
| 1084 | 10841062154 | 12/16/2024 | 2 | $11.39 | 016166318 | LST 2C SSN/MSCT/MS/O | $22.78 | $0.00 | $22.78 |
| 1084 | 10841062154 | 12/16/2024 | 2 | $38.40 | 018886923 | 1/4Z/PWRBL SM/E WD/W | $76.80 | $0.00 | $76.80 |
| 1084 | 10841062154 | 12/16/2024 | 1 | $16.79 | 019141416 | CREW 9OZ 1C FSN/WD/O | $16.79 | $0.00 | $16.79 |
| 1084 | 10841062154 | 12/16/2024 | 5 | $16.79 | 019141417 | CREW 9OZ 1C FSN/WD/O | $83.95 | $0.00 | $83.95 |
| 1084 | 10841062154 | 12/16/2024 | 5 | $16.79 | 019141418 | CREW 9OZ 1C FSN/WD/O | $83.95 | $0.00 | $83.95 |
| 1084 | 10841062154 | 12/16/2024 | 4 | $16.79 | 019141419 | CREW 9OZ 1C FSN/WD/O | $67.16 | $0.00 | $67.16 |
| 1084 | 10841062154 | 12/16/2024 | 3 | $16.79 | 019141420 | CREW.9OZ 1C FSN/WD/O | $50.37 | $0.00 | $50.37 |
| 1084 | 10841062154 | 12/16/2024 | 2 | $16.79 | 019141421 | CREW 9OZ 1C FSN/WD/O | $33.58 | $0.00 | $33.58 |
| 1084 | 10841062154 | 12/16/2024 | 1 | $56.40 | 023204153 | FOD WOMENS CUSTOM OR | $56.40 | $0.00 | $56.40 |
| 1084 | 10841062154 | 12/16/2024 | 1 | $34.80 | 023360000 | JKT/TRAIL SOFTSHEL/B | $34.80 | $0.00 | $34.80 |
| 1084 | 10841062154 | 12/16/2024 | 2 | $34.80 | 023360003 | JKT/TRAIL SOFTSHEL/B | $69.60 | $0.00 | $69.60 |
| 1084 | 10841062154 | 12/16/2024 | 4 | $34.80 | 023360004 | JKT/TRAIL SOFTSHEL/B | $139.20 | $0.00 | $139.20 |
| 1084 | 10841062154 | 12/16/2024 | 5 | $10.80 | 025355704 | JOURNAL W/PEN PRIM/B | $54.00 | $0.00 | $54.00 |
| 1084 | 10841062154 | 12/16/2024 | 1 | $25.20 | 025522720 | POLO/ECO PIQUE SSN/C | $25.20 | $0.00 | $25.20 |
| 1084 | 10841062154 | 12/16/2024 | 4 | $25.20 | 025522721 | POLO/ECO PIQUE SSN/C | $100.80 | $0.00 | $100.80 |
| 1084 | 10841062154 | 12/16/2024 | 2 | $25.20 | 025522724 | POLO/ECO PIQUE SSN/C | $50.40 | $0.00 | $50.40 |
| 1084 | 10841062154 | 12/16/2024 | 25 | $5.97 | 028181907 | PENNANT 9X24 SF WD/W | $149.25 | $0.00 | $149.25 |
| 1084 | 10841062154 | 12/16/2024 | 5 | $27.60 | 028533945 | HOOD DMACC LOGO/ROYL | $138.00 | $0.00 | $138.00 |
| 1084 | 10841062154 | 12/16/2024 | 1 | $27.60 | 028533946 | HOOD DMACC LOGO/ROYL | $27.60 | $0.00 | $27.60 |
| 1084 | 10841062154 | 12/16/2024 | 1 | $27.60 | 028533949 | HOOD DMACC LOGO/ROYL | $27.60 | $0.00 | $27.60 |

| Store | Transaction # | Date | QTY | PRICE | SKU | DESC | AID PRICE | AID TAX | AID TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1084 | 10841062154 | 12/16/2024 | 1 | $27.60 | 028533950 | HOOD DMACC LOGO/ROYL | $27.60 | $0.00 | $27.60 |
| 1084 | 10841062154 | 12/16/2024 | 2 | $19.20 | 028533966 | POLO DMACC LOGO/LTBL | $38.40 | $0.00 | $38.40 |
| 1084 | 10841062154 | 12/16/2024 | 5 | $19.20 | 028533967 | POLO DMACC LOGO/LTBL | $96.00 | $0.00 | $96.00 |
| 1084 | 10841062154 | 12/16/2024 | 1 | $19.20 | 028533969 | POLO DMACC LOGO/LTBL | $19.20 | $0.00 | $19.20 |
| 1084 | 10841062154 | 12/16/2024 | 4 | $19.20 | 028533970 | POLO DMACC LOGO/LTBL | $76.80 | $0.00 | $76.80 |
| 1084 | 10841062154 | 12/16/2024 | 4 | $8.99 | 028533978 | HAT DMACC ATHLETIC/R | $35.96 | $0.00 | $35.96 |
| 1084 | 10841062154 | 12/16/2024 | 4 | $19.50 | 028533982 | THOR 22OZ BOTTLE D/W | $78.00 | $0.00 | $78.00 |
| 1084 | 10841062154 | 12/16/2024 | 2 | $24.59 | 029071700 | W PWRBLEND HOOD 2C/W | $49.18 | $0.00 | $49.18 |
| 1084 | 10841062154 | 12/16/2024 | 1 | $24.59 | 029071702 | W PWRBLEND HOOD 2C/W | $24.59 | $0.00 | $24.59 |
| 1084 | 10841062154 | 12/16/2024 | 5 | $24.59 | 029071704 | W PWRBLEND HOOD 2C/W | $122.95 | $0.00 | $122.95 |
| 1084 | 10841062154 | 12/16/2024 | 8 | $24.59 | 029071706 | W PWRBLEND HOOD 2C/W | $196.72 | $0.00 | $196.72 |
| 1084 | 10841062154 | 12/16/2024 | 4 | $24.59 | 029071708 | W PWRBLEND HOOD 2C/W | $98.36 | $0.00 | $98.36 |
| 1084 | 10841062154 | 12/16/2024 | 2 | $24.59 | 029071709 | W PWRBLEND HOOD 2C/W | $49.18 | $0.00 | $49.18 |
| 1084 | 10841062154 | 12/16/2024 | 3 | $21.00 | 029103669 | DRIFIT LEGEND SST/GA | $63.00 | $0.00 | $63.00 |
| 1084 | 10841062154 | 12/16/2024 | 1 | $21.00 | 029103670 | DRIFIT LEGEND SST/GA | $21.00 | $0.00 | $21.00 |
| 1084 | 10841062154 | 12/16/2024 | 8 | $21.00 | 029103671 | DRIFIT LEGEND SST/GA | $168.00 | $0.00 | $168.00 |
| 1084 | 10841062154 | 12/16/2024 | 4 | $21.00 | 029103672 | DRIFIT LEGEND SST/GA | $84.00 | $0.00 | $84.00 |
|  |  |  |  |  |  |  | $2,897.35 | $0.00 | $2,897.35 |

| Store | Transaction # | Date | QTY | PRICE | SKU | DESC | AID PRICE | AID TAX | AID TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1085 | 10851016283 | 12/16/2024 | 3 | $19.20 | 028533966 | POLO DMACC LOGO/LTBL | $57.60 | $0.00 | $57.60 |
| 1085 | 10851016283 | 12/16/2024 | 3 | $13.20 | 028533896 | SST DMACC LOGO/ROYL/ | $39.60 | $0.00 | $39.60 |
| 1085 | 10851016283 | 12/16/2024 | 1 | $19.20 | 028533970 | POLO DMACC LOGO/LTBL | $19.20 | $0.00 | $19.20 |
| 1085 | 10851016283 | 12/16/2024 | 3 | $19.50 | 028533982 | THOR 22OZ BOTTLE D/W | $58.50 | $0.00 | $58.50 |
| 1085 | 10851016283 | 12/16/2024 | 1 | $25.20 | 025522721 | POLO/ECO PIQUE SSN/C | $25.20 | $0.00 | $25.20 |
| 1085 | 10851016283 | 12/16/2024 | 6 | $8.99 | 028533978 | HAT DMACC ATHLETIC/R | $53.94 | $0.00 | $53.94 |
| 1085 | 10851016283 | 12/16/2024 | 1 | $25.20 | 025522720 | POLO/ECO PIQUE SSN/C | $25.20 | $0.00 | $25.20 |

| 1085 | 10851016283 | 12/16/2024 | 2 | $34.80 023360003 | JKT/TRAIL SOFTSHEL/B | $69.60 | $0.00 | $69.60 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1085 | 10851016283 | 12/16/2024 | 10 | $9.60 013339060 | BISTRO MUG 16OZ SP/B | $96.00 | $0.00 | $96.00 |
| 1085 | 10851016283 | 12/16/2024 | 2 | $34.80 023360004 | JKT/TRAIL SOFTSHEL/B | $69.60 | $0.00 | $69.60 |
| 1085 | 10851016283 | 12/16/2024 | 1 | $27.60 028533947 | HOOD DMACC LOGO/ROYL | $27.60 | $0.00 | $27.60 |
| 1085 | 10851016283 | 12/16/2024 | 2 | $19.20 028533965 | POLO DMACC LOGO/LTBL | $38.40 | $0.00 | $38.40 |
| 1085 | 10851016283 | 12/16/2024 | 11 | $5.97 028181907 | PENNANT 9X24 SF WD/W | $65.67 | $0.00 | $65.67 |
| 1085 | 10851016283 | 12/16/2024 | 2 | $27.60 028533945 | HOOD DMACC LOGO/ROYL | $55.20 | $0.00 | $55.20 |
| 1085 | 10851016283 | 12/16/2024 | 1 | $25.20 025522724 | POLO/ECO PIQUE SSN/C | $25.20 | $0.00 | $25.20 |
| 1085 | 10851016283 | 12/16/2024 | 1 | $25.20 025522719 | POLO/ECO PIQUE SSN/C | $25.20 | $0.00 | $25.20 |
| | | | | | | **$751.71** | **$0.00** | **$751.71** |

Subtotal $6,187.50
Tax $0.00
Total $6,187.50