# EXHIBIT AK

**Security**

| | |
|---|---:|
| Security PVC Logo (Exhibit A) | 86.15 |
| Security Vehicle Decals (Exhibit B) | 287.50 |
| Security Uniform Patches (Exhibit C) | 520.00 |
| Security Kiosk Logos (old invoice) (Exhibit D) | 540.00 |
| Subtotal | 1,433.65 |

**Sports**

| | |
|---|---:|
| Men's Basketball Travel Gear (Exhibit E) | 6,809.87 |
| Boone Basketball Floor (Exhibit F) | 18,208.00 |
| Basketball Stools (Exhibit G) | 1,940.00 |
| Basketballs (Exhibit H) | 1,417.60 |
| Softball Bags (Exhibit I) | 1,610.00 |
| Basketball Coaches's Gear (Exhibit J) | 1,028.48 |
| Men's Basketball Blue Home Gear (Exhibit K) | 2,525.97 |
| Men's Basketball White Home Gear (Exhibit L) | 2,525.97 |
| Subtotal | 36,065.89 |

**External Marketing Materials**

| | |
|---|---:|
| Des Moines Billboards (Exhibit M) | 3,000.00 |
| Perry Billboard (Exhibit N) | 480.00 |
| Carroll Billboard (Exhibit O) | 200.00 |
| Flags (Exhibit P) | 7,988.00 |
| Welcome and Map Banners (Exhibit Q) | 372.94 |
| Graphics (Exhibit R) | 2,784.00 |
| Truck Decals (Exhibit S) | 1,075.00 |
| Truck Wraps (Exhibit T) | 8,204.77 |
| Sub | 24,104.71 |

**Internal Marketing Materials**

| | |
|---|---:|
| Stickers  (Exhibit U) | 875.82 |
| Envelopes and Folders (Exhibit V) | 6,649.35 |
| Spanish Viewbooks (Exhibit N) | 1,595.00 |
| CE Postcard Reprint (Exhibit W) | 16,891.00 |
| Table Throws (Exhibit X) | 914.00 |
| Lapel Pins (Exhibit Y) | 638.12 |
| Business Card Reprint (Exhibit Z) | 1,396.75 |
| DMACC Viewbooks (Exhibit AA) | 5,970.00 |
| Admissions Brochure (Exhibit AB) | 4,636.00 |
| Foundation Magazine Reprint (Exhibit AC) | 14,338.68 |
| Lanyards (Exhibit AD) | 3,986.91 |
| Plexi Glass Sign for Building 1 on Ankeny Campus (Exhibit AE) | 472.10 |
| Safety Data Sheet Stickers (Exhibit AE) | 512.50 |
| Bear Stickers (Exhibit AE) | 434.50 |

| | |
|---|---:|
| Power Equipment Window Graphic (Exhibit AE) | 504.90 |
| Sticker Reorder (Exhibit AE) | 2,192.50 |
| Business Cards (Exhibit AE) | 464.00 |
| Sub | 62,472.13 |
| | |
| **Merchandise with Enjoined Logo Which Can No Longer be Used** | |
| Nursing (Exhibit AF) | 3,595.60 |
| EMS (Exhibit AG) | 12,881.20 |
| Power and Tech (Exhibit AH) | 871.72 |
| Unsold Bookstore Inventory (Exhibit AI) | 6,187.50 |
| Transportation Institute Signage (Exhibit AN) - Line items 6, 9, and 10 | 16,378.50 |
| Business Cards | 5,568.98 |
| Sub | 45,483.50 |
| | |
| Invoice Total | 169,559.88 |
| | |
| **Additional Considerations** | |
| Marketing Staff Full-Time | 58,964.00 |
| Marketing Staff Part-Time | 12,125.00 |
| Giveaways | 2,000.00 |
| ID Reprint .3 x ID | 7,500.00 |
| Reimbursements | 50,000.00 |
| Sub | 130,589.00 |
| | |
| **Total** | 300,148.88 |