# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>    Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>    Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>    Counterclaim Defendant. | Case No. 4:24-CV-00227-SMR-SBJ<br><br>**DECLARATION OF CARA S. DONELS IN SUPPORT OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' MOTION TO INCREASE THE BOND** |

I, Cara S. Donels, declare as follows:

1. I am a senior associate at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendants and Counterclaim Plaintiffs Des Moines Area Community College ("DMACC") and Des Moines Area Community College Foundation ("DMACCF") (together "Defendants") in this case. I make this declaration based on personal knowledge.

2. Attached hereto as **Exhibit AL** is a true and correct copy of email correspondence between myself and Drake's counsel, Mr. Gilbertson and Mr. Conley, from December 20, 2024, through December 27, 2024.

2

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 27th day of December, 2024.


*s/Cara S. Donels*
Cara S. Donels

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2024, I electronically filed the *Declaration of Cara S. Donels in Support of Defendants and Counterclaim Plaintiffs' Motion to Increase the Bond* with the Clerk of Court using the CM/ECF system, who in turn sent notice to the following:

Joshua J. Conley, Esq.
  jconley@zarleyconley.com
John D. Gilbertson, Esq.
  jgilbertson@zarleyconley.com
ZARLEYCONLEY PLC
580 Market Street, Suite 101
West Des Moines, IA  50266

*Attorneys for Plaintiff and
Counterclaim Defendant*

 

          */s/Michele A. Erickson*
          Michele A. Erickson