# **<u>EXHIBIT A</u>**

*12/3/24*

**Lashier Graphics & Signs**
Lashier Graphics & Signs
1601 SE Gateway Drive, Suite 130
Grimes, IA 50111
Primary Email: : thomas@lashier.com
Primary Phone: : (515) 518-6100

███████████████

www.lashier.com

*RO194446*



## Invoice Statements Report

**Statement Till :** Not set

| Sold To | Contact | Shipping To |
|---|---|---|
| Des Moines Area Community College (DMACC)<br>1111 E Army Post Rd<br>Des Moines<br>IA<br>50315<br>United States | Mike Brady<br>mtbrady@dmacc.edu | |

# Des Moines Area Community College (DMACC)

| Inv# | Name | Inv Dt | Age | Primary Contact | Cust PO# | State | Terms | Billing To | Shipping To | Total | Paid | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24055 | 1 PVC Logo and 1 Adhesive Vinyl Logo | 09/23/2024 | 71 | Brett C. Handy | | past due | 50/50 | 2006 South Ankeny Boulevard Ankeny IA 50023 United States | | $86.15 | $0.00 | $86.15 |
| Total | | | | | | | | | | $86.15 | $0.00 | $86.15 |

PRINTED ON 12/03/2024 03:07 AM BY TL

1/1