# **<u>EXHIBIT B</u>**

Lashier Graphics & Signs
1601 SE Gateway Drive, Suite 130 Grimes, IA 50111
thomas@lashier.com
(515) 518-6100
EIN #: 81-1064007

Tax ID: 1-77-124292
www.lashier.com



# Quote 18884
## Vehicle Shield Decals

| | |
|---|---|
| SALES REP INFO | Jim Bouma |
| | Sales |
| | jbouma@lashier.com |
| | (515) 943-2875 |

| | |
|---|---|
| QUOTE DATE | 12/04/2024 |
| QUOTE EXPIRY DATE | 01/03/2025 |
| TERMS | 50/50 |

**REQUESTED BY**
Des Moines Area Community College (DMACC)
2006 South Ankeny Boulevard
Ankeny, IA 50023

**CONTACT INFO**
Brett C. Handy
bchandy@dmacc.edu
(515) 964-6500

| # | ITEM | QTY | UOM | U.PRICE | TOTAL (EXCL. TAX) | TAXABLE |
|---|---|---|---|---|---|---|
| 1 | **Shield Decal (x10)**<br>**7.75" W x 9.42" H** digitally printed adhesive vinyl decal with protective GLOSS lamination.<br>Width: 7.75 Inches<br>Height: 9.43 Inches<br>Sides: 1<br><br>Cut Style: Straight Cut | 10 | Each | $28.75 | $287.50 | N |

**Installation & Removal (Per Vehicle)**
Installation with certified professionals.
*Please Note:*

- *This pricing assumes ALL vehicles can be completed in the same trip*

**Estimated Pricing**: This quote includes **estimated** pricing and can fluctuate based on scope of work and your timeframe.

**Timeframe:** our Production process typically takes **3-4 business days from final design approval.** To complete your job as fast as possible, please submit print-ready art or approve your design proofs ASAP. Jobs that need to be completed prior to this timeframe may be subject to a Rush Fee.

| | |
|---|---:|
| Subtotal: | $287.50 |
| Sales Tax (0%): | $0.00 |
| **Total:** | **$287.50** |

| | |
|---|---:|
| **Downpayment (50.0 %)** | $143.75 |

**SIGNATURE:**                                                              **DATE:**