# EXHIBIT C

# IPI
## IOWA PRISON INDUSTRIES
406 N. High St.
ANAMOSA, IA 52205

*Building Brighter Futures*

## QUOTATION

**TO:**

DES MOINES AREA CMMTY COLLEGE
2006 S ANKENY BLVD
ANKENY, IA 50023
(515)964-6345 Fax: (515)965-6512

ATTN:  ACCOUNTS PAYABLE

**SHIP TO:**

DES MOINES AREA CMMTY COLLEGE
BLDG 12 RECEIVING
2006 S ANKENY BLVD
ANKENY, IA 50023
()-

ATTN:  BRIAN ENDRIZAL 515-964-6612

In response to your inquiry, we are pleased to offer the following:

| Quote No. | Date | Cust No | S/M | Your Referenced Inquiry | Delivery Promise | F.O.B. | Expiration |
|---|---|---|---|---|---|---|---|
| 0002113 | 12/17/2024 | DES500 | 7 | | 4-6 WEEKS ARO | | NET 30 |

| Item | Quantity | UM | Part | Description | Price $ | Extension $ |
|---|---|---|---|---|---|---|
| | | | | LOGO REPLACEMENTS<br><br>BRIAN ENDRIZAL<br>515-964-6612<br>bendrizal@dmacc.edu<br>======================================= | | |
| 001 | 4.0000 | EA | FEMBROIDERY | J7490 VEST BLACK<br>LOGO REPLACEMENTS:<br><br>REMOVE OLD PATCHES<br>APPLY NEW PATCHES | 5.0000 | 20.00 |
| 002 | 2.0000 | EA | FEMBROIDERY | J763H WORK COAT BLACK<br>LOGO REPLACEMENT:<br><br>REMOVE OLD PATCHES<br>APPLY NEW PATCHES | 5.0000 | 10.00 |
| 003 | 10.0000 | EA | FLABOR | LABOR ONLY - CUSTOMER SUPPLIED<br>LOGO REPLACEMENT:<br><br>REMOVE OLD PATCHES<br>APPLY NEW PATCHES | 5.0000 | 50.00 |
| 004 | 29.0000 | EA | FUFXTACPOLOMLS | UFX TACTICAL POLO MENS LS<br>LOGO REPLACEMENT:<br><br>REMOVE OLD PATCHES<br>APPLY NEW PATCHES | 5.0000 | 145.00 |
| 005 | 37.0000 | EA | FUFXTACPOLOMSS | UFS TACTICAL POLO MENS SS<br>LOGO REPLACEMENT: | 5.0000 | 185.00 |

**Page:  1**

By:_____ **MITCHELLVILLE TEXTILES** _____

**Quote by: KD/ALB**

**IOWA PRISON INDUSTRIES**
406 N. High St.
ANAMOSA, IA 52205

*Building Brighter Futures*

## QUOTATION

**TO:**

DES MOINES AREA CMMTY COLLEGE
2006 S ANKENY BLVD
ANKENY, IA 50023
(515)964-6345 Fax: (515)965-6512

ATTN:   ACCOUNTS PAYABLE

**SHIP TO:**

DES MOINES AREA CMMTY COLLEGE
BLDG 12 RECEIVING
2006 S ANKENY BLVD
ANKENY, IA 50023
()-

ATTN:   BRIAN ENDRIZAL 515-964-6612

In response to your inquiry, we are pleased to offer the following:

| Quote No. | Date | Cust No | S/M | Your Referenced Inquiry | Delivery Promise | F.O.B. | Expiration |
|---|---|---|---|---|---|---|---|
| 0002113 | 12/17/2024 | DES500 | 7 | | 4-6 WEEKS ARO | | NET 30 |

| Item | Quantity | UM | Part | Description | Price $ | Extension $ |
|---|---|---|---|---|---|---|
| | | | | REMOVE OLD PATCHES<br>APPLY NEW PATCHES | | |
| 006 | 3.0000 | EA | FUFXTACPOLOWLS | UFS TACTICAL POLO WOMENS LS<br>LOGO REPLACEMENT: | 5.0000 | 15.00 |
| | | | | REMOVE OLD PATCHES<br>APPLY NEW PATCHES | | |
| 007 | 1.0000 | EA | FUFXTACPOLOWSS | UFX TACTICAL POLO WOMENS SS<br>LOGO REPLACEMENT: | 5.0000 | 5.00 |
| | | | | REMOVE OLD PATCHES<br>APPLY NEW PATCHES | | |
| 008 | 1.0000 | EA | FUV1CX360SHIRTLS | UV1 CX360 UNDERVEST SHIRT LS<br>LOGO REPLACEMENT: | 5.0000 | 5.00 |
| | | | | REMOVE OLD PATCHES<br>APPLY NEW PATCHES | | |
| 009 | 17.0000 | EA | FSEWING | COATS<br>LOGO REPLACEMENT: | 5.0000 | 85.00 |
| | | | | REMOVE OLD PATCHES<br>APPLY NEW PATCHES | | |

**Total for Quote  $**                                                         **520.00**

Page:   2

By:_____ **MITCHELLVILLE TEXTILES** _____
**Quote by: KD/ALB**

\\IPIGLOBAL01\APPS\INFISY\BUSINT\IPICURRENTFORMS\FORMS\ER_QuoteFormLaser_IPI.rp