# **EXHIBIT D**

*handwritten annotations:* BE  CR  Date: 7/30/24  SECRTY  SECURU  6322  RO 193198

Lashier Graphics & Signs
1601 SE Gateway Drive, Suite 130 Grimes, IA 50111
thomas@lashier.com
(515) 518-6100
EIN #: 81-1064007

Tax ID: 1-77-124292
www.lashier.com

**LASHIER GRAPHICS & SIGNS**

**Invoice is Past Due on 07/17/2024**

# Invoice 23023

12 logo pvc signs

| | |
|---|---|
| **SALES REP INFO** | Jim Bouma |
| | Sales |
| | jbouma@lashier.com |
| | (515) 943-2875 |
| **QT#** | 15065 |
| **INVOICE DATE** | 07/17/2024 |
| **INV.DUE DATE** | 07/17/2024 |
| **TERMS** | 50/50 |

**ORDERED BY**
Des Moines Area Community College (DMACC)
2006 South Ankeny Boulevard
Ankeny, IA 50023

**INSTALL ADDRESS**
1144 7th St
Des Moines, IA 50314

**CONTACT INFO**
Brett C. Handy
bchandy@dmacc.edu
(515) 964-6500

| # | ITEM | QTY | UOM | U.PRICE | TOTAL (EXCL. TAX) | TAXABLE |
|---|------|-----|-----|---------|-------------------|---------|
| 1 | **Public Safety Logos for Kiosk Desks**<br>**19.25" W x 23.5" H** digital print on 1/4" thick rigid pvc sheet.<br><br>• Custom cut to shape of shield logo.<br>• Include 3M double sided tape for DMACC to install<br><br>Width: 19.25 Inches<br>Height: 23.5 Inches<br>Sides: 1<br>Adhesive Inches: 50 Inches | 12 | Each | $45.00 | $540.00 | N |

*Full payment is due upon receipt. Thank you for your business - it much appreciated!*
*(If you are interested in Net 30 Terms, please let us know.)*

| | |
|---|---|
| **Subtotal:** | **$540.00** |
| **Sales Tax (0%):** | **$0** |
| **Total:** | **$540.00** |

**SIGNATURE:**                                                                    **DATE:**