# **EXHIBIT E**



**BSN SPORTS**
PO Box 841393
Dallas, TX 75284-1393
Phone: 800-527-7510  Fax: 800-899-0149
Visit us at www.bsnsports.com

### Order Summary
**Cart #:** 12604731
**Purchase Order #:** DMACC MBB team gear 11.27
**Cart Name:** DMACC MBB team gear 11.27
**Order Date:** 11/27/2024
**Estimated Delivery:** 01/14/2025
**Payment Terms:** NT30
**Ship Via:**
**Ordered By:** Blake Sandquist

**Contact Your Rep**
**Phil Hemming**    Email: **phemming@bsnsports.com**  |  Phone: **641-620-8337**

| Sold to | Ship To | Payer |
|---|---|---|
| 1111291 | 1111291 | 1111291 |
| DES MOINES AREA COMMUNITY COLL | DES MOINES AREA COMMUNITY COLL | DES MOINES AREA COMMUNITY COLL |
| 1125 HANCOCK DR | Blake Sandquist | 1125 HANCOCK DR |
| BOONE IA 50036-5326 | 1125 HANCOCK DR | BOONE IA 50036-5326 |
| USA | BOONE IA 50036-5326 | USA |
| | USA | |

| Item Description | Qty | Unit Price | Total |
|---|---|---|---|
| **Black-NIKE 35L SWIM BACKPACK**<br>Item # - NKNESSE138<br>OS: 20 | 20 EA | $ 58.00 | $ 1,160.00 |
| **010 - BLACK-TECH FLEECE FZ HOODIE**<br>Item # - NKFQ1883<br>SML 3  MED 5  LRG 8  XLG 7  XXL 1 | 24 EA | $ 94.25 | $ 2,262.00 |
| **010 - BLACK-TECH FLEECE JOGGER**<br>Item # - NKFQ1884<br>SML 3  MED 5  LRG 8  XLG 7  XXL 1 | 24 EA | $ 81.25 | $ 1,950.00 |
| **LWO External Decoration 1**<br>Item # - LETTERWOE | 20 EA | $ 7.95 | $ 159.00 |
| **LWO External Decoration 2**<br>Item # - LETTERWOE | 24 EA | $ 4.50 | $ 108.00 |
| **100 - WHITE-CLUB PULLOVER FLEECE HOODIE**<br>Item # - NKCJ1611<br>SML 3  MED 5  LRG 8  XLG 7  XXL 1  3XL 1 | 25 EA | $ 35.75 | $ 893.75 |
| **LWO External Decoration 3**<br>Item # - LETTERWOE | 25 EA | $ 4.50 | $ 112.50 |

| | |
|---|---|
| Subtotal: | $6,645.25 |
| Other: | $0.00 |
| Freight: | $164.62 |
| Sales Tax: | $0.00 |
| Order Total: | $6,809.87 |
| Payment/Credit Applied: | $0.00 |
| **Order Total:** | **$6,809.87** |