# **<u>EXHIBIT F</u>**

# H2I GROUP

27740 Prospect Ave. l Adel, IA 50003 ll Ph: 612.331.8816 l Fax: 612.331.4884 l Toll Free: 888.239.8747

## PROPOSAL 124463

| | | | |
|---|---|---|---|
| **To:** | DMACC - Boone | **Date:** | 12-11-24 |
| | BJ McGinn | **Project:** | Gym Floor Recoat and Sanding 2025 |
| | | **Location:** | Boone, IA |

We propose to furnish and install the following using standard design, materials, construction sizes and colors. Based on information provided by owner.

### Gym Floor Screen and Recoat
**Includes: Gametime Xcel water-based finish**
- 10,000sf application of Xcel finish.
- 24-hour cure time before back to normal use.

**Material, freight, and installation .................................................................................... $9,388**

### Center logo and 3 pt lines
**Includes:**
- Sand off existing center court "D" logo
- Sand off 2 obsolete 3 pt lines, cover with beige to best match floor color.
- Apply 2 coats of water-based sealer
- Paint new logo. Design TBD. Price is based on similar size and color of what is current.
- Apply 2 coats of water-based finish

**Material, freight, and installation .................................................................................... $8,820**

**Qualifications:**
1. **Pricing good for 1 production run, 1 delivery, and 1 installation after Commencement. Project scheduled for May 12-16, 2025.**
2. We reserve our right to a schedule extension; change orders for additional costs (including but not limited to material escalation; labor rate increases; acceleration costs; shipping costs; storage costs; administration overhead; etc.) related to any occurrence of an event which is outside of our reasonable control and which prevents us from performing our obligations (Examples but not limited to: acts of God; strikes or other labor disturbances; delays in transportation; war; acts of terrorism; epidemics; pandemics; (such as COVID-19); etc.).

**Excludes:**
1. State Sales & Use Taxes.  Purchaser by acceptance of this quotation agrees to furnish Tax Exemption Certificates when requested on non-taxable materials, otherwise any applicable tax will be added at time of invoicing.
2. Any Liquidated, Consequential and/or Actual Damages clauses.
3. Any product or service not included above.
4. Charges for vertical transportation, Mechanical utilities and connections, Electrical utilities and connections, Bonds, Removal of existing equipment, Rubber/vinyl base, In-wall backing/blocking.
5. Note: Clean-up to be limited to removing all debris, dirt and rubbish accumulated as a result of our installation to a dumpster provided by others, leaving the premises broom clean and orderly.

**SEE PAGE 3 for Terms & Conditions**
This proposal is based upon usage of the AGC/ASA/ASC "Standard Form Construction Subcontract", 1996 Edition or a subcontract form otherwise acceptable to H2I Group, Inc.

**TERMS:  Net 30 Days**



**Solutions for Industry, Education, and Healthcare Since 1924**
h2igroup.com
info@h2igroup.com

#h2igroup

Serving all 50 states, Offices located:
Atlanta | Austin | Baltimore | Chicago | Cedar Falls | Columbia | Dallas | Denver | Des Moines | Kansas City | Houston | Madison | Miami | Minneapolis | Salt Lake City | Omaha | Seattle



27740 Prospect Ave. l Adel, IA 50003 ll Ph: 612.331.8816 l Fax: 612.331.4884 l Toll Free: 888.239.8747

ACCEPTED:   Company _____       RESPECTFULLY,
                        Name _____       *H2I Group, Inc.*
                        Date _____       By _____
                                                                          Noah Johnson
                                                                          Athletic Facility Specialist
                                                                          515-986-9326

Note:  This quotation is offered for acceptance within 15 days and is subject to revision beyond that time.



**Solutions for Industry, Education, and Healthcare Since 1924**
h2igroup.com
info@h2igroup.com

Serving all 50 states, Offices located:
Atlanta | Austin | Baltimore | Chicago | Cedar Falls | Columbia | Dallas | Denver | Des Moines | Kansas City | Houston | Madison | Miami | Minneapolis | Salt Lake City | Omaha | Seattle


#h2igroup



27740 Prospect Ave. l Adel, IA 50003 ll Ph: 612.331.8816 l Fax: 612.331.4884 l Toll Free: 888.239.8747

## PROPOSAL 124463

### H2I Group Inc. Terms and Conditions

**General**
These terms and conditions are a component part of the attached proposal and constitute the entire agreement between H2I Group Inc. (hereinafter H2I). By signing the proposal, Customer acknowledges that they understand and accept the proposal and the following terms and conditions. All work shall be done in accordance with the attached proposal unless otherwise provided for in writing and signed by H2I. Applicable sales, excise and use taxes are not included unless otherwise stated in the proposal. Tax exempt entities hereby agree to furnish tax exemption certificates when requested on non-taxable materials. Material Only Contracts: Responsibility for the unloading, handling, storage and installation of material transfers to the Customer upon shipment from the factory. Customer is responsible for receiving, unloading and inspecting materials and filing freight claim for any shortage or damage of materials. Delivery and freight charges are not included unless otherwise stated in the proposal.

**Site Conditions**
A smooth, level and clean sub-floor shall be provided or as required by H2I. Maintain environment at proper temperature (55-80 degrees F.) and humidity (35-50%) before, during and 30 days following installation. Delays due to circumstances beyond the control of H2I shall entitle H2I to an equitable adjustment of time and contract price.

**Acceptance**
This proposal may be accepted within 30 days subject to credit approval. H2I reserves the right to revoke this offer prior to acceptance by customer. Customer agrees that, by signing, grant authority to credit bureaus to release credit history information for the purpose of establishing credit with H2I and its subsidiaries. H2I and its subsidiaries may, if payment for work performed by H2I will pass thru from a third party require a credit application, joint check agreement with the property owner/end user if the property owner/end user is a separate entity from the Customer, a copy of the Customer's payment bond, and/or a personal guarantee, as a condition of credit approval. Customer agrees that payments received from a third party for services performed by H2I shall be held in trust and first paid to H2I for material and labor costs paid by H2I.

**Installation**
This proposal assumes unloading and elevator use shall be conducted during normal business hours. This proposal is based on completing the work during normal business hours. Overtime, evening and weekend work is available at additional charge. Customer agrees to provide H2I with sufficient and timely unloading facilities, dock and elevator access as needed at no additional cost to H2I. Customer shall provide temporary, secure storage for materials prior to installation. Customer shall provide adequate electrical power, lighting, water and restroom facilities during installation. Customer shall provide area that is free and clear and prepared for installation.

**Engineering**
All engineering, proposal drawings, specifications shall represent H2I's investment in engineering skill and development and remain the property of H2I. Such are submitted with the understanding that the information will not be disclosed or used in any way detrimental to H2I's interests.

**Changes**
Any requests for changes to the scope of work shall be made in writing with signed acceptance by authorized personnel from H2I and Customer.

**Liability**
H2I shall not be liable for damages in any form or any other claim arising out of strikes, floods, fire, accidents, or any other causes beyond our control. H2I shall not be liable for liquidated, consequential or any other damages or penalties of any kind for delays in completion of work. H2I indemnity obligations to the Customer and owner are limited to the liability created by the gross negligence of Haldeman Homme Holdings, its employees or subcontractors. In the event the terms of this agreement conflicts with the Customer's proposal or purchase order the parties acknowledge and agree the terms of this agreement shall control.

**Payment**
Payment in full will be due and payable thirty (30) days from invoice date. Customer agrees to pay progress-billing invoices during the course of the project reflecting partial shipment of material and/or partial completion of labor work performed. Where materials are stored or staged temporarily at the job site or in offsite or bonded warehouse, customer shall pay for materials and reasonable storage charges. The failure of the Customer to make payments within contract terms shall entitle H2I, in addition to all other rights, to suspend all work and shipments and shall further entitle H2I to an extension of time of performance of the work. No payments shall be withheld from or penalties assessed against H2I due to causes for which H2I is not responsible.

Customer agrees that, if the billed amount is not paid within terms, a service charge will be charged on the overdue balance at a percentage rate of 1.5% (18% ANNUAL PERCENTAGE RATE) for all accounts. If the customer fails to pay the entire unpaid balance on the account when due H2I may without further notice or demand, exercise all rights and remedies available by law for the collection of the balance due on the account. H2I reserves the option to exercise its lien rights at all times in accordance with applicable law to secure collection of amounts due. Applicant will be liable for all expenses of collection with or without suit, including all court costs and reasonable attorney's fees to the extent under applicable state law. Venue shall be the State District Court of Minnesota.

**Disputes**
Customer and H2I hereby agree that disputes between the parties which cannot be settled amicably, shall be settled through the State District Court of Minnesota.

**Cancellation**
An officer of H2I must approve cancellation requests in writing. In order to compensate H2I for its investment in engineering, time, processing and administrative work, approved cancellations shall be subject to cancellation charge of 25% of the contract amount plus the cost of materials produced or in production, labor or other services performed, freight, taxes and any other out of pocket expenses incurred by H2I.

**Warranty**
THE MANUFACTURER EXPRESS WARRANTY IS PROVIDED IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED. THE WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE HEREBY DISCLAIMED BY H2I.

**Insurance**
H2I maintains insurance and will provide certificates of insurance if requested on coverage and limits as provided by its insurance policy. No other insurance coverage is provided including waiver of subrogation or additional named insureds.

**Codes**
Customer, architect and/or contractor shall be responsible for all local, state and federal agency code compliance, permits, fees, design, engineering and testing. H2I does not provide professional liability or pollution insurance for any of these services. Costs for any and all such services are not included in this proposal.

Signature: _____   Name: _____   Date: _____
*(Please Print)*



**Solutions for Industry, Education, and Healthcare Since 1924**
h2igroup.com
info@h2igroup.com


#h2igroup

Serving all 50 states, Offices located:
Atlanta | Austin | Baltimore | Chicago | Cedar Falls | Columbia | Dallas | Denver | Des Moines | Kansas City | Houston | Madison | Miami | Minneapolis | Salt Lake City | Omaha | Seattle