# EXHIBIT I


**IOWA SPORTS SUPPLY**

3121 Capital Way
Cedar Falls, IA 50613
(319) 268-0125
www.iowasports.com

**INVOICE #57057**

**12/16/2024**

| | |
|---:|---:|
| **Customer Name:** | DMACC SOFTBALL |
| **Order Date:** | 12/10/2024 |
| **Order Type:** | Team |
| **Salesperson:** | Brian Ricke |
| **Project:** | BSB/SB FILE |

**Bill to:**
**DMACC SOFTBALL**
1125 HANCOCK DR
BOONE, IA 50036

**ATTN:** BOB LIGOURI/BAGS

**Ship to:**
**DMACC SOFTBALL**
1125 HANCOCK DR
BOONE, IA 50036

**ATTN:** BOB LIGOURI/BAGS

**Terms:**
DUE IN 15 DAYS

**SHIPPING: DELIVERY**

**PHONE: 515-371-4846**

| Qty | SKU | Description | Manufacturer | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 30 | 360324 | ORGANIZER 23 BACKPACK | MIZUNO | 52.00 | 1560.00 |
| --- | | **Product Color:** ROYAL | | | |

| | |
|---:|---:|
| Item Total: | 1560.00 |
| Plus Shipping: | 50.00 |
| Invoice Total: | 1610.00 |
| Less Total Payments Received: | 0.00 |
| **Total Due:** | **1610.00** |