# EXHIBIT K



PO Box 841393
Dallas, TX 75284-1393
Phone: 800-527-7510  Fax: 800-899-0149
Visit us at www.bsnsports.com

## Order Summary

| | |
|---|---|
| **Cart #:** | 12708909 |
| **Purchase Order #:** | DMACC MBB royal replace j |
| **Cart Name:** | DMACC MBB Royal Replaceme |
| **Order Date:** | 12/16/2024 |
| **Estimated Delivery:** | 12/18/2024 |
| **Payment Terms:** | NT30 |
| **Ship Via:** | |
| **Ordered By:** | Blake Sandquist |

**Contact Your Rep**
**Phil Hemming**   Email: **phemming@bsnsports.com**  |  Phone: **641-620-8337**

| Sold to | Ship To | Payer |
|---|---|---|
| 1111291 | 1111291 | 1111291 |
| DES MOINES AREA COMMUNITY COLL | DES MOINES AREA COMMUNITY COLL | DES MOINES AREA COMMUNITY COLL |
| 1125 HANCOCK DR | Blake Sandquist | 1125 HANCOCK DR |
| BOONE IA  50036-5326 | 1125 HANCOCK DR | BOONE IA  50036-5326 |
| USA | BOONE IA  50036-5326 | USA |
| | USA | |

| Item Description | Qty | Unit Price | Total |
|---|---|---|---|
| **CLOTH - alpha-MEN'S NIKE DIGITAL DRI-FIT ELITE POWER**<br>Item # - NSPCL0386323<br>MED: 4   LRG: 9   XLG: 5 | 18 EA | $ 65.00 | $ 1,170.00 |
| **CLOTH - alpha-MEN'S NIKE DIGITAL DRI-FIT ELITE POWER**<br>Item # - NSPCL0386324<br>SML: 1   MED: 6   LRG: 8   XLG: 4 | 19 EA | $ 65.00 | $ 1,235.00 |

| | |
|---|---|
| Subtotal: | $2,405.00 |
| Other: | $0.00 |
| Freight: | $120.97 |
| Sales Tax: | $0.00 |
| Order Total: | $2,525.97 |
| Payment/Credit Applied: | $0.00 |
| **Order Total:** | **$2,525.97** |