# **EXHIBIT P**

**INVOICE**

# A-D DISTRIBUTING CO., INC.

Flags • Auto Dealer and Detailing Supplies • Wheel Covers

**612 E. GRAND • DES MOINES, IOWA 50309**

515-288-3365 • FAX 515-288-3189 • 800-553-4123

adflags@gmail.com • www.adflags.com • www.autodealerproducts.com

| CUSTOMER'S ORDER NO. | PHONE NO. | DATE |
|---|---|---|
| AMINA MIRAJ ALI | 515-964-6822 | 12-17-24 |

**SOLD TO:** DMACC

**ADDRESS:**

**CITY:** ANKENY, IA

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| Jane | | | X | | | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 12 | 3' x 5' CUSTOM DMACC BEARS FLAGS, DIGITAL NEW DESIGN - DEC, 2024 DOUBLE-SIDED, LINED FRONT + BACK ARE DIFFERENT DESIGNS | 281.00 | 3372.00 |
| 4 | 6' x 10' CUSTOM DMACC BEARS FLAGS, SAME SPECS AS 3' x 5' | 1154.00 | 4616.00 |
| | | TAX | |
| | | TOTAL | 7988.00 |

15% RESTOCKING CHARGE ON RETURNED ITEMS. NO RETURNS AFTER 30 DAYS.

**74213**

Thank You.

REC'D BY X

In case of claims or returned goods, please present this bill.