# EXHIBIT R



**Estimate**

1923 NW 92nd Ct
Clive, Iowa 50325
515.288.2980
Fax 515.288.2983
www.integrityprintdsm.com

| | |
|---|---|
| No: | **13077** |
| Date: | 12/18/24 |
| Customer PO: | |
| Customer No: | 3 |

Amina Ali
DMACC
2006 S. Ankeny Blvd
Building 21
Ankeny  IA  50023

Ship To:

| Quantity | Description | Amount |
|---|---|---|
| 1 | Auto Collision Sign | $ 290.00 |
| 1 | ICI Baking Wall Graphic (Newton) | $ 540.00 |
| 1 | ICI Culinary Wall Graphic (Ankeny) | $ 380.00 |
| 1 | ICI France Wall Logo | $ 50.00 |
| 1 | Health Science Signage - 2 wall graphics, 15x10 sign, 16x10 sign and 23x32 sign | $ 770.00 |
| 1 | ICI Poster for Ankeny - 22 x 28 on Lustre | $ 64.00 |
| 6 | Table topper with all the campuses, 60 x 13 | $ 690.00 |

Taken by:   Dawn

| | |
|---|---|
| SUBTOTAL | $ 2,784.00 |
| TAX | |
| SHIPPING | $ 0.00 |
| TOTAL | $ 2,784.00 |
| AMOUNT DUE | $ 2,784.00 |

Estimates