# **<u>EXHIBIT S</u>**

Lashier Graphics & Signs
1601 SE Gateway Drive, Suite 130 Grimes, IA 50111
thomas@lashier.com
(515) 518-6100
EIN #: 81-1064007

Tax ID: 1-77-124292
www.lashier.com



**Invoice is Past Due on 12/12/2024**

# Invoice 30729

Semi Trailer Decals - Install

| | |
|---|---|
| SALES REP INFO | John McCall |
| | jmccall@lrigraphics.com |

| INVOICE DATE | TERMS |
|---|---|
| 12/12/2024 | 50/50 |
| INV.DUE DATE | |
| 12/12/2024 | |

ORDERED BY
Des Moines Area Community College (DMACC)
1111 E Army Post Rd
Des Moines, IA 50315

CONTACT INFO
Mike Brady
mtbrady@dmacc.edu

| # | ITEM | QTY | UOM | U.PRICE | TOTAL (EXCL. TAX) | TOTAL (INCL. TAX) | TAXABLE |
|---|---|---|---|---|---|---|---|
| 1 | **A1-A4) Semi Trailer Decal Set (4 Decals)**<br>**Side Decal = 63.3" W x 35.4" H (x2)**<br>**Rear Decal = 36.9" W x 44.75" H**<br>**Front Decal = 64.2" W x 41.5" H**<br><br>Full coverage digital print on adhesive vinyl with protective lamination<br>Width: 48 Inches<br>Height: 226 Inches<br>Pre-Mask<br><br>Partial/Full Wrap:  Logo/Lettering<br>Vehicle Make: Semi Trailer<br><br>**Installation**<br>Installation estimate with certified professionals at Lashier Graphics & Signs. Does not include removal of any existing graphics. | 1 | Each | $1,075.00 | $1,075.00 | $1,075.00 | N |

*Full payment is due upon receipt. Thank you for your business - it much appreciated!*
(If you are interested in Net 30 Terms, please let us know.)

| | |
|---|---|
| Subtotal: | $1,075.00 |
| Sales Tax (0%): | $0.00 |
| **Total:** | **$1,075.00** |

**SIGNATURE:**

**DATE:**