# EXHIBIT T

# INVOICE

**vernon** graphics | promotions

NEWTON IA 50208
PH : 641- 792-9000
Fax: 641 -792-6901
www.vernoncompany.com
A Corporation FEI 42-0649215

THANK YOU FOR CHOOSING TO DO BUSINESS WITH THE VERNON COMPANY. WE APPRECIATE YOUR TRUST AND HOPE YOU WILL GIVE US AN OPPORTUNITY TO FULFILL ALL YOUR PROMOTIONAL PRODUCT NEEDS

**DMACC**
**MIKE BRADY**
**2006 S ANKENY BLVD**
**BLDG 21**
**ANKENY IA 50023-8995**

| INVOICE NO: **6453424 RI** | INVOICE DATE: **12/19/2024** | SHIP DATE: | CUSTOMER NO: **1123817** |
|---|---|---|---|
| CUSTOMER PO: | | | SALES ORDER NO: **6453424 SN** |

| QUANTITY | ITEM NUMBER | ITEM DESCRIPTION | UNIT PRICE | EXT AMOUNT |
|---|---|---|---|---|
| 1 | **DMACC TRAILER** | **DIGITALLY PRINT ON IJ180CV3 WITH 8519 OVERLAMINATE TRIM SEE MOCKUP** | 3643.7500 | 3643.75 |
| 1 | **INSTALLATION** | **INSTALL OF DMACC TRAILER - BEELINE & BLUE** | 2000.0000 | 2000.00 |
| 1 | | **EMAIL PROOF** | 0.0000 | 0.00 |
| 1 | **INSTALLATION** | **INSTALL OF DMACC TRAILER - BEE line and blue** | 2000.0000 | 2000.00 |
| 1 | | **FREIGHT** | 171.0200 | 171.02 |
| 1 | **DMACC TRAILER - ADDITIONA** | **ADDITIONAL SIDE/ REAR PARTS** | 205.0000 | 205.00 |
| 1 | **INSTALLATION** | **INSTALLATION OF ADDITIONAL PARTS** | 185.0000 | 185.00 |

| SHIP TO: | FREIGHT: | |
|---|---|---|
| **DMACC** **MIKE BRADY** **2006 S ANKENY BLVD** **BLDG 21** **ANKENY IA 50023-8995** | SALES TAX (Tax Rate 0 %): | |
| | TERMS: **NET 15** | |
| | AMOUNT NOW DUE: | **8,204.77** |

**NOTICE**: No deduction will be allowed for transportation charges.
**NOTICE**: All amounts not paid when due shall bear interest at the highest lawful contract rate from time to time permitted under the laws of the State of Iowa, or, if Buyer is a corporation, then at the rate of 1 ½% per month (18% per annum)

All Currency In United States Dollars

---

## IMPORTANT

Please detach and return this portion with your remittance to:

THE VERNON COMPANY
DEPT C
ONE PROMOTION PLACE
P.O. BOX 600
NEWTON IA 50208-0600

### INVOICE

**DMACC**
**MIKE BRADY**
**2006 S ANKENY BLVD**
**BLDG 21**
**ANKENY IA 50023-8995**

INVOICE DATE:
**12/19/2024**

CUSTOMER NO.
**1123817**

ORDER NO.
**6453424 SN**

INVOICE NO.
**6453424 RI**

CHECK NO.

---------------------------------
---------------------------------
---------------------------------
---------------------------------

FREIGHT:
SALES TAX:
TERMS: **NET 15**
DUE: **8,204.77**