# **EXHIBIT V**



# SALES INVOICE

Remit To:
Storey Kenworthy | Matt Parrott
P.O. Box 4848
DES MOINES, IA  50305

| | |
|---|---|
| Sales Invoice Number: | PINV1221019 |
| Sales Invoice Date: | 12/3/2024 |
| Sales Order No: | SO268531 |
| Page: | 1 |

Sold To: DES MOINES AREA COMMUNITY COLLEGE
Julie Klocke
2006 SOUTH ANKENY BOULEVARD
ANKENY, IA  50023

Ship To: DMACC ANKENY CAMPUS
JULIE KLOCKE
2006 SOUTH ANKENY BOULEVARD
BUILDING 6
ANKENY, IA  50023

| TERMS | ACCT. NO | ROUTE | CUST. ORDER NO | DEPARTMENT | SALESPERSON |
|---|---|---|---|---|---|
| Net 30 Days | 127072 | 22 | 12/2/24 | DISSUE<br>DIS-USED INVENTORY | CHAD THEDE |

| Item/Description10 | Unit | Project ID | Order Qty | Quantity | Unit Pric | Total Price |
|---|---|---|---|---|---|---|
| DMC2020<br>DMACC ENVELOPES POSTAGE PAID #9 500/BX | BX | | 8 | 8 | | |
| DMC1030<br>DMACC LETTERHEAD, 500/RM | RM | | 90 | 90 | 29.49 | 2,654.10 |
| DMC2030<br>#10 REGULAR ENVELOPE - REGISTRATION OFFICE, 500/BX | BX | | 27 | 27 | 23.00 | 621.00 |
| DMC9030<br>DMACC POCKET FOLDER 50/PK | PK | | 75 | 75 | 44.99 | 3,374.25 |

Account Number: 127072
Invoice Number: PINV1221019

| Amount Subject to Sales Tax USD | Amount Exempt from Sales Tax USD |
|---|---|
| 0.00 | 6,649.35 |

Please return this portion with payment.

| | |
|---|---|
| Subtotal: | 6,649.35 |
| Invoice Discount: | 0.00 |
| Total Sales Tax: | 0.00 |
| Total USD: | 6,649.35 |
| Payments: | |
| Remaining Amount: | 6,649.35 |