# EXHIBIT W

# INVOICE

**Mittera**
5085 NE 17th St
Des Moines, IA 50313



BILL TO:  DMACC
2006 S Ankeny Blvd., Bldg. 21
Ankeny, IA  50023-3993

| | |
|---|---|
| **Invoice No** | 0192305-IN |
| Invoice Date | 12/16/24 |
| Salesperson | House Account |
| Terms | Net 30 Days |
| P.O. Number | |
| Job Number | 99976 |
| Customer ID | 0010175 |
| COC Claim | |

**Please remit checks via USPS only to Lockbox:**
Mittera Group, Inc.
PO BOX 850471
Minneapolis, MN 55485-0471

**ACH INSTRUCTIONS:**
Bank: Wells Fargo Bank NA
Address: 420 Montgomery Street
         San Francisco, CA 94104
Account Name: Mittera Group, Inc.
Routing Number: 073000228
Account Number: 982331

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 0 | QTY: 167,000 CE Postcard - Spring 2025 | 0.00 | 10,856.00 |
| 0 | QTY: 167,000 recycled postcards due to customer error | 0.00 | 6,001.00 |

| | |
|---|---|
| Subtotal | 16,857.00 |
| Sales Tax | 0.00 |
| Freight | 0.00 |
| **Total Due** | **16,857.00** |

*Finance Charges will be added to all past due accounts at the rate of 1-1/2% per month (18% per annum). Customer also agrees to pay all costs incurred in collecting all past due accounts including reasonable attorneys' fees. All disputes shall be resolved in the courts located in Polk County, Iowa.*

accounts.receivable@mitteragroup.com