# **EXHIBIT X**



1101 Aviation Way
P.O. Box 887
Ames, IA 50010-0887
P. 515.232.6997
F. 515.232.8820

December 18, 2024
Estimate : 126256 - 0
Chris Coppinger

|  |  |
|---|---|
| Phone: | (515) 965-7069 |
| Fax: | (515) 964-6815 |

DMACC - Ankeny
2006 S Ankeny Blvd
Ankeny  IA  50023-8995
United States

Payment Terms: Net 30

## Table Throws

**Table Throws**

Quantity                                    6

**Other**
Table Throw
96 " x 29 " x 27.25 "
Fabric
PMS Color Match

**Total Estimate Price**         $914.00

This price is approximate based on the production methods and materials as described. Changes in material due to availability or market price increases will affect the final price. This estimate does not include postage, shipping, storage or fulfillment costs, unforeseen computer time or tax, if applicable, unless specified above. Industry standard allows a standard billable overage or underage of up to 10% on completed orders. By initiating your project you agree to these terms.  For estimates that include mail prep, please note postage monies are due in the estimated amount before pieces may be entered into the mailstream.