# EXHIBIT Y



**WIZARD PINS**
**INVOICE NO.** #125613
**ORDER DATE** December 17, 2024
**PAYMENT** Visa (4848)
**SHIPPING** Ground

**BILL TO**

Mike Brady
DMACC
2006 S Ankeny Blvd
Ankeny, IA 50023

**SHIP TO**

Mike Brady
DMACC
2006 S Ankeny Blvd
Ankeny, IA 50023
Tel +15157244574

| ITEM DESCRIPTION | QTY | PRICE | ITEM TOTAL |
|---|---|---|---|
| Custom Pins - Soft Enamel / 1 inch / Magnet<br>_mm.project: WP34724046-1 | × 100 | $3.01 | $301.00 |
| Custom Pins - Soft Enamel / 1 inch / Magnet<br>_mm.project: WP34724046-2 | × 100 | $3.01 | $301.00 |
| Subtotal | | | $602.00 |
| Shipping | | | $0.00 |
| Sales Tax | | | $36.12 |
| TOTAL | | | **$638.12** |

If you have any questions, please contact us.
orders@wizardpins.com

PO Box 160
Attleboro, MA 02703
347-766-3368

**THANKS FOR YOUR BUSINESS!**

wizardpins.com

