# EXHIBIT AC



1101 Aviation Way
P.O. Box 887
Ames, Iowa 50010
P. 515.232.6997
F. 515.232.8820

## INVOICE

DMACC Foundation
Attn: Mike Brady
2006 S Ankeny Blvd Bldg 22
Ankeny   IA   50023-8995
USA

**Invoice:** 430834
**Invoice Date:** 12/19/24
**Order Date:** 11/18/24
**Customer Number:** 2927
**Salesperson:** Chris Coppinger

| Job | PO Number | Quantity | Description | Price | |
|---|---|---|---|---|---|
| | | | Contact: Mike Brady | | |
| 521700 | | 15,500 | DMACC Foundation Magazine with BRM | | |
| | | | | 12,996.59 | USD |
| 521700 | | 15,199 | Mail Prep | | |
| | | | | 1,342.09 | USD |
| | | | **Net Sales:** | 14,338.68 | USD |
| | | | **Postage:** | 0.00 | USD |
| | | | **Tax:** | 0.00 | USD |
| | | | **Invoice Total:** | 14,338.68 | USD |

**Terms:    Due in 30 Days**

**Please make checks payable to
Sigler Companies, Inc.**