# **EXHIBIT AF**

# Invoice #58898

Thank you for your business!

DMACC // Online Store // Nursing Program Fall 2024



**P&M Apparel**
1100 S 5th ST
Polk City, Iowa 50226
+15159847740
https://pmapparel.com
jenn@pmapparel.com

| | |
|---|---|
| **Delivery Method** | Pick-up |
| **Created** | November 8, 2024 |
| **Customer Due Date** | January 3, 2025 |
| **Invoice Date** | January 3, 2025 |
| **Terms** | COD |
| **Payment Due Date** | January 4, 2025 |
| **Total** | $3,595.60 |
| **Outstanding** | $3,595.60 |

**Customer Billing**
DMACC // Nursing Program
Amina Ali
515.964.6822
amali@dmacc.edu

**Customer Shipping**
DMACC // Nursing Program
Amina Ali

**Customer Notes**
This quote is NOT an order. This is an index for the online store. This will show you each item and the art that goes on it, each color option, and our pricing.

Once this index is approved, we will move into building your online store. We will then send you the link to the store once it's up and running for one final checkup before we make it live.

Please let me know if you have any questions!

**ONLINE STORE DATES**
- Estimated Online Store Live Date: 11/14/24
- Estimated Online Store Close Date: 11/24/24
- Estimated Production Completion Date: 12/17/24 - 12/6/24 after art swap
- Shipping Options: shipping, pick up in store

*Please note: these dates are rough estimates at this time and may change based on final art approval, possible inbound garment delays, and pending how long it takes for order approval.*

**DELIVERY METHODS**
There will be two main delivery options, Pick Up or Shipping. If they choose Pick Up, they can choose where they pick it up from

- 1100 S. 5th Street - Our store in Polk City
- Optional Distribution by You (shipping fees deducted from profit if not picking up from P&M Apparel)

If they choose Shipping, any orders over $150 will be free.

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Compiling | | | compiling | | | | | | | | | 112 | 112 | $0.00 | $0.00 |

IMPRINT #58898-14



| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Screen Printing | 64000 | Black | Gildan - Softstyle® T-Shirt - 64000 24.96/25.96 | | | 4 | 6 | 1 | | | | | 11 | $25.96 | $285.56 |

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Screen Printing | 64000 | Black | Gildan - Softstyle® T-Shirt - 64000 24.96/25.96 | | | | | | 2 | | | | 2 | $27.96 | $55.92 |
| Screen Printing | 64000 | Black | Gildan - Softstyle® T-Shirt - 64000 24.96/25.96 | | | | | | | 1 | | | 1 | $29.96 | $29.96 |
| Screen Printing | 64000 | Sport Grey | Gildan - Softstyle® T-Shirt - 64000 24.96/25.96 | | | 2 | | | | | | | 2 | $25.96 | $51.92 |
| Screen Printing | 64000 | Sport Grey | Gildan - Softstyle® T-Shirt - 64000 24.96/25.96 | | | | | | 1 | | | | 1 | $27.96 | $27.96 |
| Screen Printing | 64000 | White | Gildan - Softstyle® T-Shirt - 64000 24.14/25.14 | 3 | 2 | | 1 | | | | | | 6 | $25.14 | $150.84 |
| Screen Printing | 64400 | Black | Gildan - Softstyle® Long Sleeve T-Shirt - 64400 29.92/30.92 | 4 | 6 | 3 | 1 | | | | | | 14 | $30.92 | $432.88 |
| Screen Printing | 64400 | Black | Gildan - Softstyle® Long Sleeve T-Shirt - 64400 29.92/30.92 | | | | | | 2 | | | | 2 | $32.92 | $65.84 |
| Screen Printing | 64400 | Sport Grey | Gildan - Softstyle® Long Sleeve T-Shirt - 64400 29.92/30.92 | | | 1 | 1 | | | | | | 2 | $30.92 | $61.84 |
| Screen Printing | 64400 | White | Gildan - Softstyle® Long Sleeve T-Shirt - 64400 27.22/28.22 | | | 2 | | | | | | | 2 | $28.22 | $56.44 |

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

IMPRINT #58898-1

**Digital Transfer • up to 5 x 11**

FF // 024-1280 - Circle Design Apparel

On White//
Royal 293 - 0 61 166
Light blue 305 - 84 200 232

On Black and Sport grey //
White
Light blue 305 - 84 200 232

       

IMPRINT #58898-2

**Digital Transfer • up to 3.5 x 3.5**

LT // 024-1280 - Program Lock-up

Black, Sport Grey // White

White// Blue 293 - 0 61 166

     

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Screen Printing | DT6100 | Black | District - District V.I.T. Fleece Hoodie DT6100 33.98/34.98 | | 1 | 2 | 5 | | | | | | 8 | $34.98 | $279.84 |
| Screen Printing | DT6100 | Black | District - District V.I.T. Fleece Hoodie DT6100 33.98/34.98 | | | | | | 1 | | | | 1 | $36.98 | $36.98 |
| Screen Printing | DT6100 | Light Heather Grey | District - District V.I.T. Fleece Hoodie DT6100 33.98/34.98 | 1 | 1 | 2 | 2 | 2 | | | | | 8 | $34.98 | $279.84 |
| Screen Printing | DT6100 | White | District - District V.I.T. Fleece Hoodie DT6100 33.98/34.98 | | | | | 1 | | | | | 1 | $34.98 | $34.98 |

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

IMPRINT #58898-10

**Digital Transfer • up to 5 x 11**

FF // 024-1280 - Circle Design Apparel

White//
Royal 293 - 0 61 166
Light blue 305 - 84 200 232

Black, Light heather grey//
White
Light blue 305 - 84 200 232

    

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Screen Printing | 64000 | Royal | Gildan - Softstyle® T-Shirt - 64000 24.96/25.96 | | | | | | 2 | | | | 2 | $27.96 | $55.92 |
| | | | | | | | | | | | | | | | |
| Screen Printing | 64400 | Royal | Gildan - Softstyle® Long Sleeve T-Shirt - 64400 29.92/30.92 | | 1 | 6 | 2 | | | | | | 9 | $30.92 | $278.28 |
| | | | | | | | | | | | | | | | |
| Screen Printing | 64400 | Royal | Gildan - Softstyle® Long Sleeve T-Shirt - 64400 29.92/30.92 | | | | | | 1 | | | | 1 | $32.92 | $32.92 |

IMPRINT #58898-6

**Digital Transfer • up to 5 x 11**

FF // 024-1280 - Circle Design Apparel

All White



IMPRINT #58898-7

**Digital Transfer • up to 3.5 x 3.5**

LT // 024-1280 - Program Lock-up

All White



| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Screen Printing | DT6100 | Deep Royal | District - District V.I.T. Fleece Hoodie DT6100 41.98/42.98 | | | 2 | 1 | 1 | | | | | 4 | $42.98 | $171.92 |
| | | | | | | | | | | | | | | | |
| Screen Printing | DT6100 | Deep Royal | District - District V.I.T. Fleece Hoodie DT6100 41.98/42.98 | | | | | | | 1 | | | 1 | $48.98 | $48.98 |

IMPRINT #58898-12

**Digital Transfer • up to 5 x 11**

FF // 024-1280 - Circle Design Apparel

All White



| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fusion | 64000 | Black | Gildan - Softstyle® T-Shirt - 64000 14.96/15.96 | | | 1 | 1 | | | | | | 2 | $15.96 | $31.92 |
| | | | | | | | | | | | | | | | |
| Fusion | 64000 | Sport Grey | Gildan - Softstyle® T-Shirt - 64000 14.96/15.96 | | 1 | | | | | | | | 1 | $15.96 | $15.96 |

IMPRINT #58898-3

**Digital Transfer • up to 3.5 x 3.5**

LC // 024-1280 // Pathway Icon

White 293
Red 172 - 0 72 90 0



| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fusion | 64000 | Black | Gildan - Softstyle® T-Shirt - 64000 14.96/15.96 | | | 1 | | | | | | | 1 | $15.96 | $15.96 |

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fusion | 64000 | Sport Grey | Gildan - Softstyle® T-Shirt - 64000 14.96/15.96 | | 1 | | | | | | | | 1 | $15.96 | $15.96 |
| Fusion | 64400 | Black | Gildan - Softstyle® Long Sleeve T-Shirt - 64400 19.62/20.92 | | | 2 | 1 | | | | | | 3 | $20.92 | $62.76 |
| Fusion | 64400 | Sport Grey | Gildan - Softstyle® Long Sleeve T-Shirt - 64400 19.92/20.92 | | | 1 | | | | | | | 1 | $20.92 | $20.92 |
| Fusion | DT6100 | Black | District - District V.I.T. Fleece Hoodie DT6100 31.98/32.98 | | | | 1 | | | | | | 1 | $32.98 | $32.98 |
| Fusion | DT6100 | Light Heather Grey | District - District V.I.T. Fleece Hoodie DT6100 31.98/32.98 | 1 | | | | | | | | | 1 | $32.98 | $32.98 |
| Fusion | DT6100 | White | District - District V.I.T. Fleece Hoodie DT6100 31.98/32.98 | | | 1 | | | | | | | 1 | $32.98 | $32.98 |

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IMPRINT #58898-13 | | | | | | | | | | | | | | | |

**Digital Transfer • up to 3.5 x 3.5**

LC // 024-1280 - pathway lock-up

White//
Royal 293 - 0 61 166
Light blue 305 - 84 200 232

Black and Sport Grey and Light Heather Grey//
White
Light blue 305 - 84 200 232

       

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fusion | 64000 | Black | Gildan - Softstyle® T-Shirt - 64000 16.96/17.96 | | | | 1 | | | | | 1 | | $17.96 | $17.96 |
| | | | | | | | | | | | | | | | |
| Fusion | 64400 | Black | Gildan - Softstyle® Long Sleeve T-Shirt - 64400 21.92/22.92 | 1 | | | | | | | | 1 | | $22.92 | $22.92 |
| | | | | | | | | | | | | | | | |
| Fusion | 64400 | Royal | Gildan - Softstyle® Long Sleeve T-Shirt - 64400 21.92/22.92 | | | 1 | 1 | | | | | 2 | | $22.92 | $45.84 |
| | | | | | | | | | | | | | | | |

IMPRINT #58898-11

**Digital Transfer • up to 5 x 11**

FF // 024-1280

White
Red 172 - 0 72 90 0

   

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Embroidery | F232 | Black Heather | Port Authority - Port Authority Sweater Fleece Jacket. F232 59.98/60.98 | | | 2 | | | | | | | 2 | $60.98 | $121.96 |
| Embroidery | L232 | Black Heather | Port Authority - Port Authority Women's Sweater Fleece Jacket. L232 59.98/60.98 | 1 | 2 | 1 | | | | | | | 4 | $60.98 | $243.92 |
| Embroidery | F236 | Black Heather | Port Authority - Port Authority Sweater Fleece Vest F236 53.98/54.98 | | | 2 | | | | | | | 2 | $54.98 | $109.96 |
| Embroidery | ST407 | Black Triad Solid | Sport-Tek - Sport-Tek PosiCharge Tri-Blend Wicking 1/4-Zip Pullover. ST407 29.98/30.98 | | 2 | | | | | | | | 2 | $30.98 | $61.96 |
| Embroidery | ST407 | Black Triad Solid | Sport-Tek - Sport-Tek PosiCharge Tri-Blend Wicking 1/4-Zip Pullover. ST407 29.98/30.98 | | | | | 1 | | | | | 1 | $32.98 | $32.98 |
| Embroidery | ST407 | Black Triad Solid | Sport-Tek - Sport-Tek PosiCharge Tri-Blend Wicking 1/4-Zip Pullover. ST407 29.98/30.98 | | | | | | 1 | | | | 1 | $34.98 | $34.98 |
| Embroidery | ST407 | Dark Grey Heather | Sport-Tek - Sport-Tek PosiCharge Tri-Blend Wicking 1/4-Zip Pullover. ST407 27.98/28.98 | | | 1 | 1 | | | | | | 2 | $28.98 | $57.96 |
| Embroidery | LST407 | Black Triad Solid | Sport-Tek - Sport-Tek Women's PosiCharge Tri-Blend Wicking 1/4-Zip Pullover. LST407 29.98/30.98 | | | 2 | | | | | | | 2 | $30.98 | $61.96 |

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Embroidery | LST407 | Dark Grey Heather | Sport-Tek - Sport-Tek Women's PosiCharge Tri-Blend Wicking 1/4-Zip Pullover. LST407 27.98/28.98 | | | 1 | | | | | | | 1 | $28.98 | $28.98 |
| Embroidery | NKDC1991 | Black | Nike - Nike Women's Dri-FIT Micro Pique 2.0 Polo NKDC1991 51.98/52.98 | | | 1 | | | | | | | 1 | $52.98 | $52.98 |

IMPRINT #58898-5

**Embroidery • >5,000**

LC// 024-1280 // DMACC NURSING // NEEDS DIGITIZED

Royal

| | |
|---|---|
| **Total Quantity** | 224 |
| **Item Total** | $3,595.60 |
| **Fees Total** | $0.00 |
| **Sub Total** | $3,595.60 |
| **Tax** | $0.00 |
| **Total Due** | $3,595.60 |
| **Paid** | $0.00 |
| **Outstanding** | $3,595.60 |

Returns

Due to the custom nature of our products, there are no returns or exchanges. By accepting these terms and conditions you take full responsibility for your order placed. This includes products and services rendered after quote approval and paid deposit. All deposits are non-refundable.

If you have an issue with the garments or imprints, please contact us immediately. Issues with your order must be addressed within 30 days to be subject to replacement or future credit. Orders after 30 days will not be replaced or credited.

Please note, to avoid backorders, if there is an issue with low or no stock levels (due to supply chain issues) when ordering garments we will be substituting equal or greater quality garments for those pieces. Name brand garments, Nike, Ogio, etc. will not be subject to substitutions.

TURN TIME

10-12 Business days

Begins after Quote approval + Down Payment or Terms + Art Approval. Your production schedule does not begin until final art is approved and down

payment is paid. Turn time may change based on final art proof.
Possible inbound garment delays, pending how long it takes for order approval and payment.

ART

Initial mock-ups are not representative of the print. Size may vary from image on mock up. If you would like a specific size, please let us know. Otherwise, we will go with industry standard.

Intellectual Property
P&M Apparel's original content, features and functionality are owned by P & M Apparel and are protected by international copyright, trademark, patent, trade secret and other intellectual property or proprietary rights laws.