# EXHIBIT AG

# Invoice #58562

Thank you for your business!

ONLINE STORE // DMACC EMS // Winter '24 - '25



**P&M Apparel**
1100 S 5th ST
Polk City, Iowa 50226
+15159847740
https://pmapparel.com
jenn@pmapparel.com

| | |
|---|---|
| **Delivery Method** | Pick-up |
| **Created** | October 10, 2024 |
| **Customer Due Date** | December 31, 2024 |
| **Invoice Date** | December 31, 2024 |
| **Terms** | COD |
| **Payment Due Date** | January 1, 2025 |
| **Total** | $12,881.20 |
| **Outstanding** | $12,881.20 |

**Customer Billing**
DMACC EMS
Dottie Parsons
515-402-3523
dmparsons1@dmacc.edu

**Customer Shipping**
DMACC EMS
Dottie Parsons

**Customer Notes**
This quote is NOT an order. This is an index for the online store. This will show you each item, each color option, and both pricing, (your cost of the garment and the store pricing). Please look it all over and if I need to make changes, now is the time to do that. We will build the new store from this "quote/ index"

Once this index is approved, we will move into mock ups. Upon approval of those, we will be setting up the online store on our platform. I will then send you the link to the store once it's up and running for one final checkup before we make it live.

Please let me know if you have any questions!

**ONLINE STORE DATES**
- Estimated Online Store Live Date: 11/11/24
- Estimated Online Store Close Date: 12/6/24
- Estimated Production Completion Date: 12/30/24
- Shipping Options: Organizational Delivery - Roster Pickup locations **only**

*Please note: these dates are rough estimates at this time and may change based on final art approval, possible inbound garment delays, and pending how long it takes for order approval.*

**DELIVERY METHODS**
Organizational Delivery Only

- Ankeny Mon/Wed
- Ankeny Tue/Thurs
- Ankeny High School
- South Ridge High School
- Perry
- Carroll
- Boone
- Waukee High School
- Jasper County

**A few more things to be aware of:**

1. Any questions about sizing, shipping, pricing, etc. please contact us: Phone: 515-984-7740 & Email: info@pmapparel.com
2. **We do not accept late orders**. Once the deadline for the store is reached (which is usually at 10AM the day after the store closes), no additional orders will be accepted.
3. If there are backorders, and the item is not name brand, we will substitute it with an equal or greater quality item. Similar in style, brand and price. If it is a name brand item, we will work to have it produced for two months, and then we will be refunding each customer who ordered that

particular item.

4. Designs with less than 24 pieces will be charged Screen Charges, billed at $30 per color, per location. *(The screen printing minimum is based on the numbers of uses of the design, not the apparel or items it is printed on. This means that you could have a mixture of 8 t-shirts, 6 hoodies, and 10 crewnecks, and as long as they all received the same size design, in the same location on the garment, that counts towards your total use of that design.)*

| Category | Description | Qty | Items | Price | Total |
|---|---|---|---|---|---|
| Compiling | COMPILE | 380 | 380 | $0.00 | $0.00 |

IMPRINT #58562-12

IN HAND DATE JANUARY 6TH, CLASSES START JANUARY 13TH



| Category | Item # | Color | Description | XS | S | M | L | XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Embroidery | CP90L | Black | Port & Company - Fleece-Lined Knit Cap. ***BOTH EMT & PARAMEDIC CATEGORIES*** | | | | | | 23 | 23 | $17.38 | $399.74 |
| Embroidery | NE1020 | Black | New Era - New Era - Stretch Mesh Cap. NE1020 ***BOTH EMT & PARAMEDIC CATEGORIES*** | | 2 | 1 | 1 | | | 4 | $25.98 | $103.92 |

IMPRINT #58562-11

**Embroidery • 5,000-10,000**

Full Front // 2022-12-006 cqp
white
OR
2022-12-006 sherpa
garment
white

DO NOT USE BELOW
024-784
2024-02-024 ***NOTE COLOR ORDER FOR THE CAPS***
Isa 3910
White
OR
2024-02-024 sherpa
garment
3910
white

 

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Embroidery | ST850 | Black | Sport-Tek - Sport-Wick Stretch 1/2-Zip Pullover. ***PARAMEDIC CATEGORY*** | 1 | | | | | | | | | 1 | $51.98 | $51.98 |
| Embroidery | ST405 | Black Triad Solid | Sport-Tek - PosiCharge Tri-Blend Wicking Polo. ***PARAMEDIC CATEGORY*** | 1 | | 2 | 1 | 2 | | | | | 6 | $35.98 | $215.88 |
| Embroidery | ST405 | Black Triad Solid | Sport-Tek - PosiCharge Tri-Blend Wicking Polo. ***PARAMEDIC CATEGORY*** | | | | | | 4 | | | | 4 | $37.98 | $151.92 |
| Embroidery | LST405 | Black Triad Solid | Sport-Tek - Ladies PosiCharge Tri-Blend Wicking Polo. ***PARAMEDIC CATEGORY*** | | 1 | | | | | | | | 1 | $35.98 | $35.98 |
| Embroidery | M2480 | Black | Cotton Heritage Unisex Premium Crew Neck ***PARAMEDIC CATEGORY*** | | | 2 | | | | | | | 2 | $37.00 | $74.00 |
| Embroidery | J317 | Black | Port Authority - Core Soft Shell Jacket. ***PARAMEDIC CATEGORY*** | | | | 1 | | | | | | 1 | $55.98 | $55.98 |
| Embroidery | J317 | Black | Port Authority - Core Soft Shell Jacket. ***PARAMEDIC CATEGORY*** | | | | | | 1 | | | | 1 | $57.98 | $57.98 |
| Embroidery | CS626 | Black | CornerStone - 1/2-Zip Job Shirt. ***PARAMEDIC CATEGORY*** | | | 1 | 2 | 1 | | | | | 4 | $71.98 | $287.92 |
| Embroidery | CS626 | Black | CornerStone - 1/2-Zip Job Shirt. ***PARAMEDIC CATEGORY*** | | | | | | 1 | | | | 1 | $73.98 | $73.98 |

**IMPRINT #58562-3**

**Embroidery • >5,000**

Right Chest // 2022-12-006
white

DO NOT USE BELOW
024-784
2024-07-026
White
Isa 3910



**IMPRINT #58562-4**

**Embroidery • >5,000**

2022-12-008
LEFT

ART# 022-1681
Left Chest // Paramedic Student // white

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Screen Printing | MC1040 | Black | Cotton Heritage Unisex Short Sleeve T-Shirt $18 /$18 ***PARAMEDIC CATEGORY*** | | | 1 | | | | | 1 | $18.00 | $18.00 |
| Screen Printing | MC1144 | Black | Cotton Heritage Men's Long Sleeve T-Shirt $21 / $21 ***PARAMEDIC CATEGORY*** | | | | 1 | | | | 1 | $21.00 | $21.00 |

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**IMPRINT #58562-19**

**Screen Printing • 1 Color**

ART# 024-893
Left Chest // Paramedic Student // white

**IMPRINT #58562-18**

**Screen Printing • 3 Color**

Right Chest // 022-1681

DO NOT USE BELOW
024-784
white
underbase
blue 305

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Embroidery | ST850 | Charcoal Grey | Sport-Tek - Sport-Wick Stretch 1/2-Zip Pullover. ***EMT CATEGORY*** | | 2 | 5 | 1 | 1 | | | | | 9 | $51.98 | $467.82 |
| Embroidery | ST850 | Charcoal Grey | Sport-Tek - Sport-Wick Stretch 1/2-Zip Pullover. ***EMT CATEGORY*** | | | | | | 1 | | | | 1 | $51.98 | $51.98 |
| Embroidery | LST850 | Charcoal Grey | Sport-Tek - Ladies Sport-Wick Stretch 1/2-Zip Pullover. ***EMT CATEGORY*** | 1 | 1 | 3 | | | | | | | 5 | $51.98 | $259.90 |
| Embroidery | LST850 | Charcoal Grey | Sport-Tek - Ladies Sport-Wick Stretch 1/2-Zip Pullover. ***EMT CATEGORY*** | | | | | | | 1 | | | 1 | $57.98 | $57.98 |
| Embroidery | ST405 | Dark Grey Heather | Sport-Tek - PosiCharge Tri-Blend Wicking Polo. ***EMT CATEGORY*** | | 10 | 38 | 31 | 20 | | | | | 99 | $33.98 | $3,364.02 |
| Embroidery | ST405 | Dark Grey Heather | Sport-Tek - PosiCharge Tri-Blend Wicking Polo. ***EMT CATEGORY*** | | | | | | 3 | | | | 3 | $35.98 | $107.94 |
| Embroidery | ST405 | Dark Grey Heather | Sport-Tek - PosiCharge Tri-Blend Wicking Polo. ***EMT CATEGORY*** | | | | | | | 3 | | | 3 | $37.98 | $113.94 |
| Embroidery | ST405 | Dark Grey Heather | Sport-Tek - PosiCharge Tri-Blend Wicking Polo. ***EMT CATEGORY*** | | | | | | | | 3 | | 3 | $39.98 | $119.94 |
| Embroidery | LST405 | Dark Grey Heather | Sport-Tek - Ladies PosiCharge Tri-Blend Wicking Polo. ***EMT CATEGORY*** | 7 | 22 | 11 | 11 | 4 | | | | | 55 | $33.98 | $1,868.90 |
| Embroidery | LST405 | Dark Grey Heather | Sport-Tek - Ladies PosiCharge Tri-Blend Wicking Polo. ***EMT CATEGORY*** | | | | | | 1 | | | | 1 | $37.98 | $37.98 |
| Embroidery | LST405 | Dark Grey Heather | Sport-Tek - Ladies PosiCharge Tri-Blend Wicking Polo. ***EMT CATEGORY*** | | | | | | | 3 | | | 3 | $39.98 | $119.94 |
| Embroidery | M2480 | Carbon Grey | Cotton Heritage Unisex Premium Crew Neck ***EMT CATEGORY*** | | | 3 | 4 | 1 | | | | | 8 | $37.00 | $296.00 |
| Embroidery | M2480 | Carbon Grey | Cotton Heritage Unisex Premium Crew Neck ***EMT CATEGORY*** | | | | | | 2 | | | | 2 | $39.00 | $78.00 |
| Embroidery | M2480 | Carbon Grey | Cotton Heritage Unisex Premium Crew Neck ***EMT CATEGORY*** | | | | | | | 1 | | | 1 | $41.00 | $41.00 |
| Embroidery | J317 | Deep Smoke | Port Authority - Core Soft Shell Jacket. ***EMT CATEGORY*** | | 2 | 6 | 8 | 4 | | | | | 20 | $55.98 | $1,119.60 |

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Embroidery | J317 | Deep Smoke | Port Authority - Core Soft Shell Jacket. ***EMT CATEGORY*** | | | | | | 1 | | | | 1 | $57.98 | $57.98 |
| Embroidery | L317 | Deep Smoke | Port Authority - Ladies Core Soft Shell Jacket. ***EMT CATEGORY*** | 1 | 3 | 4 | 2 | 3 | | | | | 13 | $55.98 | $727.74 |
| Embroidery | L317 | Deep Smoke | Port Authority - Ladies Core Soft Shell Jacket. ***EMT CATEGORY*** | | | | | | 1 | | | | 1 | $57.98 | $57.98 |
| Embroidery | CS626 | Black | CornerStone - 1/2-Zip Job Shirt. ***EMT CATEGORY*** | | 1 | | 1 | 3 | | | | | 5 | $71.98 | $359.90 |
| Embroidery | KP55T | Athletic Heather | Port & Company - Port & Company Tall Core Blend Jersey Knit Polo. KP55T ***EMT CATEGORY*** | | | | 2 | 14 | | | | | 16 | $28.30 | $452.80 |
| Embroidery | KP55T | Athletic Heather | Port & Company - Port & Company Tall Core Blend Jersey Knit Polo. KP55T ***EMT CATEGORY*** | | | | | | 2 | | | | 2 | $30.30 | $60.60 |
| Embroidery | TST850 | Charcoal Grey | Sport-Tek - Sport-Tek Tall Sport-Wick Stretch 1/4-Zip Pullover. TST850 ***EMT CATEGORY*** | | | | | 1 | | | | | 1 | $55.98 | $55.98 |

IMPRINT #58562-14

**Embroidery • >5,000**

Right Chest // 2022-12-006
white

DO NOT USE BELOW
024-784
2024-07-026
White
Isa 3910

IMPRINT #58562-15

**Embroidery • >5,000**

Left Chest // 2022-12-009
WHITE
Art# 022-1681



| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Screen Printing | MC1040 | Athletic Heather | Cotton Heritage Unisex Short Sleeve T-Shirt ***EMT CATEGORY*** | 3 | 4 | 27 | 9 | 10 | | | | | 53 | $18.00 | $954.00 |
| Screen Printing | MC1040 | Athletic Heather | Cotton Heritage Unisex Short Sleeve T-Shirt ***EMT CATEGORY*** | | | | | | 5 | | | | 5 | $20.00 | $100.00 |
| Screen Printing | MC1040 | Athletic Heather | Cotton Heritage Unisex Short Sleeve T-Shirt ***EMT CATEGORY*** | | | | | | | 2 | | | 2 | $22.00 | $44.00 |
| Screen Printing | MC1144 | Athletic Heather | Cotton Heritage Men's Long Sleeve T-Shirt ***EMT CATEGORY*** | 2 | 4 | 6 | 2 | 2 | | | | | 16 | $21.00 | $336.00 |
| Screen Printing | MC1144 | Athletic Heather | Cotton Heritage Men's Long Sleeve T-Shirt ***EMT CATEGORY*** | | | | | | | 1 | | | 1 | $21.00 | $21.00 |

| Category | Item # | Color | Description | XS | S | M | L | XL | 2XL | 3XL | 4XL | Qty | Items | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IMPRINT #58562-16 | | | **Screen Printing • 2 Color** Right Chest // 022-1681 DO NOT USE BELOW 024-784 WHITE UNDERBASE BLUE 305 | | | | | | | | | | | | |
| IMPRINT #58562-17 | | | **Screen Printing • 1 Color** Left Chest // 2022-12-006 (EMT STUDENT) WHITE Art# 022-1681 | | | | | | | | | | | | |

| | |
|---|---|
| **Total Quantity** | 760 |
| **Item Total** | $12,881.20 |
| **Fees Total** | $0.00 |
| **Sub Total** | $12,881.20 |
| **Tax** | $0.00 |
| **Total Due** | $12,881.20 |
| **Paid** | $0.00 |
| **Outstanding** | $12,881.20 |

Returns

Due to the custom nature of our products, there are no returns or exchanges. By accepting these terms and conditions you take full responsibility for your order placed. This includes products and services rendered after quote approval and paid deposit. All deposits are non-refundable.

If you have an issue with the garments or imprints, please contact us immediately. Issues with your order must be addressed within 30 days to be subject to replacement or future credit. Orders after 30 days will not be replaced or credited.

Please note, to avoid backorders, if there is an issue with low or no stock levels (due to supply chain issues) when ordering garments we will be substituting equal or greater quality garments for those pieces. Name brand garments, Nike, Ogio, etc. will not be subject to substitutions.

TURN TIME

10-12 Business days

Begins after Quote approval + Down Payment or Terms + Art Approval. Your production schedule does not begin until final art is approved and down payment is paid. Turn time may change based on final art proof.
Possible inbound garment delays, pending how long it takes for order approval and payment.

ART

Initial mock-ups are not representative of the print. Size may vary from image on mock up. If you would like a specific size, please let us know. Otherwise, we will go with industry standard.

Intellectual Property
P&M Apparel's original content, features and functionality are owned by P & M Apparel and are protected by international copyright, trademark, patent, trade secret and other intellectual property or proprietary rights laws.