# EXHIBIT AJ



PO Box 112
Independence, Iowa 50644
Phone 319.334.7061
www.larsonconst.com

August 6, 2024

**DLR Group**
1430 Locust Street, Suite 200
Des Moines, IA 50309

**PROJECT:  DMACC Transportation Institute**

# *Contractor Initiated Proposal #012*

Scope of work to be done:

**Per PR 003 - Donor Recognition Signage and RFI 048 - PR 003 Door Signage Questions**

Cost Summary:

| | | |
|---|---|---:|
| Subcontractor Costs - See Attached | $ | 48,470.97 |
| Supplier Costs - See Attached | $ | - |
| LCCI Costs - See Attached | $ | - |
| GC/Sub/Supplier Sub-Total | $ | 48,470.97 |
| Senior Project Manager (0 hr x $125.00) | $ | - |
| Project Manager (0 hr x $95.00) | $ | - |
| Project Superintendent (0 hr x $110.00) | $ | - |
| Project Coordinator (0 hr x $55.00) | $ | - |
| Sub-Total | $ | 48,470.97 |
| GC/Supplier OH&P (10%) | $ | - |
| GC for Subcontractor Work OH&P (5%) | $ | 2,423.55 |
| Insurance (1%) | $ | 484.71 |
| Safety (1%) | $ | 484.71 |
| Bond (0.95%) | $ | 492.71 |
| **TOTAL** | $ | 52,356.65 |

Respectfully,
***Alisha Schmitz***
Larson Construction Co., Inc.

**CONSTRUCTION MANAGEMENT  |  GENERAL CONTRACTOR  |  DESIGN-BUILDER**

## Contractor Initiated Proposal #012 - Subcontractor Costs

| Item # | ompa | Description | Quantity | Unit | Labor | Material | Unit Cost / Lump Sum | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | | **JR Parker & Signs** - Quote #2476 materials and labor to install Donor Recognition Signage at the new DMACC Transportation Institute building | | | | | | |
| | | ADA Room Signs | 1 | | | | $ 1,069.00 | $ 1,069.00 |
| | | Door Glass Vinyl | 1 | | | | $ 115.00 | $ 115.00 |
| | | Face lit Channel letters - North Elevation | 1 | | | | $ 24,455.00 | $ 24,455.00 |
| | | Aluminum Donor Logo Panels | 1 | | | | $ 5,040.00 | $ 5,040.00 |
| | | East Elevation Screen Wall Letters | 1 | | | | $ 27,625.00 | $ 27,625.00 |
| | | East Elevation Screen Wall DMACC Logo | 1 | | | | $ 4,100.00 | $ 4,100.00 |
| | | Fareway Logo | 1 | | | | $ 2,350.00 | $ 2,350.00 |
| | | Kent Corporation Logo | 1 | | | | $ 2,350.00 | $ 2,350.00 |
| | | Digital wall Graphic - Lobby South Wall | 1 | | | | $ 6,150.00 | $ 6,150.00 |
| | | Donor Recognition Plaque Wall Display | 1 | | | | $ 6,128.00 | $ 6,128.00 |
| | | Less Original quote 2368 | 1 | | | | $ (44,500.00) | $ (44,500.00) |
| 2 | | **GSI** - install two layers of 1/2-inch plywood between panel ribs and to back of metal panel to reduct oil canning.  Quote includes material, labor, fabrication and equipment | | | | | | |
| | | materials | 1 | | | $ 4,386.00 | | $ 4,386.00 |
| | | equipment | 1 | | | | $ 2,116.00 | $ 2,116.00 |
| | | labor | 76 | hrs | $74.00 | | | $ 5,624.00 |
| | | allowable OH&P - 10% | | | | | | $ 1,212.60 |
| | | | | | | | | $ - |
| 3 | | **Van Maanen Electric** - complete extension of branch circuit for exterior signage on north side of building - installation/signage by others. | | | | | | |
| | | materials | 1 | | | $ 40.54 | | $ 40.54 |
| | | labor | 2.51 | hrs | $74.53 | | | $ 187.07 |
| | | allowable OH&P - 10% | | | | | | $ 22.76 |
| | | | | | | | | $ - |
| | | | | | | **TOTAL** | | $ 48,470.97 |

Parker Signs & Graphics, Inc.
12869 Geneva Street Indianola, IA 50125
jr@parkersign.com
(515) 962-0330
EIN #: 42-1344879

www.parkersign.com



# Quote 2476

## PR003 DMACC Donor Recognition Signage

| | |
|---|---|
| QUOTE DATE | Wed, 07/24/2024 |
| QUOTE EXPIRY DATE | Fri, 08/23/2024 |
| TERMS | Due on receipt |

| REQUESTED BY | CONTACT INFO |
|---|---|
| Larson Construction Co. Inc. | Angie Price |
| | aprice@larsonconst.com |
| | (319) 332-9084 |

| # | ITEM | QTY | UOM | U.PRICE | TOTAL (EXCL. TAX) | TAXABLE |
|---|---|---|---|---|---|---|
| 1 | **ADA Room Signs** <br> 1/8" thick non-glare acrylic sign with tactile lettering and symbols, per specifications provided, pricing includes installation. <br> (3) Sign Type 1 <br> (7) Sign Type 2 <br> (1) Sign Type 3.0 <br> (1) Sign Type 3.1 <br> (1) Sign Type 3.2 | 1 | Unit | $1,069.00 | $1,069.00 | Y |
| 2 | **Door Glass Vinyl - Donor Recognition** <br> High performance vinyl lettering cut per specifications and applied to window transom above entry doors. <br><br> This price is for each window, owner to provide names and locations | 1 | Unit | $115.00 | $115.00 | Y |
| 3 | **Face Lit Channel Letters_North Elev** <br> 14" tall x 3" deep face lit channel letters  installed on building exterior per specifications and drawings provided <br> Copy:  ALBAUGH FAMILY TRANSPORTATION INSTITUTE AT DMACC | 1 | Unit | $24,455.00 | $24,455.00 | Y |
| 4 | **Aluminum Donor Logo Panels** <br> 4'-0" x 5'-0" x 1/4" aluminum panel with masked and painted donor logo, installed on building exterior with stand-offs | 4 | Unit | $1,260.00 | $5,040.00 | Y |
| 5 | **East Elevation Screen Wall Letters** <br> 18" tall x 3" deep face lit channel letters  installed vertically on top of screen wall per specifications and drawings provided <br> Copy:  ALBAUGH FAMILY TRANSPORTATION INSTITUTE AT DMACC | 1 | Unit | $27,625.00 | $27,625.00 | Y |
| 6 | **East Elevation Screen Wall DMACC Logo** <br> 6'-4" tall x 1/4" thick dimensional "DMACC" logo and letters with acrylic polyurethane painted and clear coat finish installed on existing aluminum wall structure. | 1 | Unit | $4,100.00 | $4,100.00 | Y |
| 7 | **Fareway Logo** <br> 8'-11" long x 1/4" thick dimensional aluminum Fareway Meats & Grocery logo and 6" tall letters "PATIO" installed on building exterior | 1 | Unit | $2,350.00 | $2,350.00 | Y |
| 8 | **Kent Corporation Logo** <br> 5'-0" long x 1/4" thick dimensional aluminum Kent Corporation logo and 6" tall letters "MEZZANINE" installed on interior wall | 1 | Unit | $2,350.00 | $2,350.00 | Y |

| # | ITEM | QTY | UOM | UPRICE | TOTAL (EXCL. TAX) | TAXABLE |
|---|------|-----|-----|--------|-------------------|---------|
| 9 | **Digital Wall Graphic_Lobby South Wall**<br>Digitally printed 3M vinyl wall graphic applied to interior wall. | 1 | Unit | $6,150.00 | $6,150.00 | Y |
| 10 | **Donor Recognition Plaque Wall Display**<br>4'-4" x 8'-0" x 1" brushed aluminum finished panel installed on interior masonry wall<br>Display includes 1/2" thick aluminum dollar amounts, "THANK YOU" text, and DMACC logo<br>Each 2" x 6" x 1/4" thick engraved aluminum donor name plaque is $38.00 (owner to provide names and quantity) | 1 | Unit | $6,128.00 | $6,128.00 | Y |

This quote is good for 30 days. Upon signing this agreement, Customer agrees to pay 100% of the above quoted price.  This contract specifies the entire agreement of the parties.

| | |
|---|---|
| **Subtotal:** | $79,382.00 |
| ~~Sales Tax (7%):~~ | ~~$5,556.74~~ |
| **Total:** | ~~$84,938.74~~ |

$79,382.00
less Quote 2368 -$44,500.00
$34,882.00

**SIGNATURE:**

Parker Signs & Graphics, Inc.
12869 Geneva Street Indianola, IA 50125
jr@parkersign.com
(515) 962-0330
EIN #: 42-1344879

www.parkersign.com



# Quote 2368

## DMACC Transportation Institute

QUOTE DATE
Tue, 10/03/2023

QUOTE EXPIRY DATE
Thu, 11/02/2023

TERMS
Due on receipt

| ORDERED BY | CONTACT INFO |
|---|---|
| Construction Project_Bids | Estimating Department |

| # | ITEM | QTY | UOM | U.PRICE | TOTAL (EXCL. TAX) | TAXABLE |
|---|---|---|---|---|---|---|
| 1 | **East Elevation Building Letters** 18" tall x 4" deep face lit channel letters  installed on building exterior per specifications and drawings provided<br><br>(13) donor name letters DMACC TRANSPORTATION INSTITUTE letters<br><br>12" tall x 2" deep fabricated channel letter address number installed on building exterior per specifications and drawings provided 2801 | 1 | Unit | $28,840.00 | $28,840.00 | Y |
| 2 | **North Elevation Building Letters** 12" tall x 2" deep fabricated channel letter address number installed on building exterior per specifications and drawings provided 2801<br><br>18" tall x 4" deep face lit channel letters  installed on building exterior per specifications and drawings provided (13) donor name letters<br><br>8" tall x 1/4" thick aluminum letters installed on building exterior per specifications and drawings provided TRANSPORTATION INSTITUTE letters | 1 | Unit | $12,665.00 | $12,665.00 | Y |
| 3 | **Interior Lobby Wall Logo** Dimensional DMACC Transportation logo and letters installed on interior wall per specifications and drawings provided | 1 | Unit | $2,995.00 | $2,995.00 | Y |

This quote is good for 30 days. Upon signing this agreement, Customer agrees to pay 100% of the above quoted price.  This contract specifies the entire agreement of the parties.

| | |
|---|---|
| Subtotal: | $44,500.00 |
| Sales Tax (0%): | $0 |
| **Total:** | **$44,500.00** |

**SIGNATURE:**                                             **DATE:**

# <span style="color:red">GSI</span> Contract Change Order 1

**TO:**

| | |
|---|---|
| **Customer:** | _____ |
| **Contact:** | _____ |
| **Address:** | _____ |
| **City/State/Zip:** | _____ |
| **Phone:** | _____ |
| **Fax:** | _____ |
| **Email:** | _____ |
| **Project Name:** | _____ |
| **Address:** | _____ |
| **City/State/Zip:** | _____ |

**Date :** 01/20/2019

**Project #:**

**C/O #: 1**

**Material: Plywood**

This Change Order includes material, labor and equipment necessary to supply the following products. The work covered by this change order shall be performed under the same terms and conditions as specified in the original contract unless otherwise stipulated.

## Description:

**Price to install plywood on DMACC Transportation per PR003 behind metal wall panels only.**

Install 2 layers of ½" plywood to fit between panel ribs and to rest on back of metal panel in an effort to reduct oil canning.  This includes Material, Labor, fabrication and equipment

<span style="color:red">$13,338.60</span>

**Total Change Order Amount:** ~~**$13,468.00**~~

Please acknowledge acceptance and return one copy to this office within five (5) working days.

| | |
|---|---|
| | Glosser System Installers, Inc. |
| Approved By: _____ | Jeff Alkema |
| Title: _____ | Owner |
| Date: _____ | 07/15/2024 |

**Angela Price**

| | |
|---|---|
| **From:** | Jeff Alkema <Jeff@GlosserSystemInstallers.com> |
| **Sent:** | Tuesday, July 30, 2024 10:39 PM |
| **To:** | Angela Price |
| **Cc:** | Alisha Schmitz |
| **Subject:** | Re: ***2nd Request*** RE: DMACC: PR_003_Donor Recognition Signage - Itemized Detail needed |

Evening Angela –

Please see breakdown requested below.

Material – $4,386.00
Equipment - $2,116.00
Labor – $5,624.00
Sub Total - $12,126.00
OH & P - ~~$1,342.00~~ $1,212.60
Final CO amount - ~~$13,468.00~~ $13,338.60
Hours – 76
Rate - $74 / hr

**Jeff Alkema**
515-802-7147
West Des Moines, IA



Jeff@GlosserSystemInstallers.com
www.GlosserSystemInstallers.com

**From:** Angela Price <aprice@larsonconst.com>
**Date:** Monday, July 29, 2024 at 6:51 AM
**To:** Jeff Alkema <Jeff@GlosserSystemInstallers.com>
**Cc:** Alisha Schmitz <aschmitz@larsonconst.com>
**Subject:** RE: ***2nd Request*** RE: DMACC: PR_003_Donor Recognition Signage - Itemized Detail needed

Good morning Jeff,

Thank you for providing your lump sum quote for PR 003.  I have to ask you to provide an itemized costs for the requested change.  DLR Group will reject the COR if this level of detail is not provided.

Please provide an itemized material list with quantities and costs along with the number of labor hours and rates.

Please provide this information as soon as possible.

Thank you,

**Angie Price**

**Project Coordinator**
**Cell: 319-332-9084**



**Hard Hats, Safety Glasses, and Hi-Viz are always required on all LCCI jobsites.**

---

**From:** Jeff Alkema <Jeff@GlosserSystemInstallers.com>
**Sent:** Monday, July 15, 2024 9:03 AM
**To:** Angela Price <aprice@larsonconst.com>
**Cc:** Alisha Schmitz <aschmitz@larsonconst.com>; Austin Brune <abrune@larsonconst.com>
**Subject:** Re: ***2md Request*** RE: DMACC: PR_003_Donor Recognition Signage

Angela –

As per John's request.  Please see attached pricing for PR003.  The cost is due to the cutting and installation of 2 layers of plywood to fit in between each panel (as the panels are being installed, thereby also slowing the installation of the panels) and fitting to the back side of the panels.  This is a tough and expensive process.

**Jeff Alkema**
515-802-7147
West Des Moines, IA



Jeff@GlosserSystemInstallers.com
www.GlosserSystemInstallers.com

---

**From:** Jeff Alkema <Jeff@GlosserSystemInstallers.com>
**Date:** Saturday, July 13, 2024 at 2:15 PM
**To:** John Parker Jr <jr@parkersign.com>
**Cc:** Alisha Schmitz <aschmitz@larsonconst.com>, Angela Price <aprice@larsonconst.com>, Austin Brune <abrune@larsonconst.com>
**Subject:** Re: ***2md Request*** RE: DMACC: PR_003_Donor Recognition Signage

Thanks for your response, John. I will work up a price and have some thing for you early next week.

Get Outlook for iOS

---

**From:** John Parker Jr <jr@parkersign.com>
**Sent:** Friday, July 12, 2024 8:43:03 AM
**To:** Jeff Alkema <Jeff@GlosserSystemInstallers.com>
**Cc:** Alisha Schmitz <aschmitz@larsonconst.com>; Angela Price <aprice@larsonconst.com>; Austin Brune <abrune@larsonconst.com>
**Subject:** Re: ***2md Request*** RE: DMACC: PR_003_Donor Recognition Signage

Jeff,

There will need to be blocking behind the area for the signs so there is something rigid to mount to.

John

On Thu, Jul 11, 2024, 10:01 PM Jeff Alkema <Jeff@glossersysteminstallers.com> wrote:

Thank you for that.  Based on what I have seen the sign's will be installed after the panels are installed, correct?

Typically the signs are installed using standoff brackets.  As long as that is true, we are good to go.

The panels can not support anything attached to them and any pressure against the panels will cause oil canning.  So, if blocking is required, please let me know.  Based on what I am seeing in the drawings, there is no way to tell the installation of the signs.

**Jeff Alkema**

515-802-7147

West Des Moines, IA



Jeff@GlosserSystemInstallers.com

www.GlosserSystemInstallers.com

**From:** Alisha Schmitz <aschmitz@larsonconst.com>
**Date:** Wednesday, July 10, 2024 at 10:52 AM
**To:** Jeff Alkema <Jeff@GlosserSystemInstallers.com>
**Cc:** Angela Price <aprice@larsonconst.com>, jr@parkersign.com <jr@parkersign.com>, Austin Brune <abrune@larsonconst.com>
**Subject:** Re: ***2md Request*** RE: DMACC: PR_003_Donor Recognition Signage




# PROPOSAL REQUEST

**Van Maanen Electric, Inc.**
500 Iowa Speedway Drive
Newton, IA 50208
Telephone: 641-791-9473

| | |
|---|---|
| CCN # | |
| Date: | PR #003 |
| Project Name: | 7/31/2024 |
| Project Number: | DMACC Transportation Institute |
| Page Number: | DMACC Transportation Institute |
| | 1 |

**Larson Construction**
Contact: Alisha Schmitz
600 17th St. SE
Independence, IA 50644
E-mail: aschmitz@larsonconst.com

## Work Description

**Scope:** PR #003
Complete extension of branch circuit for exterior signage on north side of buiding - installation/signage by others.

## Breakdown

| Description | Qty |
|---|---:|
| 3/4" CONDUIT - EMT | 30 |
| 3/4" COUPLING SS STL - EMT | 3 |
| 3/4" 1-H STRAP - EMT - STEEL | 5 |
| #12 THHN BLACK | 99 |
| 10X1 ZP HWH TEK SCR | 5 |
| **Totals** | **142** |

## Summary

| | | |
|---|---|---:|
| General Materials | | 40.54 |
| LABOR | (2.51 Hrs @ $74.53) | 187.07 |
| O&M | (@ 10.000 %) | 22.76 |

**Final Amount**

**$250.37**

## Van Maanen Authorization:

Project Manager:  Josh Hetzler
Phone Number:   641-791-9473
E-mail:                jhetzler@vanmaanenelectric.com

Signature: _____     Date: 7/31/24

## Larson Construction Authorization

Name:  Alisha Schmitz

Signature: _____     Date: _____

**ORIGINAL**