# **EXHIBIT AL**

| | |
|---|---|
| **From:** | Donels, Cara |
| **To:** | Josh Conley; John Gilbertson |
| **Cc:** | _DMACC; Litigation |
| **Subject:** | RE: 12.20 Meet and confer |
| **Date:** | Friday, December 27, 2024 8:26:09 AM |
| **Attachments:** | image001.png |
| | image002.png |

Josh,

On December 20, John and I had a nearly 6 minute call where I explained the basis for DMACC's motion to increase the bond and asked John to get me Drake's position by the end of the day, and followed up by email. At that point, DMACC understood Drake most likely opposed DMACC's motion, but was waiting on the basis for the opposition.  We did not receive Drake's position the 23rd or the 24th.  The 25th is a Court holiday.  I followed up with John on the 26th, and you when I received an email from John indicating *he* was out until the 2nd--I did not receive that automatic email response from you, and his email did not indicate that your offices were closed (indeed, his email indicated I could contact another individual for immediate assistance).

What is required is that DMACC "make an effort to confer with the opposing party before filing the motion, even if the effort is ultimately unsuccessful."  *J.S.X. v. Foxhoven*, 2019 WL 13167113 (S.D. Iowa May 21, 2019).  I have called Drake's counsel and explained the basis for our position. I have emailed Drake's counsel three times. I have even waited a week for Drake to establish its position. DMACC has more than met its obligations under the local rules, but I am amenable to further discussion before 9:30. Otherwise, we will assume Drake is opposed to the motion as John initially indicated.

Best,
Cara

**From:** Josh Conley <jconley@zarleyconley.com>
**Sent:** Friday, December 27, 2024 8:06 AM
**To:** Donels, Cara <CDonels@fredlaw.com>; John Gilbertson <jgilbertson@zarleyconley.com>
**Cc:** _DMACC <DMACC@fredlaw.com>; Litigation <litigation@zarleyconley.com>
**Subject:** RE: 12.20 Meet and confer

**CAUTION: EXTERNAL E-MAIL**

Cara:

I apologize, but I am not tracking.  Looking at this email thread, you spoke to my colleague sometime before 2:36 on Friday the 20th.  After looking over my emails, he contacted Drake for feedback yet that day.  You then followed up yesterday when our office was closed.  This morning, I responded to you and followed up with our client.  Presenting your request as being time-sensitive, during the holidays no less, is unwarranted as there is plenty of time to bring your motion.  Until we hear from Drake, we cannot have a meaningful meet and confer,

which John already explained to you when you spoke.

Best,

 **Josh Conley**
Owner & Patent Attorney

| O | 515-558-0200 | D | 319-289-9832 | W | www.zarleyconley.com | A | West Des Moines, Iowa |

This email may contain confidential or privileged information. Please contact us if you received this in error.

---

**From:** Donels, Cara <CDonels@fredlaw.com>
**Sent:** Friday, December 27, 2024 7:49 AM
**To:** Josh Conley <jconley@zarleyconley.com>; John Gilbertson <jgilbertson@zarleyconley.com>
**Cc:** _DMACC <DMACC@fredlaw.com>; Litigation <litigation@zarleyconley.com>
**Subject:** Re: 12.20 Meet and confer

Josh,

I understand the holiday may have slowed you down, but this is why I asked for Drake's position, and attempted to confer, on 12/20. We will file at 9:30. Please give me a call before then.

Cara

Get Outlook for Android

---

**From:** Josh Conley <jconley@zarleyconley.com>
**Sent:** Friday, December 27, 2024 7:18:58 AM
**To:** Donels, Cara <CDonels@fredlaw.com>; John Gilbertson <jgilbertson@zarleyconley.com>
**Cc:** _DMACC <DMACC@fredlaw.com>; Litigation <litigation@zarleyconley.com>
**Subject:** RE: 12.20 Meet and confer

**CAUTION: EXTERNAL E-MAIL**

---

Cara:

Our offices were closed yesterday.  I am unsure where things stand on this matter, but will reach out to our client this morning and try to get back to you as soon as I am able.

Best,

 **Josh Conley**
Owner & Patent Attorney

| O | 515-558-0200 | D | 319-289-9832 | W | www.zarleyconley.com | A | West Des Moines, Iowa |

This email may contain confidential or privileged information. Please contact us if you received this in error.

---

**From:** Donels, Cara <CDonels@fredlaw.com>

**Sent:** Thursday, December 26, 2024 2:38 PM
**To:** John Gilbertson <jgilbertson@zarleyconley.com>; Josh Conley <jconley@zarleyconley.com>
**Cc:** _DMACC <DMACC@fredlaw.com>
**Subject:** RE: 12.20 Meet and confer

Josh—just an FYI, I got an OOO email from John.  Please let me know if you have time today to provide Drake's position on DMACC's forthcoming motion. I spoke with John on 12/20 and he was unable to give Drake's position at that time. We intend to ask the Court to raise the bond to $250,000, which does not fully reflect DMACC's costs (including, for example, overtime, printing, etc.), but would cover many of the big-ticket items that have been replaced pursuant to the Court's order.

Cara

---

**From:** Donels, Cara <CDonels@fredlaw.com>
**Sent:** Thursday, December 26, 2024 12:13 PM
**To:** John Gilbertson <jgilbertson@zarleyconley.com>; Josh Conley <jconley@zarleyconley.com>
**Cc:** _DMACC <DMACC@fredlaw.com>
**Subject:** Re: 12.20 Meet and confer

John,

We held off since we hadn't received your position. I am available for a call any time this afternoon. We intend to file first thing in the morning.

Cara

Get Outlook for Android

---

**From:** Donels, Cara <CDonels@fredlaw.com>
**Sent:** Friday, December 20, 2024 2:36:48 PM
**To:** John Gilbertson <jgilbertson@zarleyconley.com>; Josh Conley <jconley@zarleyconley.com>
**Cc:** _DMACC <DMACC@fredlaw.com>
**Subject:** 12.20 Meet and confer

John,

Thank you for taking my call to discuss DMACC's motion to increase the bond.  Please let me know Drake's position today if you can.

Cara

**Cara Donels (she/her)**

Attorney

[cdonels@fredlaw.com](mailto:cdonels@fredlaw.com)

515.242.8924



This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information that is confidential and subject to the attorney-client privilege or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number 612-492-7000. The name and biographical data provided above are for informational purposes only and are not intended to be a signature or other indication of an intent by the sender to authenticate the contents of this electronic message.