**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA  22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

December 19, 2024

Opposition No. 91295415

*Drake University*

*v.*

*Des Moines Area Community College*

**Lalita Webb, Paralegal Specialist:**

The motion (filed December 11, 2024) to suspend this proceeding pending final determination of Civil Action No. 4:24-cv-00227-SMR-SBJ filed in the United States District Court for the Southern District of Iowa Central Division is granted as well taken.[1] It is the policy of the Board to suspend proceedings when the parties are involved in a civil action, which may be dispositive of or have a bearing on the Board case. *See* Trademark Rule 2.117(a).

Accordingly, proceedings are suspended pending final disposition of the civil action.

---

[1] Applicant's notice of appearance filed December 10, 2024 and Opposer's notice of appearance filed December 11, 2024, are noted and the Board records have been updated to reflect this change.

**EXHIBIT 1**

Opposition No. 91295415

Within twenty days after the final determination of the civil action, the parties shall so notify the Board so that this proceeding may be called up for appropriate action.[2] Such notification to the Board should include a copy of any final order or final judgment which issued in the civil action.

During the suspension period, the parties must notify the Board of any address or email address changes for the parties or their attorneys. In addition, the parties are to promptly inform the Board of any other related cases, even if they become aware of such cases during the suspension period. Upon resumption, if appropriate, the Board may consolidate related Board cases.

---

[2] A proceeding is considered to have been finally determined when an order or ruling that ends litigation has been rendered, and no appeal has been filed, or all appeals filed have been decided and the time for any further review has expired. *See* TBMP § 510.02(b).