

EXHIBIT
2