IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE<br>    Defendants. | No. 4:24-cv-00227<br><br>**DECLARATION OF JOHN D. GILBERTSON** |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br>    Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>    Counterclaim Defendant. | |

I, John D. Gilbertson, declare under penalty of perjury that the following is true and correct:

1. I am counsel of record for Plaintiff Drake University and am competent to make this declaration based on my personal knowledge.

2. Exhibit 1 is a true and correct copy of an Order from the Trademark Trial and Appeal Board in Trademark Opposition No. 91295415, issued December 19, 2024.

3. Exhibit 2 is a true and correct copy of a photograph taken December 11, 2024 of a DMACC banner hanging in Jordan Creek Mall in West Des Moines, IA.

4. Exhibit 3 are true and correct copies of photographs taken December 20, 2024 of the location in Jordan Creek Mall where the banner shown in Exhibit 2 formerly hung.

2

      I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: December 30, 2024                /s/John D. Gilbertson
                                                  John D. Gilbertson