# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

## NOTICE OF APPEAL

Date: 01/09/2025     Case No: 4:24-cv-00227-SMR-SBJ

Case Caption: Drake University v. Des Moines Area Community College Foundation and Des Moines Area Community College

Notice is hereby given that Drake University appeals to the:

☒ US Court of Appeals for the Eighth Circuit     ☐ IASD District Court Judge

from the Judgment/Order entered in this action on 12/10/2024.

### Transcript Order Form:

Please prepare a transcript of:

☐ Plea Hearing     ☐ Sentencing     ☐ Trial

☐ Other Hearing(s) on _____

I am not ordering a transcript because: no hearing was held

*Reminder: CJA counsel will need to complete the AUTH 24 form in CJA eVoucher.

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon the U.S. District Court, court reporter, and all counsel of record and that satisfactory arrangement for payment of the cost(s) of transcript(s) ordered have been made with the court reporter (Fed Rule App Proc 10(b)).

Attorney/Party Signature: /s/ John D. Gilbertson     Date: 01/09/2025

Address: 580 Market Street, Suite 101, West Des Moines, IA 50266

Phone Number: (515) 558-0200