**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF IOWA**

# Notice of Appeal Supplement

Case Name: <u>Drake University</u> vs. <u>Des Moines Area Community College Foundation and Des Moines Area Community College</u>

District Court Case Number: <u>4:24-cv-00227-SMR-SBJ</u>

Appeal Fee (505.00) Status:  Pd <u>X</u>     IFP _____ Pending _____ Government Appeal _____

Counsel: Appointed _____ CJA _____ Retained _____ Pro Se _____ Pro Bono _____ FPD _____

*Reminder: CJA appointed counsel will need to complete their AUTH 24 form thru CJA eVoucher.

Appeal filed by: Counsel <u>X</u>    Pro Se _____

Any reason why counsel should not be appointed: _____

Certificate of Appealability: Denied _____ Granted _____ Not Issue _____

Pending post Judgment motions: Yes <u>X</u>    No _____

If so, type of motion(s) and docket entry number:

<u>To Dismiss for Failure to State a Claim [46], [82], To Strike [48], Show Cause [107], To Increase Bond [111]</u>

High Public Interest Case: Yes <u>X</u>    No _____

Simultaneous Opinion release Requested: Yes _____ No <u>X</u>

Trial Held: Bench _____ Jury _____ No <u>X</u>

Court Reporter: Yes <u>X</u>    No _____

Reporter's Name: <u>Kelli Mulcahy</u>

Appealing: Order prior to final judgment <u>X</u>   or final judgment _____

***File this form with the Notice of Appeal***