IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE<br>    Defendants. | No. 4:24-cv-00227<br><br>**DECLARATION OF JOHN D. GILBERTSON** |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br>    Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>    Counterclaim Defendant. | |

I, John D. Gilbertson, declare under penalty of perjury that the following is true and correct:

1. I am counsel of record for Plaintiff Drake University and am competent to make this declaration based on my personal knowledge.

2. Exhibit 1 is a true and correct copy of an excerpt of the transcript for the Preliminary Injunction Hearing held in this case on October 15, 2024.

3. Exhibit 2 is a true and correct copy of excerpts of Defendants' responses to Drake University's first Requests for Production of Documents.

4. Exhibit 3 is a true and correct copy of a screenshot taken January 10, 2024 from the website https://www.mwatoday.com/locations/metro-park-east-landfill/rates--payments/.

5. Exhibit 4 is a true and correct copy of a screenshot taken January 10, 2025 from the website https://www.facebook.com/DMACCBears/

2

6.      Exhibit 5 is a true and correct copy of a screenshot taken January 10, 2025 from the website https://www.dmaccbears.com/landing/index.

7.      Exhibit 6 is a true and correct copy of a screenshot taken January 10, 2025 from the website https://ddmacspiritwear.itemorder.com/shop/home/.

8.      Exhibit 7 is a true and correct copy of a screenshot taken January 10, 2025 from the website https://www.dmacc.edu.

9.      Exhibit 8 is a true and correct copy of the file history for U.S. Trademark Application Serial No. 98/489,296, taken from the United States Patent and Trademark Office's Trademark Status and Document Retrieval system.

10.     Exhibit 9 is a true and correct copy of the file history for U.S. Trademark Application Serial No. 98/507,338, taken from the United States Patent and Trademark Office's Trademark Status and Document Retrieval system.

11.     Exhibit 10 is a true and correct copy of the file history for U.S. Trademark Application Serial No. 98/280,535, taken from the United States Patent and Trademark Office's Trademark Status and Document Retrieval system.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 10, 2025                    /s/John D. Gilbertson
                                           John D. Gilbertson