IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>  Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>  Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>  Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>  Counterclaim Defendant. | Case No. 4:24-CV-00227-SMR-SBJ<br><br>**DEFENDANT/COUNTERCLAIM PLAINTIFF DES MOINES AREA COMMUNITY COLLEGE'S RESPONSES TO PLAINTIFF/COUNTERCLAIM DEFENDANT DRAKE UNIVERSITY'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 1-6)** |

Defendant and Counterclaim Plaintiff Des Moines Area Community College ("DMACC") by and through its undersigned counsel, for its responses to Plaintiff and Counterclaim Defendant Drake University's ("Drake") First Set of Requests for Production of Documents ("Drake's Requests") (Nos. 1-6), states as follows:

### GENERAL RESPONSES

1. DMACC's responses and objections are made to the best of DMACC's present knowledge, information, and belief. DMACC reserves the right to amend, supplement, or change

**EXHIBIT 2**

New DMACC Colors from DMACC's brick-and-mortar and/or online retail stores since November 1, 2023.

**REQUEST FOR PRODUCTION NO. 4:**

Documents demonstrating all instances of usage of the New DMACC "D" and/or the New DMACC Colors. In the event a usage is not readily producible (e.g. in the case of a mural), a photograph depicting such usage will suffice.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

DMACC incorporates its General Responses and Objections herein. DMACC objects to this Request as vague, ambiguous, overbroad, unduly burdensome, and disproportionate to the needs of discovery as it is impossible to discern what qualifies as an "instance of usage" and produce all documents demonstrating "all instances of usage." For example, producing every instance of usage of the New DMACC "D" in an email signature would require the production of every email communication from every DMACC employee that included the New DMACC "D" in their email signature. DMACC further objects to this Request as premature because Drake has yet to agree to an Electronically Stored Information (ESI) protocol. DMACC further objects to this request to the extent it seeks documents protected by the attorney-client privilege or work product doctrine.

Subject to and without waiving any objections, DMACC will produce documents sufficient to show known instances of usage of the New DMACC "D" and New DMACC Colors in its possession, custody, or control that DMACC locates through a reasonable search for such documents.

**REQUEST FOR PRODUCTION NO. 5:**

Documents sufficient to show all expenditures incurred to implement the Rebrand, including by way of example, purchase orders, invoices, and receipts.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

DMACC incorporates its General Responses and Objections herein. DMACC objects to this Request as premature because Drake has yet to agree to an Electronically Stored Information (ESI) protocol.

Subject to and without waiving any objections, DMACC will produce responsive documents in its possession, custody, or control that DMACC locates through a reasonable search for such documents.

**REQUEST FOR PRODUCTION NO. 6:**

All communications related to removal of merchandise bearing the New DMACC "D" in response to the Preliminary Injunction Order entered in this case.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

DMACC objects to this Request as unduly burdensome and not proportionate to the needs of this case. "All" communications would require review of every email inbox and Drake has yet to agree to an Electronically Stored Information (ESI) search protocol or an email search protocol. DMACC further objects to the extent this Request seeks information and documents protected by the attorney-client privileged and/or work-product doctrine.

Subject to and without waiving any objections, DMACC will produce non-privileged, responsive documents in its possession, custody, or control that DMACC locates through a reasonable search for such documents.