# Rates & payments for Metro Park East Landfill

## Payment Information

Payment is required at the time of service. Cash and VISA, MasterCard, American Express, and Discover credit and debit cards are accepted.

**Charge Account Customers**
Set up a charge account with us to receive invoices and online payments.

## Small Vehicles

| Small Vehicles (Under 6,000 lbs.) | Flat Rate |
|---|---|
| Car (loads under 200 lbs.) | $10 |
| Van/SUV | $15 |
| Large SUV, Truck, Trailer | $20 |

## Large Vehicles

| Large Vehicles (over 6,000 lbs.) *Large SUVs, trucks, trailers, vans, residential & commercial haulers* | Price/Ton |
|---|---|
| Residential Garbage | $38 ($20 minimum) |
| Commercial Garbage | $40 ($20 minimum) |
| Yard Waste (Recycling) | $30 ($20 minimum) |
| Construction & Demolition | $40 ($20 minimum) |
| Special Waste (Asbestos, Liquids, etc.) | Learn more |
| Electronic & Computer Waste<br>• Will not accept if if has a Cathode-Ray Tube (CRT)<br>• Commercial or residential | $38 Residential ($20 minimum)<br>$40 Commercial ($20 minimum) |
| Bulky Waste (telephone poles, unprepared trees)<br>• Larger than 6 ft. long & 18 in. diameter | $76 |

## Recycling

| | |
|---|---|
| Appliances<br>• Includes fridges, freezers, kitchen ranges air conditioning units, dehumidifiers, water heaters, furnaces, thermostats, washers/dryers dishwashers, microwaves, commercial coolers<br><br>*Doors must be removed from fridges and freezers | $20 Residential<br>$35 Commercial |
| TVs & computer monitors that contain a Cathode-Ray Tube (CRT)<br><br>*Mandatory for commercial waste | $25 (39 inch or smaller)<br>$35 (40 inch or larger) |
| **Mixed Recyclables** | **No charge** |
| Construction & Demolition materials | Learn more |
| Tires<br>• Small (diameter up to 16.5 inch)<br>• Large (diameter 16.5 - 24.5 inch)<br>• Extra Large (diameter over 24.5)<br>• Tractor<br>• Bulk & Commercial Loads | Price per tire<br>$8<br>$15<br>$35<br>$330 per ton<br>$330 per ton |

### Metro Park East Landfill
- Rates & Payments
- Rules & Policies

### Metro Park West Landfill
### Metro Hazardous Waste Drop Off
### Metro Recycling Facility
### Metro Redemption Centers
### Metro Central Transfer Station
### Metro Northwest Transfer Station
### Central Office
### Recycling Drop Offs

**EXHIBIT 3**