| HOME | SPORTS | INSIDE ATHLETICS | FACILITIES | FAN ZONE | WEBCASTS | CAMPS | APPAREL |

**Posts from @DMACCAthletics**  Follow

**DMACC Athl** @DMACC · Apr 25, 2021
YOUR 2021 D2 NJCAA NATIONAL CHAMPIONS!!!!

Brett Putz and 6 others
💬 1   ♥ 578

**DMACC Athl** @DMACC · Nov 14, 2022
Congrats to @DMACCsoftball player Kendal Clark on signing with the University of Alabama. Proof right here you can get to the highest level by going Junior College route. #JucoProduct



NJCAA 2ND TEAM ALL-AMERICAN

PLAYER SPOTLIGHT

ELI PAGE; D2 RUNNER OF THE YEAR

   

**DMACC BEARS ATHLETICS**

Des Moines Area Community College
Boone Campus
1125 Hancock Dr., Boone, IA, 50036

PRESTO SPORTS

EXHIBIT 5