

EXPLORE CAREERS NOW

# The largest college in Iowa with the lowest tuition and fees in the state



(800) 362-2127
- or -
Contact Us

| ADMINISTRATION | ATHLETICS | QUICK LINKS | SPECIAL PROGRAMS |
|---|---|---|---|
| Accreditation | Athletic Teams | Directory | High School Diploma |
| College Closing Information | Athletics Calendar | Make a Gift | Honors Program |
| Consumer Information | Camps | Pay My Bill | Learn English |
| Disability Services | Livestreams | Registrar | Partnership Programs |
| Diversity | Season Tickets | Scholarships | STRIVE |
| Employment | | Tech Support | Study Abroad |
| Nondiscrimination Statement | | Testing Center | Veterans Services |

APPLY NOW

**EXHIBIT 7**

© 2025   Ethics Policy   Data Privacy Policy   Website Accessibility Statement   Web Updates