**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS                                                                        Back to Search    Print

|  |  |
|---|---|
| Generated on: | This page was generated by TSDR on 2025-01-09 18:33:06 EST |
| Mark: |  |
| US Serial Number: | 98489296 |
| Application Filing Date: | Apr. 08, 2024 |
| Register: | Principal |
| Mark Type: | Trademark, Service Mark |
| TM5 Common Status Descriptor: |  LIVE/APPLICATION/Under Examination  The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. |
| Status: | A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page. |
| Status Date: | Oct. 22, 2024 |

## Mark Information

|  |  |
|---|---|
| Mark Literal Elements: | None |
| Standard Character Claim: | No |
| Mark Drawing Type: | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S) |
| Description of Mark: | The mark consists of Stylized head of a bear. |
| Color(s) Claimed: | Color is not claimed as a feature of the mark. |
| Design Search Code(s): | 03.01.14 - Bears other than pandas or teddy bears; Black bears; Grizzly bears; Koala bears; Koalas; Polar bears; Polar bears  03.01.20 - Heads of bears, excluding panda or teddy bears  03.01.23 - Stylized bears, excluding panda bears |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

|  |  |  |  |
|---|---|---|---|
| For: | Wearing apparel-Namely, t-shirts, polo shirts, sweat-shirts, hoodies, hats; retail services offering apparel | | |
| International Class(es): | 025 - Primary Class | U.S Class(es): | 022, 039 |
| Class Status: | ACTIVE | | |
| For: | Entertainment Services-Namely, Presenting Collegiate Athletic Events | | |
| International Class(es): | 041 - Primary Class | U.S Class(es): | 100, 101, 107 |
| Class Status: | ACTIVE | | |

## Basis Information (Case Level)

**EXHIBIT 8**

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Des Moines Area Community College |
| **Owner Address:** | 2006 South Ankeny Blvd. Ankeny, IOWA UNITED STATES 50023 |
| **Legal Entity Type:** | non-profit corporation |
| **State or Country Where Organized:** | IOWA |

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | Matthew W Coryell |
| **Attorney Primary Email Address:** | matt.coryell@dentons.com |
| **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Matthew W Coryell Dentons Davis Brown 215 10th Street, Ste. 1300 Des Moines, IOWA United States 50309 |
| **Correspondent e-mail:** | matt.coryell@dentons.com angie.kenin@dentons.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 22, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Oct. 22, 2024 | NON-FINAL ACTION E-MAILED | |
| Oct. 22, 2024 | NON-FINAL ACTION WRITTEN | |
| Oct. 22, 2024 | ASSIGNED TO EXAMINER | 85329 |
| Sep. 16, 2024 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Sep. 16, 2024 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Apr. 08, 2024 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | LAM, HAI-LY | **Law Office Assigned:** | LAW OFFICE 119 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMO LAW OFFICE 119 | **Date in Location:** | Oct. 22, 2024 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load