> **For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS   DOCUMENTS                                                                                  Back to Search | Print

|  |  |
|---|---|
| Generated on: | This page was generated by TSDR on 2025-01-09 18:43:00 EST |
| Mark: | DMACC 19 XI 66 DES MOINES AREA COMMUNITY COLLEGE |



| | | | |
|---|---|---|---|
| US Serial Number: | 98280535 | Application Filing Date: | Nov. 21, 2023 |
| Register: | Principal | | |
| Mark Type: | Trademark, Service Mark | | |
| TM5 Common Status Descriptor: | | LIVE/APPLICATION/Published for Opposition  A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration. | |
| Status: | Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date. | | |
| Status Date: | Oct. 08, 2024 | | |
| Publication Date: | Aug. 13, 2024 | Notice of Allowance Date: | Oct. 08, 2024 |

## Mark Information

|  |  |
|---|---|
| Mark Literal Elements: | DMACC 19 XI 66 DES MOINES AREA COMMUNITY COLLEGE |
| Standard Character Claim: | No |
| Mark Drawing Type: | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| Description of Mark: | The mark consists of Stylized outline of state of Iowa surrounding roman numeral "XI" contained within a stylized badge shape along with a stylized book and lamp, superimposed over horizontal lines, all of which are within three concentric circles with stylized laurel between the inner-most and middle circles and the literal elements "DMACC 19 XI 66 Des Moines Area Community College". |
| Color(s) Claimed: | Color is not claimed as a feature of the mark. |
| Disclaimer: | "Des Moines Area Community College," "1966," and the pictorial representation of the state of Iowa |
| Design Search Code(s): | 01.17.11 - Maps of states of the United States, excluding Texas  05.15.02 - Laurel leaves or branches (borders or frames); Wreaths  13.01.03 - Hurricane lamps; Lamps, hurricane; Lanterns (kerosene)  20.05.05 - Bibles (open); Books that are open; Cook books (open); Encyclopedias (open)  24.03.25 - Badge, police; Badges; Police badge; Sheriff's badge; Ten Commandments  26.01.08 - Circles having letters or numerals as a border; Circles having punctuation as a border; Letters, numerals or punctuation forming or bordering the perimeter of a circle  26.01.18 - Circles, three or more concentric; Concentric circles, three or more; Three or more concentric circles  26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s)  26.17.05 - Bands, horizontal; Bars, horizontal; Horizontal line(s), band(s) or bar(s); Lines, horizontal |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Apparel, namely, shirts, sweatshirts, t-shirts, hats |
| **International Class(es):** | 025 - Primary Class |
| **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE |
| **For:** | Educating at university or colleges; Educational services, namely, conducting distance learning instruction at the community college level; Educational services, namely, providing courses of instruction at the community college level and distribution of course material in connection therewith |
| **International Class(es):** | 041 - Primary Class |
| **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Des Moines Area Community College |
| **Owner Address:** | 2006 South Ankeny Blvd. Ankeny, IOWA UNITED STATES 50023 |
| **Legal Entity Type:** | non-profit corporation |
| **State or Country Where Organized:** | IOWA |

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | Matthew Coryell |
| **Attorney Primary Email Address:** | matt.coryell@dentons.com |
| **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Matthew Coryell DENTONS DAVIS BROWN 215 10TH STREET, STE. 1300 DES MOINES, IOWA United States 50309 |
| **Phone:** | 515-288-2500 |
| **Correspondent e-mail:** | matt.coryell@dentons.com angie.kenin@dentons.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 08, 2024 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Aug. 13, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 13, 2024 | PUBLISHED FOR OPPOSITION | |
| Jul. 24, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 05, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 03, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |

| Date | Event | Code |
|---|---|---|
| Jul. 02, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 02, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 24, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jun. 24, 2024 | NON-FINAL ACTION E-MAILED | |
| Jun. 24, 2024 | NON-FINAL ACTION WRITTEN | |
| Jun. 24, 2024 | ASSIGNED TO EXAMINER | 80804 |
| Jan. 10, 2024 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Jan. 09, 2024 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | SINGH, TEJBIR | **Law Office Assigned:** | LAW OFFICE 106 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | INTENT TO USE SECTION | **Date in Location:** | Oct. 08, 2024 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load