IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　　Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　　Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>　　　　Counterclaim Defendant. | Case No. 4:24-CV-00227-SMR-SBJ<br><br>**DEFENDANTS AND COUNTERCLAIM PLAINTIFFS DES MOINES AREA COMMUNITY COLLEGE AND DES MOINES AREA COMMUNITY COLLEGE FOUNDATION'S UNRESISTED MOTION TO EXTEND THE DEADLINE TO FILE AFFIDAVIT OF CERTIFICATION OF COMPLIANCE WITH PRELIMINARY INJUNCTION ORDER** |

　　　　Defendants and Counterclaim Plaintiffs Des Moines Area Community College ("DMACC") and Des Moines Area Community College Foundation ("DMACCF") (together "Defendants") hereby move to extend the deadline to file the Affidavit of Certification of Compliance with Preliminary Injunction Order from Monday, January 20 to Tuesday, January 21. In support of this motion, the Defendants state the following:

　　　　1.　　While Defendants believe Federal Rule of Civil Procedure 6(a)(3) extends the deadline due to Martin Luther King Jr. Day, Defendants file this motion out of an abundance of caution and to ensure compliance with this Court's Order at ECF 101 ("Defendants shall file []

status updates regarding compliance [with the preliminary injunction order] every Monday until it certifies that it is fully compliant with the terms of the preliminary injunction.").

2. Good cause exists to extend the deadline due to the federal holiday. Defendants understand the Clerk's office is closed on January 20.

3. Further, Defendants' customary notary public has the day off due to the holiday. Similarly, because January 20 is a bank holiday, there would be a limited number of notary publics available to notarize the required affidavit.

4. Defendants contacted Plaintiff on January 16, 2025, and Plaintiff does not oppose this motion.

WHEREFORE, Defendants respectfully request that the Court grant Defendants Unresisted Motion to Extend the Deadline to File the Affidavit of Certification of Compliance with Preliminary Injunction Order to Tuesday, January 21, 2025.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: January 16, 2025 | */s/ Cara S. Donels* |

R. Scott Johnson (#AT0004007)
Cara S. Donels (#AT0014198)
Erin M. Boggess (#AT0015950)
FREDRIKSON & BYRON, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA  50309-1977
Telephone:  (515) 242-8900
E-mail:  RSJohnson@fredlaw.com
           CDonels@fredlaw.com
           EBoggess@fredlaw.com

Laura L. Myers (Minn. #0387116)
(admitted *Pro Hac Vice*)
Luke P. de Leon (Minn. #0401756)
(admitted *Pro Hac Vice*)
FREDRIKSON & BYRON, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
Telephone:  (612) 492-7000
E-mail:  LMyers@fredlaw.com
           LdeLeon@fredlaw.com

***Attorneys for Defendants and Counterclaim Plaintiffs***

## CERTIFICATE OF SERVICE

      I hereby certify that on January 16, 2025, I electronically filed the *Defendants and Counterclaim Plaintiffs Des Moines Area Community College and Des Moines Area Community College Foundation's Unresisted Motion to Extend the Deadline to File Affidavit of Certification of Compliance with Preliminary Injunction Order* with the Clerk of Court using the CM/ECF system, who in turn sent notice to the following:

    Joshua J. Conley, Esq.
     jconley@zarleyconley.com
    John D. Gilbertson, Esq.
     jgilbertson@zarleyconley.com
    ZARLEYCONLEY PLC
    580 Market Street, Suite 101
    West Des Moines, IA  50266

    *Attorneys for Plaintiff and*
    *Counterclaim Defendant*

                                                  */s/ Erica Palmer*
                                                  Erica Palmer