## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　　Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　　Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>　　　　Counterclaim Defendant. | Case No. 4:24-CV-00227-SMR-SBJ<br><br>**DECLARATION OF B.J. MCGINN IN SUPPORT OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO INCREASE THE PRELIMINARY INJUNCTION BOND** |

I, B.J. McGinn, declare as follows:

1. I am the Director of Athletics at Des Moines Area Community College ("DMACC"). I make this declaration based on my own personal knowledge.

2. Basketball players and coaches keep their individual warm-up and travel gear at the end of their athletic season.

3. Because the players and coaches keep their travel and warm-up gear, the DMACC athletic department does not have extra, old gear available without the rebranded logo.

4.      The sports teams at DMACC receive new uniforms every three years and different sports teams are on different three-year cycles.

5.      After the DMACC athletic team receives new uniforms, it is standard practice for the DMACC athletic department to donate the existing uniforms. Therefore, DMACC does not retain old athletic uniforms after new ones are ordered and received.

6.      The DMACC basketball team's year for new uniforms was 2024. Therefore, the basketball team ordered new uniforms with DMACC's new, block-style "D" logo on the waistband of the uniforms.

7.      Once the DMACC men's basketball team received their new uniforms in fall of 2024, the old uniforms with a different logo were donated according to DMACC's standard practice. Thus, there are no longer any uniforms without the block-style "D" logo available for the players to play in.

8.      The standard practice when ordering basketball uniforms is to order full sets which includes both shorts and jerseys.

9.      After conferring with the men's head basketball coach, I was informed that our standard practice when ordering uniforms is to never order jersey tops and bottoms separately.

10.     Uniforms fade quickly and if the tops and bottoms are ordered at different times, the tops and bottoms will not match within a year.

11.     Further, the full sets need to be worn and washed together to ensure the tops do not fade faster than the bottoms (or vice versa) and that the tops and bottoms perfectly match.

12. Teams in the NJCAA are required to have a both a light-color and dark-color matching uniform set.

13. The reordered uniforms still have not arrived.

14. Erica Spiller and I discussed alternatives to reordering new engraved basketballs and new locker room stools.

15. All solutions proposed by Erica Spiller were either not possible or did not meet DMACC's expectations for their student-athletes' experience.

16. All the newly ordered uniforms, travel gear, and coaching gear are from the same vendor and of the same quality as the original merchandise purchased with the enjoined logo.

17. All of the new basketballs and locker room stools are from the same vendor and of the same quality as the original merchandise purchased with the enjoined logo.

18. If DMACC replaces the center logo on the Boone campus gym floor, DMACC must replace and refinish the entire gym floor.

19. If DMACC was just to sand down the center of the court and replace the center logo, that part of the court would be newer and slicker than the rest of the court.

20. This poses an injury risk to athletes sprinting up and down the court.

21. If the center is taken out of the gym floor, the entire gym floor must be recoated to ensure a consistent surface across the entire court.

22. The 24-hour cure time for the recoat relates to a small fraction of the entire process to replace the court, which includes sanding down the court, replacing the center logo, and refinishing the court.

23. Altogether, the process to replace a basketball court takes approximately one week to be completed properly if done quickly.

24. Attached hereto as **Exhibit A** is a true and correct copy of the white DMACC uniforms with the enjoined logo on the waistband of the uniforms.

25. Attached hereto as **Exhibit B** is a true and correct copy of a basketball bag with the enjoined logo.

26. Attached hereto as **Exhibit C** is a true and correct copy of a warm-up shirt with the enjoined logo.

27. Attached hereto as **Exhibit D** is a true and correct copy of travel pants with the enjoined logo.

28. Attached hereto as **Exhibit E** is a true and correct copy of a travel jacket with the enjoined logo.

29. Attached hereto as **Exhibit F** is a true and correct copy of a travel jacket with the enjoined logo.

30. Attached hereto as **Exhibit G** is a true and correct copy of a basketball gear invoices purchased before the preliminary injunction.

31. Attached hereto as **Exhibit H** is a true and correct copy of an engraved basketball with the enjoined logo.

32. Attached hereto as **Exhibit I** is a true and correct copy of the basketball stools with the enjoined logo.

33. Attached hereto as **<u>Exhibit J</u>** is a true and correct copy of the basketball invoice purchased before the preliminary injunction.

34. Attached hereto as **<u>Exhibit K</u>** is a true and correct copy of a basketball stool invoice purchased before the preliminary injunction.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of January, 2025.

*s/B.J. McGinn*  
B.J. McGinn

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, I electronically filed the *Declaration of B.J. McGinn in Support of Defendants and Counterclaim Plaintiffs' Reply Brief in Support of Their Motion to Increase the Preliminary Bond* with the Clerk of Court using the CM/ECF system, who in turn sent notice to the following:

    Joshua J. Conley, Esq.
     jconley@zarleyconley.com
    John D. Gilbertson, Esq.
     jgilbertson@zarleyconley.com
    ZARLEYCONLEY PLC
    580 Market Street, Suite 101
    West Des Moines, IA  50266

    *Attorneys for Plaintiff and Counterclaim Defendant*

    */s/ Erica Palmer*
    Erica Palmer