# **<u>EXHIBIT A</u>**



### #2 DMACC vs Grand View University JV

Watch >

Uploaded: Nov 15, 2024 · 564 Views · 7 Likes