# **<u>EXHIBIT F</u>**

