# EXHIBIT G



# Invoice Number
## 926842518
**Due Date: 10/13/2024**

**Contact Us:**
1-800-227-7404
www.bsnsports.com

*Make check payable to:*
**BSN SPORTS LLC**
**P.O. Box 841393**
**Dallas, TX 75284-1393**

**PO Number: DMACC MBB backpacks**
Order Number: 308777708
Terms: NT30
Invoice Date: 09/13/2024

**Customer #:** 1111291
**Bill To:** DES MOINES AREA COMMUNITY COLLEGE
Attn: Blake Sandquist
1125 HANCOCK DR
BOONE IA  50036-5326

**Ship To:** DES MOINES AREA COMMUNITY COLLEGE
Attn: Blake Sandquist
1125 HANCOCK DR
BOONE IA  50036-5326

| Item Number | Item Description | Material | Color/Team/Size | Qty/UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| LETTERWOE | LWO External Decoration | LETTERWOE | | 22 EA | 7.95 | 174.90 |
| NKDX9786 | HOOPS ELT BACKPACK ROY/BLK OSFA | NKDX97864801SZ | 480 - ROY/BLK OSFA | 22 EA | 60.90 | 1,339.80 |

**Thank you for your order. This invoice completes your purchase order.**
All BSN purchases have an extended 60-day return policy. You can return items up to 60 days after the date of shipment
For realtime order status and tracking information go to www.bsnsports.com

**IMPORTANT NOTE ABOUT OUR INVOICES**

**To better service your account, please include invoice numbers on your remittance**

**Invoice #** 926842518
**Customer #:** 1111291
**Due Date:** 10/13/2024

| Merchandise Sub Total | Other | Freight | Sales Tax | Invoice Total | Payment/Credit Applied | Total Invoice Amount Due |
|---|---|---|---|---|---|---|
| $1,514.70 | $0.00 | $86.64 | $0.00 | $1,601.34 | $0.00 | $1,601.34 |

BSN SPORTS Terms and Conditions apply to all of your orders with us and our affiliates. At any time, these terms and conditions can be found at www.bsnsports.com\terms
**Past due balances are subject to a finance charge of 1.5% per month or the highest rate permitted by applicable law, whichever is lower.**
BSN SPORTS accepts payments by check, credit card, ACH or wire.
If you need a copy of an invoice, please call 1-800-227-7404.

Page 1 of 1



# Invoice Number
## 926483851
Due Date: 09/19/2024

**Contact Us:**
1-800-227-7404
www.bsnsports.com

*Make check payable to:*
**BSN SPORTS LLC**
**P.O. Box 841393**
**Dallas, TX 75284-1393**

**PO Number: DMACC MBB coaching**
Order Number: 308800565
Terms: NT30
Invoice Date: 08/20/2024

Customer #: 1111291

**Bill To:** DES MOINES AREA COMMUNITY COLLEGE
Attn: Blake Sandquist
1125 HANCOCK DR
BOONE IA  50036-5326

**Ship To:** DES MOINES AREA COMMUNITY COLLEGE
Attn: Blake Sandquist
1125 HANCOCK DR
BOONE IA  50036-5326

| Item Number | Item Description | Material | Color/Team/Size | Qty/UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| NKFV3545 | PKT PLAYER SHORT BLK/WHT XLG | NKFV3545011XLG | 011 - BLK/WHT XLG | 1 EA | 42.25 | 42.25 |
| NKDJ8528 | W TEMPO LUXE SHORT ROYAL MED | NKDJ8528494MEDDS | 494 - ROYAL - D MED | 1 EA | 26.00 | 26.00 |
| NKDJ8528 | W TEMPO LUXE SHORT UNIV RED MED | NKDJ8528658MEDDS | 658 - UNIV RED MED | 1 EA | 26.00 | 26.00 |
| NKFQ1883 | TECH FLC FZ HOODIE BLACK LRG | NKFQ1883010LRG | 010 - BLACK LRG | 1 EA | 94.25 | 94.25 |
| NKFQ1884 | TECH FLEECE JOGGER BLACK LRG | NKFQ1884010LRG | 010 - BLACK LRG | 1 EA | 81.25 | 81.25 |
| NKFV3545 | PKT PLAYER SHORT ROY/WHT XLG | NKFV3545493XLG | 493 - ROY/WHT XLG | 1 EA | 42.25 | 42.25 |

**Thank you for your order. This invoice completes your purchase order.**

All BSN purchases have an extended 60-day return policy. You can return items up to 60 days after the date of shipment
For realtime order status and tracking information go to www.bsnsports.com

**IMPORTANT NOTE ABOUT OUR INVOICES**

**To better service your account, please include invoice numbers on your remittance**

Invoice # 926483851
Customer #:1111291
Due Date: 09/19/2024

| Merchandise Sub Total | Other | Freight | Sales Tax | Invoice Total | Payment/Credit Applied | Total Invoice Amount Due |
|---|---|---|---|---|---|---|
| $312.00 | $0.00 | $17.94 | $0.00 | $329.94 | $0.00 | $329.94 |

BSN SPORTS Terms and Conditions apply to all of your orders with us and our affiliates. At any time, these terms and conditions can be found at www.bsnsports.com\terms
**Past due balances are subject to a finance charge of 1.5% per month or the highest rate permitted by applicable law, whichever is lower.**
BSN SPORTS accepts payments by check, credit card, ACH or wire.
If you need a copy of an invoice, please call 1-800-227-7404.

Page 1  of  1



# Invoice Number
## 926256458
Due Date: 08/29/2024

**Contact Us:**
1-800-227-7404
www.bsnsports.com

*Make check payable to:*
**BSN SPORTS LLC**
**P.O. Box 841393**
**Dallas, TX 75284-1393**

**PO Number: DMACC MBB jerseys 24**
Order Number: 308789079
Terms: NT30
Invoice Date: 07/30/2024

Customer #: 1111291

**Bill To:** DES MOINES AREA COMMUNITY COLLEGE
Attn: Blake Sandquist
1125 HANCOCK DR
BOONE IA  50036-5326

**Ship To:** DES MOINES AREA COMMUNITY COLLEGE
Attn: Blake Sandquist
1125 HANCOCK DR
BOONE IA  50036-5326

| Item Number | Item Description | Material | Color/Team/Size | Qty/UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| NSPCL0385692 | MEN'S NIKE DIGITAL DRI-FIT ELITE POWER J | NSPCL0385692MED | | 4 EA | 63.75 | 255.00 |
| NSPCL0385692 | MEN'S NIKE DIGITAL DRI-FIT ELITE POWER J | NSPCL0385692LRG | | 9 EA | 63.75 | 573.75 |
| NSPCL0385692 | MEN'S NIKE DIGITAL DRI-FIT ELITE POWER J | NSPCL0385692XLG | | 5 EA | 63.75 | 318.75 |
| NSPCL0385693 | MEN'S NIKE DIGITAL DRI-FIT ELITE POWER S | NSPCL0385693SML | | 1 EA | 63.75 | 63.75 |
| NSPCL0385693 | MEN'S NIKE DIGITAL DRI-FIT ELITE POWER S | NSPCL0385693MED | | 6 EA | 63.75 | 382.50 |
| NSPCL0385693 | MEN'S NIKE DIGITAL DRI-FIT ELITE POWER S | NSPCL0385693LRG | | 8 EA | 63.75 | 510.00 |
| NSPCL0385693 | MEN'S NIKE DIGITAL DRI-FIT ELITE POWER S | NSPCL0385693XLG | | 4 EA | 63.75 | 255.00 |

**Thank you for your order. This invoice completes your purchase order.**
All BSN purchases have an extended 60-day return policy. You can return items up to 60 days after the date of shipment
For realtime order status and tracking information go to www.bsnsports.com

**IMPORTANT NOTE ABOUT OUR INVOICES**

We know smooth processing of our invoice is important to you. If you have any questions about this invoice, please call your Accounts Receivable Service Representative (800-227-7404). We will be happy to answer your questions. Please remember to include our invoice number on your payment remittance so we can properly apply your payment to your account. Enjoy the benefits of online access. To enroll online or pay as a guest, go to www.BSNBilling.com.

**Thank you for your business.**

**To better service your account, please include invoice numbers on your remittance**

**Invoice #   926256458**
**Due Date: 08/29/2024**

Customer #:1111291

| Merchandise Sub Total | Other | Freight | Sales Tax | Invoice Total | Payment/Credit Applied | Total Invoice Amount Due |
|---|---|---|---|---|---|---|
| $2,358.75 | $0.00 | $120.97 | $0.00 | $2,479.72 | $0.00 | $2,479.72 |

BSN SPORTS Terms and Conditions apply to all of your orders with us and our affiliates. At any time, these terms and conditions can be found at www.bsnsports.com\terms
**Past due balances are subject to a finance charge of 1.5% per month or the highest rate permitted by applicable law, whichever is lower.**
BSN SPORTS accepts payments by check, credit card, ACH or wire.
If you need a copy of an invoice, please call 1-800-227-7404.



# Invoice Number
## 926546049
Due Date: 09/22/2024

**Contact Us:**
1-800-227-7404
www.bsnsports.com

*Make check payable to:*
**BSN SPORTS LLC**
**P.O. Box 841393**
**Dallas, TX 75284-1393**

**PO Number:** DMACC MBB mgr polos
Order Number: 309028421
Terms: NT30
Invoice Date: 08/23/2024

Customer #: 1111291
Bill To: DES MOINES AREA COMMUNITY COLLEGE
1125 HANCOCK DR
BOONE IA  50036-5326

Ship To: DES MOINES AREA COMMUNITY COLLEGE
Attn: Blake Sandquist
1125 HANCOCK DR
BOONE IA  50036-5326

| Item Number | Item Description | Material | Color/Team/Size | Qty/UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| NKCI4470 | DRY FRANCHISE POLO BLACK SML | NKCI4470010SML | 010 - BLACK SML | 2 EA | 27.30 | 54.60 |
| NKCI4470 | DRY FRANCHISE POLO WHITE SML | NKCI4470100SML | 100 - WHITE SML | 2 EA | 27.30 | 54.60 |
| NKCI4470 | DRY FRANCHISE POLO ROYAL SML | NKCI4470480SML | 480 - ROYAL SML | 2 EA | 27.30 | 54.60 |
| LETTERWOE | LWO External Decoration | LETTERWOE | | 6 EA | 8.95 | 53.70 |

**Thank you for your order. This invoice completes your purchase order.**
All BSN purchases have an extended 60-day return policy. You can return items up to 60 days after the date of shipment
For realtime order status and tracking information go to www.bsnsports.com

**IMPORTANT NOTE ABOUT OUR INVOICES**

**To better service your account, please include invoice numbers on your remittance**

**Invoice #  926546049**
Customer #:1111291
**Due Date: 09/22/2024**

| Merchandise Sub Total | Other | Freight | Sales Tax | Invoice Total | Payment/Credit Applied | Total Invoice Amount Due |
|---|---|---|---|---|---|---|
| $217.50 | $0.00 | $14.95 | $0.00 | $232.45 | $0.00 | $232.45 |

BSN SPORTS Terms and Conditions apply to all of your orders with us and our affiliates. At any time, these terms and conditions can be found at www.bsnsports.com\terms
**Past due balances are subject to a finance charge of 1.5% per month or the highest rate permitted by applicable law, whichever is lower.**
BSN SPORTS accepts payments by check, credit card, ACH or wire.
If you need a copy of an invoice, please call 1-800-227-7404.



# Invoice Number
## 927139456
Due Date: 11/01/2024

**Contact Us:**
1-800-227-7404
www.bsnsports.com

*Make check payable to:*
**BSN SPORTS LLC**
**P.O. Box 841393**
**Dallas, TX 75284-1393**

**PO Number:** DMACC MBB practice j
Order Number: 309217135
Terms: NT30
Invoice Date: 10/02/2024

Customer #: 1111291

**Bill To:** DES MOINES AREA COMMUNITY COLLEGE
Attn: Blake Sandquist
1125 HANCOCK DR
BOONE IA  50036-5326

**Ship To:** DES MOINES AREA COMMUNITY COLLEGE
Attn: Blake Sandquist
1125 HANCOCK DR
BOONE IA  50036-5326

| Item Number | Item Description | Material | Color/Team/Size | Qty/UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| NKDN5269 | YOUTH DISH JERSEY ROY/WHT SML | NKDN5269494SML | 494 - ROY/WHT SML | 2 EA | 18.00 | 36.00 |
| NKDN5269 | YOUTH DISH JERSEY ROY/WHT MED | NKDN5269494MED | 494 - ROY/WHT MED | 4 EA | 18.00 | 72.00 |
| NKDN5269 | YOUTH DISH JERSEY ROY/WHT LRG | NKDN5269494LRG | 494 - ROY/WHT LRG | 1 EA | 18.00 | 18.00 |
| LETTERWOE | LWO External Decoration | LETTERWOE | | 7 EA | 35.75 | 250.25 |

**Thank you for your order. This invoice completes your purchase order.**

All BSN purchases have an extended 60-day return policy. You can return items up to 60 days after the date of shipment
For realtime order status and tracking information go to www.bsnsports.com

**IMPORTANT NOTE ABOUT OUR INVOICES**

**To better service your account, please include invoice numbers on your remittance**

Customer #:1111291

**Invoice #** 927139456
**Due Date:** 11/01/2024

| Merchandise Sub Total | Other | Freight | Sales Tax | Invoice Total | Payment/Credit Applied | Total Invoice Amount Due |
|---|---|---|---|---|---|---|
| $376.25 | $0.00 | $21.63 | $0.00 | $397.88 | $0.00 | $397.88 |

BSN SPORTS Terms and Conditions apply to all of your orders with us and our affiliates. At any time, these terms and conditions can be found at www.bsnsports.com\terms
**Past due balances are subject to a finance charge of 1.5% per month or the highest rate permitted by applicable law, whichever is lower.**
BSN SPORTS accepts payments by check, credit card, ACH or wire.
If you need a copy of an invoice, please call 1-800-227-7404.



# Invoice Number
# 926354597
Due Date: 09/07/2024

**Contact Us:**
**1-800-227-7404**
www.bsnsports.com

*Make check payable to:*
**BSN SPORTS LLC**
**P.O. Box 841393**
**Dallas, TX 75284-1393**

**PO Number: DMACC MBB practice j**
Order Number: 308828956
Terms: NT30
Invoice Date: 08/08/2024

Customer #: 1111291
Bill To: DES MOINES AREA COMMUNITY COLLEGE
Attn: Blake Sandquist
1125 HANCOCK DR
BOONE IA  50036-5326

Ship To: DES MOINES AREA COMMUNITY COLLEGE
Attn: Blake Sandquist
1125 HANCOCK DR
BOONE IA  50036-5326

| Item Number | Item Description | Material | Color/Team/Size | Qty/UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| NKCQ4362 | PRACTICE JERSEY 2 BLK/WHT SML | NKCQ4362012SML | 012 - BLK/WHT SML | 1 EA | 20.80 | 20.80 |
| NKCQ4362 | PRACTICE JERSEY 2 BLK/WHT MED | NKCQ4362012MED | 012 - BLK/WHT MED | 6 EA | 20.80 | 124.80 |
| NKCQ4362 | PRACTICE JERSEY 2 BLK/WHT LRG | NKCQ4362012LRG | 012 - BLK/WHT LRG | 7 EA | 20.80 | 145.60 |
| NKCQ4362 | PRACTICE JERSEY 2 BLK/WHT XLG | NKCQ4362012XLG | 012 - BLK/WHT XLG | 7 EA | 20.80 | 145.60 |
| LETTERWOE | LWO External Decoration | LETTERWOE | | 21 EA | 24.00 | 504.00 |

**Thank you for your order. This invoice completes your purchase order.**
All BSN purchases have an extended 60-day return policy. You can return items up to 60 days after the date of shipment
For realtime order status and tracking information go to www.bsnsports.com

**IMPORTANT NOTE ABOUT OUR INVOICES**

We know smooth processing of our invoice is important to you. If you have any questions about this invoice, please call your Accounts Receivable Service Representative (800-227-7404). We will be happy to answer your questions. Please remember to include our invoice number on your payment remittance so we can properly apply your payment to your account. Enjoy the benefits of online access. To enroll online or pay as a guest, go to www.BSNBilling.com.

**Thank you for your business.**

**To better service your account, please include invoice numbers on your remittance**

Customer #: 1111291

Invoice #  926354597
Due Date: 09/07/2024

| Merchandise Sub Total | Other | Freight | Sales Tax | Invoice Total | Payment/Credit Applied | Total Invoice Amount Due |
|---|---|---|---|---|---|---|
| $940.80 | $0.00 | $25.12 | $0.00 | $965.92 | $0.00 | $965.92 |

BSN SPORTS Terms and Conditions apply to all of your orders with us and our affiliates. At any time, these terms and conditions can be found at www.bsnsports.com\terms
**Past due balances are subject to a finance charge of 1.5% per month or the highest rate permitted by applicable law, whichever is lower.**
BSN SPORTS accepts payments by check, credit card, ACH or wire.
If you need a copy of an invoice, please call 1-800-227-7404.



# Invoice Number
## 925952209
**Due Date: 07/22/2024**

**Contact Us:**
**1-800-227-7404**
www.bsnsports.com

*Make check payable to:*
**BSN SPORTS LLC**
**P.O. Box 841393**
**Dallas, TX 75284-1393**

**PO Number: DMACC MBB practices**
Order Number: 308817248
Terms: NT30
Invoice Date: 06/22/2024

**Customer #:** 1111291
**Bill To:** DES MOINES AREA COMMUNITY COLLEGE
Attn: Blake Sandquist
1125 HANCOCK DR
BOONE IA  50036-5326

**Ship To:** DES MOINES AREA COMMUNITY COLLEGE
Attn: Blake Sandquist
1125 HANCOCK DR
BOONE IA  50036-5326

| Item Number | Item Description | Material | Color/Team/Size | Qty/UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| NKDZ4810 | PICK PRACT SHORT BLK/WHT SML | NKDZ4810012SML | 012 - BLK/WHT SML | 5 EA | 20.80 | 104.00 |
| NKDZ4810 | PICK PRACT SHORT BLK/WHT MED | NKDZ4810012MED | 012 - BLK/WHT MED | 12 EA | 20.80 | 249.60 |
| NKDZ4810 | PICK PRACT SHORT BLK/WHT LRG | NKDZ4810012LRG | 012 - BLK/WHT LRG | 12 EA | 20.80 | 249.60 |
| NKDZ4810 | PICK PRACT SHORT BLK/WHT XLG | NKDZ4810012XLG | 012 - BLK/WHT XLG | 5 EA | 20.80 | 104.00 |

**Thank you for your order. This invoice completes your purchase order.**
All BSN purchases have an extended 60-day return policy. You can return items up to 60 days after the date of shipment
For realtime order status and tracking information go to www.bsnsports.com

**IMPORTANT NOTE ABOUT OUR INVOICES**

We know smooth processing of our invoice is important to you. If you have any questions about this invoice, please call your Accounts Receivable Service Representative (800-227-7404). We will be happy to answer your questions. Please remember to include our invoice number on your payment remittance so we can properly apply your payment to your account. Enjoy the benefits of online access. To enroll online or pay as a guest, go to www.BSNBilling.com.

**Thank you for your business.**

**To better service your account, please include invoice numbers on your remittance**

**Customer #:** 1111291
**Invoice #** 925952209
**Due Date:** 07/22/2024

| Merchandise Sub Total | Other | Freight | Sales Tax | Invoice Total | Payment/Credit Applied | Total Invoice Amount Due |
|---|---|---|---|---|---|---|
| $707.20 | $0.00 | $35.36 | $0.00 | $742.56 | $0.00 | $742.56 |

BSN SPORTS Terms and Conditions apply to all of your orders with us and our affiliates. At any time, these terms and conditions can be found at www.bsnsports.com\terms
**Past due balances are subject to a finance charge of 1.5% per month or the highest rate permitted by applicable law, whichever is lower.**
BSN SPORTS accepts payments by check, credit card, ACH or wire.
If you need a copy of an invoice, please call 1-800-227-7404.

Page 1   of   1



# Invoice Number
## 926270015
Due Date: 08/30/2024

**Contact Us:**
1-800-227-7404
www.bsnsports.com

*Make check payable to:*
**BSN SPORTS LLC**
**P.O. Box 841393**
**Dallas, TX 75284-1393**

**PO Number: DMACC MBB royal jers**
Order Number: 308799701
Terms: NT30
Invoice Date: 07/31/2024

Customer #: 1111291
Bill To: DES MOINES AREA COMMUNITY COLLEGE
Attn: Blake Sandquist
1125 HANCOCK DR
BOONE IA  50036-5326

Ship To: DES MOINES AREA COMMUNITY COLLEGE
Attn: Blake Sandquist
1125 HANCOCK DR
BOONE IA  50036-5326

| Item Number | Item Description | Material | Color/Team/Size | Qty/UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| NSPCL0386323 | MEN'S NIKE DIGITAL DRI-FIT ELITE POWER J | NSPCL0386323LRG | | 9 EA | 63.75 | 573.75 |
| NSPCL0386323 | MEN'S NIKE DIGITAL DRI-FIT ELITE POWER J | NSPCL0386323MED | | 4 EA | 63.75 | 255.00 |
| NSPCL0386323 | MEN'S NIKE DIGITAL DRI-FIT ELITE POWER J | NSPCL0386323XLG | | 5 EA | 63.75 | 318.75 |
| NSPCL0386324 | MEN'S NIKE DIGITAL DRI-FIT ELITE POWER S | NSPCL0386324SML | | 1 EA | 63.75 | 63.75 |
| NSPCL0386324 | MEN'S NIKE DIGITAL DRI-FIT ELITE POWER S | NSPCL0386324LRG | | 8 EA | 63.75 | 510.00 |
| NSPCL0386324 | MEN'S NIKE DIGITAL DRI-FIT ELITE POWER S | NSPCL0386324MED | | 6 EA | 63.75 | 382.50 |
| NSPCL0386324 | MEN'S NIKE DIGITAL DRI-FIT ELITE POWER S | NSPCL0386324XLG | | 4 EA | 63.75 | 255.00 |

**Thank you for your order. This invoice completes your purchase order.**
All BSN purchases have an extended 60-day return policy. You can return items up to 60 days after the date of shipment
For realtime order status and tracking information go to www.bsnsports.com

**IMPORTANT NOTE ABOUT OUR INVOICES**

We know smooth processing of our invoice is important to you. If you have any questions about this invoice, please call your Accounts Receivable Service Representative (800-227-7404). We will be happy to answer your questions. Please remember to include our invoice number on your payment remittance so we can properly apply your payment to your account. Enjoy the benefits of online access. To enroll online or pay as a guest, go to www.BSNBilling.com.

**Thank you for your business.**

**To better service your account, please include invoice numbers on your remittance**

Customer #:1111291
Invoice # 926270015
Due Date: 08/30/2024

| Merchandise Sub Total | Other | Freight | Sales Tax | Invoice Total | Payment/Credit Applied | Total Invoice Amount Due |
|---|---|---|---|---|---|---|
| $2,358.75 | $0.00 | $120.97 | $0.00 | $2,479.72 | $0.00 | $2,479.72 |

BSN SPORTS Terms and Conditions apply to all of your orders with us and our affiliates. At any time, these terms and conditions can be found at www.bsnsports.com\terms
**Past due balances are subject to a finance charge of 1.5% per month or the highest rate permitted by applicable law, whichever is lower.**
BSN SPORTS accepts payments by check, credit card, ACH or wire.
If you need a copy of an invoice, please call 1-800-227-7404.

# Invoice Number
## 927117663
**Due Date: 10/31/2024**

**Contact Us:**
1-800-227-7404
www.bsnsports.com

*Make check payable to:*
**BSN SPORTS LLC**
**P.O. Box 841393**
**Dallas, TX 75284-1393**

**PO Number:** DMACC MBB travel gea
Order Number: 308880490
Terms: NT30
Invoice Date: 10/01/2024

**Customer #:** 1111291
**Bill To:** DES MOINES AREA COMMUNITY COLLEGE
Attn: Blake Sandquist
1125 HANCOCK DR
BOONE IA  50036-5326

**Ship To:** DES MOINES AREA COMMUNITY COLLEGE
Attn: Blake Sandquist
1125 HANCOCK DR
BOONE IA  50036-5326

| Item Number | Item Description | Material | Color/Team/Size | Qty/UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| NKFQ5378 | MJ SHWTM HOODIE FZ BLACK SML | NKFQ5378010SML | 010 - BLACK SML | 4 EA | 61.75 | 247.00 |
| NKFQ5378 | MJ SHWTM HOODIE FZ BLACK MED | NKFQ5378010MED | 010 - BLACK MED | 4 EA | 61.75 | 247.00 |
| NKFQ5378 | MJ SHWTM HOODIE FZ BLACK LRG | NKFQ5378010LRG | 010 - BLACK LRG | 8 EA | 61.75 | 494.00 |
| NKFQ5378 | MJ SHWTM HOODIE FZ BLACK XLG | NKFQ5378010XLG | 010 - BLACK XLG | 6 EA | 61.75 | 370.50 |
| NKFQ5378 | MJ SHWTM HOODIE FZ BLACK XXL | NKFQ5378010XXL | 010 - BLACK XXL | 2 EA | 61.75 | 123.50 |
| NKFQ5380 | MJ SHOWTIME PANT BLACK SML | NKFQ5380010SML | 010 - BLACK SML | 3 EA | 52.00 | 156.00 |
| NKFQ5380 | MJ SHOWTIME PANT BLACK MED | NKFQ5380010MED | 010 - BLACK MED | 5 EA | 52.00 | 260.00 |
| NKFQ5380 | MJ SHOWTIME PANT BLACK LRG | NKFQ5380010LRG | 010 - BLACK LRG | 9 EA | 52.00 | 468.00 |
| NKFQ5380 | MJ SHOWTIME PANT BLACK XLG | NKFQ5380010XLG | 010 - BLACK XLG | 5 EA | 52.00 | 260.00 |
| NKFQ5380 | MJ SHOWTIME PANT BLACK XXL | NKFQ5380010XXL | 010 - BLACK XXL | 1 EA | 52.00 | 52.00 |
| NKFQ5380 | MJ SHOWTIME PANT BLACK 2LT | NKFQ53800102LT | 010 - BLACK 2LT | 1 EA | 52.00 | 52.00 |
| LETTERWOE | LWO External Decoration | LETTERWOE | | 48 EA | 7.95 | 381.60 |

**Thank you for your order. This invoice completes your purchase order.**

All BSN purchases have an extended 60-day return policy. You can return items up to 60 days after the date of shipment
For realtime order status and tracking information go to www.bsnsports.com

**IMPORTANT NOTE ABOUT OUR INVOICES**

**To better service your account, please include invoice numbers on your remittance**

**Invoice #  927117663**
**Customer #:1111291**
**Due Date: 10/31/2024**

| Merchandise Sub Total | Other | Freight | Sales Tax | Invoice Total | Payment/Credit Applied | Total Invoice Amount Due |
|---|---|---|---|---|---|---|
| $3,111.60 | $0.00 | $156.98 | $0.00 | $3,268.58 | $0.00 | $3,268.58 |

BSN SPORTS Terms and Conditions apply to all of your orders with us and our affiliates. At any time, these terms and conditions can be found at www.bsnsports.com\terms
**Past due balances are subject to a finance charge of 1.5% per month or the highest rate permitted by applicable law, whichever is lower.**
BSN SPORTS accepts payments by check, credit card, ACH or wire.
If you need a copy of an invoice, please call 1-800-227-7404.

Page 1   of   1