# **<u>EXHIBIT H</u>**

