# **<u>EXHIBIT I</u>**

