# EXHIBIT J



# IOWA SPORTS SUPPLY

3121 Capital Way
Cedar Falls, IA 50613
(319) 268-0125
www.iowasports.com

**INVOICE #53826**

**08/19/2024**

| | |
|---|---|
| Customer Name: | DMACC BASKETBALL |
| Order Date: | 06/19/2024 |
| Order Type: | Team |
| Salesperson: | Brian Ricke |
| Project: | BASKETBALL FILE |

**Bill to:**
DMACC BASKETBALL
1125 HANCOCK DR
BOONE, IA 50036

ATTN: BLAKE SANDQUIST/BASKETBALL

**Ship to:**
DMACC BASKETBALL
1125 HANCOCK DR
BOONE, IA 50036

ATTN: BLAKE SANDQUIST/BASKETBALL

**Terms:**
DUE IN 15 DAYS

SHIPPING: DELIVERY
PHONE: 515-201-2080

| Qty | SKU | Description | Manufacturer | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 20 | 762257 | LASER ENGRAVE LEGACY BASKETBALL 29.5" | SPALDING | 76.00 | 1520.00 |
| --- | | | | | |

| | |
|---|---|
| Item Total: | 1520.00 |
| Plus Shipping: | 46.50 |
| Invoice Total: | 1566.50 |
| Less Total Payments Received: | 0.00 |
| **Total Due:** | **1566.50** |



BP250873
mbball  6323
James Hurly
Approver  Acct #