# EXHIBIT K



**INVOICE #53804**

**06/20/2024**

3121 Capital Way  
Cedar Falls, IA 50613  
(319) 268-0125  
www.iowasports.com

| | |
|---|---|
| **Customer Name:** | DMACC BASKETBALL |
| **Order Date:** | 06/17/2024 |
| **Order Type:** | Team |
| **Salesperson:** | Brian Ricke |
| **Project:** | BASKETBALL FILE |

**Bill to:**  
**DMACC BASKETBALL**  
1125 HANCOCK DR  
BOONE, IA 50036  

**ATTN:** BLAKE SANDQUIST/BASKETBALL

**Ship to:**  
**DMACC BASKETBALL**  
1125 HANCOCK DR  
BOONE, IA 50036  

**ATTN:** BLAKE SANDQUIST/BASKETBALL

**Terms:**  
**DUE IN 15 DAYS**

**SHIPPING: DROP SHIP**  
**PHONE: 515-201-2080**

| Qty | SKU | Description | Manufacturer | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 24 | STL1000DP | CUSTOM PRINTED STOOL | FISHER | 68.00 | 1632.00 |
| --- | | **Product Color:** CUSTOM BLACK | | | |

| | |
|---|---|
| Item Total: | **1632.00** |
| Plus Shipping: | **260.00** |
| Invoice Total: | **1892.00** |
| Less Total Payments Received: | **0.00** |
| **Total Due:** | **1892.00** |