# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>  Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>  Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>  Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>  Counterclaim Defendant. | Case No. 4:24-CV-00227-SMR-SBJ<br><br>**DECLARATION OF ERICA SPILLER IN SUPPORT OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO INCREASE THE PRELIMINARY INJUNCTION BOND** |

I, Erica Spiller, declare as follows:

1. I am the Vice President of Student Affairs at Des Moines Area Community College ("DMACC"). I make this declaration based on my own personal knowledge.

2. I proposed the DMACC athletic department use other leather, padded chairs I saw at the Boone Campus athletic Facilities rather than order new basketball stools for the men's basketball locker room.

3. Athletic Director B.J. McGinn indicated the leather, padded chairs were game chairs and therefore could not be used in the locker room.

4. I am firmly against any actions that could harm the DMACC student experience.

5. Student athletes are entitled to expect a certain collegiate experience, which includes the facilities they use and the clothes they wear, that they could have come to expect from recruiting visits or visits to any of DMACC's campuses or centers.

6. When the preliminary injunction order issued, DMACC understood that the basketball uniform shorts (with the enjoined "D" on the waistband) could not be used anymore and took steps to replace the shorts. DMACC did not believe it would be in compliance simply by rolling the shorts; to date, I am only aware that Drake has approved rolling the shorts as a temporary solution until the shorts can be replaced.

7. DMACC staff has used more temporary or less attractive solutions, including putting electrical tape over parts of the Boone campus mural.

8. I am deeply disappointed that the Plaintiff—a college itself—would ask us to deprive our students of their athletic experience and jeopardize our students' safety while playing college sports.

9. DMACC contracts with Follett to operate its on-campus bookstore.

10. DMACC staff informed me that the agreement between DMACC and Follett obligates DMACC to repay Follett for any merchandise pre-purchased and stocked in the bookstore if DMACC changes its logo without prior notice to Follett.

11. DMACC budgeted and purchased giveaways which were intended to be used in the 2024 fiscal year.

12. DMACC was unable to distribute the giveaways as planned due to the preliminary injunction.

13. Some of DMACC's recruiting materials have dates or statistics that get updated yearly.

14. Attached hereto as **Exhibit L** is a true and correct copy of an email from Philip Hemming at BSN Sports confirming the new uniforms may not arrive until mid-January.

15. Attached hereto as **Exhibit M** is a true and correct copy of images of me covering block-style "Ds" with electrical tape.

16. Attached hereto as **Exhibit N** is a true and correct copy of the cost for the continuing education postcard reprint with notes from Tim Smith, DMACC's account representative at Mittera, identifying the breakdown of the recycling fee.

17. Attached hereto as **Exhibit O** is a true and correct copy of an email I sent to DMACC staff to confirm that the admissions brochure invoice is in fact reflective of a replacement cost.

18. Attached hereto as **Exhibit P** is a true and correct copy of an English viewbook with the enjoined logo.

19. Attached hereto as **Exhibit Q** is a true and correct copy of a Spanish viewbook with the enjoined logo.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of January, 2025.

*s/Erica Spiller*
Erica Spiller

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2025, I electronically filed the *Declaration of Erica Spiller in Support of Defendants and Counterclaim Plaintiffs' Reply Brief in Support of Their Motion to Increase the Preliminary Bond* with the Clerk of Court using the CM/ECF system, who in turn sent notice to the following:

    Joshua J. Conley, Esq.
     jconley@zarleyconley.com
    John D. Gilbertson, Esq.
     jgilbertson@zarleyconley.com
    ZARLEYCONLEY PLC
    580 Market Street, Suite 101
    West Des Moines, IA  50266

    *Attorneys for Plaintiff and Counterclaim Defendant*

    */s/ Erica Palmer*
    Erica Palmer

4