# EXHIBIT L

**Palmer, Erica**

| | |
|---|---|
| **From:** | McGinn, BJ J <bjmcginn@dmacc.edu> |
| **Sent:** | Monday, December 2, 2024 11:03 AM |
| **To:** | Spiller, Erica L |
| **Subject:** | FW: uniform update |

Erica-

Erica-

This order show the order being placed on 10/4/24 / ship date of 12/14/2024. Arrival to the college mid-January.

This is from the vendor.

BJ

**From:** Sandquist, Blake M <bmsandquist@dmacc.edu>
**Sent:** Monday, December 2, 2024 11:00 AM
**To:** McGinn, BJ J <bjmcginn@dmacc.edu>
**Subject:** Fw: uniform update

I don't know if this helps or not?

**Blake Sandquist**
Head Men's Basketball Coach
Academic Advisor
DMACC Boone Campus
E :: bmsandquist@dmacc.edu
O :: 515-433-5213
1125 Hancock Dr, Boone, IA 50036
Calendly.com/bmsandquist | dmacc.edu

**From:** Philip Hemming <phemming@bsnsports.com>
**Sent:** Monday, December 2, 2024 10:58 AM
**To:** Sandquist, Blake M <bmsandquist@dmacc.edu>
**Subject:** uniform update

*The e-mail below is from an external source to DMACC. Please do not open attachments or click links from an unknown or suspicious origin. If you believe this message is malicious in nature, please report it by using the Phish Alert button.*

Blake – the fill-in uniforms you ordered on 10/4, have an anticipated ship date from Nike Team Sports of 12/14/24. This is a ship date from overseas – not an in-hands date. Once these uniforms ship – these have to process through United State Customs before delivery. This process during the holiday season can take anywhere from 2-4 weeks – meaning that your uniforms may not land to you until Mid-January. Once Nike ships the uniforms

1

we will be provided tracking. But that tracking information will not be updated for accurate delivery until they process through US customs.

| 0309434459 | 10/4/2024 | 7007036009 | 7060557 | 0001111291 | DES MOINES AREA COMMUNITY COLLEGE |
|---|---|---|---|---|---|

Please let mek now if you need anyting else.

Thanks,



**Phil Hemming**

*Sales Professional*

**BSN Sports**
p: 641.780.5459

e: phemming@bsnsports.com

CREATE YOUR OWN ART (Ask how to get your login/access today!)
BSN VAULT – FULL LIST OF CATALOGS