# EXHIBIT M

DMACC
22
DMACC
2

HOME OF THE BEARS
BALL
STRIKE
OUT
VISITOR
HOME
TOTAL
DMACC
SOFTBALL