# EXHIBIT N

# INVOICE

**Mittera**
5085 NE 17th St
Des Moines, IA 50313

BILL TO: DMACC
2006 S Ankeny Blvd., Bldg. 21
Ankeny, IA  50023-3993

Please remit checks via USPS
only to Lockbox:
Mittera Group, Inc.
PO BOX 850471
Minneapolis, MN 55485-0471



Invoice No     0192305-IN
Invoice Date   12/16/24
Salesperson    House Account
Terms          Net 30 Days
P.O. Number
Job Number     99976
Customer ID    0010175
COC Claim

ACH INSTRUCTIONS:
Bank: Wells Fargo Bank NA
Address: 420 Montgomery Street
         San Francisco, CA 94104
Account Name: Mittera Group, Inc.
Routing Number:
Account Number:

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 0 | QTY: 167,000 CE Postcard - Spring 2025 | 0.00 | 10,856.00 |
| 0 | QTY: 167,000 recycled postcards due to customer error | 0.00 | 6,001.00 |

*Breakdown of initial printing that was recycled before inkjet and mailing stage, but was already printed ready for cutting.*

Prepress & Proofs — $172.00
Plates — 29" plates — $32.00
Paper — 23,300 Sheets 100# Cover — $4,106.00
Ink — $120.00
Press Time plus labor — $1,571
$6,001.00

*(signature)*
1/15/25

Subtotal    16,857.00
Sales Tax        0.00
Freight          0.00

**Total Due**   16,857.00

Finance Charges will be added to all past due accounts at the rate of 1-1/2% per month (18% per annum). Customer also agrees to pay all costs incurred in collecting all past due accounts including reasonable attorneys' fees. All disputes shall be resolved in the courts located in Polk County, Iowa.