# **EXHIBIT O**

**Palmer, Erica**

---

**From:** Ali, Amina M <amali@dmacc.edu>
**Sent:** Thursday, December 19, 2024 5:16 PM
**To:** Spiller, Erica L; Jones, Todd G; Boggess, Erin; Brady, Michael T.
**Subject:** Re: Invoices

Hi,
It's for the Career Advantage Blue Square mailer…. I believe Mike (cc'd) updated that one.
Thanks
Amina



**Amina Miraj Ali**
Graphic Design Coordinator
Marketing & Public Relations Office
_____
DMACC Ankeny
E :: **amali@dmacc.edu**  | O :: 515-964-6822  | C :: 515-822-1703  |  dmacc.edu
2006 S. Ankeny Blvd., Bldg. 21, Ankeny, IA 50023

---

**From:** Spiller, Erica L <elspiller@dmacc.edu>
**Date:** Thursday, December 19, 2024 at 5:08 PM
**To:** Ali, Amina M <amali@dmacc.edu>, Jones, Todd G <tgjones@dmacc.edu>, Boggess, Erin <EBoggess@fredlaw.com>
**Subject:** Fw: Invoices

Amina,

The Admissions Brochure pdf is the one we were wondering about. The file date indicates 2024, but the invoice lists 2023.

Thanks,
Erica

Erica Spiller
Vice President of Student Affairs
Des Moines Area Community College

---

**From:** Jones, Todd G <tgjones@dmacc.edu>
**Sent:** Thursday, December 19, 2024 2:58:27 PM
**To:** Boggess, Erin <EBoggess@fredlaw.com>
**Cc:** Spiller, Erica L <elspiller@dmacc.edu>
**Subject:** Invoices

Erin, here is another batch…

Todd

1



**Todd Jones**
Director
Marketing & Public Relations
_____

E: tgjones@dmacc.edu  | C: 515-238-8242  | O: 515-964-6242
2006 S. Ankeny Blvd., Bldg. 21, Ankeny, IA 50023
Follow me on linked in | dmacc.edu

CONFIDENTIALITY NOTICE:  This e-mail and any attached documents are intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential.  If you are not the intended recipient, you are hereby notified that the retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to me that you have received the message in error, then delete it from your computer.  Thank You.

2