# EXHIBIT P



2024–2025
VIEWBOOK | DMACC



> I was homeschooled so never attended a day of public school but always wanted to. I loved how friendly the students were, the size of the classes as well as the kind professors. I believe if I would've gone straight to a university I would've been overwhelmed and probably dropped out. DMACC seemed like the perfect place to start my college experience.
>
> —TIAN, BUSINESS & PSYCHOLOGY

TIAN IS DMACC.

SCAN TO APPLY.

# ADMISSIONS PROCESS

## STEP 1 — COMPLETE A FREE APPLICATION FOR ADMISSION

» Click "Apply Now" at **APPLY.DMACC.EDU**

» Select a program/major at DMACC. Find out more about our programs at **PROGRAMS.DMACC.EDU**

## STEP 2 — COMPLETE ASSESSMENTS FOR YOUR PROGRAM

» Explore your career options and academic pathways through the DMACC Career Center and Career Services Assessment at **EXPLORE.DMACC.EDU**

» Submit your ACT test scores OR take the ACCUPLACER Reading and Writing and ALEKS Math assessments if needed.

» Register for FREE assessment testing by calling any DMACC Testing Center:

| | |
|---|---|
| Ames | 515-663-6700 |
| Ankeny | 515-964-6595 |
| Boone | 515-433-5096 |
| Carroll | 712-792-1755 |
| Newton | 641-791-3622 |
| Perry | 515-428-8100 |
| Southridge | 515-287-8700 |
| Urban/Des Moines | 515-248-7218 |
| West Des Moines | 515-633-2426 |

» For additional information, please visit the Testing Center website at **TESTINGCENTER.DMACC.EDU**

## STEP 3 — APPLY FOR DMACC FOUNDATION SCHOLARSHIPS

» The DMACC Foundation awards hundreds of scholarships every semester: **SCHOLASHIPS.DMACC.EDU**

» Who is eligible for a DMACC Foundation Scholarship?
  › Earned a High School Diploma or High School Equivalency Diploma before the start of the upcoming fall semester.
  › Are a current DMACC student.
    • Incoming students who do not have a DMACC User Name or Password must first complete an application for admission to DMACC and be admitted to the College before applying for a DMACC Foundation scholarship.
  › Have a minimum cumulative GPA of 2.0 or higher.
  › Are enrolled at DMACC in a minimum of 6 credit hours for the fall and spring semesters or enrolled in a minimum of 4 credit hours for summer term.

## STEP 4 — APPLY FOR FINANCIAL AID

» Complete FAFSA Application online at **FAFSA.GOV** **DMACC SCHOOL CODE: 004589**

» The FAFSA helps determine your eligibility for federal and state grants, loans, and Work Study opportunities

» If you need assistance with Financial Aid or completing the FAFSA, visit **FINAID.DMACC.EDU** for step-by-step support and other resources. You can also call 515-964-6282 or email finaid@dmacc.edu

» By completing the FAFSA you are also applying for the Iowa Last-Dollar Scholarship. This scholarship covers any tuition gaps not covered by federal and state grants/scholarships for more than 40 high-demand career and technical programs at DMACC. More information can be found on page 5, or at **LASTDOLLAR.DMACC.EDU**

» Don't forget to apply for DMACC scholarships! The DMACC Foundation awards hundreds of scholarships every semester: **SCHOLARSHIPS.DMACC.EDU**

## STEP 5 — COMPLETE ORIENTATION AND REGISTER FOR CLASSES

» After your application for admission is accepted and orientation season begins, you will receive an email with orientation information

» Attend online orientation

» When does orientation season begin?
  › Fall Orientation Season—Opens in mid April
  › Spring Orientation Season—Opens in late October
  › Summer Orientation Season—Opens in early April
  Check your personal and/or DMACC email regularly around these times for your orientation email!

» Connect with your academic advisor and register for classes.

### SUBMIT YOUR PRIOR COLLEGE TRANSCRIPTS

» For additional information, please visit the Registrar website at **REGISTRAR.DMACC.EDU**

*Please note: Students on financial aid suspension or attending DMACC as a non-degree-seeking student are not eligible for a DMACC Foundation Scholarship.*

# FINANCIAL AID



### NO HIDDEN FEES
There are no fees for admission, applications, transcripts, computer labs, student counseling, registration, parking, or library use.



### FINANCIAL AID
At DMACC, our Financial Aid professionals will help you develop a package that meets your educational needs and personal budget.

There are many options available to help you pay for your education—scholarships, grants, loans, and work-study jobs. DMACC offers full-tuition scholarships for high school valedictorians and many other students. The Mark Pearson FFA Leadership Scholarship provides a full-tuition scholarship to qualifying Iowa FFA Chapter Presidents. You may be surprised to find out how much help is available.

### DMACC TUITION AND FEES ARE THE LOWEST IN IOWA.
Completing your first two years at DMACC would save you an average of $8,144 compared to a four-year public school, and $51,698 compared to a private college.

*Source: Iowa College Student Aid Commission (2023–2024 Academic Year)*



- 2 YEARS AT A PRIVATE COLLEGE — $66,296
- 2 YEARS AT A PUBLIC UNIVERSITY — $20,792
- 2 YEARS AT DMACC — $11,100 DMACC



**FOR A FINANCIAL AID CHECKLIST THAT INCLUDES A TIMETABLE FOR WHEN AND HOW TO APPLY FOR FINANCIAL AID, VISIT:**
FINAID.DMACC.EDU

# LAST-DOLLAR SCHOLARSHIP

### COMPLETELY COVER THE COST OF YOUR TUITION!
The Last-Dollar Scholarship is available for high-demand career and technical programs at DMACC. If you qualify, Iowa offers a unique financial assistance program to help pay your way to a great career in a high-demand field.

### THE IOWA LAST-DOLLAR SCHOLARSHIP
» Offers tuition assistance to qualifying Iowa residents enrolled in any of more than 80 targeted, high-demand career paths at DMACC
» Provides a pathway into many exciting and growing careers
» Helps you gain the education and acquire the skills for jobs that Iowa employers want to fill, at a greatly reduced cost

### DOZENS OF DMACC PROGRAMS AVAILABLE
The Iowa Last-Dollar Scholarship will help cover the tuition cost of dozens of DMACC certificate, diploma, and degree programs. Here are just some of the many programs available. For a full list of qualifying programs, visit **LASTDOLLAR.DMACC.EDU**.

### WHO IS ELIGIBLE?
The Last-Dollar Scholarship is available to:
» Students who recently completed an Iowa high school diploma, a homeschool program, or high school equivalency diploma, OR students (age 20 and older)
» Enroll at least part-time in an eligible program of study
» Apply for all other available state and federal grants and scholarships
» Meet ongoing requirements
» Have a Student Aid Index (SAI) at or below $20,000

**LEARN MORE ABOUT LAST-DOLLAR SCHOLARSHIPS**
LASTDOLLAR.DMACC.EDU

**NEW REQUIREMENT FOR 2024-2025**
Students must have a Student Aid Index (SAI) amount at or below $20,000. Students who received a Last-Dollar Scholarship in 2023-2024 may continue to receive the scholarship, if their SAI is over $20,000 and they meet all other eligibility requirements.

---

| The DMACC school code is 004589 |




**SCAN THE QR CODE TO APPLY FOR FINANCIAL AID SCHOLARSHIPS**
SCHOLARSHIPS.DMACC.EDU

### HOW TO START
**THE 2024–2025 FAFSA IS NOW AVAILABLE.** Complete and submit a Free Application for Federal Student Aid (FAFSA). The application is online at fafsa.gov.

The FAFSA is available after October 1 of your senior year. DMACC does not begin processing FAFSA's until later in the Spring and our priority deadline is not until July 1.

If you have questions or need help completing the FAFSA, contact the DMACC Financial Aid Office at finaid@dmacc.edu, or 515-964-6282 or 800-362-2127.

# DMACC FOUNDATION SCHOLARSHIP

Every year, the DMACC Foundation receives many generous gifts from individuals and organizations. Because of this and the Foundation's efforts, DMACC can offer thousands of students significant scholarships each year.

**ELIGIBILITY.** DMACC Foundation Scholarships are awarded through a competitive online application process to current and future DMACC students.

**AWARDS ARE BASED ON:**
» Financial need
» Academic achievement
» A combination of both



**TO APPLY FOR A FOUNDATION SCHOLARSHIP, VISIT**
FOUNDATION.DMACC.EDU



# IT'S ALL ABOUT PATHWAYS

Still deciding? Exploring? You're in the right place. DMACC offers 10 pathways—interest-and career-driven plans of study that allow you to explore without losing time, credits or money.

Know exactly what you want to do? You're in the right place too. Information about your program and similar industries and fields are grouped together. This allows you to explore a variety of academic possibilities.


» **AGRICULTURE, ANIMALS & NATURAL RESOURCES**
Grow and care for earth's basics—land, water, plants, animals—in any number of career fields.


» **BUILDING TRADES & TRANSPORTATION**
Use your hands and mind to build, repair, design and help the world keep moving and growing.










» **BUSINESS**
Apply the mechanics of finance and management to help businesses and offices function smoothly and plan for the future.


» **DESIGN, MEDIA & THE ARTS**
Create and present art through words, physical objects, food, images, music, theatre, and more.

## LIFE'S CALLING YOU!

Now's the time to step into your future by following one of our 10 pathways to success.

DMACC career and academic opportunities are grouped together in a **pathway** to make it easier for you to connect with **faculty**, **student support**, **career opportunities** and **campus life**.


» **EDUCATION, COMMUNICATION & THE HUMANITIES**
Explore the world of teaching, the branches of knowledge, and the power of language.


» **ENGINEERING & MANUFACTURING**
Take an idea or vision and see it come to life for others to use and enjoy.


» **HEALTH SCIENCE & FITNESS**
Help others heal or stay physically healthy and strong in a variety of ways.












» **INFORMATION TECHNOLOGY**
Employ your passion for and knowledge of computers, computer languages, and computer systems in any number of fields.


» **MATH & SCIENCE**
Build a foundation in basic math and science to help launch a career in fields from medicine to biotechnology to education.


» **PUBLIC & COMMUNITY SERVICES**
Be part of the team that jumps in to protect, support, and serve your community.

# DMACC PATHWAYS

## AGRICULTURE, ANIMALS, & NATURAL RESOURCES PATHWAY

**AGRIBUSINESS**
- Agribusiness ..............................................AAS
- Agricultural Communication ..................CSP
- Agronomy ..................................................CSP
- Animal Science .........................................CSP
- Farm Management ...................................CSP
- Sales/Service .............................................CSP

**HORTICULTURE**
- Landscape & Turf Concentration ..........AAS
- Plant Production ......................................AAS

**LIBERAL ARTS**
- Associate in Arts ........................................ AA
- Associate in Science ................................. AS

**VETERINARY TECHNOLOGY**
- Veterinary Technology ...........................AAS
- Veterinary Assistant ................................CSP

**WATER & WASTEWATER**
- Water Environmental Technology ........AAS
- Wastewater Treatment & Collection Systems Technology .......DIPL
- Water & Wastewater Treatment ..........DIPL
- Wastewater Collection System Technology ................................CSP
- Water Distribution & Wastewater Collection Systems Technology .......DIPL
- Wastewater Treatment Apprenticeship ......................................CSP
- Wastewater Treatment Technology ....CSP
- Water Distribution Systems Technology ................................CSP
- Water Treatment & Distribution Systems Technology ..............................DIPL
- Water Treatment Apprenticeship ..........CSP
- Water Treatment Technology ................CSP

## BUILDING TRADES & TRANSPORTATION PATHWAY

**ARCHITECTURAL TECHNOLOGIES**
- Architectural Technologies ...................AAS
- Architectural Technologies ..................DIPL

**ASEP GENERAL MOTORS**
- ASEP General Motors ............................AAS

**ASSET FORD**
- ASSET Ford ...............................................AAS

**AUTO COLLISION TECHNOLOGY**
- Auto Collision Technology ...................DIPL

**AUTO MECHANICS TECHNOLOGY**
- Automotive Mechanics Technology .....AAS
- Auto Chassis & Power Train .................DIPL
- Auto Engines & Tune Up ......................DIPL
- Automotive Maintenance & Light Repair Technology ...................DIPL
- Automotive Minor Repair & Vehicle Maintenance ......................DIPL

**BUILDING & CONSTRUCTION TRADES**
- Building Trades .......................................DIPL
- Construction Management ...................AAS

**CAP–CHRYSLER MOPAR**
- CAP Chrysler ............................................AAS

**CONSTRUCTION MANAGEMENT**
- Construction Management, ..................AAS
- Building Trades .......................................DIPL

**DIESEL TECHNOLOGY**
- Diesel Technology ..................................AAS
- Diesel Technology .................................DIPL

**ELECTRICAL UTILITY TECHNOLOGY**
- Electric Utility Technology ....................AAS
- Electric Utility Technology ..................DIPL

**ELECTRICAL TRADES**
- Electrical Trades .....................................DIPL

**HEATING, AIR CONDITIONING, REFRIGERATION TECHNOLOGY (HACR)**
- Heating/AC/Refrigeration ......................AAS
- Heating/AC/Refrigeration ....................DIPL

**HONDA PACT**
- Honda PACT .............................................AAS
- Honda PACT Maintenance & Light Repair ......................................CSP

**LIBERAL ARTS**
- Associate in Arts ........................................ AA
- Associate in Science ................................. AS

**POWER EQUIPMENT TECHNOLOGY**
- Power Equipment Technology ..............AAS

## BUSINESS PATHWAY

**ACCOUNTING**
- Accounting Specialist .............................AAS
- Accounting & Bookkeeping ............Diploma
- Accounting ...............................................CSP
- Accounting for Entrepreneurs ..............CSP
- Accounting Payroll ..................................CSP

**BUSINESS ADMINISTRATION**
- Business Administration, Entrepreneurship ................................AAS
- Business Administration, Human Resource Management ........AAS
- Business Administration, Management ......................................AAS
- Entrepreneurship ....................................CSP
- Insurance Services ..................................CSP

**BUSINESS SUPPORT COORDINATOR**
- Business Support Coordinator .............CSP

**BUSINESS**
- Business Transfer ...................................... AA

**HOSPITALITY MANAGEMENT**
- Hospitality Management, Hotel Concentration ..........................AAS
- Hospitality Management, Restaurant Concentration ...............AAS
- Hospitality Business .............................DIPL
- Hospitality Business, Restaurant Management ................DIPL

**INSURANCE SERVICES**
- Insurance Services ..................................CSP

**LIBERAL ARTS**
- Associate in Arts ........................................ AA

**MANAGEMENT**
- Human Resource Management .............CSP
- Management & Leadership ....................CSP
- Sales & Management ............................DIPL

**MARKETING**
- Marketing ................................................AAS
- Digital Marketing ...................................DIPL
- Digital Marketing ....................................CSP

**SUPPLY CHAIN MANAGEMENT**
- Supply Chain Management ....................CSP

## DESIGN, MEDIA, & THE ARTS PATHWAY

**ANIMATION & RICH MEDIA**
- Animation & Rich Media ........................AAS
- Animation & Rich Media .......................DIPL
- Illustration for Animation .....................CSP
- Intro to Animation & Rich Media ........CSP
- Intro to 3D Animation ............................CSP
- Intro to Motion Graphics .......................CSP

**CULINARY ARTS**
- Culinary Arts ............................................AAS
- Culinary Arts ...........................................DIPL
- Baking ......................................................DIPL

**FASHION**
- Fashion .....................................................AAS
- Fashion ....................................................DIPL
- Fashion Styling .......................................CSP

**GRAPHIC DESIGN**
- Graphic Design ........................................AAS
- Visual Communications .......................DIPL
- Digital Illustration ...................................CSP
- InDesign ...................................................CSP
- Interactive Media for Graphic Design,...CSP
- Visual Communications .........................CSP

**INTERIOR DESIGN**
- Interior Design ........................................AAS
- Interior Design Consultant ....................CSP

**JOURNALISM**
- Journalism Transfer .................................. AA

**PHOTOGRAPHY**
- Photography ............................................AAS
- Photography Advanced ..........................CSP
- Photography Basic ..................................CSP
- Photography for Social Media ..............CSP

**THEATRE**
- Theatre Transfer ....................................... AA
- Acting ........................................................CSP

**VIDEO PRODUCTION**
- Video Production ....................................AAS
- Video Production ....................................CSP

## EDUCATION, COMMUNICATION, & THE HUMANITIES PATHWAY

**COMMUNICATION**
- Communication Transfer ......................... AA

**EARLY CHILDHOOD EDUCATION**
- Early Childhood Education ...................AAS
- Early Childhood Education ..................DIPL
- Early Childhood Education ...................CSP
- Early Childhood Education Program Administration ..................CSP

**EDUCATION ELEMENTARY**
- Elementary Education Transfer ............. AA

**EDUCATION SECONDARY**
- Elementary Secondary Transfer ............ AA

**ENGLISH**
- English Transfer ........................................ AA

**HISTORY**
- History Transfer ........................................ AA

**LIBERAL ARTS**
- Associate in Arts ........................................ AA

**PARAEDUCATOR**
- Paraeducator, Generalist .......................CSP

**ADDITIONAL ACADEMIC DISCIPLINES**
- › Anthropology
- › Arabic
- › Chinese
- › French
- › Geology
- › German
- › Global Studies
- › Humanities
- › Italian
- › Japanese
- › Philosophy
- › Religion
- › Spanish

## ENGINEERING & MANUFACTURING PATHWAY

**ADVANCED MANUFACTURING TECHNOLOGY**
- Advanced Manufacturing Tech. ............AAS

**CIVIL ENGINEERING TECHNOLOGU**
- Civil Engineering Technology ...............AAS
- Civil Engineering Technology ...............CSP
- Land Surveying ........................................CSP

**WEB DEVELOPMENT**
- Web Developer ........................................AAS
- Web Developer ......................................DIPL
- Web Developer, Advanced .....................CSP
- Web Developer ........................................CSP

**LIBERAL ARTS**
- Associate in Arts ........................................ AA

**ADDITIONAL ACADEMIC DISCIPLINES**
- › Art
- › Music

**COMPUTER-AIDED DESIGN TECH.**
- Computer-Aided Design Tech. ..............AAS
- Computer-Aided Design .......................DIPL

**ELECTRONICS ENGINEERING TECH.**
- Electronics Engineering Tech. ..............AAS
- Electronics Fundamentals ....................DIPL

**ENGINEERING**
- Engineering Transfer ................................ AS

**INDUSTRIAL TECHNOLOGY**
- Industrial Technology ...........................DIPL
- Basic Electrical ........................................CSP
- Basic Hydraulics ......................................CSP
- Basic Pneumatics ....................................CSP
- General Industry Safety .........................CSP
- Hydraulic Maintenance ..........................CSP
- Industry Tech Logic Controllers ............CSP
- Maintenance Principals .........................CSP
- Manufacturing & Fabrication ................CSP
- Measurements & Drawings ...................CSP
- Mechanical Power Transmission ..........CSP
- Motor Controls–Industry Tech. .............CSP
- Sensor & Logic System ..........................CSP

**LIBERAL ARTS**
- Associate in Arts ........................................ AA
- Associate in Science ................................. AS

**RENEWABLE ENERGY TECHNOLOGY**
- Renewable Energy Technology .............AAS
- Industrial Technician ............................DIPL
- Solar Energy Technician ........................CSP
- Wind Turbine Technician ........................CSP

**ROBOTICS & CONTROL SYSTEMS ENGINEERING TECHNOLOGY**
- Robotics & Control Systems Engineering Technology .................AAS

**TOOL & DIEMAKING**
- Tool & Diemaking ...................................AAS
- Machinist Technology ..........................DIPL
- Diemaking ..............................................DIPL
- CNC Operator/Programmer ...................CSP
- CNC Setup/Operator ...............................CSP

**WELDING**
- Welding .............................................Diploma
- Blueprint Reading ................................... CSP
- Gas Metal Arc, Certificate
- Gas Tungsten Arc .....................................CSP
- Production MIG Welding ........................CSP
- Shielded Metal Arc ..................................CSP
- Thermal Cutting ......................................CSP

## HEALTH SCIENCE & FITNESS PATHWAY

**ATHLETIC COACHING**
- Athletic Coaching ...................................CSP

**DENTAL ASSISTANT**
- Dental Assistant ....................................DIPL

**DENTAL HYGIENE**
- Dental Hygiene .......................................AAS

**EXERCISE SCIENCE & KINESIOLOGY**
- Exercise Science & Kinesiology: Transfer ........................ AA

**FITNESS EXERCISE MANAGEMENT**
- Fitness Exercise Management ...............AAS
- Fitness Specialist ....................................CSP

**HEALTH ADMINISTRATION SPECIALIST**
- Health Administration Specialist .........AAS

**LIBERAL ARTS**
- Associate in Arts ........................................ AA
- Associate in Science ................................. AS

**MEDICAL ASSISTANT**
- Medical Assistant ...................................CSP

**MEDICAL BILLING & CODING**
- Medical Billing & Coding .....................DIPL

**MEDICAL LABORATORY TECH.**
- Medical Laboratory Tech. ......................AAS

**NURSING**
- Nursing .....................................................AAS
- Nursing–Advanced Standing .................AAS
- Practical Nursing ...................................DIPL
- Advanced Nurse Aide .............................CSP
- Nurse Aide ................................................CSP

**PATIENT ACCESS SPECIALIST**
- Patient Access Specialist ......................CSP

**PHLEBOTOMY**
- Phlebotomy ..............................................CSP

**RESPIRATORY THERAPY**
- Respiratory Therapy ...............................AAS

**SURGICAL TECHNOLOGY**
- Surgical Technology ...............................AAS

## INFORMATION TECHNOLOGY PATHWAY

**COMPUTER INFORMATION SYSTEMS**
- Computer Information Systems ...........AAS
- Computer Languages ............................DIPL
- C# Application Developer .....................CSP
- C++ Application Developer ...................CSP
- Data Science ............................................CSP
- Java Application Developer ...................CSP
- Python Application Developer ..............CSP
- SQL Application Developer ...................CSP

**CYBERSECURITY**
- Cybersecurity ..........................................AAS
- Cybersecurity .........................................DIPL
- Cybersecurity ..........................................CSP

**DIGITAL FORENSICS INVESTIGATION**
- Digital Forensic Investigation ...............AAS
- Digital Forensic Investigation ...............CSP

**E-DISCOVERY**
- E-Discovery .............................................CSP

**INFORMATION TECHNOLOGY/ NETWORK ADMINISTRATION**
- Information Technology/ Network Admin. ..................................AAS
- Information Technology/ Network Admin. ..................................CSP

**LIBERAL ARTS**
- Associate in Science ................................. AS
- Associate in Arts ........................................ AA

**NETWORK TECHNOLOGY– TELECOMMUNICATIONS/DATA COMMUNICATIONS**
- JNetwork Technology– Telecommunications/Data Communications ................................AAS
- Network Technology– Telecommunications .........................CSP



## MATH & SCIENCE PATHWAY

**BIOLOGY**
- Biology: Transfer Major ............................ AS

**BIOTECHNOLOGY**
- Associate of Science with a Biotechnology ................................CSP
- Biotechnology, Agronomy Concentration ....................................AAS
- Biotechnology, Animal Science Concentration ....................................AAS
- Biotechnology, Plant Production Concentration ....................................AAS
- Biotechnology Lab Methods ..................CSP

**CHEMISTRY**
- Chemistry: Transfer Major ....................... AS

**MATHEMATICS**
- Mathematics: Transfer Major .................. AS

**PHYSICS**
- Physics: Transfer Major ............................ AS

**LIBERAL ARTS**
- Associate in Arts ........................................ AA
- Associate in Science w/ Biotechnology ...............................CSP
- Associate in Science ................................. AS

**ADDITIONAL ACADEMIC DISCIPLINES**
- › Environmental Studies
- › Physical Science

## PUBLIC & COMMUNITY SERVICES PATHWAY

**CRIMINAL JUSTICE**
- Criminal Justice Transfer Major ............. AA
- Criminal Justice .....................................AAS
- Crime Scene Investigation .....................CSP
- Emergency Management ........................CSP
- Homeland Security .................................CSP

**EMERGENCY MEDICAL TECHNICIAN**
- Emergency Medical Technology ...........CSP

**FIRE SCIENCE TECHNOLOGY**
- Fire Science Technology .......................AAS
- Fire Protection Technology ...................CSP

**HUMAN & FAMILY SERVICES**
- Human & Family Services: Transfer Degree .................................. AA

**HUMAN SERVICES**
- Human Services ......................................AAS
- Human Services .......................................CSP

**LIBERAL ARTS**
- Associate in Arts ........................................ AA

**MORTUARY SCIENCE**
- Funeral Services ......................................AAS
- Mortuary Science ...............................ASDPL

**PARALEGAL**
- Paralegal ..................................................AAS
- Paralegal ...................................................CSP

**PARAMEDIC**
- Paramedic, Clinical Concentration .......AAS
- Paramedic, Fire Science Concentration AAS
- Paramedic, Public Administration Concentration ....................................AAS
- Paramedic .................................................CSP

**POLITICAL SCIENCE**
- Political Science: Transfer Major ............ AA

**PSYCHOLOGY**
- Psychology: Transfer Major .................... AA

**REALTIME COURT REPORTING**
- Realtime Court Reporting .....................AAS

**SOCIOLOGY**
- Sociology: Transfer Major ....................... AA



**TO LEARN MORE, SCAN THE QR CODE**

PATHWAYS.DMACC.EDU

# DMACC DIVERSITY

# CAREER SERVICES

- With students from 65 countries, speaking more than 95 languages, DMACC's Urban Campus has the most diverse student body in Iowa.
- Winner of the Greater Des Moines Partnership's Diversity Award.
- Active DMACC Diversity Commission dedicated to promoting and welcoming people from all cultures.
- Host of the DMACC Tapestry Award, given each year to a faculty or staff member who contributes to valuing and promoting diversity.





The DMACC Career Center provides assistance to build the pathway to your future. In order to help students find the right path, a number of career exploration resources and services are available:

- Career Coaching Services
- Focus 2 Career Assessments
- Occupation & Job Market Data
- Graduate Employment Information

Once you find your path, the DMACC Career Center provides extensive support to help DMACC graduates attain the career they are seeking.

- Job & Internship Search Help
- Resumé Writing & Interview Assistance
- Employer Events
- Handshake Job & Internship Platform



*With more internships, many employment opportunities, and the fastest-growing population in Iowa, Central Iowa is the place for great jobs!*

**SCAN THE QR CODE TO SEE HOW DMACC CAN HELP YOU PREPARE FOR SUCCESS BEYOND THE CLASSROOM.**
**CAREERCENTER.DMACC.EDU**

Providing quality, affordable, student-centered education and training designed to empower ALL students in their pursuit of life's opportunities and career goals is our mission. DMACC's Student Access and Success is committed to providing an open, diverse, and inclusive learning and working environment that nurtures the growth and development of all.



**TO LEARN MORE, SCAN THE QR CODE**
**DIVERSITY.DMACC.EDU**

### CULTURE & IDENTITY-BASED STUDENT CLUBS
- Black Students United
- Honorary Society of the Spanish Language
- International Club
- DMACC Urban Campus Latino Club
- LGBTQ+ (Rainbow Alliance) Club
- Gay/Straight Alliance
- DMACC United

### AFFINITY SPACES
- Veteran's Lounge
- Honors Lounge
- Meditation/quiet/prayer lounges
- Intercultural spaces
- Gender & sexuality lounges

### DIVERSITY CLASSES
- African American History
- African American Literature
- Language Classes (Spanish & French)
- Study Abroad

### ACADEMIC SUPPORT SERVICES
- Brother to Brother
- Student Support Services
- Upward Bound
- Tutoring Services
- Honors Program
- Louis Stokes Alliance for Minority Participation (LSAMP)



I love that DMACC is so diverse, I've met so many amazing people from different cultures and ethnic backgrounds. The diversity surprised me a lot. I have a diverse background as well, so it was comforting.

Also, DMACC has a very positive environment that people can thrive in, which is very important.

—FARUK, LIBERAL ARTS, THEATRE, ANKENY CAMPUS

FARUK IS DMACC.

# ACADEMIC OPPORTUNITIES

## TURN THE COLLEGE CREDITS YOU'VE EARNED IN HIGH SCHOOL INTO A COLLEGE DEGREE!

Many high school students have already earned valuable college credit through DMACC—you can too! We'll create a personal plan of study that can reduce the time it takes to complete your degree and minimize the total cost of your education.

## WHILE SOME COLLEGE CREDIT WILL BE HELPFUL, A DMACC ASSOCIATE DEGREE IS A BETTER WAY TO:

- » Prepare you for an effective transfer to a four-year college or university.
- » Provide new and unique perspectives on career choices, including preprofessional programs in law, medicine, education, business, and more.
- » Connect you with partnership programs at public and private universities.
- » Save **THOUSANDS of DOLLARS** in tuition costs.
- » Equip you with skills needed for your career.

### WHAT IS AN ASSOCIATE DEGREE?

An Associate Degree is an undergraduate degree requiring completion of a minimum of 64 credit hours.

- » More than 6 million college students across the United States are pursuing an associate degree.





**Our Honors Program is designed to help you expand your mind** and prepare you to enter the workforce or continue to an honors program at a four-year college.

**Make DMACC your school of choice.** After you're accepted as a DMACC student, go to **HONORS.DMACC.EDU** to learn more about Honors at DMACC and to submit an application form online.

TO LEARN MORE,
SCAN THE QR CODE
**HONORS.DMACC.EDU**

# START AT DMACC, THEN TRANSFER













## ADMISSION PARTNERSHIP PROGRAMS

DMACC has formalized transfer partnerships with many colleges and universities across Iowa. Admission Partnership Programs connect you with four-year institutions for academic advising, housing, transfer agreements, extracurricular activities and more.

***THESE AGREEMENTS HELP YOU AND YOUR ADVISOR SELECT DMACC COURSES THAT TRANSFER SEAMLESSLY.***

Some transfer partnerships include extra benefits as well. Even while you're a DMACC student, you have access to these services from your destination four-year college or university:

- » If your plans include pursuing a bachelor's degree, DMACC offers two outstanding options with **Iowa State University** and the **University of Northern Iowa** called **DMACC ISU Connect** and **UNI@DMACC**. These programs have many advantages, including personalized advising for participating students and multiple opportunities to make early connections.
- » Personalized mentoring and academic counseling
- » Use of recreation facilities
- » Participation in clubs and organizations
- » Attendance at sports and cultural events
- » Guaranteed acceptance for DMACC students who meet admission standards

DMACC has prepared students to transfer credits to more than **925 colleges and universities around the country**. DMACC students can transfer credits or a completed Associate in Arts (AA) or Associate in Science (AS) Degree to any of Iowa's public and private colleges and universities. No matter where you want to go, DMACC has the programs and support to help you get there.

*WE HAVE THESE OPTIONS AND MORE!*

TO LEARN MORE,
SCAN THE QR CODE
**TRANSFER.DMACC.EDU**



# STUDENT LIFE



### MEET NEW PEOPLE

Activities and clubs are a great way to meet people and make friends who share your social, professional, political, recreational and educational interests. What better way to feel more comfortable at college?

### EXPLORE YOUR INTERESTS

College is an ideal time to branch out! Student activities and clubs are a great way to explore new interests and can even help you figure out what you want to do for a career.

### BUILD PROFESSIONAL CONNECTIONS AND YOUR RESUMÉ

Professional groups help you develop connections with fellow DMACC students and members of the professional community.

### SAVE ON GREAT ENTERTAINMENT!

From discounted movie tickets to outdoor games and events, take advantage of low-cost or free student activities.

# STUDENT CENTERS



### STUDENT ACTIVITIES COMPLEX ON THE ANKENY CAMPUS

The Ankeny Campus Student Center includes a 77,000-square-foot student activities complex attached to the Trail Point Aquatics and Wellness Center. The student complex houses many new amenities.



**Students taking six or more credits get a FREE membership to Trail Point!**

- » Basketball and racquetball courts
- » Bookstore
- » Career Center
- » Cycling studio
- » Food court
- » Game room
- » High-tech meeting rooms
- » Multiuse Black Box Theater
- » Relaxing student space
- » Running track
- » State-of-the-art weight training equipment
- » Two swimming pools
- » Veteran Services Office



*EVERY CAMPUS HAS OPPORTUNITIES!*

TO LEARN MORE, SCAN THE QR CODE
MYTRAILPOINT.COM





14  15

# DMACC ATHLETICS

**WITH STRONG BODIES AND MINDS, DMACC STUDENT-ATHLETES ARE HIGH ACHIEVERS IN THE CLASSROOM AND IN ATHLETIC COMPETITION.**

The DMACC Bears participate in the National Junior College Athletic Association (NJCAA) Division II athletics and the Iowa Community College Athletic Conference (ICCAC). Over the past decade, the athletics department has produced many nationally ranked teams and participated in several national tournaments. Many of our student-athletes have received NJCAA Division II All-American honors, both Academic and Athletic, and have continued on to compete for NCAA Division I Universities.



## DMACC BOONE SPORTS TEAMS:

### WOMEN'S
Basketball
Cross Country
Golf
Softball
Volleyball

### MEN'S
Baseball
Basketball
Cross Country
Golf

### CO-ED
e-sports










TO LEARN MORE,
SCAN THE QR CODE

DMACCBEARS.COM



## ANKENY CAMPUS

Established in 1968, Ankeny is the largest DMACC campus. The Iowa Culinary Institute™ (ICI) building, a state-of-the-art Health Sciences building, an operational wind turbine, and the FFA Enrichment Center have allowed for increased and expanded programming. The Trail Point Aquatics & Wellness Center features an eight-lane swimming pool and other training amenities. With activities, clubs, intramurals, the campus newspaper, concerts and other entertainment, something exciting is always happening on the Ankeny Campus.




 **TO LEARN MORE, SCAN THE QR CODE**
ANKENY.DMACC.EDU

## CARROLL CAMPUS



With outstanding faculty, nearby student housing and a major building expansion underway, the Carroll Campus puts exciting careers within reach.

Its nationally accredited Nursing Program is recognized for excellence by area employers.

Whether you plan to transfer to a four-year institution, join the UNI 2+2 Education bachelor's program, complete a two-year program, or just pick up some additional training, the Carroll Campus works for you.

 **TO LEARN MORE, SCAN THE QR CODE**
CARROLL.DMACC.EDU

**accenture** Accenture and DMACC have teamed up to train a new generation of students from rural areas in high-demand software development and informational technology (IT) skills. Upon completion of a 36-credit computer language program at either the DMACC Carroll Campus or the Perry Center, graduates will be eligible for a four-month training program at The Forge, a high-tech facility in Jefferson. The one-year diploma program offers a gateway into many great IT jobs.

## BOONE CAMPUS

## NEWTON CAMPUS



A large number of Boone Campus students go on to earn a bachelor's degree, and there are many great two-year programs here as well, including Nursing, Accounting, and Fitness/Exercise Management. Research opportunities exist on the Boone Campus, or enter into one of our many academic transfer partnerships. In addition, the Student Activity Center provides high-quality, up-to-date facilities available for study and recreation. The Borgen Square Apartments provide Boone students with five unfurnished apartment complexes with occupancy for 208 students. DMACC's intercollegiate athletic programs are located on our Boone Campus.

Opportunity defines the Newton Campus, which offers a variety of career and college transfer programs including Court Reporting, Electrical Trades, Nursing, Welding, and Baking and Pastry Arts. Small class sizes keep the Newton Campus personal. DMACC's Newton Career Academy brings more opportunities to area high school students with programming in Baking and Pastry Arts, Building Trades, Criminal Justice, Auto Tech and Collision, Teacher Education, Business, Health Occupations, including Certified Nursing Assistant (CNA), and Welding.

 **TO LEARN MORE, SCAN THE QR CODE**
BOONE.DMACC.EDU






 **TO LEARN MORE, SCAN THE QR CODE**
NEWTON.DMACC.EDU

## URBAN/ DES MOINES CAMPUS

The six-acre Urban/Des Moines Campus is located in a park-like setting on the north edge of downtown Des Moines. With students from 65 countries, the Urban Campus is one of the most culturally diverse in Iowa. Our Student Life and STEM Center is a beautiful open-air building that offers students a perfect workspace and learning environment. The Urban Campus offers students an opportunity to build social networks, develop leadership skills, and foster cultural understanding. The Urban/Des Moines Campus also has strong ties to downtown Des Moines companies and healthcare providers. That's important to graduates who are looking for an employer.


**TO LEARN MORE, SCAN THE QR CODE**
URBAN.DMACC.EDU

### UNI AT THE DMACC URBAN CAMPUS
The Opportunity to Complete Your Bachelor's Degree Online Is Here!

Through the UNI@DMACC partnership, you now have access to several bachelor degree programs.

» Earn a Bachelor's degree from UNI without relocating.
» Take classes part-time.
» Complete your degree online.
» Get the additional education to open doors for career advancement, personal and professional growth, and even increased earnings.


**FOR A LIST OF PROGRAMS, SCAN THE QR CODE**
UNI.DMACC.EDU



## WEST DES MOINES CAMPUS

In addition to being known for its innovative instruction and small class sizes, the West Des Moines Campus offers professors who incorporate cutting-edge technology into the classroom. Students can complete their two-year liberal arts degrees entirely on campus as well as online. West Campus also houses DMACC's renowned Animation Rich Media, Network Technology, and Web Development programs.

Special features of the campus include:
» The Celebrate! Innovation™ Learning Exhibition, a museum of technological innovations we use as a teaching tool.
» The Microsoft Datacenter Academy which trains professionals to service computer networks in data centers throughout Central Iowa and our Virtual Learning Lab (VLL) which incorporates state-of-the-art virtual reality (VR) and augmented reality (AR) technologies.
» Makerspace, a hands-on collaborative space for people to gather, brainstorm, and give ideas form and function…at no cost.


**TO LEARN MORE, SCAN THE QR CODE**
WEST.DMACC.EDU

# HOUSING OPTIONS

### ANKENY
The following privately owned and operated housing options are located near the DMACC Ankeny Campus.

» **Campus Town Student Housing** is just across Oralabor Road (which borders the Ankeny Campus on the south) in a fast-developing retail and entertainment area. Choose from one-, two- or three-bedroom furnished apartments with individual leases that include utilities and internet.
  › **Property Manager: 515-289-0700 | ctankeny.com**

» **Campus View Apartments**, located in the northwest part of the Ankeny Campus, put you at the heart of on-campus activities and within walking distance of classrooms. These aren't traditional college dormitories but rather new and remodeled furnished apartments that offer a wide range of exceptional amenities.
  › **Property Manager: 515-964-7474 | cvankeny.com**

» **Prairie Pointe Student Living** is immediately adjacent to Ankeny Campus, just a short walk from class. These three- and four-bedroom furnished apartments feature private bedrooms, private bathrooms and in-unit laundry. The clubhouse hangout includes a coffee bar, theater room, tanning booth and fitness center—all included in your monthly rent.
  › **Property Manager: 515-422-9882 | prairiepointeliving.com**



### BOONE
**DMACC-owned Borgen Square Apartments** are located on the Boone Campus and provide a great opportunity to meet new friends while attending DMACC. There are five unfurnished apartment complexes with occupancy for 208 students.

Each apartment contains:
» Four private bedrooms and two baths
» Common living room
» Full kitchen with refrigerator, stove, laundry and dishwasher
» The rent includes all utilities, cable TV, wireless internet, and free parking. Student housing includes a classroom, a quiet study area and a student lounge.
» **Property Manager: 515-433-5046**



### CARROLL
The DMACC Carroll Campus offers affordable housing for students. The completely remodeled housing unit is located at New Hope Village (approximately one mile from campus).
» **Call 712-792-1755 for more information**




**TO LEARN MORE ABOUT ALL CAMPUS HOUSING, SCAN THE QR CODE**
HOUSING.DMACC.EDU

# DMACC ADMISSIONS IS HERE TO HELP!



We know the transition and path to college can sometimes be difficult to navigate, and it's our goal to put your mind at ease as we help you through the process. We are excited to connect with you and introduce everything DMACC has to offer!

**CAMPUS TOURS INFORMATION**

515-965-7337
Apply.DMACC.edu



**TO LEARN MORE, SCAN THE QR CODE**
VISIT.DMACC.EDU

## TOP 10 REASONS TO CHOOSE DMACC

| | | | |
|---|---|---|---|
| **10** FREE personalized tutoring | | **5** NATIONALLY ACCREDITED academic programs | |
| **9** SEAMLESS TRANSFER agreements with four-year colleges and universities | | **4** 6 CAMPUSES AND 7 LEARNING CENTERS in Central Iowa | |
| **8** SMALL CLASS SIZES averaging 19 students. That's more one-on-one attention | | **3** SAVE MONEY: DMACC tuition and fees are the lowest in the state of Iowa | |
| **7** THOUSANDS OF CLASSES to choose from | | **2** FREE APPLICATION PROCESS—apply today! | |
| **6** ONLINE CLASSES for more flexibility | | **#1** THE CHOICE OF NEARLY 39,000 STUDENTS | |


THIS IS DMACC.

# DMACC HAS OPTIONS AND PATHS FOR EVERYONE IN EVERY STAGE OF LIFE!

## EDUCATION OPTIONS:


» **ACADEMIC PROGRAMS & TRANSFER**
PATHWAYS.DMACC.EDU


» **ENGLISH LANGUAGE LEARNERS (ELL PROGRAM)**
ELL.DMACC.EDU


» **HIGH SCHOOL EQUIVALENCY TEST (HISET)**
HISET.DMACC.EDU


» **CAREER ADVANTAGE**
CAREERADVANTAGE.DMACC.EDU

## CAREER & LIFE RESOURCES:


» **EVELYN K. DAVIS CENTER FOR WORKING FAMILIES**
EVELYNKDAVISCENTER.ORG/PROGRAMS.HTML


» **CAREERS & EMPLOYABILITY**
CAREERCENTER.DMACC.EDU


» **BUSINESS RESOURCES**
DBR.DMACC.EDU

## SHORT-TERM, NONDEGREE SEEKING OPTIONS


» **WORKFORCE TRAINING ACADEMY**
FREETRAINING.DMACC.EDU


» **CONTINUING EDUCATION**
CE.DMACC.EDU


