# EXHIBIT Q



2024–2025

# LIBROS DE VISITAS





## TIAN ES DMACC.

Fui educada en casa, así que nunca fui a la escuela pública, pero siempre quise ir. Me encantó lo simpáticos que eran los estudiantes, el tamaño de las clases y la amabilidad de los profesores. Creo que si hubiera ido directamente a la universidad me habría agobiado y probablemente habría abandonado. DMACC parecía el lugar perfecto para empezar mi experiencia universitaria.

—TIAN, NEGOCIOS Y PSICOLOGÍA

## ESCANEAR PARA SOLICITAR.

2

# PROCESO DE ADMISIONES

## PASO 1 — COMPLETAR UNA SOLICITUD DE ADMISIÓN GRATUITA

» Haga clic en "Solicitar ahora" en **APPLY.DMACC.EDU**

» Seleccione un programa/especialización en DMACC. Más información sobre nuestros programas en **PROGRAMS.DMACC.EDU**

## PASO 2 — CEVALUACIONES COMPLETAS PARA SU PROGRAMA

» Envíe los resultados de su examen ACT O realice las evaluaciones ACCUPLACER de Lectura y Escritura y ALEKS de matemáticas si es necesario.

» Regístrese para las pruebas de evaluación GRATIS. Para ello, llame a cualquier Centro de Pruebas DMACC:

| | |
|---|---|
| Ames | 515-663-6700 |
| Ankeny | 515-964-6595 |
| Boone | 515-433-5096 |
| Carroll | 712-792-1755 |
| Newton | 641-791-3622 |
| Perry | 515-428-8100 |
| Southridge | 515-287-8700 |
| Urban/Des Moines | 515-248-7218 |
| West Des Moines | 515-633-2426 |

» Para más información, visite el sitio web del Centro de Pruebas en **TESTINGCENTER.DMACC.EDU**

## PASO 3 — SOLICITAR BECAS DE LA FUNDACIÓN DMACC

» La Fundación DMACC otorga cientos de becas cada semestre: **SCHOLARSHIPS.DMACC.EDU**

» ¿Quién puede solicitar una beca de la Fundación DMACC?

› Un estudiante que haya obtenido un diploma de enseñanza secundaria o un diploma equivalente de enseñanza secundaria antes del inicio del próximo semestre de otoño.

› Un estudiante actual de DMACC.

• Los estudiantes entrantes que no tienen un nombre de usuario o contraseña de DMACC primero deben completar una solicitud de admisión a DMACC y ser admitidos en el Colegio antes de solicitar una beca de la Fundación DMACC.

› Deben tener un promedio acumulativo mínimo de 2,0 o superior.

› Deben estar matriculados en DMACC en un mínimo de 6 horas de crédito para los semestres de otoño y primavera o matriculados en un mínimo de 4 horas de crédito para el período de verano.

## PASO 4 — SOLICITAR AYUDA FINANCIERA

» Complete la solicitud FAFSA en línea en **FAFSA.GOV DMACC SCHOOL CODE: 004589**

» La FAFSA ayuda a determinar su elegibilidad para becas federales y estatales, préstamos y oportunidades de estudio y trabajo

» Si necesita ayuda con la asistencia financiera o para completar la FAFSA, visite **FINAID.DMACC.EDU** para obtener ayuda paso a paso y otros recursos. También puede llamar al 515-964-6282 o enviar un correo electrónico a finaid@dmacc.edu

» Al completar la FAFSA también estás solicitando la Beca Iowa Last-Dollar. Esta beca cubre las brechas por gastos de matrícula no cubiertas por subvenciones/becas federales y estatales para más de 80 trayectorias profesionales y programas técnicos de alta demanda en DMACC. Encontrará más información en la página 5 o en **LASTDOLLAR.DMACC.EDU**

» También puede concertar una cita con Iowa College Network (ICAN, por sus siglas en inglés) para obtener ayuda personalizada para completar la FAFSA. La oficina de ICAN Central Iowa se encuentra en el campus de DMACC Ankeny. Presta servicio a la parte central del estado, desde la zona metropolitana de Des Moines hacia el norte, hasta la frontera con Minnesota y el centro-oeste de Iowa. **ICANSUCCEED.ORG**

## STEP 5 — COMPLETAR LA ORIENTACIÓN E INSCRIBIRSE EN LAS CLASES

» Después de que su solicitud de admisión sea aceptada y cuando comience la temporada de orientación, recibirá un correo electrónico con información al respecto.

» Debe asistir a la orientación en línea.

» ¿Cuándo empieza la temporada de orientación?

› Temporada de orientación de otoño: comienza a mediados de abril

› STemporada de orientación de primavera: comienza a finales de octubre

› Temporada de orientación de verano: comienza a principios de abril ¡Compruebe su correo electrónico personal y/o de DMACC regularmente en estas fechas para recibir su correo electrónico de orientación!

» Conéctese con su asesor académico y matricúlese en las clases.

## PRESENTE SU EXPEDIENTE ACADÉMICO

» Si desea más información, visite el sitio web del Registrador en **REGISTRAR.DMACC.EDU**

*Tenga en cuenta lo siguiente: Los estudiantes en suspensión de asistencia financiera o que asisten a DMACC como un estudiante sin titulación no son elegibles para una beca de la Fundación DMACC*

# ASISTENCIA FINANCIERA



### SIN GASTOS OCULTOS

No se cobran tasas de admisión, solicitudes, expedientes académicos, laboratorios informáticos, asesoramiento estudiantil, matrícula, aparcamiento ni uso de la biblioteca.



### ASISTENCIA FINANCIERA

En DMACC, nuestros profesionales de Asistencia Financiera le ayudarán a desarrollar un paquete que satisfaga sus necesidades educativas y su presupuesto personal.

Existen muchas opciones para ayudarle a pagar sus estudios: becas, subvenciones, préstamos y trabajos de estudio. DMACC ofrece becas de matrícula completa a los estudiantes más destacados de la escuela secundaria y a muchos otros estudiantes. La beca Mark Pearson FFA Leadership ofrece una beca completa a los presidentes de las secciones de la FFA de Iowa que cumplan los requisitos. Le sorprenderá conocer toda la asistencia disponible.



### ICAN

Planificar la carrera o la universidad y solicitar ayuda financiera puede resultar confuso e intimidante, tanto si es la primera vez que lo hace como si es la novena. Por esa razón, el equipo de Asesores de Éxito Estudiantil de ICAN se reunirá individualmente con los estudiantes y sus familias de forma virtual, o en cualquiera de nuestras oficinas, con la frecuencia que deseen, sin cargo alguno.



**SI DESEA CONSULTAR UNA LISTA DE COMPROBACIÓN SOBRE AYUDA FINANCIERA QUE INCLUYA UN CALENDARIO SOBRE CUÁNDO Y CÓMO SOLICITAR AYUDA FINANCIERA, VISITE:** FINAID.DMACC.EDU

### LA MATRÍCULA Y LAS TASAS DE DMACC SON LAS MÁS BAJAS DE IOWA.

Completar sus dos primeros años en DMACC le permitiría ahorrar un promedio de $8144 en comparación con una escuela pública de cuatro años, y $51.698 en comparación con una universidad privada.

*Fuente: Comisión de ayuda a los estudiantes universitarios de Iowa (año académico 2023-2024)*



2 AÑOS EN UNA UNIVERSIDAD PRIVADA

2 AÑOS EN UNA UNIVERSIDAD PÚBLICA

2 AÑOS EN DMACC

$66,296
$20,792
$11,100 DMACC

---

El código de la escuela DMACC es 004589



## CÓMO EMPEZAR

**LA FAFSA 2024–2025 YA ESTÁ DISPONIBLE. Complete y presente una Solicitud Gratuita de Ayuda Federal para Estudiantes (FAFSA). La solicitud se encuentra en línea en fafsa.gov.**

a FAFSA está disponible después del 1 de octubre de su último año. DMACC no comienza a procesar FAFSA hasta finales de la primavera y nuestro plazo de prioridad finaliza el 1 de julio.

Si usted tiene preguntas o necesita ayuda para completar la FAFSA, póngase en contacto con la Oficina de Ayuda Financiera DMACC en finaid@dmacc.edu, o 515-964-6282 o 800-362-2127.



**ESCANEE EL CÓDIGO QR PARA SOLICITARLO PARA BECAS DE ASISTENCIA**

SCHOLARSHIPS.DMACC.EDU

# BECA LAST DOLLAR

## ¡CUBRA COMPLETAMENTE EL COSTO DE SU MATRÍCULA!

La beca Last-Dollar Scholarship está disponible para programas técnicos y de carreras de alta demanda en DMACC. Si cumple los requisitos, Iowa ofrece un programa de asistencia financiera único para ayudarle a pagar su carrera en un campo de gran demanda.

## LA BECA LAST-DOLLAR DE IOWA

» Ofrece asistencia para el pago de la matrícula a los residentes de Iowa que reúnan los requisitos necesarios y se matriculen en cualquiera de los más de 80 programas técnicos y carreras profesionales de alta demanda de DMACC

» Proporciona una vía de acceso a muchas carreras apasionantes y en expansión

» Le ayuda a obtener la formación y adquirir las competencias necesarias para los puestos de trabajo que los empresarios de Iowa desean cubrir, a un costo muy reducido

## DOCENAS DE PROGRAMAS DMACC DISPONIBLES

The Iowa Last-Dollar Scholarship will help cover the tuition cost of dozens of DMACC certificate, diploma, and degree programs. For a full list of qualifying programs, visit **LASTDOLLAR.DMACC.EDU**.

## ¡CUBRA COMPLETAMENTE EL COSTO DE SU MATRÍCULA!

La beca Last-Dollar está disponible para:

» Estudiantes que hayan obtenido recientemente un diploma de escuela secundaria de Iowa, un programa de educación en casa o un diploma de equivalencia de escuela secundaria, O estudiantes (mayores de 20 años)

» Matricularse al menos a tiempo parcial en un programa de estudios admisible

» Solicitar el resto de subvenciones y becas estatales y federales disponibles

» Cumplir los requisitos actuales

» Tener un Índice de Ayuda Estudiantil (IEA) igual o inferior a $20.000

» Para ser elegible para este programa debe cumplir con los requisitos y presentar su FAFSA antes de la fecha límite del estado

» Si los fondos no son suficientes para otorgar a todos los estudiantes elegibles, Iowa College Aid priorizará a los estudiantes en función de los estudiantes que regresan la Beca Last-Dollar y luego por la fecha de recepción de la solicitud FAFSA".

### NUEVO REQUISITO PARA 2024-2025

Los estudiantes deben tener un Índice de Ayuda Estudiantil (IAS) igual o inferior a $20.000. Los estudiantes que recibieron una Beca Last-Dollar en 2023-2024 pueden continuar recibiendo la beca, si su EFS es superior a $20.000 y cumplen con todos los demás requisitos de elegibilidad.



**MÁS INFORMACIÓN SOBRE LAS BECAS DE ÚLTIMA HORA**
LASTDOLLAR.DMACC.EDU

# BECA DE LA FUNDACIÓN DMACC

Cada año, la Fundación DMACC recibe muchas generosad donaciones de particulares y organizaciones. Gracias a ello y a los esfuerzos de la Fundación, el DMACC puede ofrecer cada año importantes becas a miles de estudiantes.

**ELEGIBILIDAD.** Las becas de la Fundación DMACC se otorgan a través de un competitivo proceso de solicitud en línea a estudiantes actuales y futuros de DMACC.

**LOS PREMIOS SE BASAN EN:**

» Necesidades económicas
» Rendimiento académico
» Una cominación de ambos



**PARA SOLICITAR UNA BECA DE LA FUNDACIÓN, BECAS, VISITE**
FOUNDATION.DMACC.EDU



# SE TRATA DE **CAMINOS**

¿Todavía no se ha decidido? ¿Sigue explorando? Está en el lugar adecuado. DMACC ofrece 10 caminos de interés y planes de estudio orientados a la carrera que le permiten explorar sin perder tiempo, créditos o dinero.

¿Sabe exactamente lo que quiere hacer? Usted también está en el lugar adecuado. La información sobre su programa y sobre industrias y campos similares se agrupa. Esto le permite explorar diversas posibilidades académicas.





» ### AGRICULTURA, ANIMALES Y RECURSOS NATURALES
Cultivar y cuidar los elementos básicos de la Tierra, tierra, agua, plantas, animales, en cualquier campo profesional.



» ### CONSTRUCCIÓN Y TRANSPORTE
Utilice sus manos y su mente para construir, reparar, diseñar y ayudar a que el mundo siga moviéndose y creciendo.







» ### NEGOCIOS
Aplicar la mecánica de las finanzas y la gestión para ayudar a las empresas y oficinas a funcionar sin problemas y planificar el futuro.





» ### DISEÑO, MEDIOS DE COMUNICACIÓN Y ARTES
Cree y presente arte a través de palabras, objetos físicos, alimentos, imágenes, música, teatro y mucho más.



# LA VIDA LLAMA

Ahora es el momento de dar un paso hacia el futuro siguiendo uno de nuestros 10 caminos hacia el éxito.

Las oportunidades profesionales y académicas de DMACC están agrupadas en un *itinerario* para facilitarle la conexión con el *cuerpo docente*, el *apoyo estudiantil*, las *oportunidades profesionales* y la *vida en el campus*.



## » EDUCACIÓN, COMUNICACIÓN Y HUMANIDADES
Explore el mundo de la enseñanza, las ramas del saber y el poder del lenguaje.



## » INGENIERÍA Y FABRICACIÓN
Tome una idea o una visión y vea cómo cobra vida para que otros la usen y la disfruten.



## » CIENCIAS DE LA SALUD Y BIENESTAR
Ayudar a otros a curarse o a mantenerse físicamente sanos y fuertes de diversas maneras.











## » TECNOLOGÍA DE LA INFORMACIÓN
Emplee su pasión y sus conocimientos de informática, lenguajes informáticos y sistemas informáticos en cualquier campo.



## » MATH & SCIENCE
Construya una base en matemáticas y ciencias básicas que le ayude a comenzar una carrera en campos que van desde la medicina a la biotecnología, pasando por la educación.



## » PUBLIC & COMMUNITY SERVICES
Forme parte del equipo que se involucra para proteger, apoyar y servir a su comunidad

# CAMINOS DMACC

## AGRICULTURE, ANIMALS, & NATURAL RESOURCES PATHWAY

### AGRICULTURA
Agronegocios ......................................AAS
Comunicación agrícola ........................CSP
Agronomía .........................................CSP
Ciencia animal ....................................AAS
Gestión agrícola .................................CSP
Ventas/Servicios .................................CSP

### HORTICULTURA
Paisaje y Concentración
en césped ......................................AAS
Producción Vegetal .............................AAS

### ARTES LIBERALES
Asociado en Artes ................................AA
Asociado en Ciencias ...........................AS

### TECNOLOGÍA VETERINARIA
Tecnología Veterinaria .........................AAS
Asistente veterinario ...........................CSP

### AGUA Y AGUAS RESIDUALES
Tecnología Medioambiental
del Agua ........................................AAS
Tratamiento de aguas residuales &
Tecnología de sistemas de
recolección ...................................DIPL
Tratamiento de aguas y aguas
residuales ....................................DIPL
Recolección de aguas residuales
Tecnología de sistemas ..................CSP
Tecnología de sistemas de
distribución de agua y recolección
de aguas residuales ......................DIPL
Aprendizaje de tratamiento de
aguas residuales ..........................CSP
Tecnología de tratamiento de
aguas residuales ..........................CSP
Distribución del agua
Tecnología de sistemas ..................CSP
Tratamiento y distribución de
agua Tecnología de sistemas .........DIPL
Aprendizaje de tratamiento
de aguas .......................................CSP
Tecnología de tratamiento
del agua ........................................CSP

## BUILDING TRADES & TRANSPORTATION PATHWAY

### TECNOLOGÍAS ARQUITECTÓNICAS
Tecnologías arquitectónicas ...............AAS
Tecnologías arquitectónicas ...............DIPL

### ASEP GENERAL MOTORS
ASEP General Motors ..........................AAS

### ASSET FORD
ASSET Ford .........................................AAS

### TECNOLOGÍA DE COLISIÓN DE AUTOMÓVILES
Tecnología de colisión
de automóviles ..............................DIPL

### TECNOLOGÍA DE LA MECÁNICA DEL AUTOMÓVIL
Tecnología de Mecánica
de Automoción ..............................AAS
Chasis y tren motriz
de automóviles ..............................DIPL
Motores y puesta a punto
de automóviles ..............................DIPL
Tecnología de mantenimiento
y reparación de la luz de
automóviles ..................................DIPL
Reparación menor de automóviles
& Mantenimiento de vehículos ........DIPL

### OFICIOS DE LA CONSTRUCCIÓN
Oficios de la Construcción ..................DIPL
Gestión de la Construcción .................AAS

### CAP-CHRYSLER MOPAR
CAP Chrysler .......................................AAS

### GESTIÓN DE LA CONSTRUCCIÓN
Gestión de la Construcción .................AAS
Oficios de la Construcción ..................DIPL

### DIESEL TECHNOLOGY
Tecnología Diesel ................................AAS
Tecnología Diesel ................................DIPL

### TECNOLOGÍA DE SERVICIOS ELÉCTRICOS
Tecnología de Servicios Eléctricos .....AAS
Tecnología de Servicios Eléctricos .....DIPL

### OFICIOS ELÉCTRICOS
Oficios Eléctricos ...............................DIPL

### TECNOLOGÍA DE CALEFACCIÓN, AIRE ACONDICIONADO Y REFRIGERACIÓN (HACR)
Calefacción/AC/Refrigeración ............AAS
Calefacción/AC/Refrigeración ............DIPL

### HONDA PACT
Honda PACT ........................................AAS
Mantenimiento Honda PACT
& Reparación de luces ....................CSP

### ARTES LIBERALES
Asociado en Artes ................................AA
Asociado en Ciencias ...........................AS

### TECNOLOGÍA DE EQUIPOS DE POTENCIA
Tecnología de Equipos Eléctricos ......AAS

## BUSINESS PATHWAY

### CONTABILIDAD
Especialista en contabilidad ...............AAS
Contabilidad y Teneduría
de Libros ..................................Diploma
Contabilidad .......................................CSP
Contabilidad para empresarios ..........CSP
Liquidación de sueldos y jornales ......CSP

### ADMINISTRACIÓN DE EMPRESAS
Administración de Empresas,
Emprendedurismo .........................AAS
Administración de Empresas,
Gestión de Recursos Humanos ......AAS
Administración de Empresas,
Gestión .........................................AAS
Espíritu empresarial ...........................CSP
Servicios de seguros ...........................CSP

### COORDINADOR DE APOYO A LAS EMPRESAS
Coordinador de apoyo
a las empresas ..............................CSP

### NEGOCIOS
Transferencia de Negocios ..................AA

### GESTIÓN HOTELERA
Gestión hotelera,
Concentración Hotelera ..................AAS
Gestión hotelera,
Concentración en Restauración ......AAS
Hostelería .........................................DIPL
Hostelería,
Gestión de Restaurantes.................DIPL

### SERVICIOS DE SEGUROS
Servicios de Seguros ...........................CSP

### ARTES LIBERALES
Asociado en Artes ................................AA

### GESTIÓN
Gestión de Recursos Humanos ...........CSP
Gestión y Liderazgo ............................CSP
Ventas y Gestión ...............................DIPL

### MARKETING
Marketing ...........................................AAS
Marketing Digital ...............................DIPL
Marketing Digital ................................CSP

### GESTIÓN DE LA CADENA DE SUMINISTRO
Gestión de la Cadena
de Suministro ................................CSP

## DESIGN, MEDIA, & THE ARTS PATHWAY

### ANIMACIÓN Y RICH MEDIA
Animación y Rich Media ......................AAS
Animación y Rich Media .....................DIPL
Ilustración para animación ..................CSP
Introducción a la animación
y Rich Media .................................CSP
Introducción a la Animación 3D ..........CSP
Introducción a los gráficos
en movimiento ...............................CSP

### ARTES CULINARIAS
Artes Culinarias ..................................AAS
Artes culinarias .................................DIPL
Cocción .............................................DIPL

### MODA
Moda ..................................................AAS
Moda ..................................................DIPL
Estilismo de moda ..............................CSP

### DISEÑO GRÁFICO
Diseño Gráfico ....................................AAS
Comunicación visual ...........................CSP
Ilustración digital ...............................CSP
InDesign .............................................CSP
Medios interactivos
para diseño gráfico ........................CSP
Comunicaciones visuales ....................CSP

### INTERIORISMO
Diseño de Interiores ............................AAS
Consultor de diseño
de interiores ..................................CSP

### PERIODISMO
Periodismo Transferencia ....................AA

### FOTOGRAFÍA
Fotografía ...........................................AAS
Fotografía avanzada ............................CSP
Fotografía Básica ................................CSP
Fotografía para medios
sociales .........................................CSP

### TEATRO
Teatro Transferencia ............................AA
Actuación ...........................................CSP

### PRODUCCIÓN DE VIDEO
Producción de video ...........................AAS
Producción de video ...........................CSP

### DESARROLLO WEB
Desarrollador web ..............................AAS
Desarrollador web ..............................DIPL
Desarrollador web, avanzado .............CSP
Desarrollador web ..............................CSP

### ARTES LIBERALES
Asociado en Artes ................................AA

### DISCIPLINAS ACADÉMICAS ADICIONALES
›Arte
›Música

## EDUCATION, COMMUNICATION, & THE HUMANITIES PATHWAY

### COMUNICACIÓN
Comunicación Transferencia ...............AA

### EDUCACIÓN INFANTIL
Educación Infantil ...............................AAS
Educación Infantil ..............................DIPL
Educación Infantil ...............................CSP
Administración de Programas
de Educación Infantil .....................CSP

### EDUCACIÓN PRIMARIA
Transferencia de Educación
Primaria .........................................AA

### EDUCACIÓN SECUNDARIA
Transferencia de Secundaria
Elemental ........................................AA

### INGLÉS
Inglés Transferencia ............................AA

### HISTORIA
Historia Transferencia .........................AA

### ARTES LIBERALES
Asociado en Artes ................................AA

### PARAEDUCTOR
Paraeducator, Generalista ...................CSP

### DISCIPLINAS ACADÉMICAS ADICIONALES
›Antropología
›Chino
›Francés
›Estudios globales
›Humanidades
›Filosofía
›Religión
›Español

## ENGINEERING & MANUFACTURING PATHWAY

### TECNOLOGÍA DE FABRICACIÓN AVANZADA
Tecnología de fabricación
avanzada ........................................AAS

### TECNOLOGÍA DE INGENIERÍA CIVIL
Tecnología de Ingeniería Civil .............AAS
Tecnología de Ingeniería Civil .............CSP
Agrimensura .......................................CSP

### TÉCNICO EN DISEÑO ASISTIDO POR ORDENADOR
Técnico en diseño asistido
por ordenador ...............................AAS
Diseño asistido por ordenador ..........DIPL

## TÉCNICO EN INGENIERÍA ELECTRÓNICA
Técnico en Ingeniería Electrónica........AAS
Fundamentos de electrónica ................DIPL

## INGENIERÍA
Ingeniería Transferencia ......................AS

## TECNOLOGÍA INDUSTRIAL
Tecnología industrial ...........................DIPL
Eléctrico Básico ...................................CSP
Hidráulica básica .................................CSP
Neumática básica .................................CSP
Seguridad general de la industria .......CSP
Mantenimiento hidráulico ....................CSP
Controladores lógicos
  de tecnología industrial ....................CSP
Responsables de mantenimiento .......CSP
Fabricación ..........................................CSP
Medidas y planos ................................CSP
Transmisión mecánica
  de potencia ........................................CSP
Controles de motor-
  Tecnología industrial ........................CSP
Sistema de sensores y lógica ............CSP

## ARTES LIBERALES
Asociado en Artes ...............................AA
Asociado en Ciencias ..........................AS

## TECNOLOGÍA DE ENERGÍAS RENOVABLES
Tecnología de Energías
Renovables ..........................................AAS
Técnico industrial ................................DIPL
Técnico de energía solar .....................CSP
Técnico de turbinas eólicas ................CSP

## SISTEMAS ROBÓTICOS Y DE CONTRO
TECNOLOGÍA DE INGENIERÍA
Robótica y sistemas de control
  Tecnología de Ingeniería ..................AAS

## HERRAMIENTAS Y MATRICERÍA
Herramientas y matricería ...................AAS
Tecnología de mecanizado ..................DIPL
Matricería ............................................DIPL
Operador/Programador CNC ...............CSP
Instalación/Operador CNC ..................CSP

## SOLDADURA
Soldadura ........................................Diploma
Lectura de planos ................................CSP
Arco metálico con gas .........................CSP
Arco de gas tungsteno .........................CSP
Producción Soldadura MIG ..................CSP
Arco metálico protegido .......................CSP
Corte térmico ......................................CSP



## ENTRENAMIENTO DEPORTIVO
Entrenamiento deportivo ....................CSP

## ASISTENTE DENTAL
Asistente dental ..................................DIPL

## HIGIENE DENTAL
Higiene Dental .....................................AAS

## CIENCIAS DEL EJERCICIO Y KINESIOLOGÍA
Ciencias del ejercicio y
  Kinesiología Transferencia ...............AA

## GESTIÓN DEL EJERCICIO FÍSICO
Gestión del Ejercicio Físico .................AAS
Especialista en Bienestar ....................CSP

## ESPECIALISTA EN ADMINISTRACIÓN SANITARIA
Especialista en Administración
Sanitaria ..............................................AAS

## ARTES LIBERALES
Asociado en Artes ...............................AA
Asociado en Ciencias ..........................AS

## ASISTENTE MÉDICO
Asistente médico .................................CSP

## FACTURACIÓN Y CODIFICACIÓN MÉDICAS
Facturación médica
  y codificación ....................................DIPL

## TÉCNICO DE LABORATORIO MÉDICO
Técnico de laboratorio médico............AAS

## ENFERMERÍA
Enfermería ...........................................AAS
Enfermería-Avanzado ..........................AAS
Enfermería práctica .............................DIPL
Auxiliar de enfermería avanzado .........CSP
Auxiliar de enfermería .........................CSP

## ESPECIALISTA EN ACCESO DE PACIENTES
Especialista en acceso
  de pacientes ......................................CSP

## TERAPIA RESPIRATORIA
Terapia Respiratoria ............................AAS

## TECNOLOGÍA QUIRÚRGICA
Tecnología Quirúrgica ..........................AAS



## SISTEMAS INFORMÁTICOS
Sistemas Informáticos .........................AAS
Lenguajes informáticos DIPL
Desarrollador de aplicaciones C# ......CSP
Desarrollador de aplicaciones C++ ....CSP
Ciencia de datos .................................CSP
Desarrollador de aplicaciones
  Java ...................................................CSP
Desarrollador de aplicaciones
  Python ...............................................CSP
Desarrollador de aplicaciones
  SQL ...................................................CSP

## CIBERSEGURIDAD
Ciberseguridad ....................................AAS
Ciberseguridad ....................................DIPL
Ciberseguridad ....................................CSP

## INVESTIGACIÓN FORENSE DIGITAL
Investigación forense digital ...............AAS
Investigación forense digital ...............CSP

## E-DISCOVERY
E-Discovery ..........................................CSP

## TECNOLOGÍA DE LA INFORMACIÓN /ADMINISTRACIÓN DE REDES
Tecnología de la Información/
  Administración de redes ...................AAS
Tecnología de la Información/
  Administrador de red .........................CSP

## ARTES LIBERALES
Asociado en Ciencias ..........................AS
Asociado en Artes ...............................AA

## TECNOLOGÍA DE REDES-TELECOMUNICACIONES/ COMUNICACIONES DE DATOS
Tecnología de Redes -
  Telecomunicaciones/
  Comunicaciones de Datos .................AAS
Tecnología de redes -
  Telecomunicaciones ..........................CSP



## MATH & SCIENCE PATHWAY

## BIOLOGÍA
Biología Transferencia .........................AS

## BIOTECNOLOGÍA
Diplomado en Ciencias con
  a Biotecnología .................................CSP
Biotecnología, Agronomía
  Concentración ...................................AAS
  en Ciencia Animal .............................AAS
Biotecnología, Concentración
  en Producción Vegetal ......................AAS
Métodos de laboratorio
  de biotecnología ................................CSP

## QUÍMICA
Diploma en Química
  Transferencia .....................................AS

## MATEMÁTICAS
Matemáticas .........................................AS

## FÍSICA
Especialidad en física
  Transferencia .....................................AS

## ARTES LIBERALES
Asociado en Artes ...............................AA
Asociado en Ciencias
  c/ Certificado de Biotecnología ........AS
Asociado en Ciencias ..........................AS

## DISCIPLINAS ACADÉMICAS ADICIONALES
›Ciencias medioambientales
›Ciencias Físicas

## PUBLIC & COMMUNITY SERVICES PATHWAY

## JUSTICIA PENAL
Especialidad en Justicia Penal
  Transferencia .....................................AA
Justicia Penal ......................................AAS
Investigación del lugar del delito ........CSP
Gestión de emergencias ......................CSP
Seguridad nacional .............................CSP

## TÉCNICO EN EMERGENCIAS MÉDICAS
Técnico en emergencias médicas ......CSP

## TECNOLOGÍA CONTRA INCENDIOS
Tecnología contra incendios ...............AAS
Tecnología de protección
  contra incendios ...............................CSP

## ARTES LIBERALES
Asociado en Ciencias ..........................AS
Asociado en Artes ...............................AA

## TECNOLOGÍA DE REDES-TELECOMUNICACIONES/ COMUNICACIONES DE DATOS
Tecnología de Redes -
  Telecomunicaciones/
  Comunicaciones de Datos .................AAS
Tecnología de redes -
  Telecomunicaciones ..........................CSP

## SERVICIOS HUMANOS Y FAMILIARES
Servicios Humanos y Familiares
  Transferencia .....................................AA

## SERVICIOS HUMANOS
Servicios Humanos ..............................AAS
Servicios Humanos ..............................CSP

## ARTES LIBERALES
Asociado en Artes ...............................AA

## CIENCIAS MORTUORIAS
Servicios Funerarios ............................AAS
Ciencias Mortuorias .............................ASDPL

## PARALEGAL
Paralegal AAS Paralegal .....................CSP

## PARAMÉDICO
Paramédico, Concentración
  Clínica ...............................................AAS
Paramédico, Ciencias del Fuego
  Concentración ...................................AAS
Paramédico, Concentración
  en Administración Pública .................AAS
Paramédico ..........................................CSP

## CIENCIAS POLÍTICAS
Ciencias Políticas Especialidad ..........AA

## PSICOLOGÍA
Diploma en Psicología
  Transferencia .....................................AA

## INFORMES JUDICIALES EN TIEMPO REAL
Informes Judiciales
  en Tiempo Real ..................................AAS

## SOCIOLOGÍA
Diploma en Sociología
  Transferencia .....................................AA



## PARA OBTENER MÁS INFORMACIÓN, ESCANEE EL CÓDIGO QR

PATHWAYS.DMACC.EDU

# DIVERSIDAD EN DMACC



» Con estudiantes de 65 países y más de 95 idiomas, el Campus Urbano de DMACC cuenta con el alumnado más diverso de Iowa.

» Ganador del Gran Premio a la Diversidad de Des Moines Partnership.

» Activa Comisión de Diversidad de DMACC dedicada a promover y acoger a personas de todas las culturas.

» Anfitrión del Tapestry Award DMACC, concedido cada año a un miembro del profesorado o del personal que contribuya a valorar promover la diversidad.

PNuestra misión es proporcionar una educación y formación de calidad, asequible y centrada en el estudiante, diseñada para capacitar a TODOS los estudiantes en su búsqueda de oportunidades en la vida y de objetivos profesionales. Acceso y Éxito Estudiantil de DMACC está comprometido a proporcionar un ambiente de aprendizaje y trabajo abierto, diverso e inclusivo que nutra el crecimiento y desarrollo de todos.





## CLUBES DE ESTUDIANTES BASADOS EN LA CULTURA Y LA IDENTIDAD

» Estudiantes afroamericanos unidos
» Sociedad Honoraria de la Lengua Española
» Club Internacional
» DMACC Urban Campus Latino Club
» Club LGBTQ+ (Rainbow Alliance)
» Alianza Gay/Hetero
» DMACC Unidos

## ESPACIOS DE AFINIDAD

» Sala de veteranos
» Salón de Honor
» Salas de meditación/silencio/oración
» Espacios interculturales
» Salas de Género y Sexualidad

## CLASES DE DIVERSIDAD

» Historia afroamericana
» Literatura afroamericana
» Clases de idiomas (español y francés)
» Estudiarenelextranjero

## SERVICIOS DE APOYO ACADÉMICO

» De hermano a hermano
» Servicios para discapacitados
» Programa de honores
» Alianza Louis Stokes para la Participación de las Minorías (LSAMP, por sus siglas en inglés)
» Servicios de tutoría
» Servicios de apoyo a los estudiantes
» UpwardBound



**PARA OBTENER MÁS INFORMACIÓN, ESCANEE EL CÓDIGO QR**
DIVERSITY.DMACC.EDU

# SERVICIOS **PROFESIONALES**



TEl Centro de Carreras Profesionales de DMACC proporciona asistencia para construir el camino hacia su futuro. Con el fin de ayudar a los estudiantes a encontrar el camino adecuado, existe una serie de recursos y servicios de exploración de carreras:

» Servicios de orientación profesional

» Evaluaciones profesionales Focus 2

» Datos sobre ocupación y mercado laboral

» Información sobre empleo para licenciados

Una vez que encuentre su camino, el Centro de Carreras Profesionales de DMACC proporciona un amplio apoyo para ayudar a los graduados de DMACC a alcanzar la carrera que están buscando.

» Ayuda para la búsqueda de empleo y prácticas

» Asistencia en la redacción de currículos y entrevistas

» Eventos para empresarios

» Plataforma de empleo y prácticas Handshake



*Con más puestos de prácticas, muchas oportunidades de empleo y la población de más rápido crecimiento de Iowa, ¡el centro de Iowa es el lugar ideal para encontrar grandes puestos de trabajo!*

**ESCANEA EL CÓDIGO QR PARA VER CÓMO DMACC PUEDE AYUDARLE A PREPARARSE PARA EL ÉXITO MÁS ALLÁ DEL SALÓN DE CLASES.**

CAREERCENTER.DMACC.EDU



Me encanta que DMACC sea tan diverso, he conocido a tanta gente increíble de diferentes culturas.y etnias. La diversidad me sorprendió mucho. Yo también tengo una formación diversa, así que fue reconfortante.

Además, DMACC tiene un ambiente muy positivo en el que la gente puede prosperar, lo cual es muy importante

—FARUK, ARTES LIBERALES, TEATRO, CAMPUS DE ANKENY

FARUK ES DMACC

11

# OPORTUNIDADES ACADÉMICAS

## ¡CONVIERTA LOS CRÉDITOS UNIVERSITARIOS QUE HA OBTENIDO EN EL INSTITUTO EN UN TÍTULO UNIVERSITARIO!

Muchos estudiantes de secundaria ya han obtenido valiosos créditos universitarios a través de DMACC, ¡usted también puede! Crearemos un plan de estudios personalizado que reduzca el tiempo necesario para completar su titulación y minimizar el costo total de su educación.

## SI BIEN LOS CRÉDITOS UNIVERSITARIOS SERÁN ÚTILES, UN TÍTULO DE ASOCIADO DMACC ES UNA MEJOR MANERA DE:

» Prepararse para un traslado efectivo a una universidad de cuatro años.

» Proporcionar perspectivas nuevas y únicas sobre las opciones profesionales, incluidos los programas preprofesionales de Derecho, Medicina, Educación, Empresariales, etc

» Ponerse en contacto con programas de colaboración de universidades públicas y privadas.

» Ahorrar **MILES DE DÓLARES** en gastos de matrícula.

» Dotarse de las habilidades necesarias para su carrera.

### ¿QUÉ ES UN TÍTULO DE ASOCIADO?

Un Grado Asociado es un título universitario que requiere la realización de un mínimo de 64 horas de crédito.

» Más de 6 millones de estudiantes universitarios de todo Estados Unidos están cursando un grado asociado.





**PARA OBTENER MÁS INFORMACIÓN, ESCANEE EL CÓDIGO QR**
HONORS.DMACC.EDU



DMACC HONORS

Nuestro **Programa de Honores está diseñado para ayudarle a expandir su mente** y prepararse para ingresar a la fuerza laboral o continuar con un programa de honores en una universidad de cuatro años.

**Haga de DMACC su escuela preferida.** Después de ser aceptado como estudiante DMACC, vaya a **HONORS.DMACC.EDU** para aprender más acerca de Honores en DMACC y para presentar un formulario de solicitud en línea.

# EMPIECE EN DMACC, DESPUÉS TRANSFIERA























## PROGRAMAS DE ASOCIACIÓN PARA LA ADMISIÓN

DMACC ha formalizado asociaciones de transferencia con muchos colegios y universidades de todo Iowa. Los Programas de Asociación para la Admisión lo ponen en contacto con instituciones de cuatro años para ofrecerle asesoramiento académico, alojamiento, acuerdos de transferencia, actividades extracurriculares y mucho más.

*ESTOS ACUERDOS LE AYUDAN A USTED Y A SU ASESOR A SELECCIONAR CURSOS DMACC QUE SE TRANSFIEREN SIN PROBLEMAS*

Algunas asociaciones de transferencia también incluyen ventajas adicionales. Incluso mientras es estudiante de DMACC, tiene acceso a estos servicios de su colegio o universidad de cuatro años de destino:

» Si sus planes incluyen cursar una licenciatura, DMACC ofrece dos opciones excepcionales con la **Universidad Estatal de Iowa** y la **Universidad del Norte de Iowa** llamadas **DMACC-ISU Connect** y **UNI@DMACC**. Estos programas tienen muchas ventajas, como el asesoramiento personalizado a los estudiantes participantes y múltiples oportunidades para establecer contactos tempranos

» Tutoría personalizada y asesoramiento académico

» Uso de instalaciones recreativas

» Participación en clubes y organizaciones

» Asistencia a acontecimientos deportivos y culturales

» Aceptación garantizada para los estudiantes de DMACC que cumplan los requisitos de admisión

DMACC ha preparado a los estudiantes para transferir créditos a más de 925 colegios y universidades de todo el país. Los estudiantes de DMACC pueden transferir créditos o un título completo de Asociado en Artes (AA) o Asociado en Ciencias (AS) a cualquiera de los colegios y universidades públicas y privadas de Iowa. No importa a dónde quiera llegar, DMACC tiene los programas y el apoyo para ayudarle.

*¡TENEMOS ESTAS OPCIONES Y MÁS!*

**PARA OBTENER MÁS INFORMACIÓN, ESCANEE EL CÓDIGO QR**
TRANSFER.DMACC.EDU



# VIDA **ESTUDIANTIL**



## CONOCER GENTE NUEVA

Las actividades y los clubes son una excelente manera de conocer gente y hacer amigos que compartan sus intereses sociales, profesionales, políticos, recreativos y educativos. ¿Qué mejor manera de sentirse más cómodo en la universidad?

## EXPLORE SUS INTERESES

La universidad es el momento ideal para diversificar. Las actividades y clubes estudiantiles son una forma estupenda de explorar nuevos intereses e incluso pueden ayudarle a decidir qué profesión desea elegir.





## ESTABLECER CONTACTOS PROFESIONALES Y MEJORAR SU CURRÍCULUM

Los grupos profesionales le ayudan a establecer contactos con otros estudiantes de DMACC y con miembros de la comunidad profesional.

## AHORRE EN ENTRETENIMIENTO

Desde entradas de cine con descuento hasta juegos y eventos al aire libre, aproveche las actividades estudiantiles de bajo costo o gratuitas.

# CENTRO DE DE **ESTUDIANTES**



## COMPLEJO DE ACTIVIDADES ESTUDIANTILES EN EL CAMPUS DE ANKENY

El Centro de Estudiantes del Campus de Ankeny incluye un complejo de actividades estudiantiles de 77.000 pies cuadrados anexo al Centro Acuático y de Bienestar Trail Point. El complejo estudiantil alberga muchos servicios nuevos.



Los estudiantes que cursen seis o más créditos se pueden apuntar GRATIS a Trail Point



- » Pistas de baloncesto y raquetbol
- » Librería
- » Centro laboral
- » Estudio de ciclismo
- » Patio de comidas
- » Sala de juegos
- » Salas de reuniones de alta tecnología
- » Teatro multiusos Black Box
- » Espacio estudiantil relajante
- » Pista de atletismo
- » Equipos de musculación de última generación
- » Dos piscinas
- » Oficina de Servicios para Veteranos



CADA CAMPUS TIENE OPORTUNIDADES



**PARA OBTENER MÁS INFORMACIÓN, ESCANEE EL CÓDIGO QR**
MYTRAILPOINT.COM



15

# ATLETISMO EN **DMACC**



## CON CUERPOS Y MENTES FUERTES, LOS ESTUDIANTES-ATLETAS DE DMACC RINDEN AL MÁXIMO EN LAS AULAS Y EN LA COMPETENCIA DEPORTIVA.

El nuevo Fareway Fieldhouse de los Bears, con un costo de 7 millones de dólares, ofrece pistas cubiertas de béisbol, softball y golf masculino y femenino, pistas auxiliares de baloncesto y vóleibol, una sala de pesas para el equipo universitario, un simulador de golf y un laboratorio de medicina deportiva. El Fieldhouse es también el hogar de la Academia de Deportes DMACC que ofrece más de 30 campamentos deportivos a lo largo de cada año. La Academia ofrece a los jóvenes la oportunidad no sólo de participar en campamentos deportivos, sino también de visitar el campus de DMACC Boone.















**PARA OBTENER MÁS INFORMACIÓN, ESCANEE EL CÓDIGO QR**
DMACCBEARS.COM



# EQUIPOS DEPORTIVOS DMACC BOONE:

## MUJERES

Baloncesto
Campo a través
Golf
Softbol
Voleibol

## HOMBRES

Béisbol
Baloncesto
Campo a través
Golf

## CO-ED

deportes
electrónicos





Establecido en 1968, Ankeny es el campus más grande de DMACC. El edificio del Iowa Culinary Institute™ (ICI), un vanguardista edificio de Ciencias de la Salud un aerogenerador operativo y el Centro de Enriquecimiento de la FFA han permitido aumentar y ampliar la programación. El Centro Acuático y de Bienestar Trail Point cuenta con una piscina de ocho carriles y otras instalaciones de entrenamiento. Con actividades, clubes, intramuros, el periódico del campus, conciertos y otros entretenimientos, siempre sucede algo emocionante en el campus de Ankeny

## *ANKENY* CAMPUS







**PARA OBTENER MÁS INFORMACIÓN, ESCANEE EL CÓDIGO QR**
ANKENY.DMACC.EDU

Un gran número de estudiantes de Boone Campus obtienen una licenciatura, y hay muchos programas de dos años aquí también, incluyendo Enfermería, Contabilidad y Gestión de ejercicios/Bienestar. Existen oportunidades de investigación en el campus de Boone, o entre en una de nuestras muchas asociaciones de transferencia académica. Además, el Centro de Actividades Estudiantiles ofrece instalaciones modernas y de alta calidad para el estudio y el ocio. Los Borgen Square Apartments ofrecen a los estudiantes de Boone cinco complejos de apartamentos sin amueblar con capacidad para 208 estudiantes. Los programas atléticos intercolegiales de DMACC están ubicados en nuestro campus de Boone

## *BOONE* CAMPUS





**PARA OBTENER MÁS INFORMACIÓN, ESCANEE EL CÓDIGO QR**
BOONE.DMACC.EDU





Con un profesorado excepcional, viviendas para estudiantes en las inmediaciones y una importante ampliación de edificios en curso, el campus de Carroll pone a su alcance carreras apasionantes.

Su Programa de Enfermería, acreditado a nivel nacional, es reconocido por su excelencia por los empleadores de la zona.

Ya sea que planee transferirse a una institución de cuatro años, unirse al programa de licenciatura UNI 2+2 Educación, completar un programa de dos años, o simplemente recopilar un poco de formación adicional, el Campus Carroll trabaja para usted.



## *CARROLL* CAMPUS



**PARA OBTENER MÁS INFORMACIÓN, ESCANEE EL CÓDIGO QR**
CARROLL.DMACC.EDU

**accenture** >

Accenture y DMACC se han unido para formar a una nueva generación de estudiantes de zonas rurales en el desarrollo de software de alta demanda ay en tecnologías de la información (TI). Tras completar un programa de lenguaje informático de 36 créditos en el DMACC Carroll Campus o en el Perry Center, los graduados podrán optar por un programa de formación de cuatro meses en The Forge, una instalación de alta tecnología en Jefferson. El programa de diplomatura de un año ofrece una puerta de acceso a muchos puestos de trabajo excelentes en TI

## *NEWTON* CAMPUS



Oportunidad define el Campus Newton, donde los estudiantes pueden tomar cursos de Artes Liberales para transferirse a una institución de cuatro años o seguir una formación especializada en Panadería y Pastelería Artes, Oficios Eléctricos, Enfermería y Soldadura. Las clases reducidas hacen que el campus de Newton sea personal y acogedor para todos los estudiantes.
La Academia de Carreras Profesionales en el campus de Newton ofrece programas a los estudiantes de secundaria del condado de Jasper en Colisión de Automóviles, Panadería y Pastelería, Negocios, Justicia Penal, Ocupaciones de la Salud, Formación del Cuerpo Docente y Soldadura.







**PARA OBTENER MÁS INFORMACIÓN, ESCANEE EL CÓDIGO QR**
NEWTON.DMACC.EDU

**19**



El campus Urban/Des Moines, de dos hectáreas, está situado en un entorno similar a un parque en el extremo norte del centro de Des Moines. Con estudiantes de 65 países, el Campus Urbano es uno de los de mayor diversidad cultural de Iowa. Nuestro Centro de Vida Estudiantil y STEM es un hermoso edificio al aire libre que ofrece a los estudiantes un espacio de trabajo y un entorno de aprendizaje perfectos. El Campus Urbano ofrece a los estudiantes la oportunidad de crear redes sociales, desarrollar dotes de liderazgo y fomentar el entendimiento cultural. El Campus Urban/Des Moines también tiene fuertes vínculos con empresas del centro de Des Moines y profesionales sanitarios. Eso es importante para los licenciados que buscan empleador.

# URBAN/
# DES MOINES CAMPUS



**PARA OBTENER MÁS INFORMACIÓN, ESCANE E EL CÓDIGO QR**
URBAN.DMACC.EDU

**LA UNI EN EL CAMPUS URBANO DEL DMACC**
¡La oportunidad de completar tu licenciatura en línea ya está aquí!

Gracias a la asociación UNI@DMACC, ahora tienes acceso a varios programas de licenciatura.

» Obtenga una licenciatura de UNI sin trasladarse.

» Toma clases a tiempo parcial.

» Completa tu titulación en línea.

» Obtenga la formación adicional que le abrirá las puertas a la promoción profesional, el crecimiento personal y profesional e incluso el aumento de sus ingresos.



**PARA VER LA LISTA DE PROGRAMAS, ESCANEE EL CÓDIGO QR UNI.DMACC.EDU**



Además de ser conocido por su enseñanza innovadora y el reducido número de estudiantes por clase, el campus de West Des Moines ofrece profesores que incorporan tecnología de punta a las aulas. Los estudiantes pueden completar sus carreras de artes liberales de dos años íntegramente en el campus y en línea. El West Campus también alberga los renombrados programas de Animación Rich Media, Tecnología de Redes y Desarrollo Web de DMACC.

Entre las características especiales del campus figuran:

» El programa ¡Celebra! Innovation™ Learning Exhibition, un museo de innovaciones tecnológicas que utilizamos como herramienta didáctica.

» La Academia de Centros de Datos de Microsoft, que forma a profesionales en el mantenimiento de redes informáticas en centros de datos de todo el centro de Iowa, y nuestro Laboratorio de Aprendizaje Virtual (VLL), que incorpora realidad virtual (RV) y realidad aumentada (RA) de última generación tecnologías.

» Makerspace, un espacio de colaboración práctica para que la gente se reúna, intercambie ideas y les dé forma y función... sin costo alguno.

# WEST DES MOINES
# CAMPUS

**PARA OBTENER MÁS INFORMACIÓN, ESCANEE EL CÓDIGO QR**
WEST.DMACC.EDU

# OPCIONES DE **VIVIENDA**

## ANKENY

Las siguientes opciones de alojamiento de propiedad privada y operados se encuentran cerca del Campus DMACC Ankeny.

**La residencia de estudiantes Campus Town** se encuentra justo al otro lado de Oralabor Road (que limita con el campus de Ankeny por el sur), en una zona comercial y de ocio en rápido desarrollo. Elija entre apartamentos amueblados de uno, dos o tres dormitorios con contratos de alquiler individuales que incluyen los gastos de agua, electricidad, e internet.

> › **Administrador de la propiedad: 515-289-0700 | ctankeny.com**

**Los apartamentos Campus View**, situados en la parte noroeste del campus de Ankeny, lo sitúan en el corazón de las actividades del campus y a poca distancia de las aulas. No se trata de tradicionales dormitorios universitarios, sino de apartamentos amueblados nuevos y remodelados que ofrecen una amplia gama de comodidades excepcionales.



> › **Administrador de la propiedad: 515-964-7474 | cvankeny.com**

**Prairie Pointe Student Living** está inmediatamente adyacente al Campus de Ankeny, a un corto paseo de las clases. Estas viviendas de tres y cuatro dormitorios amuebladas cuentan con dormitorios privados cuartos de baño privados y lavandería propia. El club incluye una cafetería, una sala de cine, una cabina de bronceado y un gimnasio, todo incluido en el alquiler mensual

> › **Administrador de la propiedad: 515-422-9882 | prairiepointeliving.com**



## BOONE

**Los apartamentos Borgen Square, propiedad de DMACC**, están situados en el campus de Boone y ofrecen una gran oportunidad para conocer nuevos amigos mientras se asiste a DMACC. Hay cinco complejos de apartamentos sin amueblar con capacidad para 208 estudiantes.

Cada apartamento contiene:

: » Cuatro habitaciones privadas y dos baños

» Sala de estar común

» Cocina completa con refrigerador, cocina, lavadora y lavavajillas

» El alquiler incluye todos los servicios públicos, televisión por cable, internet inalámbrico y aparcamiento gratuito. El alojamiento de los estudiantes incluye un aula, una zona de estudio tranquila y una sala de estudiantes.

» Administrador de fincas: **515-433-5046**



## CARROLL

El Campus Carroll de DMACC ofrece viviendas asequibles para los estudiantes. La unidad de alojamiento, completamente remodelada, se encuentra en New Hope Village (aproximadamente a una milla del campus).

» **Llame al 712-792-1755 para más información**



**PARA OBTENER MÁS INFORMACIÓN SOBRE TODOS LOS ALOJAMIENTOS DEL CAMPUS, ESCANEE EL CÓDIGO QR**

HOUSING.DMACC.EDU

# ¡ESTÁ AQUÍ PARA AYUDARLE!



Sabemos que la transición y el camino a la universidad a veces puede ser difícil de navegar, y es nuestro objetivo brindarle tranquilidad a medida que le ayudamos a través del proceso. Nos complace conectar con usted y presentarle todo lo que DMACC puede ofrecerle.

## INFORMACIÓN SOBRE VISITAS AL CAMPUS

**515-965-7337**
**VISIT.DMACC.EDU**



**PARA SABER MÁS, ESCANEE EL CÓDIGO QR**
VISIT.DMACC.EDU

## TOP 10 RAZONES PARA ELIGIR DMACC

**10** Tutoría personalizada **GRATIS**

**9** **TRANSFERENCIA FLUIDA** convenios con universidades de cuatro años

**8** **CLASES REDUCIDAS** con una media de 19 estudiantes. Eso es más atención personalizada

**7** **MILES DE CLASES** para eligir

**6** **CLASES EN LÍNEA** para mayor flexibilidad

**5** **ACREDITADOS A NIVEL NACIONAL** programas académicos

**4** **6 CAMPUS Y 7 CENTROS DE APRENDIZAJE** en Iowa Central

**3** **AHORRA DINERO:** Matrícula DMACC y las tasas son las más bajas del estado de Iowa

**2** **A PROCESO DE APLICACIÓN GRATUITA—**presente su solicitud hoy mismo

**#1** LA ELECCIÓN DE CASI **39,000** ESTUDIANTES


ESTOS ES DMACC.

# DMACC TIENE OPCIONES Y CAMINOS
# PARA TODOS EN TODAS LAS ETAPAS DE LA VIDA

## OPCIONES EDUCATIVAS:


» PROGRAMAS ACADÉMICOS Y TRANSFERENCIA
CAMINOS.DMACC.EDU


» ESTUDIANTES DE INGLÉS (PROGRAMA ELL)
ELL.DMACC.EDU


» PRUEBA DE EQUIVALENCIA DEL BACHILLERATO (HISET)
HISET.DMACC.EDU


» VENTAJA PROFESIONAL
CAREERADVANTAGE.DMACC.EDU

## RECURSOS PARA LA VIDA Y LA CARRERA PROFESIONAL:


» CENTRO EVELYN K. DAVIS PARA FAMILIAS TRABAJADORAS
EVELYNKDAVISCENTER.ORG/PROGRAMAS.HTML


» CARRERAS PROFESIONALES Y EMPLEABILIDAD
CAREERCENTER.DMACC.EDU


» RECURSOS EMPRESARIALES
DBR.DMACC.EDU

## OPCIONES A CORTO PLAZO Y SIN TITULACIÓN


» ACADEMIA DE FORMACIÓN DE MANO DE OBRA
FREETRAINING.DMACC.EDU


» EDUCACIÓN PERMANENTE
CE.DMACC.EDU



## Solicitar
*SOLICITAR.DMACC.EDU*

## Becas de la Fundación DMACC
*FUNDACIÓN.DMACC.EDU*

## Asistencia financiera
*FINAID.DMACC.EDU*

## Explorar caminos
*PATHWAYS.DMACC.EDU*

## Visita a DMACC
*VISIT.DMACC.EDU*

# HOGAR DEL DMACC OSOS™

DMACC shall not engage in nor allow discrimination covered by law against any person, group or organization. This includes in its programs, activities, employment practices, hiring practices or the provision of services. The full DMACC Nondiscrimination policy is available online at nd.dmacc.edu. 16523-8-24-4900-CFX-A