IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>      Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE<br>      Defendants. | No. 4:24-cv-00227<br><br>**DECLARATION OF JOHN D. GILBERTSON IN SUPPORT OF PROPOSED HEARING EXHIBITS** |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br>      Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>      Counterclaim Defendant. | |

I, John D. Gilbertson, declare under penalty of perjury that the following is true and correct:

1. I am counsel of record for Plaintiff Drake University and am competent to make this declaration based on my personal knowledge.

2. Exhibit 4 is a true and correct copy of DMACC's men's basketball 2024–2025 schedule, accessed January 26, 2025 from the website:

    https://www.dmaccbears.com/sports/mbkb/2024-25/schedule

3. Exhibit 5 is a true and correct copy of DMACC's women's basketball 2024–2025 schedule, accessed January 26, 2025 from the website:

    https://www.dmaccbears.com/sports/wbkb/2024-25/schedule

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 26, 2025                          /s/John D. Gilbertson
                                                                         John D. Gilbertson