# MEN'S BASKETBALL

## 2024-25 Schedule

Home | Roster | Schedule/Results | Statistics | News | Coaches | Bears in the Pros | Where are they now | More+

| | | | | | | |
|---|---|---|---|---|---|---|
| OVERALL 20-2 | PCT. .909 | CONF. 10-1 | PCT. .909 | STREAK Won 8 | HOME 12-1 | AWAY 6-1 |
| NEUTRAL 2-0 | GAMES 22 | PTS PER GAME 90.7 | FG % 49.3 | 3PT % 33.5 | FT % 76.1 | REB PER GAME 40.5 |
| AST PER GAME 17.4 | All Venues | All Events | | | | Archives |

### OCTOBER

| | | | | | |
|---|---|---|---|---|---|
| A | SUN 06 | at | ICCAC Jamboree # Ames, IA | | TBA |
| N | SUN 06 | vs | Milwaukee Area Tech # @ ICCAC Juco Jamboree | | 3:00 PM CDT |
| H | WED 16 | vs | Grand View University # Boone, IA | | 5:30 PM CDT |
| A | TUE 22 | at | William Penn University # Oskaloosa, IA | | 6:00 PM CDT |
| H | SAT 26 | vs | Augustana # Boone, IA | CLOSED TO THE PUBLIC | 3:00 PM CDT |

### NOVEMBER

| | | | | | |
|---|---|---|---|---|---|
| N | FRI 01 | vs | Missouri State-West Plains @ West Burlington, IA | Final | W, 86-78 |
| N | SAT 02 | vs | John Wood @ West Burlington, IA Southeastern Classic | Final | W, 94-65 |
| H | FRI 08 | vs | Bryant and Stratton (WI) (DMACC Classic) Boone, IA DMACC Classic | Final | W, 99-73 |
| H | SAT 09 | vs | William Penn J.V. Boone, IA DMACC Classic | Final | W, 104-68 |
| H | FRI 15 | vs | Grand View J.V. Boone, IA DMACC Classic | Final | W, 106-62 |
| H | SAT 16 | vs | Black Hawk-Moline Boone, IA | DMACC Classic | Founders Club Game | Final | W, 89-77 |
| H | TUE 19 | vs | Marshalltown Boone, IA | Final | L, 85-67 |

**EXHIBIT 4**

| | | | | | |
|---|---|---|---|---|---|
| A | MON 25 | at | Dakota County<br>Inver Hills, MN | Final | W, 105-74 |
| A | SAT 30 | at | Southwestern *<br>Creston, IA | Final | W, 79-65 |

### DECEMBER

| | | | | | |
|---|---|---|---|---|---|
| H | MON 02 | vs | Central (NE)<br>Boone, IA | Final | W, 87-79 |
| H | WED 04 | vs | Northeast *<br>Boone, Iowa | Final | W, 111-78 |
| A | SAT 07 | at | Marshalltown<br>Marshalltown, IA | Final | W, 77-54 |
| H | WED 11 | vs | Western Iowa Tech *<br>Boone, IA | Final | W, 105-58 |
| A | SUN 15 | at | #5 Kirkwood *<br>Cedar Rapids, IA | Final | L, 70-53 |
| A | WED 18 | at | Iowa Central *<br>Fort Dodge, IA | Final | W, 70-57 |

### JANUARY

| | | | | | |
|---|---|---|---|---|---|
| H | SAT 04 | vs | NIACC *<br>At Boone, Iowa | Final | W, 96-80 |
| H | WED 08 | vs | Iowa Lakes *<br>Boone, IA | Final | W, 88-71 |
| H | SAT 11 | vs | Dakota County<br>Boone, IA | Final | W, 122-68 |
| A | WED 15 | at | #24 Iowa Western *<br>Reiver Arena \| Council Bluffs, IA | Final | W, 94-92 |
| H | SAT 18 | vs | #9 Ellsworth *<br>Boone, IA | Final | W, 94-81 |
| A | WED 22 | at | Northeast *<br>Norfolk, NE | Final | W, 88-65 |
| H | SAT 25 | vs | Southwestern *<br>Boone, IA | Final | W, 81-65 |
| A | TUE 28 | at | Central (NE)<br>Columbus, NE | 5:30 PM CST | |
| A | WED 29 | at | Western Iowa Tech *<br>Sioux City, IA | 7:00 PM CST | |

FEBRUARY

| | | | | |
|---|---|---|---|---|
| H WED 05 | vs | | Iowa Central * Boone, IA | 7:30 PM CST |
| A SAT 08 | at | | Ellsworth * Iowa Falls, IA | 3:00 PM CST |
| H SAT 15 | vs | | Iowa Western * Boone, IA \| Sophomore Day | 3:00 PM CST |
| A WED 19 | at | | Iowa Lakes * Estherville, IA | 7:30 PM CST |
| A SAT 22 | at | | NIACC * At Mason City, Iowa (NIACC's sophomore day) | 3:00 PM CST |
| H WED 26 | vs | | Kirkwood * Boone, IA | 7:30 PM CST |

\# Exhibition    \* Conference

📅 **iCalendar**   📡 **RSS Feed**

Share