# WOMEN'S BASKETBALL

**2024-25**  Home   Roster   Schedule/Results   Coaches   Recruit Me   Statistics   News   Where They Have Gone?   More+

## Women's Basketball Schedule



| OVERALL 14-7 | PCT. .667 | CONF. 7-4 | PCT. .636 | STREAK Won 1 | HOME 8-1 | AWAY 5-5 |
| NEUTRAL 1-1 | GAMES 20 | PTS PER GAME 73.8 | FG % 36.5 | 3PT % 31.2 | FT % 67.2 | REB PER GAME 45.9 |
| AST PER GAME 14.8 | All Venues | All Events | | | | Archives |

### OCTOBER

**A**
**SAT 05**  at  **ICCAC Juco Shootout #**
Ames, IA                    **TBA**

**A**
**SUN 13**  at  **Cedar Rapids Jamboree #**
Cedar Rapids, IA            **TBA**

**H**
**THU 24**  vs  **William Penn University #**
Boone, IA                   **5:30 PM CDT**

### NOVEMBER

**A**
**FRI 01**  at  **Augustana #**
Sioux Falls, SD             **6:00 PM CDT**

**H**
**SUN 03**  vs  **Grand View J.V.**
Boone, IA                   **Final**        **W, 89-78**

**N**
**FRI 08**  vs  **Illinois Central**
@ Kirkwood Community College Kirkwood Classic   **Final**   **L, 69-61**

**N**
**SAT 09**  vs  **Sauk Valley**
@ Cedar Rapids, IA Kirkwood Classic   **Final**   **W, 69-40**

**A**
**FRI 15**  at  **St. Ambrose J.V.**
Davenport, IA               **Final**        **W, 87-68**

**H**
**FRI 22**  vs  **#1 Rochester**
DMACC Tournament | Boone, IA   **Final**   **W, 85-57**

**H**
**SAT 23**  vs  **Midland J.V.**
DMACC Tournament | Boone, IA   **Final**   **W, 91-31**

**H**
**TUE 26**  vs  **Black Hawk-Moline**
Boone, IA                   **Final**        **W, 81-67**

**A**
**FRI 29**  at  **North Platte**
Winter Coat Drive Night | North Platte, Neb.   **Final**   **L, 87-64**

EXHIBIT 5

| | | | | | |
|---|---|---|---|---|---|
| A<br>SAT<br>**30** | at | | **Southwestern** *<br>White Out | **Final** | **W, 77-46** |

**DECEMBER**

| | | | | | |
|---|---|---|---|---|---|
| H<br>WED<br>**04** | vs | | **Northeast** *<br>Boone, Iowa | **Final** | **L, 63-57** |
| A<br>FRI<br>**06** | at | | **#11 North Central Missouri**<br>Trenton, MO | **Final** | **L, 70-64** |
| A<br>WED<br>**11** | at | | **Minnesota West**<br>Worthington, MN | **Final** | **W, 64-56** |
| A<br>SUN<br>**15** | at | | **#1 Kirkwood** *<br>Johnson Hall / Cedar Rapids, IA | **Final** | **L, 63-26** |
| A<br>WED<br>**18** | at | | **Iowa Central** *<br>Fort Dodge, IA | **Final** | **W, 97-52** |

**JANUARY**

| | | | | | |
|---|---|---|---|---|---|
| H<br>SAT<br>**04** | vs | | **#15 NIACC** *<br>At Boone, Iowa | **Final** | **W, 81-61** |
| H<br>WED<br>**08** | vs | | **Iowa Lakes** *<br>Boone, Iowa | **Final** | **W, 81-35** |
| A<br>SAT<br>**11** | at | | **Marshalltown** *<br> | **Final** | **W, 80-55** |
| A<br>WED<br>**15** | at | | **Iowa Western** *<br>Reiver Arena | Council Bluffs, IA | **Final** | **L, 66-64** |
| H<br>SAT<br>**18** | vs | | **#17 Ellsworth** *<br>Boone, IA | **Final** | **W, 97-48** |
| A<br>WED<br>**22** | at | | **Northeast** *<br>Norfolk, Neb. | **Final** | **L, 70-62** |
| H<br>SAT<br>**25** | vs | | **Southwestern** *<br>Boone, IA | **Final** | **W, 94-50** |
| A<br>SUN<br>**26** | at | | **Graceland University JV**<br>Lamoni, IA Lamoni, IA | **1:00 PM CST** | |
| A<br>TUE<br>**28** | at | | **Central (NE)**<br>Columbus, NE | **7:30 PM CST** | |

**FEBRUARY**

| | | | | | |
|---|---|---|---|---|---|
| H<br>WED<br>**05** | vs | | **Iowa Central** *<br>Boone, IA | **5:30 PM CST** | |

