# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose, Chief U.S. District Judge

Case No. 4:24-cv-00227-SMR-SBJ : Clerk's Court Minutes – Motion Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| Drake University | Des Moines Area Community College Foundation |

Plaintiff(s) Counsel: John Gilbertson, Joshua James Conley

Defendant(s) Counsel: R. Scott Johnson, Cara S. Donels, Erin Maureen Boggess

Court Reporter: Kelli Mulcahy : Interpreter: N/A

| Motion(s) for Ruling: | Ruling / Ruling Reserved |
|---|---|
| MOTION for Order to Show Cause [107] | X |
| MOTION for Bond [111] | X |

Proceedings:

Court and counsel are present for a Motion Hearing. Roll call taken. 11:02 AM Argument by plaintiff regarding Mtn. to Show Cause, ECF [107]. 11:16 AM Argument by defendant regarding Show Cause. 11:28 AM Argument regarding, Mtn. for Bond, ECF [111] by defendant. 11:38 AM Response by Plaintiff. Court reserves ruling. Counsel to submit briefs regarding jurisdiction to the Court by February 5, 2025. Court in recess.

Time Start: 10:57 AM
Time End: 11:57 AM
Date: January 27, 2025

/s/ Penny Luthens
Deputy Clerk