**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>    Defendants. | Case No. 4:24-CV-00227-SMR-SBJ<br><br><br><br>**AFFIDAVIT OF ERICA SPILLER IN SUPPORT OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' CERTIFICATION OF COMPLIANCE WITH PRELIMINARY INJUNCTION ORDER DATED MARCH 24, 2025** |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>    Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>    Counterclaim Defendant. | |

I, Erica Spiller, being first duly sworn, provide this Affidavit in connection with this Action:

1.      I am the Vice President of Student Affairs at Des Moines Area Community College ("DMACC"). I make this affidavit based on my own personal knowledge.

2.      I certify that, to the best of my knowledge, the following item identified in paragraph two of Todd Jones's prior declaration dated March 17, 2025 (ECF 149) is not compliant with the Court's preliminary injunction order issued on November 22, 2024, and is

impossible to bring compliant with the Court's order for the same reasons identified in that declaration.

      a.     Boone Campus Gym

        i.     The enjoined logo appears on a basketball court in DMACC's Boone Campus Gym (the "Boone basketball court"). Basketball games on this court are live streamed in accordance with NJCAA regulations, and recordings of these live streams are posted online. The live streams will have the enjoined logo displayed in the stream until the basketball court can be redone.

        ii.     It is impossible for DMACC to remove the enjoined logo from the Boone basketball court until after the NCJAA basketball season is complete and there are fewer students on campus.

          1) On or about December 11, 2024, DMACC contacted H2I Group regarding the removal of the enjoined logo from the Boone basketball court. *See* ECF 102-1. Due to the age and type of court, the entire court must be redone to remove the enjoined logo. *Id.*

          2) The removal of the enjoined logo is scheduled for May 12-16, 2025. *Id.*

        iii.     Refinishing a basketball court or covering it with a sticker poses safety risks to the students who use the court. *See* ECF 102-2 (letter from Dr.

Marc Shulman).  Dr. Schulman is a team physician for Iowa State University and for DMACC.

iv.    From my discussions with DMACC's athletic director and head athletic trainer and her relaying those discussions to me, it is my understanding that it is impossible to host NJCAA basketball games at any other DMACC location other than the Boone Campus Gym.  *See* ECF 108-02.

v.    The Boone Campus Gym is the only DMACC facility that can host NJCAA-compliant basketball games for at least the following reasons:

1) The NJCAA standards require basketball courts to be at least 94 feet long.  The basketball court at the Ankeny Student Recreation Center is only 74 feet long.  *Id.*

2) The Boone Campus Gym is the only facility with shots clocks, game scoreboards, and live stream capabilities that are compliant with NJCAA requirements.  *Id.*

3) The Boone Campus Gym is the only DMACC athletic facility with sufficient locker rooms and dressing rooms to host teams and officials during men's/women's double header events.  *Id.*

4) The Boone Campus Gym is the only DMACC athletic facility with ADA-compliant seating for hosting NJCAA basketball games.  *Id.*

5) The Boone Campus is the only DMACC athletic facility with the adequate athletic training rooms and medical facilities available in case of an in-game injury to a student athlete. *Id.*

6) The Boone Campus is the only DMACC athletic facility with medical equipment, such as ice machines, whirlpool tubs, and AEDs, on hand for use by student athletes. *Id.*

3.      If I or any DMACC staff discover any enjoined "Ds" after signing this declaration, I will either personally remove or instruct DMACC staff to remove the enjoined logo.

Further Affiant Sayeth Not.

March 24, 2025

Erica Spiller

Subscribed and sworn to before me: March 24, 2025

BROOKE STOWE
Commission Number 852517
My Commission Expires
12/5/26

Brooke A Stowe, Polk Co, IA
Notary Public in and for said County and State

4

5

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, I electronically filed the *AFFIDAVIT OF ERICA*

*SPILLER IN SUPPORT OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS'*

*CERTIFICATION OF COMPLIANCE WITH PRELIMINARY I ORDER DATED MARCH 24,*

*2025* with the Clerk of Court using the CM/ECF system, who in turn sent notice to the following:

Joshua J. Conley, Esq.
 jconley@zarleyconley.com
John D. Gilbertson, Esq.
 jgilbertson@zarleyconley.com
ZARLEYCONLEY PLC
580 Market Street, Suite 101
West Des Moines, IA  50266

*Attorneys for Plaintiff and*
*Counterclaim Defendant*


/s/ Erica Palmer
Erica Palmer