# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>　　　Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>　　　Counterclaim Defendant. | Case No. 4:24-CV-00227-SMR-SBJ<br><br>**AFFIDAVIT OF ERICA SPILLER IN SUPPORT OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' CERTIFICATION OF FULL COMPLIANCE WITH PRELIMINARY INJUNCTION ORDER DATED MAY 22, 2025** |

I, Erica Spiller, being first duly sworn, provide this Affidavit in connection with this Action:

1.　　I am the Vice President of Student Affairs at Des Moines Area Community College ("DMACC"). I make this affidavit based on my own personal knowledge.

2.　　I certify that, to the best of my knowledge, the following item identified in paragraph two of my prior declaration dated May 19, 2025 (ECF 164) is now compliant with the Court's preliminary injunction order issued on November 22, 2024.

3. I certify that DMACC is now fully compliant with the terms of the preliminary injunction order issued on November 22, 2024.

4. On May 21, 2025, DMACC removed the "D" from the Boone basketball court.



5. If I or any DMACC staff discover any enjoined "Ds" after signing this declaration, I will either personally remove or instruct DMACC staff to remove the enjoined logo.

Further Affiant Sayeth Not.

May 22, 2025

_____
Erica Spiller

Subscribed and sworn to before me: Brooke A Stowe



Polk Co, Iowa
Notary Public in and for said County and State

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2025, I electronically filed the *AFFIDAVIT OF ERICA SPILLER IN SUPPORT OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' CERTIFICATION OF FULL COMPLIANCE WITH PRELIMINARY INJUNCTION ORDER DATED MAY 22, 2025* with the Clerk of Court using the CM/ECF system, who in turn sent notice to the following:

Joshua J. Conley, Esq.
 jconley@zarleyconley.com
John D. Gilbertson, Esq.
 jgilbertson@zarleyconley.com
ZARLEYCONLEY PLC
580 Market Street, Suite 101
West Des Moines, IA  50266

*Attorneys for Plaintiff and
Counterclaim Defendant*

                              */s/ Erica Palmer*
                              Erica Palmer