# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　　Defendants. | Case No. 4:24-CV-00227-SMR-SBJ |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　　Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>　　　　Counterclaim Defendant. | **DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' MOTION TO STAY PROCEEDINGS PENDING APPELLATE DECISION** |

Defendants and Counterclaim Plaintiffs Des Moines Area Community College Foundation ("DMACCF") and Des Moines Area Community College ("DMACC") (collectively referred to herein as "Defendants") hereby move to stay the proceedings pending an appellate decision. In support of this motion, Defendants state the following:

1.　On November 22, 2024, the Court granted Plaintiff and Counterclaim Defendant Drake University's ("Drake" and "Plaintiff") motion for a preliminary injunction. (ECF Dkt. 87).

2.      In its order, the Court stated that "the main issue in the case is whether Drake has a valid common law trademark for its Vintage D and whether DMACC's new logo infringes on that mark." (*Id.* at 10).

3.      On December 10, 2024, the Court entered an order clarifying the scope of the preliminary injunction, reiterating "its conclusion that the DMACC bear paw D is visually distinct and fundamentally different from Drake's mark" and outside the scope of the Court's preliminary injunction. (*See* ECF Dkt. 101 at 3).

4.      DMACC appealed the Court's preliminary injunction order. (ECF Dkt. 95).

5.      Drake appealed the Court's December 10 clarification order. (ECF Dkt. 116).

6.      On January 29, 2025, the Eighth Circuit consolidated the parties' appeals and entered a combined briefing schedule.

7.      The parties completed briefing in accordance with that schedule on May 23.

8.      The appeals have been screened for oral argument which will likely be held in the fall of 2025 and an opinion will likely be published in early 2026.

9.      Litigation has continued during the pendency of the parties' appeals.

10.     On May 14, 2025, the parties participated in a settlement conference conducted by Chief Magistrate Judge Stephen B. Jackson, Jr. (ECF Dkt. 163).

11.     It has become increasingly clear that there is a fundamental disagreement over the existence and scope of Drake's alleged common law rights in the Vintage D.

12.     Whether to stay litigation is within the Court's inherent power to control its docket and rests in its sound discretion. *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936).

13.     In Defendants' Brief in Support of its Motion and supporting exhibits, Defendants have met their burden to justify a stay pending an appellate decision from the Eighth Circuit.

14. Counsel for DMACC met and conferred with counsel for Drake by phone call on June 2, 2025. Drake opposes DMACC's motion for a stay but indicated Drake would still like a 90-day extension to the parties' expert deadlines.

WHEREFORE, Defendants respectfully request that the Court grant Defendants' Motion to Stay Proceedings Pending Appellate Decision.

Respectfully submitted,

Date: June 3, 2025

*/s/ R. Scott Johnson*

R. Scott Johnson (#AT0004007)
Cara S. Donels (#AT0014198)
Erin M. Boggess (#AT0015950)
FREDRIKSON & BYRON, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA  50309-1977
Telephone:  (515) 242-8900
E-mail:  RSJohnson@fredlaw.com
             CDonels@fredlaw.com
             EBoggess@fredlaw.com

Laura L. Myers (Minn. #0387116)
(admitted *Pro Hac Vice*)
Luke P. de Leon (Minn. #0401756)
(admitted *Pro Hac Vice*)
FREDRIKSON & BYRON, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
Telephone:  (612) 492-7000
E-mail:  LMyers@fredlaw.com
             LdeLeon@fredlaw.com

***Attorneys for Defendants and Counterclaim Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2025, I electronically filed the **DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' MOTION TO STAY PROCEEDINGS PENDING APPELLATE DECISION** with the Clerk of the Court using the CM/ECF system, who in turn sent notice to the following:

Joshua J. Conley, Esq.
  jconley@zarleyconley.com
John D. Gilbertson, Esq.
  jgilbertson@zarleyconley.com
ZARLEYCONLEY PLC
580 Market Street, Suite 101
West Des Moines, IA  50266

*Attorneys for Plaintiff and Counterclaim Defendant*

       */s/ Erica Palmer*
       Erica Palmer