# **EXHIBIT C**

**de Leon, Luke**

| | |
|---|---|
| **From:** | John Gilbertson <jgilbertson@zarleyconley.com> |
| **Sent:** | Wednesday, May 21, 2025 11:45 AM |
| **To:** | Johnson, R. Scott |
| **Cc:** | Josh Conley; Emily A. Marty; Litigation; _DMACC |
| **Subject:** | RE: Drake v. DMACC - Expert Deadlines |

**CAUTION: EXTERNAL E-MAIL**

Scott,

Drake does not consent to a stay pending resolution of the appeals. The appeal will resolve only the scope of the preliminary injunction, and does not justify the risks attendant to an indefinite stay.

Regarding discovery, until your email, it was our understanding that all outstanding issues have been addressed. If there are issues you would like us to look at, please elaborate. Thus far, we have been successful in resolving discovery disputes without the Court's involvement and would like to continue to do so.

Regarding expert deadlines, after conferring with our client, we believe it is in both parties' interest to seek a 90-day extension thereof. This would account for the period of time during which settlement exploration was first ordered by the Court on February 24 through the conference on May 14. During that time, Drake did not wish to expend the considerable resources that are necessary to engage experts in trademark cases given the indications that settlement may be on the table. Additionally, scheduling conflicts among Drake's leadership render it difficult if not impossible to comply with a shorter time frame. Such an extension would not appear to prejudice your client given its desire to stay the proceedings for a much longer period. Please advise whether your client would consent to the same.

We are tied up the rest of this week with other client obligations, but we can be available to meet and confer on Tuesday or Wednesday of next week if that works for you.

Best,



John Gilbertson
Intellectual Property Attorney

**O**  515-558-0200    **D**  515-203-4329    **W**  www.zarleyconley.com    **A**  West Des Moines, Iowa

This email may contain confidential or privileged information. Please contact us if you received this in error.

---

**From:** Johnson, R. Scott <RSJohnson@fredlaw.com>
**Sent:** Tuesday, May 20, 2025 12:57 PM
**To:** John Gilbertson <jgilbertson@zarleyconley.com>
**Cc:** Josh Conley <jconley@zarleyconley.com>; Emily A. Marty <emarty@zarleyconley.com>; Litigation <litigation@zarleyconley.com>; _DMACC <DMACC@fredlaw.com>
**Subject:** RE: Drake v. DMACC - Expert Deadlines

John,

We believe a stay is appropriate now because the parties (and the court) fundamentally disagree regarding the law that applies.  A stay would allow the 8th Circuit to provide input on the substantive law of the case.  Further, as indicated in our prior letters and emails, given Drake's lack of responsiveness to outstanding discovery, DMACC will be forced to file a motion to compel shortly.  Drake's discovery deficiencies will need to be addressed prior to further substantive discovery.  We need to discuss Drake's request for a lengthy extension of expert deadlines with our client. We will let you know our position soon. Happy to discuss Thursday at 2 if you're available.  Let me know.

-Scott


**R. Scott Johnson |** Shareholder **|** Intellectual Property Litigation

# Fredrikson

111 E. Grand Avenue, Suite 301 | Des Moines, IA  50309
Main: 515.242.8900 | Direct: 515.242.8930 | rsjohnson@fredlaw.com

**This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately.**

**From:** John Gilbertson <jgilbertson@zarleyconley.com>
**Sent:** Tuesday, May 20, 2025 11:35 AM
**To:** Johnson, R. Scott <RSJohnson@fredlaw.com>; Donels, Cara <CDonels@fredlaw.com>; Myers, Laura <LMyers@fredlaw.com>; Boggess, Erin <EBoggess@fredlaw.com>; de Leon, Luke <LdeLeon@fredlaw.com>
**Cc:** Josh Conley <jconley@zarleyconley.com>; Emily A. Marty <emarty@zarleyconley.com>; Litigation <litigation@zarleyconley.com>
**Subject:** RE: Drake v. DMACC - Expert Deadlines

**CAUTION: EXTERNAL E-MAIL**

Scott,

We have arranged to speak with our client this afternoon about your stay request.  It would be useful if you could provide us with (1) a reason why a stay is only being proposed now, and (2) feedback on our request to extend the expert witness deadlines.

Best,

 John Gilbertson
Intellectual Property Attorney

| O | 515-558-0200 | D | 515-203-4329 | W | www.zarleyconley.com | A | West Des Moines, Iowa |

This email may contain confidential or privileged information. Please contact us if you received this in error.

**From:** John Gilbertson
**Sent:** Monday, May 19, 2025 10:49 AM
**To:** Johnson, R. Scott <RSJohnson@fredlaw.com>; Donels, Cara <CDonels@fredlaw.com>; Myers, Laura <LMyers@fredlaw.com>; Boggess, Erin <EBoggess@fredlaw.com>; de Leon, Luke <LdeLeon@fredlaw.com>

**Cc:** Josh Conley <jconley@zarleyconley.com>; Emily A. Marty <emarty@zarleyconley.com>; Litigation <litigation@zarleyconley.com>
**Subject:** RE: Drake v. DMACC - Expert Deadlines

Scott,

Given the ramifications of a stay, we will need to confer with our client before we can provide a response.  To facilitate such a discussion, it would help if you could provide a basis for staying now given the resources expended in the six months since appeal was sought.

In the interim, please advise whether DMACC would consent to a 60-day extension for expert witness deadlines.  Unless you believe it would be futile, we would be happy to meet and confer on the issue by phone.

Best,



John Gilbertson
Intellectual Property Attorney

**O** 515-558-0200   **D** 515-203-4329   **W** www.zarleyconley.com   **A** West Des Moines, Iowa

This email may contain confidential or privileged information. Please contact us if you received this in error.

---

**From:** Johnson, R. Scott <RSJohnson@fredlaw.com>
**Sent:** Friday, May 16, 2025 1:34 PM
**To:** John Gilbertson <jgilbertson@zarleyconley.com>; Donels, Cara <CDonels@fredlaw.com>; Myers, Laura <LMyers@fredlaw.com>; Boggess, Erin <EBoggess@fredlaw.com>; de Leon, Luke <LdeLeon@fredlaw.com>
**Cc:** Josh Conley <jconley@zarleyconley.com>; Emily A. Marty <emarty@zarleyconley.com>; Litigation <litigation@zarleyconley.com>
**Subject:** RE: Drake v. DMACC - Expert Deadlines

John,

Rather than choose a random extension of time, we believe it is in all parties' interests to stay the case until the Eighth Circuit rules on the parties' cross-appeals of the district court's injunction and clarification thereof.  It became clear at the settlement conference that the sticking point between the parties is a fundamental disagreement on how trademark law works.  We expect that the Eighth Circuit will provide valuable guidance on at least that point.  We believe it would be a waste of resources to proceed further before receiving that guidance.

Therefore, DMACC will be filing a motion to stay until the Eighth Circuit enters its decision.  Please let us know if Drake will join that motion or oppose it.

Thanks.

Scott

**R. Scott Johnson | ** Shareholder **|** Intellectual Property Litigation

# Fredrikson

111 E. Grand Avenue, Suite 301 | Des Moines, IA  50309

Main: 515.242.8900 | Direct: 515.242.8930 | rsjohnson@fredlaw.com

**This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately.**

**From:** John Gilbertson <jgilbertson@zarleyconley.com>
**Sent:** Friday, May 16, 2025 11:24 AM
**To:** Johnson, R. Scott <RSJohnson@fredlaw.com>; Donels, Cara <CDonels@fredlaw.com>; Myers, Laura <LMyers@fredlaw.com>; Boggess, Erin <EBoggess@fredlaw.com>; de Leon, Luke <LdeLeon@fredlaw.com>
**Cc:** Josh Conley <jconley@zarleyconley.com>; Emily A. Marty <emarty@zarleyconley.com>; Litigation <litigation@zarleyconley.com>
**Subject:** Drake v. DMACC - Expert Deadlines

**CAUTION: EXTERNAL E-MAIL**

Scott,

As it appears this case will be continuing, we believe it is in all parties' interests to extend the expert witness deadlines, the first of which is June 9. We propose a 60-day extension to all three deadlines. Would DMACC consent to the same?

Happy to confer via phone if need be.

Best,



John Gilbertson
Intellectual Property Attorney

**O**  515-558-0200    **D**  515-203-4329    **W**  www.zarleyconley.com    **A**  West Des Moines, Iowa

This email may contain confidential or privileged information. Please contact us if you received this in error.