# **EXHIBIT D**

**Table B-4A.**
**U.S. Courts of Appeals—Median Time Intervals in Months for Civil and Criminal Appeals Terminated on the Merits, by Circuit, During the 12-Month Period Ending September 30, 2024**

| Circuit | Total | By Consolidation | Terminated on the Merits — Median Time Intervals From | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Filing of Notice of Appeal to Filing of Appellee's Last Brief | | Filing of Appellee's Last Brief to Oral Argument or Submission on Briefs | | Oral Argument to Last Opinion or Final Order | | Submission on Briefs to Last Opinion or Final Order | | Filing of Notice of Appeal to Last Opinion or Final Order | | Filing in Lower Court to Last Opinion or Final Order in Appeals Court | |
| | | | Appeals | Interval | Appeals | Interval | Appeals | Interval | Appeals | Interval | Appeals | Interval | Appeals | Interval |
| **TOTAL** | **19,978** | **1,520** | **10,176** | **5.9** | **10,176** | **4.3** | **4,813** | **2.6** | **13,645** | **0.4** | **18,458** | **10.3** | **18,458** | **33.8** |
| DC | 384 | 35 | 188 | 6.9 | 188 | 4.5 | 158 | 4.9 | 191 | 0.5 | 349 | 12.4 | 349 | 34.1 |
| 1st | 641 | 54 | 354 | 7.4 | 354 | 2.3 | 211 | 3.7 | 376 | 3.0 | 587 | 13.8 | 587 | 40.2 |
| 2nd | 1,592 | 203 | 906 | 6.9 | 906 | 5.3 | 685 | 0.9 | 704 | 0.2 | 1,389 | 12.9 | 1,389 | 40.7 |
| 3rd | 1,276 | 74 | 701 | 6.0 | 701 | 3.4 | 160 | 4.2 | 1,042 | 1.0 | 1,202 | 10.8 | 1,202 | 41.8 |
| 4th | 2,111 | 146 | 359 | 5.7 | 359 | 7.5 | 308 | 3.2 | 1,657 | 0.2 | 1,965 | 10.0 | 1,965 | 34.7 |
| 5th | 3,005 | 497 | 1,317 | 5.1 | 1,317 | 3.7 | 741 | 1.5 | 1,767 | 0.5 | 2,508 | 8.3 | 2,508 | 27.2 |
| 6th | 1,723 | 91 | 1,157 | 5.1 | 1,157 | 3.2 | 280 | 2.6 | 1,352 | 1.2 | 1,632 | 9.5 | 1,632 | 35.6 |
| 7th | 1,082 | 80 | 664 | 5.6 | 664 | 3.5 | 401 | 3.2 | 601 | 0.1 | 1,002 | 10.3 | 1,002 | 38.7 |
| 8th | 1,729 | 66 | 729 | 4.3 | 729 | 4.2 | 309 | 3.9 | 1,354 | 0.2 | 1,663 | 5.8 | 1,663 | 28.3 |
| 9th | 3,427 | 157 | 2,037 | 7.0 | 2,037 | 5.5 | 997 | 1.4 | 2,273 | 0.1 | 3,270 | 13.1 | 3,270 | 34.5 |
| 10th | 937 | 20 | 590 | 5.0 | 590 | 3.9 | 276 | 3.1 | 641 | 1.4 | 917 | 9.7 | 917 | 30.1 |
| 11th | 2,071 | 97 | 1,174 | 5.6 | 1,174 | 4.4 | 287 | 3.7 | 1,687 | 0.9 | 1,974 | 10.8 | 1,974 | 34.7 |
| **Prisoner Petitions** | **5,056** | **165** | **1,147** | **7.1** | **1,147** | **4.6** | **468** | **2.8** | **4,423** | **0.2** | **4,891** | **7.3** | **4,891** | **30.0** |
| DC | 31 | 1 | 7 | 12.0 | 7 | 4.7 | 3 | 6.0 | 27 | 0.8 | 30 | 8.6 | 30 | 20.3 |
| 1st | 81 | - | 28 | 8.4 | 28 | 1.7 | 12 | 3.7 | 69 | 4.1 | 81 | 14.2 | 81 | 34.9 |
| 2nd | 314 | 31 | 76 | 10.6 | 76 | 4.9 | 62 | 1.2 | 221 | 0.1 | 283 | 7.1 | 283 | 28.5 |
| 3rd | 396 | 5 | 93 | 8.2 | 93 | 4.1 | 30 | 4.7 | 361 | 0.6 | 391 | 5.5 | 391 | 46.7 |
| 4th | 605 | 21 | 45 | 12.6 | 45 | 5.4 | 45 | 3.5 | 539 | 0.2 | 584 | 7.7 | 584 | 28.0 |
| 5th | 454 | 67 | 90 | 4.3 | 90 | 5.3 | 52 | 1.0 | 335 | 0.2 | 387 | 6.3 | 387 | 25.3 |
| 6th | 444 | 14 | 128 | 5.3 | 128 | 3.6 | 27 | 2.4 | 403 | 0.6 | 430 | 6.6 | 430 | 38.2 |
| 7th | 307 | 5 | 129 | 7.0 | 129 | 3.1 | 40 | 3.5 | 262 | 0.2 | 302 | 8.8 | 302 | 32.7 |
| 8th | 481 | 1 | 83 | 5.1 | 83 | 4.8 | 29 | 5.7 | 451 | 0.1 | 480 | 3.0 | 480 | 13.3 |
| 9th | 1,193 | 10 | 300 | 9.0 | 300 | 6.0 | 128 | 1.8 | 1,055 | 0.1 | 1,183 | 10.8 | 1,183 | 29.3 |
| 10th | 245 | 1 | 60 | 4.3 | 60 | 3.7 | 13 | 2.8 | 231 | 1.4 | 244 | 6.4 | 244 | 23.5 |
| 11th | 505 | 9 | 108 | 8.6 | 108 | 4.5 | 27 | 4.9 | 469 | 0.4 | 496 | 7.2 | 496 | 38.6 |

Table B-4A. (September 30, 2024—Continued)

| Circuit | Total | By Consolidation | Terminated on the Merits — Median Time Intervals From ||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Filing of Notice of Appeal to Filing of Appellee's Last Brief || Filing of Appellee's Last Brief to Oral Argument or Submission on Briefs || Oral Argument to Last Opinion or Final Order || Submission on Briefs to Last Opinion or Final Order || Filing of Notice of Appeal to Last Opinion or Final Order || Filing in Lower Court to Last Opinion or Final Order in Appeals Court ||
| | | | Appeals | Interval | Appeals | Interval | Appeals | Interval | Appeals | Interval | Appeals | Interval | Appeals | Interval |
| **Other Civil Appeals** | **7,819** | **828** | **5,237** | **5.1** | **5,237** | **4.6** | **2,983** | **2.7** | **4,008** | **0.6** | **6,991** | **11.5** | **6,991** | **31.0** |
| DC | 280 | 27 | 141 | 6.5 | 141 | 4.8 | 122 | 5.1 | 131 | 0.7 | 253 | 12.4 | 253 | 33.0 |
| 1st | 312 | 21 | 188 | 5.6 | 188 | 2.3 | 119 | 3.7 | 172 | 2.9 | 291 | 11.0 | 291 | 29.6 |
| 2nd | 825 | 112 | 529 | 6.4 | 529 | 4.9 | 436 | 0.9 | 277 | 0.2 | 713 | 11.8 | 713 | 34.1 |
| 3rd | 576 | 58 | 404 | 5.3 | 404 | 3.5 | 97 | 4.2 | 421 | 2.0 | 518 | 11.7 | 518 | 31.3 |
| 4th | 638 | 65 | 190 | 4.3 | 190 | 7.9 | 167 | 3.2 | 406 | 0.2 | 573 | 10.9 | 573 | 28.0 |
| 5th | 1,004 | 243 | 638 | 4.4 | 638 | 4.1 | 497 | 1.7 | 264 | 1.2 | 761 | 9.7 | 761 | 30.1 |
| 6th | 607 | 45 | 500 | 4.2 | 500 | 3.5 | 182 | 2.5 | 380 | 1.6 | 562 | 9.7 | 562 | 31.2 |
| 7th | 433 | 63 | 312 | 4.7 | 312 | 3.7 | 204 | 4.0 | 166 | 0.1 | 370 | 11.1 | 370 | 35.4 |
| 8th | 438 | 32 | 271 | 3.8 | 271 | 4.8 | 170 | 4.0 | 236 | 0.2 | 406 | 9.7 | 406 | 23.5 |
| 9th | 1,522 | 106 | 1,190 | 6.4 | 1,190 | 5.7 | 649 | 1.4 | 767 | 0.2 | 1,416 | 13.6 | 1,416 | 32.0 |
| 10th | 368 | 17 | 295 | 4.3 | 295 | 4.2 | 147 | 3.1 | 204 | 1.8 | 351 | 10.8 | 351 | 29.0 |
| 11th | 816 | 39 | 579 | 4.8 | 579 | 4.9 | 193 | 4.1 | 584 | 1.2 | 777 | 11.2 | 777 | 31.7 |
| **Criminal Appeals** | **7,103** | **527** | **3,792** | **7.0** | **3,792** | **3.7** | **1,362** | **2.2** | **5,214** | **0.5** | **6,576** | **10.8** | **6,576** | **40.3** |
| DC | 73 | 7 | 40 | 10.1 | 40 | 3.8 | 33 | 3.6 | 33 | 0.2 | 66 | 14.7 | 66 | 38.1 |
| 1st | 248 | 33 | 138 | 11.7 | 138 | 2.4 | 80 | 3.5 | 135 | 2.8 | 215 | 17.9 | 215 | 58.2 |
| 2nd | 453 | 60 | 301 | 9.3 | 301 | 7.1 | 187 | 0.7 | 206 | 0.3 | 393 | 17.9 | 393 | 58.8 |
| 3rd | 304 | 11 | 204 | 7.0 | 204 | 3.2 | 33 | 3.4 | 260 | 2.2 | 293 | 12.7 | 293 | 57.8 |
| 4th | 868 | 60 | 124 | 7.4 | 124 | 8.3 | 96 | 3.0 | 712 | 0.3 | 808 | 11.2 | 808 | 47.5 |
| 5th | 1,547 | 187 | 589 | 6.0 | 589 | 2.9 | 192 | 1.3 | 1,168 | 0.5 | 1,360 | 8.1 | 1,360 | 25.1 |
| 6th | 672 | 32 | 529 | 6.5 | 529 | 3.0 | 71 | 3.1 | 569 | 1.2 | 640 | 11.1 | 640 | 40.2 |
| 7th | 342 | 12 | 223 | 6.5 | 223 | 3.4 | 157 | 2.1 | 173 | 0.1 | 330 | 11.3 | 330 | 48.6 |
| 8th | 810 | 33 | 375 | 4.5 | 375 | 3.6 | 110 | 3.3 | 667 | 0.3 | 777 | 7.8 | 777 | 38.5 |
| 9th | 712 | 41 | 547 | 8.8 | 547 | 4.8 | 220 | 1.2 | 451 | 0.1 | 671 | 13.8 | 671 | 50.6 |
| 10th | 324 | 2 | 235 | 7.2 | 235 | 3.4 | 116 | 3.2 | 206 | 0.8 | 322 | 11.0 | 322 | 34.3 |
| 11th | 750 | 49 | 487 | 6.5 | 487 | 4.1 | 67 | 2.8 | 634 | 1.0 | 701 | 12.0 | 701 | 36.3 |

**Table B-4A. (September 30, 2024—Continued)**

| | | | Terminated on the Merits | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Median Time Intervals From | | | | | | | | |
| | | By Consolidation | Filing of Notice of Appeal to Filing of Appellee's Last Brief | | Filing of Appellee's Last Brief to Oral Argument or Submission on Briefs | | Oral Argument to Last Opinion or Final Order | | Submission on Briefs to Last Opinion or Final Order | | Filing of Notice of Appeal to Last Opinion or Final Order | | Filing in Lower Court to Last Opinion or Final Order in Appeals Court | |
| Circuit | Total | | Appeals | Interval | Appeals | Interval | Appeals | Interval | Appeals | Interval | Appeals | Interval | Appeals | Interval |

NOTE: This table does not include data for the U.S. Court of Appeals for the Federal Circuit.