IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>  Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>  Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>  Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>  Counterclaim Defendant. | Case No. 4:24-CV-00227-SMR-SBJ<br><br>**AFFIDAVIT OF TARA K. CONNOLLY** |

I, Tara K. Connolly, being first duly sworn, provide this Affidavit in connection with this Action:

1. I am the Executive Director at Des Moines Area Community College Foundation ("DMACC Foundation"). I make this affidavit based on my own personal knowledge.

2. On Monday, June 16, 2025, an email was sent on behalf of the DMACC Foundation to 148 individuals affiliated with the Foundation. The email signature contained the enjoined logo.

3. Upon information and belief, the assistant who sent the email inadvertently copied and pasted the email sent last summer into a new email without removing the enjoined logo.

4. The assistant who made the error was reminded to not use the enjoined logo and confirmed her understanding of that prohibition.

5. If I or any DMACC Foundation staff discover any enjoined "Ds" after signing this declaration, I will either personally remove or instruct the staff member to remove the enjoined logo.

Further Affiant Sayeth Not.

June 23, 2025

_____
Tara K. Connolly

Subscribed and sworn to before me: _____Tara Connolly_____

BROOKE STOWE
Commission Number 852517
My Commission Expires
12/5/2026

Brooke A Stowe, Polk Co, IA
Notary Public in and for said County and State