# Exhibit 1

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

```
- - - - - - - - - - - - - - - - X
DRAKE UNIVERSITY,               :
                                :
     Plaintiff,                 :
                                :
vs.                             :
                                :
DES MOINES AREA COMMUNITY       :
COLLEGE FOUNDATION and          :
DES MOINES AREA COMMUNITY       :
COLLEGE,                        :
                                :
     Defendants.                :      Case No. 4:24-cv-00227
- - - - - - - - - - - - - - - - X
DES MOINES AREA COMMUNITY       :      HEARING TRANSCRIPT
COLLEGE and DES MOINES AREA     :
COMMUNITY COLLEGE FOUNDATION,   :
                                :
     Counterclaimants,          :
                                :
vs.                             :
                                :
DRAKE UNIVERSITY,               :
                                :
     Counterclaim Defendant.    :
- - - - - - - - - - - - - - - - X
```

                                Courtroom, First Floor
                                U.S. Courthouse
                                123 East Walnut Street
                                Des Moines, Iowa
                                Tuesday, October 15, 2024
                                8:59 a.m.


BEFORE:  THE HONORABLE STEPHANIE M. ROSE, Chief Judge.



              KELLI M. MULCAHY, CSR, RDR, CRR
                 United States Courthouse
              123 East Walnut Street, Room 115
                  Des Moines, Iowa 50309

1         THE COURT: Is there any evidence of when those
2  T-shirts that were photographed were photographed?
3         MR. GILBERTSON: I do not believe we have the years in
4  there, but he is currently -- --
5         THE COURT: I mean the ones hanging for sale on the
6  hangers that are from the undated photos that have -- each one
7  of them use a D?
8         MR. GILBERTSON: We can get that information. I do not
9  believe it is in the record as it stands right now.
10        THE COURT: Okay.
11        MR. GILBERTSON: There's a question of -- or there's
12 been accusations that Drake is overreaching, that we're asking
13 for the letter D in all aspects nationwide. We aren't asking
14 the Court to give us nationwide exclusive rights in the letter
15 D. We are asking the Court to recognize that until last fall,
16 Drake was the only college in Iowa utilizing the standalone D in
17 a block-style font since 1902.
18     I believe there's one other example, which is Dordt
19 College, but their D looks nothing like ours. It was a design
20 mark, and they don't even use that mark anymore because they
21 rebranded to a design that features a cross because they are
22 religiously affiliated.
23     We've also been the only college in Iowa using the dark
24 blue/light blue color scheme since we adopted the colors in
25 1916. Now, I don't think anyone in this room would think that