# Exhibit 7

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| UNIVERSITY OF NOTRE DAME, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **3:13-cv-01276-PPS** |
| ) | |
| KATHLEEN SEBELIUS, in her official ) | |
| capacity as Secretary, United States ) | |
| Department of Health and Human Services, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties' Agreed Motion to Stay District Court Proceedings Pending Appeal [DE 53] is GRANTED.

Pending further order, the proceedings before this Court will be STAYED during the pendency of the appeal to the Seventh Circuit of the denial of Notre Dame's request for a preliminary injunction. When the appeal is concluded, the parties shall promptly notify this Court of the disposition of the appeal by filing a status report and request for the lifting of the stay, proposing an appropriate schedule for the resumption of proceedings in the district court.

**SO ORDERED**.

ENTERED: January 2, 2014

/s/ Philip P. Simon
**Philip P. Simon, Chief Judge**
**United States District Court**