# Exhibit 8

CHRISTOPHER A. CROFTS
United States Attorney
C. LEVI MARTIN (WY Bar #6-3781)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY  82003
Telephone:  (307)772-2124
Christopher.martin@usdoj.gov

STUART DELERY
Assistant Attorney General
JENNIFER D. RICKETTS
Director, Federal Programs Branch
SHEILA LEIBER
Deputy Director
JULIE SALTMAN (DC Bar #975015)
Trial Attorney, Federal Programs Branch
20 Massachusetts Ave NW, Suite 7111
Washington, DC 20531
Telephone:   (202) 532-4252
Julie.saltman@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| DIOCESE OF CHEYENNE, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | Civil Action No.  14-CV-21-S |
| ) | |
| v.     ) | |
| ) | **DEFENDANTS' UNOPPOSED** |
| ) | **MOTION TO STAY DISTRICT** |
| KATHLEEN SEBELIUS, in her official ) | **COURT PROCEEDINGS** |
| capacity as Secretary of the U.S. ) | **PENDING APPEAL** |
| Department of Health and Human ) | |
| Services; *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

Defendants move this Court to enter an order staying further proceedings in this Court pending resolution of plaintiffs' appeal to the United States Court of Appeals for the Tenth Circuit of this Court's denial of plaintiffs' motion for a preliminary injunction. Counsel for the parties conferred and counsel for plaintiffs indicated that they do not oppose this motion.

On May 13, 2014, this Court entered an order denying plaintiffs' motion for a preliminary injunction. *See* Order, ECF No. 42. The Court determined, among other things, that plaintiffs had not demonstrated a likelihood of success on their Religious Freedom Restoration Act ("RFRA") claim. On May 15, 2014, plaintiffs filed a Notice of Interlocutory Appeal in which plaintiffs appealed this Court's order denying plaintiffs' motion for a preliminary injunction to the United States Court of Appeals for the Tenth Circuit. See Notice of Appeal, ECF No. 44. That same day, plaintiffs moved the Court for an injunction pending appeal, and the Court denied their motion on May 23, 2014. *See* Motion for an Injunction Pending Appeal, ECF No. 43; Order, ECF No. 51.

Defendants moved the Court to toll their answer deadline, pending resolution of the motion for an injunction pending appeal. *See* Order, ECF No. 49. Absent a stay of district court proceedings, defendants intend to move to dismiss the complaint in its entirety under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted. "Although the filing of an interlocutory appeal does not automatically stay proceedings in the district court, the district court has broad discretion to decide whether a stay is appropriate to promote economy of time and effort for itself, for counsel, and for litigants." *Association of Irritated Residents v. Fred Schakel Dairy*, 634 F. Supp. 2d 1081, 1094 (E.D. Cal. 2008).

Defendants' intended motion to dismiss will raise legal issues regarding plaintiffs' RFRA claims that are likely to be addressed by the Tenth Circuit in adjudicating plaintiffs' appeal of

this Court's denial of a preliminary injunction. Some of defendants other arguments turn on this Court's finding that plaintiffs did not demonstrate a substantial burden on their religious exercise. Defendants believe it would be inefficient to concurrently litigate these issues in both courts. Further, because plaintiffs do not oppose this motion, it is not prejudicial to either party.

The District Court for the Northern District of Indiana recently stayed district court proceedings under similar circumstances in *Univ. of Notre Dame v. Sebelius*. *See* Order, Univ. of Notre Dame v. Sebelius, No. 3:13-cv-01276-PPS-CAN, Jan. 2, 2014, ECF No. 54. In that case, which brought a challenge on similar grounds to the same regulatory scheme, the district court denied plaintiff's motion for a preliminary injunction, and plaintiff appealed. *Univ. of Notre Dame*, ECF Nos. 40, 43. The court stayed all district court proceedings "during the pendency of the appeal to the Seventh Circuit of the denial of Notre Dame's request for a preliminary injunction." Order, ECF No. 54 at 1. The parties respectfully request that this Court do the same.

The parties wish to reserve the right to request that this Court reopen district court proceedings prior to resolution of the appeal under appropriate circumstances. The Court, of course, retains discretion to accept or reject any such request.

Accordingly, the parties respectfully request that this Court enter an order staying all district court proceedings until the Tenth Circuit issues a ruling resolving plaintiffs' appeal of this Court's denial of preliminary injunctive relief or until further order of this Court.

Respectfully submitted this 2nd day of June, 2014,

                                              CHRISTOPHER A. CROFTS
                                              United States Attorney

                                              C. LEVI MARTIN (WY Bar #6-3781)
                                              Assistant United States Attorney

P.O. Box 668
Cheyenne, WY 82003
Telephone: (307)772-2124
Christopher.martin@usdoj.gov

STUART DELERY
Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

SHEILA LEIBER
Deputy Director


 /s/ Julie Saltman
JULIE SALTMAN (DC Bar #975015)
Trial Attorney, Federal Programs Branch
20 Massachusetts Ave NW, Suite 7111
Washington, DC 20531
Telephone:   (202) 532-4252
Julie.saltman@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

                                          /s/ Julie S. Saltman
                                          JULIE S. SALTMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2014 MAY 33 PM 3 55

STEPHAN HARRIS, CLERK
CASPER

DIOCESE OF CHEYENNE, *et al.*,

    Plaintiffs,

vs.

KATHLEEN SEBELIUS, in her official capacity as Secretary of the U.S. Department of Health and Human Services, *et al.*,

    Defendants.

Case No. 14-CV-21-SWS

## ORDER STAYING CASE

This matter comes before the Court on Defendants' Unopposed Motion to Stay District Court Proceedings Pending Appeal (ECF No. 53). Having considered the motion, the Plaintiffs' consent, and being otherwise advised, the Court finds good cause supports the motion.

**IT IS THEREFORE ORDERED** that Defendants' Unopposed Motion to Stay District Court Proceedings Pending Appeal (ECF No. 53) is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that this case is **STAYED** pending the Tenth Circuit's adjudication of Plaintiffs' appeal or upon further order of this Court.

**DATED** this 2nd day of June, 2014.

Scott W. Skavdahl
United States District Judge