IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY<br>COLLEGE FOUNDATION and DES<br>MOINES AREA COMMUNITY COLLEGE,<br>    Defendants. | No. 4:24-cv-00227<br><br>**UNOPPOSED MOTION FOR LEAVE<br>TO FILE EXHIBITS 3–6 TO<br>PLAINTIFF'S MOTION FOR<br>RELIEF FROM ORDER PURSUANT<br>TO FED. R. CIV. P. 60(b) UNDER<br>SEAL** |
| DES MOINES AREA COMMUNITY<br>COLLEGE FOUNDATION and DES<br>MOINES AREA COMMUNITY COLLEGE,<br>    Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>    Counterclaim Defendant. | |

Plaintiff/Counterclaim Defendant Drake University ("Drake") hereby moves the Court for an Order granting it leave to file Exhibits 3–6 to its Motion for Relief From Order Pursuant to Fed. R. 60(b) (the "Rule 60 Motion") (filed contemporaneously herewith) under seal. In support of the present motion, Drake states as follows:

1.      Among other things, the Rule 60 Motion articulates the prejudice Drake will suffer from a stay of proceedings by being precluded from prosecuting its case, particularly in light of compelling evidence recently uncovered through discovery. To illustrate the extent of this harm, Drake refers to portions of this evidence in the Rule 60 Motion (Exhibits 3–6).

2.      Exhibits 3–6 to Drake's Rule 60 Motion consist of eight pages of documents that have been produced by Defendants/Counterclaim Plaintiffs (collectively "DMACC") in response to

discovery requests.  DMACC has marked all as either "Confidential" or "Confidential – Attorneys' Eyes Only."

3.      Drake has requested that DMACC remove its confidentiality restrictions on several occasions, but DMACC has refused to do so to any meaningful degree.  Drake is unable to seek a motion to compel the designations be removed due to the existing stay.  Accordingly, until the stay is lifted and the dispute over confidentiality restrictions is resolved, Drake is obliged to follow the procedures set forth in the Protective Order entered in this case (ECF No. 94) and Local Rule 5(c) to present these documents to the Court; hence the present motion.

4.      Drake does not seek this motion for any ill-gotten gain but simply to protect information that has been marked confidential pursuant to the Protective Order in this case.

5.      Pursuant to Local Rule 7(k), counsel for the parties discussed the substance of the present motion by phone call on June 26, 2025, and counsel for Defendants do not object to the referenced documents being filed under seal.

        **WHEREFORE**, Drake hereby respectfully requests that the Court grant the present motion and grant it leave to file Exhibits 3–6 to its Rule 60 Motion under seal. [1]

//

//

//

//

//

//

---

[1] This motion shall not be construed as an admission by Drake that the documents sought to be filed under seal are properly designated under the Protective Order.

Respectfully submitted,

Dated: June 27, 2025                              **ZARLEYCONLEY PLC**

                              By:    /s/John D. Gilbertson
                                        John D. Gilbertson, AT0014515
                                        Joshua J. Conley, AT0011828
                                        580 Market Street, Suite 101
                                        West Des Moines, IA 50266
                                        Telephone:  (515) 558-0200
                                        Facsimile:   (515) 558-7790
                                        jgilbertson@zarleyconley.com
                                        jconley@zarleyconley.com
                                        **ATTORNEYS FOR PLAINTIFF &
                                        COUNTERCLAIM DEFENDANT**