**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>   Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>   Defendants. | Case No. 4:24-CV-00227-SMR-SBJ<br><br><br>**DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE ITS BRIEF IN RESISTANCE TO PLAINTIFF AND COUNTERCLAIM DEFENDANT'S MOTION FOR RELIEF FROM ORDER PURSUANT TO FED. R. CIV. P. 60(b) UNDER SEAL** |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>   Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>   Counterclaim Defendant. | |

Pursuant to Local Rule 5, Defendant Des Moines Area Community College Foundation ("DMACCF") and Defendant and Counterclaim Plaintiff Des Moines Area Community College ("DMACC") (collectively referred to herein as "Defendants") hereby moves for leave to file its Brief in Resistance to Plaintiff and Counterclaim Defendant Drake University's ("Plaintiff" or "Drake") Motion for Relief from Order Pursuant to Fed. R. Civil P. 60(b) Under Seal.  In support, Defendants state the following:

1. Defendants' Brief in Resistance to Plaintiff's Motion for Relief from Order Pursuant to Fed. R. Civ. P. 60(b) addresses specific contents contained in the emails attached to

Plaintiff's Motion for Relief from Order Pursuant to Fed. R. Civ. P. 60(b), which Defendants have marked as either "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order entered in this case (ECF No. 94).

2.      These documents are properly designated confidential pursuant to the Protective Order because the documents are both internal documents that have not been publicly disclosed and meet Fed. R. Civ. Pro. 26(c) justifications for protection, which include that "confidential research, development, or commercial information not be revealed."

3.      Pursuant to paragraph 7(a) of the Protective Order and Local Rules 5(c) and 10(g), Defendants will submit both a full, sealed version of the brief and a redacted, public version of the brief supporting their Resistance to Plaintiff's Motion for Relief from Order Pursuant to Fed. R. Civ. P. 60(b).

4.      Pursuant to Local Rule 7(k), counsel for Defendants conferred with Plaintiff's counsel, who stated Plaintiff consents to this motion "under protest." Attached hereto as Exhibit A, is the email between counsel for Defendants and counsel for Plaintiff which accurately states Plaintiff's position.

WHEREFORE, Defendants respectfully request leave to file its Brief in Resistance to Plaintiff's Motion for Relief from Order Pursuant to Fed. R. Civ. P. 60(b) under seal.

Respectfully submitted,

Date: July 11, 2025

*/s/ R. Scott Johnson*

R. Scott Johnson (#AT0004007)
Cara S. Donels (#AT0014198)
Erin M. Boggess (#AT0015950)
FREDRIKSON & BYRON, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA  50309-1977
Telephone:  (515) 242-8900
E-mail:  RSJohnson@fredlaw.com
         CDonels@fredlaw.com
         EBoggess@fredlaw.com

Laura L. Myers (Minn. #0387116)
(admitted *Pro Hac Vice*)
Luke P. de Leon (Minn. #0401756)
(admitted *Pro Hac Vice*)
FREDRIKSON & BYRON, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
Telephone:  (612) 492-7000
E-mail:  LMyers@fredlaw.com
         LdeLeon@fredlaw.com

***Attorneys for Defendants and
Counterclaim Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025, I electronically filed the foregoing document with

the Clerk of Court using the CM/ECF system, who in turn sent notice to the following:

Joshua J. Conley, Esq.
  jconley@zarleyconley.com
John D. Gilbertson, Esq.
  jgilbertson@zarleyconley.com
ZARLEYCONLEY PLC
580 Market Street, Suite 101
West Des Moines, IA  50266

*Attorneys for Plaintiff and*
*Counterclaim Defendant*

*/s/ Erica Palmer*
Erica Palmer