IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>　　　Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　Defendants.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>　　　Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>　　　Counterclaim Defendant. | Case No. 4:24-CV-00227-SMR-SBJ<br><br>**DECLARATION OF ERIN M. BOGGESS IN SUPPORT OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE ITS BRIEF IN RESISTANCE TO PLAINTIFF AND COUNTERCLAIM DEFENDANT'S MOTION FOR RELIEF FROM ORDER PURSUANT TO FED. R. CIV. P. 60(b) UNDER SEAL** |

I, Erin M. Boggess declare as follows:

1.　　I am an associate at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendant Des Moines Area Community College Foundation ("DMACCF") and Defendant and Counterclaim Plaintiff Des Moines Area Community College ("DMACC") (collectively referred to herein as "Defendants") in this case. I make this declaration based on personal knowledge.

2.　　Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of the email exchange between counsel for Defendants and counsel for Plaintiff on July 10, 2025.

2

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of July, 2025.

*s/Erin M. Boggess*
Erin M. Boggess

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 11, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, who in turn sent notice to the following:

Joshua J. Conley, Esq.
 jconley@zarleyconley.com
John D. Gilbertson, Esq.
 jgilbertson@zarleyconley.com
ZARLEYCONLEY PLC
580 Market Street, Suite 101
West Des Moines, IA  50266

*Attorneys for Plaintiff and
Counterclaim Defendant*

                                             */s/ Erica Palmer*
                                             Erica Palmer