# **<u>EXHIBIT A</u>**

**Palmer, Erica**

| | |
|---|---|
| **From:** | John Gilbertson <jgilbertson@zarleyconley.com> |
| **Sent:** | Thursday, July 10, 2025 1:39 PM |
| **To:** | Boggess, Erin |
| **Cc:** | _DMACC; Emily A. Marty; Josh Conley |
| **Subject:** | RE: DMACC's Resistance to Drake's Motion for Relief |

**CAUTION: EXTERNAL E-MAIL**

Erin,

Drake's position is that the referenced documents are improperly designated as confidential, and thus we do not believe the documents themselves or any discussion thereof should be sealed. DMACC itself has argued before this Court that a "desire to shield the weaknesses in its case from the public" is not a "legitimate concern[] about the disclosure of any alleged 'confidences.'" ECF No. 27, at 1. Yet, this is precisely what DMACC is attempting to achieve with its confidentiality designations.

Nevertheless, given that Drake is precluded from moving to compel de-designation due to the stay, and because Drake filed the subject documents under seal, Drake hereby consents **under protest** to the sealing of portions of DMACC's resistance brief which address the specific contents of the emails attached to our motion. Please note this qualification to our consent in your motion to seal.

Best,



John Gilbertson
Partner, Intellectual Property Attorney

| **O** | 515-558-0200 | **D** | 515-203-4329 | **W** | www.zarleyconley.com | **A** | West Des Moines, Iowa |

This email may contain confidential or privileged information. Please contact us if you received this in error.

---

**From:** Boggess, Erin <EBoggess@fredlaw.com>
**Sent:** Thursday, July 10, 2025 11:27 AM
**To:** John Gilbertson <jgilbertson@zarleyconley.com>
**Cc:** _DMACC <DMACC@fredlaw.com>; Emily A. Marty <emarty@zarleyconley.com>; Josh Conley <jconley@zarleyconley.com>
**Subject:** DMACC's Resistance to Drake's Motion for Relief

John,

DMACC's resistance addresses the specific contents contained in the emails Drake attached to its motion. DMACC intends to redact that portion of the brief. Please let me know if Drake opposes DMACC's motion to seal these portions of the brief. DMACC would file a public version with those portions redacted.

I am available this afternoon to meet and confer if Drake opposes.

Best,

**Erin Boggess (She/Her)**
**Fredrikson & Byron P.A.**
**111 E. Grand Ave, Suite 301**
**Des Moines, IA  50309**
**515-242-8967 (direct)**
**515-242-8950 (fax)**
**eboggess@fredlaw.com**



**\*\*This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (612) 492-7000. The name and biographical data provided above are for informational purposes only and are not intended to be a signature or other indication of an intent by the sender to authenticate the contents of this electronic message.\*\***

2