**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| DRAKE UNIVERSITY,<br><br>   Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>   Defendants. | Case No. 4:24-CV-00227-SMR-SBJ<br><br><br>**DECLARATION OF R. SCOTT JOHNSON IN SUPPORT OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' BRIEF IN RESISTANCE TO PLAINTIFF AND COUNTERCLAIM DEFENDANT'S MOTION FOR RELIEF FROM ORDER PURSUANT TO FED. R. CIV. P. 60(b)** |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br><br>   Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br><br>   Counterclaim Defendant. | |

1.  I, R. Scott Johnson, declare as follows:

2.  I am a shareholder at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendants and Counterclaim Plaintiffs' Des Moines Area Community College Foundation and Des Moines Area Community College in this case.  I make this declaration based on personal knowledge.

3.  Attached hereto as **Exhibit A** is a true and correct copy of an Order on Cross-Motions to Reconsider in Case No. 3:22-cv-00015-SMR-HCA, Dkt. No. 301.

4.      Attached hereto as **Exhibit B** is a true and correct copy of counsel for DMACC's April 11, 2025 letter to counsel for Drake.

5.      Attached hereto as **Exhibit C** is a true and correct copy of counsel for DMACC's May 28, 2025 letter to counsel for Drake.

6.      Attached hereto as **Exhibit D** is a true and correct copy of email correspondence between counsel for DMACC and counsel for Drake reflecting the parties' meet and confer prior to Drake filing its Motion for Relief.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 11th day of July, 2025.


*s/ R. Scott Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025, I electronically filed the *Declaration of R. Scott Johnson in Support of Defendants and Counterclaim Plaintiffs' Brief in Resistance to Plaintiff and Counterclaim Defendant's Motion for Relief from Order Pursuant to Fed. R. Civ. P. 60 (b)* with the Clerk of Court using the CM/ECF system, who in turn sent notice to the following:

Joshua J. Conley, Esq.
  jconley@zarleyconley.com
John D. Gilbertson, Esq.
  jgilbertson@zarleyconley.com
ZARLEYCONLEY PLC
580 Market Street, Suite 101
West Des Moines, IA  50266

*Attorneys for Plaintiff and
Counterclaim Defendant*

 */s/ Erica Palmer*
Erica Palmer