IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br>    Defendants. | No. 4:24-cv-00227<br><br>**UNOPPOSED** MOTION TO WITHDRAW PENDING MOTION FOR RELIEF FROM ORDER PURSUANT TO FED. R. CIV. P. 60(b) (ECF NO. 172) |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br>    Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>    Counterclaim Defendant. | |

Plaintiff Drake University ("Drake") hereby moves the Court to withdraw its pending Motion for Relief from Order Pursuant to Fed. R. Civ. P. 60(b) (ECF No. 172) filed July 11, 2025 (hereinafter the "Pending Motion").

1. The Pending Motion seeks relief from the Court's Order staying proceedings until a decision is rendered by the Court of Appeals for the Eighth Circuit on the Parties cross-appeals (ECF No. 169).

2. Within Drake's Pending Motion, citation was made to the Eighth Circuit's holding in *Broadway v. Norris*, which found a non-final order is properly presented for reconsideration under Rule 60(b). 193 F.3d 987, 989 (8th Cir. 1999); *see also* ECF No. 172 at 3.

3. For their resistance to the Pending Motion (ECF Nos. 178 (unredacted) and 179 (redacted)), Defendants cited to and appended as Exhibit A (ECF No. 179-2) this Court's finding in *Nuhn*

*Indus., LTD. v. Bazooka-Farmstar, LLC* that Rule 60(b) is limited to final orders; not interlocutory orders as is the subject of the Pending Motion. *See* ECF No. 179-2 (No. 3:22-cv-00015-SMR-HCA (S.D. Iowa May 25, 2025).

4. This Court continued in that decision that Rule 54(b), not Rule 60(b), "reflects the well-established principle that a district court retains inherent power to revise its interlocutory orders prior to the entry of final judgment. *Id*. at *1 (citations omitted).

5. Pursuant to Local Rule 7(k), counsel for the parties discussed the substance of the present motion by email, and counsel for Defendants do not oppose the present motion.

**WHEREFORE**, Drake requests the Pending Motion (ECF No. 172) be withdrawn as relief cannot be provided to the Court's interlocutory Order under Rule 60(b).

Respectfully submitted,

Dated: July 18, 2025    **ZARLEYCONLEY PLC**

By:    /s/Joshua J. Conley/
Joshua J. Conley, AT0011828
John D. Gilbertson, AT0014515
580 Market Street, Suite 101
West Des Moines, IA 50266
Telephone:  (515) 558-0200
Facsimile:   (515) 558-7790
jgilbertson@zarleyconley.com
jconley@zarleyconley.com
**ATTORNEYS FOR PLAINTIFF &
COUNTERCLAIM DEFENDANT**