IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE<br>    Defendants. | No. 4:24-cv-00227<br><br>**DECLARATION OF JOHN D. GILBERTSON** |
| DES MOINES AREA COMMUNITY COLLEGE,<br>    Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>    Counterclaim Defendant. | |

I, John D. Gilbertson, declare under penalty of perjury that the following is true and correct:

1. I am counsel of record for Plaintiff Drake University and am competent to make this declaration based on my personal knowledge.

2. Exhibit 1 is a true and correct copy of an excerpt from the transcript of the preliminary injunction hearing held in this matter on October 15, 2024.

3. Exhibit 2 is a true and correct copy of a letter dated May 8, 2024 from counsel for Defendants to counsel for Plaintiff.

4. Exhibit 3 is a true and correct copy of Document No. 54 from Case No. 3:13-cv-01276-PPS in the United States District Court for the Northern District of Indiana.

5. Exhibit 4 is a true and correct copy of Document Nos. 53 and 54 from Case No. 14-CV-21-S in the United States District Court for the District of Wyoming.

6.       Exhibit 5 is a true and correct copy of a letter from counsel for Defendants dated April 11, 2025.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 11, 2025                              /s/John D. Gilbertson
                                                                                      John D. Gilbertson