# EXHIBIT A

**Palmer, Erica**

| | |
|---|---|
| **From:** | John Gilbertson <jgilbertson@zarleyconley.com> |
| **Sent:** | Monday, August 25, 2025 9:24 AM |
| **To:** | Boggess, Erin |
| **Cc:** | _DMACC; Emily A. Marty; Josh Conley |
| **Subject:** | RE: DMACC's Resistance to Drake's Motion for Revision |

<div style="background:red;color:white">**CAUTION: EXTERNAL E-MAIL**</div>

Erin,

As before, Drake's position is that the referenced documents are improperly designated as confidential, and thus we do not believe the documents themselves or any discussion thereof should be sealed. Nevertheless, given that Drake is precluded from moving to compel de-designation due to the stay, and because Drake filed the subject documents under seal, Drake hereby consents **under protest** to the sealing of portions of DMACC's resistance brief which address the specific contents of the emails attached to our motion. Please note this qualification to our consent in your motion to seal.

Best,



John Gilbertson
Partner, Intellectual Property Attorney

**O**   515-558-0200     **D**   515-203-4329     **W**   www.zarleyconley.com     **A**   West Des Moines, Iowa

This email may contain confidential or privileged information. Please contact us if you received this in error.

---

**From:** Boggess, Erin <EBoggess@fredlaw.com>
**Sent:** Monday, August 25, 2025 9:15 AM
**To:** John Gilbertson <jgilbertson@zarleyconley.com>
**Cc:** _DMACC <DMACC@fredlaw.com>; Emily A. Marty <emarty@zarleyconley.com>; Josh Conley <jconley@zarleyconley.com>
**Subject:** DMACC's Resistance to Drake's Motion for Revision

John,

Similar to DMACC's resistance to Drake's 60(b) motion, DMACC's resistance to the 54(b) motion addresses the specific contents contained in the emails Drake attached to its motion. DMACC intends to redact that portion of the brief. Please let me know if Drake opposes DMACC's motion to seal these portions of the brief. DMACC would file a public version with those portions redacted.

I am available this morning to meet and confer if Drake opposes.

Best,

**Erin Boggess (She/Her)**
**Fredrikson & Byron P.A.**

1

**111 E. Grand Ave, Suite 301**
**Des Moines, IA  50309**
**515-242-8967 (direct)**
**515-242-8950 (fax)**
**eboggess@fredlaw.com**



**\*\*This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (612) 492-7000. The name and biographical data provided above are for informational purposes only and are not intended to be a signature or other indication of an intent by the sender to authenticate the contents of this electronic message.\*\***