**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| DRAKE UNIVERSITY, | Case No. 4:24-CV-00227-SMR-SBJ |
| Plaintiff, | |
| vs. | |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE, | **DECLARATION OF R. SCOTT JOHNSON IN SUPPORT OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' BRIEF IN RESISTANCE TO PLAINTIFF AND COUNTERCLAIM DEFENDANT'S MOTION FOR REVISION OF ORDER STAYING PROCEEDINGS PENDING APPELLATE DECISION PURSUANT TO FED. R. CIV. P. 54(b) OR, IN THE ALTERNATIVE, MOTION TO LIFT STAY** |
| Defendants. | |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE, | |
| Counterclaim Plaintiffs, | |
| vs. | |
| DRAKE UNIVERSITY, | |
| Counterclaim Defendant. | |

I, R. Scott Johnson, declare as follows:

1.    I am a shareholder at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendants and Counterclaim Plaintiffs' Des Moines Area Community College and Des Moines Area Community College Foundation in this case.  I make this declaration based on personal knowledge.

2.    The parties met and conferred on June 26, 2025 regarding Drake's first motion for reconsideration ("Motion for Relief").

3.      During this meet and confer, John Gilbertson stated that DMACC could not save itself from its "embarrassing" emails through proper use of the stipulated protective order entered in this case.

4.      John Gilbertson stated his desire was to share this "embarrassing" evidence.

5.      The evidence Counsel refers to are documents reflecting internal marketing strategies. These are not documents DMACC typically makes or has made publicly available.

6.      The parties also met and conferred on August 11, 2025 regarding Drake's second motion for reconsideration ("Motion for Revision").

7.      During this meet and confer, John Gilbertson stated there had been no changes in circumstances since Drake filed its original Motion for Relief.

8.      During this meet and confer, John Gilbertson also stated there had been no changes in circumstances since the Court stayed the litigation pending the outcome of the Eighth Circuit cross-appeals.

9.      Attached hereto as **Exhibit A** is a true and correct copy of email correspondence between counsel for DMACC and counsel for Drake reflecting the parties' meet and confer prior to Drake filing its Motion for Relief.

10.     Attached hereto as **Exhibit B** is a true and correct copy of counsel for DMACC's April 11, 2025 letter to counsel for Drake.

11.     Attached hereto as **Exhibit C** is a true and correct copy of counsel for DMACC's May 28, 2025 letter to counsel for Drake.

I declare under penalty of perjury that the foregoing is true and correct. Executed this

25th day of August, 2025.


                                        *s/ R. Scott Johnson*
                                        R. Scott Johnson

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 25, 2025, I electronically filed the foregoing document

with the Clerk of Court using the CM/ECF system, who in turn sent notice to the following:

Joshua J. Conley, Esq.
  jconley@zarleyconley.com
John D. Gilbertson, Esq.
  jgilbertson@zarleyconley.com
ZARLEYCONLEY PLC
580 Market Street, Suite 101
West Des Moines, IA  50266

*Attorneys for Plaintiff and*
*Counterclaim Defendant*

*/s/ Erica Palmer*
Erica Palmer