IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>　　Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br>　　Defendants. | No. 4:24-cv-00227<br><br>**UNOPPOSED** MOTION FOR LEAVE TO FILE REPLY BRIEF UNDER SEAL |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br>　　Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>　　Counterclaim Defendant. | |

　　Pursuant to Local Rule 5, Plaintiff/Counterclaim Defendant Drake University ("Drake") hereby moves for leave to file its Reply Brief in support of its Motion for Revision of Order Staying Proceedings ("the Motion") (ECF No. 182) under seal. In support, Drake states as follows:

1.　　The Motion and Defendants' Resistance thereto (ECF No. 185) discusses documents which Defendants have designated as "Confidential" or "Confidential/Attorneys' Eyes Only" pursuant to the Protective Order entered in this case (ECF No. 94). Drake disputes the appropriateness of said designations, but as proceedings are stayed, Drake is presently recluded from moving to compel the removal of said designations and is thus obliged to follow the procedures set forth in the Protective Order and Local Rule 5(c) to present these documents to the Court; hence the present motion.

2.      Pursuant to Local Rules 5(c) and 10(g) and in accordance with the Court's prior requests involving motions to seal in this case, Drake will submit both a full, sealed version of its Reply Brief and a redacted version on the public docket.

3.      Pursuant to Local Rule 7(k), counsel for Drake has conferred via email with counsel for Defendants, who do not object to the relief sought herein.

**WHEREFORE**, Drake hereby respectfully requests that the Court grant the present motion and grant it leave to file its Reply Brief in support of the Motion under seal.

Respectfully submitted,

Dated: September 2, 2025    **ZARLEYCONLEY PLC**

By:    /s/John D. Gilbertson
John D. Gilbertson, AT0014515
Joshua J. Conley, AT0011828
580 Market Street, Suite 101
West Des Moines, IA 50266
Telephone:  (515) 558-0200
Facsimile:  (515) 558-7790
jgilbertson@zarleyconley.com
jconley@zarleyconley.com
**ATTORNEYS FOR PLAINTIFF &
COUNTERCLAIM DEFENDANT**