IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>        Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE<br>        Defendants. | No. 4:24-cv-00227<br><br>**DECLARATION OF JOHN D. GILBERTSON** |
| DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE,<br>        Counterclaim Plaintiffs,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>        Counterclaim Defendant. | |

I, John D. Gilbertson, declare under penalty of perjury that the following is true and correct:

1. I am counsel of record for Plaintiff Drake University and am competent to make this declaration based on my personal knowledge.

2. I was present on the June 26, 2025 meet-and-confer with R. Scott Johnson and Erin Boggess, counsel for Defendants.

3. I did not say the things attributed to me by R. Scott Johnson in his sworn declaration in the record at ECF No. 185-1.

4. During the June 26, 2025 call, I articulated Drake's position that the pending appeals will not have a dispositive effect on the District Court proceedings because of the non-binding nature of preliminary factual findings. In response, R. Scott Johnson stated, erroneously, "I can't wait to tell the press that you think none of the initial orders are binding."

2

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 2, 2025              /s/John D. Gilbertson
                                      John D. Gilbertson