IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>          Plaintiff,<br><br>     vs.<br><br>DES MOINES AREA COMMUNITY<br>COLLEGE FOUNDATION and DES<br>MOINES AREA COMMUNITY COLLEGE<br>          Defendants.<br><br>DES MOINES AREA COMMUNITY<br>COLLEGE,<br>          Counterclaim Plaintiff,<br><br>     vs.<br><br>DRAKE UNIVERSITY,<br>          Counterclaim Defendant. | No. 4:24-cv-00227<br><br>**JOINT STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, through their respective counsel of record, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and in accordance with the binding Settlement Agreement entered into by and between the parties, the above-captioned action, including all claims and counter-claims, is hereby dismissed with prejudice, with each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

Date:  January 8, 2026

Respectfully Submitted,

**ZARLEYCONLEY PLC**
/s/Joshua J. Conley
Joshua J. Conley, AT0011828
580 Market Street, Suite 101
West Des Moines, IA 50266
Telephone:  (515) 558-0200
jconley@zarleyconley.com
**Attorney for Plaintiff**

**FREDRIKSON & BYRON, P.A.**
/s/Laura L. Myers
Laura L. Myers (Minn. 0387116)
(admitted *Pro Hac Vice*)
60 South 6th Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-7000
lmyers@fredlaw.com
**Attorney for Defendants**