IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>    Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE<br>    Defendants.<br><hr>DES MOINES AREA COMMUNITY COLLEGE,<br>    Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>    Counterclaim Defendant. | No. 4:24-cv-00227<br><br>**UNRESISTED MOTION FOR DISBURSEMENT OF FUNDS OUT OF THE COURT REGISTRY INVESTMENT SYSTEM** |

COMES NOW the Plaintiff, Drake University, and in support of its Motion for Disbursement of Funds, states as follows:

1. On November 22, 2024, the Court entered an Order granting Plaintiff's Motion for a Preliminary Injunction, enjoining Defendants from using their recently adopted rebrand. (Dkt. 87).

2. In the Order, the Court required Plaintiff to deposit a bond in the amount of $25,000 to the Clerk of Court. (Dkt. 87, at 43; *see also* Dkt. 88).

3. On November 26, 2024, Plaintiff posted a cash bond in the amount of $25,000. (Dkt. 89).

4. On February 18, 2025, and upon motion by Defendants, the Court entered an Order requiring Plaintiff to remit an additional bond in the amount of $225,000. (Dkt. 139, at 10).

5. On February 26, 2025, Plaintiff posted a cash bond in the amount of $225,000. (Dkt. 142).

6. In total, Plaintiff has posted a cash bond in the amount of $250,000. (Dkt. 89, 142).

7. On November 27, 2024, Defendants filed a Notice of Appeal to the Eighth Circuit Court of Appeals to this Court's issuance of a preliminary injunction. (Dkt. 90).

8. On January 9, 2025, Plaintiff filed a Notice of Appeal to the Eighth Circuit Court of Appeals to this Court's clarification as to the scope of the preliminary injunction. (Dkt. 101, 116).

9. On January 8, 2026, the parties (1) entered a binding Settlement Agreement; (ii) filed a Joint Stipulation of Dismissal of both pending appeals with the Eighth Circuit Court of Appeals pursuant to Fed. R. App. P. 42(b)(1); and (iii) filed a Joint Stipulation of Dismissal with Prejudice with this Court pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Dkt. 192).

10. On January 8, 2026, the Eighth Court of Appeals dismissed the docketed appeals. (Ex. 1).

11. On January 9, 2026, the Court terminated this case.

12. Accordingly, the time for appeal of this Court's Preliminary Injunction order has expired and/or been waived, and thus Plaitiff's bond may be released.

13. Defendants do not resist the present Motion.

**WHEREFORE**, Plaintiff respectfully requests that the Court issue an Order directing the Clerk of Court to disburse Plaintiff's bond of $250,000, plus accrued interest. The disbursement may be made to Plaintiff at the following address:

Drake University
Attn: Finance & Administration, Chief Administration Office
2507 University Ave.
Des Moines, IA 50311-4516

//

//

//

//

3

                                              Respectfully submitted,

Dated: January 9, 2026                    **ZARLEYCONLEY PLC**

                                   By:    <u>/s/Joshua J. Conley</u>
                                                 Joshua J. Conley, AT0011828
                                                 John D. Gilbertson, AT0014515
                                                 580 Market Street, Suite 101
                                                 West Des Moines, IA 50266
                                                 Telephone:  (515) 558-0200
                                                 Facsimile:   (515) 558-7790
                                                 jconley@zarleyconley.com
                                                 jgilbertson@zarleyconley.com
                                                 **ATTORNEYS FOR PLAINTIFF**