# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-3445
_____

Drake University

Plaintiff - Appellee

v.

Des Moines Area Community College Foundation; Des Moines Area Community College

Defendants - Appellants
_____

No: 25-1053
_____

Drake University

Plaintiff - Appellant

v.

Des Moines Area Community College Foundation; Des Moines Area Community College

Defendants - Appellees

---

Appeals from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00227-SMR)

---

**JUDGMENT**

Before LOKEN, ARNOLD, and GRUENDER, Circuit Judges.

The parties have stipulated to the dismissal of the appeals. The appeals are hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

January 08, 2026

**EXHIBIT 1**

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler