IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| DRAKE UNIVERSITY,<br>  Plaintiff,<br><br>vs.<br><br>DES MOINES AREA COMMUNITY COLLEGE FOUNDATION and DES MOINES AREA COMMUNITY COLLEGE<br>  Defendants. | No. 4:24-cv-00227<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| DES MOINES AREA COMMUNITY COLLEGE,<br>  Counterclaim Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY,<br>  Counterclaim Defendant. | |

  **IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, through their respective counsel of record, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and in accordance with the binding Settlement Agreement entered into by and between the parties, the above-captioned action, including all claims and counter-claims, is hereby dismissed with prejudice, with each party to bear its own costs and fees.

  **IT IS SO STIPULATED.**

| | |
|---|---|
| Date:  January 8, 2026 | Respectfully Submitted, |
| **ZARLEYCONLEY PLC** | **FREDRIKSON & BYRON, P.A.** |
| /s/Joshua J. Conley | /s/Laura L. Myers |
| Joshua J. Conley, AT0011828 | Laura L. Myers (Minn. 0387116) |
| 580 Market Street, Suite 101 | (admitted *Pro Hac Vice*) |
| West Des Moines, IA 50266 | 60 South 6th Street, Suite 1500 |
| Telephone:  (515) 558-0200 | Minneapolis, MN 55402 |
| jconley@zarleyconley.com | Telephone: (612) 492-7000 |
| **Attorney for Plaintiff** | lmyers@fredlaw.com |
| | **Attorney for Defendants** |